Exhibit B

Carnival Corporate Representative's Deposition

# Index

Deposition Transcript – Rolando Diaz        Pg 3
Exhibit 1 – Notice of Taking Videotaped Deposition        Pg 113
Exhibit 2 – CCL GR000058-GR000060 - CCL Vista Deck Plans        Pg 122
Exhibit 3 – CCL GR000341-GR000350 - Incident Photos provided by CCL (10)        Pg 125
Exhibit 4 – CCL GR000320-GR000334 – Cleaning Procedures        Pg 135
Exhibit 5 – CCL GR000335 - Procedure for Work Order Reports        Pg 150
Exhibit 6 – CCL Document Production GR 000351-000353        Pg 151
Exhibit 7 – CCL GR000297- GR000340 – Job Descriptions        Pg 154
Exhibit 8 – DE 01  Complaint        Pg 161
Exhibit 9 – CCL GR000300- GR000319 – Shift Reports        Pg 181
Exhibit 10 – CCL GR000296 - Open Deck Day - Sign on Sheet        Pg 201
Exhibit 11 – CCLVSHEA202300226V - CCTV Footage        Pg 202
Exhibit 12 – PHOTO OF STAIRCASE (07.14.2023)        Pg 203
Exhibit 13 – CCL GR000037-GR000038 - Security Summary Watch Report 07.14.23 & 7.15.23        Pg 204
Exhibit 14 – CCL GR000039 - Security Officer Watch Report 07.14.23        Pg 206
Exhibit 15 – CCL GR000056-GR000057 - CCL Comment Details for Booking No N3Z3VB        Pg 207
Exhibit 16 – CCL GR000293-GR000295 - Work Orders        Pg 209
Exhibit 17 – Photograph of Staircase (P1190722)        Pg 212
Exhibit 18 – CCL GR000001-GR000004 - On Board Charges - Clay Crockett        Pg 213
Exhibit 19 – CCL GR000043-GR000046 - On Board Charges - Brittany Crockett        Pg 217
Exhibit 20 – DE 07  D's Answer and Affirmative Defenses        Pg 221
Exhibit 21 – CCL GR000047-GR000055 – Notice of Claim        Pg 228
Exhibit 22 – CCL's Answers to Interrogatories        Pg 238
Exhibit 23 – CCL's Response to Request for Production        Pg 259
Exhibit 24 – CCL's Privilege Log        Pg 327
Exhibit 25 – CCL Document Production GR 000001- 000353        Pg 330
Exhibit 26 – Rolando Diaz's Personal Notes of Ship and Class        Pg 683
Exhibit 27 – 6-MONTH NOTICE.001 (CARNIVAL)        Pg 684
Exhibit 28 – Carnival's Acknowledgement Letter        Pg 848
Exhibit 29 – Sign and Sail Receipts - Clay Crockett        Pg 691
Exhibit 30 – Sign and Sail Receipts - Brittany Crockett - 7.14.23        Pg 759

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

_____

CLAY CROCKETT,

  Plaintiff,

  v.          Case No.

CARNIVAL CORPORATION d/b/a   1:24-cv-21185-RAR

CARNIVAL CRUISE LINE,

  Defendant.

_____

  VIDEOTAPED DEPOSITION OF ROLANDO DIAZ AS 30(b)(6)

  CORPORATE REPRESENTATIVE FOR CARNIVAL CORPORATION

DATE:    Wednesday, April 16, 2025

TIME:    10:06 a.m.

LOCATION:  Remote Proceeding

      Miami, FL 33131

REPORTED BY: Gianfranco Sierra

JOB NO.:  7262796

Page 2

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF CLAY CROCKETT:

LISA C. GOODMAN, ESQUIRE (by videoconference)

Hickey Law Firm

1401 Brickell Avenue, Suite 510

Miami, FL 33131

lgoodman@hickeylawfirm.com

(305) 371-8000

ON BEHALF OF DEFENDANT CARNIVAL CORPORATION D/B/A

CARNIVAL CRUISE LINE:

MICHAEL J. DRAHOS, ESQUIRE (by videoconference)

Gray Robinson

333 SE 2nd Avenue, Suite 3200

Miami, FL 33131

michael.drahos@gray-robinson.com

(561) 268-5727

ALSO PRESENT:

Shanna Decker, Videographer (by videoconference)

Page 3

I N D E X

EXAMINATION:                          PAGE

   By Ms. Goodman                 9


        E X H I B I T S

NO.        DESCRIPTION            PAGE

Plaintiff:

Exhibit 1    Amended Notice of Taking
             Videotaped Deposition of a
             Corporation Pursuant to
             Fed. R. Civ. P. 30(b)(6)      11
Exhibit 2    Carnival Ship Deck Plans        23
Exhibit 3    Photographs Provided by Carnival
             of Stairs where Incident Occurred   26
Exhibit 4    Composite Document to Include
             Carnival Cruise Lines Cleaning
             Guidelines and Two Minute
             Trainers                79
Exhibit 5    Procedure for Work Order Reports   103
Exhibit 6    Carnival Work Requests and Work
             Orders                 104
Exhibit 7    Carnival Job Descriptions      118
Exhibit 8    Complaint for Damages        135
Exhibit 9    Carnival Vista Open Deck Day
             Shift Reports            142

Page 4

        E X H I B I T S (Cont'd)

NO.        DESCRIPTION            PAGE

Plaintiff (Cont'd):

Exhibit 10    Open Deck Day Sign On Sheet,
              7/14/2023             143
Exhibit 11    CCTV Footage            147
Exhibit 12    Photograph of Carnival Employee
              Holding Kickplate Associated with
              Incident               153
Exhibit 13    Carnival Summary of Security
              Watch Reports           154
Exhibit 14    Carnival Security Officer Watch
              Report               156
Exhibit 15    Carnival Comment Details for
              Booking Number          156
Exhibit 16    Vista Senior Assistant Chief
              Security Officer Work Order      160
Exhibit 17    Photograph of Remodeled Subject
              Staircase After Incident Occurred  165
Exhibit 18    Clay Crockett's Sale and Sign
              Account to Include All
              Transactions Aboard the Vessel    171
Exhibit 19    Brittany Crockett's Sale and Sign
              Account to Include All
              Transactions Aboard the Vessel    175

Page 5

        E X H I B I T S (Cont'd)

NO.        DESCRIPTION            PAGE

Plaintiff (Cont'd):

Exhibit 20    Defendant's Answer And
              Affirmative Defenses       180
Exhibit 21    Composite of Documents to Include
              Acknowledgement Letter and Demand
              to Preserve Evidence and Email
              with Six-Month Notice Attached     184
Exhibit 22    Composite of Documents to Include
              Notice of Service of Unverified
              Answers and Notice of Service of
              Supplemental Answers to
              Plaintiff's Initial
              Interrogatories          188
Exhibit 23    Composite of Documents to Include
              All Carnival Responses to Requests
              for Production           191
Exhibit 24    Carnival Corporation's Privilege
              Log                 193
Exhibit 25    Composite of All Documents
              Produced by Carnival in Response
              to Plaintiff's Request for
              Production             193

2 (Pages 2 - 5)

Page 6

E X H I B I T S (Cont'd)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Plaintiff (Cont'd): | | |
| Exhibit 26 | Rolando Diaz's Personal Notes of Ship and Class | 17 |
| Exhibit 27 | Six-Month Notice Regarding Xavier D. Atkins, Date of Incident 3/27/2024 | 129 |
| Exhibit 28 | Acknowledgement Letter from Rolando Diaz in Response to Six-Month Notice Regarding Xavier D. Atkins, 5/10/2024 | 167 |
| Exhibit 29 | Carnival Sale & Sign POS with Receipts for Clay Crockett | 172 |
| Exhibit 30 | Carnival Sale & Sign POS with Receipts for Brittany Crockett | 175 |

Page 8

the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recordings of this proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and

- shall constitute written stipulation of such.

This proceeding will be recorded via video technology by Shanna Decker.

Hearing no objection, I will now swear in the witness.

Mr. Diaz, please raise your right hand.

WHEREUPON,

ROLANDO DIAZ,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER:  Okay.

Counsel, you may begin.

//

//

Page 7

P R O C E E D I N G S

THE VIDEOGRAPHER:  In the case style Clay Crockett vs. Carnival Corporation, this is the video deposition of Rolle Diaz on April 16, 2025.  The time is now 10:06 a.m.

Would counsel please state their appearances for the record.

MS. GOODMAN:  This is Lisa Goodman from Hickey Law Firm on behalf of the plaintiff, Clay Crockett.

MR. DRAHOS:  Michael Drahos from the law firm of Gray Robinson on behalf of the defendant, Carnival.

THE REPORTER: Okay. Good morning.  My name is Gianfranco Sierra; I am the reporter assigned by Veritext to take the record of this proceeding.

This is the deposition of Rolando Diaz taken in the matter of Clay Crockett vs. Carnival Corporation doing business as Carnival Cruise Line on Wednesday April 16, 2025, via Zoom.

I am a notary authorized to take acknowledgements and administer oaths in Florida. Parties agree that I will swear in the witness remotely.

Additionally, absent an objection on

Page 9

EXAMINATION

BY MS. GOODMAN:

Q   Good morning, sir.  Could you please state and spell your name for the record?

A   Rolle Diaz, R-O-L-L-E, last name Diaz, D-I-A, Z as in zebra.

Q   And just for clarification for the record, your zoom screen, it identifies Michael Drahos. That's the attorney for Carnival; right?

A   Yes, ma'am.

Q   Okay.  And where are you currently located?

A   Downtown Miami.

Q   And do you consent to being sworn under oath remotely using Zoom?

A   Yes.

Q   And do you consent to testifying today remotely using Zoom?

A   Yes.

Q   And you work at Carnival; correct?

A   Yes.

Q   What is your title?

A   Claims and litigation adjuster.

Q   And you don't work on board a cruise ship; right?

A   No, ma'am.

3 (Pages 6 - 9)

Page 10

Q   You work here in the Miami office?

A   Yes.

Q   Okay.  And you are here today as Carnival's corporate representative?

A   Yes.

Q   Meaning that Carnival has designated you to speak on Carnival's behalf here today?

A   Yes.

Q   Okay.  And you've had numerous depositions taken?

A   Yes.

Q   I don't have to go over the ground rules for a deposition?

A   Not unless you need to.

Q   Okay.  And you would agree that the incident we are here today to discuss involves Clay Crockett being hit in the head with a loose kickplate, a wooden kickplate, from an outdoor staircase that fell on him on board the Carnival Vista on July 14, 2023?

A   Yes.

MR. DRAHOS:  Object to the form.

THE WITNESS:  Oh.

MR. DRAHOS:  Go ahead.

THE WITNESS:  Yes.

//

Page 11

BY MS. GOODMAN:

Q   And you received a notice for your deposition today; right?

A   Yes.

Q   And the notice will be Plaintiff's Exhibit 1.  I'm going to share my screen.  On the screen is plaintiff's Exhibit 1, which is the notice of taking carnival's corporate representative's deposition today.

(Plaintiff Exhibit 1 was marked for identification.)

And let's go to Schedule A, which begins on page 6.  There are 37 topics which go from page 6 to page 9.  Are you prepared to testify about all 37 topics here today?

MR. DRAHOS:  Let me just interject an objection.  Defendant produced a notice of objections to many of these areas on April the 9th, 2025, and Mr. Diaz is prepared to respond subject to those objections.

MS. GOODMAN:  Okay.

BY MS. GOODMAN:

Q   And, Mr. Diaz, in your own words, are you prepared to testify about the 37 topics identified in the schedule A?

Page 12

MR. DRAHOS:  Object to the form.

A   Minus the objections that we've already stated, the rest, yes.

Q   Okay.  Did you meet with your attorney in preparation for your deposition here today?

A   Yes.

Q   How did you meet with your attorney, by Zoom, by phone, in person?

A   In person.

Q   How long was the meeting in person with your attorney?

A   About three, four hours.

Q   Was anyone else present other than you and your attorney?

A   No.  Just our attorneys.  That's it.

Q   Okay.  Did you review any documents in preparation for your deposition here today?

A   Yes.

Q   What documents did you review?

A   All the documents we provided you throughout the course of this litigation.

Q   Okay.  Did you review the CCTV footage?

A   Yes.

Q   Did you review any documents that were not produced in Carnival's production?

Page 13

A   No.

Q   There have been depositions taken of Carnival crew members and the plaintiff and the plaintiff's wife in this case.  Have you reviewed any deposition transcripts?

A   Just skimmed through them.

Q   Were you provided any summaries of any of the deposition transcripts?

A   I believe so, but I just -- I skimmed through them.

Q   Did you skim through the summaries or the depositions?

A   I think it was probably a summary.

Q   So you haven't read each deposition, like, word for word?

A   No, ma'am.

Q   Okay.  Did you speak with any crew members in preparation for your deposition here today?

A   No.

Q   Did you do any research on your own for your deposition here today?

A   Just for -- for items that we were looking through, just -- if you call research, I'm just reviewing what we -- we went through.  That's all.

Q   Did you check Carnival's system to see if

4 (Pages 10 - 13)

Page 14

there were any other, maybe, documents that were responsive or relevant for your deposition here today which were not produced?

A   I believe so.  Yes.

Q   And did you find any?

A   Found a few, but you'll get -- we'll provide them to you, I guess, throughout the course of this deposition or -- or afterwards if you need them.

Q   So the documents that you found, to your knowledge, they have not already been produced?

A   I'm not sure if they have or not, so if you -- if you haven't gotten them, we will be providing them to you either through the course of this deposition or afterwards.

Q   Okay.

A   I -- like I said, there was a lot of things I had to review, and I didn't review page by page, but I skimmed through it, so I'm wondering if you might have -- it might already be provided to you.  I'm just letting you know in advance if it's not already been provided to you, it'll be provided to you during this deposition or shortly after.

Q   Okay.  And when you say provided during this deposition, do you have those documents in front of you now?

Page 15

A   Yes.

Q   Okay.  What documents do you have in front of you now?

A   Sale and sign receipts.

Q   Sale and sign receipts.  Could you describe them more?  Is it -- go ahead.  Could you describe them more?

A   Sure.  They're sale and sign receipts for your client's from the sale and sign accounts.

Q   Like, the actual individual receipts for each of the purchases?

A   Yes.

Q   Because you already produced the sale and sign document, which just identifies, like, a location and the amount, but now you have the actual receipts in front of you?

A   Yes.  I'm not sure if you've already gotten them or not.

Q   No.  I've never seen them.

A   Okay.

Q   Okay.  Anything else that you have in front of you?

A   No. Those are all it.

Q   Okay.

MR. DRAHOS:  Lisa, do you want us to

Page 16

forward these to you right now if you don't have them already?  Point of sale --

MS. GOODMAN:  Yeah.  I mean, they were -- I don't have them, and the discovery deadline, you know, has passed.  Yeah.  I would like you to forward them right now if --

MR. DRAHOS:  Okay.  Give me a minute. Okay.  We're going to need to go off the record because I've got to go ask support staff to send these to you.

MS. GOODMAN:  Okay.

THE VIDEOGRAPHER:  We're going off the record at 10:15 a.m.

(Off the record.)

THE VIDEOGRAPHER:  We're going back on the record at 10:18 a.m.

BY MS. GOODMAN:

Q   Okay.  Other than the sale and sign receipts that are now going to be produced to me, did you find any other documents when you were doing research?

A   No.

Q   And again, the document that you have in front of you right now, what is that?

A   It's just -- it's something telling me about -- reminding me my own personal notes of the ship, and

Page 17

the class, and that's all.

Q   Okay.  I'm going to enter that as an exhibit.  Let's make that Plaintiff's Exhibit 26.

(Plaintiff Exhibit 26 was marked for identification.)

If you could, at the end of your deposition, make a copy of that document and also have that emailed.

A   Sure.

Q   Thank you.  Okay.  Let's talk about your role at Carnival.  Tell us your role again, your position.

A   I'm a claims and litigation adjuster.

Q   And how long have you been claims and litigation adjuster?

A   Total, going on 15 years.  I was there for 13 years, and then COVID, and then I'm going to be there -- in August, it will be two years.

Q   Have you held any other positions other than claims and litigation adjuster?

A   No.

Q   And what are your duties as claims and litigation adjuster?

A   Negotiate settlements, attend mediations, ship inspections, breach of contract disputes in other

5 (Pages 14 - 17)

Page 18

states, and you know, depositions as well.

Q You attend depositions as Carnival's representative?

A Yes.

Q Okay. And as part of your position as claims and litigation adjuster, do you participate in, I guess, the discovery process of collecting documents responsive to discovery requests?

A No. That mostly is done by Monica Borcegue.

Q In this case, in Clay Crockett, do you know who at Carnival participated in the collection retrieval of documents in response to Plaintiff's request for production?

A Monica.

Q And when you say "Monica," you mean Monica Borcegue; right?

A Yes.

Q And what is Monica Borcegue's position at Carnival?

A Oh, geez. She's just a -- my -- a supervisor.

Q Is she your supervisor?

A Yes.

Q Okay. You report to Monica?

A Yes.

Page 19

Q Okay. All right. Let's talk about the Carnival Vista. The Carnival Vista is the subject ship in this case; right?

A Yes.

Q Okay. And Carnival on July 14, 2023, owned and operated the Carnival Vista?

A Yes.

Q And currently, Carnival owns and operates the Carnival Vista?

A Yes.

Q And do you know what the capacity for the Carnival Vista is?

A Say, maybe, nineteen hundred people.

Q When you say "people," are you referring to passengers, crew members, or both?

A Just passengers.

Q Okay. And do you know how many crew member capacity?

A Not the exact number.

Q If I see online that the capacity, it says 3,934 double occupancy, would that sound accurate as to what the capacity for the Carnival Vista is?

MR. DRAHOS: Object to the form.

A Is that total between guests and -- and passengers, or is that just passengers?

Page 20

Q That's an excellent question. So in terms of passengers and crew members, what do you know the capacity to be?

A Total, I think probably close to 3,000, perhaps.

Q Okay. And the Carnival Vista itinerary in January -- or not January -- excuse me -- in July of 2023, do you know what the itinerary was?

A No. I think it was provided to you before. I'm not sure.

Q Okay. And regardless of what the itinerary was, each cruise, there could be potentially 3,000 people onboard the Carnival Vista?

MR. DRAHOS: Object to the form.

A Give or take. Between crew members and passengers, yes.

Q Okay. Let's talk about sister ships. Okay. Do you know what sister ships the Carnival Vista has?

A In its class or just in general? There's 26 sister ships.

Q Okay. So when you say 26 sister ships, you mean, like, the entire fleet?

A Correct.

Q Okay. So they're all sisters in the fleet, but you're distinguishing between class?

Page 21

A Correct.

Q Okay. So what are the other ships in the Carnival Vista class?

A It's the Carnival Vista, the Horizon, and the Panorama.

Q And what is the name of that class?

A The Vista class.

Q And what about the Carnival Venezia; is that part of the Vista class?

A No, ma'am.

Q What about the Carnival Firenze; is that part of the Vista class?

A No, ma'am.

Q How do you know that the Venezia and the Firenze are not part of the Vista class?

A Because they're all part of the Venezia class.

Q And what's different between the Venezia class and the Vista class?

A Venezia class is a bigger ship.

Q The Venezia class is a bigger ship?

A Yes.

Q Bigger than the Carnival Vista?

A Yes.

Q So there was testimony from one of the

6 (Pages 18 - 21)

Page 22

-- I'm confused.  There was --

A   I'm here to help you out.

Q   Thank goodness.  There was testimony from a carnival crew member that the Carnival Venezia and the Carnival Firenze are part of the Vista class, and then there's testimony from another Carnival crew member that the Venezia and the Firenze are not part of the Vista class because it's a smaller ship.  But now, you just told me the Venezia class is actually a larger ship than the Vista class.  I'm getting conflicting information about ships in the class and the size of the ship.  Can you help clarify?

MR. DRAHOS:  Object to the form.  What's the question?

BY MS. GOODMAN:

Q   Can you, I guess, distinguish again the Vista class from the Venezia class?

MR. DRAHOS:  Okay.  He just did that --

BY MS. GOODMAN:

Q   You can go ahead and answer.

A   Well, it's like I said before, it is a bigger class ship.  I think it's two tons bigger, and it holds several hundred more guests and -- and crews.  I don't know the total amount, but it is a bigger class.  It is a separate class.  The -- so the Venezia

Page 23

and the Firenze are part of the Venezia class, and they're the bigger ships compared to the Vista.

Q   Is there a document that would identify which ships are in which class?

A   If you go on to carnival.com and look at our ships, you could de determine the -- the difference of vessels.

Q   All right.  Back to the Carnival Vista.  Give me one second.  This exhibit needs to load.  It takes a second.  this, what I'm showing you, will be Plaintiff's Exhibit 2.

(Plaintiff Exhibit 2 was marked for identification.)

Can you see the screen?

A   Yes.

Q   Okay.  And Plaintiff's Exhibit 2 is also Bates stamped GR000058.  Down at the bottom, you can see that; okay?  You'd agree that this document that we're looking at right now, this is the deck plans for the Carnival Vista; right?

A   Yes.

Q   I can zoom in.  I see that you're, like --

A   Yeah.  No.  I just wanted to see if it said "Vista."

Q   Yeah.

Page 24

A   I see it.

Q   Okay.  Great.  And this identifies all of the different decks.  These are passenger decks; right?

A   They're all decks in -- in general.  Yeah.

Q   Are there any additional decks where only crew members have access?

A   No.  There are -- basically, these are all the decks that are available for the guests.

Q   Okay.  So a total of 15 decks; right?

A   Yes.

Q   And we've already established that at issue here is an outdoor staircase, and that outdoor staircase was between decks 11 and 12; right?

A   Correct.

Q   And this outdoor staircase, would you agree, would be an escape route that passengers might take in the event of an emergency?

MR. DRAHOS:  Object to the form.

A   I believe so, yes.  If they were on deck 12 and wanted to get to deck 11, yes.

Q   Okay.  And again, the staircase at issue is an open deck staircase; right?

A   Yes.

Q   And when we say "open deck," we mean that

Page 25

the staircase is outside exposed to the elements?

A   Yes.

Q   Meaning that the staircase would get wet in rain, it is exposed to the sea water, sea breeze, any sort of natural elements?

A   Yes.

Q   Okay.  On page 2 -- hold on.  It needs to load.  Okay.  On page 2 of Plaintiff's Exhibit 2, this is the CAD drawing for the decks?

A   Yes.

Q   And that's why it takes, like, a second to load.  Decks 11 and deck 10?

A   Correct.

Q   And then on page 3, we have deck 12 and deck 13; right?

A   Yes.

Q   Okay.  And these CAD drawings are of the entire deck.  Is there another CAD drawing that just shows the design of the subject staircase?

A   No.

Q   Okay.  Let's go over topic 20, which is information about the subject staircase in the area where the incident occurred.  The subject staircase is the outdoor staircase between decks 11 and 12 onboard the Carnival Vista; right?

7 (Pages 22 - 25)

Page 26

A   Yes.

Q   And I'm going to show you what will be Plaintiff's Exhibit 3 to help us while you tell us about the materials of the staircase.

(Plaintiff Exhibit 3 was marked for identification.)

Okay.  So could you identify the materials of the staircase?

MR. DRAHOS:  Object to the form.

A   It's a teak -- teak wooden deck planks on -- on the stairs.

Q   You would agree that there's the tread, which is the part that people step on when they're going up or down the staircase?

A   Yes.

Q   And the tread is made up of teak wood?

A   No.  The tread is made of -- of -- it's like adhesive tape.

Q   Well, there's adhesive tape on the wooden board, which is the tread of the step; right?

A   Are you referring to the black tread that you see there?

Q   So there is a black strip, the black adhesive strip; right?

A   Yes.  Is that the tread you're referring to?

Page 27

Q   That is attached to the wooden board; right?

A   Correct.  To the teak.  Yes.

Q   Okay.  So the tread of the step, the actual material would be teak wood?

A   Are you talking about -- when you say "tread," I'm -- I'm assuming you're talking about that black tape, or is it you're talking about the -- the landing of each step?

Q   So I'm not really sure there's a -- the tread of the step is the part of the step that you step on, the flat part?

A   The landing.  The landing --

Q   The landing.  Okay.  So -- sorry.  So you want to distinguish, I guess, the landing from the black adhesive strip?

A   I thought that -- because, I mean, you're talking about tread.  I mean, tread would have to be some type of grip that you have there, so that's what I'm assuming you're talking about.  But the -- the steps are made of teak, and on top of the teak wood is the -- the adhesive tape to prevent people from -- from it to slip when it gets wet.

Q   Okay.  And then do you see where my mouse is?  I'm going over one of the wooden boards.  This would be --

Page 28

A   Riser.  Yes.

Q   This would be the riser of the step; right?

A   Correct.

Q   Okay.  And the riser of the step is also a teak wooden board?

A   Yes.

Q   Okay.  And first, the wooden boards that make up the tread of the step, how are the teak wooden boards that make up the tread of the step attached to the step?

MR. DRAHOS:  Object to the form.

A   They're screwed down.

Q   Okay.  Anything else that attaches The wooden boards for the tread of the step?

MR. DRAHOS:  Object to the form.

A   I'm not sure completely, but if -- would know better how it's actually attached and removed and stuff like that, if you're --

Q   Okay.  What about the wooden board that is attached as the riser of the step; do you know how that's attached?

MR. DRAHOS:  Object to the form.

A   Screws.

Q   Do you know how many?

A   I believe it shows two in -- in other

Page 29

pictures that we've provided to you.

Q   Here.  I'm now on page 2 of Plaintiff's Exhibit 3.  So there's two screws, one on each end?

A   Yes.

Q   Okay.  Do you know if there's any other, like, adhesive material that secures the wooden boards to the staircase?

A   Yes.  So right where your arrow's at, that's a track, and there's glue that's provided in there.

Q   Down here, there's --

A   Yes.

Q   -- is that the track that you're referring to?

A   Yes.

Q   And there's glue that is used to secure the wooden board to the step?

A   Yes.

Q   Okay.  And the design of the staircase, this is a spiral staircase?

A   Yes.

Q   And there's railings for the staircase?

A   Yes.

Q   And this staircase that we're looking at, this was the original staircase as it was originally installed; right?

8 (Pages 26 - 29)

Page 30

A   From the manufacturer.  Yes.

Q   Okay.  So when Carnival took possession and accepted the Carnival Vista, it accepted that this was the staircase that was installed; right?

A   Yes.

Q   Okay.  And these screws, do you know anything about, like, the size of these screws?

MR. DRAHOS:  Object to form.

A   No.

Q   And what about -- do you know how these screws -- like, what tool you would need to remove these screws?

MR. DRAHOS:  Object to the form.

A   That's a Phillips screwdriver.

Q   Okay.  Are passengers allowed to bring Phillips screwdrivers onboard Carnival ships?

A   No.

Q   If a passenger had a Phillips screwdriver in their luggage, would that have been confiscated?

MR. DRAHOS:  Object to the form.

A   I -- unless they need it for some personal reason, it's -- maybe they have something that they need to assemble or reassemble in their own cabin that's been approved -- I'm not sure the purpose of bringing a Phillips screwdriver on board.

Page 31

Q   If Carnival saw one of its passengers on an outdoor staircase unscrewing the screws of the staircase, what would Carnival do?

MR. DRAHOS:  Object to the form.

A   Besides laugh, they'd stop them.

Q   Why would they stop them?

A   Why --

MR. DRAHOS:  Object to the form.

A   Because that's -- you're trying to take something apart from our vessel.

Q   And there would be crew members on the deck to discover this passenger unscrewing the screws of the outdoor staircase?

MR. DRAHOS:  Object to the form.

A   If it's in an open area, yes.  So eventually, somebody will see them, or a -- a guest will probably notify one of our crew members of such, because you can't be everywhere at once.  It's impossible.

Q   Okay.  Do you know who the manufacturer of the staircase was?

A   The original shipyard probably designed it and installed it.  I -- I don't think they -- you know, I'm not sure if they're prefabricated stairs that you buy.  I'm not sure if they -- they

Page 32

manufactured -- they've probably fabricated it in -- in the shipyard where they fabricate 90 percent of that vessel.

Q   The Carnival Venezia and Firenze, do you know if those ships have similar outdoor staircases like the one you just saw?

MR. DRAHOS:  Object to the form.

A   I'm not sure if they do in the same area or -- or -- they probably do have a spiral staircase here or there, but not sure where, and I don't see -- I don't -- I don't know their immediate deck plan layout.

Q   Okay.  You would agree that the wooden board that is on the flat part, the tread of the step, that should be properly secured to the staircase?

MR. DRAHOS:  Object to the form.

A   They are properly secured.  Yes.  So --

Q   Okay.  And you would also agree that the riser, the wooden board riser, that should also be properly secured to the staircase?

A   They are properly secured.  Yes.

Q   Okay.  And you would agree that the steps of the staircase, they should be secured so that the steps do not -- or the wooden boards of the steps do not come loose?

Page 33

A   Correct.

Q   And the screws that are used to secure the staircase, those should be tight and not worn down or frayed?

MR. DRAHOS:  Object to the form.

A   They're tight.  Worn down or frayed, I don't know what has -- that has to do with if it's properly secured.

Q   Well, if a screw is worn down or frayed, then the screw might not stay secured as it was put in; right?

MR. DRAHOS:  Object to the form.

A   I can't -- I -- I -- these are hypothetical questions.  The -- it should be -- if they're properly secured, the screw would stay in place.  If the screw was -- not doing well, they'd probably replace the screw if -- if it wasn't -- you know --

Q   If a screw was worn down or frayed, they would replace the screw?

MR. DRAHOS:  Object to the form.

A   I'm not sure.  Yeah.  I -- I assume they would.  That's what their responsibility is on -- on the vessel.  If things are damaged or broken, they would, you know, repair or replace them.

Q   Or if, I guess, the hole that the screw was

9 (Pages 30 - 33)

Page 34

going into, if that part was worn down or frayed so that there couldn't be traction by the screw, would that also be a -- they would do a different hole so that there was a secured screw?

A   I mean, I don't even know how to answer that. I mean, obviously -- if you see the pictures, I don't see multiple holes there. I see the two holes, I see the screws, and -- I mean, that's hypothetical stuff that in this case we don't see any relevance to it. I see the two holes and the two screws, and the plates are there. I don't see any other holes or any other openings that are not filled with screws, so I mean, I don't know what to tell you with that.

Q   The subject staircase, have you ever walked on that subject staircase?

A   No.

Q   Have you ever walked on an outdoor staircase like that staircase?

A   Actually, I probably have walked on those staircases, probably from a different -- but I'm not -- I don't recall my steps and -- you know.

Q   Okay. But have you ever walked on an outdoor staircase?

A   Yes. Yes.

Q   And when you're walking on an outdoor

Page 35

staircase, you expect the staircase not to fall apart when you're walking on it; right?

MR. DRAHOS: Object to form.

A   Yeah. That's safe to say.

Q   It's a fair expectation that you have?

A   Right.

Q   If a part of a staircase falls off when someone is walking on the staircase, that would not be safe; right?

A   Correct.

Q   If a wooden board of a staircase falls off when someone is walking on the staircase, that would not be safe?

MR. DRAHOS: Object to the form.

A   Correct.

Q   If the wooden riser board falls off when somebody is walking on a staircase, that would not be safe?

MR. DRAHOS: Object to the form.

A   Correct.

Q   If a wooden riser board falls off when somebody is walking on the staircase, that would mean that the wooden riser board was not properly secured to the staircase?

A   No.

Page 36

MR. DRAHOS: Object to the form.

THE WITNESS: That's not -- it's not the -- the -- an answer that I would give.

BY MS. GOODMAN:

Q   Why not?

MR. DRAHOS: Object to the form.

A   Because it -- you know, you're telling me that the riser would just fall off? Something possibly caused it to fall off.

Q   What would be a possible cause for the wooden riser board to fall off of a staircase?

A   I'm not sure, but they -- they just don't come off like that.

Q   Could one of the reasons be that the screws were worn down or frayed?

MR. DRAHOS: Object to the form.

A   Are you talking about any other stairs? I mean, I have no idea what the reason would be; you know? I can't answer for that.

Q   If a wooden riser board falls off of a staircase, could that mean that the screws were not properly secured in the riser board to the staircase?

A   No.

MR. DRAHOS: Object to the form.

//

Page 37

BY MS. GOODMAN:

Q   Why not?

A   Because you're asking me to do hypothetical answers here. I -- I don't have any knowledge about all stairs in the world, but you know, you're asking me to -- to think hypothetically and answer hypothetically.

Q   Okay --

A   If we're talking about these specific stairs, let's get to the specific stairs. But in general, you're asking me to answer about hypothetical situations or stairs all around -- as you said.

Q   Okay. Let's be very specific. Let's talk about this staircase.

A   Okay.

Q   This staircase. If a wooden riser board falls off of the staircase, what could be the cause of that?

MR. DRAHOS: Object to the form.

A   It could have been possibly it was knocked in by somebody, it could have been that, you know, it -- it damaged from weather. Who knows? There's every -- different scenarios.

Q   You said "knocked in by somebody"?

A   Yes.

10 (Pages 34 - 37)

800-726-7007                                                      305-376-8800

Page 38

Q   What do you mean by that?

A   They're kickplates.  So when you walk, people inadvertently kick the risers as they walk upstairs.  That's why it's called -- excuse me?

Q   Sorry.  I interrupted you.  Go ahead.

A   That's why it's called a kickplate.

Q   So what is the purpose of a kickplate?

A   So apparently, to stop your foot from going all the way through the stairs so you don't hit your shin on the step in front of you.

Q   So Carnival expects that people when walking up the staircase will make contact with the kickplate?

A   That's what they're designed for.

Q   So the wooden riser board that is the kickplate, the purpose of that is to get kicked by people walking up the staircase?

A   No.  It -- it's for -- to prevent that person from overstepping and hitting their shin on the step above them.

Q   And by preventing them from overstepping, that could mean that the people walking up the staircase would be potentially kicking the kickplate; right?

A   Hence, that's why they're called kickplates.

Q   Okay.  So if people walking up the staircase

Page 39

are kicking the kickplates, that could cause the wooden board of the riser, the kickplate, to become loose?

MR. DRAHOS:  Object to the form.

A   It -- we've never had an issue before, so apparently, it could have -- possibly be that issue.

Q   And the other one was weather, you said?

A   Yeah.  Weather or whatever the case may be.  Yeah.

Q   What about the weather would cause the kickplate of the subject staircase to come loose?

MR. DRAHOS:  Object to the form.

A   They're exposed to the sun every day.  Even though it's teak, it's -- it's designed to take it, but unfortunately -- so that's why they've got to revarnish them every -- every year.

Q   We'll get into the revarnishing soon.  So just being exposed to the elements, that could cause the wooden boards to come loose on the subject staircase?

MR. DRAHOS:  Object to the form.

A   No.  It could be -- it could just show that they've been weathered, but I don't -- we've never had an issue for any of these steps -- kickplates to come off before or after this incident.  This is the only

Page 40

incident I've ever -- ever heard of.

Q   So you testified that there are -- I think you said nineteen hundred passengers on board, or potentially nineteen hundred passengers onboard each cruise?

A   Yes.

Q   And there's another -- I don't know -- I think you said, like, eleven hundred crew members onboard each cruise?

MR. DRAHOS:  Object to the form.

A   Correct.

MR. DRAHOS:  Asked and answered.

BY MS. GOODMAN:

Q   Okay.  So potentially, there could be 3,000 people each cruise walking up this subject staircase; right?

MR. DRAHOS:  Object to the form.

A   Yes.

Q   Meaning potentially, each cruise, 3,000 people could be kicking the kickplates of this subject outdoor staircase?

MR. DRAHOS:  Object to the form.

A   No.  Not everybody -- not everybody kicks the kickplate.  It's just, unfortunately, when they're walking up the stairs, some people actually

Page 41

inadvertently kick the kickplate.

Q   Okay.  But Carnival knows that there will be passengers potentially kicking the kickplate; right?

A   Yes.

Q   And because Carnival knows that passengers potentially kick the kickplate, and when that happens, the kickplate could become loose; right?

MR. DRAHOS:  Object to the form.

A   A possibility.  Let's go with that.

Q   It's a possibility the kickplate could become loose when it's been kicked by someone walking up the staircase; right?

MR. DRAHOS:  Object to the form.

A   Yes, if you want to go there.  But I don't see how -- oh.  Go ahead.  You -- ask your questions.

Q   Because the kickplate could become loose, you would agree that Carnival should inspect the kickplates of its staircases to ensure that those kickplates are not loose; right?

MR. DRAHOS:  Object to the form.

A   Correct.  And -- and they do visual inspections on these steps every day, multiple times a day.

Q   What about the screws?  The vibrations of the ship, could that cause the screws to become loose?

11 (Pages 38 - 41)

Page 42

MR. DRAHOS: Object to the form.

A   I've not -- I've never had any issue where that's ever took place.

Q   Do you know if you could feel the vibrations of the ship while walking on that staircase?

MR. DRAHOS: Object to the form.

A   I'm not sure. I -- it's a ship. It's -- it's out in the ocean.

Q   What does that mean?

A   It's not a stable object on -- in -- in the water. It's not like a building on land.

Q   And the ship has huge diesel engines that cause vibrations?

MR. DRAHOS: Object to the form.

A   I don't know about the vibrations of it, but it's on the ocean. It does go with the waves, go with the water.

Q   And the teak wooden boards of the staircase, because those boards are exposed to the outdoors, they would be getting wet when it rains; right? You've already said that.

MR. DRAHOS: Object to the form.

A   Yes.

Q   Okay. And the water from the rain, that could also potentially cause the screws to rust;

Page 43

right?

MR. DRAHOS: Object to the form.

A   No. They're not -- I -- I believe they're -- they're a special type of screws that can withstand -- they're for exterior, so they're not just going to put any regular screws in there that could get water and rust.

Q   Okay. Are you familiar with what standards apply to the subject staircase?

A   No.

MR. DRAHOS: Object to the form.

BY MS. GOODMAN:

Q   Would you agree that there are standards that apply to the outdoor staircase?

A   Yes.

MR. DRAHOS: Object to the form.

BY MS. GOODMAN:

Q   But you don't know specifically which ones?

A   Correct.

Q   Are you familiar with the International Maritime Organization?

A   Yes.

Q   And the Safety Of Life At Sea, SOLAS?

A   Yes.

Q   And the U.S. Coast Guard?

Page 44

A   Yes.

Q   And what about the Florida Building Code?

MR. DRAHOS: Object to the form.

A   It's not -- it's not part of this. Florida Building Code has nothing to do with maritime.

Q   Okay. That's not what I'm asking. I'm asking: Are you familiar with it?

MR. DRAHOS: Object to the form. Is this in the areas of inquiry that he's supposed to be knowledgeable of the Florida Building Code?

MS. GOODMAN: I'm just asking if he is knowledgeable of the Florida Building Code.

MR. DRAHOS: All right. Well, I'm going to let it go a little bit more, and then I have to object to it being outside the areas of inquiry.

MS. GOODMAN: Okay.

BY MS. GOODMAN:

Q   You can go ahead and answer.

A   I've heard of it, but I don't know it verbatim.

Q   And you don't know what applicable industry codes would apply to the outdoor staircase; right?

MR. DRAHOS: Object to the form.

A   I believe maritime standards and things like that might apply. I don't know about -- I'm not sure

Page 45

that Florida Building Code would be even considered.

Q   You would agree that staircases are not unique to the maritime environment; right?

A   Correct.

Q   Okay. Let's talk about topic 16, "Measures taken to ensure the safety of the people in the area where the incident occurred." What measures does Carnival take to ensure the safety of the people in the area where the incident occurred?

MR. DRAHOS: Object to the form. By the way, it's an area of inquiry that we did object to.

You can go ahead and do your best, Mr. Diaz.

THE WITNESS: Repeat the question.

BY MS. GOODMAN:

Q   Sure. What measures does Carnival take to ensure the safety of the people in the area where the incident occurred?

MR. DRAHOS: Object to the form.

A   Before or after?

Q   Let's do before the subject incident, so before July 14, 2023.

A   There was no need to -- to warn anybody. There was nothing taking place at the time. So if

12 (Pages 42 - 45)

Page 46

that's what the question was, I mean, I'm --

Q    You would agree that Carnival has a duty to inspect its ships; right?

A    Yes, and we do.

Q    And Carnival has a responsibility to inspect its ships; right?

A    And we -- yes, and we do.

Q    And Carnival has a responsibility to inspect its ships to determine if there's a dangerous condition; right?

A    Yes, and we do.

Q    And a duty to inspect its ships to determine if there is a dangerous condition?

A    Yes.

Q    And a dangerous condition could be that there is an unsecured wooden board on an outdoor staircase; right?

MR. DRAHOS:  Object to the form.

A    I don't know how to answer that.  I mean, you're -- if we -- we inspect our ships daily, so if we see something, we say something, and we report it to the proper people, and they come and they inspect it to make sure it's working properly.  If not, they repair or replace it if necessary.  If they have the -- the equipment on board to replace it, they

Page 47

will.  If it needs to be taken out of service, they will.

Q    But would an unsecure wooden board on an outdoor staircase be a dangerous condition?

MR. DRAHOS:  Object to the form.

A    Yes.

Q    Why would an unsecure wooden board on an outdoor staircase be a dangerous condition?

A    Because it could hurt somebody.  But if it's inspected properly and we have no notice of any loosened wooden boards or we don't see any loosened wooden boards, then no repair would be done to it or -- or any type of service.

Q    Does Carnival have any policies, procedures, rules, regulations regarding the inspection of the outdoor staircase?

A    Yes.  Crew members throughout their day are to inspect their areas of work, and if there's something not functioning properly or -- or damaged or broken, they need to report it to the supervisors.  Their supervisors would try to go to the area and look at it and then report it to the proper department to handle whatever that problem might be.

Q    In terms of inspections for the outdoor staircase, what would an inspection of the outdoor

Page 48

staircase consist of?

A    A visual inspection.

Q    And when you say "visual," what do you mean?

A    Eyes on object.  Eyes on object.  You just look at it.

Q    Okay.  And it's possible that just looking at a staircase, you would not be able to tell whether or not the wooden boards are properly secured; right?

MR. DRAHOS:  Object to the form.

A    If it's out of place, yes.

Q    If one of the wooden boards is actually out of place, you could tell that it was unsecured.  But what if the wooden board was not out of place, and it was sitting in its proper place, but it was unsecured?

MR. DRAHOS:  Object to the form.

A    "If" is a big word.  I -- I can't answer every "if."

Q    Okay.

A    This is -- basically, it's a visual inspection.  If they see something wrong with it, they report it to the proper department so they can try to -- to rectify the problem.

Q    So that would require --

A    Also, not every crew member -- like, I -- because I know you brought up the screwdriver

Page 49

thing, not everybody's walking around with screwdrivers.  That doesn't work like that.

Q    Okay.  So the visual inspection would work if the wooden board is out of place; right?

A    That's -- possibly yes.  Or if it's damaged or -- you know, or something is -- is maybe out of place, yes.  They would -- a visual inspection will pick it up.

Q    Okay.  But if the wooden board is not out of place, a visual inspection might not pick it up; right.

A    Wrong, but -- visual inspections usually pick up 99 percent of everything, but, you know, if -- if you want to keep hitting with the "ifs," we'll be here all day.  But yes, it's -- it's -- if you inspect it visually, you could see 90 percent or 99 percent of the problem visually.  Well, nobody walks around with screwdrivers and turning screwdrivers and screws and touching things.  We don't do that.

Q    Okay.  So for this visual inspection, is the crew member walking up the staircase and then down the staircase, or is it -- tell me what the visual inspection consists of.

A    A visual inspection means, like I said, eyes

13 (Pages 46 - 49)

Page 50

on object.  People might be working in that area, so they're cleaning the area, they're observant to everything in their area just to make sure that everything is working -- or seems to be looking in -- in working condition, so they might be sweeping or picking up things.

As they spot something, you know -- you know, whatever the case may be, a damaged chair or -- or light not working, you know, or something shifted, a painting on the wall, they'll -- they'll bring it to somebody's attention and make sure that it is properly secured and -- and fixed.

Q   The policies and procedures, rules, regulations that Carnival has regarding inspections, is that written down anywhere?

A   I believe so.  It -- it's in their -- their employee manual, I guess what they do as far as their -- their job duties.  They already are explained to make sure that if you see something, say something.  Just like a spill.  If you see it, you own it until it's resolved.

Same concept with, you know, if you see something that's in your work duties that is not working properly or -- or seems to be damaged, you need to report it to your supervisor.  Your

Page 51

supervisor, he or she, will come by, look at it, and then report it to the proper department, whatever that case may be.

Q   Okay.  So we're basically covering topic 24, which is "Any inspection conducted on the subject staircase or of any kickplate on the subject staircase and/or any kickplate on any outdoor staircases (where the riser and tread of the steps are both the same material as the subject staircase) on any Vista-class ships which were generated at any time in the three (3) years before the subject incident," excluding the time when COVID when Carnival paused for COVID; okay?  To that topic, these visual inspections that you were just discussing, is there any log kept of the visual inspections?

A   No.

Q   Is there any schedule set for these visual inspections?

A   Throughout their work hours, everybody that's working is responsible to inspect their area.  So there's no log for that unless there's an issue that they find, and it's generated in some type of a work order, but they're -- they're visually to inspect all -- their whole complete work areas.

Q   Back to Plaintiff's Exhibit 3.  Plaintiff's

Page 52

Exhibit 3, I'm looking at what is Bates stamped GR000342; okay?  And this is a photograph taken of the subject staircase after the incident occurred; right?

A   Yes.

Q   Okay.  And you would agree with me that we know that this is a photo taken after the incident occurred because the wooden riser board from this step, step 3 from the top, is missing; right?

A   Correct.

Q   This is the riser board that fell and hit Clay Crockett in the head?

A   Yes.

Q   Okay.  And here in this photograph, you've already identified that you can see two screws on either side of the riser boards; right?

A   Yes.

Q   And in fact, the two screws remain where the riser board is missing on step 3; right?

A   Correct.

Q   So a visual inspection as you describe it would not have potentially alerted Carnival crew members that this wooden board on step 3, the wooden riser board, was not properly secured to the staircase; right?

MR. DRAHOS:  Object to form.

Page 53

A   It doesn't -- no proof that it wasn't properly secured.

Q   Well, you would agree that if a wooden riser board is properly secured, it wouldn't fall off of a staircase; right?

MR. DRAHOS:  Object to the form.

A   It -- it was properly secured so there's no way to determine, you know, what the actual cause was -- to -- to come -- come off.

Q   And how do you know that the wooden riser board was properly secured?

A   You see the two screws, and then there's a track on the bottom, so it was properly secured.  This has never happened before, and it's never happened ever since, so -- it was properly secured for many years, and it was properly secured for months after.

Q   So if the wooden riser board was properly secured to this staircase, how did the wooden riser board fall off and hit Clay Crockett in the head?

MR. DRAHOS:  Object to the form.

A   I'm not sure, but there's -- in the video, you see an individual walk up the stairs, and as soon as he goes out of view, this thing comes down.  I'm not sure if he inadvertently kicked it by mistake and somehow jarred it loose, but we have no other

14 (Pages 50 - 53)

Page 54

explanation for that because the screws are there, the track is there, you can see the adhesion on the bottom of -- of the -- the wooden plank. So I mean, there's not much -- there's no other answers that we can --

Q   So is Carnival blaming the passenger that walked up the staircase?

A   We're not sure. We're not sure because we don't see the individual pass it and walk, and we don't see how this thing came -- came undone.

Q   Do you know who that individual is that walked up the staircase?

A   No. That's the only view we have of that individual is -- is that direction that we have.

Q   Did Carnival do anything to try to locate who that individual was?

A   Impossible. We didn't have a facial view of the individual.

Q   Is there any evidence that that individual was doing anything that he wasn't expected to do?

MR. DRAHOS: Object to the form.

A   No. There's no -- he was just walking up the stairs.

Q   Okay. So if --

A   Probably inadvertently kicked a kickplate.

Q   Which is something that Carnival expects to

Page 55

happen when somebody's walking up a staircase; right?

MR. DRAHOS: Object to the form.

BY MS. GOODMAN:

Q   Is that correct?

A   Correct. Correct.

Q   Okay. So this individual that was walking up the steps wasn't doing anything that he wasn't expected to do by kicking the kickplate, which is what the purpose of the kickplate is?

A   Correct.

Q   Okay. There's no evidence that this individual was sitting here unscrewing the screws of the kickplate?

MR. DRAHOS: Object to the form.

A   No.

Q   In fact, the two screws are still there in the kickplate?

A   Yes.

Q   There's no evidence that that individual walking up the steps of the staircase was just sitting there kicking the kickplate over and over?

MR. DRAHOS: Object to form.

A   No.

Q   Back to Plaintiff's Exhibit 3. I'm looking at page 5 of Plaintiff's Exhibit 3, also Bates stamped

Page 56

GR000345; okay?

MR. DRAHOS: So, Ms. Goodman, there's been a few times now where you've referred to Exhibit 3, but you're listing different Bates numbers. Is that a composite exhibit? If so, can you let me know, please, what the Bates numbers are so I know exactly what Exhibit 3 is?

MS. GOODMAN: Sure. Let's do that. Plaintiff's Exhibit 3 are the photos produced by Carnival, which are Bates stamped GR000341 through GR000350; okay?

MR. DRAHOS: Thank you.

MS. GOODMAN: Sure.

BY MS. GOODMAN:

Q   Let's go back to page 5, which is also Bates stamped 000345. This is a photo underneath the subject staircase; right?

A   Yes.

Q   Okay. And underneath the staircase, we can see that there's this railing?

A   Yes.

Q   Okay. For the visual inspection, does a crew member go underneath the railing and actually inspect, visually, the staircase?

MR. DRAHOS: Object to form.

Page 57

A   They inspect the whole area. Sometimes they have to go in there and sweep up stuff that fall -- you know, that people accidentally drop, and it slides over to that direction, so --

Q   Okay. But in terms of, like, inspecting the outdoor staircase, the underneath portion, how close do you know Carnival crew members get for this visual inspection?

A   I'm not sure. I -- I don't know how close they get to it.

Q   And the Carnival crew members who would be responsible for these visual inspections, would those be the crew members that are assigned to the open decks?

A   To -- to their general area. Yes.

Q   For example, like, the deck department or the joiner, the mason, that department, who's responsible for the refurbishing, repairs, replacement, those are not the individuals doing these daily visual inspections; right?

A   Whoever's in their -- their general assigned area are -- are the ones usually doing most of the visual inspections.

Q   Like the pool and deck supervisor, the pool attendants, the crew members that are bringing, I

15 (Pages 54 - 57)

Page 58

guess, drinks to passengers on decks 11 and 12?

A    Crew members are -- are generally in their area, whatever departments that may be.

Q    And there's drinks; right?  There's, I guess, bars on deck 10 where passengers can get drinks and sit by the pool or on an open deck?

A    Yes.

Q    And there are, I guess, crew members who go and take passengers' orders at their lounge chairs on decks 10, 11, or 12?

A    Yes.

Q    And then crew members that get passengers drink orders from decks 11 or 12 have to go back down to deck 10 and then, when it's time to deliver those drinks, go back up to decks 11 or 12?

A    Yes.

Q    Okay.  Let's talk about topic 23, "Any testing conducted on the subject staircase or of any kickplate on the subject staircase and/or any kickplate on any outdoor staircases (where the riser and tread of the steps are both the same material as the subject staircase) on any Vista-class ships which were generated at any time in the three (3) years before the subject incident," excluding when Carnival paused its operation for COVID.  So what testing has

Page 59

Carnival conducted of the subject staircase?

MR. DRAHOS:  So area of inquiry 23 is the subject of our notice of objections.  To the extent that this inquiry is requesting information that's previously been agreed to, the area of inquiry today exceeds what was previously agreed to.  So we would object to the extent you're asking for information today beyond what's previously been agreed to between the parties.

Do you understand the question?

THE WITNESS:  Yes, but -- agreed to.

MS. GOODMAN:  You can go ahead and answer.

MR. DRAHOS:  To the extent you have any information to offer.

THE WITNESS:  I don't have any information to offer.

BY MS. GOODMAN:

Q    And what is your understanding about what the parties agreed to in terms of previous testing of the steps?

A    Whatever the parties agreed to, my attorney will answer that.

Q    Is there any testing of the outdoor staircase not involving litigation?

Page 60

MR. DRAHOS:  Object to form.

Do you understand the question?

THE WITNESS:  No.  I do not understand what that means.

MR. DRAHOS:  Then ask her to explain.

THE WITNESS:  Yeah.  If you could explain -- I'm not understanding your question properly.

BY MS. GOODMAN:

Q    So I'm not asking about, like, any testing done or inspections done by experts in relation to lawsuits.  Do you understand what I mean by that?

A    Okay.  That I understand.  Okay.

Q    Okay.  I'm asking about just, in general, other than testing and inspections done for lawsuits, does Carnival do any testing to the outdoor staircase?

MR. DRAHOS:  Can I give him some guidance here on this?  I can get an answer for you, but I want to make sure the answer he gives is within the confines of previous agreements, so --

MS. GOODMAN:  Sure.  Are you going to do it on the record, this guidance?

MR. DRAHOS:  Yes.  Of course.

MS. GOODMAN:  Okay.

MR. DRAHOS:  So, Mr. Diaz, you can let

Page 61

her know about testing that's done annually.

THE WITNESS:  Oh.  Okay.

MR. DRAHOS:  But you're not to get into the details because we've previously objected and said the results are not relevant to the case.

THE WITNESS:  Okay.

MR. DRAHOS:  So do you understand my instruction?

THE WITNESS:  Okay.

MR. DRAHOS:  All right.  He's going to go ahead and answer.

THE WITNESS:  Yes.  We do inspect them annually.

BY MS. GOODMAN:

Q    And what does the annual inspections consist of?

A    That, I'm not sure what they do, but it's -- it's -- they actually inspect the stairs annually, thoroughly, I believe.  I'm not sure the whole steps and process of the actual inspection, but they're inspected annually.

MS. GOODMAN:  Hang on.  So I don't believe that the parties did reach an agreement regarding testing.

MR. DRAHOS:  Well, it's too little too

16 (Pages 58 - 61)

Page 62

late for that, Ms. Goodman.  First of all, we did assert an objection in discovery, and we also provided a notice of objections in advance of this deposition, which you made no effort to try and resolve.  So I can try my best to get you an answer right now that could potentially resolve this, but I certainly am not inclined to go through the history of all the 7.1s in this case because you know there's been a lot.

MS. GOODMAN:  So can you tell me what the annual testings consist of?

MR. DRAHOS:  Sure.  Coefficient of friction testing done by Zed Hejzlar [ph].

MS. GOODMAN:  Okay.  That's all I needed to know.

MR. DRAHOS:  I knew there was a simple solution.

MS. GOODMAN:  I had a feeling.

All right.  We've been going for more than an hour.  You want to take a five-minute break?

MR. DRAHOS:  Yeah.  That'd be great.  Thank you.

THE VIDEOGRAPHER:  We're going off the record at 11:18 a.m.

(Off the record.)

THE VIDEOGRAPHER:  We're going back on

Page 63

the record at 11:24 a.m.

BY MS. GOODMAN:

Q   Okay.  Let's talk about topic 18, "Any and all Carnival's rules, regulations, policies and procedures for warning about the subject dangerous condition on board the Carnival Vista promulgated at any time but in effect at the time of the subject incident and implementation of such rules."  What information do you have on that topic?

MR. DRAHOS:  Defendants also objected to area of inquiry 18, so Mr. Diaz will answer to the extent he's able to today subject to our objection.

MS. GOODMAN:  Okay.

BY MS. GOODMAN:

Q   Go ahead.

A   Question is:  What do we do -- repeat that last part of the question.

Q   Basically, I want to know rules, regulations, policies, procedures regarding warnings about dangerous conditions onboard Carnival ships, Carnival Vista.

MR. DRAHOS:  Object to the form.

A   Basically, if there's an issue, they would either have a warning sign out, or if there is a crew member by, they'll verbally warn any guests if there's

Page 64

something going on.  I mean, that's a broad question, and -- and it -- if -- something specific -- spill water, they try to cover it up, and warn guests, and try to cordon off the area until it's completely dried, and then they open it up.  If something's broken, they cordon off the area, warn guests, "Please," you know, "be careful," and -- until they resolve it.  They'll close the area down if necessary.

Q   You'd agree that Carnival has a duty to warn its passengers of dangerous conditions on boarded ships?

MR. DRAHOS:  Object to form.

A   If there's specific reasoning -- specific incidences, yes, they would warn -- you know, if there's water spilled on the floor, they'll warn -- warn them.  If it's a pool deck, they'll warn guests.  They'll put warning signs out to make sure guests understand it's a wet area.  But I mean --

Q   And you would agree that Carnival has a responsibility to warn passengers about dangerous conditions onboard the Carnival Vista; right?

MR. DRAHOS:  Object to form.

A   That's why they warn them either verbally or -- or with visual signs for them.

Q   And one of the dangerous conditions could be

Page 65

that a wooden board is unsecured to an outdoor staircase; right?

A   No.

MR. DRAHOS:  Object to the form.

BY MS. GOODMAN:

Q   So --

A   We have -- we had no prior notice, so there's no duty to warrant on an unforeseen event.  We can't see into the future.

Q   Okay.  So you would agree that on July 14, 2023, Carnival had control of the outdoor staircase; right?

MR. DRAHOS:  Object to form.

A   That was already established in the prior answer.  Yes.

Q   And Carnival had control of that outdoor staircase from the time it took possession until the date of the incident and through the present; right?

MR. DRAHOS:  Object to form.

A   Asked and answered.  Yes.  It's already been previously established.  Yes.

Q   Okay.  And we'll get more into varnishing soon.  So it's your testimony that a dangerous condition would not be an unsecured wooden board on an outdoor staircase?

17 (Pages 62 - 65)

Page 66

MR. DRAHOS:  Object to the form.

A   Unforeseen -- repeat the question again.  I'm sorry.

Q   So is it your testimony that a dangerous condition would not be an unsecured wooden board on an outdoor staircase?

MR. DRAHOS:  Object to the form.

A   We have -- you have no knowledge of any unsecured boards, and neither did Carnival, so -- we can't warn -- like I said, we don't have crystal balls, we can't see into the future, and there's no information of this not being properly secured at all -- or improperly secured, I mean.

Q   And in order to have knowledge of an unsecured wooden board, what would Carnival need to know?

MR. DRAHOS:  Object to the form.

A   Notice.

Q   And what kind of notice would Carnival need to know that there was an unsecured wooden board on an outdoor staircase?

MR. DRAHOS:  Object to the form.

A   Notice.  There -- we would have to be notified prior by somebody, either a crew member or a guest, that they happen to see it and report it to a

Page 67

crew member.  So we don't -- we can't predict a future or -- or future events because if we could, I'd like to predict the lottery, but --

Q   And while you can't predict certain events, there are things that Carnival knows; right?  That Carnival knows that screws can become loose; right?

A   No.

MR. DRAHOS:  Object to the form.

BY MS. GOODMAN:

Q   Okay.  So Carnival does not know that screws can become loose?

MR. DRAHOS:  Object to the form.

A   So it's a hypothetical situation, just like you can't determine or I can't determine anywhere we go that screws come loose.  You know, we can't determine that.

Q   And a wooden board on a riser, the reason for the riser is that it prevents people from going all the way through and hitting, I guess, their shin or their knee on the next step, and because of that, the riser does get kicked by passengers or crew members walking up the staircase; right?

MR. DRAHOS:  Object to form.  We've already been down this road, so this is repetitive.

//

Page 68

BY MS. GOODMAN:

Q   You can go ahead and answer.

A   It was answered before.  It's a possibility that they can.  Yes.

Q   And because the riser board can be getting kicked by passengers or crew members, that riser board could become loose; right?

MR. DRAHOS:  Object to the form.

A   I think we answered this already.  This is like, circles.

Q   You can go ahead and answer.

A   How do you want me to answer any different than I answered before?  It's -- there's a possibility, but this has never happened prior, and it's never happened ever since.

Q   Okay.  So even though --

A   The probability is -- of that, you're talking about thousands of people on a vessel traversing possibly hundreds and hundreds of times throughout the years, and we have no other incidents prior.  We have no other incidents after.

So we're talking about maybe -- maybe one one-hundredth of a percent of this ever happening or its happening ever again.  I'll tell you, anybody will take the odds on that.  There's a -- this has never

Page 69

happened prior, this has never happened after, so if -- this is not an occurrence that you would require people to, you know, inspect all their kickplates out of nowhere.  This has -- this has never happened before.

MS. GOODMAN:  I'm going to move to strike as nonresponsive.

THE WITNESS:  -- as responsive, it should, because I responded to your answer thoroughly.

MR. DRAHOS:  Let me handle --

MS. GOODMAN:  Hold on.

BY MS. GOODMAN:

Q   Even though Carnival knows that the kickplate can become loose from people kicking it, Carnival doesn't have any policies and procedures to inspect to make sure that the kickplate is remaining secured; it only relies on these visual inspection by crew members or a report from a crew member or a passenger that the board is loose?

MR. DRAHOS:  Object to the form.  Ms. Goodman, by your own question, you know the answer.  So at this point --

MS. GOODMAN:  You can go ahead and answer.

MR. DRAHOS:  -- you're harassing him.

18 (Pages 66 - 69)

Page 70

But you can't harass the witness, and you can't ask him questions repetitively that you know the answers to. So we're going to try and move on and have Mr. Diaz answer this question, but I'm going to ask you to please ask new questions and not questions that you already know the answers to because you've already asked these things. Thank you.

MS. GOODMAN: You can go ahead and answer the question.

And your speaking objection is noted.

You can go ahead and answer.

MR. DRAHOS: Well, I have to protect my client when you're harassing him, so --

MS. GOODMAN: Okay.

You can go ahead and answer.

THE WITNESS: Repeat the question.

BY MS. GOODMAN:

Q   Sure. So even though Carnival knows that the kickplate can become loose by passengers or crew members kicking it while they're going up the staircase, Carnival doesn't have any policies and procedures for inspecting that the kickplates are remaining secure; Carnival relies on these visual inspections or a report from a crew member or a passenger that the wooden board is loose?

Page 71

MR. DRAHOS: Object to the form. That misstates his testimony. So now you're arguing and misstating his testimony.

BY MS. GOODMAN:

Q   You can go ahead and answer.

A   We have visual inspections by our crew members every day, multiple times a day, and there's nobody walking around with screwdrivers at all, testing screws throughout -- anywhere. If they see something visually, they will report it to the proper people, and they -- it'll be addressed in a proper manner. But other than that, nobody walks around with screwdrivers to test screws at all.

Q   Are there any -- sorry. I didn't know that you weren't done.

A   No. I'm -- I'm done now.

Q   Okay. Are there any crew members that actually go and with their hands touch the riser boards of the outdoor staircases to make sure that they remain properly secured?

A   This has never happened, so there's no need for this. This is not an occurrence that's ever happened prior or after, so there would be no need for that. Visual inspection is -- is more than suffice.

Q   So the answer to my last question was no,

Page 72

nobody goes and touches the riser boards with their hands to make sure they're properly secured?

A   There's no need to. Correct.

Q   And if there was a loose riser board on an outdoor staircase, how would Carnival warn passengers about that condition?

MR. DRAHOS: Object to the form.

A   Well, if it's a -- they would probably secure the -- the stairs off, which they did in this case. As you can see in your photos, I think it was 3, 4, 5, you could see two stanchions there. They block off the -- the stairs so nobody could use it. And then the joiner comes in and -- and assesses the situation and attempts to repair it. In this case, he repaired it successfully because there was never an issue ever again.

Q   I just want to show you I think what you were referring to. Back to Plaintiff's Exhibit 3. We're on page 1, Bates stamp 341. There's a rope --

A   Yes.

Q   -- cordoning off the staircase; right?

A   On the bottom and the top.

Q   And the top. And if we look at Bates stamp 343, you can see the one at the top; right?

A   Yes. So -- yes. If you go to the photo

Page 73

above it, you can see the other one on the left. There you go. The little part of it. That one right there.

Q   Yeah. But I think it's easier here to see --

A   Well, you see the one on the right, but you don't see the one on the left --

Q   Understood. Okay. The actual -- the pole for the other side?

A   Correct.

Q   Got it. So that would be one of the ways that Carnival could warn of a dangerous condition by restricting access to the staircase?

A   Correct.

Q   And Carnival could also put a crew member in the area giving verbal warnings not to use the staircase; right?

MR. DRAHOS: Object to form.

A   If needed, but in this case, there was no need.

Q   Back to the staircase. The dimensions of the staircase, do you know what the dimensions of the staircase are?

MR. DRAHOS: Object to form.

A   No. I don't know offhand. No.

19 (Pages 70 - 73)

800-726-7007                                                           305-376-8800

Page 74

Q   Okay.  But the subject staircase was inspected in this case.  You would rely on, like, the measurements taken by the expert who inspected the staircase?

MR. DRAHOS:  Object to the form.

A   Whatever we -- whatever has been provided to you.  I guess if -- if you've requested it, they've probably provided to you.  I'm not sure.

Q   Okay.  Back to the underneath portion of the staircase, and I can show you the photo again.  This is topic 21, the purpose of the barrier underneath the subject staircase.  Back to Plaintiff's Exhibit 3, Bates stamp 346.  This is the barrier.  Could you tell us what the purpose of that barrier is?

MR. DRAHOS:  Object to the form.

A   So nobody walks into the stairs underneath and hits their head.

Q   And next to the barrier, there's a row of lounge chairs.  Do you see that?

A   Yes.

Q   Whose responsibility is it to set up the lounge chairs?

A   The deck -- deck staff would do that.

Q   You would agree that Carnival would be in control of the design and placement of where the

Page 75

lounge chairs are located on the deck?

MR. DRAHOS:  Object to the form.

A   Yes.

Q   And if Carnival saw that maybe a passenger moved a lounge chair somewhere where they shouldn't, Carnival would do something about it, would tell the passenger, "You can't have a lounge chair here," and would move the lounge chair away from an area prohibited?

MR. DRAHOS:  Object to the form.

A   Yeah.  They would actually kind of ask the guest to move the chair back so people could traverse the area.

Q   So if no one said anything to the individuals in these lounge chairs, is it fair to assume that they were in an area where they were allowed to be?

A   If the lounge chair's there, then yes.

Q   Okay.  Are there any diagrams that would identify where lounge chairs should be placed on deck 11?

A   I'm not sure if there's actually a diagram of where each chair needs to be, but -- I'm not sure.

Q   So I'm talking about topic 22 at this time.  Do you know:  Is it the deckhands that are actually

Page 76

the crew members that are the ones responsible for putting out the lounge chairs each day?

A   I believe it's the pool and deck department.  I'm not sure the specific -- I think it's pool and deck that actually lays out the -- the chairs and gathers them throughout the day.

Q   Okay.  And, like, are the chairs put out each morning and then put back, like, stacked up each evening; how does that work?

A   I believe yes, they are picked up and stacked properly.

Q   Okay.  And so the Carnival crew members who are responsible for putting back the lounge chairs each morning after they've been stacked the night before, how do they know where to put the lounge chairs?

MR. DRAHOS:  Object to form.

A   They've been doing it quite some time, and they all have an idea of where they all go.

Q   So there isn't, like, a policy, procedure, a diagram that identifies where these lounge chairs should go?

A   Not that I'm aware of, if there's a specific diagram of where chairs go.

Q   And again, back to Plaintiff's Exhibit 3,

Page 77

we're looking at Bates stamp 346.  This is a photo taken by Carnival after the incident occurred.  This is how the lounge chairs were set up at the time of the incident; right?

A   Yes.

Q   And is it your understanding that this first lounge chair, that's the lounge chair that Clay Crockett was laying in at the time of the incident?

A   He was sitting in?  Yes.

Q   Okay.  And this lounge chair was placed here by a Carnival crew member?

A   I believe so.  Yes.

Q   Okay.  And so there's no evidence that where this lounge chair is placed is somewhere that was prohibited by Carnival for being at at the time of the incident?

A   Not that I'm aware of.  No.

Q   Okay.  Let's talk about topic 12, "Policies and procedures regarding cleaning and maintenance of the subject staircase where the incident occurred, including cleaning schedules, logs, and name of crew whose responsibility it was to maintain the subject staircase at the time of the subject incident."  Tell us about policies and procedures regarding cleaning of the subject staircase.

20 (Pages 74 - 77)

Page 78

A   Crew members that were assigning in that area to -- are -- are assigned to clean up the area, sweep, you know, spot mop if they need to, or pick up stuff and put it in trash or -- or plates and cups and take them -- just regular duties throughout the day -- throughout their shift, I mean.

Q   So there are crew members that are actually, I guess, sweeping the steps of the subject staircase during the day and night?

A   If needed, yes.

Q   If needed.  And same thing with, like, the spot mopping; that's if needed?

A   Yes.

Q   What about trainings which govern the crew members assigned to clean the area where the incident occurred?  That would be topic 13.

MR. DRAHOS:  Object to the form. What's the question?

THE WITNESS:  I'm not sure what the question is.

BY MS. GOODMAN:

Q   Sure.  What trainings are there which govern the crew members assigned to clean the area where the incident occurred?

A   They're taught what to -- where to get the

Page 79

stuff, you know, what areas to focus on, and what the -- not what areas to focus, but they have the locations of where to get their mops and brooms and things like that, where to store it, and how to, you know, mop -- sweep the area, and spot mop, and --

Q   Okay.  I'm going to show you Plaintiff's composite Exhibit 4.  Hold on one second.

(Plaintiff Exhibit 4 was marked for identification.)

Okay.  This is Plaintiff's composite Exhibit 4.  It's Carnival Bates stamp documents 320 through 334; okay?  And --

MR. DRAHOS:  You said it's Exhibit 4?

MS. GOODMAN:  Yeah.  It's going to be composite Exhibit 4, all the cleaning documents.

MR. DRAHOS:  Okay.

BY MS. GOODMAN:

Q   Starting on 320.  Could you identify this document?

A   Lido Restorant, Open Deck Cleaning Responsibilities.

Q   And this is a Carnival document?

A   Yes.

Q   And this would be, I guess, one of the policies and procedures that would apply to the

Page 80

subject area?

A   Yes.

Q   And you've already testified about daily floor maintenance include debris stain removal through sweeping or mopping on a round the clock basis; right?

A   Throughout that person's shift, yes.  These are for their shifts.  I don't know if it's done 24 hours.  I think the pool does close for other reasons, so --

Q   And all of the crew members that are, I guess, assigned or are working on the open deck would include the crew members that are serving food and drinks to passengers on the open decks?

A   Yes.

Q   These cleaning -- like, the "see something, say something" policies would apply to them, also; right?

A   To all crew members.

Q   For example, if one of those crew members that's carrying a tray of drinks to passengers from deck 10 to deck 11 and then to deck 12, if they're going up the staircase between deck 11 and 12, and they discover that a wooden board is loose, it would be their responsibility to report it?

A   Correct.

Page 81

Q   Okay.  Let's go to the next document.  This is Bates stamp 321 through 327.  Could you identify what's on the first page of this 321?

A   Two Minute Trainer, Frasmar Cleaning Guidelines.

Q   And would this apply to the subject area, the outdoor staircase?

MR. DRAHOS:  Object to the form.

A   To all decks, the outside.  Yes.  Flooring, I mean.  Not decks, flooring.

Q   And this scrubbing machine, is this scrubbing machine used on the steps of the outdoor staircase or not?

A   No.

Q   We'll get to that, too, but during another crew member's deposition in this case, he testified about a brush, I think he called it, like, a grout brush, that was used to clean the corners of the outdoor staircase to remove debris.  Are there any photos which would show what this grout brush looked like?

A   I'm not sure if he meant that -- the one in the -- in the center top photo.  I'm not sure if he meant that or if there's a -- a smaller handheld brush that they might be using.

21 (Pages 78 - 81)

Page 82

Q   My understanding from what he testified to was that it was a smaller -- like, a grout brush that would get into the -- like the corners of the staircase, so I don't think it's that.

A   Right.

Q   All right.  Let's go to the next page, 322. Could you identify what this document is?

A   Carnival Cruise Lines Quick Spill Clean-Up Stations.

Q   Okay.  And would this mop that we see here be a mop that would be used to mop the outdoor staircase?

A   Yes.  It's a quick spills clean-up, so it's a dry mop -- they have a -- a caution sign there on the wall that you can put in the area.  And dry mop is to mop up any -- excuse me -- any liquid that's found.

Q   And this outdoor staircase, the subject outdoor staircase, does that staircase become wet from passengers tracking water on it?

A   It's a possibility.  I'm not sure how close it is to the pool, so I don't know how much water they'll track by then.

Q   Okay.  So if it is a staircase that gets passengers tracking water on it, it would be a staircase that would need to be monitored and mopped

Page 83

up on a regular basis to prevent slip and falls?

A   It's monitored daily.

Q   To the next page -- or the next document in Plaintiff's composite Exhibit 4, Bates stamp 328 to 330.  Could you identify what this document is?

(Discussion held off the record.)

THE WITNESS: Oh.  Okay.  Yeah.  It's the Hess Procedures.

BY MS. GOODMAN:

Q   And what are the Hess Procedures?

A   It's prevention of slip and trips and falls and -- in accommodations -- accommodation.

Q   This is a Carnival document; right?

A   Yes.

Q   And this would be one of the policies and procedures that crew members have to follow which would apply to the subject area?

A   Yes.

Q   Here, it talks about warning signage.  We basically already covered the ways to warn passengers about an unsecured board on an outdoor staircase; right?

A   Yes.

Q   Okay.  The next set of documents in Plaintiff's composite Exhibit 4 Bates stamped 331 and

Page 84

332, could you identify what this document is?

A   It is a guide document.

Q   Is it part of, like, the Hess Procedures?

A   I believe so.  Yes.

Q   And does this document apply to the subject area?

A   Yes.

Q   And the next set of documents in composite Exhibit 4, Bates stamp 333 and 334.  Could you identify first what 333 is?

A   That's 2 Minute Trainer of open -- I mean -- I'm sorry -- 2 Minute Trainer of "Own the Spill."

Q   And what is the Own the Spill policy?

A   Basically, if you see it, you own it until it's resolved.

Q   And this, like, Own the Spill, this is kind of like the "see something, say something" policy?

A   Yes, because at that moment they're -- they own it, and then they'll need to notify the proper people to clean the area.  First, they need to cordon it off and then call somebody or -- or -- to -- to go get a mop and try to block something to coordinate the area so guests don't -- or other crew members slip and fall in it.  So there's basically -- own it until it's resolved.

Page 85

Q   And 334, could you identify what this document is?

A   334.  "Two Minute Trainer, Wet Floor and Spills."

Q   And what is this policy about?

A   Basically, it tells them what they need to do in -- in that case, indoor caution signs, outdoor caution signs.

Q   And here in this photo, you can see the rope also that would be used to prevent access to an outdoor staircase?

A   To any location, not only to outdoor staircases, but if you have expansions in the area, you -- you cordon off the area based on if you have them close by.  If not, you'll use a regular chair if necessary.

Q   Okay.  So we've already touched on this, but topic 14:  "The brush used by the Housekeeping Department to clean dust and debris from the subject staircase which would have been available within 6 months of the subject incident.  Carnival's Pool and Deck Supervisor testified on March 27, 2025 during his deposition that a brush is used to clean the debris that collects in the corners of the steps of the outdoor staircase."  Do you have any information about

22 (Pages 82 - 85)

Page 86

that brush?

MR. DRAHOS: Object to the form.

A No, I don't.

Q Okay. In terms of, like, cleaning equipment, if a crew member was cleaning the outdoor staircase, do you know where the equipment that they would use would be located?

A Probably in its proper storage, wherever that might be, general to the area that it's needed. If it's, you know, a dust pan or -- a spill, they would have certain areas on the vessel that you could easily access the broom, the -- the quick caution sign, and -- and the dry mop if necessary.

Q Is there, like, a cleaning cart that the crew members would use for the open deck?

A I'm not sure if they -- if they would bring a full cart for a spill. Is that what you're referring to? I -- because I don't understand what the cart would do.

Q I'm just trying to figure out where this brush -- he referred to it as, like, a grout brush, again -- where that would be located, if it would be, like, on a cleaning cart or if it would be somewhere else.

A Not sure.

Page 87

Q Okay.

A I know if he -- if he already did his depo, I don't know if you've already asked him where he keeps it.

Q Let's do topic 15: "The heavy duty cleaning done to the subject staircase. This includes the following: policy and procedures regarding the heavy duty cleaning, the schedule for the heavy duty cleaning, when the heavy duty cleaning was done to the subject staircase in the three" months "before the subject incident," excluding when Carnival paused its operations -- in the three years before -- excuse me -- before the subject incident, excluding when Carnival paused its operation for COVID.

"Carnival's Pool and Deck Supervisor testified during his deposition on March 27, 2025 that the Deck Department is responsible for doing the heavy duty cleaning of the subject staircase." So first, what are the policies and procedures regarding the heavy duty cleaning done to the subject staircase?

MR. DRAHOS: So Defendants objected to area of inquiry number 15.

Mr. Diaz, if you're able to answer that question, do the best you can. Otherwise, you're going to only answer to the extent of our objection.

Page 88

So we've objected. If you have information you can offer, you can do so. If you don't, let her know.

THE WITNESS: I don't have any other information to provide other than what the crew member had already testified upon.

BY MS. GOODMAN:

Q Do you know if the heavy duty cleaning of the outdoor flooring includes the outdoor staircase?

MR. DRAHOS: Same objection.

A If -- whatever the crew member testified, if they -- they -- I'm sure if they cleaned that area, they cleaned the stairs, too. That would be -- but how they do it, I'm not sure the specific procedures that they would actually do that.

Q So back to Plaintiff's composite Exhibit 4, I'm looking at Bates stamp 321. Here, where I'm circling, I believe that's a scrubbing machine. Do you see that?

A Yes.

Q Would the scrubbing machine be used for the heavy duty cleaning?

MR. DRAHOS: Object to the form. Asked and answered.

A On the flooring, yes. It -- whatever equipment you see here is what they would use,

Page 89

generally, to clean the flooring, the -- the deck, the flat deck, and some of that can be used on the stairs, but that machine will not go on those steps. It's too big.

Q Okay. But this scrubbing machine would be considered heavy duty cleaning. It wouldn't be part of, like, the regular daytime cleaning when other passengers are on the deck; right?

MR. DRAHOS: Object to the form.

A Correct. This -- this is basically the machine that they would use to scrub and -- and -- yeah. That's what it's designed for, to take -- scrub thoroughly in the bigger areas.

Q Now, we've already sort of gone into this, but there is the black adhesive strips on the flat part, the tread of the staircase; right?

A Yes.

Q And it's your testimony that the scrubbing machine wouldn't be able to go on the individual steps of the staircase; right?

A Too big. Yes.

Q And even if the scrubbing machine could go on the steps of the staircase, that would potentially negatively impact those adhesive strips where they'd have to be removed in order to do the scrubbing?

23 (Pages 86 - 89)

Page 90

A   I'm not sure.  That -- that wouldn't be able to fit.

Q   Okay.  So the scrubbing machine doesn't fit on the steps of the staircase?

A   Correct.  It's too big.

Q   Do you know what the schedule is for the heavy duty cleaning?

MR. DRAHOS:  Object to the form.

A   Not sure.

Q   Do you know what chemicals are used during the heavy duty cleaning?

MR. DRAHOS:  Object to form.

A   I'm not -- I believe it's -- it says right there on the top, Frasmar Cleaning Guidelines, first sentence, "Frasmar is an approved chemical for all open decks, synthetic floor cleaning and spot cleaning of teak floor."  It's called Frasmar.

Q   And are there certain, like, ports or times during a voyage when the heavy duty cleaning can be performed?

A   I believe it --

MR. DRAHOS:  Object to the form.

THE WITNESS:  I would believe it would be at night when the pool deck is closed by the -- the department that's doing that at night.  They don't do

Page 91

it during the day.

BY MS. GOODMAN:

Q   And the department that would be responsible for the heavy duty cleaning would be the deck department?

MR. DRAHOS:  Object to the form.

A   I think the housekeeping -- the housekeeping department might be doing that.

Q   So if the pool and deck supervisor testified that it would be the deck department responsibility for doing the heavy duty cleaning, that --

A   And -- then -- then I won't contradict what he states.  I believe he's right.

Q   Okay.  Do you know what the purpose of the heavy duty cleaning is?

MR. DRAHOS:  Object to the form.

A   To keep the -- deck clean.  It's the thorough cleaning of the deck, just like when you thoroughly mop your house.  You know, sometimes you use a -- better chemicals to clean -- regular mopping of the area for any reason.

Q   Okay.  Let's move on to topic 25, "The identity of any and all crewmembers responsible for inspecting, testing, repairing, replacing, fixing the subject staircase including the subject kickplate

Page 92

within 2 years of the subject incident including the name, rank, position, job title, ship assignment, and/or address."  What information do you have about the identity of all crew members responsible for inspecting testing, repairing, replacing, fixing the subject staircase?

MR. DRAHOS:  So Defendants objected to area of inquiry 25.  This specifically was the subject of prior objections that had previously been discussed among the parties and resolved, so pursuant to the prior discovery conferences and rule 7.1 discussions, Mr. Diaz is not here to offer any additional information beyond what we've already provided.

MS. GOODMAN:  Have the names of the crew members been identified in the answers to interrogatories?

MR. DRAHOS:  I'm checking that right now for you.  So what was previously produced pursuant to agreement was the names of all persons who had knowledge regarding the incident, and those are the names that have been produced.  It specifically answers to interrogatory number 5.

BY MS. GOODMAN:

Q   Okay.  Let's go to topic 27, "The varnishing done to the boards of the subject staircase."  When we

Page 93

say "varnishing," could you explain what that means?

A   It's -- it's applying a -- a what's called varnish, you know, staining on the steps, and I think -- removing the old varnish and putting a brand new coat of new varnish onto it.

Q   Because it's teak wood, so the wood needs to be revarnished every so often?

A   Yes.  The varnish -- yes -- needs to be replaced.

Q   And it's like the stain or sealant for the teak wood?

A   Yes.

Q   And who's responsible for doing the varnishing of the wooden boards of the staircase?

A   I'm not sure if it's a joiner or -- I don't know the actual department.  I can't -- I can't remember the name right now, but it's done by a specific department.

Q   Okay.  And are you able to tell us when the varnishing was last done before the subject incident occurred?

A   I don't -- I don't recall the specific date.

Q   Is there a document that would refresh your recollection as to what date the varnishing was done before the subject incident occurred?

24 (Pages 90 - 93)

Page 94

A   I don't think we have one.

Q   How does the Carnival crew member advise other crew members that the varnishing will be done?

A   It's -- I guess it's part of their schedule for that day or that week.  I'm not sure.

Q   Okay.  But how would they advise the other crew members; is it through work orders, emails?

MR. DRAHOS:  Object to the form.

A   I believe it's their work schedule.  I'm not sure how they determine when it's going to be done, and -- I'm not sure if the -- the crew member had already testified on that.

Q   And in order to varnish the staircase, the boards of the staircase have to be removed from the staircase?

MR. DRAHOS:  Object to the form.

A   I'm not -- I'm not sure if they need to be completely removed or -- I know the -- the adhesion tape needs to be removed.  I don't -- I'm not sure if they remove the landing or -- or the -- I'm not sure.  I -- I believe they -- I'm not sure if they have to remove them.

Q   And if there was testimony by Carnival crew members that the boards do have to be removed in order to varnish the staircase, would you have anything to

Page 95

dispute that?

MR. DRAHOS:  Object to the form.

A   No.  If the crew member testified that's his procedures, then he would know exactly what it takes to -- to revarnish those steps.

Q   You would defer to the Carnival crew member's testimony about how the varnishing takes place?

A   Yes.

Q   Okay.  So if the Carnival crew member testified that the wooden boards have to be unscrewed to remove the boards of the staircase to take them to the workshop for the boards to be varnished, and then once done, the boards have to be brought back and then re-screwed to secure the boards to the staircase, you would again defer to the Carnival crew member's testimony on that?

A   Yes.

Q   And what about the schedule for when varnishing is done; is there a set schedule?

A   No.  That crew member, if he already testified, should have told you more about what their scheduling is and -- and things like that.

Q   If the Carnival joiner testified during his deposition on March 31, 2025, that the boards of the

Page 96

staircase would be varnished on average every three to four months, would you defer to his testimony?

MR. DRAHOS:  Object to the form, mischaracterizes his testimony.

A   I'm not sure.  Whatever he testified in.

Q   Does Carnival have, like, a policy and procedure for how often varnishing should be done, or does Carnival defer to the crew members on board to make that determination?

A   I'm not sure if there's a --

MR. DRAHOS:  Object to --

Go ahead.

THE WITNESS:  So I'm not sure if there's a specific scheduling on that.  I don't know if it's done quarterly, semi-annually, or annually.  I'm not sure that -- the specific scheduling for that.

BY MS. GOODMAN:

Q   You would agree that it would be possible that, when the crew member that was reinstalling the wooden boards of the outdoor staircase, that if that crew member did not properly secure a wooden board, that that would be one of the ways that the wooden board could be loose on the subject staircase?

MR. DRAHOS:  Object to this form, asked and answered.

Page 97

A   No.  They're -- they're properly installed.

Q   Okay.  I understand that you're saying they're properly installed.  I'm saying because a crew member has to reinstall these boards after each varnishing, it's possible that a crew member could have failed to properly secure one of the wooden boards, and that could be one of the ways why the wooden board is loose on the subject staircase?

MR. DRAHOS:  Object to the form, asked and answered.

A   Oh.  If -- if it's improperly installed, he wouldn't be able to finish it.  He'd have to reinstall it until it's properly installed.

Q   So I don't think that that answers my question.  I'm asking:  Is it possible that one of the ways that the board could be loose is because during the reinstallation, the crew members simply failed to properly secure one of those boards to the subject staircase?

MR. DRAHOS:  Object to the form, asked and answered.

BY MS. GOODMAN:

Q   You can go ahead and answer.

A   No.  If he installed it improperly, it wouldn't be -- you would be able to see it, and he'd

25 (Pages 94 - 97)

Page 98

have to reinstall it properly. It wouldn't -- the screws wouldn't go in. If you tried to install into the track, it wouldn't go in if it's improperly installed, so he has to properly install it. That's why there's a track there.

Q I understand he has to properly install it. What I'm saying is: It's possible that a crew member could have placed the wooden board in the track, put the glue down, but did not actually screw the screws into the wooden board; right?

MR. DRAHOS: Object to the form. You're arguing with the witness now. He's answered --

MS. GOODMAN: You can go ahead and answer.

MR. DRAHOS: If you have anything more to say.

THE WITNESS: The screws -- then the screws would've fallen out, and it's -- the screws are there, so clearly, it was installed properly. The screws are still in the same place.

BY MS. GOODMAN:

Q Is there any evidence that those screws actually pierced the wooden board of the outdoor staircase that fell off?

Page 99

MR. DRAHOS: Object to the form.

A That, you'd have to ask the -- the joiner.

Q And Carnival still has the wooden board that fell off; right?

A I'm -- I'm not sure if we do. I -- I don't know where that wooden board is, personally. Right now, I don't know where it's at.

MR. DRAHOS: When you have another moment, if we can take a break. We've been going another hour, so --

MS. GOODMAN: Yeah. We can take a break.

MR. DRAHOS: Okay.

MS. GOODMAN: Does anyone need, like, a quick --

We can go off the record before I ask the question.

MR. DRAHOS: All right. So we're going off the record.

THE VIDEOGRAPHER: We're going off the record at 12:15 p.m.

(Off the record.)

THE VIDEOGRAPHER: We're going back on record at 12:54 p.m.

//

Page 100

BY MS. GOODMAN:

Q Okay. Back to the varnishing, which was topic 27. The pool and deck supervisor testified during his deposition on March 27, 2025, that the housekeeping department would receive an email from the refurbishment team that they would be doing the varnishing on the outdoor staircase, and the housekeeping department needed to close the staircase to prevent access to the staircase. We requested those emails. In response to our request for those emails, we were told there were no emails because they have been deleted. Is that your understanding that the emails do not exist?

MR. DRAHOS: Object to form.

A Correct.

Q Okay. And what is the procedure or policy for deleting emails?

A I believe they were -- after time, they just -- they delete.

Q Is there a Carnival policy that indicates when emails should be deleted?

A I'm not sure. All I know is in this case is that they were deleted prior to any requests ever for them.

Q And the deletion of emails, is that

Page 101

something that has to be, like, manually done, or is it an automatic setting that emails get deleted?

A I'm not sure how that's done. I don't know if it's a parameter set on the server. I'm not sure.

Q And in terms of varnishing, my understanding from the testimony of the crew members that we've taken is that varnishing doesn't fall within a work order, it is sort of, like, just regular standard maintenance, so the only -- well, I guess, tell me if I'm wrong -- the only documents that we would have would be these emails about when the varnishing took place.

MR. DRAHOS: Object to the form.

A I believe yes. They -- they varnish throughout the whole vessel. It's not just the stairs only.

Q So, like, there wouldn't be work orders for varnishing?

A No. Not that I'm aware of. No.

Q And other than those emails, we would not be able to know when the last time the varnishing took place before the incident occurred?

MR. DRAHOS: Object to form.

A I'm not sure when it was done prior --

Q Is there any other document other than those

26 (Pages 98 - 101)

Page 102

emails that would tell us when the last time the varnishing occurred?

MR. DRAHOS: Object to form.

A   I'm not sure if there is.  No.

Q   The sealer used for the varnishing, is that just available onboard the Carnival Vista at all times, or is that something that has to be specially ordered?

A   I'm not sure.  That, the joiner would be able to tell you.  He's the one that uses it.

Q   And you don't know when, specifically, those emails would've been deleted?

MR. DRAHOS: Object to the form.

A   No.

Q   Okay.  Let's discuss topic 28, "The schedule for replacing the anti-skid strips on the subject staircase."  What can you tell us about the schedule for replacing the anti-skid strips on the subject staircase?

MR. DRAHOS: Object to the form. Dependents objected to area of inquiry number 28.

To the extent you're able to answer, Mr. Diaz, please do.

Otherwise, we're going to maintain our objection.

Page 103

THE WITNESS: From the impression -- they replace them when they need it.

BY MS. GOODMAN:

Q   And in order to do the varnishing, they'd have to remove the anti-skid strips; right?

A   Yes.

Q   So in addition to the as-needed changes to the anti-skid strips, they would also be changed during the varnishing?

A   Yes.

Q   Okay.  And for the as-needed changes to the anti-skid strips, would that be done through work orders?

A   I'm not sure.  I -- I believe so.  I'm not -- I'm not sure.  I'm not sure, but I know that they replace them whenever needed.

Q   Hang on one second.  Okay, this will be Plaintiff's Exhibit 5.  Plaintiff's Exhibit 5 is also Bates stamped GR000335; okay?

(Plaintiff Exhibit 5 was marked for identification.)

A   Okay.

Q   And could you identify what Plaintiff's Exhibit 5 is?

A   Work order reports.

Page 104

Q   Is this a Carnival document?

A   Yes.

Q   Is this the Carnival procedure for work orders?

A   Yes.

Q   And basically, the housekeeping team members would submit work orders to whichever department needed to respond to the work order; for example, if it was, I guess, the anti-skid strips, it would be the refurbishment team?

A   I believe so.  Yes.

Q   Okay.  And I'm going to show you what will be Plaintiff's Exhibit 6.  Plaintiff's Exhibit 6 is Bates stamped GR000351 through 353; okay?

(Plaintiff Exhibit 6 was marked for identification.)

A   Correct.

Q   And the first page has a work request from 7/23/2023, that was in response to the subject incident.  I want to discuss that one with you later. I want to start on Bates stamp 352.  On 352, there's a work request dated February 17, 2020; correct?

A   Repeat that date again.

Q   February 17, 2020.

A   Yes.

Page 105

Q   Okay.  And the problem type "Refurbish" is identified; right?

A   Yes.

Q   And the location is deck 11; correct?

A   Yes.

Q   And the area, "Open Decks."  Do you see that?

A   Yes.

Q   And "Item:  Wood, Floor wood."  Do you see that?

A   Yes.

Q   And specifically, it says "Forward/mid/aft deck 11 to 12 stairs, black anti-slip rubber detached."  Do you see that?

A   Yes.

Q   Okay.  And the requester would've been the pool and deck supervisor sent to the engine department; right?

A   Yes.

Q   And the person responsible for responding to the work request would be the facilities maintenance manager.  Do you see that?

A   Where's that again?

Q   Under Responsible, facilities maintenance manager.

27 (Pages 102 - 105)

Page 106

A   Okay. Yes. Yes. Okay.

Q   Okay. So this would be a work request for the replacement of the anti-slip strips; right?

MR. DRAHOS: Object to the form.

A   On these set of stairs, the ones that are in the aft.

Q   Well, it says "forward/mid/aft."

A   Right.

Q   That would include the subject staircase; right?

MR. DRAHOS: Object to form.

A   Subject staircase is where your client got hurt?

Q   Correct.

A   Is that what you're saying? No. No.

Q   Why not?

A   These are in the aft of the vessel. This -- your -- your client was hurt on the port side. So these are the ones in the rear. Aft is rear.

Q   But it doesn't just say -- I'm confused. Where are you getting only aft from?

A   Because it says aft on the work order. That's where I'm getting it from.

Q   Where?

A   "Subject: Forward/mid/aft deck 11, deck 12

Page 107

stairs, black-anti slip" is the subject area.

Q   Right. So doesn't it include the forward, mid, and aft?

A   But these are for the aft stairs. So the thing is is that they're -- they're not -- you know, your -- your client was -- had an issue with the port side, so --

Q   When you say "port side," port means the left side of the ship; right?

A   Correct.

Q   Okay. So it's not about the front, middle, or back of the ship, it's either the -- it's the left side?

A   It would've said -- it would've said mid ship only. So these are not just -- it would've just said -- it would've just said the -- the -- yours is mid ship, port side, so it -- it would've said port side inside the -- the description.

Q   But you would agree with me it doesn't say starboard or port side in the subject; right?

A   Correct.

Q   It does say "forward, mid, and aft"; right? It has all --

A   Right. So it --

Q   So --

Page 108

A   -- it wouldn't have been specific to those stairs. So there -- there -- the work order is to secure the tapes on the sets of stairs, but it didn't -- doesn't specifically state yours, your -- the subject stairs.

Q   The subject stairs is located in the mid portion of the ship; right?

A   Port side. Yes. So it would've been specific. Had it been specific to your -- the stairs that you're referring to, they're not the same stairs. So if -- if it -- even though it says "forward, mid, and aft," had it been -- the aft port side, they would've went to the aft port side only, but these are just a general work order to -- to make sure that these are secured. Doesn't mean that this was generated for a specific set of stairs.

Q   But this would encompass all the stairs forward, mid, and aft --

A   If needed. If needed. Correct.

Q   Okay. But if needed, it would encompass the subject staircase?

A   If needed, but if it had been needed on those specific stairs, it would've stated those specific stairs mid ship, port side.

Q   Okay. I understand. If there was, like, a

Page 109

work order --

A   If it --

Q   -- just specifically for this subject staircase, but this work order would encompass this staircase; right?

A   Yes.

Q   Okay.

A   Possibly. If it was -- if it was needed only.

Q   Okay. And let's go to the next work order. This is on Bates stamp 353, work request dated February 26, 2020. Do you see that?

A   Yes.

Q   And the problem type "Refurbish" is identified. Do you see that?

A   Type description?

Q   Problem type, under --

A   Problem type. Yes. "Refurbish."

Q   Okay. And then deck, it says deck 11. Do you see that?

A   Yes. It's right below where it says "carpentry, upholstery, masonry, and painting"? Is that right?

Q   Correct.

A   Type of description. Okay.

28 (Pages 106 - 109)

Page 110

Q Correct. "Area: Open decks." Do you see that?

A Yes.

Q "Item: Floor wood." Do you see that?

A Yes.

Q And this "Defect Category: Surface coating/finish appearance." Do you see that?

A Yes.

Q Based on that description, does that lead you to believe they're referring to, like, the varnishing that we've discussed?

A It's a good possibility. Yes. It's the only coating that I would assume would be on the steps.

Q Okay. And the requester would be the pool and deck supervisor?

A Yes.

Q And the request is sent to the engine department, and the person responsible for responding would be the facilities maintenance manager; correct?

A Correct.

Q And here it says "Forward/mid/aft, port/starboard staircases wood worn out." Do you see that?

A Yes.

Page 111

Q You would agree that this subject, the staircases that are identified, that would include the subject staircase; right?

MR. DRAHOS: Object to the form.

A Yes.

Q Okay. And here, we see that this potentially is a work order for varnishing the subject staircase; right?

A Whatever that --

MR. DRAHOS: Object to form.

THE WITNESS: Whatever -- the surface coating that they were referring to. I'm -- I can't -- I'm assuming it is -- is varnishing, but I can't guarantee for sure what it is. The -- only the -- the porter -- I mean the joiner would be able to explain what the actual surface coating is.

BY MS. GOODMAN:

Q Is there any other surface coating that isn't varnishing?

A Not that I'm aware of, but I don't want to wanna just state that it's varnishing, so just in case that there might be something else -- you know --

Q Okay. I understand what you're saying. You don't want to guess. But is it -- is it a logical assumption for it to be the varnishing?

Page 112

A It -- it could --

MR. DRAHOS: Object to form.

THE WITNESS: It could possibly be the varnishing, but I'm not sure if there's other stuff as well.

BY MS. GOODMAN:

Q Okay. I understand. Assuming this is for the varnishing, at this time, there was a work request put in for the varnishing. Did Carnival's policies change between February 26, 2020, and July 14, 2023, regarding its policy for varnishing in terms of whether or not they needed to have a work request?

MR. DRAHOS: Object to the form.

A Not that I'm aware of. If there's a work order for it, then -- then we have it there that this is for the varnishing.

Q So between February 26, 2020, and July 14, 2023, do you know if Carnival Vista's practices changed regarding whether or not there would be a work request for varnishing?

A Not that I'm aware of.

Q Based on the testimony of the Carnival crew member who testified that the varnishing on average occurs every three to four months, based on that testimony, if work requests were used, you would

Page 113

expect to see more work requests regarding varnishing that would apply to the outdoor staircase; right?

MR. DRAHOS: Object to the form.

A No, because varnishing is not only done to those specific stairs. There's a lot of teak, you know, throughout the vessel, so it's -- I don't know if he explained to you that, you know, varnishing is done three to four months but not in the same area. It's throughout the whole vessel. So they might require him to varnish handrails, or things like that, or whatever the case may be, but not the same handrails every three months.

Q So when I'm referring to varnishing, I'm referring to, like, the re-staining, the sealing, of the actual wooden boards of the staircase.

A Right. But I don't know why he -- where he got that -- those stairs would be done every three to four months, I'm not sure why they would say that. But you know, that's up to that person to better explain it; you know?

Q I mean, is it Carnival's position that the last time that the subject staircase was varnished -- and when I say, again, "varnished," I mean the staining, sealing of the wooden boards -- was in February of 2020?

29 (Pages 110 - 113)

Page 114

A    Yes.

Q    So even though the Carnival crew member testified that the varnishing occurs on average every three to four months, Carnival's position is that the subject staircase would've been taken apart for varnishing and then put back together in February of 2020?

MR. DRAHOS:  Object to the form.

A    It states it there when -- the date it was performed, but they're not -- they're not done every three months.  I don't know if he, you know, might have mis-explained himself, but it's not done every three to four months.  These stairs are not done every three to four months.  The -- the work order shows the date that it was performed.

Q    Okay.  I mean, so this is confusing.  For some things, we are deferring to the Carnival crew member's testimony, and some things he's wrong on, so I just am trying to clarify what he's right on and what he's wrong on.

My understanding from his testimony is that there would be no work orders for varnishing.  He testified to that.  He said there would be emails.  So here we see, potentially, a work order for varnishing.  It's Carnival's position that this varnishing is the

Page 115

last time the subject staircase would've been varnished before the incident occurred?

MR. DRAHOS:  Object to the form.  Move to strike all of that commentary.  That question was literally just answered.  If you're having a hard time understanding, you'll have to go back and read the transcript, but he's not going to sit and re-explain his prior answers.

MS. GOODMAN:  Okay.  Thank you for your speaking objection.

BY MS. GOODMAN:

Q    You can go ahead and answer, Mr. Diaz.

A    I already answered it already, so just -- there's nothing to change on my statement prior.

Q    Okay.  So sometimes we're deferring to the crew members, sometimes we're not.  Is that basically the summary of your testimony?

MR. DRAHOS:  Object to the form.

A    Basically, we have a work order.  It states it right there.

Q    When we first started topic 27 about the varnishing, I asked you specifically when the varnishing was last done before the subject incident occurred, and you told me you did not know.  Do you recall giving that answer?

Page 116

MR. DRAHOS:  Object to the form.

A    Yes.

Q    Okay.  But are you now changing your testimony that the last varnishing was done in February of 2020?

MR. DRAHOS:  Object to the form.

A    The document states that it was.  I mean -- I mean, I got a lot of things that you're asking.  I can't remember every date, time, and -- and document.

MR. DRAHOS:  And let me also just state on the record, we objected to area of inquiry 27 specifically for that reason, because you didn't ask for a specific time or scope.

MS. GOODMAN:  Time or scope for what?

MR. DRAHOS:  Varnishing.  So we objected that the request was overbroad, both as it relates to time and scope.  He explained to you why.  You haven't accepted his answer, and you want to argue with him about it, that'll play out in the transcript.  But this is exactly why we objected to 27, because it's overbroad, and it's impossible for us to try and prepare him for that.  He's done the best he can.  He's answered the question.

MS. GOODMAN:  It specifically states

Page 117

"when the varnishing was last done on the subject staircase before the incident occurred."  I'm not sure what's overbroad about that, but --

MR. DRAHOS:  Well, you can argue about it later, or you could have called us to try and resolve it so that we could have had him prepared to answer what specifically you intended to ask.  You chose not to do that, which is why we're now -- in the depo.

MS. GOODMAN:  You also could have moved for protective order on these topics, and you did not, so these issues regarding your objections have not been addressed by either side, and he's allowed to testify about all of the topics identified to what he's able to at this point, I guess.  And that's --

MR. DRAHOS:  And that's exactly what we've been doing, which is why I'm instructing him not to answer.  He's going to make his best effort because we weren't able to resolve the objections even though you had them for three weeks.

MS. GOODMAN:  I did not have your objections for three weeks.  That is completely incorrect.  That is a misstatement of the facts.  And you coaching your witness and instructing him on what and what not to testify about is also noted in the

30 (Pages 114 - 117)

Page 118

record. Let's continue.

MR. DRAHOS: Ms. Goodman, I don't really want to argue with you, so take --

MS. GOODMAN: I don't want to argue with you. You're the one doing speaking objections. Let me ask my question.

MR. DRAHOS: You're the one berating the witness, and being confused, and accusing him of changing answers. He's doing the best he can. He's given you a clear answer. Let's move on.

MS. GOODMAN: Let's.

BY MS. GOODMAN:

Q   Let's move on to Plaintiff's composite Exhibit 7. These are job descriptions. I'm going to show you -- hang on. This is going to be Plaintiff's composite Exhibit 7, Bates stamp 297 to 299, and then 337 to 340; okay?

(Plaintiff Exhibit 7 was marked for identification.)

The documents that we're going to be looking at, they're all part of composite Exhibit 7. We're looking at Bates stamp 297. Could you identify what this document is?

A   "Job Description: Hotel steward/stewardesses," "Housekeeping manager,"

Page 119

"Housekeeping," and "Pool and deck supervisor and above." I guess --

Q   Hold on. This is the job description for the hotel steward/stewardess; right?

A   Yes. And the -- yes.

Q   And the manager's title would be the housekeeping manager; right?

A   Correct.

Q   Hotel stewards are part of the housekeeping department; correct?

A   Yes.

Q   And they ultimately report to the pool and deck supervisor and above, meaning the housekeeping manager?

A   Yes.

Q   Okay. And here, does this identify all of the responsibilities of the hotel steward/stewardess?

A   Yes.

Q   And would the hotel stewardess be assigned to the open deck?

A   I'm not sure if it states it here, but --

Q   It says it here, "responsible for cleaning and maintaining" --

A   Yeah. Open decks, spa areas, gyms. Correct. Yes.

Page 120

Q   Right. So the hotel stewards would be responsible for cleaning and maintaining public areas, open decks; correct?

A   Yes.

Q   And that would include the subject area where the incident occurred?

A   If they're assigned to that area, yes.

Q   Okay. So the hotel stewards actually assigned to that area on the open deck, they would be responsible for cleaning and maintaining that area?

A   Yes.

Q   And these would be the crew members that would be responsible for conducting those visual inspections that you discussed?

A   Yes.

Q   And they would also be responsible for if they discover something during those visual inspections to report those things?

A   Yes.

Q   And for example, if they discovered a loose wooden board, they would report it to, I guess, the pool and deck supervisor who would then potentially submit the work order; right?

A   Correct.

Q   Okay. The next job description is on Bates

Page 121

stamp 298. Could you identify who this job description is for?

A   Housekeeping manager.

Q   Okay. And the housekeeping managers report to the hotel director; correct?

A   Yes.

Q   Housekeeping managers part of the housekeeping department?

A   Yes.

Q   And reports to the hotel director?

A   Yes.

Q   And the housekeeping manager oversees and supervises the operation of the housekeeping department?

A   Yes.

Q   And the pool and deck supervisor would report to the housekeeping manager?

A   Yes.

Q   And the housekeeping manager would supervise the pool and deck supervisor?

A   Yes.

Q   And the pool and deck supervisor is the one who's supervising the hotel stewards assigned to potentially the subject area; right?

A   Correct.

31 (Pages 118 - 121)

Page 122

Q   Okay.  The next one is on page -- or Bates stamp 299.  Could you identify this document?

A   Job description for the supervisor of pools and decks.

Q   And the manager of the pool and deck supervisor is the housekeeping manager; right?

A   Yes.

Q   Part of the housekeeping department?

A   Yes.

Q   Reports to the assistant housekeeping manager and the housekeeping manager; right.

A   Housekeeping manager and above.

Q   "Above" meaning the housekeeping manager, assistant and regular; correct?

A   Correct.

Q   Okay.  And the supervisor, pool and decks, supervises team members working on the open decks; right?

A   Correct.

Q   The pool and decks supervisor is responsible for training and development of team members; correct?

        MR. DRAHOS:  Object to form.

A   Yes.

Q   Okay.  So if the pool and deck supervisor discovered that one of its crew members was not

Page 123

properly conducting those visual inspections, it would be the pool and deck supervisor's responsibility to retrain that crew member?

A   I believe so.

Q   Okay.  And the pool and deck supervisor is responsible for supervision of housekeeping operation on open deck areas; right?

A   Yes.

Q   And supervision of team members working on the open decks; correct?

A   Yes.

Q   And now job description on Bates stamp 337.  Could you identify what this job description is of?

A   337?

Q   Yes.  337.

A   -- procedures --

        MR. DRAHOS:  Hold on.  I'll find it.

        THE WITNESS:  Okay.

        MR. DRAHOS:  337?

        THE WITNESS:  Yes.  Okay.  If you can read it on there, then go ahead --

        MS. GOODMAN:  I can zoom in for you -- is that better?

        MR. DRAHOS:  Are you able to read --

        THE WITNESS:  Yeah.  Refurbishing team

Page 124

member.

BY MS. GOODMAN:

Q   Okay.  The refurbishing team member's part of the deck department; right?

A   Yes.

Q   Okay.  And the refurbishing team member is responsible for the upkeep of vessels, guest and crew areas; right?

A   Yes.

Q   That would include the upkeep of the subject staircase?

A   If it's guest --

        MR. DRAHOS:  Object to form?

        THE WITNESS:  Yeah.  Guest and crew areas.  If it's part of the areas, yes.

BY MS. GOODMAN:

Q   Okay.  "Carrying out refurbishment, repairs, and daily works as instructed by the team leader," would that include refurbishment, repairs, and daily works to potentially the subject staircase?

A   Yes.

Q   So Carnival crew members would be responsible for maintaining the subject staircase?

        MR. DRAHOS:  Object to the form.

A   Yes.

Page 125

Q   Carnival crew members would be responsible for repairing the subject staircase?

A   Yes.

Q   Let's do the next one, Bates stamp 338 to 340.  Could you identify this job description?

A   OL procedures.

Q   Here.  I'll zoom in.

A   Facilities maintenance manager.  That's --

Q   And the facilities maintenance manager's part of the engine department?

A   Yes.

Q   I think the refurbishment team, if I remember, it also moved into the engine department.  It had been part of the deck department at one point?

A   Okay.

Q   Does that sound accurate?

        MR. DRAHOS:  Object to the form.

A   I believe so.

Q   Okay.  Here, under "He/she will be responsible for," says "Records maintenance and inventory updates in InfoSHIPsql."  Do you see that?

A   Yes.

Q   Inventory updates, what is that?

        MR. DRAHOS:  Object to the form.

A   Inventory update?  Whatever we have on

32 (Pages 122 - 125)

Page 126

vessel for whatever the job title is -- job description is that they need to do. They have an inventory of certain things, light bulbs, you know, napkins, towels, I mean, whatever the case may be.

Q   So there would be a document that would identify the inventory of the sealant used to refurbish the wooden boards of the outdoor staircase; right?

A   I'm not sure if there's an inventory of that. That -- the joiner could have been -- explained it better.

Q   Let's talk about meetings held on the ship regarding safety. Are there any meetings held on the Carnival Vista regarding safety issues?

MR. DRAHOS: Object to the form.

A   The safety meetings that they have.

Q   And during any of these meetings held onboard the ship, if there was an issue about, like, a loose wooden board, would that be discussed during a safety meeting?

MR. DRAHOS: Object to the form.

A   Not for one incident. No.

Q   Okay. So let's discuss topic 29: "Any kickplate on the subject staircase and/or any kickplate on any outdoor staircases (where the riser

Page 127

and tread of the steps are both the same material as the subject staircase) on any Vista-class ships and any problems with the kickplate including but not limited to that the kickplate was damaged, that the kickplate was loose/unsecured, that the kickplate needed to be repaired, that the kickplate needed to be replaced, that the screws and/or bolts securing the kickplate were loose, unsecured, and/or rusted, that the screws and/or bolts securing the kickplate needed to be replaced which were generated at any time in the three (3) years before the subject incident, excluding" when Carnival paused its operations due to COVID.

What is your knowledge about topic 29?

MR. DRAHOS: Defendants objected to area of inquiry 29, and again, this has already been covered through discovery objections. There were 7.1 discussions on this and agreements reached, and so, therefore, he's going to answer today based upon the parameters of those agreements that were reached.

BY MS. GOODMAN:

Q   Go ahead and answer.

A   There was no prior minutes because none of this had ever happened, so this is the first incident this ever took place. So none of those topics that

Page 128

you requested are relevant to -- to this situation because this has never happened before, so there was no need to have meeting minutes on -- or meetings on bolts or -- or screws or, you know, kickplates. This -- this has never happened before and never happened after.

Q   When you say "this has never happened after," are you relying on your knowledge as a Carnival claims and litigation adjuster or the information that you reviewed in this case in preparation for your deposition?

A   Both.

Q   Okay. Do you recall an incident involving Xavier D. Atkins? His incident occurred on March 27, 2024.

MR. DRAHOS: I'm sorry. Can you just repeat the question? I didn't hear you.

MS. GOODMAN: Sure.

BY MS. GOODMAN:

Q   Do you recall an incident involving Xavier D. Atkins on March 27, 2024?

MR. DRAHOS: Object to the form.

A   Not that I'm aware of.

Q   Give me one second.

We made the notes that you have Exhibit 26;

Page 129

right?

MR. DRAHOS: Yeah. I can confirm that.

BY MS. GOODMAN:

Q   Okay. So what I'm going to show you is exhibit -- this will be Plaintiff's Exhibit 27. This is a six-month notice for Xavier D. Atkins, date of incident March 27, 2024. Do you see that?

(Plaintiff Exhibit 27 was marked for identification.)

A   Yes.

Q   Okay. And this involved a staircase between Decks 10 and 9 onboard the Carnival Liberty. Do you see that?

MR. DRAHOS: Hold on a second. Where in your areas of inquiry is there anything about Xavier D. Atkins?

MS. GOODMAN: Mr. Diaz just testified that he is basing his knowledge that this has never happened before or after as his knowledge as a Carnival claims and litigation adjuster. So give me a few minutes, and you'll see where I'm going.

MR. DRAHOS: No. Hold on. Wait.

THE WITNESS: Okay.

MR. DRAHOS: First of all, if you intend to ask him questions about Xavier Atkins and

33 (Pages 126 - 129)

800-726-7007                                                                           305-376-8800

Page 130

some other matter that's not related to this case, then it needs to be in your areas of inquiry. Otherwise, this is outside the scope of this deposition.

MS. GOODMAN: I completely disagree. His testimony is that he just relied on his knowledge as a claims adjuster, so I'm going to ask some questions to the extent that he knows or recalls.

MR. DRAHOS: Well, no. To the extent that you knew about Mr. Vasquez [sic] and did not tell us, your questions come across as an ambush, which is contrary to the rules and which is completely improper. So if you want to send me Mr. Vasquez's [sic] pre-suit letter that your office filed and have me take a look at it, I'm happy to look at it, but he's not here today to answer questions about that.

MS. GOODMAN: I completely disagree. I'm going to ask my questions. If he doesn't answer, then we can take it before the judge. But this is -- he testified --

MR. DRAHOS: He's clearly not prepared to answer the questions, so what questions do you intend to ask him?

MS. GOODMAN: Okay. So I'm going to ask my questions. If you don't answer, we'll take it

Page 131

before the judge. We'll do it this way.

MR. DRAHOS: And I'd like for you to explain to the judge, as you can please explain to me, how you believe it's appropriate to put a pre-suit letter up in front of a corporate rep who has no knowledge or preparation for it whatsoever, other than that it's an ambush.

MS. GOODMAN: I completely disagree with you that this is an ambush. Your corporate representative just testified that he relied on his knowledge as a Carnival litigation claims adjuster as to testify that this has never happened before or after. This is a situation in which a piece of the wooden board of a staircase also was loose and unsecured and fell apart.

And this is -- hold on. I want to share the screen with this. This is a six-month notice for Xavier D. Atkins, and this is Carnival's acknowledgement letter for Xavier D. Atkins, and the individual who acknowledged receipt is Rolando Diaz.

BY MS. GOODMAN:

Q   That's you, sir; right?

A   Correct.

MR. DRAHOS: But he has not been advised, nor was I advised, that you had any

Page 132

intentions of asking some question about some other matter, so --

MS. GOODMAN: I had no knowledge that Mr. Diaz was going to testify that this has never happened before or after.

THE WITNESS: Let me answer this. Let me be clear. We're talking about the Vista, the Vista class; correct? If you want to bring other classes and other vessels, you need to be specific in your question. This is the reference to the Vista class of ships. This is a Vista incident. There you go. It is reference to the Vista. It's never happened before, it's never happened after. It's never happened on any other the Vista classes.

MS. GOODMAN: So you're not --

THE WITNESS: If you want to -- if you want to address the Vista, I'm here for that. Thank you very much.

BY MS. GOODMAN:

Q   Okay. So you're not saying that it didn't happen on any other Carnival ships?

MR. DRAHOS: We're not prepared to answer that question today because it wasn't in the areas of inquiry, nor is it within the scope of agreeable discovery that we have litigated in this

Page 133

case through the entirety of the lawsuit. So if you want to try and make a claim about some subsequent matter, that's going to be an issue that you're going to have to take before the court.

But as of right now, it comes across as an ambush because I, lawyer for Carnival, have never heard of this other matter. So I can't prepare a witness to answer questions about matters that I don't know about and that, clearly, your office knew about and that you had queued up and ready to go. I don't really appreciate the tactic.

MS. GOODMAN: Okay. Your speaking objection is noted, and you are misstating facts, and --

MR. DRAHOS: How am I misstating? Ms. Goodman, can you tell me whether or not you've produced that document in this case?

MS. GOODMAN: I'm not testifying. We're going to keep going. This --

MR. DRAHOS: Well, you actually just did by saying that I misrepresented something.

MS. GOODMAN: You did.

MR. DRAHOS: So tell me how I've misrepresented the fact that that document you just put up on the screen has not been produced to my

34 (Pages 130 - 133)

Page 134

office. Tell me how that is inaccurate, because if we have it, I'd love to know it.

MS. GOODMAN: Carnival does have it. Carnival's in possession of it.

MR. DRAHOS: No. My office, Counsel, in this case does not have that document. So if I've misrepresented the fact that I don't have that document, I'd like for you to tell me how I've misrepresented it. Otherwise, it's a clear ambush.

MS. GOODMAN: I disagree with you, and we'll keep going.

MR. DRAHOS: Okay.

BY MS. GOODMAN:

Q  Let's talk about topic 11, "Prior incidents in the subject area or on similar staircases on Carnival Vista or on ships in the same class which were identified by Carnival and/or identified in Plaintiff's complaint for the three (3) years before the subject incident," excluding when Carnival paused its operations for COVID. Okay. And I know that Carnival has not identified prior incidents, but there are prior incidents identified in plaintiff's complaint. So let's --

MR. DRAHOS: That's fine -- object to the form.

Page 135

THE WITNESS: I'm here to testify in the Vista class; correct?

MR. DRAHOS: I'll handle it.

THE WITNESS: All right.

BY MS. GOODMAN:

Q  This is Plaintiff's Exhibit 8. This is the complaint that was filed in the case. Let's go to paragraph 17, which identifies prior incidents. Let's start with "a. Passenger Eric Davis." What information do you have about passenger Eric Davis's incident?

(Plaintiff Exhibit 8 was marked for identification.)

MR. DRAHOS: I'm sorry. Where is that in your areas of inquiry that he's going be an expert on each of these prior claims that you've alleged in your lawsuit that aren't related? So again, that's not in the areas of inquiry.

MS. GOODMAN: It absolutely is. Please look at topic 11.

MR. DRAHOS: Topic 11. Okay. "Prior similar incidents on the Vista ships identified by Carnival and/or identified in Plaintiff's complaint," and we've already represented and filed a motion in limine indicating that these are not even the same

Page 136

incidents. They're not even involving staircases, so --

MS. GOODMAN: Okay. I'm entitled to ask to find out if they are substantially similar in order to know whether or not, potentially, I agree with your motion in limine. So let me ask him questions about the incidents identified in the complaint, and maybe we can resolve a motion in limine.

MR. DRAHOS: Well, I think it's your duty to do your own research. He's not going to be an expert on each one of these matters.

MS. GOODMAN: Okay. Well, this is an area of inquiry, and I'm going to ask questions about it, so let's continue. Thank you.

MR. DRAHOS: All right. Objection still stands. It's outside the scope. We also filed an objection to this area of inquiry as well.

MS. GOODMAN: Okay. And you did not seek a protective order, so --

MR. DRAHOS: I don't have to seek a protective order.

MS. GOODMAN: Yes you do, actually.

MR. DRAHOS: No, I don't. I put you on notice of what the objections are --

Page 137

MS. GOODMAN: That's not --

MR. DRAHOS: -- and by the way, you did have three weeks. We gave you the first notice of objection on February 25th. You ignored it. You then amended your notice. We then gave you a second notice of objections. You ignored that one, too. So that's why we have these issues.

MS. GOODMAN: Okay. Go ahead --

MR. DRAHOS: We could have worked these out ahead of time. Instead, you want to ambush witnesses.

MS. GOODMAN: Okay. Thank you for your speaking objections once again.

BY MS. GOODMAN:

Q  I'm asking you about "a. Passenger Eric Davis." What is your knowledge about this incident?

A  It says it was -- a panel fell. Doesn't say kickboard.

Q  Okay. Do you know how the panel fell?

A  No.

Q  Do you know how the panel was secured to the wall?

A  No.

Q  If it was secured to a wall?

A  Excuse me?

35 (Pages 134 - 137)

Page 138

Q Do you know whether or not it was a panel that was secured to the wall?

A It -- I'm not sure how to answer that. If it's on the wall, it's not propped up against the wall.

Q I don't know if --

A I'm not sure.

Q I don't know if it is a panel, like, secured to the wall or not or if it's a panel on somewhere else is what I was getting at. Did you do anything to prepare in order to respond to questions regarding passenger Eric Davis?

MR. DRAHOS: Object to the form.

A No.

Q Okay. What about passenger Jackson? Did you do anything to prepare to respond to questions regarding passenger Jackson?

A Nope.

MR. DRAHOS: Object to the form.

A It's a panel as well.

Q Did you do anything to prepare to respond to questions about this passenger whose incident occurred on board the Carnival Dream on January 1, 2019?

MR. DRAHOS: Object to the form.

A It's -- it's -- no, I did not.

Page 139

Q What about this passenger, passenger Kreuger? Did you do anything to prepare for questions about this passenger's incident?

MR. DRAHOS: Object to the form.

A No. They're not the similar situations.

Q And how do you know that it's not a similar situation?

A It's not a kickplate. Kickplate and panels are two different things.

Q And if a panel's secured to wherever it's secured to using screws, and the incident involved a situation where the panel was not properly secured, would that be similar?

A No.

MR. DRAHOS: Object to the form.

THE WITNESS: It's not a kickplate. Kickplates are on stairs. Kickplates are not panels. They're not affixed to walls or ceilings. Kickplates are on stairs. Please make sure you understand the difference between a panel and a kickplate.

BY MS. GOODMAN:

Q Okay. Thank you for your clarification on panels --

A Thank you. You're welcome.

Q Do you know whose responsibility it would be

Page 140

to screw panels onto the wall or to put panels back that had been removed from the wall?

MR. DRAHOS: Object to the form.

A The department that's in charge of that, I would assume. I don't know if it's the joiner or not.

Q Okay. And if it was the joiner, it would be the joiner responsible for rescrewing panels to walls and rescrewing kickplates to outdoor staircases; right?

A Not sure if --

MR. DRAHOS: Object to form.

THE WITNESS: I'm not sure if they're the same person or same department, but --

BY MS. GOODMAN:

Q Okay. Did you do anything to prepare for questions about passenger Prevost?

MR. DRAHOS: Object to the form.

A No.

Q Do you do anything to prepare for questions about passenger Stevens?

MR. DRAHOS: Object to the form.

A No. They were both panels. Again, not a kickplate.

Q Did you do anything to prepare for questions about passenger Hughes?

Page 141

MR. DRAHOS: Object to the form.

A No. It's a panel, not a kickplate.

Q Did you do anything to prepare for questions about passenger Goodman?

MR. DRAHOS: Object to the form.

A No. It's a panel, not a kickplate.

Q Did you do anything to prepare for questions about passengers Wilbert Smith and Beverly Smith?

MR. DRAHOS: Object to the form.

A No. It's a panel, not a kickplate.

Q Okay.

MR. DRAHOS: Ms. Goodman, when you have another breaking point, that'd be great to run to the restroom.

MS. GOODMAN: Yeah. Let's take a break.

MR. DRAHOS: Perfect. Thank you.

THE VIDEOGRAPHER: We're going off the record at 1:49 p.m.

(Off the record.)

THE VIDEOGRAPHER: We're going back on the record at 1:57 p.m.

BY MS. GOODMAN:

Q Okay. Let's move into the subject cruise; okay? The subject cruise, my understanding, is from

36 (Pages 138 - 141)

Page 142

July -- I believe -- 8, 2023 to July 15, 2023. Does that sound accurate?

A   Yes.

Q   Okay. And I'm going to show you what will be composite Exhibit 9.

(Plaintiff Exhibit 9 was marked for identification.)

Composite Exhibit 9 are the shift reports, and they are divided or separated by day shift, mid shift, night shift. I already went through some of the shift reports with the pool and deck supervisor during his deposition. Basically, these documents, the -- the shift reports, these would be documents created by Carnival crew members; right?

A   Yes.

Q   And they would be created after the shift ends, which describes what they had done during their shift?

A   If that's what they testified, yes.

Q   Okay. And these are documents kept by Carnival in the regular course of business?

A   Yes.

Q   And it's Bates stamp GR000300 through 319. These would be true and accurate -- I realize I haven't shown you the actual documents, but I see that

Page 143

you're flipping through a binder you have in front of you.

A   Yes. I'm verifying with this GR stamp.

Q   Okay. Perfect. So you're able to look at Bates stamp 300 through 319 and see what the documents actually are; right?

A   Yes.

Q   I'm just trying to save time versus opening each one.

A   Correct.

Q   Okay. Thank you. Okay. This is Plaintiff's Exhibit 10, also Bates stamped GR000296. Do you have it in front of you?

(Plaintiff Exhibit 10 was marked for identification.)

A   I'm looking for it.

Q   Okay.

A   Okay.

Q   Could you identify what this document is?

A   Open Decks -- Open Deck Day Sign On Sheet.

Q   And what is that?

A   I can't read the names of these things.

Q   Well, without you having to read the names of this, my understanding is that this document might also be referred to as, like, the section list

Page 144

assignment.

A   I believe so. I could barely read it.

Q   And it identifies the crew members and the areas that they're responsible for?

A   Yes.

Q   And for example, it has the column Area, and it identifies the area, then it has Crew Number. I guess it identifies the individual crew's crew number. Each member has a number.

A   Yes.

Q   Then it identifies the crew member's name; right?

A   Yes.

Q   And then it has the cabin that would be the crew member's cabin?

A   Yes.

Q   And then the Time column would be the time that they're assigned to work?

A   Yes.

Q   And then the column Duties and Area would be what those crew members are responsible for during their shifts?

A   Yes.

Q   Okay. And there's also a column Breaks," when they can take breaks during their shifts; right?

Page 145

A   Yes.

Q   Okay. And do you know which crew members were responsible for inspecting the subject staircase at the time of the incident?

MR. DRAHOS:  Object to form.

A   All of them that are in that area are responsible for that.

Q   And that area would be everyone on deck 11 or on deck 12 in the mid part of the ship?

A   Yes. Throughout the day. Throughout their time of -- of their shift.

Q   Okay. And one of the Carnival crew members already testified about this document. For the most part, would you defer to that crew member's testimony regarding this document?

MR. DRAHOS:  Object to the form.

A   I believe so, if they testified on it.

Q   Do you know what time the subject incident occurred?

A   Around 11:16 a.m.

Q   Okay. And before the subject incident occurred, were there any warnings provided to Mr. Crockett that there was an unsecured wooden board on the subject staircase?

MR. DRAHOS:  Object to the form.

37 (Pages 142 - 145)

Page 146

A   As I answered earlier, there was -- there was no prior notice that this thing was in any condition to be -- notify anybody of a warning.

Q   Okay.  So it's undisputed that there was no warning provided to Mr. Crockett about there being an unsecured wooden board on the subject staircase; right?

MR. DRAHOS:  Object to the form.

A   There was no warning provided because there was no knowledge of any issue with the step -- kickplate at all, so there was no need -- no duty to warn anybody.  We didn't have any prior notice of any issue with it.

Q   Let's go to topic 33, "Any and all video surveillance trained on the area of the ship where the incident occurred at the time of the subject incident, including placement of surveillance cameras, how many cameras were in operation, who saved the footage of the Plaintiff's incidents, and what Carnival policy governs the preservation of CCTV footage," and it should say "how Carnival expects that policy to be implemented and followed."  Here in this case, there is CCTV footage; right?

A   Yes.

Q   And this will be Plaintiff's Exhibit 11.

Page 147

Hold on one second.

(Plaintiff Exhibit 11 was marked for identification.)

Plaintiff's Exhibit 11, I have it on the screen.  Looking at it on the screen, does this appear to be the paused CCTV footage in this case?

A   Yes.

Q   Okay.  So if I play, I believe, around the 5-minute, 33-second mark -- hold on.  I have it paused right now at the 5-minute, 26-second mark.  Do you see that?

A   Yes.

Q   Okay.  I think in just a few seconds you're going to see the incident.  It's a little difficult to see because of how the sun is shining in the area; right?

A   Correct.

Q   But here where my mouse is, you can see the subject staircase; correct?

A   Yes.

Q   Okay.  And here you can also see the lounge chair that Clay Crockett is laying in; right?

A   Yes.

Q   Okay.  And that lounge chair is up against the railing that is underneath the subject staircase;

Page 148

right?

A   It's close to it.  I'm not sure if it's leaning up against it.  From this distance, I can't tell.

Q   I understand.  You're not sure if it's actually, like, touching it or if it's a little bit -- but it's the first lounge chair directly next to the railing; correct?

A   Yes, ma'am.

Q   Okay.  All right.  I'm going to play, and then I'll ask you questions.

(Video played.)

BY MS. GOODMAN:

Q   I just paused it at the 5-minute, 35-second mark.  Did you see the board fall off the subject staircase onto Clay Crockett?

A   Yes.

Q   Okay.  And before that happened, we've talked about the individual who walks up the staircase; right?

A   Yes.

Q   And is there any CCTV footage or cameras that would've captured, like, the angle from deck 12 to 13 to see what that individual was doing as he walked up the staircase?

Page 149

MR. DRAHOS:  Object to the form.  We've already objected to area of inquiry 33, so Mr. Diaz will answer within the parameters of what has previously been discussed and agreed to between the parties.

BY MS. GOODMAN:

Q   Go ahead and answer.

A   I'm -- I'm not sure what other cameras would've picked him up or her up.  I'm not sure what that -- who that person was.

Q   Okay.  But we've already talked about this.  There's no evidence that that individual was doing anything out of the ordinary or unexpected as they walked up the subject staircase; right?

MR. DRAHOS:  Object to form.

A   None that we could see from this -- from this vantage point.

Q   And you've already testified in the beginning about, you know, if you saw a passenger with a screwdriver, unscrewing a screw, a Carnival crew member would come and handle that situation; right?

MR. DRAHOS:  Object to the form.

A   Yes.

Q   And that if there was an individual who was just there, like, kicking the kickplate over and over

38 (Pages 146 - 149)

Page 150

with the intent of trying to break it loose, a Carnival crew member would also respond to that situation?

MR. DRAHOS: Object to the form.

A   Yes.

Q   Those would be things that people, passengers, crew members, would not be permitted to do onboard the ship; right?

A   Correct.

Q   And there's no evidence that any crew member went and responded to something that that individual was doing anything inappropriate at the time to cause the wooden board to fall off the staircase; right?

A   Correct --

Q   And I think we've already covered topic 36: "The identity of the individual who walked up the subject staircase immediately before the subject incident occurred. This includes any evidence that the defendant may have that this individual did anything to cause or contribute to the riser board falling off the outdoor staircase and hitting Clay Crockett." So is there any evidence that Carnival has that this individual did anything to cause or contribute to the riser board falling off the subject outdoor staircase?

Page 151

MR. DRAHOS: Object to the form.

A   We don't know if he inadvertently kicked it or not, but we can't tell from that vantage point.

Q   So the most that that individual potentially would've done was just kick the kickplate as he was actually expected to do as someone that was going up the staircase?

MR. DRAHOS: Object to the form.

A   As somebody could possibly do. That's why the plate is there.

Q   Topic 3, "How the subject incident happened." How did the subject incident occur?

MR. DRAHOS: Object to the form.

A   Video shows an individual walking up, and all of a sudden the -- the kickplate comes down and it strikes your -- your client. That's all we see.

Q   If a wooden riser board is properly secured, it should be able to stay in place and not fall off of the staircase even if it gets kicked; right?

MR. DRAHOS: Object to the form.

A   I don't know how hard he actually hit it, so we can't tell. We don't know -- we don't know.

Q   And Carnival expects people of all different ages onboard ships; right?

A   Ages, sizes. Yes.

Page 152

Q   You just said sizes; heights, weights, all different heights and weights?

A   Yes.

Q   All different strengths?

A   Yes.

Q   Topic 4, "Any investigation of the subject incident by Carnival and the results of that investigation." Did Carnival determine how the subject incident occurred?

A   We couldn't determine what -- the actual cause of this to come off.

Q   I'm sorry. I missed the first part.

A   We couldn't determine how this thing came off.

Q   Okay. In terms of, I guess, measurements which relate to the subject incident, Carnival produced, I guess, some photos containing those measurements that it took. Hold on one second. Back to Plaintiff's Exhibit 3. I'm now on Bates stamp 347. Do you see that?

A   Yes.

Q   Okay. And could you identify what we see in this photograph?

A   I believe it's the actual kickplate that -- that came off.

Page 153

Q   And there's a tape measure --

A   Yes.

Q   -- identifying the length of the kickplate?

A   Yes.

Q   Okay. And then the next image is Bates stamp 348, which identifies -- it's another measurement, the width of the kickplate?

A   Yes.

Q   And these measurements would've been taken and the photographs taken by Carnival crew members?

A   Yes.

Q   Okay. And the kickplate was then, I guess, also weighed?

A   Yes.

Q   And you can see, I guess, the weight are on both Bates stamp 349 and 350; correct?

A   Yes.

Q   Okay. And this will be Plaintiff's Exhibit 12. Plaintiff's Exhibit 12 is a photograph after the incident occurred. Could you identify what the photograph depicts?

(Plaintiff Exhibit 12 was marked for identification.)

A   It's a -- a Carnival employee holding the kickplate in question.

39 (Pages 150 - 153)

Page 154

Q   And here, where we see, like, these white pieces of material, would this be where the kickplate was glued to the track?

MR. DRAHOS:  Object to the form.

A   I believe so.  I -- I can't -- can't confirm from here --

Q   Does that help?

A   It -- I assume that -- yeah.  I mean, it looks like it's possibly that.

Q   This will be Plaintiff's Exhibit 13. Plaintiff's Exhibit 13 is also Bates stamped GR000037 and 38.  Could you identify what this document is?

(Plaintiff Exhibit 13 was marked for identification.)

A   Security Summary Watch Report.

Q   And the watch report is sent to the staff captain?

A   Yes.

Q   And the watch report is drafted by who?

A   Chief Security Officer Kunju, Rehim Muhammed Kunju.  Kunju.

Q   Or is it the senior assistant chief security officer, Ajit Shukla?  Do you see that, who it's reported by?

A   Oh.  Okay.  Yeah.  I thought you were asking

Page 155

-- okay.

Q   No.  It looks like --

A   Okay.

Q   Sorry.  It looks like the senior assistant chief Security officer, I guess, who gives it to the chief security officer, who then gives it to the staff captain.

A   Correct.  Yes.

Q   Okay.  And so this senior assistant chief security officer, would that have been the crew member that conducted the investigation regarding the incident?

A   I believe so, or whoever reported this, it was reported by Ajit Shukla.  Yeah.  Shukla.

Q   And it says in his report that the CCTV footage was reviewed and revealed that "while Mr. Crockett was sitting on the deck chair, suddenly a piece of wooden strip fell on his left side."  Do you see that?

A   Yes.

Q   Okay.  And I'm going to stop sharing.  I'm going to show you what will be Plaintiff's Exhibit 14. Plaintiff's Exhibit 14 is also Bates stamp GR000039. Do you see that?

//

Page 156

(Plaintiff Exhibit 14 was marked for identification.)

A   Yes.

Q   Could you identify what this document is?

A   Security Officer Watch Report.

Q   And what is the purpose of this document?

A   That's what the security officers throughout their -- their day report.

Q   How is this different than Plaintiff's Exhibit 13?

A   This is the security guards' report.  The other one's the assistant chief security officer --

Q   Okay.  And who gets this document?

A   I believe, you know, the -- I believe chief security officer and -- and staff captain, and same people that would get the other report.

Q   Plaintiff's Exhibit 15 is Bates stamped GR000056 and 57.  Could you identify what this is?

(Plaintiff Exhibit 15 was marked for identification.)

A   Give me a second.

Q   Sure.

A   I guess it's the -- our actual report where guest services would have with -- with guests and stuff.

Page 157

Q   And I guess, in here, there's comments by Vista housekeeping.  Do you see that?

A   Yes.

Q   Okay.  So this would be, I guess -- it says "Comment details for booking number."  This would be comments regarding the subject incident?

A   Yes.

Q   Okay.  And following the subject incident -- well, hold on.  Strike that.

At the time of the incident, Clay Crockett was allowed to be laying in the lounge chair that he was in?

A   Yes.

Q   Does Carnival have any evidence that Clay Crockett caused the injuries that he sustained on July 14, 2023?

MR. DRAHOS:  Object to the form.

A   It was a slight wound to his head.  That's the injury that -- that he wasn't -- I don't think he had anything to do with that.

Q   Do you know the injuries that Clay Crockett alleges he sustained as a result of the subject incident?

A   Head -- a slight head injury.

Q   Your understanding is that Clay Crockett is

40 (Pages 154 - 157)

Page 158

only asserting a slight head injury?

A   No.  He was asserting other things afterwards, but -- oh.  I thought you were talking about the specific incident when it took place.

Q   Okay.  So does Carnival have any evidence that Clay Crockett caused the subject incident?

A   As far --

MR. DRAHOS:  Object to the form.

THE WITNESS:  As far as the object hitting him in the head, no.

BY MS. GOODMAN:

Q   Does Carnival have any evidence that Clay Crockett contributed in any way to the wooden riser board hitting him in the head?

A   No.

Q   And does Carnival take responsibility for the wooden riser board falling on Clay Crockett's head?

A   No.

Q   Why not?

MR. DRAHOS:  Object to the form.

A   Like I indicated earlier, we had no prior notice or -- or warning of this stair riser coming detached.

Q   If Carnival discovered that the wooden board

Page 159

was not properly secured, it would've been Carnival's responsibility to fix that wooden riser board and secure it to the staircase; right?

MR. DRAHOS:  Object to the form.

A   If we had prior notice, it would've been fixed.

Q   And it would've been Carnival's responsibility to fix it; right?

A   If we had prior notice of the condition, yes.

Q   Okay.  If Carnival discovered that the screws were not piercing the wooden board in order to secure the wooden board to the staircase, it would've been Carnival's responsibility to fix that; right?

MR. DRAHOS:  Object to the form.

A   If it was -- if we had prior notice of any condition that was wrong with it, we would've attended to the situation.  We would've fixed it prior.

Q   Okay.  And if Carnival discovered that, Carnival could have fixed it; right?

MR. DRAHOS:  Object to the form.

A   If we had any notice of an issue with it, yes, we would've.  But we didn't have any prior notice because there was no prior issues with these -- these risers.

Page 160

Q   And the only individuals responsible for removing the wooden boards and then reattaching the wooden boards to the staircase would be members of the refurbishment team; right?

A   I believe that's the department that -- that was doing the work order in 2020 for that, for those -- all those steps in those regions, for, aft, mid, port side and starboard side.

Q   Okay.  And talk about the repairs to the subject staircase after the incident.  I'm going to show you what will be Plaintiff's Exhibit 16.  Plaintiff's Exhibit 16 is also Bates stamped GR000293, 294, and 295; okay?

(Plaintiff Exhibit 16 was marked for identification.)

A   Okay.

Q   And this is a work request which is contained in an email from Vista housekeeping to a Vista senior assistant chief security officer on July 17, 2023.  This work order within the email is dated July 14, 2023; correct?

A   Yes.

Q   And it's from the pool and deck supervisor; correct?

A   It says from the Vista housekeeping.

Page 161

Q   And then it says, specifically, "Requester: Supervisor, pools/deck."

A   Oh.  On the bottom?  Yes.

Q   And then "To department:  Engine department," and the person or the entity responsible would be the refurbishment team leader.  Do you see that?

A   Yes.

Q   And it's identified as a top urgent priority; correct?

A   Yes.

Q   And the -- hold on.  I'm going to stop sharing.  Let's go back to the other exhibit, Plaintiff's Exhibit 6 that I told you that we would come back to later on.  Plaintiff's Exhibit 6 is the work request, Bates stamp GR000351; okay?  And this work request on Bates stamp 351 is the one dated July 14, 2023.  We've already gone over the requester, pool and deck supervisor, to the department engine department, refurbish team leader.  Do you see all that?

A   Yes.

Q   Okay.  And then here under notes, it says "Deck 11, mid port side stairs near the DJ station, one wooden board of the steps detached, and screws

41 (Pages 158 - 161)

800-726-7007                                    305-376-8800

Page 162

need to be tightened." Do you see that?

A    Yes.

Q    Next to the DJ station, how loud is the music played on the deck?

MR. DRAHOS: Object to the form.

A    I have no idea.

Q    Could the bass from the music be also contributing to potentially vibrating and loosening the screws of the outdoor staircase?

MR. DRAHOS: Object to the form.

A    No. It's -- it's loud enough that people could still communicate with one another and just loud enough for people to hear it throughout the whole pool. It's not concert style, you know, playing of music.

Q    Okay. So then after the incident, the screws were tightened, and the wooden board was put back on the outdoor staircase?

MR. DRAHOS: Object to the form.

A    Yes, and all the other risers were checked as well.

Q    And if it says that the screw needs to be tightened, does that mean that the screws were loose?

A    No. It means that you have to tighten them after you put the wood on. It's just -- just confirm

Page 163

that they were tight. They didn't really specifically determine, you know, how this thing came apart, so they're making a -- a guesstimation that screws need to be tightened, but it wasn't the case. They were all affixed properly.

Q    Did Carnival do anything to cause the wooden kickplate to fall off the outdoor staircase?

A    No.

Q    Did Carnival do anything to contribute to the fact that the wooden board of the outdoor staircase fell off the staircase?

A    Did we contribute? No way. No, ma'am.

Q    And knowing what you know now, would Carnival do anything different to prevent the incident from occurring?

A    No.

Q    What about topic 37: "The changes made to the subject staircase during the dry dock in January 2024 after the subject incident. This includes what material the boards of the steps of the staircase were changed from and to." what information do you have on that topic?

A    In the dry dock --

MR. DRAHOS: Object to the form.

Go ahead.

Page 164

THE WITNESS: In the dry dock, it was aesthetically changed to a new design to just give it a new look. I think -- I believe they removed the teak deck, teak wooding, and used some type of -- I don't know if it's synthetic or an epoxy type -- I -- I don't know the specific flooring type, but it was -- removed teak, and they replaced it with a different type of flooring.

BY MS. GOODMAN:

Q    And just for, like, clarifications, when we say, like, teak flooring, that would be, like, actual regular, like, real wood; right?

A    Yes.

Q    And now you're talking about synthetic, so it's material that is made to maybe even, like, look like wood?

A    It could be. I -- I don't know the actual flooring that was used, but it was not original. It wasn't real teak.

Q    And do you recall when the Carnival Vista was built?

A    It shows it on the -- on the --

Q    Hold on. I have it. Hold on. This isn't a memory test. Hold on. It looks like the Carnival Vista was laid down and I guess they started building

Page 165

it in October of 2014. It launched June of 2015, and it had its maiden voyage May 1, 2016. Does that sound accurate?

A    Yes, ma'am.

Q    Okay. And do you know if there are any other Carnival ships that still had actual teak, actual real wood as the material for these staircases other than this Carnival Vista?

MR. DRAHOS: Object to the form.

A    I'm not sure which vessels they were if there was any.

Q    Okay. And so you've already testified that after the incident, the real wood was removed, and now it was a synthetic material. I'm going to show you a photograph taken during the defendant's inspection on board the Carnival Vista. This is Plaintiff's Exhibit 17.

(Plaintiff Exhibit 17 was marked for identification.)

A    Mm-hmm.

Q    Okay?

A    Yes.

Q    Okay. You just said "mm-hmm" I just wanted to make sure that we agreed. And the staircase that we see here would be what the subject staircase was

42 (Pages 162 - 165)

Page 166

changed to after the subject incident occurred; right?

A  After -- after dry docking.  Yes.

Q  After dry docking January of 2024?

A  Yes.

Q  Okay.  And the changes made to the staircase, were they made as a result of the subject incident?

A  No, ma'am.

Q  Do you know why the changes were made to the subject staircase?

A  It was an aesthetic change to give it a new -- you know, new look.

Q  And now, because it's not real wood, the material of the staircase no longer -- or what appears to be like the wooden parts of the staircase -- no longer have to be taken apart to be varnished; right?

A  Correct.

Q  Okay.  So that means that Carnival crew members would not be dismantling the staircase to do the varnishing and then putting it back together when they were done?

A  Correct.  There was no need for that.

Q  Okay.  And the anti-skid strips, do those still have to be replaced as needed, or is it different because the material is a different material

Page 167

now?

MR. DRAHOS:  Object to the form.

A  I believe it's a tape as well that might need to be replaced accordingly from time to time.

Q  Okay.  And the subject staircase, it still has the treads and the risers?

A  Yes.

Q  And the risers we've also referred to as a kickplate; right?

A  Yes.

Q  Okay.  Do you know how the risers are secured to the staircase?

A  I'm not sure if it's just one solid piece.

MR. DRAHOS:  Object to the form.

THE WITNESS:  I'm not sure the -- the -- I'm not sure how they're -- they're adjoined.  I think it's one -- might be one solid piece.

BY MS. GOODMAN:

Q  For purposes of the record, your notes were going to be Exhibit 26.  We made the six-month notice 27.  Let's make that letter acknowledging the six-month notice 28 because I showed it to you.

(Plaintiff Exhibit 28 was marked for identification.)

Page 168

MR. DRAHOS:  What six-month notice; what are you talking about?

MS. GOODMAN:  What?

MR. DRAHOS:  When you say "six-month notice," what are you talking about?

MS. GOODMAN:  The six-month notice in the other case.  I put it on the screen --

MR. DRAHOS:  The one you flashed up on the screen that I haven't seen?  We'll object to that being labeled as an exhibit in this case, particularly since I haven't even seen it.

MS. GOODMAN:  Okay.  And I'm also marking the letter acknowledging that six-month notice as Exhibit 28.

MR. DRAHOS:  Same objection.

MS. GOODMAN:  Okay.  And then --

THE WITNESS:  Can we tale a five-minute break for the restroom?

MS. GOODMAN:  Yeah.  You can go to the restroom.  We can take a five.

MR. DRAHOS:  How much longer do you think you have, Ms. Goodman?

MS. GOODMAN:  I think I have maybe, like, another 30 minutes.

MR. DRAHOS:  Okay.  So we'll take a

Page 169

five-minute break.

THE VIDEOGRAPHER:  We're going off the record at 2:40 p.m.

(Off the record.)

THE VIDEOGRAPHER:  We're going back on the record at 2:48 p.m.

BY MS. GOODMAN:

Q  Okay.  We've already talked about the fact that after the incident, Carnival eventually puts up the rope to block access to the subject staircase; right?

A  Yes.  Shortly --

Q  Do you know -- sorry.

A  Shortly after the incident.

Q  Okay.  So I'm going to show you back to Plaintiff's Exhibit 11, the CCTV footage.  We already saw around, like, the 5-minute, 33-second mark is when the subject incident occurs, and the CCTV footage goes on.  I'm going to jump ahead a little.

(Video played.)

BY MS. GOODMAN:

Q  So here, right after the incident at the 5-minute, 46-second mark, you can see other individuals walking up the staircase; right?

A  Yes.

43 (Pages 166 - 169)

Page 170

Q   Okay.  And again here -- let me push play.

(Video played.)

BY MS. GOODMAN:

Q   At the 6-minute, 29-second mark, you could see other individuals traversing the staircase?

A   Yes.

Q   And then here -- 6-minute, 41-second, you can see individuals, and that continues on for, like, the remainder of what's been produced as the CCTV footage.

(Video played.)

BY MS. GOODMAN:

Q   Here, at the 10-minute, 42-second mark, you can see individuals traversing the staircase; correct?

(Video played.)

A   Yes.

Q   Okay.  And again, it continues on, individuals traversing the staircase at the 12-minute, 48-second mark.

(Video played.)

A   Yes.

Q   Individuals traversing the staircase at the 14-minute, 9-second mark?

(Video played.)

A   Yes.

Page 171

Q   Okay.  So that staircase is not -- it's not immediately closed after the incident occurs.  There's a gap of time between the incident occurring and when the staircase is closed?

MR. DRAHOS:  Object to the form.

A   Yes.

Q   Okay.  Let's look at the onboard charges.  This will be Plaintiff's Exhibit 18.  This is Bates stamp GR000001 through 4; okay?

(Plaintiff Exhibit 18 was marked for identification.)

A   Okay.

Q   And could you identify what these documents are?

A   Mr. Clay Crockett Jr.'s sale and sign account for all his transactions aboard the vessel.

Q   Okay.  And in this document, Plaintiff's Exhibit 18, you can only see the location and the amount, you can't see what the actual purchases were at those locations; right?

A   Correct.

Q   Okay.  And today, during your deposition, we were provided the actual receipts, so this will be Plaintiff's Exhibit 29.  And I want to come back to page 59, but I just want to show you the first page of

Page 172

the document.

(Plaintiff Exhibit 29 was marked for identification.)

Here, the first page that was produced, you can see the guest's name, Clay Crockett Jr.; correct?

A   Yes.

Q   And the date of this, it's July 8, 2023, and the time is 12:26 p.m.?

A   Yes.

Q   And identifies the location as Blue Iguana Bar; correct?

A   Yes.

Q   And then that's a receipt number; right?

A   Yes.

Q   And a new receipt number would be generated for each new purchase?

A   Yes.

Q   Okay.  And the folio, what is that?

A   That's the folio that's attached to the actual person, Mr. Crockett.

Q   So the folio number would remain the same on all of these receipts; right?

A   For Mr. Crockett.

Q   For Mr. Crockett.  Understood.  So let's go back to -- I just want to go to the date of the

Page 173

incident starting on page 59.  Yours are not Bates stamped, so if you want to go to -- you'll see page 58 was 7/13/2023.  I want to start with the first purchase made on 7/14/2023.

A   7/14, you said?

Q   7/14/2023, the time 9:32 a.m.

A   Okay.

Q   Okay.  And the location, Ocean Plaza Bar, for one double espresso?

A   Correct.

Q   Okay.  And then page 60, also on 7/14/2023, at 10:33 a.m., Plaza Cafe for a milkshake; correct?

A   Neapolitan milkshake.  Yes.

Q   The Neapolitan milkshake; is that an alcoholic milkshake?

A   I'm -- I'm not sure.  I didn't research it.

Q   Okay.  Who would be able to tell us whether or not there is alcohol in this milkshake?

A   One, your client, and two, we could research if -- what a Neapolitan milkshake consists of.

Q   And the next one is 7/14/2023 at 10:47 a.m., Blue Iguana Bar, Blue's Patron margarita?

A   Yes.

Q   The next one, 7/14/2023, 2:26 p.m., Red Frog Rum Bar, Appleton Estate S. Blend.  I think that's a

44 (Pages 170 - 173)

Page 174

rum.

A   Yeah.

Q   Is that correct?

A   I'm not sure if it's a -- I believe it's a Rum.  Rum or --

Q   Okay.  And do you see the receipt number on page 62?

A   That's a duplicate.

Q   Correct.  On page 63, it's a duplicate; right?

A   Yes.

Q   That's not another purchase?

A   Correct.

Q   Okay.  And page 64, the date 7/14/2023, at 4:04 p.m., Breeze Lobby Bar, one Jack Daniels Manhattan?

A   Yes.

Q   Okay.  And 7/14/2023 at 4:29 p.m., Breeze Lobby Bar, Sazerac Rye Old Fashioned?

A   Yes.

Q   And then 7/14/2023, 6:18 p.m. -- I'm not sure -- Southern LS Starboard SVC, Carnival Cosmo martini?

A   Right.

Q   And then on page 67, look at the receipt

Page 175

number.  It's identical to the receipt number on 67; right?

A   Correct.

Q   Okay.  So two of the receipts that were provided were duplicate copies; correct?

A   Yes.

Q   Okay.  Let's look at Plaintiff's Exhibit 19.  Plaintiff's Exhibit 19 is also Bates stamped GR000043 through 46; okay?  Could you identify what Plaintiff's Exhibit 19 is?

(Plaintiff Exhibit 19 was marked for identification.)

A   Brittany Crockett's sale and sign account.

Q   Okay.  And same thing as Plaintiff's Exhibit 18 for Clay Crockett, this just identifies the location, the amount, not the actual purchases; right?

A   Correct.

Q   Okay.  And during this deposition, the actual receipts were also produced for Brittany; correct?

(Plaintiff Exhibit 30 was marked for identification.)

A   Yes.

Q   Okay.  And for Brittany, we only have the 7/14 purchases, so starting on page 1, we have

Page 176

7/14/2023, 9:32 a.m., a latte with -- it looks like she added caramel to her latte.

A   Yes.

Q   At 7/14/2023, 10:47 a.m., Blue Iguana Bar, Blue's Patron margarita?

A   Yes.

Q   7/14/2023, 11:53 a.m., Blue Iguana Bar, spicy margarita?

A   Yes.

Q   7/14/2023, 1:25 p.m., Blue Iguana Bar, spicy Margarita and a Dr. Pepper?

A   Yes.

Q   And 7/14/2023, 6:18, p.m., a sauvignon blanc and a Dr. Pepper?

A   Yes.

Q   And 7/14/2023, 7:51 p.m., in-cabin beverage, bottled water; correct?

A   Yes.

Q   Okay.  And then hold on.  Let's go back to Plaintiff's Exhibit 18 with the sign and sale for Clay Crockett.  7/14, 7:51, Clay Crockett also had an in-cabin beverage.  Do you see that?

A   Yes.

Q   And in the receipts that were provided, we did not see an in-cabin beverage.  The last receipt

Page 177

for Clay Crockett was at 6:18 p.m.

A   Right.  When was the -- on the sale sign -- can you show me the sale sign of his?

Q   His was also at 7:51, in-cabin beverage.  This is Plaintiff's Exhibit 18 that I just flipped to.

A   Right.  Okay.

Q   Okay.  And then just for purposes of the record, going to Plaintiff's Exhibit 19, this is Brittany's sign and sale, 7/14, 7:51.  She also had the in-cabin beverage, which we do have the receipt for.

A   Correct.

Q   So there should be another receipt for Clay Crockett; right?

A   Yes.  It was most likely a bottle of water like hers.

Q   Probably.

A   Yeah.

Q   And those sign and sale receipts, those are generated during the cruise?

A   Yes.

Q   And did you -- I can show you them again.  The receipts that were produced during today's deposition, did you, yourself, find those receipts?

A   Yes.

45 (Pages 174 - 177)

Page 178

Q   How did you find them?

A   I did research myself.

Q   What type of research did you do?

A   I thought we already had them provided to you, so I just printed them all up again, so -- I mean, I was under the impression that you already received them. That's why if -- if you've gotten them -- because I -- I -- like I said, I'm skiing through all this, and it's a lot. So I said, "Let me make sure that, you know, we've gotten them." So I'm under the impression that you've already gotten them in the past.

Q   We've never received them until today.

A   Okay.

Q   Like, did you go onto a software program to retrieve the receipts?

A   We've gotten them roughly the same way with the -- the sale and sign that's already been provided. We thought we've already provided them to you.

Q   They were not provided. So how are these receipts preserved?

A   In the same system that they would save the sale and sign, the actual accounts.

Q   And those were still available -- well, strike that.

Page 179

When did you go and actually retrieve these receipts?

A   They were -- they were saved already in the -- in the system, so I figured -- I thought you had them, so I mean, I tried to skim through here to find them, but I was like, "So much stuff." I said, "You know what, let me print them just to make sure," because I know there's a section, like, that has the sale and sign accounts, but I don't know where to find the actual receipts.

So I took it upon myself to have them -- printed out myself just to make sure that if you have them -- they're not in here, at least I have them. I don't know if you've already been given to them, or there might be somewhere that our -- my attorney might have them saved somewhere else, so I said, "Let me print them."

Q   Did you give them to your attorney before this last time?

A   When we met yesterday, I gave it to him.

Q   On March 19, 2025, did you have access to the receipts for the sale and sign purchases?

A   I wasn't --

MR. DRAHOS:  Object to form.

THE WITNESS:  I wasn't the one helping

Page 180

with him look for the stuff, so I don't know if already it's been provided to him in the past. I'm not sure.

BY MS. GOODMAN:

Q   Okay. I'm going to show you what would be Plaintiff's Exhibit 20. This is the Defendant's Answer and Affirmative Defenses to the complaint. Do you see that, Defendant's Answer and Affirmative Defenses?

(Plaintiff Exhibit 20 was marked for identification.)

A   Yes.

Q   Okay. And as part of Carnival's affirmative defenses, Carnival says, basically, that the risk was open and obvious to the plaintiff. Do you see that?

A   Yes.

Q   You would agree if the risk was open and obvious to the plaintiff, then it would also be open and obvious to the defendant?

MR. DRAHOS:  Object to the form.

A   No. I mean, I don't -- well, I guess you're reading it out of -- I guess A through -- A through I, I guess, lays it all out step by step of our -- our defense to this. So when you see that, it's just an, "Any risk complained by the plaintiffs were open and

Page 181

obvious. Please refer to E," it also kind of steps it out that, you know, he has pre-existing issues, you know, and physical injuries aggravated alleged incident.

It's basically, you know, his -- his -- from his situation, it basically -- he's, you know, an alcoholic; you know? He's been warned by his doctors to stop drinking, so when the incident took place, they gave him medication, and he kept drinking anyway. So that's why it's open and obvious condition that -- you know, open and obvious condition of -- of his health; you know?

So that's where -- the incident took place, this thing hit him, he went to the infirmary, they checked him out, and they wound up giving him medication, and he decided to continue to drink. That's what caused the -- the second issue where he came back later that night, had to stay overnight.

Q   Okay. So here, when you say "open and obvious," you're not referring to the wooden board being unsecured from the outdoor staircase; that's not what's open and obvious?

MR. DRAHOS:  Object to form.

A   I defer to my attorney to respond to that more accurately.

46 (Pages 178 - 181)

Page 182

Q  But you understand what you just read to mean that it's not the dangerous condition, the unsecured wooden board, as being open and obvious; it's the fact that he consumed alcohol after the incident occurred?  That's what's open and obvious?

A  Right.  The --

MR. DRAHOS:  Object to form.

THE WITNESS:  Yeah.  The -- the attorney -- my attorney could respond to that better, but it was not unsecured piece of wood.  It just unfortunately came apart somehow.  We have no idea.  It wasn't improperly secured.

BY MS. GOODMAN:

Q  Well, a board doesn't just fall off of a staircase; right?

MR. DRAHOS:  Object to the form.

A  Well, as we told you before, I mean, it was properly secured.  We don't know if this individual kicked it off or not, the individual that was going up the deck at the moment that -- up the stairs at the moment that that piece, you know, came off.  So we have no knowledge -- prior knowledge if this thing would've -- coming off for any other reason.  We don't know other than him possibly kicking it how this thing could have come apart.

Page 183

Q  And a kickplate should be able to withstand being kicked and not falling off of a staircase?

MR. DRAHOS:  Object to the form, asked and answered probably four hours ago.

A  I don't -- that I can't answer.  I'm not the expert.  The experts could tell you if they're -- if kickplates -- you know, obviously this one came off somehow, and the only assumption we have is that the individual walking up might have struck it.  We don't know.  Or it just came off on its own.  We have no idea how this thing came apart.

Q  And did Carnival do anything to try to figure out why it came apart?

A  We -- we had the – the planer go there and check it, and he put it back together.  He has no idea how it came apart unless he testified otherwise.  I don't -- I don't know.  I leave it up to him.  He's the one that handled it, you know, after the incident took place.

Q  Okay.  So you've testified numerous times about how Carnival had no notice of the dangerous condition; right?

A  Correct.

Q  So you would agree that if Carnival had no notice, the plaintiff, who was sitting in a lounge

Page 184

chair, would have no notice of the dangerous condition?

A  Would have no notice of it?  Yeah.

Q  The plaintiff would have no notice of it; right?

A  Correct.

Q  Meaning that the dangerous condition would not be open and obvious to the plaintiff.

MR. DRAHOS:  Object to the form.

A  As far as the -- the piece of wood coming down, no.

Q  Because if it was open and obvious to the plaintiff, it would also be open and obvious to the defendant; right?

MR. DRAHOS:  Object to the form.

A  I think I answered that.  Yes.

Q  Okay.  Hang on.  Okay.  This will be Plaintiff's composite Exhibit 21.  Plaintiff's composite Exhibit 21 is the six-month notice, the acknowledgement letter, and the email with the six-month notice attached; okay?

(Plaintiff Exhibit 21 was marked for identification.)

MR. DRAHOS:  Wait, that still does not identify what you're talking about, so --

Page 185

MS. GOODMAN:  Can you just give me a second, please?

MR. DRAHOS:  No.  Because when the court reads this transcript, I want to make sure the judge is fully aware of what you're doing.  You just put something up on the screen that was, like, a couple text words.  It wasn't even the document, itself.  So I want to make clear on the record exactly what it is that you're doing.

MS. GOODMAN:  Okay.  You've made it clear.  Thank you.

BY MS. GOODMAN:

Q  So this is part of Plaintiff's composite Exhibit 21.  This is Bates stamped GR00047 through 52.  Do you see that?

MR. DRAHOS:  Yes.  Object to the form.

BY MS. GOODMAN:

Q  Okay.  And this is the six-month notice dated July 26, 2023, for Clay Crockett.  Do you see that?

A  Yes.

Q  Okay.  And the next document, this was emailed to Carnival on July 26, 2023.  Do you see Suzie Vazquez and other Carnival individuals in this To and cc portion?

47 (Pages 182 - 185)

Page 186

A   Yes.  Yes.

Q   And who is Suzanne Vazquez?

A   She's claims and litigation, I guess, department supervisor.

Q   Okay.  And now going to another document in Plaintiff's composite Exhibit 21 Bates stamped GR00066 through -- hold on.  Excuse me.  It's Bates stamped 00053, 54, 55; okay?  Do you see that?

A   Yes.

Q   Okay.  Back to the first page, 53.  Could you identify what this document is?

A   Acknowledgement Letter and Demand to Preserve Evidence.

Q   Okay.  And the acknowledgement letter is acknowledging that you received -- not you, you, but you, Carnival, received our letter of representation dated July 26, 2023?

A   Yes.

Q   Okay.  And on July 27, 2023, the day after receiving our letter of representation, Carnival reached out to Mr. Crockett?

MR. DRAHOS:  Object to the form.

A   But not our department.  That was a different individual.

Q   What department is this individual that

Page 187

reached out to Mr. Crockett in?

A   It's the ICare team.

Q   Is the ICare team put on notice that there was a claim?

A   I'm not sure if they were or not because you didn't include them in your letter, so we were not under -- your letter wasn't addressed to them, so we didn't -- that -- that letter was sent to, I believe, Suzie directly and cc'd other people in the claims department.

Q   And back to the six-month notice in this case, Bates stamped 47 through 52, as part of the six-month notice, there's a section Demand to Preserve and Produce Evidence.  Do you see that?

A   Yes.

Q   And as part of it, we demanded that emails be preserved.

MR. DRAHOS:  Object to the form.

A   Correct.

Q   Back to Plaintiff's Exhibit 15.  Plaintiff's Exhibit 15, Bates stamped 56, 57, this was the comment details we've already gone over.  Here, there are entries on July 26, 2023, "Guest writing in -- regarding wood from stairs and hitting him on the head."  It looks like the -- was this department

Page 188

notified about the six-month notice?

MR. DRAHOS:  Object to the form.

A   At that moment, I'm not -- I'm not sure.  I don't see any notification indicated, so -- you didn't include them in the email, so I'm not sure.

Q   Is there any requirement that Plaintiff's counsel notify the ICare team in addition to the individuals identified in the email?

MR. DRAHOS:  Object to the form.

A   It's two different departments, so I mean, I don't know if -- if your client ever mentioned that they were hiring an attorney or not, but we got the notification, and shortly after that, we responded to you and stopped all communication with him.

Q   Okay.  This will be -- hold on one second. These documents will be part of Plaintiff's composite Exhibit 22; okay?  I'm going to show you the documents now.  Hold on.

(Plaintiff Exhibit 22 was marked for identification.)

The first document in Plaintiff's composite Exhibit 22 is Carnival's Notice of Service of Unverified Answers to Plaintiff's Initial Interrogatories dated October 7, 2024.  Do you see that?

Page 189

A   Yes.

Q   Okay.  And it's a total of 13 pages, and it was already identified as unverified, so there's no jurat page at the end; correct?

A   Correct.

Q   When you were reviewing in preparation for your deposition today, did you review the answers to interrogatories?

A   The best I could, yes.

Q   Okay.  When you were reviewing them, were they true and accurate?

A   I believe they were.  Yes.

Q   If there were any changes that needed to be made, would you have told that to your attorney to make those changes?

A   I believe they would've, yes, if we --

Q   And you didn't -- sorry.

A   -- if we needed to make changes.

Q   And you didn't tell your attorney that you needed to make changes; therefore, these should be true and accurate?.

A   I believe they were responded to accordingly.  Yes.

Q   Okay.  Would it be possible to get a jurat page for these answers to interrogatories?

48 (Pages 186 - 189)

Page 190

MR. DRAHOS: We will get that for you.

MS. GOODMAN: Thank you.

BY MS. GOODMAN:

Q   And then the next document in Plaintiff's Composite Exhibit 22 is Defendant Carnival Corporation's Notice of Service of Supplemental Answers to Plaintiff's Initial Interrogatories. This is dated November 20, 2024. This also does not have a jurat page attached. Did you review this document in preparation for your deposition today?

A   I believe so. Yes.

Q   And same thing: Was everything true and accurate?

A   I believe so.

Q   If something wasn't true and accurate, would you have asked your attorney to make changes?

A   Yes.

Q   And because you didn't ask your attorney to make changes, everything was true and accurate?

A   I believe so.

MS. GOODMAN: Could you get me a jurat page for this supplemental responses as well?

MR. DRAHOS: Yes.

MS. GOODMAN: Thank you.

//

Page 191

BY MS. GOODMAN:

Q   I'm just opening up all the documents to try to make this easier. Hold on. Plaintiff's composite Exhibit 23 is all of Carnival's responses to requests for production. There are six documents in Plaintiff's Composite Exhibit 23. I'm going to show you the documents now. Oh. Hold on.

(Plaintiff Exhibit 23 was marked for identification.)

Okay. The first of the six documents in Plaintiff's composite Exhibit 23 is Carnival's Responses to Plaintiff's Initial Request for Production. When you were preparing for your deposition, did you actually review the responses or just the documents produced in response to -- sorry. I didn't finish that.

A   Just the documents, I believe.

Q   Okay. So I'm just going to flip through these. The second document of Plaintiff's composite Exhibit 23 is Carnival's Supplemental Responses to Plaintiff's Initial Request for Production. The third document within Plaintiff's Exhibit 23 is Defendant Carnival's Supplemental Responses to Plaintiff's Second Request for Production.

The fourth is Carnival's Supplemental

Page 192

Responses to Plaintiff's Second Request for Production, the fifth, Carnival's Amended Supplemental Responses to Plaintiff's Initial Request for Production, and the sixth, Carnival's Responses to Plaintiff's Request for Production After Discovery Deadline. So all of these six, you didn't actually review these documents, you just reviewed the documents produced in response to these requests?

A   Correct.

Q   Okay. And this one in particular, the sixth document in Plaintiff's composite Exhibit 23 regarding the emails exchanged between Carnival Vista's maintenance department and/or deck department and/or engine department and Carnival Vista's housekeeping department about the varnishing done, were you involved in determining whether or not these documents existed?

A   That was ordered on through Monica. They -- they confronted with Monica. She requested it, and that's the answer that was provided.

Q   Okay. But you weren't involved, it was Monica?

A   Correct.

Q   Okay. Plaintiff's Exhibit 24 is Carnival Corporation's Privilege Log. Do you see that?

Page 193

(Plaintiff Exhibit 24 was marked for identification.)

A   Yes.

Q   Okay. And after, or in response to, as a result of the subject incident on or about July 14, 2023, there was an investigation regarding the incident and an accident report created?

A   Yeah, I believe so. I -- that's what it states there. I'm not sure.

Q   Meaning that Carnival anticipated litigation as of the date of the incident, July 14, 2023?

A   It -- to create it in anticipation of litigation. We don't know -- you know --

Q   So the report is created in anticipation of litigation, which was anticipated as of July 14, 2023; right?

A   After the incident took place. Yes.

Q   Okay. Plaintiff's composite Exhibit 25 are all of the documents produced by Carnival in response to Plaintiff's request for production, Bates stamped from 1 to 353. I'll show you all the documents now. We've gone over most of them. Hold on one second.

(Plaintiff Exhibit 25 was marked for identification.)

The first PDF that we're looking at contains

49 (Pages 190 - 193)

800-726-7007                                             305-376-8800

Page 194

Bates stamps 1 through 40. Do you see that?

A   Yes.

Q   Okay. And here, this last document that we see on Bates stamp 40, the passenger injury statement, this would be a document filled out by Clay Crockett?

A   Yes.

Q   Okay. But this is a document filled out by Clay Crockett on a form created by Carnival?

A   Yes.

Q   And Carnival keeps this document that was actually drafted by Clay Crockett on Carnival's form in its regular course of business?

A   Yes.

Q   And the other documents that are not documents filled out by Clay Crockett or by Brittany Crockett, Clay Crockett's wife, those documents would be documents created by Carnival; right?

A   Yes.

Q   And those documents that were produced -- and let's go to the second set. I'm about to ask you the general -- they're all true and authentic copies, but hold on one second. We're now looking at the second PDF within Plaintiff's composite Exhibit 25 Bates stamped 41 through -- it's still loading.

Let's go onto the third. I'm trying to move

Page 195

it along. This is the third PDF in Plaintiff's composite Exhibit 25 Bates stamped 336. This is a witness statement. This is Brittany Crockett's witness statement, so Brittany Crockett would've filled this out on a Carnival form; right?

A   Yes.

Q   And Carnival maintains this document in its regular course of business?

A   Yes.

Q   And would have produced a true and authentic copy of Brittany Crockett's witness statement?

A   That is it. Yes.

Q   Okay. And the next PDF within Plaintiff's composite Exhibit 25 Bates stamped 337 through 350, do you see that? I just scrolled go through it quickly, I know. This is the fifth PDF Bates stamped 351 to 353. So other than the documents that, you know, Clay Crockett filled out, Brittany Crockett filled out, other than those, the other documents would be documents generated by Carnival; right?

MR. DRAHOS: Object to the form.

A   Repeat the question again.

Q   Sure. I understand that, for example, the passenger injury statement, that's generated by Clay Crockett, the witness statement is generated by

Page 196

Brittany Crockett. Those are not documents created by -- or the contents of those documents are not created by Carnival, but they're drafted on Carnival forms; right?

A   Correct --

Q   Everything but those, everything else would be documents created, generated by Carnival; right?

MR. DRAHOS: Object to the form. It's very hard to follow what you're trying to ask.

MS. GOODMAN: Okay. Are there any documents other than --

Let me ask again.

BY MS. GOODMAN:

Q   Are there any documents other than the passenger injury statement and the witness statement that Carnival produced -- well, I guess -- the passenger injury statement, the witness statement by Brittany Crockett, and the six-month notice that was sent by me to Carnival, other than those in the documents produced by Carnival, is anything else not generated by Carnival?

MR. DRAHOS: Object to the form.

A   Well, your client partakes in the sale and sign, so he helped generate that.

Q   But that's a document created by Carnival;

Page 197

right?

A   Yeah. But -- yeah, but I --

MR. DRAHOS: Object to the form.

THE WITNESS: I refer to my attorney to give you a better answer on that. I mean –

BY MS. GOODMAN:

Q   Okay. Are all of the documents Carnival produced true and authentic copies of the documents?

A   Yes.

MR. DRAHOS: Object to the form.

THE WITNESS: I -- yes.

BY MS. GOODMAN:

Q   Are all of the documents produced by Carnival in its production kept in the regular course of business?

MR. DRAHOS: Object to the form.

A   When necessary, yes.

Q   Here. We were waiting for this one to load. The second PDF goes from -- it ends at 335. The first Bates stamp page -- now the first page isn't going to load. I can't catch a break. Hold on. I'll tell you what it was. It was Bates stamp 41 to 335, the second PDF in Plaintiff's composite Exhibit 25.

A   Yes.

MR. DRAHOS: So wait. Before you go to

50 (Pages 194 - 197)

800-726-7007                                                                                           305-376-8800

Page 198

answer, make sure you're clear on what she's asking. I don't know what she's asking.

So object to the form.

THE WITNESS: If you want -- if you're saying that we provided you these documents, yes. If -- unless they're -- as long as they're stamped on there with the times, those are what we provided you.

BY MS. GOODMAN:

Q   Okay.  So you have all the documents Carnival produced in front of you; right?  In a binder?

A   I believe so, yes --

Q   Tell me how many -- it starts on page 1, and what is the last page of the Bates stamped documents?

MR. DRAHOS:  That we have produced here today?

MS. GOODMAN:  Yes.

MR. DRAHOS:  One through 353.

BY MS. GOODMAN:

Q   Okay.  And we're not challenging the authenticity of Bates stamps 1 through 353; right?

MR. DRAHOS:  He's not in the position to be able to do that.  I mean, that's unduly burdensome.  If there's going to be a discussion on authenticity, that needs to happen later when we're

Page 199

going over exhibits and stuff.  But he can't flip through 353 pages, and that's not even his call to determine if they're authentic or not.  So I don't get what you're doing.  Is there an easier way that we can do this?

MS. GOODMAN:  I don't think there is. I think that these are all documents produced by Carnival in response to Plaintiff's discovery requests, and it's becoming a little more difficult than it needs to be.

MR. DRAHOS:  You're putting 353 pages up on a screen and asking him to speak on whether or not they're authentic.  That is impossible for anybody to do that.

MS. GOODMAN:  Okay --

MR. DRAHOS:  So he wasn't asked to do that, he's not prepared to do that, it's not appropriate to ask him to do that now.  We're objecting.  I'm sure that when we talk about exhibits, we can go over and discuss authenticity then, and clearly, if there's any issues with authenticity, we'll bring it up then.

MS. GOODMAN:  Okay.  So you're speaking objection is again noted.

//

Page 200

BY MS. GOODMAN:

Q   Topic 7, "Any and all documents or other items produced by Carnival Cruise Line, in this case. This includes but is not limited to what documents are maintained by the defendant, how such documents are maintained, the meaning of the contents of such documents, and whether such documents are 'business records' of the defendant."  So the documents that Carnival produced, Bates stamped 1 through 353, are they business records?

MR. DRAHOS:  So you can't ask him to do that wholesale like that.  As you went through the five hours of deposition questioning, you could have asked those questions as he went through each document, but to now ask him to look at 353 pages and all in one single answer stipulate to authenticity is beyond reasonable.

MS. GOODMAN:  Your speaking objection is noted.

BY MS. GOODMAN:

Q   To the extent that you can answer --

MR. DRAHOS:  It's not a speaking objection.

MS. GOODMAN:  It is a speaking objection.

Page 201

MR. DRAHOS:  No, it's not.  It's --

MS. GOODMAN:  Excuse me.  Stop raising your voice at me.

MR. DRAHOS:  I am not raising my voice.

MS. GOODMAN:  You are.  Excuse me.

MR. DRAHOS:  Don't be ridiculous.  I am not raising my voice.  I don't appreciate you doing that because you're clearly trying to misrepresent to the court how this discussion is going back and forth. I'm calmly trying to explain to you that the question that you're asking this witness, to stipulate to 353 pages in one wholesale question is unreasonable.

So you can ask him to answer that question, he's going to go ahead and answer it to the best of his ability, but we are objecting.  The defendant is objecting to that discovery practice as being unreasonable.

BY MS. GOODMAN:

Q   So you have all 353 pages in front of you; correct?

A   I believe we do.  Yes.

Q   Okay.  And you also have the sign and sale receipts that were produced today during your deposition; right?

A   Yes.

51 (Pages 198 - 201)

Page 202

Q   Okay.  So why don't you go through them and confirm that they are business records of the defendant?

MR. DRAHOS:  You want him to do that now after five hours of questioning?

MS. GOODMAN:  I do.

THE WITNESS:  Oh, my goodness.

MR. DRAHOS:  We object.  I'm going to see if there's an easier way to do it.  I've got to say, in 23 years of practice, I've never had a lawyer try that, so I guess there's a first for everything.

So here's a perfect example.  Bates Stamp 47 is your document that your office generated in this case.  So you want us to go through 353 pages and isolate from them documents like that?

MS. GOODMAN:  Which I --

MR. DRAHOS:  After five hours of deposition testimony, which is just completely unreasonable.

MS. GOODMAN:  I stated that that six-month notice was generated by me.  I stated that, as well as the passenger injury statement and the witness statement by Brittany Crockett.

MR. DRAHOS:  So there's documents contained herein that has pictures from Carnival's

Page 203

expert.  I don't think they're Bates stamped.  We're clearly isolating them and pulling them out.  Those would not be business records of Carnival.

MS. GOODMAN:  Okay.  Anything else?

MR. DRAHOS:  Okay.  Based upon my quick cursory review of the records, those are the only that I can identify, Mr. Diaz, as not being Carnival Business records.

But again, we object to the discovery practice as being unduly burdensome.

THE WITNESS:  The answer is "yes" then?

MR. DRAHOS:  Yeah.  You can go ahead and give her a yes.

THE WITNESS:  Yes.

MS. GOODMAN:  Okay.  I believe that concludes all of my questions.  Thank you.

THE WITNESS:  Okay.

We'll read, Madam Court Reporter. Thank you.

THE REPORTER:  Okay.  Would anybody like to order the transcript?

MS. GOODMAN:  Yes.  I'll order.  I am going to need --

THE VIDEOGRAPHER:  Would you like me to take us off the record?

Page 204

MS. GOODMAN:  Yes, please.

THE VIDEOGRAPHER:  We're going off the record at 3:41 p.m.

(Signature reserved.)

(Whereupon, at 3:41 p.m., the proceeding was concluded.)

Page 205

CERTIFICATE OF DEPOSITION OFFICER

I, GIANFRANCO SIERRA, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

GIANFRANCO SIERRA
Notary Public in and for the
State of Florida

[X] Review of the transcript was requested.

52 (Pages 202 - 205)

Page 206

CERTIFICATE OF TRANSCRIBER

I, JENNIFER ZAVATTARO, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

JENNIFER ZAVATTARO

Page 207

Michael Drahos, Esquire
michael.drahos@gray-robinson.com

April 18, 2025

RE:  Crockett, Clay v. Carnival Coporation D/B/A Carnival Cruise Line
4/16/2025, Rolando Diaz (#7262796)

The above-referenced transcript is available for review.

Rolando Diaz should read the testimony to verify its accuracy. If there are any changes, Rolando Diaz should note those with the reason on the attached Errata Sheet.

Rolando Diaz should, please, date and sign the Errata Sheet and email to the deposing attorney as well as to Veritext at Transcripts-fl@veritext.com and copies will be emailed to all ordering parties.

It is suggested that the completed errata be returned 30 days from receipt of testimony, as considered reasonable under Federal rules*, however, there is no Florida statute to this regard.

If the witness fails to do so, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

*Federal Civil Procedure Rule 30(e)/Florida Civil Procedure Rule 1.310(e).

Page 208

Crockett, Clay v. Carnival Coporation D/B/A Carnival Cruise Line
4/16/2025, Rolando Diaz (#7262796)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____  _____
(Rolando Diaz)            DATE

53 (Pages 206 - 208)

**[& - 2023]**

Page 209

| & | | | |
|---|---|---|---|

**&** 6:13,15

**0**

**000345** 56:16
**00053** 186:8

**1**

**1** 3:8 11:6,7,10
72:19 138:23
165:2 175:25
193:21 194:1
198:13,21 200:9
**1.310** 207:25
**10** 4:4 25:12
58:5,10,14
80:21 129:12
143:12,14
170:13
**103** 3:19
**104** 3:21
**10:06** 1:14 7:5
**10:15** 16:13
**10:18** 16:16
**10:33** 173:12
**10:47** 173:21
176:4
**11** 3:11 4:6
24:14,21 25:12
25:24 58:1,10
58:13,15 75:21
80:21,22 105:4
105:13 106:25
109:19 134:14

135:20,21 145:8
146:25 147:2,4
161:24 169:16
**118** 3:22
**11:16** 145:20
**11:18** 62:23
**11:24** 63:1
**11:53** 176:7
**12** 4:7 24:14,20
25:14,24 58:1
58:10,13,15
77:18 80:21,22
105:13 106:25
145:9 148:23
153:19,19,22
170:18
**129** 6:8
**12:15** 99:21
**12:26** 172:8
**12:54** 99:24
**13** 4:10 17:17
25:15 78:16
148:24 154:10
154:11,13
156:10 189:2
**135** 3:23
**14** 4:12 10:19
19:5 45:23
65:10 85:18
112:10,17
155:22,23 156:1
157:16 160:21
161:18 170:23
193:5,11,15

**1401** 2:5
**142** 3:25
**143** 4:5
**147** 4:6
**15** 4:14 17:16
24:10 87:5,22
142:1 156:17,19
187:20,21
**153** 4:9
**154** 4:11
**156** 4:13,15
**16** 1:13 4:16 7:4
7:20 45:5
160:11,12,14
**160** 4:17
**165** 4:19
**167** 6:12
**17** 4:18 6:5
104:22,24 135:8
160:20 165:17
165:18
**171** 4:22
**172** 6:14
**175** 4:25 6:16
**18** 4:20 63:3,11
171:8,10,18
175:15 176:20
177:5 207:3
**180** 5:5
**184** 5:9
**188** 5:15
**19** 4:23 175:7,8
175:10,11 177:8
179:21

**191** 5:18
**193** 5:20,24
**1:24** 1:7
**1:25** 176:10
**1:49** 141:19
**1:57** 141:22

**2**

**2** 3:12 23:11,12
23:16 25:7,8,8
29:2 84:11,12
92:1
**20** 5:4 25:21
180:6,10 190:8
**2014** 165:1
**2015** 165:1
**2016** 165:2
**2019** 138:23
**2020** 104:22,24
109:12 112:10
112:17 113:25
114:7 116:5
160:6
**2023** 10:19 19:5
20:8 45:23
65:11 112:10,18
142:1,1 157:16
160:20,21
161:18 172:7
185:19,23
186:17,19
187:23 193:6,11
193:15

**[2024 - 3:41]**

Page 210

**2024** 128:15,21 129:7 163:19 166:3 188:24 190:8
**2025** 1:13 7:4,20 11:18 85:22 87:16 95:25 100:4 179:21 207:3
**21** 5:6 74:11 184:18,19,22 185:14 186:6
**21185** 1:7
**22** 5:10 75:24 188:17,19,22 190:5
**23** 3:12 5:16 58:17 59:2 191:4,6,8,11,20 191:22 192:11 202:10
**24** 5:19 51:4 80:7 192:24 193:1
**25** 5:21 91:22 92:8 193:18,23 194:23 195:2,14 197:23
**25th** 137:4
**26** 3:14 6:4 17:3 17:4 20:19,21 109:12 112:10 112:17 128:25 147:10 167:21

185:19,23 186:17 187:23
**268-5727** 2:17
**27** 6:6 85:22 87:16 92:24 100:3,4 115:21 116:12,21 128:14,21 129:5 129:7,8 167:22 186:19
**28** 6:9 102:15,21 167:23,24 168:14
**29** 6:13 126:23 127:14,16 170:4 171:24 172:2
**294** 160:13
**295** 160:13
**297** 118:16,22
**298** 121:1
**299** 118:16 122:2
**2:26** 173:24
**2:40** 169:3
**2:48** 169:6
**2nd** 2:14

**3**

**3** 3:13 25:14 26:3,5 29:3 51:11,25 52:1,8 52:18,22 55:24 55:25 56:4,7,9 58:23 72:11,18

74:12 76:25 127:11 134:18 151:11 152:19
**3,000** 20:4,12 40:14,19
**3,934** 19:21
**3/27/2024** 6:8
**30** 1:11 3:11 6:15 168:24 175:21 207:16 207:24
**300** 143:5
**305** 2:8
**30721** 205:16
**30754** 206:14
**31** 95:25
**319** 142:23 143:5
**320** 79:11,18
**3200** 2:14
**321** 81:2,3 88:16
**322** 82:6
**327** 81:2
**328** 83:4
**33** 146:14 147:9 149:2 169:17
**330** 83:5
**331** 83:25
**33131** 1:16 2:6 2:15
**332** 84:1
**333** 2:14 84:9,10
**334** 79:12 84:9 85:1,3

**335** 197:19,22
**336** 195:2
**337** 118:17 123:12,14,15,19 195:14
**338** 125:4
**340** 118:17 125:5
**341** 72:19
**343** 72:24
**346** 74:13 77:1
**347** 152:19
**348** 153:6
**349** 153:16
**35** 148:14
**350** 153:16 195:14
**351** 161:17 195:16
**352** 104:21,21
**353** 104:14 109:11 193:21 195:17 198:18 198:21 199:2,11 200:9,15 201:11 201:19 202:14
**36** 150:15
**37** 11:13,14,24 163:17
**371-8000** 2:8
**38** 154:12
**3:41** 204:3,5

**[4 - accuracy]**

**4**

**4** 3:15 72:11 79:7,8,11,13,15 83:4,25 84:9 88:15 152:6 171:9
**4/16/2025** 207:4 208:2
**40** 194:1,4
**41** 170:7 194:24 197:22
**42** 170:13
**46** 169:23 175:9
**47** 187:12 202:13
**48** 170:19
**4:04** 174:15
**4:29** 174:18

**5**

**5** 3:19 55:25 56:15 72:11 92:22 103:18,18 103:20,24 147:9 147:10 148:14 169:17,23
**5/10/2024** 6:12
**510** 2:5
**52** 185:14 187:12
**53** 186:10
**54** 186:8
**55** 186:8

**56** 187:21
**561** 2:17
**57** 156:18 187:21
**58** 173:2
**59** 171:25 173:1

**6**

**6** 1:11 3:11,20 11:13,13 85:20 104:13,13,15 161:14,15 170:4 170:7
**60** 173:11
**62** 174:7
**63** 174:9
**64** 174:14
**67** 174:25 175:1
**6:18** 174:21 176:13 177:1

**7**

**7** 3:22 118:14,16 118:18,21 188:24 200:2
**7.1** 92:11 127:17
**7.1s** 62:7
**7/13/2023** 173:3
**7/14** 173:5 175:25 176:21 177:9
**7/14/2023** 4:5 173:4,6,11,21 173:24 174:14 174:18,21 176:1

176:4,7,10,13 176:16
**7/23/2023** 104:19
**7262796** 1:18 207:4 208:2
**79** 3:18
**7:51** 176:16,21 177:4,9

**8**

**8** 3:23 135:6,12 142:1 172:7

**9**

**9** 3:3,24 11:14 129:12 142:5,6 142:8 170:23
**90** 32:2 49:16
**99** 49:13,17
**9:32** 173:6 176:1
**9th** 11:18

**a**

**a.m.** 1:14 7:5 16:13,16 62:23 63:1 145:20 173:6,12,21 176:1,4,7
**ability** 201:15 205:10 206:7
**able** 48:7 63:12 87:23 89:19 90:1 93:19

97:12,25 101:21 102:10,22 111:15 117:15 117:19 123:24 143:4 151:18 173:17 183:1 198:23
**aboard** 4:22,25 171:16
**above** 38:19 73:1 119:2,13 122:12,13 207:6
**absent** 7:25
**absolutely** 135:19
**accepted** 30:3,3 116:19
**access** 24:7 73:13 85:10 86:12 100:9 169:10 179:21
**accident** 193:7
**accidentally** 57:3
**accommodation** 83:12
**accommodati...** 83:12
**account** 4:21,24 171:16 175:13
**accounts** 15:9 178:23 179:9
**accuracy** 207:9

**[accurate - allowed]** Page 212

**accurate** 19:21 125:16 142:2,24 165:3 189:11,21 190:13,15,19 205:9 206:5
**accurately** 181:25
**accusing** 118:8
**acknowledged** 131:20
**acknowledge...** 5:7 6:9 131:19 184:20 186:12 186:14
**acknowledge...** 7:22
**acknowledging** 167:22 168:13 186:15
**action** 205:12 205:16 206:8,12
**actual** 15:10,15 27:3 53:8 61:20 73:8 93:16 111:16 113:15 142:25 152:10 152:24 156:23 164:11,17 165:6 165:7 171:19,23 172:20 175:16 175:19 178:23 179:10
**actually** 22:9 28:17 34:19

40:25 48:11 56:23 61:18 71:18 75:11,22 75:25 76:5 78:7 88:14 98:9,24 120:8 133:20 136:23 143:6 148:6 151:6,21 179:1 191:14 192:6 194:11
**added** 176:2
**addition** 103:7 188:7
**additional** 24:6 92:12
**additionally** 7:25
**address** 92:3 132:17
**addressed** 71:11 117:13 187:7
**adhesion** 54:2 94:18
**adhesive** 26:18 26:19,24 27:15 27:21 29:6 89:15,24
**adjoined** 167:17
**adjuster** 9:22 17:13,15,20,23 18:6 128:9 129:20 130:7 131:11

**administer** 7:22
**advance** 14:20 62:3
**advise** 94:2,6
**advised** 131:25 131:25
**aesthetic** 166:11
**aesthetically** 164:2
**affirmative** 5:5 180:7,8,13
**affixed** 139:18 163:5
**aft** 105:12 106:6 106:7,17,19,21 106:22,25 107:3 107:4,22 108:12 108:12,13,18 110:22 160:7
**ages** 151:24,25
**aggravated** 181:3
**ago** 183:4
**agree** 7:23 8:2 10:15 23:18 24:16 26:12 32:13,18,22 41:17 43:13 45:2 46:2 52:5 53:3 64:9,19 65:10 74:24 96:18 107:19 111:1 136:5 180:17 183:24

**agreeable** 132:25
**agreed** 59:5,6,8 59:11,20,22 149:4 165:24
**agreement** 61:23 92:19
**agreements** 60:20 127:18,20
**ahead** 10:23 15:6 22:20 38:5 41:15 44:18 45:13 59:12 61:11 63:15 68:2,11 69:23 70:8,11,15 71:5 96:12 97:23 98:14 115:12 123:21 127:22 137:8,10 149:7 163:25 169:19 201:14 203:12
**ajit** 154:23 155:14
**alcohol** 173:18 182:4
**alcoholic** 173:15 181:7
**alerted** 52:21
**alleged** 135:16 181:3
**alleges** 157:22
**allowed** 30:15 75:17 117:13

**[allowed - arguing]**

157:11

**ambush** 130:11 131:7,9 133:6 134:9 137:10

**amended** 3:8 137:5 192:2

**amount** 15:15 22:24 171:19 175:16

**angle** 148:23

**annual** 61:15 62:10

**annually** 61:1 61:13,18,21 96:15,15

**answer** 5:4 22:20 34:5 36:3 36:19 37:6,11 44:18 46:19 48:16 59:13,23 60:18,19 61:11 62:5 63:11 65:15 68:2,11 68:12 69:9,22 69:24 70:4,9,11 70:15 71:5,25 87:23,25 97:23 98:15 102:22 115:12,25 116:19 117:7,18 118:10 127:19 127:22 130:16 130:18,22,25 132:6,23 133:8

138:3 149:3,7 180:7,8 183:5 192:20 197:5 198:1 200:16,21 201:13,14 203:11

**answered** 40:12 65:20 68:3,9,13 88:23 96:25 97:10,21 98:13 115:5,13 116:24 146:1 183:4 184:16

**answers** 5:12,13 37:4 54:4 70:2,6 92:15,22 97:14 115:8 118:9 188:23 189:7,25 190:7

**anti** 102:16,18 103:5,8,12 104:9 105:13 106:3 107:1 166:23

**anticipated** 193:10,15

**anticipation** 193:12,14

**anybody** 45:24 68:24 146:3,12 199:13 203:20

**anyway** 181:9

**apart** 31:10 35:1 114:5

131:15 163:2 166:16 182:11 182:25 183:11 183:13,16

**apparently** 38:8 39:6

**appear** 147:5

**appearance** 110:7

**appearances** 7:7

**appears** 166:14

**appleton** 173:25

**applicable** 8:6 44:21

**apply** 43:9,14 44:22,25 79:25 80:16 81:6 83:17 84:5 113:2

**applying** 93:2

**appreciate** 133:11 201:7

**appropriate** 131:4 199:18

**approved** 30:24 90:15

**april** 1:13 7:4 7:20 11:18 207:3

**area** 25:22 31:15 32:8 45:6 45:9,11,18 47:21 50:1,2,3 51:20 57:1,15

57:22 58:3 59:2 59:5 63:11 64:4 64:6,8,18 73:16 75:8,13,16 78:2 78:2,15,23 79:5 80:1 81:6 82:15 83:17 84:6,20 84:23 85:13,14 86:9 87:22 88:11 91:21 92:8 102:21 105:6 107:1 110:1 113:8 116:12 120:5,7 120:9,10 121:24 127:16 134:15 136:14,18 144:6 144:7,20 145:6 145:8 146:15 147:15 149:2

**areas** 11:18 44:9 44:15 47:18 51:24 79:1,2 86:11 89:13 119:24 120:2 123:7 124:8,15 124:15 129:15 130:2 132:24 135:15,18 144:4

**argue** 116:19 117:4 118:3,4

**arguing** 71:2 98:12

**[arrow's - basing]**                                                          Page 214

arrow's  29:8
asked  40:12
  65:20 70:7 87:3
  88:22 96:24
  97:9,20 115:22
  183:3 190:16
  199:16 200:14
asking  37:3,5,11
  44:6,7,11 59:7
  60:10,14 97:15
  116:8 132:1
  137:15 154:25
  198:1,2 199:12
  201:11
assemble  30:23
assert  62:2
asserting  158:1
  158:2
assesses  72:13
assigned  7:15
  57:13,21 78:2
  78:15,23 80:11
  119:19 120:7,9
  121:23 144:18
assigning  78:1
assignment  92:2
  144:1
assistant  4:16
  122:10,14
  154:22 155:4,9
  156:12 160:19
associated  4:8
assume  33:21
  75:16 110:13

140:5 154:8
assuming  27:6
  27:19 111:13
  112:7
assumption
  111:25 183:8
atkins  6:7,12
  128:14,21 129:6
  129:16,25
  131:18,19
attached  5:9
  27:1 28:9,17,20
  28:21 172:19
  184:21 190:9
  207:11
attaches  28:13
attempts  72:14
attend  17:24
  18:2
attendants
  57:25
attended  159:17
attention  50:11
attorney  9:9
  12:4,7,11,14
  59:22 179:16,18
  181:24 182:9,9
  188:12 189:14
  189:19 190:16
  190:18 197:4
  205:14 206:10
  207:13
attorneys  12:15

audio  205:8
  206:4
august  17:18
authentic
  194:21 195:10
  197:8 199:3,13
authenticity
  198:21,25
  199:20,21
  200:16
authorized  7:21
automatic  101:2
available  24:9
  85:20 102:6
  178:24 207:6
avenue  2:5,14
average  96:1
  112:23 114:3
aware  76:23
  77:17 101:19
  111:20 112:14
  112:21 128:23
  185:5

**b**

b  1:7,11 2:10
  3:5,11 4:1 5:1
  6:1 207:4 208:1
back  16:15 23:8
  51:25 55:24
  56:15 58:13,15
  62:25 72:18
  73:21 74:9,12
  75:12 76:8,13

76:25 88:15
95:14 99:23
100:2 107:12
114:6 115:6
140:1 141:21
152:18 161:13
161:15 162:18
166:20 169:5,15
171:24 172:25
176:19 181:18
183:15 186:10
187:11,20 201:9
balls  66:11
bar  172:11
  173:8,22,25
  174:15,19 176:4
  176:7,10
barely  144:2
barrier  74:11
  74:13,14,18
bars  58:5
based  85:14
  110:9 112:22,24
  127:19 203:5
basically  24:8
  48:19 51:4
  63:18,23 83:20
  84:14,24 85:6
  89:10 104:6
  115:16,19
  142:12 180:14
  181:5,6
basing  129:18

**[basis - boards]** Page 215

**basis** 80:5 83:1
**bass** 162:7
**bates** 23:17 52:1
55:25 56:4,6,10
56:15 72:19,23
74:13 77:1
79:11 81:2 83:4
83:25 84:9
88:16 103:19
104:14,21
109:11 118:16
118:22 120:25
122:1 123:12
125:4 142:23
143:5,12 152:19
153:5,16 154:11
155:23 156:17
160:12 161:16
161:17 171:8
173:1 175:8
185:14 186:6,7
187:12,21
193:20 194:1,4
194:24 195:2,14
195:16 197:20
197:22 198:14
198:21 200:9
202:12 203:1
**becoming** 199:9
**beginning**
149:19
**begins** 11:12
**behalf** 2:2,10
7:9,12 10:7

**believe** 13:9
14:4 24:20
28:25 43:3
44:24 50:16
61:19,23 76:3
76:10 77:12
84:4 88:17
90:13,21,23
91:13 94:9,21
100:18 101:14
103:14 104:11
110:10 123:4
125:18 131:4
142:1 144:2
145:17 147:8
152:24 154:5
155:13 156:14
156:14 160:5
164:3 167:3
174:4 187:8
189:12,16,22
190:11,14,20
191:17 193:8
198:12 201:21
203:15
**berating** 118:7
**best** 45:13 62:5
87:24 116:23
117:18 118:9
189:9 201:15
205:10 206:6
**better** 28:17
91:20 113:19
123:23 126:11

182:9 197:5
**beverage** 176:16
176:22,25 177:4
177:10
**beverly** 141:8
**beyond** 59:8
92:13 200:17
**big** 48:16 89:4
89:21 90:5
**bigger** 21:20,21
21:23 22:22,22
22:24 23:2
89:13
**binder** 143:1
198:11
**bit** 44:14 148:7
**black** 26:21,23
26:23 27:7,15
89:15 105:13
107:1
**blaming** 54:5
**blanc** 176:13
**blend** 173:25
**block** 72:12
84:22 169:10
**blue** 172:10
173:22 176:4,7
176:10
**blue's** 173:22
176:5
**board** 9:23
10:19 26:20
27:1 28:5,19
29:16 30:25

32:13,19 35:11
35:16,21,23
36:11,20,22
37:16 38:14
39:2 40:3 46:16
46:25 47:3,7
48:13 49:4,9
52:7,10,18,22
52:23 53:4,11
53:17,19 63:6
65:1,24 66:5,15
66:20 67:17
68:5,6 69:19
70:25 72:4
80:23 83:21
96:8,21,23 97:8
97:16 98:8,10
98:24 99:3,6
120:21 126:19
131:14 138:23
145:23 146:6
148:15 150:13
150:20,24
151:17 158:14
158:17,25 159:2
159:12,13
161:25 162:17
163:10 165:16
181:20 182:3,14
**boarded** 64:10
**boards** 27:24
28:7,9,14 29:6
32:24 39:19
42:18,19 47:11

**[boards - carnival]**

47:12 48:8,11 52:15 66:9 71:19 72:1 92:25 93:14 94:14,24 95:11 95:12,13,14,15 95:25 96:20 97:4,7,18 113:15,24 126:7 160:2,3 163:20

**bolts** 127:7,9 128:4

**booking** 4:15 157:5

**borcegue** 18:9 18:16

**borcegue's** 18:18

**bottle** 177:15

**bottled** 176:17

**bottom** 23:17 53:13 54:2 72:22 161:3

**brand** 93:4

**breach** 17:25

**break** 62:19 99:9,12 141:16 150:1 168:18 169:1 197:21

**breaking** 141:13

**breaks** 144:24 144:25

**breeze** 25:4 174:15,18

**brickell** 2:5

**bring** 30:15 50:11 86:16 132:9 199:22

**bringing** 30:25 57:25

**brittany** 4:23 6:16 175:13,19 175:24 194:15 195:3,4,11,18 196:1,18 202:23

**brittany's** 177:9

**broad** 64:1

**broken** 33:23 47:20 64:6

**broom** 86:12

**brooms** 79:3

**brought** 48:25 95:14

**brush** 81:17,18 81:20,24 82:2 85:18,23 86:1 86:21,21

**building** 42:11 44:2,5,10,12 45:1 164:25

**built** 164:21

**bulbs** 126:3

**burdensome** 198:24 203:10

**business** 7:19 142:21 194:12 195:8 197:15 200:7,10 202:2

203:3,8

**buy** 31:25

**c**

**c** 2:1,3 7:1

**cabin** 30:23 144:14,15 176:16,22,25 177:4,10

**cad** 25:9,17,18

**cafe** 173:12

**call** 13:23 84:21 199:2

**called** 8:19 38:4 38:6,24 81:17 90:17 93:2 117:5

**calmly** 201:10

**cameras** 146:17 146:18 148:22 149:8

**capacity** 19:11 19:18,20,22 20:3

**captain** 154:17 155:7 156:15

**captured** 148:23

**caramel** 176:2

**careful** 64:7

**carnival** 1:7,8 1:12 2:10,11 3:12,13,16,20 3:22,24 4:7,10

4:12,14 5:17,19 5:22 6:13,15 7:3 7:13,18,19 9:9 9:19 10:6,19 13:3 17:11 18:11,19 19:2,2 19:5,6,8,9,12,22 20:6,13,18 21:3 21:4,8,11,23 22:4,4,5,6 23:8 23:20 25:25 30:2,3,16 31:1,3 32:4 38:11 41:2 41:5,17 45:8,17 46:2,5,8 47:14 50:14 51:12 52:21 54:5,14 54:25 56:10 57:7,11 58:24 59:1 60:16 63:6 63:20,21 64:9 64:19,21 65:11 65:16 66:9,15 66:19 67:5,6,10 69:13,15 70:18 70:21,23 72:5 73:12,15 74:24 75:4,6 76:12 77:2,11,15 79:11,22 82:8 83:13 87:11,14 94:2,23 95:6,10 95:16,24 96:6,8 99:3 100:20

Veritext Legal Solutions

800-726-7007

305-376-8800

**[carnival - checked]**                    Page 217

102:6 104:1,3 112:18,22 114:2 114:17 124:22 125:1 126:14 127:12 128:9 129:12,20 131:11 132:21 133:6 134:3,16 134:17,19,21 135:23 138:23 142:14,21 145:12 146:19 146:21 149:20 150:2,22 151:23 152:7,8,16 153:10,24 157:14 158:5,12 158:16,25 159:11,19,20 163:6,9,14 164:20,24 165:6 165:8,16 166:18 169:9 174:22 180:14 183:12 183:21,24 185:23,24 186:16,20 190:5 192:12,14,24 193:10,19 194:8 194:10,17 195:5 195:7,20 196:3 196:3,7,16,19 196:20,21,25 197:7,14 198:10

199:8 200:3,9 203:3,7 207:4,4 208:1,1

**carnival's** 10:3 10:7 11:8 12:25 13:25 18:2 112:9 113:21 114:4,25 131:18 134:4 159:1,7 159:14 180:13 188:22 191:4,11 191:20,23,25 192:2,4 194:11 202:25

**carnival.com** 23:5

**carnival's** 63:4 85:21 87:15

**carpentry** 109:22

**carrying** 80:20 124:17

**cart** 86:14,17,19 86:23

**case** 1:6 7:2 13:4 18:10 19:3 34:9 39:8 50:8 51:3 61:5 62:8 72:10,14 73:19 74:2 81:16 85:7 100:22 111:21 113:11 126:4 128:10 130:1 133:1,17 134:6

135:7 146:22 147:6 163:4 168:7,10 187:12 200:3 202:14

**catch** 197:21

**category** 110:6

**cause** 36:10 37:17 39:1,10 39:18 41:25 42:13,25 53:8 150:12,20,23 152:11 163:6

**caused** 36:9 157:15 158:6 181:17

**caution** 82:14 85:7,8 86:12

**cc** 185:25

**cc'd** 187:9

**cctv** 4:6 12:22 146:20,23 147:6 148:22 155:15 169:16,18 170:9

**ceilings** 139:18

**center** 81:23

**certain** 67:4 86:11 90:18 126:3

**certainly** 62:6

**certificate** 205:1 206:1

**certified** 8:3

**certify** 205:4 206:2

**chair** 50:8 75:5 75:7,8,12,23 77:7,7,10,14 85:15 147:22,24 148:7 155:17 157:11 184:1

**chair's** 75:18

**chairs** 58:9 74:19,22 75:1 75:15,20 76:2,5 76:7,13,16,21 76:24 77:3

**challenging** 198:20

**change** 112:10 115:14 166:11 208:4,7,10,13 208:16

**changed** 103:8 112:19 163:21 164:2 166:1

**changes** 103:7 103:11 163:17 166:5,9 189:13 189:15,18,20 190:16,19 207:9

**changing** 116:3 118:9

**charge** 140:4

**charges** 171:7

**check** 13:25 183:15

**checked** 162:20 181:15

**[checking - complaint]** Page 218

checking 92:17
chemical 90:15
chemicals 90:10
  91:20
chief 4:16
  154:20,22 155:5
  155:6,9 156:12
  156:14 160:19
chose 117:8
circles 68:10
circling 88:17
civ 3:11
civil 207:24,24
claim 133:2
  187:4
claims 9:22
  17:13,14,20,22
  18:6 128:9
  129:20 130:7
  131:11 135:16
  186:3 187:9
clarification 9:7
  139:22
clarifications
  164:10
clarify 22:12
  114:19
class 6:5 17:1
  20:19,25 21:3,6
  21:7,9,12,15,17
  21:19,19,20,21
  22:5,8,9,10,11
  22:17,17,22,25
  22:25 23:1,4

51:9 58:22
  127:2 132:8,11
  134:16 135:2
classes 132:9,14
clay 1:4 2:2 4:20
  6:14 7:3,9,18
  10:16 18:10
  52:11 53:19
  77:7 147:22
  148:16 150:21
  157:10,14,21,25
  158:6,12,17
  171:15 172:5
  175:15 176:20
  176:21 177:1,13
  185:19 194:5,8
  194:11,15,16
  195:17,24 207:4
  208:1
clean 78:2,15,23
  81:18 82:8,13
  84:20 85:19,23
  89:1 91:17,20
cleaned 88:11
  88:12
cleaning 3:16
  50:2 77:19,21
  77:24 79:15,20
  80:15 81:4 86:4
  86:5,14,23 87:5
  87:8,9,9,18,20
  88:7,21 89:6,7
  90:7,11,14,16
  90:16,19 91:4

91:11,15,18
  119:22 120:2,10
clear 118:10
  132:7 134:9
  185:8,11 198:1
clearly 98:20
  130:21 133:9
  199:21 201:8
  203:2
client 70:13
  106:12,18 107:6
  151:16 173:19
  188:11 196:23
client's 15:9
clock 80:5
close 20:4 57:6
  57:9 64:8 80:8
  82:20 85:15
  100:8 148:2
closed 90:24
  171:2,4
coaching 117:24
coast 43:25
coat 93:5
coating 110:7
  110:13 111:12
  111:16,18
code 44:2,5,10
  44:12 45:1
codes 44:22
coefficient
  62:11
collecting 18:7

collection 18:11
collects 85:24
column 144:6
  144:17,20,24
come 32:25
  36:13 39:11,19
  39:24 46:22
  51:1 53:9,9
  67:15 130:11
  149:21 152:11
  161:15 171:24
  182:25
comes 53:23
  72:13 133:5
  151:15
coming 158:23
  182:23 184:10
comment 4:14
  157:5 187:21
commentary
  115:4
comments 157:1
  157:6
communicate
  162:12
communication
  188:14
compared 23:2
complained
  180:25
complaint 3:23
  134:18,23 135:7
  135:23 136:8
  180:7

**[complete - correct]** Page 219

complete 51:24
completed
 207:16
completely
 28:16 64:4
 94:18 117:22
 130:5,12,17
 131:8 202:18
composite 3:15
 5:6,10,16,21
 56:5 79:7,10,15
 83:4,25 84:8
 88:15 118:13,16
 118:21 142:5,8
 184:18,19
 185:13 186:6
 188:16,21 190:5
 191:3,6,11,19
 192:11 193:18
 194:23 195:2,14
 197:23
concept 50:22
concert 162:14
concluded
 204:6
concludes
 203:16
condition 46:10
 46:13,15 47:4,8
 50:5 63:6 65:24
 66:5 72:6 73:12
 146:3 159:9,17
 181:10,11 182:2
 183:22 184:2,7

conditions
 63:20 64:10,21
 64:25
conducted 51:5
 58:18 59:1
 155:11
conducting
 120:13 123:1
conferences
 92:11
confines 60:20
confirm 129:2
 154:5 162:25
 202:2
confiscated
 30:19
conflicting
 22:10
confronted
 192:19
confused 22:1
 106:20 118:8
confusing
 114:16
consent 9:13,16
considered 45:1
 89:6 207:17
consist 48:1
 61:15 62:10
consists 49:24
 173:20
constitute 8:10
consumed 182:4

cont'd 4:1,3 5:1
 5:3 6:1,3
contact 38:12
contained
 160:18 202:25
containing
 152:17
contains 193:25
contents 196:2
 200:6
continue 118:1
 136:15 181:16
continues 170:8
 170:17
contract 17:25
contradict
 91:12
contrary 130:12
contribute
 150:20,24 163:9
 163:12
contributed
 158:13
contributing
 162:8
control 65:11,16
 74:25
coordinate
 84:22
copies 175:5
 194:22 197:8
 207:14
coporation
 207:4 208:1

copy 17:7
 195:11
cordon 64:4,6
 84:20 85:14
cordoning
 72:21
corners 81:18
 82:3 85:24
corporate 1:12
 10:4 11:8 131:5
 131:9
corporation 1:7
 1:12 2:10 3:10
 7:3,19
corporation's
 5:19 190:6
 192:25
correct 9:19
 20:23 21:1
 24:15 25:13
 27:2 28:3 33:1
 35:10,15,20
 40:11 41:21
 43:19 45:4 52:9
 52:19 55:4,5,5
 55:10 72:3
 73:10,14 80:25
 89:10 90:5
 100:15 104:17
 104:22 105:4
 106:14 107:10
 107:21 108:19
 109:24 110:1,20
 110:21 119:8,10

**[correct - damaged]** Page 220

119:25 120:3,24
121:5,25 122:14
122:15,19,21
123:10 131:23
132:8 135:2
143:10 147:17
147:19 148:8
150:9,14 153:16
155:8 160:21,24
161:10 166:17
166:22 170:14
171:21 172:5,11
173:10,12 174:3
174:9,13 175:3
175:5,17,20
176:17 177:12
183:23 184:6
187:19 189:4,5
192:9,23 196:5
201:20
**cosmo** 174:22
**counsel** 7:6 8:23
134:5 188:7
205:11,14 206:7
206:10
**couple** 185:7
**course** 12:21
14:7,13 60:23
142:21 194:12
195:8 197:14
**court** 1:1 133:4
185:4 201:9
203:18

**cover** 64:3
**covered** 83:20
127:17 150:15
**covering** 51:4
**covid** 17:17
51:12,12 58:25
87:14 127:13
134:20
**create** 193:12
**created** 142:14
142:16 193:7,14
194:8,17 196:1
196:2,7,25
**crew** 13:3,17
19:15,17 20:2
20:15 22:4,6
24:7 31:11,17
40:8 47:17
48:24 49:22
52:21 56:23
57:7,11,13,25
58:2,8,12 63:24
66:24 67:1,21
68:6 69:18,18
70:19,24 71:6
71:17 73:15
76:1,12 77:11
77:21 78:1,7,14
78:23 80:10,12
80:18,19 81:16
83:16 84:23
86:5,15 88:4,10
92:4,15 94:2,3,7
94:11,23 95:3,6

95:10,16,21
96:8,19,21 97:3
97:5,17 98:7
101:6 112:22
114:2,17 115:16
120:12 122:25
123:3 124:7,14
124:22 125:1
142:14 144:3,7
144:8,11,15,21
145:2,12,14
149:20 150:2,7
150:10 153:10
155:10 166:18
**crew's** 144:8
**crewmembers**
91:23
**crews** 22:23
**crockett** 1:4 2:2
6:14,16 7:3,10
7:18 10:16
18:10 52:11
53:19 77:8
145:23 146:5
147:22 148:16
150:22 155:17
157:10,15,21,25
158:6,13 171:15
172:5,20,23,24
175:15 176:21
176:21 177:1,14
185:19 186:21
187:1 194:5,8
194:11,15,16

195:4,18,18,25
196:1,18 202:23
207:4 208:1
**crockett's** 4:20
4:23 158:17
175:13 194:16
195:3,11
**cruise** 1:8 2:11
3:16 7:19 9:23
20:12 40:5,9,15
40:19 82:8
141:24,25
177:20 200:3
207:4 208:1
**crystal** 66:10
**cups** 78:4
**currently** 9:11
19:8
**cursory** 203:6
**cv** 1:7

**d**

**d** 1:7 2:10 3:1
6:7,12 7:1 9:6
128:14,21 129:6
129:16 131:18
131:19 207:4
208:1
**daily** 46:20
57:20 80:3 83:2
124:18,19
**damaged** 33:23
37:22 47:19
49:5 50:8,24

**[damaged - department]** Page 221

127:4
**damages** 3:23
**dangerous** 46:9
46:13,15 47:4,8
63:5,20 64:10
64:20,25 65:23
66:4 73:12
182:2 183:21
184:1,7
**daniels** 174:15
**date** 1:13 6:7
65:18 93:22,24
104:23 114:9,15
116:9 129:6
172:7,25 174:14
193:11 207:12
208:23
**dated** 104:22
109:11 160:20
161:17 185:19
186:17 188:24
190:8
**davis** 135:9
137:16 138:12
**davis's** 135:10
**day** 3:24 4:4
39:13 41:22,23
47:17 49:15
71:7,7 76:2,6
78:5,9 91:1 94:5
142:9 143:20
145:10 156:8
186:19

**days** 207:17
**daytime** 89:7
**de** 23:6
**deadline** 16:4
192:6
**debris** 80:4
81:19 85:19,23
**decided** 181:16
**deck** 3:12,24 4:4
23:19 24:20,21
24:23,25 25:12
25:14,14,18
26:10 31:11
32:11 57:16,24
58:5,6,14 64:16
74:23,23 75:1
75:20 76:3,5
79:20 80:11,21
80:21,21,22
85:22 86:15
87:15,17 89:1,2
89:8 90:24 91:4
91:9,10,17,18
100:3 105:4,13
105:17 106:25
106:25 109:19
109:19 110:16
119:1,13,20
120:9,22 121:16
121:20,22 122:5
122:24 123:2,5
123:7 124:4
125:14 142:11
143:20 145:8,9

148:23 155:17
160:23 161:2,19
161:24 162:4
164:4 182:20
192:13
**decker** 2:20
8:13
**deckhands**
75:25
**decks** 24:3,3,5,6
24:9,10,14 25:9
25:12,24 57:14
58:1,10,13,15
80:13 81:9,10
90:16 105:6
110:1 119:24
120:3 122:4,16
122:17,20
123:10 129:12
143:20
**declare** 208:20
**defect** 110:6
**defendant** 1:9
2:10 7:12 11:17
150:19 180:19
184:14 190:5
191:22 200:5,8
201:16 202:3
**defendant's**
165:15 180:6,8
**defendants**
63:10 87:21
92:7 127:15

**defendant's** 5:4
**defense** 180:24
**defenses** 5:5
180:7,9,14
**defer** 95:6,16
96:2,8 145:14
181:24
**deferring**
114:17 115:15
**delete** 100:19
**deleted** 100:12
100:21,23 101:2
102:12
**deleting** 100:17
**deletion** 100:25
**deliver** 58:14
**demand** 5:7
186:12 187:13
**demanded**
187:16
**department**
47:22 48:21
51:2 57:16,17
76:3 85:19
87:17 90:25
91:3,5,8,10
93:16,18 100:5
100:8 104:7
105:18 110:19
119:10 121:8,14
122:8 124:4
125:10,13,14
140:4,13 160:5
161:4,5,19,20

**[department - dismantling]**                                                    Page 222

186:4,23,25
187:10,25
192:13,13,14,15
**departments**
58:3 188:10
**dependents**
102:21
**depicts** 153:21
**depo** 87:2 117:9
**deposing** 207:13
**deposition** 1:11
3:9 7:4,17 8:8
10:13 11:3,8
12:5,17 13:5,8
13:14,18,21
14:2,8,14,22,24
17:6 62:3 81:16
85:23 87:16
95:25 100:4
128:11 130:4
142:12 171:22
175:18 177:24
189:7 190:10
191:14 200:13
201:24 202:18
205:1
**depositions** 10:9
13:2,12 18:1,2
**describe** 15:5,6
52:20
**describes**
142:17
**description** 3:6
4:2 5:2 6:2

107:18 109:16
109:25 110:9
118:24 119:3
120:25 121:2
122:3 123:12,13
125:5 126:2
**descriptions**
3:22 118:14
**design** 25:19
29:18 74:25
164:2
**designated** 10:6
**designed** 31:22
38:13 39:14
89:12
**detached**
105:14 158:24
161:25
**details** 4:14 61:4
157:5 187:22
**determination**
96:9
**determine** 23:6
46:9,12 53:8
67:14,14,16
94:10 152:8,10
152:13 163:2
199:3
**determining**
192:16
**development**
122:21
**diagram** 75:22
76:21,24

**diagrams** 75:19
**diaz** 1:11 6:10
7:4,17 8:16,18
9:5,5 11:19,23
45:14 60:25
63:11 70:4
87:23 92:12
102:23 115:12
129:17 131:20
132:4 149:2
203:7 207:4,8
207:10,12 208:2
208:23
**diaz's** 6:4
**diesel** 42:12
**difference** 23:6
139:20
**different** 21:18
24:3 34:3,20
37:23 56:4
68:12 139:9
151:23 152:2,4
156:9 163:14
164:8 166:25,25
186:24 188:10
**difficult** 147:14
199:9
**digital** 205:8
206:3
**dimensions**
73:21,22
**direction** 54:13
57:4

**directly** 148:7
187:9
**director** 121:5
121:10
**disagree** 130:5
130:17 131:8
134:10
**discover** 31:12
80:23 120:17
**discovered**
120:20 122:25
158:25 159:11
159:19
**discovery** 16:4
18:7,8 62:2
92:11 127:17
132:25 192:5
199:8 201:16
203:9
**discuss** 10:16
102:15 104:20
126:23 199:20
**discussed** 92:9
110:11 120:14
126:19 149:4
**discussing**
51:14
**discussion** 83:6
198:24 201:9
**discussions**
92:11 127:18
**dismantling**
166:19

**[dispute - drahos]**                                      Page 223

| | | | |
|---|---|---|---|
| **dispute**  95:1 | 195:7 196:25 | 149:12 150:12 | 60:1,5,17,23,25 |
| **disputes**  17:25 | 200:15 202:13 | 160:6 185:5,9 | 61:3,7,10,25 |
| **distance**  148:3 | 208:20 | 199:4 201:7 | 62:11,15,20 |
| **distinguish** | **documents**  5:6 | **double**  19:21 | 63:10,22 64:12 |
| 22:16 27:14 | 5:10,16,21 | 173:9 | 64:22 65:4,13 |
| **distinguishing** | 12:16,19,20,24 | **downtown**  9:12 | 65:19 66:1,7,17 |
| 20:25 | 14:1,9,24 15:2 | **dr**  176:11,14 | 66:22 67:8,12 |
| **district**  1:1,2 | 16:20 18:7,12 | **drafted**  154:19 | 67:23 68:8 |
| **divided**  142:9 | 79:11,15 83:24 | 194:11 196:3 | 69:10,20,25 |
| **dj**  161:24 162:3 | 84:8 101:10 | **drahos**  2:12 | 70:12 71:1 72:7 |
| **dock**  163:18,23 | 118:20 142:12 | 7:11,11 9:8 | 73:18,24 74:5 |
| 164:1 | 142:13,20,25 | 10:21,23 11:16 | 74:15 75:2,10 |
| **docking**  166:2,3 | 143:5 171:13 | 12:1 15:25 16:7 | 76:17 78:17 |
| **doctors**  181:7 | 188:16,17 191:2 | 19:23 20:14 | 79:13,16 81:8 |
| **document**  3:15 | 191:5,7,10,15 | 22:13,18 24:19 | 86:2 87:21 88:9 |
| 15:14 16:22 | 191:17 192:7,8 | 26:9 28:11,15 | 88:22 89:9 90:8 |
| 17:7 23:3,18 | 192:16 193:19 | 28:22 30:8,13 | 90:12,22 91:6 |
| 79:19,22 81:1 | 193:21 194:14 | 30:20 31:4,8,14 | 91:16 92:7,17 |
| 82:7 83:3,5,13 | 194:15,16,17,19 | 32:7,16 33:5,12 | 94:8,16 95:2 |
| 84:1,2,5 85:2 | 195:17,19,20 | 33:20 35:3,14 | 96:3,11,24 97:9 |
| 93:23 101:25 | 196:1,2,7,11,14 | 35:19 36:1,6,16 | 97:20 98:11,16 |
| 104:1 116:7,10 | 196:20 197:7,8 | 36:24 37:19 | 99:1,8,13,18 |
| 118:23 122:2 | 197:13 198:5,9 | 39:4,12,21 | 100:14 101:13 |
| 126:5 133:17,24 | 198:14 199:7 | 40:10,12,17,22 | 101:23 102:3,13 |
| 134:6,8 143:19 | 200:2,4,5,7,7,8 | 41:8,13,20 42:1 | 102:20 106:4,11 |
| 143:24 145:13 | 202:15,24 | 42:6,14,22 43:2 | 111:4,10 112:2 |
| 145:15 154:12 | **doing**  7:19 | 43:11,16 44:3,8 | 112:13 113:3 |
| 156:4,6,13 | 16:20 33:16 | 44:13,23 45:10 | 114:8 115:3,18 |
| 171:17 172:1 | 54:19 55:7 | 45:20 46:18 | 116:1,6,11,16 |
| 185:7,22 186:5 | 57:19,22 76:18 | 47:5 48:9,15 | 117:4,16 118:2 |
| 186:11 188:21 | 87:17 90:25 | 52:25 53:6,20 | 118:7 122:22 |
| 190:4,9 191:19 | 91:8,11 93:13 | 54:20 55:2,14 | 123:17,19,24 |
| 191:22 192:11 | 100:6 117:17 | 55:22 56:2,12 | 124:13,24 |
| 194:3,5,7,10 | 118:5,9 148:24 | 56:25 59:2,14 | 125:17,24 |

**[drahos - environment]** Page 224

126:15,21
127:15 128:16
128:22 129:2,14
129:22,24 130:9
130:21 131:2,24
132:22 133:15
133:20,23 134:5
134:12,24 135:3
135:14,21
136:10,16,21,24
137:2,9 138:13
138:19,24 139:4
139:15 140:3,11
140:17,21 141:1
141:5,9,12,17
145:5,16,25
146:8 149:1,15
149:22 150:4
151:1,8,13,20
154:4 157:17
158:8,21 159:4
159:15,21 162:5
162:10,19
163:24 165:9
167:2,14 168:1
168:4,8,15,21
168:25 171:5
179:24 180:20
181:23 182:7,16
183:3 184:9,15
184:24 185:3,16
186:22 187:18
188:2,9 190:1
190:23 195:21

196:8,22 197:3
197:10,16,25
198:15,18,22
199:11,16
200:11,22 201:1
201:4,6 202:4,8
202:17,24 203:5
203:12 207:1
**drawing** 25:9,18
**drawings** 25:17
**dream** 138:23
**dried** 64:5
**drink** 58:13
181:16
**drinking** 181:8
181:9
**drinks** 58:1,4,5
58:15 80:13,20
**drop** 57:3
**dry** 82:14,15
86:13 163:18,23
164:1 166:2,3
**due** 127:12
**duly** 8:19 205:5
**duplicate** 174:8
174:9 175:5
**dust** 85:19
86:10
**duties** 17:22
50:18,23 78:5
144:20
**duty** 46:2,12
64:9 65:8 87:5,8
87:8,9,18,20

88:7,21 89:6
90:7,11,19 91:4
91:11,15 136:11
146:12

**e**

**e** 2:1,1 3:1,5 4:1
5:1 6:1 7:1,1
9:5 181:1
207:24,25 208:3
208:3,3
**earlier** 146:1
158:22
**easier** 73:4
191:3 199:4
202:9
**easily** 86:12
**effect** 63:7
**effort** 62:4
117:18
**either** 14:13
52:15 63:24
64:23 66:24
107:12 117:13
**elements** 25:1,5
39:18
**eleven** 40:8
**email** 5:8 100:5
160:18,20
184:20 188:5,8
207:13
**emailed** 17:8
185:23 207:15

**emails** 94:7
100:10,11,11,13
100:17,21,25
101:2,11,20
102:1,12 114:23
187:16 192:12
**emergency**
24:18
**employed**
205:11,14 206:8
206:11
**employee** 4:7
50:17 153:24
205:13 206:10
**encompass**
108:17,20 109:4
**ends** 142:17
197:19
**engine** 105:17
110:18 125:10
125:13 161:4,19
192:14
**engines** 42:12
**ensure** 41:18
45:6,8,18
**enter** 17:2
**entire** 20:22
25:18
**entirety** 133:1
**entitled** 136:3
**entity** 161:5
**entries** 187:23
**environment**
45:3

**[epoxy - explained]**                                                    Page 225

epoxy  164:5

equipment
46:25 86:5,6
88:25

eric  135:9,10
137:15 138:12

errata  207:11
207:13,16

es  205:4

escape  24:17

espresso  173:9

esquire  2:3,12
207:1

established
24:12 65:14,21

estate  173:25

evening  76:9

event  24:18 65:8

events  67:2,4

eventually
31:16 169:9

everybody
40:23,23 51:19

everybody's
49:1

evidence  5:8
54:18 55:11,19
77:13 98:23
149:12 150:10
150:18,22
157:14 158:5,12
186:13 187:14

evidentiary  8:7

exact  19:19

exactly  56:6
95:4 116:21
117:16 185:8

examination  3:2
9:1

examined  8:21

example  57:16
80:19 104:8
120:20 144:6
195:23 202:12

exceeds  59:6

excellent  20:1

exchanged
192:12

excluding  51:11
58:24 87:11,13
127:12 134:19

excuse  20:7 38:4
82:16 87:12
137:25 186:7
201:2,5

exhibit  3:8,12
3:13,15,19,20
3:22,23,24 4:4,6
4:7,10,12,14,16
4:18,20,23 5:4,6
5:10,16,19,21
6:4,6,9,13,15
11:5,7,10 17:3,3
17:4 23:9,11,12
23:16 25:8 26:3
26:5 29:3 51:25
52:1 55:24,25

56:3,5,7,9 72:18
74:12 76:25
79:7,8,10,13,15
83:4,25 84:9
88:15 103:18,18
103:20,24
104:13,13,15
118:14,16,18,21
128:25 129:5,5
129:8 135:6,12
142:5,6,8
143:12,14
146:25 147:2,4
152:19 153:18
153:19,22
154:10,11,13
155:22,23 156:1
156:10,17,19
160:11,12,14
161:13,14,15
165:16,18
167:21,24
168:10,14
169:16 171:8,10
171:18,24 172:2
175:7,8,10,11
175:14,21
176:20 177:5,8
180:6,10 184:18
184:19,22
185:14 186:6
187:20,21
188:17,19,22
190:5 191:4,6,8

191:11,20,22
192:11,24 193:1
193:18,23
194:23 195:2,14
197:23

exhibits  199:1
199:19

exist  100:13

existed  192:17

existing  181:2

expansions
85:13

expect  35:1
113:1

expectation
35:5

expected  54:19
55:8 151:6

expects  38:11
54:25 146:21
151:23

expert  74:3
135:15 136:12
183:6 203:1

experts  60:11
183:6

explain  60:5,7
93:1 111:16
113:20 115:7
131:3,3 201:10

explained  50:18
113:7 114:12
116:18 126:10

**[explanation - following]**                                    Page 226

explanation 54:1

exposed 25:1,4 39:13,18 42:19

extent 59:4,7,14 63:12 87:25 102:22 130:8,9 200:21

exterior 43:5

eyes 48:4,4 49:25

**f**

fabricate 32:2

fabricated 32:1

facial 54:16

facilities 105:21 105:24 110:20 125:8,9

fact 52:17 55:16 133:24 134:7 163:10 169:8 182:4

facts 117:23 133:13 208:20

failed 97:6,17

fails 207:20

fair 35:5 75:15

fall 35:1 36:8,9 36:11 53:4,19 57:2 84:24 101:7 148:15 150:13 151:18 163:7 182:14

fallen 98:19

falling 150:21 150:24 158:17 183:2

falls 35:7,11,16 35:21 36:20 37:17 83:1,11

familiar 43:8,20 44:7

far 50:17 158:7 158:9 184:10

fashioned 174:19

february 104:22 104:24 109:12 112:10,17 113:25 114:6 116:5 137:4

fed 3:11

federal 207:18 207:24

feel 42:4

feeling 62:17

fell 10:18 52:10 98:25 99:4 131:15 137:17 137:19 155:18 163:11

fifth 192:2 195:16

figure 86:20 183:13

figured 179:4

filed 130:14 135:7,24 136:17

filled 34:12 194:5,7,15 195:5,18,18

financially 205:15 206:11

find 14:5 16:19 51:22 123:17 136:4 177:24 178:1 179:5,9

fine 134:24

finish 97:12 110:7 191:16

firenze 21:11,15 22:5,7 23:1 32:4

firm 2:4 7:9,12

first 8:19 28:7 62:1 77:6 81:3 84:10,20 87:18 90:14 104:18 115:21 127:24 129:24 137:3 148:7 152:12 171:25 172:4 173:3 186:10 188:21 191:10 193:25 197:19 197:20 202:11

fit 90:2,3

five 62:19 168:17,20 169:1 200:13 202:5,17

fix 159:2,8,14

fixed 50:12 159:6,18,20

fixing 91:24 92:5

fl 1:16 2:6,15 207:14

flashed 168:8

flat 27:11 32:14 89:2,15

fleet 20:22,24

flip 191:18 199:1

flipped 177:5

flipping 143:1

floor 64:15 80:4 85:3 90:16,17 105:9 110:4

flooring 81:9,10 88:8,24 89:1 164:6,8,11,18

florida 1:2 7:22 44:2,4,10,12 45:1 205:19 207:18,24

focus 79:1,2

folio 172:18,19 172:21

follow 83:16 196:9

followed 146:22

following 87:7 157:8

**[follows - getting]** Page 227

**follows** 8:21
**food** 80:12
**foot** 38:8
**footage** 4:6
  12:22 146:18,20
  146:23 147:6
  148:22 155:16
  169:16,18
  170:10
**foregoing** 205:3
  205:4 206:4
  208:20
**form** 10:21 12:1
  19:23 20:14
  22:13 24:19
  26:9 28:11,15
  28:22 30:8,13
  30:20 31:4,8,14
  32:7,16 33:5,12
  33:20 35:3,14
  35:19 36:1,6,16
  36:24 37:19
  39:4,12,21
  40:10,17,22
  41:8,13,20 42:1
  42:6,14,22 43:2
  43:11,16 44:3,8
  44:23 45:10,20
  46:18 47:5 48:9
  48:15 52:25
  53:6,20 54:20
  55:2,14,22
  56:25 60:1
  63:22 64:12,22

65:4,13,19 66:1
66:7,17,22 67:8
67:12,23 68:8
69:20 71:1 72:7
73:18,24 74:5
74:15 75:2,10
76:17 78:17
81:8 86:2 88:22
89:9 90:8,12,22
91:6,16 94:8,16
95:2 96:3,24
97:9,20 98:11
99:1 100:14
101:13,23 102:3
102:13,20 106:4
106:11 111:4,10
112:2,13 113:3
114:8 115:3,18
116:1,6 122:22
124:13,24
125:17,24
126:15,21
128:22 134:25
138:13,19,24
139:4,15 140:3
140:11,17,21
141:1,5,9 145:5
145:16,25 146:8
149:1,15,22
150:4 151:1,8
151:13,20 154:4
157:17 158:8,21
159:4,15,21
162:5,10,19

163:24 165:9
167:2,14 171:5
179:24 180:20
181:23 182:7,16
183:3 184:9,15
185:16 186:22
187:18 188:2,9
194:8,11 195:5
195:21 196:8,22
197:3,10,16
198:3
**forms** 196:3
**forth** 201:9
**forward** 16:1,5
  105:12 106:7,25
  107:2,22 108:11
  108:18 110:22
**found** 14:6,9
  82:16
**four** 12:12 96:2
  112:24 113:8,18
  114:4,13,14
  183:4
**fourth** 191:25
**frasmar** 81:4
  90:14,15,17
**frayed** 33:4,6,9
  33:18 34:1
  36:15
**friction** 62:12
**frog** 173:24
**front** 14:24 15:2
  15:16,21 16:23
  38:10 107:11

131:5 143:1,13
198:10 201:19
**full** 86:17
**fully** 185:5
**functioning**
  47:19
**further** 205:13
  206:9
**future** 65:9
  66:11 67:1,2

**g**

**g** 7:1
**gap** 171:3
**gathers** 76:6
**geez** 18:20
**general** 20:19
  24:5 37:11
  57:15,21 60:14
  86:9 108:14
  194:21
**generally** 58:2
  89:1
**generate** 196:24
**generated** 51:10
  51:22 58:23
  108:16 127:10
  172:15 177:20
  195:20,24,25
  196:7,21 202:13
  202:21
**getting** 22:10
  42:20 68:5
  106:21,23

**[getting - goodman]** Page 228

138:10

**gianfranco** 1:17
7:15 205:2,17

**give** 16:7 20:15
23:9 36:3 60:17
128:24 129:20
156:21 164:2
166:11 179:18
185:1 197:5
203:13

**given** 118:10
179:14

**gives** 60:19
155:5,6

**giving** 73:16
115:25 181:15

**glue** 29:9,15
98:9

**glued** 154:3

**go** 10:12,23
11:12,13 15:6
16:8,9 22:20
23:5 25:21 38:5
41:9,14,15
42:16,16 44:14
44:18 45:13
47:21 56:15,23
57:2 58:8,13,15
59:12 61:11
62:7 63:15
67:15 68:2,11
69:23 70:8,11
70:15 71:5,18
72:25 73:2

76:19,22,24
81:1 82:6 84:21
89:3,19,22
92:24 96:12
97:23 98:2,3,14
99:16 109:10
115:6,12 123:21
127:22 132:12
133:10 135:7
137:8 146:14
149:7 161:13
163:25 168:19
172:24,25 173:2
176:19 178:15
179:1 183:14
194:20,25
195:15 197:25
199:20 201:14
202:1,14 203:12

**goes** 53:23 72:1
169:18 197:19

**going** 11:6 16:8
16:12,15,19
17:2,16,17 26:2
26:14 27:24
34:1 38:8 43:6
44:14 60:21
61:10 62:18,22
62:25 64:1
67:18 69:6 70:3
70:4,20 79:6,14
80:22 87:25
94:10 99:9,18
99:20,23 102:24

104:12 115:7
117:18 118:14
118:15,20
127:19 129:4,21
130:7,18,24
132:4 133:3,3
133:19,19
134:11 135:15
136:11,14
141:18,21 142:4
147:14 148:10
151:6 155:21,22
160:10 161:12
165:14 167:21
169:2,5,15,19
177:8 180:5
182:19 186:5
188:17 191:6,18
197:20 198:24
199:1 201:9,14
202:8 203:23
204:2

**good** 7:14 9:3
110:12

**goodman** 2:3
3:3 7:8,8 9:2
11:1,21,22 16:3
16:11,17 22:15
22:19 36:4 37:1
40:13 43:12,17
44:11,16,17
45:16 55:3 56:2
56:8,13,14
59:12,18 60:9

60:21,24 61:14
61:22 62:1,9,13
62:17 63:2,13
63:14 65:5 67:9
68:1 69:6,11,12
69:21,23 70:8
70:14,17 71:4
78:21 79:14,17
83:9 88:6 91:2
92:14,23 96:17
97:22 98:14,22
99:11,14 100:1
103:3 111:17
112:6 115:9,11
116:15,25
117:10,21 118:2
118:4,11,12
123:22 124:2,16
127:21 128:18
128:19 129:3,17
130:5,17,24
131:8,21 132:3
132:15,19
133:12,16,18,22
134:3,10,13
135:5,19 136:3
136:13,19,23
137:1,8,12,14
139:21 140:14
141:4,12,15,23
148:13 149:6
158:11 164:9
167:19 168:3,6
168:12,16,19,22

**[goodman - head]**                                                          Page 229

168:23 169:7,21 170:3,12 180:4 182:13 185:1,10 185:12,17 190:2 190:3,21,24 191:1 196:10,13 197:6,12 198:8 198:17,19 199:6 199:15,23 200:1 200:18,20,24 201:2,5,18 202:6,16,20 203:4,15,22 204:1

**goodness**  22:3 202:7

**gotten**  14:12 15:17 178:7,10 178:11,17

**govern**  78:14,22

**governs**  146:20

**gr**  143:3

**gr000001**  171:9

**gr000037** 154:11

**gr000039** 155:23

**gr000043**  175:8

**gr000056** 156:18

**gr000058**  23:17

**gr000293** 160:12

**gr000296** 143:12

**gr000300** 142:23

**gr000335** 103:19

**gr000341**  56:10

**gr000342**  52:2

**gr000345**  56:1

**gr000350**  56:11

**gr000351** 104:14 161:16

**gr00047**  185:14

**gr00066**  186:6

**gray**  2:13,16 7:12 207:1

**great**  24:2 62:20 141:13

**grip**  27:18

**ground**  10:12

**grout**  81:17,20 82:2 86:21

**guarantee** 111:14

**guard**  43:25

**guards**  156:11

**guess**  14:7 18:7 22:16 27:14 33:25 50:17 58:1,5,8 67:19 74:7 78:8 79:24 80:11 94:4 101:9 104:9 111:24 117:15

119:2 120:21 144:8 152:15,17 153:12,15 155:5 156:23 157:1,4 164:25 180:21 180:22,23 186:3 196:16 202:11

**guesstimation** 163:3

**guest**  31:16 66:25 75:12 124:7,12,14 156:24 187:23

**guest's**  172:5

**guests**  19:24 22:23 24:9 63:25 64:3,6,17 64:18 84:23 156:24

**guidance**  60:18 60:22

**guide**  84:2

**guidelines**  3:17 81:5 90:14

**gyms**  119:24

---

**h**

**h**  3:5 4:1 5:1 6:1 208:3

**hand**  8:16

**handheld**  81:24

**handle**  47:23 69:10 135:3 149:21

**handled**  183:18

**handrails** 113:10,12

**hands**  71:18 72:2

**hang**  61:22 103:17 118:15 184:17

**happen**  55:1 66:25 132:21 198:25

**happened**  53:14 53:14 68:14,15 69:1,1,4 71:21 71:23 127:24 128:2,5,5,7 129:19 131:12 132:5,13,13,14 148:18 151:12

**happening** 68:23,24

**happens**  41:6

**happy**  130:15

**harass**  70:1

**harassing**  69:25 70:13

**hard**  115:5 151:21 196:9

**head**  10:17 52:11 53:19 74:17 157:18,24 157:24 158:1,10 158:14,18 187:25

**[health - identify]** Page 230

**health** 181:12

**hear** 128:17 162:13

**heard** 40:1 44:19 133:7

**hearing** 8:14

**heavy** 87:5,7,8,9 87:17,20 88:7 88:21 89:6 90:7 90:11,19 91:4 91:11,15

**heights** 152:1,2

**hejzlar** 62:12

**held** 17:19 83:6 126:12,13,17

**help** 22:2,12 26:3 154:7

**helped** 196:24

**helping** 179:25

**hereto** 205:15 206:11

**hess** 83:8,10 84:3

**hickey** 2:4 7:9

**hickeylawfir...** 2:7

**hiring** 188:12

**history** 62:7

**hit** 10:17 38:9 52:10 53:19 151:21 181:14

**hits** 74:17

**hitting** 38:18 49:14 67:19

150:21 158:10 158:14 187:24

**hmm** 165:20,23

**hold** 25:7 69:11 79:7 119:3 123:17 129:14 129:22 131:16 147:1,9 152:18 157:9 161:12 164:23,23,24 176:19 186:7 188:15,18 191:3 191:7 193:22 194:22 197:21

**holding** 4:8 153:24

**holds** 22:23

**hole** 33:25 34:3

**holes** 34:7,7,10 34:11

**horizon** 21:4

**hotel** 118:24 119:4,9,17,19 120:1,8 121:5 121:10,23

**hour** 62:19 99:10

**hours** 12:12 51:19 80:8 183:4 200:13 202:5,17

**house** 91:19

**housekeeping** 85:18 91:7,7

100:5,8 104:6 118:25 119:1,7 119:9,13 121:3 121:4,7,8,12,13 121:17,19 122:6 122:8,10,11,12 122:13 123:6 157:2 160:18,25 192:14

**huge** 42:12

**hughes** 140:25

**hundred** 19:13 22:23 40:3,4,8

**hundreds** 68:19 68:19

**hundredth** 68:23

**hurt** 47:9 106:13,18

**hypothetical** 33:13 34:8 37:3 37:11 67:13

**hypothetically** 37:6,7

**i**

**icare** 187:2,3 188:7

**idea** 36:18 76:19 162:6 182:11 183:11,15

**identical** 175:1

**identification** 11:11 17:5

23:13 26:6 79:9 103:21 104:16 118:19 129:9 135:13 142:7 143:15 147:3 153:23 154:14 156:2,20 160:15 165:19 167:25 171:11 172:3 175:12,22 180:11 184:23 188:20 191:9 193:2,24

**identified** 11:24 52:14 92:15 105:2 109:15 111:2 117:14 134:17,17,21,22 135:22,23 136:7 161:9 188:8 189:3

**identifies** 9:8 15:14 24:2 76:21 135:8 144:3,7,8,11 153:6 172:10 175:15

**identify** 23:3 26:7 75:20 79:18 81:2 82:7 83:5 84:1,10 85:1 103:23 118:22 119:16 121:1 122:2

123:13 125:5
126:6 143:19
152:22 153:20
154:12 156:4,18
171:13 175:9
184:25 186:11
203:7
**identifying**
153:3
**identity** 91:23
92:4 150:16
**ifs** 49:14
**ignored** 137:4,6
**iguana** 172:10
173:22 176:4,7
176:10
**image** 153:5
**immediate**
32:11
**immediately**
150:17 171:2
**impact** 89:24
**implementation**
63:8
**implemented**
146:22
**impossible**
31:19 54:16
116:22 199:13
**impression**
103:2 178:6,11
**improper**
130:13

**improperly**
66:13 97:11,24
98:3 182:12
**inaccurate**
134:1
**inadvertently**
38:3 41:1 53:24
54:24 151:2
**inappropriate**
150:12
**incidences**
64:14
**incident** 3:14
4:9,19 6:8 10:15
25:23 39:25
40:1 45:7,9,19
45:22 51:11
52:3,6 58:24
63:8 65:18 77:2
77:4,8,16,20,23
78:15,24 85:21
87:11,13 92:1
92:20 93:20,25
101:22 104:20
115:2,23 117:2
120:6 126:22
127:11,24
128:13,14,20
129:7 132:11
134:19 135:11
137:16 138:22
139:3,11 145:4
145:18,21
146:16,16

147:14 150:18
151:11,12 152:7
152:9,16 153:20
155:12 157:6,9
157:10,23 158:4
158:6 160:10
162:16 163:14
163:19 165:13
166:1,7 169:9
169:14,18,22
171:2,3 173:1
181:4,8,13
182:5 183:18
193:5,7,11,17
**incidents** 68:20
68:21 134:14,21
134:22 135:8,22
136:1,7 146:19
**inclined** 62:7
**include** 3:15
4:21,24 5:6,10
5:16 80:4,12
106:9 107:2
111:2 120:5
124:10,19 187:6
188:5
**includes** 87:6
88:8 150:18
163:19 200:4
**including** 77:21
91:25 92:1
127:3 146:17
**incorrect**
117:23

**indicated**
158:22 188:4
**indicates** 100:20
**indicating**
135:25
**individual**
15:10 53:22
54:8,10,13,15
54:17,18 55:6
55:12,19 89:19
131:20 144:8
148:19,24
149:12,24
150:11,16,19,23
151:4,14 182:18
182:19 183:9
186:24,25
**individuals**
57:19 75:15
160:1 169:24
170:5,8,14,18
170:22 185:24
188:8
**indoor** 85:7
**industry** 44:21
**infirmary**
181:14
**information**
22:11 25:22
59:4,8,15,17
63:9 66:12
85:25 88:1,4
92:3,13 128:10
135:10 163:21

infoshipsql 125:21

initial 5:14 188:23 190:7 191:12,21 192:3

injuries 157:15 157:21 181:3

injury 157:19 157:24 158:1 194:4 195:24 196:15,17 202:22

inquiry 44:9,15 45:11 59:2,4,5 63:11 87:22 92:8 102:21 116:12 127:16 129:15 130:2 132:24 135:15 135:18 136:14 136:18 149:2

inside 107:18

inspect 41:17 46:3,5,8,12,20 46:22 47:18 49:16 51:20,23 56:24 57:1 61:12,18 69:3 69:16

inspected 47:10 61:21 74:2,3

inspecting 57:5 70:22 91:24 92:5 145:3

inspection 47:15,25 48:2 48:20 49:3,7,10 49:21,24,25 51:5 52:20 56:22 57:8 61:20 69:17 71:24 165:15

inspections 17:25 41:22 47:24 49:12 50:14 51:13,15 51:18 57:12,20 57:23 60:11,15 61:15 70:24 71:6 120:14,18 123:1

install 98:2,4,6

installed 29:25 30:4 31:23 97:1 97:3,11,13,24 98:4,20

instructed 124:18

instructing 117:17,24

instruction 61:8

intend 129:25 130:23

intended 8:5 117:7

intent 150:1

intentions 132:1

interested 205:15 206:12

interject 11:16

international 43:20

interrogatories 5:15 92:16 188:24 189:8,25 190:7

interrogatory 92:22

interrupted 38:5

inventory 125:21,23,25 126:3,6,9

investigation 152:6,8 155:11 193:6

involved 129:11 139:11 192:16 192:21

involves 10:16

involving 59:25 128:13,20 136:1

isolate 202:15

isolating 203:2

issue 24:12,22 39:5,6,24 42:2 51:21 63:23 72:16 107:6 126:18 133:3 146:10,13 159:22 181:17

issues 117:12 126:14 137:7 159:24 181:2 199:21

it'll 14:21 71:11

item 105:9 110:4

items 13:22 200:3

itinerary 20:6,8 20:11

### j

j 2:12

jack 174:15

jackson 138:15 138:17

january 20:7,7 138:23 163:18 166:3

jarred 53:25

jennifer 206:2 206:15

job 1:18 3:22 50:18 92:2 118:14,24 119:3 120:25 121:1 122:3 123:12,13 125:5 126:1,1

joiner 57:17 72:13 93:15 95:24 99:2 102:9 111:15 126:10 140:5,6

**[joiner - know]**                                                                     Page 233

140:7

**jr**  172:5

**jr.'s**  171:15

**judge**  130:19
  131:1,3 185:5

**july**  10:19 19:5
  20:7 45:23
  65:10 112:10,17
  142:1,1 157:15
  160:19,21
  161:17 172:7
  185:19,23
  186:17,19
  187:23 193:5,11
  193:15

**jump**  169:19

**june**  165:1

**jurat**  189:4,24
  190:9,21

**k**

**keep**  49:14
  91:17 133:19
  134:11

**keeps**  87:4
  194:10

**kept**  51:14
  142:20 181:9
  197:14

**kick**  38:3 41:1,6
  151:5

**kickboard**
  137:18

**kicked**  38:15
  41:11 53:24
  54:24 67:21
  68:6 151:2,19
  182:19 183:2

**kicking**  38:22
  39:1 40:20 41:3
  55:8,21 69:14
  70:20 149:25
  182:24

**kickplate**  4:8
  10:17,18 38:6,7
  38:12,15,22
  39:2,11 40:24
  41:1,3,6,7,10,16
  51:6,7 54:24
  55:8,9,13,17,21
  58:19,20 69:14
  69:16 70:19
  91:25 126:24,25
  127:3,4,5,5,6,8
  127:9 139:8,8
  139:16,20
  140:23 141:2,6
  141:10 146:11
  149:25 151:5,15
  152:24 153:3,7
  153:12,25 154:2
  163:7 167:9
  183:1

**kickplates**  38:2
  38:24 39:1,24
  40:20 41:18,19
  69:3 70:22

128:4 139:17,17
  139:18 140:8
  183:7

**kicks**  40:23

**kind**  66:19
  75:11 84:16
  181:1

**knee**  67:20

**knew**  62:15
  130:10 133:9

**knocked**  37:20
  37:24

**know**  14:20
  16:5 18:1,10
  19:11,17 20:2,8
  20:18 21:14
  22:24 28:17,20
  28:24 29:5 30:6
  30:10 31:20,24
  32:5,11 33:7,17
  33:24 34:5,13
  34:21 36:7,19
  37:5,21 40:7
  42:4,15 43:18
  44:19,21,25
  46:19 48:25
  49:6,13 50:7,8,9
  50:22 52:6 53:8
  53:10 54:10
  56:5,6 57:3,7,9
  61:1 62:8,14
  63:18 64:7,14
  66:16,20 67:10
  67:15 69:3,21

70:2,6 71:14
  73:22,25 75:25
  76:15 78:3 79:1
  79:5 80:7 82:21
  86:6,10 87:2,3
  88:2,7 90:6,10
  91:14,19 93:3
  93:16 94:18
  95:4 96:14 99:6
  99:7 100:22
  101:3,21 102:11
  103:15 107:5
  111:22 112:18
  113:6,6,7,16,19
  113:20 114:11
  114:11 115:24
  126:3 128:4
  133:9 134:2,20
  136:5 137:19,21
  138:1,6,8 139:6
  139:25 140:5
  145:2,18 149:19
  151:2,21,22,22
  156:14 157:21
  162:14 163:2,13
  164:5,6,17
  165:5 166:9,12
  167:11 169:13
  178:10 179:7,8
  179:9,14 180:1
  181:2,3,5,6,7,11
  181:12 182:18
  182:21,24 183:7
  183:10,17,18

Veritext Legal Solutions

800-726-7007                                                   305-376-8800

**[know - looking]**                                               Page 234

188:11 193:13 193:13 195:16 195:17 198:2

**knowing** 163:13

**knowledge** 14:10 37:4 66:8 66:14 92:20 127:14 128:8 129:18,19 130:6 131:6,11 132:3 137:16 146:10 182:22,22 205:10 206:6

**knowledgeable** 44:10,12

**knows** 37:22 41:2,5 67:5,6 69:13 70:18 130:8

**kreuger** 139:2

**kunju** 154:20,21 154:21

**l**

**l** 9:5,5

**labeled** 168:10

**laid** 164:25

**land** 42:11

**landing** 27:8,12 27:12,13,14 94:20

**larger** 22:9

**late** 62:1

**latte** 176:1,2

**laugh** 31:5

**launched** 165:1

**law** 2:4 7:9,12

**laws** 8:7

**lawsuit** 133:1 135:17

**lawsuits** 60:12 60:15

**lawyer** 133:6 202:10

**laying** 77:8 147:22 157:11

**layout** 32:12

**lays** 76:5 180:23

**lead** 110:9

**leader** 124:18 161:6,20

**leaning** 148:3

**leave** 183:17

**left** 73:1,7 107:9 107:12 155:18

**legal** 207:23

**length** 153:3

**letter** 5:7 6:9 130:14 131:5,19 167:22 168:13 184:20 186:12 186:14,16,20 187:6,7,8

**letting** 14:20

**lgoodman** 2:7

**liberty** 129:12

**lido** 79:20

**life** 43:23

**light** 50:9 126:3

**likely** 177:15

**limine** 135:25 136:6,9

**limited** 127:4 200:4

**line** 1:8 2:11 7:19 200:3 207:4 208:1,4,7 208:10,13,16

**lines** 3:16 82:8

**liquid** 82:16

**lisa** 2:3 7:8 15:25

**list** 143:25

**listing** 56:4

**literally** 115:5

**litigated** 132:25

**litigation** 9:22 12:21 17:13,15 17:20,23 18:6 59:25 128:9 129:20 131:11 186:3 193:10,13 193:15

**little** 44:14 61:25 73:2 147:14 148:6 169:19 199:9

**load** 23:9 25:8 25:12 197:18,21

**loading** 194:24

**lobby** 174:15,19

**locate** 54:14

**located** 9:11 75:1 86:7,22 108:6

**location** 1:15 15:14 85:12 105:4 171:18 172:10 173:8 175:16

**locations** 79:3 171:20

**log** 5:20 51:14 51:21 192:25

**logical** 111:24

**logs** 77:21

**long** 12:10 17:14 198:6

**longer** 166:14 166:16 168:21

**look** 23:5 47:21 48:5 51:1 72:23 130:15,15 135:20 143:4 164:3,15 166:12 171:7 174:25 175:7 180:1 200:15

**looked** 81:20

**looking** 13:22 23:19 29:23 48:6 50:4 52:1 55:24 77:1

**[looking - martini]**

Page 235

88:16 118:20,22 143:16 147:5 193:25 194:22

**looks** 154:9 155:2,4 164:24 176:1 187:25

**loose** 10:17 32:25 39:3,11 39:19 41:7,11 41:16,19,25 53:25 67:6,11 67:15 68:7 69:14,19 70:19 70:25 72:4 80:23 96:23 97:8,16 120:20 126:19 127:5,8 131:14 150:1 162:23

**loosened** 47:11 47:11

**loosening** 162:8

**lot** 14:16 62:8 113:5 116:8 178:9

**lottery** 67:3

**loud** 162:3,11 162:12

**lounge** 58:9 74:19,22 75:1,5 75:7,8,15,18,20 76:2,13,15,21 77:3,7,7,10,14 147:21,24 148:7

157:11 183:25

**love** 134:2

**ls** 174:22

**luggage** 30:19

**m**

**ma'am** 9:10,25 13:16 21:10,13 148:9 163:12 165:4 166:8

**machine** 81:11 81:12 88:17,20 89:3,5,11,19,22 90:3

**madam** 203:18

**made** 26:16,17 27:20 62:4 128:25 163:17 164:15 166:5,6 166:9 167:21 173:4 185:10 189:14

**maiden** 165:2

**maintain** 77:22 102:24

**maintained** 200:5,6

**maintaining** 119:23 120:2,10 124:23

**maintains** 195:7

**maintenance** 77:19 80:4 101:9 105:21,24

110:20 125:8,9 125:20 192:13

**make** 17:3,7 28:8,9 38:12 46:23 50:3,11 50:19 60:19 64:17 69:16 71:19 72:2 96:9 108:14 117:18 133:2 139:19 165:24 167:22 178:9 179:7,12 185:4,8 189:15 189:18,20 190:16,19 191:3 198:1

**making** 163:3

**manager** 105:22 105:25 110:20 118:25 119:7,14 121:3,12,17,19 122:5,6,11,11 122:12,13 125:8

**manager's** 119:6 125:9

**managers** 121:4 121:7

**manhattan** 174:16

**manner** 8:8 71:12

**manual** 50:17

**manually** 101:1

**manufactured** 32:1

**manufacturer** 30:1 31:20

**march** 85:22 87:16 95:25 100:4 128:14,21 129:7 179:21

**margarita** 173:22 176:5,8 176:11

**maritime** 43:21 44:5,24 45:3

**mark** 147:9,10 148:15 169:17 169:23 170:4,13 170:19,23

**marked** 11:10 17:4 23:12 26:5 79:8 103:20 104:15 118:18 129:8 135:12 142:6 143:14 147:2 153:22 154:13 156:1,19 160:14 165:18 167:24 171:10 172:2 175:11,21 180:10 184:22 188:19 191:8 193:1,23

**marking** 168:13

**martini** 174:23

**[mason - minutes]** Page 236

**mason** 57:17
**masonry** 109:22
**material** 27:4
29:6 51:9 58:21
127:1 154:2
163:20 164:15
165:7,14 166:14
166:25,25
**materials** 26:4,7
**matter** 7:18
130:1 132:2
133:3,7
**matters** 133:8
136:12
**mean** 16:3
18:15 20:22
24:25 27:16,17
34:5,6,8,13
35:22 36:18,21
38:1,21 42:9
46:1,19 48:3
54:3 60:12 64:1
64:18 66:13
78:6 81:10
84:11 108:15
111:15 113:21
113:23 114:16
116:7,8 126:4
154:8 162:23
178:6 179:5
180:21 182:2,17
188:10 197:5
198:23

**meaning** 10:6
25:3 40:19
119:13 122:13
184:7 193:10
200:6
**means** 8:9 49:25
60:4 93:1 107:8
162:24 166:18
**meant** 81:22,24
**measure** 153:1
**measurement**
153:7
**measurements**
74:3 152:15,18
153:9
**measures** 45:5,7
45:17
**mediations**
17:24
**medication**
181:9,16
**meet** 12:4,7
**meeting** 12:10
126:20 128:3
**meetings** 126:12
126:13,16,17
128:3
**member** 19:17
22:4,6 48:24
49:22 56:23
63:25 66:24
67:1 69:18
70:24 73:15
77:11 86:5 88:4

88:10 94:2,11
95:3,10,21
96:19,21 97:4,5
98:7 112:23
114:2 123:3
124:1,6 144:9
149:21 150:2,10
155:10
**member's** 81:16
95:7,16 114:18
124:3 144:11,15
145:14
**members** 13:3
13:17 19:15
20:2,15 24:7
31:11,17 40:8
47:17 52:22
57:7,11,13,25
58:2,8,12 67:22
68:6 69:18
70:20 71:7,17
76:1,12 78:1,7
78:15,23 80:10
80:12,18,19
83:16 84:23
86:15 92:4,15
94:3,7,24 96:8
97:17 101:6
104:6 115:16
120:12 122:17
122:21,25 123:9
124:22 125:1
142:14 144:3,21
145:2,12 150:7

153:10 160:3
166:19
**memory** 164:24
**mentioned**
188:11
**met** 179:20
**miami** 1:16 2:6
2:15 9:12 10:1
**michael** 2:12
7:11 9:8 207:1
**michael.drahos**
2:16 207:1
**mid** 105:12
106:7,25 107:3
107:14,17,22
108:6,11,18,24
110:22 142:9
145:9 160:8
161:24
**middle** 107:11
**milkshake**
173:12,13,14,15
173:18,20
**minus** 12:2
**minute** 3:17
16:7 62:19 81:4
84:11,12 85:3
147:9,10 148:14
168:17 169:1,17
169:23 170:4,7
170:13,18,23
**minutes** 127:23
128:3 129:21
168:24

Veritext Legal Solutions

800-726-7007 305-376-8800

**[mis - night]**                                                        Page 237

mis 114:12
mischaracteri...
 96:4
misrepresent
 201:8
misrepresented
 133:21,24 134:7
 134:9
missed 152:12
missing 52:8,18
misstatement
 117:23
misstates 71:2
misstating 71:3
 133:13,15
mistake 53:24
mm 165:20,23
moment 84:18
 99:9 182:20,21
 188:3
monica 18:9,14
 18:15,15,18,24
 192:18,19,22
monitored
 82:25 83:2
month 5:9 6:6
 6:11 129:6
 131:17 167:21
 167:23 168:1,4
 168:6,13 184:19
 184:21 185:18
 187:11,13 188:1
 196:18 202:21

months 53:16
 85:21 87:10
 96:2 112:24
 113:8,12,18
 114:4,11,13,14
mop 78:3 79:5,5
 82:10,11,11,14
 82:15,16 84:22
 86:13 91:19
mopped 82:25
mopping 78:12
 80:5 91:20
mops 79:3
morning 7:14
 9:3 76:8,14
motion 135:24
 136:6,8
mouse 27:23
 147:18
move 69:6 70:3
 75:8,12 91:22
 115:3 118:10,13
 141:24 194:25
moved 75:5
 117:10 125:13
muhammed
 154:20
multiple 34:7
 41:22 71:7
music 162:4,7
 162:15

**n**

n 2:1 3:1 7:1
name 7:15 9:4,5
 21:6 77:21 92:2
 93:17 144:11
 172:5
names 92:14,19
 92:21 143:22,23
napkins 126:4
natural 25:5
neapolitan
 173:13,14,20
near 161:24
necessary 46:24
 64:8 85:16
 86:13 197:17
need 10:14 14:8
 16:8 30:11,21
 30:23 45:24
 47:20 50:25
 66:15,19 71:21
 71:23 72:3
 73:20 78:3
 82:25 84:19,20
 85:6 94:17
 99:14 103:2
 126:2 128:3
 132:9 146:11
 162:1 163:3
 166:22 167:4
 203:23
needed 62:14
 73:19 78:10,11

78:12 86:9
 100:8 103:7,11
 103:16 104:8
 108:19,19,20,22
 108:22 109:8
 112:12 127:6,6
 127:9 166:24
 189:13,18,20
needs 23:9 25:7
 47:1 75:23 93:6
 93:8 94:19
 130:2 162:22
 198:25 199:10
negatively
 89:24
negotiate 17:24
neither 66:9
 205:11 206:7
never 15:19
 39:5,23 42:2
 53:14,14 68:14
 68:15,25 69:1,4
 71:21 72:15
 128:2,5,5,7
 129:18 131:12
 132:4,13,13,14
 133:6 178:13
 202:10
new 70:5 93:4,5
 164:2,3 166:11
 166:12 172:15
 172:16
night 76:14 78:9
 90:24,25 142:10

**[night - objecting]**                                        Page 238

181:18
**nineteen**  19:13
  40:3,4
**nonresponsive**
  69:7
**nope**  138:18
**notary**  7:21
  205:18
**note**  207:10
**noted**  70:10
  117:25 133:13
  199:24 200:19
**notes**  6:4 16:25
  128:25 161:23
  167:20
**notice**  3:8 5:9
  5:11,12 6:6,11
  11:2,5,7,17
  47:10 59:3 62:3
  65:7 66:18,19
  66:23 129:6
  131:18 136:25
  137:3,5,5 146:2
  146:12 158:23
  159:5,9,16,22
  159:23 167:21
  167:23 168:1,5
  168:6,13 183:21
  183:25 184:1,3
  184:4,19,21
  185:18 187:3,11
  187:13 188:1,22
  190:6 196:18
  202:21

**notification**
  188:4,13
**notified**  66:24
  188:1
**notify**  31:17
  84:19 146:3
  188:7
**november**  190:8
**number**  4:15
  19:19 87:22
  92:22 102:21
  144:7,8,9 157:5
  172:13,15,21
  174:6 175:1,1
**numbers**  56:4,6
**numerous**  10:9
  183:20

**o**

**o**  7:1 9:5
**oath**  9:13
**oaths**  7:22
**object**  10:21
  12:1 19:23
  20:14 22:13
  24:19 26:9
  28:11,15,22
  30:8,13,20 31:4
  31:8,14 32:7,16
  33:5,12,20 35:3
  35:14,19 36:1,6
  36:16,24 37:19
  39:4,12,21
  40:10,17,22

41:8,13,20 42:1
42:6,10,14,22
43:2,11,16 44:3
44:8,15,23
45:10,11,20
46:18 47:5 48:4
48:4,9,15 50:1
52:25 53:6,20
54:20 55:2,14
55:22 56:25
59:7 60:1 63:22
64:12,22 65:4
65:13,19 66:1,7
66:17,22 67:8
67:12,23 68:8
69:20 71:1 72:7
73:18,24 74:5
74:15 75:2,10
76:17 78:17
81:8 86:2 88:22
89:9 90:8,12,22
91:6,16 94:8,16
95:2 96:3,11,24
97:9,20 98:11
99:1 100:14
101:13,23 102:3
102:13,20 106:4
106:11 111:4,10
112:2,13 113:3
114:8 115:3,18
116:1,6 122:22
124:13,24
125:17,24
126:15,21

128:22 134:24
138:13,19,24
139:4,15 140:3
140:11,17,21
141:1,5,9 145:5
145:16,25 146:8
149:1,15,22
150:4 151:1,8
151:13,20 154:4
157:17 158:8,9
158:21 159:4,15
159:21 162:5,10
162:19 163:24
165:9 167:2,14
168:9 171:5
179:24 180:20
181:23 182:7,16
183:3 184:9,15
185:16 186:22
187:18 188:2,9
195:21 196:8,22
197:3,10,16
198:3 202:8
203:9
**objected**  61:4
  63:10 87:21
  88:1 92:7
  102:21 116:12
  116:17,21
  127:15 149:2
**objecting**
  199:19 201:15
  201:16

**[objection - okay]**

| | | | |
|---|---|---|---|
| **objection** 7:25 8:14 11:17 62:2 63:12 70:10 87:25 88:9 102:25 115:10 133:13 136:16 136:18 137:4 168:15 199:24 200:18,23,25 | 138:22 145:19 145:22 146:16 150:18 152:9 153:20 166:1 182:5 | **okay** 7:14 8:22 9:11 10:3,9,15 11:21 12:4,16 12:22 13:17 14:15,23 15:2 15:20,21,24 | 73:8 74:1,9 75:19 76:7,12 77:10,13,18 79:6,10,12,16 81:1 82:10,23 |
| | **occurrence** 69:2 71:22 | 16:7,8,11,18 17:2,10 18:5,24 | 83:7,24 85:17 86:4 87:1 89:5 |
| **objections** 11:17,20 12:2 59:3 62:3 92:9 117:12,19,22 118:5 127:17 136:25 137:6,13 | **occurring** 163:15 171:3 | 19:1,5,17 20:6 20:11,17,17,21 20:24 21:2 22:18 23:16,18 | 90:3 91:14,22 92:24 93:19 94:6 95:10 97:2 99:13 100:2,16 102:15 103:11 |
| | **occurs** 112:24 114:3 169:18 171:2 | 24:2,10,22 25:7 25:8,17,21 26:7 27:3,13,23 28:4 | 103:17,19,22 104:12,14 105:1 105:16 106:1,1 |
| **observant** 50:2 | **ocean** 42:8,16 173:8 | 28:7,13,19 29:5 29:18 30:2,6,15 | 106:2 107:11 108:20,25 109:7 |
| **obvious** 180:15 180:18,19 181:1 181:10,11,20,22 182:3,5 184:8 184:12,13 | **october** 165:1 188:24 | 31:20 32:13,18 32:22 34:22 | 109:10,19,25 110:15 111:6,23 |
| | **odds** 68:25 | 37:8,13,15 | 112:7 114:16 |
| | **offer** 59:15,17 88:2 92:12 | 38:25 40:14 41:2 42:24 43:8 | 115:9,15 116:3 118:17 119:16 |
| **obviously** 34:6 183:7 | **offhand** 73:25 | 44:6,16 45:5 48:6,18 49:3,9 | 120:8,25 121:4 122:1,16,24 |
| | **office** 10:1 130:14 133:9 134:1,5 202:13 | 49:21 51:4,12 52:2,5,13 54:23 | 123:5,18,20 124:3,6,17 |
| **occupancy** 19:21 | | 55:6,11 56:1,11 56:19,22 57:5 | 125:15,19 126:23 128:13 |
| **occur** 151:12 | **officer** 4:12,17 154:20,23 155:5 155:6,10 156:5 156:12,15 160:19 205:1,2 | 58:17 60:13,13 60:14,24 61:2,6 | 129:4,11,23 130:24 132:20 |
| **occurred** 3:14 4:19 25:23 45:7 45:9,19 52:3,7 77:2,20 78:16 78:24 93:21,25 101:22 102:2 115:2,24 117:2 120:6 128:14 | | 61:9 62:13 63:3 63:13 65:10,22 67:10 68:16 70:14 71:17 | 133:12 134:12 134:20 135:21 136:3,13,19 137:8,12,19 |
| | **officers** 156:7 | | |
| | **oh** 10:22 18:20 41:15 61:2 83:7 97:11 154:25 158:3 161:3 191:7 202:7 | | |

**[okay - outdoor]** Page 240

138:15 139:22
140:6,15 141:11
141:24,25 142:4
142:20 143:4,11
143:11,17,18
144:24 145:2,12
145:21 146:4
147:8,13,21,24
148:10,18
149:11 152:15
152:22 153:5,12
153:18 154:25
155:1,3,9,21
156:13 157:4,8
158:5 159:11,19
160:9,13,16
161:16,23
162:16 165:5,12
165:21,23 166:5
166:18,23 167:5
167:11 168:12
168:16,25 169:8
169:15 170:1,17
171:1,7,9,12,17
171:22 172:18
173:7,8,11,17
174:6,14,18
175:4,7,9,14,18
175:24 176:19
177:6,7 178:14
180:5,13 181:19
183:20 184:17
184:17,21
185:10,18,22

186:5,8,10,14
186:19 188:15
188:17 189:2,10
189:24 191:10
191:18 192:10
192:21,24 193:4
193:18 194:3,7
195:13 196:10
197:7 198:9,20
199:15,23
201:22 202:1
203:4,5,15,17
203:20
**ol** 125:6
**old** 93:4 174:19
**onboard** 20:13
  25:24 30:16
  40:4,9 63:20
  64:21 102:6
  126:18 129:12
  150:8 151:24
  171:7
**once** 31:18
  95:14 137:13
**one's** 156:12
**ones** 43:18
  57:22 76:1
  106:5,19
**online** 19:20
**open** 3:24 4:4
  24:23,25 31:15
  57:13 58:6 64:5
  79:20 80:11,13
  84:11 86:15

90:16 105:6
110:1 119:20,24
120:3,9 122:17
123:7,10 143:20
143:20 180:15
180:17,18,25
181:10,11,19,22
182:3,5 184:8
184:12,13
**opening** 143:8
  191:2
**openings** 34:12
**operated** 19:6
**operates** 19:8
**operation** 58:25
  87:14 121:13
  123:6 146:18
**operations**
  87:12 127:12
  134:20
**order** 3:19 4:17
  51:23 66:14
  89:25 94:13,24
  101:8 103:4,25
  104:8 106:22
  108:2,14 109:1
  109:4,10 111:7
  112:15 114:14
  114:24 115:19
  117:11 120:23
  136:5,20,22
  138:11 159:12
  160:6,20 203:21
  203:22

**ordered** 102:8
  192:18
**ordering** 207:15
**orders** 3:21 58:9
  58:13 94:7
  101:17 103:13
  104:4,7 114:22
**ordinary** 149:13
**organization**
  43:21
**original** 29:24
  31:22 164:18
**originally** 29:24
**outcome** 205:16
  206:12
**outdoor** 10:18
  24:13,13,16
  25:24 31:2,13
  32:5 34:17,23
  34:25 40:21
  43:14 44:22
  46:16 47:4,8,16
  47:24,25 51:7
  57:6 58:20
  59:24 60:16
  65:1,11,16,25
  66:6,21 71:19
  72:5 81:7,12,19
  82:11,17,18
  83:21 85:7,11
  85:12,25 86:5
  88:8,8 96:20
  98:24 100:7
  113:2 126:7,25

**[outdoor - paused]**                                                    Page 241

140:8 150:21,25 162:9,18 163:7 163:10 181:21
**outdoors**  42:19
**outside**  25:1 44:15 81:9 130:3 136:17
**overbroad** 116:17,22 117:3
**overnight** 181:18
**oversees**  121:12
**overstepping** 38:18,20
**own**  11:23 13:20 16:25 30:23 50:20 69:21 84:12,13 84:14,16,19,24 136:11 183:10
**owned**  19:5
**owns**  19:8

**p**

**p**  2:1,1 3:11 7:1
**p.m.**  99:21,24 141:19,22 169:3 169:6 172:8 173:24 174:15 174:18,21 176:10,13,16 177:1 204:3,5
**page**  3:2,6 4:2 5:2 6:2 11:13,13

11:14 14:17,17 25:7,8,14 29:2 55:25 56:15 72:19 81:3 82:6 83:3 104:18 122:1 171:25,25 172:4 173:1,2 173:11 174:7,9 174:14,25 175:25 186:10 189:4,25 190:9 190:22 197:20 197:20 198:13 198:14 208:4,7 208:10,13,16
**pages**  189:2 199:2,11 200:15 201:12,19 202:14
**painting**  50:10 109:22
**pan**  86:10
**panel**  137:17,19 137:21 138:1,8 138:9,20 139:12 139:20 141:2,6 141:10
**panel's**  139:10
**panels**  139:8,17 139:23 140:1,1 140:7,22
**panorama**  21:5
**paragraph** 135:8

**parameter** 101:4
**parameters** 127:20 149:3
**part**  18:5 21:9 21:12,15,16 22:5,7 23:1 26:13 27:10,11 32:14 34:1 35:7 44:4 63:17 73:2 84:3 89:6,16 94:4 118:21 119:9 121:7 122:8 124:3,15 125:10,14 145:9 145:14 152:12 180:13 185:13 187:12,16 188:16
**partakes**  196:23
**participate**  18:6
**participated** 18:11
**particular** 192:10
**particularly** 168:10
**parties**  7:23 8:1 59:9,20,22 61:23 92:10 149:5 205:12,14 206:8,11 207:15
**parts**  166:15

**pass**  54:8
**passed**  16:5
**passenger**  24:3 30:18 31:12 54:5 69:19 70:25 75:4,7 135:9,10 137:15 138:12,15,17,22 139:1,1 140:16 140:20,25 141:4 149:19 194:4 195:24 196:15 196:17 202:22
**passenger's** 139:3
**passengers** 19:15,16,25,25 20:2,16 24:17 30:15 31:1 40:3 40:4 41:3,5 58:1 58:5,9,12 64:10 64:20 67:21 68:6 70:19 72:5 80:13,20 82:19 82:24 83:20 89:8 141:8 150:7
**past**  178:12 180:2
**patron**  173:22 176:5
**paused**  51:12 58:25 87:11,14 127:12 134:19

**[paused - plaintiff's]**                                                    Page 242

147:6,9 148:14
**pdf** 193:25
194:23 195:1,13
195:16 197:19
197:23
**penalties** 208:20
**people** 19:13,14
20:13 26:13
27:21 38:3,11
38:16,21,25
40:15,20,25
45:6,8,18 46:22
50:1 57:3 67:18
68:18 69:3,14
71:11 75:12
84:20 150:6
151:23 156:16
162:11,13 187:9
**pepper** 176:11
176:14
**percent** 32:2
49:13,16,17
68:23
**perfect** 141:17
143:4 202:12
**performed**
90:20 114:10,15
**perjury** 208:20
**permitted** 8:5
150:7
**person** 12:8,9
12:10 38:18
105:20 110:19
113:19 140:13

149:10 161:5
172:20
**person's** 80:6
**personal** 6:4
16:25 30:21
**personally** 99:6
**persons** 92:19
**ph** 62:12
**phillips** 30:14
30:16,18,25
**phone** 12:8
**photo** 52:6
56:16 72:25
74:10 77:1
81:23 85:9
**photograph** 4:7
4:18 52:2,13
152:23 153:19
153:21 165:15
**photographs**
3:13 153:10
**photos** 56:9
72:10 81:20
152:17
**physical** 181:3
**pick** 49:8,10,13
78:3
**picked** 76:10
149:9
**picking** 50:6
**pictures** 29:1
34:6 202:25
**piece** 131:13
155:18 167:13

167:18 182:10
182:21 184:10
**pieces** 154:2
**pierced** 98:24
**piercing** 159:12
**place** 33:15 42:3
45:25 48:10,12
48:13,14 49:4,7
49:10 95:8
98:21 101:12,22
127:25 151:18
158:4 181:8,13
183:19 193:17
**placed** 75:20
77:10,14 98:8
**placement**
74:25 146:17
**plaintiff** 1:5 2:2
3:7 4:3 5:3 6:3
7:9 11:10 13:3
17:4 23:12 26:5
79:8 103:20
104:15 118:18
129:8 135:12
142:6 143:14
147:2 153:22
154:13 156:1,19
160:14 165:18
167:24 171:10
172:2 175:11,21
180:10,15,18
183:25 184:4,8
184:13,22
188:19 191:8

193:1,23
**plaintiff's** 5:14
5:23 11:5,7 13:4
17:3 18:12
23:11,16 25:8
26:3 29:2 51:25
51:25 55:24,25
56:9 72:18
74:12 76:25
79:6,10 83:4,25
88:15 103:18,18
103:23 104:13
104:13 118:13
118:15 129:5
134:22 135:6,23
143:12 146:25
147:4 152:19
153:18,19
154:10,11
155:22,23 156:9
156:17 160:11
160:12 161:14
161:15 165:16
169:16 171:8,17
171:24 175:7,8
175:9,14 176:20
177:5,8 180:6
184:18,18
185:13 186:6
187:20,20 188:6
188:16,21,23
190:4,7 191:3,6
191:11,12,19,21
191:22,23 192:1

**[plaintiff's - preserved]** Page 243

192:3,5,11,24
193:18,20
194:23 195:1,13
197:23 199:8
**plaintiffs**
180:25
**plaintiff's**
134:18 146:19
**plan** 32:11
**planer** 183:14
**plank** 54:3
**planks** 26:10
**plans** 3:12 23:19
**plate** 151:10
**plates** 34:11
78:4
**play** 116:20
147:8 148:10
170:1
**played** 148:12
162:4 169:20
170:2,11,15,20
170:24
**playing** 162:14
**plaza** 173:8,12
**please** 7:6 8:16
9:3 56:6 64:7
70:5 102:23
131:3 135:19
139:19 181:1
185:2 204:1
207:12
**point** 16:2 69:22
117:15 125:14

141:13 149:17
151:3
**pole** 73:8
**policies** 47:14
50:13 63:4,19
69:15 70:21
77:18,24 79:25
80:16 83:15
87:19 112:9
**policy** 76:20
84:13,17 85:5
87:7 96:6
100:16,20
112:11 146:19
146:21
**pool** 57:24,24
58:6 64:16 76:3
76:4 80:8 82:21
85:21 87:15
90:24 91:9
100:3 105:17
110:15 119:1,12
120:22 121:16
121:20,22 122:5
122:16,20,24
123:2,5 142:11
160:23 161:18
162:14
**pools** 122:3
161:2
**port** 106:18
107:6,8,8,17,17
107:20 108:8,12
108:13,24

110:23 160:8
161:24
**porter** 111:15
**portion** 57:6
74:9 108:7
185:25
**ports** 90:18
**pos** 6:13,15
**position** 17:12
18:5,18 92:2
113:21 114:4,25
198:22
**positions** 17:19
**possession** 30:2
65:17 134:4
**possibility** 41:9
41:10 68:3,14
82:20 110:12
**possible** 36:10
48:6 96:18 97:5
97:15 98:7
189:24
**possibly** 36:9
37:20 39:6 49:5
68:19 109:8
112:3 151:9
154:9 182:24
**potentially**
20:12 38:22
40:4,14,19 41:3
41:6 42:25
52:21 62:6
89:23 111:7
114:24 120:22

121:24 124:20
136:5 151:4
162:8
**practice** 201:16
202:10 203:10
**practices** 112:18
**pre** 130:14
131:4 181:2
**predict** 67:1,3,4
**prefabricated**
31:24
**preparation**
12:5,17 13:18
128:11 131:6
189:6 190:10
**prepare** 116:23
133:7 138:11,16
138:21 139:2
140:15,19,24
141:3,7
**prepared** 11:14
11:19,24 117:6
130:21 132:22
199:17 206:3
**preparing**
191:13
**present** 2:19
12:13 65:18
**preservation**
146:20
**preserve** 5:8
186:13 187:13
**preserved**
178:21 187:17

**[prevent - provided]**                                                    Page 244

**prevent** 27:21 38:17 83:1 85:10 100:9 163:14
**preventing** 38:20
**prevention** 83:11
**prevents** 67:18
**previous** 59:20 60:20
**previously** 59:5 59:6,8 61:4 65:21 92:9,18 149:4
**prevost** 140:16
**print** 179:7,17
**printed** 178:5 179:12
**prior** 65:7,14 66:24 68:14,21 69:1 71:23 92:9 92:11 100:23 101:24 115:8,14 127:23 134:14 134:21,22 135:8 135:16,21 146:2 146:12 158:22 159:5,9,16,18 159:23,24 182:22 205:5
**priority** 161:10
**privilege** 5:19 192:25

**probability** 68:17
**probably** 13:13 20:4 31:17,22 32:1,9 33:16 34:19,20 54:24 72:8 74:8 86:8 177:17 183:4
**problem** 47:23 48:22 49:17 105:1 109:14,17 109:18
**problems** 127:3
**procedural** 8:6
**procedure** 3:19 76:20 96:7 100:16 104:3 207:24,24
**procedures** 47:14 50:13 63:5,19 69:15 70:22 77:19,24 79:25 83:8,10 83:16 84:3 87:7 87:19 88:13 95:4 123:16 125:6
**proceeding** 1:15 7:16 8:4,12 204:6 206:4
**proceedings** 205:3,5,6,9 206:6

**process** 18:7 61:20
**produce** 187:14
**produced** 5:22 8:3 11:17 12:25 14:3,10 15:13 16:19 56:9 92:18,21 133:17 133:25 152:17 170:9 172:4 175:19 177:23 191:15 192:8 193:19 194:19 195:10 196:16 196:20 197:8,13 198:10,15 199:7 200:3,9 201:23
**production** 5:18 5:24 12:25 18:13 191:5,13 191:21,24 192:2 192:4,5 193:20 197:14
**program** 178:15
**prohibited** 75:9 77:15
**promulgated** 63:6
**proof** 53:1
**proper** 46:22 47:22 48:14,21 51:2 71:10,11 84:19 86:8

**properly** 32:15 32:17,20,21 33:7,14 35:23 36:22 46:23 47:10,19 48:8 50:12,24 52:23 53:2,4,7,11,13 53:15,16,17 60:8 66:12 71:20 72:2 76:11 96:21 97:1,3,6,13,18 98:1,4,6,20 123:1 139:12 151:17 159:1 163:5 182:18
**propped** 138:4
**protect** 70:12
**protective** 117:11 136:20 136:22
**provide** 14:6 88:4
**provided** 3:13 12:20 13:7 14:19,21,21,23 20:9 29:1,9 62:2 74:6,8 92:13 145:22 146:5,9 171:23 175:5 176:24 178:4,18 178:19,20 180:2 192:20 198:5,7

**[providing - receipts]** Page 245

providing 14:12
public 120:2 205:18
pulling 203:2
purchase 172:16 173:4 174:12
purchases 15:11 171:19 175:16 175:25 179:22
purpose 30:24 38:7,15 55:9 74:11,14 91:14 156:6
purposes 167:20 177:7
pursuant 3:10 92:10,18
push 170:1
put 33:10 43:6 64:17 73:15 76:7,8,15 78:4 82:15 98:8 112:9 114:6 131:4 133:25 136:24 140:1 162:17,25 168:7 183:15 185:6 187:3
puts 169:9
putting 76:2,13 93:4 166:20 199:11

**q**

qualified 205:7
quarterly 96:15
question 20:1 22:14 45:15 46:1 59:10 60:2 60:7 63:16,17 64:1 66:2 69:21 70:4,9,16 71:25 78:18,20 87:24 97:15 99:17 115:4 116:24 118:6 128:17 132:1,10,23 153:25 195:22 201:10,12,14
questioning 200:13 202:5
questions 33:14 41:15 70:2,5,5 129:25 130:8,11 130:16,18,22,22 130:25 133:8 136:7,14 138:11 138:16,22 139:2 140:16,19,24 141:3,7 148:11 200:14 203:16
queued 133:10
quick 82:8,13 86:12 99:15 203:5

quickly 195:15
quite 76:18

**r**

r 2:1 3:11 7:1 9:5 208:3,3
railing 56:20,23 147:25 148:8
railings 29:21
rain 25:4 42:24
rains 42:20
raise 8:16
raising 201:2,4 201:7
rank 92:2
rar 1:7
reach 61:23
reached 127:18 127:20 186:21 187:1
read 13:14 115:6 123:21,24 143:22,23 144:2 182:1 203:18 207:8 208:20
reading 180:22
reads 185:4
ready 133:10
real 164:12,19 165:7,13 166:13
realize 142:24
really 27:9 118:3 133:11 163:1

rear 106:19,19
reason 30:22 36:18 67:17 91:21 116:13 182:23 207:10 208:6,9,12,15 208:18
reasonable 200:17 207:17
reasoning 64:13
reasons 36:14 80:8
reassemble 30:23
reattaching 160:2
recall 34:21 93:22 115:25 128:13,20 164:20
recalls 130:8
receipt 131:20 172:13,15 174:6 174:25 175:1 176:25 177:10 177:13 207:17
receipts 6:14,16 15:4,5,8,10,15 16:18 171:23 172:22 175:4,19 176:24 177:19 177:23,24 178:16,21 179:2 179:10,22

**[receipts - removing]**                                          Page 246

201:23
**receive** 100:5
**received** 11:2
  178:7,13 186:15
  186:16
**receiving**
  186:20
**recollection**
  93:24
**record** 7:7,16
  8:1 9:4,7 16:8
  16:13,14,16
  60:22 62:23,24
  63:1 83:6 99:16
  99:19,21,22,24
  116:12 118:1
  141:19,20,22
  167:20 169:3,4
  169:6 177:8
  185:8 203:25
  204:3 205:9
  206:5
**recorded** 8:8,12
  205:6
**recording** 205:8
  206:4
**recordings** 8:3
**records** 125:20
  200:8,10 202:2
  203:3,6,8
**rectify** 48:22
**red** 173:24
**reduced** 205:7

**refer** 181:1
  197:4
**reference**
  132:10,12
**referenced**
  207:6
**referred** 56:3
  86:21 143:25
  167:8
**referring** 19:14
  26:21,25 29:12
  72:18 86:18
  108:10 110:10
  111:12 113:13
  113:14 181:20
**refresh** 93:23
**refurbish** 105:1
  109:14,18 126:7
  161:20
**refurbishing**
  57:18 123:25
  124:3,6
**refurbishment**
  100:6 104:10
  124:17,19
  125:12 160:4
  161:6
**regard** 207:19
**regarding** 6:6
  6:11 47:15
  50:14 61:24
  63:19 77:19,24
  87:7,19 92:20
  112:11,19 113:1

117:12 126:13
  126:14 138:11
  138:17 145:15
  155:11 157:6
  187:24 192:11
  193:6
**regardless**
  20:11
**regions** 160:7
**regular** 43:6
  78:5 83:1 85:15
  89:7 91:20
  101:8 122:14
  142:21 164:12
  194:12 195:8
  197:14
**regulations**
  47:15 50:14
  63:4,19
**rehim** 154:20
**reinstall** 97:4,12
  98:1
**reinstallation**
  97:17
**reinstalling**
  96:19
**relate** 152:16
**related** 130:1
  135:17 205:11
  206:7
**relates** 116:18
**relation** 60:11
**relative** 205:13
  206:10

**relevance** 34:9
**relevant** 14:2
  61:5 128:1
**relied** 130:6
  131:10
**relies** 69:17
  70:23
**rely** 74:2
**relying** 128:8
**remain** 52:17
  71:20 172:21
**remainder**
  170:9
**remaining**
  69:16 70:23
**remember**
  93:17 116:9
  125:13
**reminding**
  16:25
**remodeled** 4:18
**remote** 1:15
**remotely** 7:24
  9:14,17
**removal** 80:4
**remove** 30:11
  81:19 94:20,22
  95:12 103:5
**removed** 28:17
  89:25 94:14,18
  94:19,24 140:2
  164:3,7 165:13
**removing** 93:4
  160:2

**rep** 131:5
**repair** 33:24
  46:24 47:12
  72:14
**repaired** 72:15
  127:6
**repairing** 91:24
  92:5 125:2
**repairs** 57:18
  124:17,19 160:9
**repeat** 45:15
  63:16 66:2
  70:16 104:23
  128:17 195:22
**repetitive** 67:24
**repetitively** 70:2
**replace** 33:16
  33:19,24 46:24
  46:25 103:2,16
**replaced** 93:9
  127:7,10 164:7
  166:24 167:4
**replacement**
  57:19 106:3
**replacing** 91:24
  92:5 102:16,18
**report** 4:13
  18:24 46:21
  47:20,22 48:21
  50:25 51:2
  66:25 69:18
  70:24 71:10
  80:24 119:12
  120:18,21 121:4

121:17 154:15
154:16,19
155:15 156:5,8
156:11,16,23
193:7,14
**reported** 1:17
154:24 155:13
155:14
**reporter** 7:14
  7:15 8:22
  203:18,20
**reports** 3:19,25
  4:11 103:25
  121:10 122:10
  142:8,11,13
**representation**
  186:16,20
**representative**
  1:12 10:4 18:3
  131:10
**representative's**
  11:8
**represented**
  135:24
**request** 5:23
  18:13 100:10
  104:18,22
  105:21 106:2
  109:11 110:18
  112:8,12,20
  116:17 160:17
  161:16,17
  191:12,21,24
  192:1,3,5

193:20
**requested** 74:7
  100:9 128:1
  192:19 205:21
**requester**
  105:16 110:15
  161:1,18
**requesting** 59:4
**requests** 3:20
  5:17 18:8
  100:23 112:25
  113:1 191:4
  192:8 199:9
**require** 48:23
  69:2 113:10
**requirement**
  188:6
**rescrewing**
  140:7,8
**research** 13:20
  13:23 16:20
  136:11 173:16
  173:19 178:2,3
**reserved** 204:4
**resolve** 62:4,6
  64:8 117:6,19
  136:8
**resolved** 50:21
  84:15,25 92:10
**respond** 11:19
  104:8 138:11,16
  138:21 150:2
  181:24 182:9

**responded** 69:9
  150:11 188:13
  189:22
**responding**
  105:20 110:19
**response** 5:22
  6:10 18:12
  100:10 104:19
  191:15 192:8
  193:4,19 199:8
**responses** 5:17
  190:22 191:4,12
  191:14,20,23
  192:1,3,4
**responsibilities**
  79:21 119:17
**responsibility**
  33:22 46:5,8
  64:20 74:21
  77:22 80:24
  91:10 123:2
  139:25 158:16
  159:2,8,14
**responsible**
  51:20 57:12,18
  76:1,13 87:17
  91:3,23 92:4
  93:13 105:20,24
  110:19 119:22
  120:2,10,13,16
  122:20 123:6
  124:7,23 125:1
  125:20 140:7
  144:4,21 145:3

**[responsible - rolando]** Page 248

145:7 160:1 161:5

**responsive** 14:2 18:8 69:8

**rest** 12:3

**restorant** 79:20

**restricting** 73:13

**restroom** 141:14 168:18 168:20

**result** 157:22 166:6 193:5

**results** 61:5 152:7

**retrain** 123:3

**retrieval** 18:12

**retrieve** 178:16 179:1

**returned** 207:16

**revarnish** 39:16 95:5

**revarnished** 93:7

**revarnishing** 39:17

**revealed** 155:16

**review** 12:16,19 12:22,24 14:17 14:17 189:7 190:9 191:14 192:7 203:6 205:21 207:7

**reviewed** 13:4 128:10 155:16 192:7

**reviewing** 13:24 189:6,10

**ridiculous** 201:6

**right** 8:16 9:9 9:24 11:3 16:1,6 16:23 18:16 19:1,3 23:8,19 23:20 24:4,10 24:14,23 25:15 25:25 26:20,24 27:1 28:2 29:8 29:25 30:4 33:11 35:2,6,9 38:23 40:16 41:3,7,12,19 42:20 43:1 44:13,22 45:3 46:3,6,10,17 48:8 49:4,11 52:3,8,15,18,24 53:5 55:1 56:17 57:20 58:4 61:10 62:5,18 64:21 65:2,12 65:18 67:5,6,22 68:7 72:21,24 73:2,6,17 77:4 80:5,17 82:5,6 83:13,22 89:8 89:16,20 90:13 91:13 92:17

93:17 98:10 99:4,6,18 103:5 105:2,18 106:3 106:8,10 107:2 107:9,20,22,24 108:7 109:5,21 109:23 111:3,8 113:2,16 114:19 115:20 119:4,7 120:1,23 121:24 122:6,11,18 123:7 124:4,8 126:8 129:1 131:22 133:5 135:4 136:16 140:9 142:14 143:6 144:12,25 146:7,23 147:10 147:16,22 148:1 148:10,20 149:14,21 150:8 150:13 151:19 151:24 159:3,8 159:14,20 160:4 164:12 166:1,16 167:9 169:11,22 169:24 171:20 172:13,22 174:10,24 175:2 175:16 177:2,6 177:14 182:6,15 183:22 184:5,14 193:16 194:17 195:5,20 196:4

196:7 197:1 198:10,21 201:24

**riser** 28:1,2,4,20 32:19,19 35:16 35:21,23 36:8 36:11,20,22 37:16 38:14 39:2 51:8 52:7 52:10,15,18,23 53:3,10,17,18 58:20 67:17,18 67:21 68:5,6 71:18 72:1,4 126:25 150:20 150:24 151:17 158:13,17,23 159:2

**risers** 38:3 159:25 162:20 167:6,8,11

**risk** 180:14,17 180:25

**road** 67:24

**robinson** 2:13 7:12

**robinson.com** 2:16 207:1

**rolando** 1:11 6:4,10 7:17 8:18 131:20 207:4,8 207:10,12 208:2 208:23

**[role - second]** Page 249

role 17:11,11
rolle 7:4 9:5
rope 72:19 85:9
 169:10
roughly 178:17
round 80:5
route 24:17
row 74:18
rubber 105:13
rule 92:11
 207:24,25
rules 8:7 10:12
 47:15 50:13
 63:4,8,18
 130:12 207:18
rum 173:25
 174:1,5,5
run 141:13
rust 42:25 43:7
rusted 127:8
rye 174:19

**s**

s 2:1 3:5 4:1 5:1
 6:1 7:1 173:25
 208:3
safe 35:4,9,13
 35:18
safety 43:23
 45:6,8,18
 126:13,14,16,20
sale 4:20,23
 6:13,15 15:4,5,8
 15:9,13 16:2,18

171:15 175:13
176:20 177:2,3
177:9,19 178:18
178:23 179:9,22
196:23 201:22
sauvignon
 176:13
save 143:8
 178:22
saved 146:18
 179:3,16
saw 31:1 32:6
 75:4 149:19
 169:17
saying 97:2,3
 98:7 106:15
 111:23 132:20
 133:21 198:5
says 19:20 90:13
 105:12 106:7,22
 108:11 109:19
 109:21 110:22
 119:22 125:20
 137:17 155:15
 157:4 160:25
 161:1,23 162:22
 180:14
sazerac 174:19
scenarios 37:23
schedule 11:12
 11:25 51:17
 87:8 90:6 94:4,9
 95:19,20 102:15
 102:17

schedules 77:21
scheduling
 95:23 96:14,16
scope 116:14,15
 116:18 130:3
 132:24 136:17
screen 9:8 11:6
 11:6 23:14
 131:17 133:25
 147:5,5 168:7,9
 185:6 199:12
screw 33:9,10
 33:15,15,17,18
 33:19,25 34:2,4
 98:9 140:1
 149:20 162:22
screwdriver
 30:14,18,25
 48:25 149:20
screwdrivers
 30:16 49:2,18
 49:19 71:8,13
screwed 28:12
 95:15
screws 28:23
 29:3 30:6,7,11
 30:12 31:2,12
 33:2 34:8,10,12
 36:14,21 41:24
 41:25 42:25
 43:4,6 49:19
 52:14,17 53:12
 54:1 55:12,16
 67:6,10,15 71:9

71:13 98:2,9,18
98:19,19,21,23
127:7,9 128:4
139:11 159:12
161:25 162:9,17
162:23 163:3
scrolled 195:15
scrub 89:11,13
scrubbing 81:11
 81:12 88:17,20
 89:5,18,22,25
 90:3
se 2:14
sea 25:4,4 43:23
sealant 93:10
 126:6
sealer 102:5
sealing 113:14
 113:24
second 23:9,10
 25:11 79:7
 103:17 128:24
 129:14 137:5
 147:1,9,10
 148:14 152:18
 156:21 169:17
 169:23 170:4,7
 170:13,19,23
 181:17 185:2
 188:15 191:19
 191:24 192:1
 193:22 194:20
 194:22,23
 197:19,22

**[seconds - ship]** Page 250

seconds 147:13
section 143:25
  179:8 187:13
secure 29:15
  33:2 70:23 72:9
  95:15 96:21
  97:6,18 108:3
  159:3,13
secured 32:15
  32:17,20,21,23
  33:8,10,15 34:4
  35:23 36:22
  48:8 50:12
  52:23 53:2,4,7
  53:11,13,15,16
  53:18 66:12,13
  69:17 71:20
  72:2 108:15
  137:21,24 138:2
  138:8 139:10,11
  139:12 151:17
  159:1 167:12
  182:12,18
secures 29:6
securing 127:7
  127:9
security 4:10,12
  4:17 154:15,20
  154:22 155:5,6
  155:10 156:5,7
  156:11,12,15
  160:19
see 13:25 19:20
  23:14,18,22,23

24:1 26:22
27:23 31:16
32:10 34:6,7,7,8
34:9,10,11
41:15 46:21
47:11 48:20
49:16 50:19,20
50:22 52:14
53:12,22 54:2,8
54:9 56:20 65:9
66:11,25 71:9
72:10,11,24
73:1,5,6,7 74:19
80:15 82:10
84:14,17 85:9
88:18,25 97:25
105:6,9,14,22
109:12,15,20
110:1,4,7,23
111:6 113:1
114:24 125:21
129:7,13,21
142:25 143:5
147:10,14,15,18
147:21 148:15
148:24 149:16
151:16 152:20
152:22 153:15
154:1,23 155:19
155:24 157:2
161:6,20 162:1
165:25 169:23
170:5,8,14
171:18,19 172:5

173:2 174:6
176:22,25 180:8
180:15,24
185:15,19,23
186:8 187:14
188:4,24 192:25
194:1,4 195:15
202:9
seek 136:20,21
seems 50:4,24
seen 15:19
  168:9,11
semi 96:15
send 16:9
  130:13
senior 4:16
  154:22 155:4,9
  160:19
sent 105:17
  110:18 154:16
  187:8 196:19
sentence 90:15
separate 22:25
separated 142:9
server 101:4
service 5:11,12
  47:1,13 188:22
  190:6
services 156:24
serving 80:12
set 51:17 74:21
  77:3 83:24 84:8
  95:20 101:4
  106:5 108:16

194:20
sets 108:3
setting 101:2
settlements
  17:24
several 22:23
shanna 2:20
  8:13
share 11:6
  131:17
sharing 155:21
  161:13
sheet 4:4 143:20
  207:11,13
shift 3:25 78:6
  80:6 142:8,9,10
  142:10,11,13,16
  142:18 145:11
shifted 50:10
shifts 80:7
  144:22,25
shin 38:10,18
  67:19
shining 147:15
ship 3:12 6:5
  9:23 16:25
  17:25 19:3
  21:20,21 22:8
  22:10,12,22
  41:25 42:5,7,12
  92:2 107:9,12
  107:15,17 108:7
  108:24 126:12
  126:18 145:9

**[ship - sorry]**                                                                    Page 251

146:15 150:8
**ships** 20:17,18
  20:20,21 21:2
  22:11 23:2,4,6
  30:16 32:5 46:3
  46:6,9,12,20
  51:10 58:22
  63:20 64:11
  127:2 132:11,21
  134:16 135:22
  151:24 165:6
**shipyard** 31:22
  32:2
**shortly** 14:22
  169:12,14
  188:13
**show** 26:2 39:22
  72:17 74:10
  79:6 81:20
  104:12 118:15
  129:4 142:4
  155:22 160:11
  165:14 169:15
  171:25 177:3,22
  180:5 188:17
  191:6 193:21
**showed** 167:23
**showing** 23:10
**shown** 142:25
**shows** 25:19
  28:25 114:14
  151:14 164:22
**shukla** 154:23
  155:14,14

**sic** 130:10,14
**side** 52:15 73:9
  106:18 107:7,8
  107:9,13,17,18
  107:20 108:8,12
  108:13,24
  117:13 155:18
  160:8,8 161:24
**sierra** 1:17 7:15
  205:2,17
**sign** 4:4,20,23
  6:13,15 15:4,5,8
  15:9,14 16:18
  63:24 82:14
  86:13 143:20
  171:15 175:13
  176:20 177:2,3
  177:9,19 178:18
  178:23 179:9,22
  196:24 201:22
  207:12
**signage** 83:19
**signature** 204:4
  205:16 206:14
**signed** 207:21
**signs** 64:17,24
  85:7,8
**similar** 32:5
  134:15 135:22
  136:4 139:5,6
  139:13
**simple** 62:15
**simply** 97:17

**single** 200:16
**sir** 9:3 131:22
**sister** 20:17,18
  20:20,21
**sisters** 20:24
**sit** 58:6 115:7
**sitting** 48:14
  55:12,20 77:9
  155:17 183:25
**situation** 67:13
  72:14 128:1
  131:13 139:7,12
  149:21 150:3
  159:18 181:6
**situations** 37:12
  139:5
**six** 5:9 6:6,11
  129:6 131:17
  167:21,23 168:1
  168:4,6,13
  184:19,21
  185:18 187:11
  187:13 188:1
  191:5,10 192:6
  196:18 202:21
**sixth** 192:4,10
**size** 22:11 30:7
**sizes** 151:25
  152:1
**skid** 102:16,18
  103:5,8,12
  104:9 166:23
**skiing** 178:8

**skills** 205:10
  206:6
**skim** 13:11
  179:5
**skimmed** 13:6,9
  14:18
**slides** 57:4
**slight** 157:18,24
  158:1
**slip** 27:22 83:1
  83:11 84:23
  105:13 106:3
  107:1
**smaller** 22:8
  81:24 82:2
**smith** 141:8,8
**software** 178:15
**solas** 43:23
**solid** 167:13,17
**solution** 62:16
**solutions** 207:23
**somebody** 31:16
  35:17,22 37:21
  37:24 47:9
  66:24 84:21
  151:9
**somebody's**
  50:11 55:1
**something's**
  64:5
**soon** 39:17
  53:22 65:23
**sorry** 27:13 38:5
  66:3 71:14

**[sorry - staircases]**                                    Page 252

84:12 128:16
135:14 152:12
155:4 169:13
189:17 191:15
**sort**  25:5 89:14
  101:8
**sound**  19:21
  125:16 142:2
  165:2
**southern**  1:2
  174:22
**spa**  119:24
**speak**  10:7
  13:17 199:12
**speaking**  70:10
  115:10 118:5
  133:12 137:13
  199:23 200:18
  200:22,24
**special**  43:4
**specially**  102:7
**specific**  37:9,10
  37:13 64:2,13
  64:13 76:4,23
  88:13 93:18,22
  96:14,16 108:1
  108:9,9,16,23
  108:24 113:5
  116:14 132:10
  158:4 164:6
**specifically**
  43:18 92:8,21
  102:11 105:12
  108:4 109:3

115:22 116:13
116:25 117:7
161:1 163:1
**spell**  9:4
**spicy**  176:8,10
**spill**  50:20 64:2
  82:8 84:12,13
  84:16 86:10,17
**spilled**  64:15
**spills**  82:13 85:4
**spiral**  29:19
  32:9
**spot**  50:7 78:3
  78:12 79:5
  90:16
**stable**  42:10
**stacked**  76:8,11
  76:14
**staff**  16:9 74:23
  154:16 155:6
  156:15
**stain**  80:4 93:10
**staining**  93:3
  113:14,24
**stair**  158:23
**staircase**  4:19
  10:18 24:13,14
  24:16,22,23
  25:1,3,19,22,23
  25:24 26:4,8,14
  29:7,18,19,21
  29:23,24 30:4
  31:2,3,13,21
  32:9,15,20,23

33:3 34:14,15
34:17,18,23
35:1,1,7,8,11,12
35:17,22,24
36:11,21,22
37:14,16,17
38:12,16,22,25
39:11,20 40:15
40:21 41:12
42:5,18 43:9,14
44:22 46:17
47:4,8,16,25
48:1,7 49:22,23
51:6,6,9 52:3,24
53:5,18 54:6,11
55:1,20 56:17
56:19,24 57:6
58:18,19,22
59:1,25 60:16
65:2,11,17,25
66:6,21 67:22
70:21 72:5,21
73:13,17,21,22
73:23 74:1,4,10
74:12 77:20,23
77:25 78:8
80:22 81:7,13
81:19 82:4,12
82:17,18,18,23
82:25 83:21
85:11,20,25
86:6 87:6,10,18
87:20 88:8
89:16,20,23

90:4 91:25 92:6
92:25 93:14
94:13,14,15,25
95:12,15 96:1
96:20,23 97:8
97:19 98:25
100:7,8,9
102:17,19 106:9
106:12 108:21
109:4,5 111:3,8
113:2,15,22
114:5 115:1
117:2 124:11,20
124:23 125:2
126:7,24 127:2
129:11 131:14
145:3,24 146:6
147:19,25
148:16,20,25
149:14 150:13
150:17,21,25
151:7,19 159:3
159:13 160:3,10
162:9,18 163:7
163:11,11,18,20
165:24,25 166:6
166:10,14,15,19
167:5,12 169:10
169:24 170:5,14
170:18,22 171:1
171:4 181:21
182:15 183:2
**staircases**  32:5
  34:20 41:18

Veritext Legal Solutions

800-726-7007                                           305-376-8800

**[staircases - strip]**                                                             Page 253

| | | | |
|---|---|---|---|
| 45:2 51:7 58:20 71:19 85:13 110:23 111:2 126:25 134:15 136:1 140:8 165:7 | 202:13 **stamped** 23:17 52:1 55:25 56:10,16 83:25 103:19 104:14 143:12 154:11 156:17 160:12 173:2 175:8 | 116:11 205:19 **stated** 12:3 108:23 202:20 202:21 208:21 **statement** 115:14 194:4 195:3,4,11,24 195:25 196:15 | 55:20 58:21 59:21 61:19 78:8 81:12 85:24 89:3,19 89:23 90:4 93:3 95:5 110:14 127:1 160:7 |

**stairs** 3:14 26:11 31:24 36:17 37:5,10 37:10,12 38:9 40:25 53:22 54:22 61:18 72:9,12 74:16 88:12 89:2 101:15 105:13 106:5 107:1,4 108:2,3,5,6,9,10 108:16,17,23,24 113:5,17 114:13 139:17,19 161:24 182:20 187:24

**stamp** 72:19,23 74:13 77:1 79:11 81:2 83:4 84:9 88:16 104:21 109:11 118:16,22 121:1 122:2 123:12 125:4 142:23 143:3,5 152:19 153:6,16 155:23 161:16,17 171:9 194:4 197:20,22

185:14 186:6,7 187:12,21 193:20 194:24 195:2,14,16 198:6,14 200:9 203:1

**stamps** 194:1 198:21

**stanchions** 72:11

**standard** 101:8

**standards** 43:8 43:13 44:24

**stands** 136:17

**starboard** 107:20 110:23 160:8 174:22

**start** 104:21 135:9 173:3

**started** 115:21 164:25

**starting** 79:18 173:1 175:25

**starts** 198:13

**state** 7:6 9:3 108:4 111:21

196:15,17,17 202:22,23

**states** 1:1 18:1 91:13 114:9 115:19 116:7,25 119:21 193:9

**station** 161:24 162:3

**stations** 82:9

**statute** 207:18

**stay** 33:10,15 151:18 181:18

**stenographic** 8:9

**step** 26:13,20 27:3,8,10,10,11 28:2,4,8,9,10,14 28:20 29:16 32:14 38:10,19 52:8,8,18,22 67:20 146:11 180:23,23

**steps** 27:20 32:22,24,24 34:21 39:24 41:22 51:8 55:7

161:25 163:20 181:1

**stevens** 140:20

**steward** 118:25 119:4,17

**stewardess** 119:4,17,19

**stewardesses** 118:25

**stewards** 119:9 120:1,8 121:23

**stipulate** 200:16 201:11

**stipulation** 8:10

**stop** 31:5,6 38:8 155:21 161:12 181:8 201:2

**stopped** 188:14

**storage** 86:8

**store** 79:4

**strengths** 152:4

**strike** 69:7 115:4 157:9 178:25

**strikes** 151:16

**strip** 26:23,24 27:15 155:18

**[strips - sure]** Page 254

strips 89:15,24
102:16,18 103:5
103:8,12 104:9
106:3 166:23
struck 183:9
stuff 28:18 34:9
57:2 78:4 79:1
112:4 156:25
179:6 180:1
199:1
style 7:2 162:14
subject 4:18
11:19 19:2
25:19,22,23
34:14,15 39:11
39:19 40:15,20
43:9 45:22 51:5
51:6,9,11 52:3
56:17 58:18,19
58:22,24 59:1,3
63:5,7,12 74:1
74:12 77:20,22
77:23,25 78:8
80:1 81:6 82:17
83:17 84:5
85:19,21 87:6
87:10,11,13,18
87:20 91:25,25
92:1,6,8,25
93:20,25 96:23
97:8,18 102:16
102:18 104:19
106:9,12,25
107:1,20 108:5

108:6,21 109:3
111:1,3,7
113:22 114:5
115:1,23 117:1
120:5 121:24
124:10,20,23
125:2 126:24
127:2,11 134:15
134:19 141:24
141:25 145:3,18
145:21,24 146:6
146:16 147:19
147:25 148:15
149:14 150:17
150:17,24
151:11,12 152:6
152:9,16 157:6
157:8,22 158:6
160:10 163:18
163:19 165:25
166:1,6,10
167:5 169:10,18
193:5
submit 104:7
120:23
subsequent
133:2
substantially
136:4
successfully
72:15
sudden 151:15
suddenly
155:17

suffice 71:24
suggested
207:16
suit 130:14
131:4
suite 2:5,14
summaries 13:7
13:11
summary 4:10
13:13 115:17
154:15
sun 39:13
147:15
supervise
121:19
supervises
121:13 122:17
supervising
121:23
supervision
123:6,9
supervisor
18:21,22 50:25
51:1 57:24
85:22 87:15
91:9 100:3
105:17 110:16
119:1,13 120:22
121:16,20,22
122:3,6,16,20
122:24 123:5
142:11 160:23
161:2,19 186:4

supervisor's
123:2
supervisors
47:20,21
supplemental
5:13 190:6,22
191:20,23,25
192:2
support 16:9
supposed 44:9
sure 14:11 15:8
15:17 17:9
20:10 27:9
28:16 30:24
31:24,25 32:8
32:10 33:21
36:12 42:7
44:25 45:17
46:23 50:3,11
50:19 53:21,24
54:7,7 56:8,13
57:9 60:19,21
61:17,19 62:11
64:17 69:16
70:18 71:19
72:2 74:8 75:22
75:23 76:4
78:19,22 81:22
81:23 82:20
86:16,25 88:11
88:13 90:1,9
93:15 94:5,10
94:11,17,19,20
94:21 96:5,10

**[sure - testified]** Page 255

96:13,16 99:5 100:22 101:3,4 101:24 102:4,9 103:14,15,15 108:14 111:14 112:4 113:18 117:2 119:21 126:9 128:18 138:3,7 139:19 140:10,12 148:2 148:5 149:8,9 156:22 165:10 165:24 167:13 167:15,16 173:16 174:4,22 178:10 179:7,12 180:3 185:4 187:5 188:3,5 193:9 195:23 198:1 199:19

**surface** 110:6 111:11,16,18

**surveillance** 146:15,17

**sustained** 157:15,22

**suzanne** 186:2

**suzie** 185:24 187:9

**svc** 174:22

**swear** 7:23 8:14

**sweep** 57:2 78:3 79:5

**sweeping** 50:5 78:8 80:5

**sworn** 8:1,19 9:13 205:5

**synthetic** 90:16 164:5,14 165:14

**system** 13:25 178:22 179:4

**t**

**t** 3:5 4:1 5:1 6:1 208:3,3

**tactic** 133:11

**take** 7:16,21 20:15 24:17 31:9 39:14 45:8 45:17 58:9 62:19 68:25 78:5 89:12 95:12 99:9,11 118:3 130:15,19 130:25 133:4 141:15 144:25 158:16 168:20 168:25 203:25

**taken** 7:18 10:10 13:2 45:6 47:1 52:2,6 74:3 77:2 101:7 114:5 153:9,10 165:15 166:16 205:3,12 206:9

**takes** 23:10 25:11 95:4,7

**tale** 168:17

**talk** 17:10 19:1 20:17 37:13 45:5 58:17 63:3 77:18 126:12 134:14 160:9 199:19

**talked** 148:19 149:11 169:8

**talking** 27:5,6,7 27:17,19 36:17 37:9 68:18,22 75:24 132:7 158:3 164:14 168:2,5 184:25

**talks** 83:19

**tape** 26:18,19 27:7,21 94:19 153:1 167:3

**tapes** 108:3

**taught** 78:25

**teak** 26:10,10,16 27:2,4,20,20 28:5,8 39:14 42:18 90:17 93:6,11 113:5 164:4,4,7,11,19 165:6

**team** 100:6 104:6,10 122:17 122:21 123:9,25 124:3,6,18 125:12 160:4 161:6,20 187:2

187:3 188:7

**technology** 8:13

**tell** 8:20 17:11 26:3 34:13 48:7 48:12 49:23 62:9 68:24 74:13 75:6 77:23 93:19 101:9 102:1,10 102:17 130:10 133:16,23 134:1 134:8 148:4 151:3,22 173:17 183:6 189:19 197:21 198:13

**telling** 16:24 36:7

**tells** 85:6

**terms** 20:1 47:24 57:5 59:20 86:4 101:5 112:11 152:15

**test** 71:13 164:24

**testified** 8:21 40:2 80:3 81:16 82:1 85:22 87:16 88:5,10 91:9 94:12 95:3 95:11,22,24 96:5 100:3 112:23 114:3,23 129:17 130:20

**[testified - took]** Page 256

131:10 142:19 145:13,17 149:18 165:12 183:16,20

**testify** 11:14,24 117:14,25 131:12 132:4 135:1

**testifying** 9:16 133:18 205:5

**testimony** 21:25 22:3,6 65:23 66:4 71:2,3 89:18 94:23 95:7,17 96:2,4 101:6 112:22,25 114:18,21 115:17 116:4 130:6 145:14 202:18 207:8,17

**testing** 58:18,25 59:20,24 60:10 60:15,16 61:1 61:24 62:12 71:9 91:24 92:5

**testings** 62:10

**text** 185:7

**thank** 17:10 22:3 56:12 62:21 70:7 115:9 132:17 136:15 137:12 139:22,24 141:17 143:11

185:11 190:2,24 203:16,19

**that'd** 62:20 141:13

**thing** 49:1 53:23 54:9 78:11 107:5 146:2 152:13 163:2 175:14 181:14 182:22,24 183:11 190:12

**things** 14:16 33:23 44:24 49:19 50:6 67:5 70:7 79:4 95:23 113:10 114:17 114:18 116:8 120:18 126:3 139:9 143:22 150:6 158:2

**think** 13:13 20:4 20:9 22:22 31:23 37:6 40:2 40:8 68:9 72:10 72:17 73:4 76:4 80:8 81:17 82:4 91:7 93:3 94:1 97:14 125:12 136:10 147:13 150:15 157:19 164:3 167:17 168:22,23 173:25 184:16 199:6,7 203:1

**third** 191:21 194:25 195:1

**thorough** 91:18

**thoroughly** 61:19 69:9 89:13 91:19

**thought** 27:16 154:25 158:3 178:4,19 179:4

**thousands** 68:18

**three** 12:12 51:10 58:23 87:10,12 96:1 112:24 113:8,12 113:17 114:4,11 114:13,14 117:20,22 127:11 134:18 137:3

**tight** 33:3,6 163:1

**tighten** 162:24

**tightened** 162:1 162:17,23 163:4

**time** 1:14 7:5 45:25 51:10,12 58:14,23 63:7,7 65:17 75:24 76:18 77:3,8,15 77:23 100:18 101:21 102:1 112:8 113:22 115:1,5 116:9

116:14,15,18 127:10 137:10 143:8 144:17,17 145:4,11,18 146:16 150:12 157:10 167:4,4 171:3 172:8 173:6 179:19

**times** 41:22 56:3 68:19 71:7 90:18 102:7 183:20 198:7

**title** 9:21 92:2 119:6 126:1

**today** 9:16 10:3 10:7,16 11:3,9 11:15 12:5,17 13:18,21 14:2 59:6,8 63:12 127:19 130:16 132:23 171:22 178:13 189:7 190:10 198:16 201:23

**today's** 177:23

**together** 114:6 166:20 183:15

**told** 22:9 95:22 100:11 115:24 161:14 182:17 189:14

**tons** 22:22

**took** 30:2 42:3 65:17 101:11,21

**[took - understand]** Page 257

127:25 152:18 158:4 179:11 181:8,13 183:19 193:17
**tool** 30:11
**top** 27:20 52:8 72:22,23,24 81:23 90:14 161:9
**topic** 25:21 45:5 51:4,13 58:17 63:3,9 74:11 75:24 77:18 78:16 85:18 87:5 91:22 92:24 100:3 102:15 115:21 126:23 127:14 134:14 135:20 135:21 146:14 150:15 151:11 152:6 163:17,22 200:2
**topics** 11:13,15 11:24 117:11,14 127:25
**total** 17:16 19:24 20:4 22:24 24:10 189:2
**touch** 71:18
**touched** 85:17
**touches** 72:1

**touching** 49:19 148:6
**towels** 126:4
**track** 29:9,12 53:13 54:2 82:22 98:3,5,8 154:3
**tracking** 82:19 82:24
**traction** 34:2
**trained** 146:15
**trainer** 81:4 84:11,12 85:3
**trainers** 3:18
**training** 122:21
**trainings** 78:14 78:22
**transactions** 4:22,25 171:16
**transcriber** 206:1
**transcript** 8:3 115:7 116:20 185:4 203:21 205:21 206:3,5 207:6,20
**transcriptionist** 205:8
**transcripts** 13:5 13:8 207:14
**trash** 78:4
**traverse** 75:12
**traversing** 68:19 170:5,14

170:18,22
**tray** 80:20
**tread** 26:12,16 26:17,20,21,25 27:3,6,10,17,17 28:8,9,14 32:14 51:8 58:21 89:16 127:1
**treads** 167:6
**tried** 98:2 179:5
**trips** 83:11
**true** 142:24 189:11,21 190:12,15,19 194:21 195:10 197:8 205:9 206:5 208:21
**truth** 8:20,20,21
**try** 47:21 48:21 54:14 62:4,5 64:3,4 70:3 84:22 116:22 117:5 133:2 183:12 191:2 202:11
**trying** 31:9 86:20 114:19 143:8 150:1 194:25 196:9 201:8,10
**turning** 49:18
**two** 3:17 17:18 22:22 28:25 29:3 34:7,10,10

52:14,17 53:12 55:16 72:11 81:4 85:3 139:9 173:19 175:4 188:10
**type** 27:18 43:4 47:13 51:22 105:1 109:14,16 109:17,18,25 164:4,5,6,8 178:3
**typewriting** 205:7

**u**

**u.s.** 43:25
**ultimately** 119:12
**under** 8:6 9:13 105:24 109:17 125:19 161:23 178:6,10 187:7 207:18 208:20
**underneath** 56:16,19,23 57:6 74:9,11,16 147:25
**understand** 8:2 59:10 60:2,3,12 60:13 61:7 64:18 86:18 97:2 98:6 108:25 111:23 112:7 139:19

148:5 182:1 195:23

**understanding** 59:19 60:7 77:6 82:1 100:12 101:5 114:21 115:6 141:25 143:24 157:25

**understood** 73:8 172:24

**undisputed** 146:4

**undone** 54:9

**unduly** 198:23 203:10

**unexpected** 149:13

**unforeseen** 65:8 66:2

**unfortunately** 39:15 40:24 182:11

**unique** 45:3

**united** 1:1

**unreasonable** 201:12,17 202:19

**unscrewed** 95:11

**unscrewing** 31:2,12 55:12 149:20

**unsecure** 47:3,7

**unsecured** 46:16 48:12,14 65:1,24 66:5,9 66:15,20 83:21 127:5,8 131:15 145:23 146:6 181:21 182:3,10

**unverified** 5:11 188:23 189:3

**update** 125:25

**updates** 125:21 125:23

**upholstery** 109:22

**upkeep** 124:7 124:10

**upstairs** 38:4

**urgent** 161:9

**use** 72:12 73:16 85:15 86:7,15 88:25 89:11 91:20

**used** 29:15 33:2 81:12,18 82:11 85:10,18,23 88:20 89:2 90:10 102:5 112:25 126:6 164:4,18 207:20

**uses** 8:5 102:10

**using** 9:14,17 81:25 139:11

**usually** 49:12 57:22

**v**

**v** 1:6 207:4 208:1

**vantage** 149:17 151:3

**varnish** 93:3,4,5 93:8 94:13,25 101:14 113:10

**varnished** 95:13 96:1 113:22,23 115:2 166:16

**varnishing** 65:22 92:24 93:1,14,20,24 94:3 95:7,20 96:7 97:5 100:2 100:7 101:5,7 101:11,18,21 102:2,5 103:4,9 110:11 111:7,13 111:19,21,25 112:4,8,9,11,16 112:20,23 113:1 113:4,7,13 114:3,6,22,24 114:25 115:22 115:23 116:4,16 117:1 166:20 192:15

**vasquez** 130:10

**vasquez's** 130:13

**vazquez** 185:24 186:2

**venezia** 21:8,14 21:16,18,20,21 22:4,7,9,17,25 23:1 32:4

**verbal** 73:16

**verbally** 63:25 64:23

**verbatim** 44:20

**verify** 207:9

**verifying** 143:3

**veritext** 7:16 207:14,23

**veritext.com** 207:14

**versus** 143:8

**vessel** 4:22,25 31:10 32:3 33:23 68:18 86:11 101:15 106:17 113:6,9 126:1 171:16

**vessels** 23:7 124:7 132:9 165:10

**vibrating** 162:8

**vibrations** 41:24 42:4,13 42:15

**video** 7:4 8:13 53:21 146:14 148:12 151:14 169:20 170:2,11

**[video - we've]**

Page 259

170:15,20,24
**videoconferen...**
2:3,12,20
**videographer**
2:20 7:2 16:12
16:15 62:22,25
99:20,23 141:18
141:21 169:2,5
203:24 204:2
**videotaped** 1:11
3:9
**view** 53:23
54:12,16
**vista** 3:24 4:16
10:19 19:2,2,6,9
19:12,22 20:6
20:13,18 21:3,4
21:7,9,12,15,19
21:23 22:5,8,10
22:17 23:2,8,20
23:24 25:25
30:3 51:9 58:22
63:6,21 64:21
102:6 126:14
127:2 132:8,8
132:11,11,12,14
132:17 134:16
135:2,22 157:2
160:18,19,25
164:20,25 165:8
165:16
**vista's** 112:18
192:12,14

**visual** 41:21
48:2,3,19 49:3,7
49:10,12,21,23
49:25 51:13,14
51:17 52:20
56:22 57:7,12
57:20,23 64:24
69:17 70:23
71:6,24 120:13
120:17 123:1
**visually** 49:16
49:17 51:23
56:24 71:10
**voice** 201:3,4,7
**voyage** 90:19
165:2
**vs** 7:3,18

**w**

**wait** 129:22
184:24 197:25
**waiting** 197:18
**walk** 38:2,3
53:22 54:8
**walked** 34:14,17
34:19,22 54:6
54:11 148:25
149:14 150:16
**walking** 34:25
35:2,8,12,17,22
38:11,16,21,25
40:15,25 41:11
42:5 49:1,22
54:21 55:1,6,20

67:22 71:8
151:14 169:24
183:9
**walks** 49:18
71:12 74:16
148:19
**wall** 50:10
82:15 137:22,24
138:2,4,5,9
140:1,2
**walls** 139:18
140:7
**wanna** 111:21
**want** 15:25
27:14 41:14
49:14 60:19
62:19 63:18
68:12 72:17
104:20,21
111:20,24
116:19 118:3,4
130:13 131:16
132:8,16,17
133:2 137:10
171:24,25
172:25 173:2,3
185:4,8 198:4
202:4,14
**wanted** 23:23
24:21 165:23
**warn** 45:24
63:25 64:3,6,9
64:14,15,16,16
64:20,23 66:10

72:5 73:12
83:20 146:12
**warned** 181:7
**warning** 63:5,24
64:17 83:19
146:3,5,9
158:23
**warnings** 63:19
73:16 145:22
**warrant** 65:8
**watch** 4:11,12
154:15,16,19
156:5
**water** 25:4
42:11,17,24
43:7 64:3,15
82:19,21,24
176:17 177:15
**waves** 42:16
**way** 38:9 45:11
53:8 67:19
131:1 137:2
158:13 163:12
178:17 199:4
202:9
**ways** 73:11
83:20 96:22
97:7,16
**we've** 12:2
24:12 29:1 39:5
39:23 61:4
62:18 67:23
85:17 88:1
89:14 92:13

**[we've - work]** Page 260

99:9 101:6 110:11 117:17 135:24 148:18 149:1,11 150:15 161:18 167:8 169:8 178:10,13 178:17,19 187:22 193:22
**weather** 37:22 39:7,8,10
**weathered** 39:23
**wednesday** 1:13 7:20
**week** 94:5
**weeks** 117:20,22 137:3
**weighed** 153:13
**weight** 153:15
**weights** 152:1,2
**welcome** 139:24
**went** 13:24 108:13 142:10 150:11 181:14 200:12,14
**wet** 25:3 27:22 42:20 64:18 82:18 85:3
**whatsoever** 131:6
**whichever** 104:7
**white** 154:1

**whoever's** 57:21
**wholesale** 200:12 201:12
**width** 153:7
**wife** 13:4 194:16
**wilbert** 141:8
**withstand** 43:5 183:1
**witness** 7:23 8:1 8:2,15,19 10:22 10:24 36:2 45:15 59:11,16 60:3,6 61:2,6,9 61:12 69:8 70:1 70:16 78:19 83:7 88:3 90:23 96:13 98:12,18 103:1 111:11 112:3 117:24 118:8 123:18,20 123:25 124:14 129:23 132:6,16 133:8 135:1,4 139:16 140:12 158:9 164:1 167:15 168:17 179:25 182:8 195:3,4,11,25 196:15,17 197:4 197:11 198:4 201:11 202:7,23 203:11,14,17 205:4 207:20

**witnesses** 137:11
**wondering** 14:18
**wood** 26:16 27:4,20 93:6,6 93:11 105:9,9 110:4,23 162:25 164:12,16 165:7 165:13 166:13 182:10 184:10 187:24
**wooden** 10:17 26:10,19 27:1 27:24 28:5,7,8 28:14,19 29:6 29:16 32:13,19 32:24 35:11,16 35:21,23 36:11 36:20 37:16 38:14 39:2,19 42:18 46:16 47:3,7,11,12 48:8,11,13 49:4 49:9 52:7,22,22 53:3,10,17,18 54:3 65:1,24 66:5,15,20 67:17 70:25 80:23 93:14 95:11 96:20,21 96:22 97:6,8 98:8,10,24 99:3 99:6 113:15,24

120:21 126:7,19 131:14 145:23 146:6 150:13 151:17 155:18 158:13,17,25 159:2,12,13 160:2,3 161:25 162:17 163:6,10 166:15 181:20 182:3
**wooding** 164:4
**word** 13:15,15 48:16
**words** 11:23 185:7
**work** 3:19,20,20 4:17 9:19,23 10:1 47:18 49:2 49:3 50:23 51:19,23,24 76:9 94:7,9 101:7,17 103:12 103:25 104:3,7 104:8,18,22 105:21 106:2,22 108:2,14 109:1 109:4,10,11 111:7 112:8,12 112:14,19,25 113:1 114:14,22 114:24 115:19 120:23 144:18 160:6,17,20 161:16,17

**[worked - zoom]**

| | | |
|---|---|---|
| worked 137:9<br>working 46:23<br>  50:1,4,5,9,24<br>  51:20 80:11<br>  122:17 123:9<br>works 124:18<br>  124:20<br>workshop 95:13<br>world 37:5<br>worn 33:3,6,9<br>  33:18 34:1<br>  36:15 110:23<br>would've 98:19<br>  102:12 105:16<br>  107:14,14,15,16<br>  107:17 108:8,13<br>  108:23 114:5<br>  115:1 148:23<br>  149:9 151:5<br>  153:9 159:1,5,7<br>  159:13,17,18,23<br>  182:23 189:16<br>  195:4<br>wound 157:18<br>  181:15<br>writing 187:23<br>written 8:10<br>  50:15<br>wrong 48:20<br>  49:12 101:10<br>  114:18,20<br>  159:17 | **x**<br>x 3:1,5 4:1 5:1<br>  6:1 205:21<br>xavier 6:7,12<br>  128:14,20 129:6<br>  129:16,25<br>  131:18,19<br><br>**y**<br>yeah 16:3,5<br>  23:23,25 24:5<br>  33:21 35:4 39:8<br>  39:9 60:6 62:20<br>  73:4 75:11<br>  79:14 83:7<br>  89:12 99:11<br>  119:24 123:25<br>  124:14 129:2<br>  141:15 154:8,25<br>  155:14 168:19<br>  174:2 177:18<br>  182:8 184:3<br>  193:8 197:2,2<br>  203:12<br>year 39:16<br>years 17:16,17<br>  17:18 51:11<br>  53:16 58:23<br>  68:20 87:12<br>  92:1 127:11<br>  134:18 202:10<br>yesterday<br>  179:20 | **z**<br>z 9:6<br>zavattaro 206:2<br>  206:15<br>zebra 9:6<br>zed 62:12<br>zoom 7:20 9:8<br>  9:14,17 12:8<br>  23:22 123:22<br>  125:7 |

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is transcribed, the transcript shall be furnished to the witness for examination and shall be read to or by the witness unless the examination and reading are waived by the witness and by the parties. Any changes in form or substance that the witness wants to make shall be listed in writing by the officer with a statement of the reasons given by the witness for making the changes. The changes shall be attached to the transcript. It shall then be signed by the witness unless the parties waived the signing or the witness is ill, cannot be found, or refuses to sign. If the transcript is not signed by the witness within a reasonable time after it is furnished to the witness, the officer shall sign the transcript and state on the transcript the waiver, illness, absence of the witness, or refusal to sign with any reasons given therefor. The deposition may then be used as fully as though signed unless the court holds that the reasons given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under

rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

**Page 111**

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

**Page 112**

**EXHIBIT**

**1**

exhibitsticker.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:24-cv-21185-RAR

AT LAW AND IN ADMIRALTY

CLAY CROCKETT,

       Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

Defendant.
_____/

## AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF A CORPORATION PURSUANT TO Fed. R. Civ. P. 30 (b)(6)

     **PLEASE TAKE NOTICE** that the undersigned attorneys will take the videotaped deposition(s) of:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| **CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE** | **April 16, 2025 at 10am EST** | **By Videoconference[1]** |

This notice complies with and the deposition to take place described herein will comply with Emergency Administrative Order of The Supreme Court of Florida, AOSC20-16, dated March 18, 2020, as extended and renewed in AOSC21-17, dated June 4, 2021.

The witness for the subject deposition will testify from there remotely via the Zoom brand technology. Counsel for the plaintiff will appear remotely also via Zoom brand technology and located in or around Miami, Florida. Counsel for the Defendant will be allowed to appear remotely via Zoom brand technology. The witness will be sworn in by the Court Reporter who will be supplied by Jeannie Reporting in Miami, Florida. That Court Reporter will be authorized to administer oaths in the State of Florida and will administer the oath to the witness remotely.

Upon oral examination before Jeannie Reporting, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial,

---

[1] **The link for the Zoom videoconference will be provided by the Court Reporter.**

or for such other purposes as are permitted under the rules of Court, including the applicable Rules of Civil Procedure.

**Please advise immediately upon receipt of this notice if a translator is necessary.**

---

**1. <u>COURT REPORTER</u>:**

    a.  Name of Court Reporter:          Veritext Legal Solutions

    b.  Address of Court Reporter:          1400 Centrepark Boulevard
                                            Suite 605
                                          West Palm Beach, FL 33401

    c.  Phone Number of Court Reporter:      800.726.7007

    d.  Fax Number of Court Reporter:

---

**2. <u>BY TELEPHONE</u>:**    ☐ YES    ☑ NO

If **YES**, see below:

    a.  An Order has been entered by the court allowing deposition by telephone pursuant to Fed. R. Civ. P. 30(b)(6), dated _____, 20___.

    b.  If we take this deposition by telephone, <u>the court reporter must verify</u> (a) that there is a working speakerphone at the location and (b) that the exhibit binder supplied by our office is at the location of the deposition.

    c.  Conference call phone number: _____

    d.  Conference ID number: _____

---

**3. <u>VIDEOTAPED</u>:**  ☑ YES    ☐ NO

If **YES**, see below:

    a.  Name of Videographer:          Video Court Reporting, Inc

    b.  Address of Videographer:       8870 SW 83 Street, Miami, FL 33173

---

2

**4. <u>VIDEO-CONFERENCE</u>:**     ☑ YES     ☐ NO

If **YES**, see below:

a.  Name and address of video-conference center at which the undersigned will attend:

---

**5. <u>DEPOSITION OF A CORPORATE REPRESENTATIVE</u>:**  ☑ YES     ☐ NO

If **YES**, see below:

Pursuant to Fed. R. Civ. P. 30(b)(6), *in the notice, a party may name as the deponent a public or private corporation, a partnership or association, or a governmental agency, and designate with reasonable particularity the matters on which examination is requested. The organization so named shall designate one or more officers, directors, or managing agents, or other persons who consent to do so, to testify on its behalf and may state the matters on which each person designated will testify. The persons so designated shall testify about matters known or reasonably available to the organization. This subdivision does not preclude taking a deposition by any other procedure authorized in these rules.*

Matters on which examination is requested: **SEE EXHIBIT "A" ATTACHED HERETO**.

---

**6. <u>COMMISSIONER (for depositions which take place outside of the state of Florida)</u>:**

Order of the court appointing commissioner is dated _____, 20_____, appointing _____, who is authorized in the state in which testimony is taken to administer oaths. *(See Uniform Foreign Depositions Statute in the state in which the deposition is taken.)*

---

**7. <u>SUBPOENA</u>:**

In the case of a non-party witness:

☐ Counsel in this case, _____, has agreed to produce such witness without necessity of a subpoena

☐ A subpoena has been issued from the United States District Court in which this case is pending

☐ A subpoena has been issued by courts in the state in which witness resides pursuant to the law of that state

**<u>SUBPOENA DUCES TECUM</u>:** ☐ YES     ☑ NO

3

Crockett v. Carnival
1:24-cv-21185

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via e-mail on this the 1ST day of April 2025 to all parties of record on the attached service list.

Respectfully submitted,

By:     *s/ Lisa C. Goodman*
**JOHN H. HICKEY**, **ESQ.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**LISA C. GOODMAN, ESQ**. (FBN118698)
lgoodman@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Counsel for the Plaintiff*

4

**CLAY CROCKETT v. CARNIVAL CORPORATION**
**d/b/a CARNIVAL CRUISE LINE**

**CASE NO. 1:24-cv-21185-RAR**

**SERVICE LIST**

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Lisa Goodman, Esq.** (FBN 118698)<br>lgoodman@hickeylawfirm.com<br>kporras@hickeylawfirm.com<br>**HICKEY LAW FIRM, P.A.**<br>12150 S.W. 128th Court, Suite 225<br>Miami, FL 33186<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for Plaintiff* | **Michael J. Drahos, Esq.** (FBN: 1019357)<br>michael.drahos@gray-robinson.com,<br>lilia.parker@gray-robinson.com<br>**Ashley N. Genoese, Esq.** (FBN: 0617059)<br>ashley.genoese@gray-robinson.com<br>**Walter Cooper Jarnagin** (FBN: 117767)<br>Cooper.Jarnagin@gray-robinson.com<br>**Gray Robinson, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Tel.: (561) 268-5727<br>Fax: (561) 268-5745<br>*Counsel for Defendant* |

Crockett v. Carnival
1:24-cv-21185

## EXHIBIT A
## DESIGNATION OF MATTERS ON WHICH EXAMINATION IS REQUESTED

1. All of the allegations in the complaint in this case.

2. All of the allegations in the Answer and the Affirmative Defenses the Defendant has asserted in this case.

3. How the subject incident happened.

4. Any investigation of the subject incident by the Carnival Cruise Line and the results of that investigation.

5. Any and all measurements, tests, photos, videos, diagrams, and notes which relate to the subject incident.

6. Any and all documents or other items **requested by Plaintiff** in this case.  This includes but is not limited to what documents are maintained by the Defendant, how such documents are maintained, the meaning of the contents of such documents, and whether such documents are "business records" of the Defendant.

7. Any and all documents or other items **produced by Carnival Cruise Line,** in this case.  This includes but is not limited to what documents are maintained by the Defendant, how such documents are maintained, the meaning of the contents of such documents, and whether such documents are "business records" of the Defendant.

8. All interrogatories directed to the Defendant and the Defendant's answers thereto.

9. All requests for admissions directed to the Defendant and the Defendant's responses thereto.

10. Carnival's notice of the dangerous condition.

11. Prior similar incidents in the subject area and/or on similar staircases on *Carnival Vista* or on ships in the same class which were identified by Carnival and/or identified in Plaintiff's Complaint for the three (3) years before the subject incident, excluding March 13, 2020 through July 2021 when Carnival paused its operation due to COVID-19 through the present.

12. Policy and procedures regarding cleaning and maintenance of the subject staircase where the incident occurred, including cleaning schedules, logs and name of crew whose responsibility it was to maintain the subject staircase at the time of the subject incident.

13. The training, rules, polices, and regulations which govern the crew members assigned to clean the area where the incident occurred and how those trainings, rules, regulations, and/or policies apply under the facts and circumstances of this case.

14. The brush used by the Housekeeping Department to clean dust and debris from the subject staircase which would have been available within 6 months of the subject incident. Carnival's Pool and Deck Supervisor testified on March 27, 2025 during his deposition that a brush is used to clean the debris that collects in the corners of the steps of the outdoor staircase.

Crockett v. Carnival
1:24-cv-21185

15. The heavy duty cleaning done to the subject staircase. This includes the following: policy and procedures regarding the heavy duty cleaning, the schedule for the heavy duty cleaning, when the heavy duty cleaning was done to the subject staircase in the three (3) years before the subject incident, excluding March 13, 2020 through July 2021 when Carnival paused its operation due to COVID-19 through the present. Carnival's Pool and Deck Supervisor testified during his deposition on March 27, 2025 that the Deck Department is responsible for doing the heavy duty cleaning of the subject staircase.

16. Measures taken to ensure the safety of the people in the area where the incident occurred.

17. Any and all Carnival's rules, regulations, policies and procedures regarding safety and incident prevention of the passengers in the area where the incident occurred promulgated at any time but in effect at the time of the subject incident and implementation of such rules.

18. Any and all Carnival's rules, regulations, policies and procedures for warning about the subject dangerous condition on board the *Carnival Vista* promulgated at any time but in effect at the time of the subject incident and implementation of such rules.

19. The plans, drawings (CAD drawings), specifications, renderings for the subject staircase.

20. Information about the subject staircase in the area where the incident occurred, including, the materials of the staircase including the material of the boards of the steps of the staircase, manufacturer of the staircase and/or of the materials of the staircase, how the boards of the staircase are secured to the staircase, the design of the staircase, and installation of the subject staircase.

21. The purpose of the barrier underneath the subject staircase.

22. Carnival's policy, procedure, rules, standards, and/or diagrams for where lounge chairs should be placed on Deck 11 specifically, in relation to outdoor staircases which would have applied at the time of the subject incident.  This includes whose responsibility it was to set up the lounge chairs on Deck 11 at the time of the subject incident.

23. Any testing conducted on the subject staircase or of any  kickplate on the subject staircase and/or any kickplate on any outdoor staircases (where the riser and tread of the steps are both the same material as the subject staircase) on any *Vista*-class ships which were generated at any time in the three (3) years before the subject incident, excluding March 13, 2020 through July 2021 when Carnival paused its operation due to COVID-19.

24. Any inspection conducted on the subject staircase or of any  kickplate on the subject staircase and/or any kickplate on any outdoor staircases (where the riser and tread of the steps are both the same material as the subject staircase) on any *Vista*-class ships which were generated at any time in the three (3) years before the subject incident, excluding March 13, 2020 through July 2021 when Carnival paused its operation due to COVID-19.

25. The identity of any and all crewmembers responsible for inspecting, testing, repairing, replacing, fixing the subject staircase including the subject kickplate within 2 years of the subject incident including the name, rank, position, job title, ship assignment, and/or address.

7

26. Any modifications, replacements, repairs to the subject staircase or of any kickplate on the subject staircase and/or any kickplate on any outdoor staircases (where the riser and tread of the steps are both the same material as the subject staircase) on any *Vista*-class ships which were generated at any time in the three (3) years before the subject incident, excluding March 13, 2020 through July 2021 when Carnival paused its operation due to COVID-19.

27. The varnishing done to the boards of the subject staircase within the three (3) years before the subject incident, excluding March 13, 2020 through July 2021 when Carnival paused its operation due to COVID-19.  This includes the following: when the varnishing was last done on the subject staircase before the incident occurred, the way in which Carnival crewmembers advise other crewmembers that the varnishing will be done (emails, work orders), the emails between the Facilities Maintenance Department and the Housekeeping Department on board the Carnival Vista regarding the varnishing of the outdoor staircase within the three (3) years before the subject incident, excluding March 13, 2020 through July 2021 when Carnival paused its operation due to COVID-19,  the schedule for when varnishing is done on the outdoor staircase, the procedure for varnishing the boards of the outdoor staircase, Carnival's policy and procedures for varnishing  which would apply to the outdoor staircase in the 6 months before the subject incident occurred and any documents generated by Carnival regarding the varnishing of the subject staircase.

Carnival's Pool and Deck Supervisor testified at his deposition on March 27, 2025 that the boards of the staircase (the boards of the tread of the steps and the riser boards) would be unscrewed and removed and taken to be varnished. Once varnished the boards of the staircase (the boards of the tread of the steps and the riser boards) would be put back and screwed onto the staircase. Carnival's Pool and Deck Supervisor testified at his deposition on March 27, 2025 that the Housekeeping Department receives an email from the Facility Maintenance Team that the outdoor staircase would be varnished and that the staircases needed to be closed. Carnival's Joiner testified at this deposition on March 31, 2025 that the boards of the staircase would be varnished on average every 3-4 months.

28. The schedule for replacing the anti-skid strips on the subject staircase within 6 months of the subject incident. This includes any work orders for the replacing of the anti-skid/slips strips on the subject staircase as Carnival's Pool and Deck Supervisor testified at his deposition on March 27, 2025 that there would be work orders for the replacing of the anti-skid/slip strips on the subject staircase.

29. Any  kickplate on the subject staircase and/or any kickplate on any outdoor staircases (where the riser and tread of the steps are both the same material as the subject staircase) on any *Vista*-class ships AND any problems with the kickplate including but not limited to that the kickplate was damaged, that the kickplate was loose/unsecured, that the kickplate needed to be repaired, that the kickplate needed to be replaced, that the screws and/or bolts securing the kickplate were loose, unsecured, and/or rusted, that the screws and/or bolts securing the kickplate needed to be replaced which were generated at any time in the three (3) years before the subject incident, excluding March 13, 2020 through July 2021 when Carnival paused its operation due to COVID-19.

30. The repairs made to the subject staircase including the subject kickplate after the subject incident.

31. Any and all medical care or treatment rendered by or on behalf of the Defendant to the Plaintiff while onboard the ship.

8

Crockett v. Carnival
1:24-cv-21185

32. Any and all statements verbally or in writing made by the Plaintiff in this case at any time in regard to the liability or fault of any party including the fault or liability of the Plaintiff himself, of the Defendant, and/or of any third party.

33. Any and all video surveillance trained on the area of the ship where the incident occurred at the time of the subject incident, including, placement of surveillance cameras, how many cameras were in operation, who saved the footage of the Plaintiff's incidents and what Carnival policy governs the preservation of CCTV footage and how RCCL expects that policy to be implemented and followed.

34. The subject matter and content of any and all security watch reports completed regarding the Plaintiff's incident.

35. The identity of any and all crewmembers in the vicinity of the Plaintiff's incident within one hour before the incident through one hour following the incident, including the name, rank, position, job title, ship assignment, and/or address.

36. The identity of the individual who walked up the subject staircase immediately before the subject incident occurred. This includes any evidence that the Defendant may have that this individual did anything to cause or contribute to the riser board falling off the outdoor staircase and hitting Clay Crockett.

37. The changes made to the subject staircase during the dry dock in January 2024 after the subject incident. This includes what material the boards of the steps of the staircase were changed from and to.

9



# Deck Plans • CARNIVAL VISTA®

## ACCOMMODATIONS SYMBOL LEGEND

▲ Twin Bed and Single Sofa Bed
★ 2 Twin Beds (convert to King) and Single Sofa Bed
: 2 Twin Beds (convert to King) and 1 Upper Pullman
: 2 Twin Beds (convert to King) and 2 Upper Pullmans
■ 2 Twin Beds (convert to King), Single Sofa Bed and 1 Upper Pullman

† 2 Twin Beds (convert to King) and Double Sofa Bed
∨ 2 Twin Beds (convert to King), Single Sofa Bed and 2 Upper Pullmans. Beds do not convert to King when both Upper Pullmans in use.
∞ 2 Twin Beds (convert to King), Double Sofa Bed and 1 Upper Pullman
◆ Stateroom with 2 Porthole Windows
◁ Connecting staterooms (ideal for families and groups of friends)

✳ Twin Beds do not convert to a King Bed.
U Unisex Wheelchair Accessible Restroom
JS Junior Suites with obstructed views: 9205, 9206.
6B Staterooms with obstructed views: 3222, 3226, 3230, 3234, 3238, 3242, 3219, 3221, 3225, 3229, 3233, 3237
All accommodations are non-smoking.

Accessible staterooms are available for guests with disabilities.
Please contact Guest Access Services at
1-800-438-6744 ext. 70025 for details, or visit
http://www.carnival.com/about-carnival/special-needs.aspx.

## CATEGORIES

1A Interior Upper/Lower
PT Porthole
4A 4B 4C 4D 4E 4F 4G 4H 4I Interior
4J Interior with Picture Window (obstructed views)
6A 6B Ocean View
6L 6M Deluxe Ocean View
7C Cove Balcony

9A 9B 9C 9D 9E 9F 9G Balcony
9B Premium Balcony
8N Aft-View Extended Balcony
9C Premium Vista Balcony
JS Junior Suite
OS Ocean Suite
GS Grand Suite

Cloud 9 Spa Accommodations  4S 4T Interior  6S 6T Ocean View (obstructed views)  8P 8S 8T Balcony  SS Suite

Family Harbor Accommodations  FA Interior  FE Ocean View  FJ Deluxe Ocean View  FM Cove Balcony  FS Family Suite

Havana Accommodations  HA Interior  HE Cabana  HI Aft-View Extended Balcony  HL Premium Balcony  HM Premium Vista Balcony  HS Cabana Suite

Gross Tonnage: 133,500   Length: 1,055 feet   Beam: 122 feet
Cruising Speed: 18 Knots   Guest Capacity: 3,934 (Double Occupancy)
Total Staff: 1,450   Registry: Panama

EXHIBIT
2

Deck 1   Deck 2   Lobby • Deck 3   Mezzanine • Deck 4   Promenade • Deck 5   Deck 6   Deck 7

Deck 8   Deck 9   Lido • Deck 10   Deck 11   Spa, WaterWorks & Sports • Deck 12   Aft Spa • Deck 14   Serenity • Deck 15

Forward Spa • Deck 14

GR000058

















GR000346



GR000347



GR000348



GR000349



GR000350

# TWO MINUTE TRAINER

## FRASMAR CLEANING GUIDELINES

Frasmar is approved chemical for all open decks - synthetic floor cleaning and spot cleaning of teak floor.

Before cleaning commence, ensure areas are blocked off and equipment is in the safe working order. As instructed by Housekeeping manager, you can use deck brush, rotation machine, auto scrubber or tractor. Frequency of cleaning will be set by Housekeeping Manager.

Dilute chemical with water, 1:10 ratio

- Apply chemical with mop and allow solution to react for 10 minutes.
- Never let chemical dry on the surface.
- Use rotation machine/ auto scrubber with red pad and scrub the floor.
- Extract chemical and dispose dirty water residue in sanitation room
- After extraction, mop the floor with fresh water, mop dry.
- This product must be stored in accordance with guidelines in ENV 1103

**EXHIBIT**

**4**

exhibitsticker.com



Result

FrasMar

**ACTIVE CLEANER**

CR000321

**IMPORTANT :** ALWAYS USE PROPER PPE WHEN HANDLING CHEMICALS.

Case 1:24-cv-21185-RAR   Document 50-1   Entered on FLSD Docket 05/13/2025   Page 136 of 227

# CARNIVAL CRUISE LINES
# QUICK SPILL CLEAN-UP STATIONS





**When hazards are identified, address them by using methods such as:**
- repairing or removing the hazards as soon as possible
- posting signs or notices in highly visible locations to warn patrons of potential danger until the hazard is repaired or removed

GR000322

# AREAS OF MOST POTENTIAL SLIPS AND FALLS

- Open Decks
- Atrium Lobbies
- Lido Dining (Inside)
- Cabin Bathrooms
- Lido Dining (Outside)
- Public Restrooms



Case 1:24-cv-21185-RAR   Document 50-1   Entered on FLSD Docket 05/13/2025   Page 137 of 227

Carnival®

# CARNIVAL CRUISE LINES OWN YOUR OWN SPILL PROGRAM

A good management system will help you to identify problem
areas, decide what to do, act on decisions made and check that
the steps taken have been effective.

<u>PLANNING</u>:  Identify key areas of risk and set goals for improvement.
Carefully select equipment and work practices which prevent or
contain slip and trip hazards. This helps to remove or minimize risks.

<u>ORGANIZATION:</u>  Workers need to be involved and committed to reducing risks.
Give people responsibilities (eg supervisors) to ensure that areas of the workplace are
kept safe.  Keep a record of who is responsible for which arrangements.  Make
these details clear to everyone.

<u>CONTROL:</u>  Check to ensure that working practices and processes are being carried
out properly. Keep a record of cleaning, maintenance work etc and encourage
good health and safety.

<u>MONITOR AND REVIEW:</u> Re-examine your approach in the light of experience. Look
at accident investigation and inspection reports. Do they show any improvement? Talk
to any safety representatives about slip and trip risks.

Carnival®

# PREVENTIVE MEASURES
# SLIPS, TRIPS & FALLS

### Housekeeping

- Good housekeeping is the first and the most important (fundamental) level of preventing falls due to slips and trips. It includes:
- cleaning all spills immediately,
- marking spills and wet areas,
- mopping or sweeping debris from floors,
- removing obstacles from walkways and always keeping them free of clutter,
- securing (tacking, taping, etc.) mats, rugs and carpets that do not lay flat,
- always closing file cabinet or storage drawers,
- covering cables that cross walkways,
- keeping working areas and walkways well lit,
- replacing used light bulbs and faulty switches.
- Without good housekeeping practices, any other preventive measures such as installation of sophisticated flooring, specialty footwear or training on techniques of walking and safe falling will never be fully effective.



Case 1:24-cv-21185-RAR   Document 50-1   Entered on FLSD Docket 05/13/2025   Page 139 of 227

GR000325   4

# EXAMPLE OF STATION LOCATION CHART & KIT SUPPLIES

Case 1:24-cv-21185-RAR   Document 50-1   Entered on FLSD Docket 05/13/2025   Page 140 of 227



Locations for Stations chosen should have quick easy access for all crewmembers in order to facilitate fast clean ups of any spills.

One station per fire zone on Promenade decks and Lido decks.  Make sure Safety Representatives know their job assignments of cleaning up spills quickly, keeping and access routes clear and assuring equipment is present in Stations.



# SAFETY REPRESENTIVE'S ROLE
## SLIPS, TRIPS & FALLS



Spill Kit Station "2" - Responsible Safety Rep.'s – Crewmembers need to be involved and committed to reducing risk.  Assign Safety Representatives to ensure that areas of the workplace are kept safe and equipment is present in Stations.

GR000327

6

| Create Procedure Suggestion | Print | Forward Document | Exit |
|---|---|---|---|

# HESS PROCEDURES

≫ OHS - OCCUPATIONAL HEALTH & SAFETY PROCEDURES | ≫ OHS-1122 - PREVENTION OF SLIPS, TRIPS AND FALLS IN ACCOMMODATION | (DATE: 01 MAY 2015) | **CARNIVAL** CORPORATION & PLC

| 📖 BODY | 📘 MANUAL INFORMATION | 🔗 LINKS IN THIS DOCUMENT |
|---|---|---|

| 🔗 ITEMS REFERENCING THIS DOCUMENT | ⚑ VERSION HISTORY | 🔄 DOCUMENT HISTORY |
|---|---|---|

## Content

👁 SHOW TIER III

### Table of Contents

1 Purpose

2 Scope

3 Responsibilities

3.1 Head of the Hotel Department

3.2 Second in Command/Hotel Director

3.3 Crew

4 Process

4.1 General Requirements

  Trip and Fall Prevention

  Slip and Fall Prevention

  Decks, Stairways and Corridors

  Warning Signage

5 Records

6 References

7 Definitions

## 1 Purpose

To reduce the risk of injury to passengers and crew in guest accommodation areas.

## 2 Scope

GR000328

1/3

This procedure establishes the basic requirements for accident prevention in accommodation areas.

## 3 Responsibilities

### 3.1 Head of the Hotel Department
Ensure all accident prevention requirements in accommodation areas are implemented in accordance with the procedure.

### 3.2 Second in Command/Hotel Director
Ensure all accident prevention requirements in accommodation areas are implemented in accordance with the procedure.

### 3.3 Crew
- Keep accommodation areas clean and free of debris or obstacles whenever possible.
- Take action to address any spills as quickly as possible (Own the spill)
- Report hazards to supervisors or managers promptly where immediate corrective action cannot be taken.

## 4 Process

### 4.1 General Requirements

### Trip and Fall Prevention
- All electrical cords and hoses used in accommodation areas must be in a color that is easily visible to both passengers and crew.
- Warning signs must be placed near vacuum cleaner extension cords when vacuuming takes place and a potential trip hazard exists.
- Any surplus electrical cords must be coiled neatly when possible and rolled up immediately after use.
- Crewmembers must:
  - Avoid running or walking too fast, especially in galleys and restaurants.
  - Avoid carrying items that will obstruct one's view of their walking pathway.
  - Avoid walking through potential slip, trip and fall hazards.
  - Hold the hand rails on stairs and avoid walking while using communication devices.

Sunbeds or sun loungers must be arranged on deck ensuring clear access to minimize trip and fall hazards.

### Slip and Fall Prevention
- The Company must develop a cleaning methodology plan for each ship to implement. The plan must take into consideration the following aspects:
  - Identification of areas with high frequency of slips and falls.
  - Environmental conditions that could make a floor more slippery.
  - Methodology used to ensure floor cleanliness, contamination prevention and maintenance.

- High slip risk floors must be tested at least yearly to determine the coefficient of friction. Results must be utilized to enhance the cleaning methodology plan effectiveness.
- While wet floors are not always slippery, efforts must be made to keep interior floors dry as much as possible, especially in areas exposed to heavy traffic and food and drink consumption.
- Open decks must be kept clean and free from debris whenever possible.
- In winter conditions, every effort must be made to mitigate the presence of ice and snow on outer decks.
- Every crewmember is responsible to prevent slip and falls by taking ownership of any spill they encounter.
  - Spill response stations must be installed in pertinent areas to allow crew members to quickly respond to a spill.
  - Crew members must respond to spills by:

**Page 143**

GR000329

2/3

1. Securing the immediate area around the spill

2. Preventing passengers or crew from walking through/over the spill

3. Cleaning the spill or request assistance. Do not leave the area until the spill has been cleaned and the risk of slip removed.

- A warning sign indicating slippery condition on deck must be prominently displayed on all open decks when wet due to weather conditions, cleaning routines, or as deemed necessary by ship's management.

### Decks, Stairways and Corridors

- Passengers should be encouraged to use handrails where installed while walking about the ship. This includes use of stairways and corridors, especially in heavy weather.
- Passengers should also be encouraged to pay attention when using doors (includes weather, fire, locker, bathroom or balcony doors), especially in high winds. (This may be communicated through guest information directories or other means of shipboard communication such as guest safety videos and websites.

Additional precautions must be taken where bad weather (30 knots wind or more) is expected to occur or being experienced. Such precautions must include:

- Making announcements to inform passengers and crew when bad weather is expected which could cause hazardous conditions. These announcements must include instructions such as guests and crew to exercise additional caution when walking about the ship, not going on outside decks, etc.
- Consider restricting access to open decks most affected by the wind.

### Warning Signage

Warning signage and barriers must be posted whenever:

- Maintenance is being carried out in alleyways or spaces, including elevators and machinery under repair or out of order.
- When loads are placed on to, or removed from top decks, any deck areas and balconies over which the load passes must be closed off to passengers and crew. Examples may include when life rafts are being exchanged, lifeboats are being lowered, (un)loading of higher decks takes place, etc.
- When vacuuming in alleyways or similar common passageways
- When working on elevators, escalators, etc.
- When mopping floors in accommodation areas,
- Cleaning decks, etc.
- Bad weather (30 knots wind or more) is expected to occur or being experienced.

Sport equipment must be positioned clear of the ship's structure to avoid injury.

### 5 Records
N/A

### 6 References
- HMP-1104 HESS Rounds

### 7 Definitions
**Accommodation Areas**: these are defined as areas of the ship used by passengers and crew for lodging or boarding during leisure time for passengers and off duty time for crew.

Top

**Page 144**

GR000330

3/3

Print | Forward Document | Exit

# GUIDANCE DOCUMENT

» | »OHS-1122 - CCL TIER 3 TYPE INSTRUCTIONS | (DATE: 01 MAR 2016) |

| 🖹 BODY | 📖 MANUAL INFORMATION | 🔗 LINKS IN THIS DOCUMENT |

| 🔗 ITEMS REFERENCING THIS DOCUMENT | 🏷 VERSION HISTORY | 🕑 DOCUMENT HISTORY |

**Content**                                                    👁 SHOW TIER III

---

Table of Contents

ADDITIONAL GUIDANCE FOR THE CORRECT IMPLEMENTATION OF THE PROCEDURE:

OHS-1122:Prevention of Slips, Trips and Falls in Accommodation Areas

### ADDITIONAL GUIDANCE FOR THE CORRECT IMPLEMENTATION OF THE PROCEDURE:

### OHS-1122:Prevention of Slips, Trips and Falls in Accommodation Areas

**Definitions:**

Own the Spill: is an internal program designed to secure a spill area and clean it as quickly as feasible. It places responsibility for addressing the issue on every single team member.  Specific instructions are contained in the following attachment: Own the Spill - Quick Spill Station - Quick Clean Station Plan

Electrical cords and hoses used in accommodation areas: For CCL these will always be yellow in color as they are more visible and prevent potential trip and falls.

Cleaning Methodology of Accommodation Areas:

- All vessels must comply with brand standards as designated by the Hotel Department. These standards are located in the Guest Operations intranet site.
- For areas that area exposed to weather, such as open decks, Lido Restaurants and restrooms located in these decks, efforts should be taken to prevent contamination and floors monitored to prevent slip and fall accidents.

**Page 145**

GR000331

1/2

- General cleaning methodology is outlined in the Guest Operations Intranet site. All vessels are expected to comply with these standards.

**Safety Standards for Flooring:**

**For CCL Standards  please review "Slip Resistance Standards and Rating Table"**
**<span style="color:magenta">Click here</span>**

Top

2/2

GR000332



# 2 Minute Trainer

# "OWN THE SPILL "

Spills are very common in high traffic areas like Lido Restaurant / Beverage Stations, public areas like Bars & Lounges, and are one of the leading causes of Guest Accidents.

A proactive response from our Team Members working in the section where the spill occurs, can reduce the occurence of accidents caused by spills. Team Members should "OWN" the spill in and around their section.





Clean Rags will be provided in easily accessible areas by management to facilitate a quick response in case of a spill.

Wait Staff assigned to their specific sections on Lido, are responsible for immediately wiping up any spill occurring in their section, rather than simply placing a chair to cover the spill, or calling another department to clean it up. Bar Staff are similarly responsible for their stations in lounges and along promenade.



In case of large spills ( one meter area or larger ) the area should be immediately cordoned off, and HK team contacted. Area may be cordoned off by using caution cones, or chairs if no cones are readily at hand.

Team Members should drop the dirty rags in the nearest dirty station, and wash hands after cleaning up the spill. Wash hands after cleaning.



NOTE : TEAM MEMBERS CAN ALWAYS UTILIZE THE RESOURCES FROM A NEARBY QUICK CLEAN STATION .

**Page 147**

GR000333

# TWO MINUTE TRAINER

## WET FLOOR AND SPILLS

   

Indoor caution signs                    Outdoor caution signs

Whenever there is a wet floor,  caution sign needs to be placed to advise team member and guest of potential hazard. That condition should be rectified as soon as possible,

Response to spills sighted:

- Should a spill be sighted in common areas, open decks area, whether carpet or tile, should be immediately blocked off with caution signs or with the most immediate item which will cover the spillage eg. a chair.
- The team members (all departments) sighting the spill should either clean it using nearest Quick Clean station or advise Housekeeping and stay near the area until a Hotel steward is able to collect items required for cleaning.

- Spills should be cleaned up immediately and caution signs put in place during cleaning. These signs should not be removed until floor is completely dry and checked as non slippery.

- Whenever a floor is being routinely wet mopped, caution signs must be used and an alternative route should be made available for the guests to pass and have easy access to other areas nearby.

- Once cleaning is completed, the signs and/or cordon should remain in place until the floor is completely dry.
- One person should remain until the floor is dry also to monitor the area and prevent anyone removing or crossing the cordon.

**IMPORTANT :** SPILL CLEAN IS UP IS EVERYONE'S RESPONSIBILITY, WHERE EVER YOU ARE AT ANY TIME. CLEAN IT UP – THIS PREVENT SLIPS AND FALLS!

## PROCEDURE FOR:   LIDO RESTORANT AND OPEN DECK CLEANING RESPONSIBILITIES

**POLICY:** Establish cleaning guidelines for Open decks and Pool areas

**OBJECTIVE:** To ensure that Lido restaurant, Open decks and Pool areas are kept clean, through effective deployment and supervision of the Hotel Department work force. Cleanliness must be the joint responsibility of All assigned supervisors and Team members.

### PROCEDURE:

- Housekeeping Manager responsibilities:

The Housekeeping Manager must assign an adequate amount of Team members to ensure the following tasks can be completed:

Daily floor maintenance – to include debris and stain removal, through sweeping or mopping, on a round the clock basis.

Ensure gutters are free of standing water and debris.

Provide daily maintenance and cleaning of lounge chairs and furniture.

Maintain cleanliness of Upper Lido decks continually.

Maintain cleanliness of Lido Main Pool area tables after food lines close or 5pm whichever occurs first.

Maintain cleanliness and safe operation of Pools and Spas.

Maintain and monitor restroom cleanliness.

- Food Operations Manager responsibilities:

Needs to ensure that the sufficient staff is assigned to service the Lido Restaurant which will include all Food outlets. Food Servers will clear plates, cups, glasses, silverware and sanitize tables in a timely manner to ensure clean tables are available to Guests. They should clear plates, glasses and cups from lounge chair/Pool areas. Clean tables in an organized manner to prevent debris from falling from tables to floor and to ensure chairs are clean and neatly arranged around tables.

- Bar Operations Manager responsibilities:

To ensure that scheduled staff collecting soiled/used glasses, napkins, and ashtrays from all tables and lounge chair/ Pool areas. Assigned staff will clear glasses and items appropriate to bar service in a timely manner to ensure clean tables and chairs are available to Guests',  deck is clear of glasses during bar/lounge hours.  Clean tables in an organized manner to prevent debris from falling from tables to floor. To ensure chairs are clean and neatly arranged around tables

- Joint responsibilities of all team members assigned to Lido/open decks:

All Team members must be trained to follow a "first see - clean up" philosophy, regardless of Department.

All Team members should ensure all plates, cups, glasses are collected throughout to maintain lounge chair/Pool areas clean and tidy, ensure chairs are clean and neatly arranged around tables.

Spills should be cleaned up as soon as seen to avoid slips and falls.

(Quick Clean station is set up all around as ship specific all Team members must be aware of locations)

### RESPONSIBLE FOR COMPLIANCE:

Hotel Director
Housekeeping Manager
Food Manager
Beverage Manager
All Team members

## PROCEDURE FOR: WORK ORDER REPORTS

POLICY:  All work orders generated by housekeeping should be made by the Floor Supervisors or Assistant Housekeeping Manager of each area.

OBJECTIVE:  To ensure all maintenance issues are reported and addressed promptly or as soon as possible.

PROCEDURE:

All Housekeeping Team Members, Supervisors and Management must report and follow up on any maintenance issue noticed by them anywhere around the ship including crew areas.

Stateroom Stewards should be reporting all work orders to their immediate Supervisor. Stateroom Stewards must not call maintenance personnel directly, but report to Floor Supervisors or Assistant Housekeeping Manager who will follow up with the maintenance request and arrange for them to be contacted if necessary.

To avoid excessive calls to the maintenance teams, calls will be made by Floor Supervisors or Assistant Housekeeping Manager for urgent work requests only.

Repair request made by Guests personally to either to Stateroom Steward, Management or Guest Services Associates should be considered as 'Urgent' request and response time to fix this repair request should be within 30 minutes. Other issues that need immediate attention such as toilet or sink blocked, flood, lights or telephone in stateroom not working, entrance door does not lock or open, A/C not working, etc. are also considered 'Urgent' repair requests.

All general and non-priority work orders should be reported in the usual manner via InfoShip.

For all emergency work orders, Floor Supervisors can call maintenance team and as soon as they are aware of the maintenance issue and they must make an InfoShip work order for that particular issue, later in the day or at the end of their shift.

In order for Floor Supervisors not to be swamped with maintenance calls, Stateroom Stewards must be instructed to log all non-urgent maintenance issues of their section on a maintenance sheet and hand it over to the Floor Supervisors when they see them in their sections or at the end of each shift.

Stateroom Stewards must report back if maintenance issues in their section are not corrected within a specified time frame.

Floor Supervisors and Assistant Housekeeping Managers must follow up and track work orders made by them to make sure that they are completed; pending work orders must be followed up on for completion.

Repair personnel such as plumbers, electricians, joiners and upholsterers performing work in guest or crew cabins shall have a sub-master key issued to them by the department head. A "key control" log must be accurately maintained. Authorized repair personnel may conduct necessary repairs with a valid work order in guest or crew cabins without the presence of the occupant, housekeeping or department representative. If repair personnel are unaccompanied, the door shall remain fully open during the repair process. Any team member who violates the provisions of this paragraph is subject to disciplinary action.

RESPONSIBLE FOR COMPLIANCE:

>   All Housekeeping Management and supervisor
>   Stateroom Stewards
>   Assistant Stateroom Stewards
>   Hotel Stewards

EXHIBIT

5

exhibitsticker.com

Page 1 of 1

GR000335

# WORK Request : WR104381  - HOUSEKEEPING

**WR ID : VS_0363525**

WR Date : **07-14-2023**     WR Time : **12:59:55**

Problem Type : **C_CARPENT**

| | |
|---|---|
| WR Status : | **Checked** |

Type Description : **CCL - REFURBISH: CARPENTRY**

Deck :

Location : **HQ_0071134  VS/DK11/FZ03/PS/ MAIN VERTICAL ZONE 3**

| |
|---|
| Upd. User : **X-COMM** |
| Upd. Date : **07-17-2023** |
| Upd. Time : **13:41** |

Area :

Category :

Item :

Defect Category :

Defect Description :

Requestor : **SUP POOL/D  SUPERVISOR POOLS / DECKS**

To Department : **ENGINE       ENGINE DEPARTMENT**

Responsible : **FMM TEAM    REFURBISH TEAM LEADER**

Subject : **Others**

Compliance :

Priority : **TOP URGENT**

Root Cause :

Notes : dk 11 mid portside stairs near the DJ station, 1 wooden board of the steps detached and screws needs to be tightened

**SUPERVISOR POOLS / DECKS**

---

# WORK Order : WM104799   ENGINE DEPARTMENT

**WO ID : VS_0504385**

WO Date : **07-14-2023**     WO Time : **16:41:59**

| | |
|---|---|
| WO Status : | **CLOSED** |

Responsible : **FMM TEAM    REFURBISH TEAM LEADER**

Subject : **Others**

| |
|---|
| Upd. User : **H_SENIOR CARPENTER** |
| Upd. Date : **07-14-2023** |
| Upd. Time : **13:43** |

done

**REFURBISH TEAM LEADER**

EXHIBIT

6

**InfoSHIPsql**

SHIP  CARNIVAL VISTA

# WORK Request : HL105139   - HOUSEKEEPING

WR ID : VS_0170965

| | |
|---|---|
| WR Date : **02-17-2020** | WR Time : **03:27:06** |

Problem Type : **REFURBISH**

Type Description : **CARPENTRY,UPHOLSTERY,MASONRY,PAINTING**

Deck : **DK11**　　　　**DECK 11**

Location : **HQ_0049706**　**VS/DK11/FZ06/SB/ CABIN, GUEST, 11203**

Area : **OPEN**　　　　**OPEN DECKS**

Category : **FLOORING**　**FLOORING**

Item : **WOOD**　　　　**FLOOR WOOD (PLANK/PARQUET)**

Defect Category : **SECURE**　　**SECURE/ACCURATE FITTING**

Defect Description :

Requestor : **SUP POOL/D**　**SUPERVISOR POOLS / DECKS 32110**

To Department : **ENGINE**　　　**ENGINE DEPARTMENT**

Responsible : **F_MAIN_MAN** **FACILITIES MAINTENANCE MANAGER**

Subject : **Fwd/Mid/Aft D11-12 stairs,black anti slip rubber detached.Tnx**

Compliance :

Priority : **HIGH**

Root Cause :

Notes :

WR Status : **CLOSE WITH WO**

Upd. User : **REFURB TEAM LEADER**
Upd. Date : **02-17-2020**
Upd. Time : **13:55**

**SUPERVISOR POOLS / DECKS 32110**

# WORK Order : WO170919   ENGINE DEPARTMENT

WO ID : VS_0239075

WO Date : **02-17-2020**　　WO Time :

Responsible : **F_MAIN_MAN** **FACILITIES MAINTENANCE MANAGER**

Subject : **Fwd/Mid/Aft D11-12 stairs,black anti slip rubber detached.Tnx**

WO Status : **CLOSED**

Upd. User : **REFURB TEAM LEADER**
Upd. Date : **02-17-2020**
Upd. Time : **13:55**

**FACILITIES MAINTENANCE MANAGER**

**Page 152**

GR000352

# WORK Request : HL105860   - HOUSEKEEPING

WR ID : VS_0172312

WR Date : **02-26-2020**     WR Time : **03:56:50**

Problem Type : **REFURBISH**

WR Status : **CLOSE WITH WO**

Type Description : **CARPENTRY,UPHOLSTERY,MASONRY,PAINTING**

Upd. User : **REFURB TEAM LEADER**
Upd. Date : **02-26-2020**
Upd. Time : **07:14**

Deck : **DK11          DECK 11**

Location : **HQ_0049718  VS/DK11/FZ06/SB/ CABIN, GUEST, 11215**

Area : **OPEN          OPEN DECKS**

Category : **FLOORING    FLOORING**

Item : **WOOD          FLOOR WOOD (PLANK/PARQUET)**

Defect Category : **SURF COAT   SURFACE COATING/FINISH APPEARANCE**

Defect Description :

Requestor : **SUP POOL/D  SUPERVISOR POOLS / DECKS 32110**

To Department : **ENGINE          ENGINE DEPARTMENT**

Responsible : **F_MAIN_MAN FACILITIES MAINTENANCE MANAGER**

Subject : **Fwd/Mid/Aft,Port/Stbd staircases wood worn out.Tnx**

Compliance :

Priority : **HIGH**

Root Cause :

Notes :

**SUPERVISOR POOLS / DECKS 32110**

---

# WORK Order : WO172273   ENGINE DEPARTMENT

WO ID : VS_0240945

WO Date : **02-26-2020**     WO Time : **07:00:00**

WO Status : **CLOSED**

Responsible : **F_MAIN_MANFACILITIES MAINTENANCE MANAGER**

Upd. User : **REFURB TEAM LEADER**
Upd. Date : **02-26-2020**
Upd. Time : **07:14**

Subject : **Fwd/Mid/Aft,Port/Stbd staircases wood worn out.Tnx**

we just replace this no need to request.

**FACILITIES MAINTENANCE MANAGER**



EXHIBIT

7

exhibitsticker.com

## JOB DESCRIPTION

| JOB TITLE: | Housekeeping Manager ( III Stripe) |
|---|---|
| MANAGER'S TITLE: | Hotel Director |
| DEPARTMENT NAME: | Housekeeping |
| REPORTS TO : | Hotel Director |

**BASIC PURPOSE:** The Housekeeping Manager is responsible for the overall supervision and operation of the housekeeping department. He/she supervises a team of Assistant Housekeeping Managers and all members of the housekeeping team.

**HIS/HER RESPONSIBILITIES INCLUDE, BUT ARE NOT LIMITED TO THE FOLLOWING:**

- Supervision of housekeeping operations, including all guest staterooms, all guest areas (including the open decks), all crew areas, laundries and scheduling, manning and work hours.
- Train and develop housekeeping personnel.
- Communication to staff and other departments through regular onboard meetings.
- Ensure participation in relevant ship functions.
- Housekeeping staff files management, supervision and follow-up of disciplinary action.
- Housekeeping personnel employment terminations, forwarding copies of written reports, verbal and written warnings to shore side management.
- Interview onboard applicants for the housekeeping department.
- Ensure CCL standards of stateroom set-up are met, in addition to cleaning procedures, chemical safety, environmental, HESSMS and USPH compliance.
- Reports directly to the Hotel Director for the aspect of safety, environmental, and security within the areas of assigned responsibilities.
- Ensure correct implementation of the HESS-ES procedures involving assigned personnel.
- Regular inspections of lockers, staterooms, pantries, public areas, laundries and other areas as deemed necessary to ensure that CCL standards are being met and maintained.
- Inventory / cost management, ordering, stock control and distribution.
- Deal with guest comments regarding housekeeping issues and personnel.
- Carry out USPH inspections in all housekeeping areas, validate and sign all sanitation logs and maintain updated records.
- Ensure proper functioning of the main laundry and launderettes.
- Ensure proper handover reports as per company guidelines.
- Adhere to all Carnival Service Values at all times.
- Extend appropriate greeting to all guests and crew at every opportunity.
- Apply hospitality standards at all times in guest and crew areas.
- Follow all environmental, USPH and HESS - MS procedures as applicable for position.
- Follow up Time and Attendance policy.

**REPORTING RELATIONSHIPS:**

Hotel Director
Fleet Housekeeping Manager
Senior Fleet Housekeeping Manager
Vice President Housekeeping, Laundry and Vessel Sanitation Program

Revision: 02 Date: 10/03/2016

GR000298

**Carnival**

# JOB DESCRIPTION

| | |
|---|---|
| **JOB TITLE:** | Supervisor Pools & Decks |
| **MANAGER'S TITLE:** | Housekeeping Manager |
| **DEPARTMENT NAME:** | Housekeeping |
| **REPORTS TO :** | Assistant Housekeeping Manager and above |

**BASIC PURPOSE:** The Supervisor Pools & Decks supervises team members working on the open decks.

**HIS/HER RESPONSIBILITIES INCLUDE, BUT ARE NOT LIMITED TO THE FOLLOWING:**

- Completion of special tasks as set by the onboard housekeeping management and reporting of problems performing these tasks.
- Supervision of housekeeping operation on open deck areas (verandas, external swimming pools, whirlpool areas etc) and supervision of team members working on the open decks.
- Training and development of team members.
- Ensure a safe operation on the open decks and maintain cleanliness of housekeeping cleaning equipment and lockers located in the open deck areas.
- Ensure that team members comply with the garbage management program, with particular emphasis on garbage separation.
- Report all maintenance issues to Assistant Housekeeping Managers.
- Follow USPH procedures as directed in The Vessel Sanitation Manual.
- Ensure that chlorine, bromide and PH levels in the pools and whirlpools are maintained according to the USPH requirements. Maintain the pool logs.
- Ensure that "Port Operation Restrictions" are followed during cleaning of the open decks.
- Ensure that swimming pools and water slide operations are supervised and monitored according to CCL policies.
- Ensure that swimming pools, towel counter, whirlpools and water slide are open and closed in timely manner.
- Supervision and control of the beach towel operation on the open decks.
- Ensure that all chemicals used on the open decks are properly labeled and stored.
- Ensure that deck chairs are properly stored and secured when not in use.
- Ensure that channels are being cleaned on a daily basis.
- Ensure that all stainless steel, brass and glass areas are free of salt and rust.
- Advice Assistant Housekeeping Manager immediately of any safety concerns involving guests and team members.
- Adhere to all Carnival Service Values at all times.
- Extend appropriate greeting to all guests and crew at every opportunity.
- Apply hospitality standards at all times in guest and crew areas.
- Follow all safety regulations (boat drills, safe operation of RWF etc.) during the course of duty.
- Follow all environmental, USPH and HESS - MS procedures as applicable for position.
- Follow up Time and Attendance policy.

**REPORTING RELATIONSHIPS:**
Assistant Housekeeping Manager
Senior Assistant Housekeeping Manager
Housekeeping Manager

Revision: 02 Date: 10/03/2016

GR000299

Create Procedure Suggestion | Print | Forward Document | Exit

# OL PROCEDURES

» JOB DESCRIPTIONS » JD015 - REFURBISHING TEAM MEMBER (DATE: 06 APR 2015)



📄 BODY | 📖 MANUAL INFORMATION | 🔗 LINKS IN THIS DOCUMENT | 🔗 ITEMS REFERENCING THIS DOCUMENT | ⚑ VERSION HISTORY | 🕚 DOCUMENT HISTORY

**Content** 👁 SHOW TIER III

**Table of Contents**

REFURBISHING TEAM MEMBER

1.0 Title:

2.0 Department:

3.0 Job Summary:

4.0 Responsibility and authority:

5.0 Education:

6.0 Sub-ordinate positions:

7.0 Reports to:

**REFURBISHING TEAM MEMBER**

**1.0 Title:**
REFURBISHING TEAM MEMBER

**2.0 Department:**
Deck Department

**3.0 Job Summary:**
- Responsible for the upkeep of the vessel's Guests and Crew areas.
- Carrying out refurbishment, repairs and daily works as instructed by the Team Leader.
- Responds to Guest work orders and repair requests.
- Responds to Crew work orders and repairs requests.
- Ensures that all aspects of the company's environmental policy and procedure applicable to his job tasks are properly carried out including, but not limited to, the proper labeling of all hazardous material containers including those which may be temporarily used, the proper storage and containment of hazardous chemicals including paints, the proper precautionary procedures specified by the company when painting onboard or "over the side", the proper application of the company's personnel protection program.
- Performs safety equipment repairs as needed.
- Responsible for the upkeep of the assigned work shop, lockers (Mason, Joiner, etc.).
- Being able to undertake jobs to provide help to Mason, Joiner, Upholster, and Carpenter.

**4.0 Responsibility and authority:**
He/she will be responsible for:

- Carrying out refurbishment, repairs and new installation in Guest and Crew areas as instructed by the Team Leader.
- Provides night call assistance on a rotation basis as scheduled by the Team Leader.
- Performs routine inspections of all Guest and Crew areas under his specific responsibility (i.e. carpet, upholster, etc.).
- Responsible to learn the proper use of tools and equipment, and P.P.E. as instructed by the Team Leader.
- Assist the fresh water bunkering operations. The carpenter designated by the Team Leader/St. Captain is the ones responsible for this task.
- Ensure that all aspects of company's OH&S are effectively applied during his/her working activities
- Perform Back stage services
- Carry out night beeper duties as requested by the Team Leader
- Any other assignment as required by the Staff Captain or by the Team Leader

**5.0 Education:**
- Current and valid Basic Training Certificate as per STCW Regulation.
- Current and valid Crowd Management Certificate, Company will provide this course within first contract.

**6.0 Sub-ordinate positions:**
None

**7.0 Reports to:**
Team Leader

**Printed copies are not official documents, but are for reference only.**

Top

GR000337

1/1

| Create Procedure Suggestion | Print | Forward Document | Exit |

# OL PROCEDURES

≫ JOB DESCRIPTIONS   ≫ JD027 - FACILITY MAINTENANCE MANAGER   (DATE: 12 DEC 2018)



▤ BODY | ▤ MANUAL INFORMATION | ✎ LINKS IN THIS DOCUMENT

✎ ITEMS REFERENCING THIS DOCUMENT | ⚑ VERSION HISTORY | ↺ DOCUMENT HISTORY

## Content    👁 SHOW TIER III

### Table of Contents

FACILITY MAINTENANCE MANAGER

1.0 Title:

2.0 Department:

3.0 Job Summary:

4.0 Responsibility and authority:

5.0 Education:

6.0 Sub-ordinate positions:

7.0 Reports to:

### FACILITY MAINTENANCE MANAGER

### 1.0 Title:
FACILITY MAINTENANCE MANAGER

### 2.0 Department:
Engine Department

### 3.0 Job Summary:
Responsible for the vessel's Hotel, Catering Equipment, in charge of:

- Galley equipment and Machinery

- Guest/Crew Cabins and Guest/Crew Areas

GR000338

1/3

- Laundry Equipment

- Turbo-lint (Main Laundry Filter)

- Waste Management Plant equipment

- Incinerator and Ancillary Equipment

- Swimming Pools, Whirlpool and ancillary equipment (maintenance, repair, treatment, and analysis)

- Pool dome (where applicable)

- Galley Hood and Ducts including Steam Smothering Systems (where applicable) in cooperation with Team R Leader

- Hood Washing System

- Decks Machinery

- Fork lifts and Trolleys

- Fire Screen Doors and Sliding Doors

- Routine test of backflow preventers, including up keeping logs (outside Engine Spaces)

- Responsible for the issuance of Permit to Work (Hot Work Permit, Confined Space, etc.)

- Supervise Team Leader and Chief Plumber activities (including requisitions)

- Windows and gondola washing system

- Participate in ERM Ops

## 4.0 Responsibility and authority:
He/she will be responsible for:

- Ensures that all machinery assigned is in working order and in compliance with Environmental, Health and Safety Procedures, ensures maintenance is carried out at due intervals in accordance with planned maintenance and service requirements. and all related log and record are updated.

- Update equipment technical cards of machinery assign to him and his subordinates

- Reports any abnormal condition of the machinery assigned

- Records maintenance and inventory updates in InfoSHIPsql

- Supervises and check receipt of ordered spare parts of his own

- Responsible for updating Operating Manuals belonging to assigned equipment

- Participate in drills and training as required by the Company

- Ensure that all aspects of the company's environmental policy and procedure applicable to his job tasks are properly carried out including, but not limited to, the proper labeling of all hazardous material containers including those which may be temporarily used, the proper storage and containment of hazardous chemicals including paints and the proper application of the company's personnel protection program

- Any additional assignment as per Chief Engineer discretion

- Ensure that all aspects of company's OH&S are effectively applied during his/her working activities

- Ensure that they are up to date on all ERM policies and procedures

## 5.0 Education:

GR000339

2/3

- Nautical High School Diploma

- IMO Certificate - Chief Engineer License IMO III/2 on ships powered by main propulsion machinery of 3,000 kw or More

- Flag state IMO endorsement of recognition

- Current and valid Basic Training Certificate as per STCW Regulation

- Survival Craft Operator Certificate

## 6.0 Sub-ordinate positions:

3rd Engineer Officer (Hotel), Team Leader, Chief Plumber, Galley Service Tech, Hotel Service Tech, Hotel Fitters

## 7.0 Reports to:

Staff Chief Engineer

**Printed copies are not official documents, but are for reference only.**

Top

GR000340

3/3

**Carnival**

# JOB DESCRIPTION

| JOB TITLE: | Hotel Steward/ess |
|---|---|
| MANAGER'S TITLE: | Housekeeping Manager |
| DEPARTMENT NAME: | Housekeeping |
| REPORTS TO : | Pool and Deck Supervisor and above |

**BASIC PURPOSE:** The Hotel Steward/ess is responsible for cleaning and maintaining public areas, open decks, spa area (gym, sauna, steam rooms, lockers), crew areas and staff/officer cabins as assigned and as per CCL standard.

**HIS/HER RESPONSIBILITIES INCLUDE, BUT ARE NOT LIMITED TO THE FOLLOWING:**

- Maintenance and cleaning of public areas (such as spa, saunas, steam rooms, dining rooms, restrooms, lounges, etc.), open decks ( such as restaurants, pools, whirlpools etc.), crew areas ( such as crew restrooms, Medical Center, staff/officer cabins, etc.)
- Report all repairs to be made in assigned section, especially safety related issues and follow-up with management as necessary.
- Correct usage, storage and labeling of all chemicals and other applicable equipment.
- Use cleaning machines and cleaning equipment under the guidance of management, maintain and as designated by immediate supervisor.
- Coverage of stateroom services as required as part of ongoing training.
- Ensure staff/officer cabins and bathrooms are cleaned as per company's standards.
- Ensure hallway/corridor and lockers are kept clean and tidy at all times.
- Ensure carpets in cabins where applicable and hallways/corridors are kept clean through daily spotting.
- Ensure staff/officer uniforms and promptly delivered and accounted.
- Adhere to the company's standards regarding dress and appearance (Carnival Look Book).
- Adhere to all Carnival Service Values at all times.
- Extend appropriate greeting to all guests and crew at every opportunity using their names.
- Apply hospitality standards at all times in guest and crew areas.
- Advise any guest challenges immediately to Housekeeping Management.
- Follow all safety regulations during the course of duty.
- Adhere to CCL environmental towel hanger policy.
- Coverage of stateroom services as required as part of ongoing training.
- Assist with luggage delivery and related duties as instructed.
- During dry docks/wet docks schedules may be altered to include the coverage of stateroom cleaning and services and or special assignments related to the circumstances.
- Follow all environmental, USPH and HESS - MS procedures as applicable for position.
- Follow up Time and Attendance policy.

**REPORTING RELATIONSHIPS:**
Assistant Housekeeping Manager
Senior Assistant Housekeeping Manager
Housekeeping Manager

Revision: 03 Date: 10/03/2016

GR000297

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:24cv21185

AT LAW AND IN ADMIRALTY

CLAY CROCKETT,

     Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE,

     Defendant.

_____/

## COMPLAINT FOR DAMAGES

The Plaintiff, CLAY CROCKETT, hereby sues the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE, and files this Complaint for Damages and says:

## THE PARTIES AND JURISDICTION

1.     This is an action seeking damages in excess of $75,000.00, exclusive of interest, costs and attorney's fees.

2.     **THE PLAINTIFF**.  The Plaintiff, CLAY CROCKETT (hereinafter referred to as "Plaintiff" or "CROCKETT"), is *sui juris* and is a citizen of the United States of America and resident of Jackson, Tennessee.

3.     **THE DEFENDANT.** The Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE (Hereinafter referred to as "Defendant or "CARNIVAL") is a foreign corporation incorporated in Bermuda and is doing business in Miami Dade County, Florida.  The

1

Defendant is a citizen of Florida for purposes of diversity of citizenship under 28 U.S.C. § 1332. At all times material hereto, the Defendant owned and/or operated the ship on which the subject incident occurred.

4. **<u>FEDERAL SUBJECT MATTER JURISDICTION</u>**. Federal subject matter jurisdiction arises under and is by virtue of Diversity of Citizenship pursuant to 28 U.S.C. § 1332 as this is a civil action where the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs and is between citizens of different States and/or citizens of a State and citizens or subjects of a foreign state. This action also arises under and is by virtue of the admiralty or maritime jurisdiction pursuant to 28 U.S.C. § 1333. Further, this action is being filed in Federal Court in Broward County, Florida, as required by the venue selection clause in the Passenger Contract Ticket issued by the Defendant.

5. **<u>VENUE AND PERSONAL JURISDICTION.</u>** The Defendant, at all times material hereto, itself or through an agent or representative, in the County and in the District in which this Complaint is filed:

(a) Operated, conducted, engaged in or carried on a business venture in this state and/or county; and/or

(b) Had an office or agency in this state and/or county; and/or

(c) Engaged in substantial activity within this state; and/or

(d) Committed one or more of the acts stated in Florida Statutes, Sections 48.081, 48.181 or 48.193.

6. **<u>SPECIFIC PERSONAL JURISDICTION:</u>** Alternatively, the Defendant is subject to specific personal jurisdiction in the Southern District of Florida. There is an adequate link between this forum and these claims. This suit relates to and/or arises out of activities in this

2

forum or is related to the Defendant's contacts with this forum. See, e.g., *Ford Motor Co. v. Mt. Eighth Jud. Dist. Ct.*, 141 S. Ct. 1017, 1038 (2021) and *Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 414 n.8 (1984).

7. The Defendant's ships, which includes the *Carnival Vista,* regularly and continuously enter United States waters including in Florida. The Defendant's negligence in this case occurred on a cruise with the port of embarkation in Galveston, Texas.

8. All conditions precedent for filing and maintaining this action have been fulfilled, have been waived, or do not apply.

**OTHER ALLEGATIONS COMMON TO ALL COUNTS**

9. **DATE OF INCIDENT.** This incident occurred on July 14, 2023.

10. **LOCATION OF INCIDENT.** The incident occurred on Deck 11 of the *Carnival Vista,* while the ship was in navigable waters. Accordingly, the Plaintiff's claims are governed by the general maritime law.

11. **STATUS OF PLAINTIFF AS OF DATE AND TIME OF THE INCIDENT.** At all times material hereto, the Plaintiff was a passenger on the subject cruise ship described herein and, accordingly, was an invitee while on the vessel.

12. ***CARNIVAL VISTA* AND THE DANGEROUS CONDITION**. CARNIVAL owns and operates 24 cruise ships including the *Carnival Vista*. The *Carnival Vista* is part of the Vista-class which includes *Carnival Horizon* and *Carnival Panorama, Carnival Venezia* as well as the *Costa Firenze*. Each and every one of CARNIVAL's ships features open decks. CARNIVAL offers exterior staircases to allow passengers to move freely between the open decks. The Lido Deck (Deck 10) features pools and spas. Deck 12 features CARNIVAL's waterworks. Additionally, CARNIVAL offers passengers lounge chairs throughout the Lido Deck (Deck 10) and Deck 11.

CARNIVAL anticipates and expects that passengers will use lounge chairs available to them. CARNIVAL is responsible for placing the lounge chairs throughout the open decks including underneath the staircase that connects Deck 11 and Deck 12. CARNIVAL intentionally offers these lounge chairs, including on Deck 11, to allow passengers to stay relax while they are outside.

13. The exterior staircases feature steps made of teak wood with a metal nosing on the front edge of each step. The exterior staircases are exposed to the hot outside temperatures and humidity. As such, CARNIVAL crewmembers regularly tend to exterior staircases. CARNIVAL crewmembers must often inspect the staircases to ensure the staircase is safe for use by the passengers and crew members. Over time and exposure to the elements, the staircases and steps, which are made of teak wood with a metal nosing on the front edge of each step, will rust and wear down. Further, the vibrations of the ship also cause the screws and/or bolts to loosen. The sources of vibration are due to the movement of the ship from being underway, the movement in the seas including roll, pitch and yaw and the ship's massive diesel engines which run constantly. Because of these issues, CARNIVAL knows that it is critical to inspect the steps on the exterior staircases. In fact, on a daily basis, CARNIVAL crewmembers are in the subject area going up and down the exterior staircases. CARNIVAL's crewmembers could have easily discovered the unsecured step on the exterior staircase.

14. **<u>DESCRIPTION OF THE INCIDENT</u>**. On July 14, 2023, on the seventh day of the cruise, CARNIVAL set up the lounge chairs on Deck 11 for passengers to use. Some of the lounge chairs that CARNIVAL placed on the deck were directly underneath the open deck staircases. At approximately 11:30am, CROCKETT went up to Deck 11 to read on the open deck. CROCKETT found an available lounge chair and sat down. The available lounge chair was directly under one of the open deck staircases. While another passenger walked up the staircase

directly above the Plaintiff, who was sitting on the lounge chair reading his Kindle, a heavy wood panel approximately 4 feet long, fell off one of the steps. The heavy wood panel fell directly on CROCKETT's head. CROCKETT had no way of knowing that the wood panel on the staircase was loose and unsecure. There were no warning signs in the area indicating that the staircase was broken or not working properly.

15.    CROCKETT immediately reported the incident to CARNIVAL and was taken to the medical infirmary on board the *Carnival Vista*. CROCKETT complained of dizziness, nausea and vomiting. CARNIVAL's medical infirmary released CROCKETT. Later that evening, CROCKETT's symptoms–dizziness, nausea and vomiting–were getting worse. CROCKETT also began experiencing confusion, slurred speech, light and sound sensitivity, trouble walking and balance issues.  CROCKETT returned to the medical infirmary on board the *Carnival Vista*. CARNIVAL's medical infirmary kept him for 12 hours of observation. The following day, CROCKETT disembarked from the ship and flew home.

16.    **DAMAGES.**  As a result of CARNIVAL's negligence, CROCKETT sustained severe and permanent injuries, including but not limited to a head laceration, a concussion, a traumatic brain injury and experiences the following constant headaches, dizziness, nausea, vomiting, brain fog, confusion, memory loss, and sensitivity to lights and sounds. These injuries are permanent and significantly affect CROCKETT's life and abilities. Those injuries and the sequelae of those injuries are permanent.  Accordingly, Plaintiff will suffer from those injuries for the remainder of his life, on a permanent basis in the future. Plaintiff has suffered economic damages such as medical, psychological, and other related expenses in the past and in the future; household and other related expenses in the past and in the future; lost income in the past and lost income and earning capacity in the future; non-economic damages in the past and in the future

such as pain, suffering, disability, physical impairment, scarring, disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life.

17.    **NOTICE: PRIOR SIMILAR INCIDENTS**. Prior similar incidents show evidence that CARNIVAL had notice of the dangerous condition here. CARNIVAL documents injuries in various ways which may include prior shipboard safety meetings; work orders; prior repairs; logs or databases of prior similar incidents; prior complaints made to guest services throughout its fleet; safety testing and/or inspections testing. Examples of prior similar incidents known to date include the following:

   a.  Passenger Eric Davis was severely injured when a panel fell on him on board the *Carnival Legend* on December 20, 2021. *Davis v. Carnival Corp.*, Case No. 1:22-cv-24063.

   b.  Passenger Jackson was injured due to a falling panel on board the *Carnival Sunrise* on January 31, 2020. *Jackson v. Carnival Corp.*, Case No. 21-cv-20035.

   c.  Passenger was injured when a panel fell on board the *Carnival Dream* on January 1, 2019. *Giusti v. Carnival Corp.*, Case No. 2019-cv-25232.

   d.  Passenger Kreuger was injured due to falling ceiling panels onboard the *Carnival Valor* on January 27, 2019. *Kreuger v. Carnival Corp.*, Case No. 20-cv-20138-JLK.

   e.  Passenger Prevost was injured due to falling panel on board the *Carnival Glory* on May 12, 2019. *Prevost v. Carnival Corp.*, Case No. 20-cv-24798.

   f.  Passenger Stevens was injured due to a falling panel on board the *Carnival Liberty* on May 9, 2019. *Stevens v. Carnival Corp.,* Case No. 20-cv-22420- UU.

g. Passenger Hughes was injured due to a falling panel on board the *Carnival Dream* on December 18, 2019. *Hughes v. Carnival Corp.*, Case No.: 20-cv-24540.

h. Passenger Goodman was injured due to a panel falling onboard the *Carnival Glory* on December 1, 2018. *Goodman v. Carnival Corp.*, Case No. 20-cv-20431-MGC.

i. Passengers Wilbert Smith and Beverly Smith were injured when a panel fell on them on board the *Carnival Splendor* on August 1, 2018. *Smith et al. v. Carnival Corp.*, Case No.: 1:19-cv-23123.

18. **<u>NOTICE: CORRECTIVE ACTION.</u>** Additional evidence that CARNIVAL had notice of the dangerous condition here is shown by the fact that after Plaintiff was injured, crewmembers blocked off the staircase on the top and bottom. CARNIVAL also placed a crewmember at the bottom of the staircase to verbally advise passengers that the staircase was closed.

19. **<u>NOTICE: LENGTH OF TIME THE DANGEROUS CONDITION EXISTED.</u>** Additional evidence that CARNIVAL had notice of the dangerous condition here is shown by the length of time that the condition existed. Given that the panel fell, the fasteners (screws and/or bolts) were likely completely rusted. This demonstrates that the dangerous condition existed for an extended period of time.

20. **<u>NOTICE: ON-GOING, REPEATIVE PROBLEM.</u>** Additional evidence that CARNIVAL had notice of the dangerous condition here is shown by the fact that the wooden panel that is attached to the staircase repetitively becomes loose thereby creating a hazard to passengers on board.

21. **NOTICE: MAINTENANCE, INSPECTION AND REPAIR.** Additional evidence that CARNIVAL had notice of the dangerous condition here is shown by the fact that CARNIVAL maintains, inspects or repairs the exterior staircases on a regular basis. The staircases are used by passengers and crewmembers alike. CARNIVAL must conduct regular maintenance, inspections or repairs on of its staircases. CARNIVAL is responsible for inspecting and securing the wooden panels on the staircase. As such, CARNIVAL knows or should have known when one of these panels is not properly re-attached or in a secured position. The improper placement and failure to secure the panels means that the panels are loose and that the panels will fall and injure people under them.

22. **NOTICE: CREW MEMBERS IN THE VICINITY OF THE SUBJECT AREA.** Additional evidence that CARNIVAL had notice of the dangerous condition here is shown by the fact that crew members were in the subject area.

23. **NOTICE: TRAINING AND PROCEDURES AND TRAININGS.** Additional evidence that CARNIVAL had notice of the dangerous condition here is shown by the fact that the cruise line has policies and procedures applicable to the subject area. CARNIVAL has policies regarding inspection, cleaning and/or maintenance applicable to the subject area. CARNIVAL specifically trains its crew members to inspect and maintain the subject area in a safe condition. CARNIVAL requires and trains crew members to warn passengers of any hazards and/or dangerous conditions including the subject dangerous condition. CARNIVAL specifically trains crew members to place written warning signs, markers and/or other indicators to warn passengers of hazardous and/or dangerous conditions including the subject dangerous condition. CARNIVAL knew or should have known that without verbal, written and/or visual warnings passengers may not be able to appreciate the irregularities of the wooden panel on the exterior staircase. CARNIVAL knew or

should have known through the use of reasonable care that the irregularities of the wooden panel on the exterior staircase is not open and obvious to its passengers.

24.     **NOTICE: VIOLATION OF INDUSTRY STANDARDS**. CARNIVAL, at all relevant times, was also under a legal duty to comply with mandatory international vessel safety regulations that are promulgated by the International Maritime Organization (IMO) under authority expressly conferred by the U.S. Senate-ratified international Safety of Life at Sea (SOLAS) treaty, including *Part C*, *Regulation 13*, subpart 1.1 "safe escape routes shall be provided."); subpart 1.2 ("escape routes shall be maintained in a safe condition clear of obstacles.") CARNIVAL's walkways are escape routes that CARNIVAL must maintain in a safe condition. Upon information and belief, CARNIVAL, at all relevant times, was aware of industry safety standards of ASTM International, ANSI, ISM Code and Regulations and other industry standards applicable to providing and maintaining safe walkways and floor materials. See, *e.g.*, IMO, MSC Circular 735 (24 June 1996); U.S. Access Board, Draft Passenger Vessel Accessibility Guidelines (2000-present) and ADA Accessibility Guidelines; 46 CFR §§72.05-20(n), 116.438(h); ASTM F-1166-07; Life Safety Code; and Safety of Life at Sea SOLAS) Treaty.

**COUNT I**
**NEGLIGENT MAINTENANCE**

25.     The Plaintiff hereby adopts and re-alleges each and every allegation in paragraphs 1 through 24, above.

26.     This is an action against CARNIVAL for its negligent failure to maintain the subject exterior staircase between Deck 11 and 12, onboard the *Carnival Vista* in a safe manner.

27.     **DUTIES OWED BY CARNVAL**. CARNIVAL owes a duty to exercise reasonable care for the safety of its passengers, including the Plaintiff. CARNIVAL owes a duty as a common carrier to its passengers to maintain all areas of its ship. CARNIVAL's duty of care includes

9

**Page 169**

maintaining the subject exterior staircase between Deck 11 and 12, onboard the *Carnival Vista* in a safe manner, including the subject exterior staircase between Deck 11 and 12 from which a wooden panel fell on CROCKETT's head on July 14, 2023.

28. CARNIVAL had actual notice and/or constructive notice of the dangerous condition as alleged in paragraphs 17-24 above and incorporated herein.

29. **CARNIVAL BREACHED ITS DUTIES.** CARNIVAL breached its duty to maintain the subject staircase between Deck 11 and 12, onboard the *Carnival Vista* on July 14, 2023, in a safe manner. CARNIVAL breached its duties to CROCKETT by its actions and conduct. CARNIVAL failed to maintain and inspect the area where CROCKETT was injured. CARNIVAL allowed the step(s) on the staircase to become loose and/or to remain unsecure. CARNIVAL allowed the wood panels of the subject staircase to become loose and/or to remain unsecure. CARNIVAL failed to inspect the wood panels of the subject staircase. CARNIVAL failed to properly secure the wood panels on the subject staircase. CARNIVAL failed to properly repair and/or replace the wood panels. CARNIVAL allowed the screws and/or fasteners of the subject staircase to become loose and/or to remain unsecure. CARNIVAL failed to inspect the screws and/or fasteners on the subject staircase. CARNIVAL failed to properly secure the screws and/or fasteners on the subject staircase. CARNIVAL failed to properly repair and/or replace the screws and/or fasteners on the subject staircase. CARNIVAL also failed to comply with applicable industry standards, statutes, and/or regulations.

30. **PROXIMATE CAUSE**. CARNIVAL's failure to maintain the subject staircase between Deck 11 and 12, onboard the *Carnival Vista* in a safe manner, proximately caused CROCKETT's injuries. CARNIVAL's negligent maintenance allowed the step(s) on the staircase to become loose and/or to remain unsecure. Had CARNIVAL properly maintained the subject

staircase between Deck 11 and 12, onboard the *Carnival Vista*, CROCKETT would have never been injured on July 14, 2023.

31.     **DAMAGES**. As a result of CARNIVAL's negligent maintenance, CROCKETT has and will suffer damages in the past and in the future as described above and incorporated herein.

WHEREFORE, the Plaintiff demands Judgment against CARNIVAL for damages recoverable under the general maritime law and state law including but not limited to economic damages including medical, psychological, and other related expenses in the past and in the future; lost income in the past and lost income and earning capacity in the future; non-economic damages in the past and in the future including pain, suffering, disability, physical impairment, scarring, disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life; all court costs, all interest due under the applicable law including interest from the date of the subject incident under General Maritime Law, and any and all other damages which the Court deems just or appropriate.

**COUNT II**
**NEGLIGENT FAILURE TO WARN**

32.     The Plaintiff hereby adopts and re-alleges each and every allegation in paragraphs 1 through 24, above.

33.     This is an action against CARNIVAL for its negligent failing to warn passengers, including CROCKETT, of its hazards, risks or dangers on board the *Carnival Vista*.

34.     **DUTIES OWED BY CARNIVAL**. CARNIVAL owes a duty to exercise reasonable care for the safety of its passengers. CARNIVAL owes a duty to warn of dangers known to the carrier in places where the passenger is invited to or may reasonably be expected to visit. CARNIVAL owes a duty of reasonable care under the circumstances CARNIVAL's duty of care includes warning of

11
**Page 171**

dangerous conditions on board the *Carnival Vista,* including the subject exterior staircase between Deck 11 and 12 from which a wooden panel fell on CROCKETT's head on July 14, 2023.

35. CARNIVAL had actual notice and/or constructive notice of the dangerous condition as alleged in paragraphs 17-24 above and incorporated herein.

36. **CARNIVAL BREACHED ITS DUTIES.** CARNIVAL breached its duty to warn its passengers, including CROCKETT about the dangerous exterior staircase between Deck 11 and 12 on board the *Carnival Vista*. CARNIVAL breached its duties to the Plaintiff by its actions and conduct. CARNIVAL failed to reasonably and regularly place signs, stickers, lights, and other visual or written notices on or near the subject area where CROCKETT was injured on July 14, 2023. CANRIVAL failed to provide verbal warnings to passengers including CROCKETT about the dangerous condition. CARNIVAL failed to cordon off the open decks or place physical barriers on the subject staircase or otherwise to prevent access to the staircase which contained a loosened wooden panel approximately 4 feet long. CARNIVAL failed to reasonably and regularly make audible announcements about the dangerous condition. CARNIVAL also failed to comply with applicable industry standards, statutes, and/or regulations.

37. **PROXIMATE CAUSE**. CARNIVAL's failure to properly warn passengers including CROCKETT about the dangerous exterior staircase between Deck 11 and 12 on board the *Carnival Vista*, proximately caused the Plaintiff's injuries. Had CARNIVAL properly warned CROCKETT about the dangerous condition, CROCKETT would have been aware of the dangerous condition and never would have sat beneath the subject staircase on the lounge chair provided by CARNIVAL. CROCKETT therefore would have never been injured on board the *Carnival Vista* on July 14, 2023.

38.      **DAMAGES**. As a result of CARNIVAL's negligent failure to warn, CROCKETT has and will suffer damages in the past and in the future as described above and incorporated herein.

WHEREFORE, Plaintiff  demands Judgment against CARNIVAL for damages recoverable under the general maritime law and state law including but not limited to economic damages including medical, psychological, and other related expenses in the past and in the future; household and other related expenses in the past and in the future; lost income in the past; and lost income and income earning capacity in the future; non-economic damages in the past and in the future including pain, suffering, disability, physical impairment, scarring, disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life; all court costs, all interest due under the applicable law including interest from the date of the subject incident under the General Maritime Law, and any and all other damages which the Court deems just or appropriate.

**COUNT III**
**NEGLIGENT TRAINING PERSONNEL**

39.      The Plaintiff hereby adopts and re-alleges each and every allegation in Paragraphs 1 through 24, above.

40.      This is an action against CARNIVAL for its negligent training of its shipboard crewmembers.

41.      **DUTIES OWED BY CARNIVAL.**   CARNIVAL owes a duty to exercise reasonable care for the safety of its passengers including CROCKETT. CARNIVAL owes a duty of reasonable care under the circumstances. CARNIVAL owes a duty as a common carrier to its passengers to train its crew members to properly maintain, inspect, and repair the staircases on board the *Carnival Vista* and warn of dangers known to CARNIVAL where CARNIVAL invites or reasonably expects passengers to go. CARNIVAL's duty of care includes training its crew members to maintain, inspect, repair and warn passengers about dangerous conditions on board

13
**Page 173**

the *Carnival Vista* including the subject exterior staircase between Deck 11 and 12 from which a wooden panel fell on CROCKETT's head on July 14, 2023.

42.    CARNIVAL had actual notice and/or constructive notice of the dangerous condition as alleged in paragraphs 17-24 above and incorporated herein.

43.    CARNIVAL should have become aware that it had failed to properly train its crew members given that the crew member(s) failed to maintain, inspect, and repair the staircases on board the *Carnival Vista*, including the subject exterior staircase between Deck 11 and 12 from which a wooden panel fell on CROCKETT's head on July 14, 2023.

44.    CARNIVAL should have become aware that it had failed to properly train its crew members given that the crew member(s) were failing to properly warn passengers of the dangerous conditions on board the *Carnival Vista* including the subject exterior staircase between Deck 11 and 12 from which a wooden panel fell on CROCKETT's head on July 14, 2023.

45.    **<u>CARNIVAL BREACHED ITS DUTIES.</u>** CARNIVAL breached its duty of care owed to CROCKETT and was negligent by failing to reasonably train its crewmembers to maintain, inspect, repair, and warn passengers of the dangerous conditions on board the *Carnival Vista* including the subject exterior staircase between Deck 11 and 12 from which a wooden panel fell on CROCKETT's head on July 14, 2023. Carnival failed to comply with industry standards regarding how to train its crew members to maintain, inspect and repair its staircases and warn passengers of the dangerous conditions. Carnival failed to ensure the implementation or operation of its training programs described in paragraph 23 and incorporated herein.

46.    At the time that the heavy wooden panel described above fell off one of the steps of the subject staircase, the crew member that was responsible for warning, inspecting, maintaining and repairing that area failed to do so. Because that crew member was not properly trained, that

14
**Page 174**

crew member failed to properly and adequately warn passengers, like CROCKETT, of the dangerous conditions on board the *Carnival Vista* including the subject exterior staircase between Deck 11 and 12 from which a wooden panel fell on CROCKETT's head on July 14, 2023. Because that crew member was not properly trained, that crew member also failed to properly inspect, maintain, and repair the subject staircase including the wooden panels and the screws and/or fasteners.

47.     **PROXIMATE CAUSE.** CARNIVAL's failure to properly train its crew members proximately caused CROCKETT's injuries. Had CARNIVAL properly trained its crew members to inspect, maintain, repair, and warn passengers about the dangerous conditions on board the *Carnival Vista,* including the subject exterior staircase between Deck 11 and 12 from which a wooden panel fell on CROCKETT's head on July 14, 2023, the crewmember would have inspected, maintained, repaired, and warned CROCKETT about the dangerous condition. Had CARNIVAL properly trained its crew members, the dangerous condition would not have existed. Had CARNIVAL properly trained its crew members, CROCKETT would have been aware of the dangerous condition. CROCKETT therefore would have never been injured on board the *Carnival Vista* on July 14, 2023.

48.     **DAMAGES.**  As a result of CARNIVAL's negligent training, Plaintiff has and will suffer damages in the past and in the future as described above and incorporated herein.

WHEREFORE, the Plaintiff demands Judgment against CARNIVAL for damages recoverable under the general maritime law and state law including but not limited to economic damages including medical, psychological, and other related expenses in the past and in the future; lost income in the past and lost income and earning capacity in the future; non-economic damages in the past and in the future including pain, suffering, disability, physical impairment, scarring,

15
**Page 175**

disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life; all court costs, all interest due under the applicable law including interest from the date of the subject incident under General Maritime Law, and any and all other damages which the Court deems just or appropriate.

**COUNT IV**
**NEGLIGENT DESIGN, CONSTRUCTION**
**AND SELECTION OF MATERIALS**

49. The Plaintiff hereby adopts and re-alleges each and every allegation in Paragraphs 1 through 24, above.

50. This is an action against CARNIVAL for its negligent design, construction and selection of the subject staircase and the layout/placement of lounge chairs between Deck 11 and 12 on board the *Carnival Vista*.

51. **DUTIES OWED BY CARNIVAL.** CARNIVAL owes a duty to exercise reasonable care for the safety of its passengers including CROCKETT. CARNIVAL owes a duty of reasonable care under the circumstances. CARNIVAL's duty to design, construct and select materials for all areas and features of its vessels, including the subject area, is part of CARNIVAL's duty of reasonable care under the circumstances. CARNIVAL had a duty to design the subject area in a safe manner and in accordance with industry standards.

52. Each and every one of CARNIVAL's ships features open decks. CARNIVAL offers exterior staircases to allow passengers to move freely between the open decks. The Lido Deck (Deck 10) features pools and spas. Deck 12 features CARNIVAL's waterworks. CARNIVAL offers passengers lounge chairs throughout the Lido Deck (Deck 10) and Deck 11. CARNIVAL anticipates and expects that passengers will use lounge chairs available to them. CARNIVAL is

16
**Page 176**

responsible for placing the lounge chairs throughout the open decks including underneath the staircase that connects Deck 11 and Deck 12.

53. Carnival has all of its ships, including the *Carnival Vista*, custom made to its own design and specifications. At all times CARNIVAL had the ultimate control over the design and construction of Carnival *Vista*. CARNIVAL had the right to inspect both the designs on paper and the design and construction at the yard. CARNIVAL had the right under its contract with the yard to approve or reject the design, construction and selection of all materials to construct all aspects of the *Carnival Vista* including the subject area. CARNIVAL had the right to reject any and all items, designs and construction. CARNIVAL holds the ultimate control under their contract with the yard to withhold payment if an item or design is rejected or at issue and not resolved. CARNIVAL approved the design, construction, and selection of materials of the subject area demonstrated by the fact that CARNIVAL has operated and maintained the ship continuously since on or about 2015.

54. CARNIVAL participated in and/or approved of the design of the subject area including the subject staircase and the layout/placement of lounge chairs between Deck 11 and 12 on board the *Carnival Vista*. CARNIVAL participated in and/or approved of the selection of the materials for the subject area including the subject staircase and the layout/placement of lounge chairs between Deck 11 and 12 on board the *Carnival Vista*. CARNIVAL participated in and/or approved of the materials for the subject staircase including the wooden panels and the screws and fasteners. CARNIVAL participated in and/or approved of the installation of the materials for the subject area. CARNIVAL chose to install this same and/or similar wooden panels on exterior staircases throughout its fleet. CARNIVAL continues to repair, modify and/or install the same and/or similar wooden panels on all its ships, including the *Carnival Vista*. CARNIVAL could

have selected and/or installed different material for the subject staircase and could have changed the layout/placement of the lounge chairs but chose not to.

55. CARNIVAL had actual notice and/or constructive notice of the dangerous condition as alleged in paragraphs 17-24 above and incorporated herein.

56. CARNIVAL knew or should have known that the wooden panels it chose and installed on the subject staircase between Deck 11 and 12, on board the *Carnival Vista* was unreasonably dangerous.

57. CARNIVAL knew or should have known that placing lounge chairs underneath the subject staircase was unreasonably dangerous.

58. CARNIVAL knew or should have known of the dangerousness of the wooden panels on the subject staircase between Deck 11 and 12, on board the *Carnival Vista* since their installation in 2015.

59. **<u>CARNIVAL BREACHED ITS DUTIES</u>**. CARNIVAL breached its duty of care owed to CROCKETT and was negligent in its actions and/or conduct including but not limited to as follows:

a. Designing, constructing, and/or selecting the materials for the subject area*;*

b. Designing, constructing, and/or selecting the materials for the subject staircase;

c. Approving of and/or participating in the design, construction and/or selection of the materials for the subject area;

d. Approving of and/or participating in the design, construction and/or selection of the materials for the subject staircase;

e. Selecting materials for the staircase that could not withstand the weather conditions;

f. Approving of materials for the staircase that could not withstand the weather conditions;

g. Installing materials for the staircase that could not withstand the weather conditions;

h. Failing to select appropriate and proper materials for the staircase that could withstand the weather conditions;

i. Failing to install appropriate and proper materials for the staircase that could withstand the weather conditions;

j. Failing to design, construct, select and/or approve of materials for the subject area that complied with industry standards;

k. Failing to design, construct, select and/or approve of materials for the subject staircase that complied with industry standards;

l. Designing the layout/placement of lounge chairs on Deck 11 on board the *Carnival Vista;*

m. Approving of the layout/placement of lounge chairs on Deck 11 on board the *Carnival Vista;*

n. Placing the lounge chairs on Deck 11 on board the *Carnival Vista* underneath the subject staircase; and

o. Failing to comply with applicable industry standards.

60. **PROXIMATE CAUSE.** CARNIVAL negligent design, construction and selection of materials for the subject area proximately caused CROCKETT's injuries. Had CARNIVAL properly designed, constructed and selected the materials of the subject staircase on board the *Carnival Vista,* CROCKETT would never have been injured on July 14, 2023. Had CARNIVAL not placed lounge chairs underneath the subject staircase, CROCKETT would have never been injured on July 14, 2023.

61.     **DAMAGES.** As a result of CARNIVAL's negligent design, construction and selection of materials, Plaintiff has and will suffer damages in the past and in the future as described above and incorporated herein.

WHEREFORE, the Plaintiff demands Judgment against CARNIVAL for damages recoverable under the general maritime law and state law including but not limited to economic damages including medical, psychological, and other related expenses in the past and in the future; lost income in the past and lost income and earning capacity in the future; non-economic damages in the past and in the future including pain, suffering, disability, physical impairment, scarring, disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life; all court costs, all interest due under the applicable law including interest from the date of the subject incident under General Maritime Law, and any and all other damages which the Court deems just or appropriate.

Dated this 29th day of March 2024.

By:     *s/ Lisa Goodman, Esq.*
**JOHN H. HICKEY**, **ESQ.** (FBN 305081)
hickey@hickeylawfirm.com
**LISA C. GOODMAN, ESQ.** (FBN 118698)
lgoodman@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue, Ste. 510
Miami, Florida 33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Attorneys for the Plaintiff*

# M/S CARNIVAL VISTA
# OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

## Saturday, July 8, 2023 | GALVESTON

**532070- WILCOR STA. ANA -  Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

EXHIBIT

9

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

NONE

**4) EMERGENCY ISSUE**

NONE

**5) Follow up:**

*NONE*

**6) Pools: RWF**

ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN RECIRCULATION MODE.
AQUA PARK OPEN'S LATE DUE TO MAINTENANCE
DK 5 AFT HAVANA STARBOARD SIDE WHIRLPOOL WAS CLOSED AT 3:00PM DUE TO TECHNICAL ISSUE AND MAINTENANCE WAS CONDUCTED

**7) Daily Compass,**

*INCLUDE FUN IN EVERYTHING WE DO!*

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*
*TMs reminded to clean glasses on a daily basis*
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs*
*TM's reminded to maintain the cleanliness of lockers at all times*
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed*

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time*
*Anticipate the needs of the guest and respond rapidly*
*Open all RWFs in timely manner*
*Continue Special Projects*

GR000300

# M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Sunday, July 9, 2023 | 1st Sea Day |
|---|---|

**532070- WILCOR STA. ANA - Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

NONE

**4) EMERGENCY ISSUE**

*Guest from SR. 8421 Ms. Lana Romero Acquired a minor injury on her head due to shepherds hook falling down(I care Opened)
*Guest from SR. 5201 Ms Mclean Cassidy was splashed with vomit from the unknown guest in deck 5 aft Havana starboard side. Hskpng manager was informed.

**5) Follow up:**

*NONE*

**6) Pools: RWF**

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN SEA TO SEA MODE.
*SPA WHIRLPOOL OPEN'S LATE DUE TO LOW LEVEL OF BROMINE
*DK 5 AFT HAVANA STARBOARD SIDE WHIRLPOOL WAS OPENED AT AROUND 4:OOPM

**7) Daily Compass,**

*TO CONSISTENTLY DELIVER SAFE, FUN & MEMORABLE VACATIONS AT A GREAT VALUE*

**8) OTHERS**

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000301

## M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Monday, July 10, 2023** | **2nd Sea Day** |
|---|---|

**532070- WILCOR STA. ANA -  Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

NONE

**4) EMERGENCY ISSUE**

*Guest from SR. 7222 8 year-old kid Leland Sample acquired a minor injury on his right eyebrow due to slip and fall by the aqua park
(I care opened)

**5) Follow up:**

*NONE*

**6) Pools: RWF**

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN SEA TO SEA MODE.

**7) Daily Compass,**

*ENSURE SAFE, RESPONSIBLE, AND SECURE OPERATIONS*

**8) OTHERS**

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000302

## M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

**This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE**

| **Tuesday, July 11, 2023** | **MONTEGO BAY** |
|---|---|

**532070- WILCOR STA. ANA - Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

*Dk 15 serenity polishing of bar chairs
*Dk 15 serenity polishing of marble tables
*Dk 12 fwd plastic chair scrubbing
*Dk 12 fwd pillars scrubbing
*Dk 12 mid scrubbing of pillars by the sky ride
*Dk 12 mid scrubbing of plastic chair by the sky ride
*Dk 11 fwd polishing of pillars
*Dk 11 fwd polishing of metal skirting
*Dk 11 aft scrubbing of lounge chairs
*Dk 10 fwd cleaning of guy's burger roof
*Dk 10 fwd polishing of bar chairs
*Dk 10 fwd polishing of table base
*Dk 10 aft polishing of pillars
*Dk 10 aft polishing of bar chairs
*Dk 10 aft polishing of marble tables
*Dk 5 havana cleaning under the round bed
*Dk 5 havana polishing of pillars inside the pool

**4) EMERGENCY ISSUE**

NONE

**5) Follow up:**

*NONE*

**6) Pools: RWF**

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN RECIRCULATION MODE.

**7) Daily Compass,**

*WARMLY WELCOME OUR GUESTS AND TEAM MEMBERS TO OUR HOME, MAKING THEM FEEL A PART OF THE CARNIVAL FAMILY*

**8) OTHERS**

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

**Page 184**

GR000303

## M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Wednesday, July 12, 2023** | **GRAND CAYMAN** |
|---|---|

**532070- WILCOR STA. ANA -  Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

*Dk 15 serenity cleaning under the sky king bed
*Dk 15 serenity shower area cleaning
*Dk 12 fwd ADA restroom wall scrubbing
*Dk 12 fwd scrubbing of pillars
*Dk 12 fwd scrubbing of plastic chair
*Dk 12 mid cleaning of sports equipment
*Dk 12 mid vacumming of mini golf
*Dk 11 fwd cleaning under the red sofa
*Dk 11 fwd cleaning of walls
*Dk 11 aft changing the red cushions cover
*Dk 10 fwd scrubbing of sofa
*Dk 10 fwd cleaning the drains
*Dk 10 aft cleaning of lamp shades
*Dk 10 aft cleaning of drains
*Dk 5 Havana changing the cushions cover
*Dk 5 Havana scrubbing of havana lounge chair

**4) EMERGENCY ISSUE**

Guest from SR. 7333 Ms Jodi Diercks acquired a minor injury on her left knee at the havana bar outdoor( I care Opened)

**5) Follow up:**

NONE

**6) Pools: RWF**

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN RECIRCULATION MODE.
*ALL POOLS WERE SWITCH TO SEA TO SEA MODE AT 4:00PM.

**7) Daily Compass,**

EMBRACE OUR DIVERSITY AND BE INCLUSIVE

**8) OTHERS**

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000304

# M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Thursday, July 13, 2023 | | COZUMEL |
|---|---|---|

**532070- WILCOR STA. ANA -  Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

### Regular Duties

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

### 3) SPECIAL PROJECTS

*Dk 15 serenity cleaning under the sky double bed
*Dk 15 serenity changing of longe chair cover
*Dk 12 fwd channels bulkhead scrubbing
*Dk 12 fwd stairs scrubbing
*Dk 12 mid scrubbing of outdoor gym equipment
*Dk 12 mid basketball wall scrubbing
*Dk 11 fwd scrubbing of yellow cushions cover
*Dk 11 fwd ceiling cleaning
*Dk 11 lounge chair scrubbing
*Dk 11 aft ashtray polishing
*Dk 10 drains cleaning
*Dk 10 aft stairs bulkhead scrubbing
*Dk 10 aft channels bulkhead cleaning
*Dk 10 aft metal drain cover polishing
*Dk 5 Havana ceiling cleaning
*Dk 5 Havana scrubbing of partitions

### 4) EMERGENCY ISSUE

NONE

### 5) Follow up:

*NONE*

### 6) Pools: RWF

*ALL POOLS AND WHIRLPOOLS {except havana whirlpool portside due to late refilling} WERE OPENED AS PER SCHEDULED IN RECIRCULATION MODE.

### 7) Daily Compass,

*NONE*

### 8) OTHERS

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*
*TMs reminded to clean glasses on a daily basis*
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas*
*All TMs reminded for proper usage of caution signs*
*TM's reminded to maintain the cleanliness of lockers at all times*
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.*
* Safety of the area. Caution signs must be always available for immediate response.*
* Grooming for Carnival look.*
* Funtime and break timings.*
* Proper food waste separation.*
*TM's reminded about their Gladis training to be completed*

### 9) PLAN FOR TOMORROW

*Keep area neat and presentable all the time*
*Anticipate the needs of the guest and respond rapidly*
*Open all RWFs in timely manner*
*Continue Special Projects*

GR000305

## M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Friday, July 14, 2023 | Last Sea Day |
|---|---|

**532070- WILCOR STA. ANA - Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

NONE

**4) EMERGENCY ISSUE**

Guest from SR. 6383 Mr. Clay Crocket acquired a minor injury on his head due to step wooden board falling down from the stairs( I care Opened)

**5) Follow up:**

*NONE*

**6) Pools: RWF**

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN SEA TO SEA MODE.
*MAIN POOL WAS CLOSED AT 3:30PM DUE TO PVI INCIDENT.

**7) Daily Compass,**

*NONE*

**8) OTHERS**

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000306

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Friday, July 7, 2023** | **LAST SEA DAY** |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**
NONE

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in RECIRCULATION mode.

**7) DAILY COMPASS**

SHOW PRIDE IN OUR JOBS AND OUR COMPANY

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean th restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**
> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 12 WATER PARK
> To continue scrubbing the dk 12 BASKETBALL COURT
> To make sure that all PVI/PDI kits are complete.

GR000307

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Monday, July 10, 2023** | **2nd SEA DAY** |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**

MAIN POOL WAS CLOSED DUE TO VIMITE.

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in SEA TO SEA mode.

**7) DAILY COMPASS**

WARMLY WELCOME OUR GUESTS AND TEAM MEMBERS TO OUR HOME, MAKING THEM FEEL A PART OF THE CARNIVAL FAMILY

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean th restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**

> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 12 WATER PARK
> To continue scrubbing the dk 12 FWD WATER PARK.
> To make sure that all PVI/PDI kits are complete.

GR000308

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Tuesday, July 11, 2023 | JAMAICA |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**

MAIN POOL WAS CLOSED DUE TO VIMITE.

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in SEA TO SEA mode.

**7) DAILY COMPASS**

WARMLY WELCOME OUR GUESTS AND TEAM MEMBERS TO OUR HOME, MAKING THEM FEEL A PART OF THE CARNIVAL FAMILY

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean the restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**

> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 12 WATER PARK
> To continue scrubbing the dk 12 FWD WATER PARK.
> To make sure that all PVI/PDI kits are complete.

GR000309

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Wednesday, July 12, 2023** | **GRAND CAYMAN** |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**
NONE

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in SEA TO SEA mode.

**7) DAILY COMPASS**

EMBRACE OUR DIVERSITY AND BE INCLUSIVE

**8) OTHERS**
> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean th restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**
> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 12 WATER PARK
> To continue scrubbing the dk 12 FWD WATER PARK.
> To make sure that all PVI/PDI kits are complete.

**Page 191**

GR000310

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Thursday, July 13, 2023 | COZUMEL |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**
NONE

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in RECIRCULATION mode.

**7) DAILY COMPASS**

SHOW TRUST, CARE AND RESPECT FOR EACH OTHER, OUR SHIPS AND THE ENVIRONMENT

**8) OTHERS**
> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean the restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**
> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 15 SERENITY STBD.
> To make sure that all PVI/PDI kits are complete.

GR000311

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Friday, July 14, 2023** | **LAST SEA DAY** |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.
11. ALL LOUNGE CHAIRS WERE DISINFECTED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**

NONE

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in RECIRCULATION mode.
> Main pool was closed due to vomit at around 15:30.

**7) DAILY COMPASS**

SHOW TRUST, CARE AND RESPECT FOR EACH OTHER, OUR SHIPS AND THE ENVIRONMENT

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean the restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur.

**9) PLAN OF ACTION FOR TOMORROW**

> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 15 SERENITY STBD.
> To make sure that all PVI/PDI kits are complete.

GR000312

## M/S CARNIVAL VISTA
## OPEN DECK NIGHT SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Saturday, July 8, 2023 | GALVESTON |
|---|---|

**580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK**

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* All pools rust cleaning done.
* Lido aft market place ceiling cleaning done.

**4) EMERGENCIES/ISSUES**

*At around 22:21 PM security called, bay the deck 11 stbd side fwd going to deck 12 guest slip and fall incident. Guest was slip and fall by the staircase. Guest was offared medical assistance by security team which is guest refuged.

**5) Deck Washing :-**

**6) Pools:**

*ALL POOLS ARE IN SEA TO SEA

**7) Daily Compass, Training and Comments**

TO CONSISTENTLY DELIVER SAFE, FUN & MEMORABLE VACATIONS AT A GREAT VALUE

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000313

**M/S CARNIVAL VISTA**
## OPEN DECK NIGHT SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Sunday, July 9, 2023** | ***FIRST SEA DAY*** |
|---|---|

*580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK*

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Main pool deck wshing done.
* Dk11 fwd stbd side smoking area upi floor scrubbed.
* Dk10 aft w/pools scrubbed.

**4) EMERGENCIES/ISSUES**

*At around 09:23PM AA called deck 10 aft tide pool guest is in swimming pool along with 8-month old kids using dipper supervisor immediately approached to guest and explain the guest about pool rolls. Same time Guest come out from the pool with kid.

**5) Deck Washing :-10/11**

**6) Pools:**

*ALL POOLS ARE IN SEA TO SEA

**7) Daily Compass, Training and Comments**

ENSURE SAFE, RESPONSIBLE, AND SECURE OPERATIONS

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000314

## M/S CARNIVAL VISTA
## OPEN DECK NIGHT SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Monday, July 10, 2023** | *SECOND SEA DAY* |
|---|---|

**580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK**

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Lido deck floor scrubbed.
* Deck 10/11/12 all chanals scrubbed.
* Lido market place fwd & aft terracotta tails scrubbed

**4) EMERGENCIES/ISSUES**

NONE

**5) Deck Washing :-**

**6) Pools:**

*ALL POOLS ARE IN RECIRCULATION MODE

**7) Daily Compass, Training and Comments**

WARMLY WELCOME OUR GUESTS AND TEAM MEMBERS TO OUR HOME, MAKING THEM FEEL A PART OF THE CARNIVAL FAMILY

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000315

**M/S CARNIVAL VISTA**
**OPEN DECK NIGHT SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Tuesday, July 11, 2023** | *MONTEGO BAY* |
|---|---|

*580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK*

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Deck 10 fwd red frrog & blue iguana bar floor scrubbed.
* Lido restaurant interior clean.
* All channels are clean.

**4) EMERGENCIES/ISSUES**

*At around 03:17am security called lido restaurant port side aft near beverage station guest slip and fall incident at around 11:00PM. Guest was report at 01:00am to medical centar for the incident.Guest was not report the incident same time.

**5) Deck Washing :-**

**6) Pools:**

*ALL POOLS ARE IN RECIRCULATION MODE

**7) Daily Compass, Training and Comments**

EMBRACE OUR DIVERSITY AND BE INCLUSIVE

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000316

**M/S CARNIVAL VISTA**

**OPEN DECK NIGHT SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Wednesday, July 12, 2023** | *GRAND CAYMAN* |
|---|---|

*580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK*

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Deck 10 fwd red frrog & blue iguana bar floor scrubbed.
* Lido restaurant interior clean.
* All channels are clean.

**4) EMERGENCIES/ISSUES**

NONE

**5) Deck Washing :-10**

**6) Pools:**

*ALL POOLS ARE IN RECIRCULATION MODE

**7) Daily Compass, Training and Comments**

EMBRACE OUR DIVERSITY AND BE INCLUSIVE

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

**Page 198**

GR000317

## M/S CARNIVAL VISTA
## OPEN DECK NIGHT SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Thursday, July 13, 2023 | COZUMEL |
|---|---|

**580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK**

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Deck 10 fwd red frrog & blue iguana bar floor scrubbed.
* Lido restaurant interior clean.
* All channels are clean.
* Lido deck yellow & orange floor scrubbed.

**4) EMERGENCIES/ISSUES**

NONE

**5) Deck Washing :-10**

**6) Pools:**

*ALL POOLS ARE IN SEA TO SEA MODE

**7) Daily Compass, Training and Comments**

SHOW TRUST, CARE AND RESPECT FOR EACH OTHER, OUR SHIPS AND THE ENVIRONMENT

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000318

# M/S CARNIVAL VISTA
## OPEN DECK NIGHT SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Friday, July 14, 2023 | LAST SEA DAY |
|---|---|

*580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK*

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Deck 10 fwd red frrog & blue iguana bar floor scrubbed.
* Lido restaurant interior clean.
* All channels are clean.
* All pvi/pdi kit refilled

**4) EMERGENCIES/ISSUES**

NONE

**5) Deck Washing :-**

**6) Pools:**

*ALL POOLS ARE IN RECIRCULATION MODE

**7) Daily Compass, Training and Comments**

ANTICIPATE NEEDS, RESPOND RAPIDLY AND OWN ISSUES UNTIL THEY ARE RESOLVED

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000319

EXHIBIT

10

exhibitsticker.com

Case 1:24-cv-21185-RAR   Document 50-1   Entered on FLSD Docket 05/13/2025   Page 201 of 227

Page 201

| 07-14-2023 | | OPEN DECK DAY- SIGN ON SHEET | | | | |
|---|---|---|---|---|---|---|
| AREA | CREW # | NAME | CABIN | Time | DUTIES   AND   AREA | BREAK'S |
| | | Hotel stewards open deck 6.00am - 6.00pm | | | | |
| Serenity | 588697 | PRASTYO MAHFUD AJI | A-615 | 07:30AM-8:30AM /  11:00am-12:00nn | Arrange all furniture in the serenity and disinfect. Clean serenity glasses by the whirlpool, clean and setup towel station, maintain the restrooms, disinfect the sun loungers on every use.disinfect all touchable surfaces. Will continually collect cups and plates and maintain the area and will sanitize restrume offen and after every check. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Serenity | 519689 | CHOZAS MARY GRACE | A-536 | 08:30AM-9:30AM /  12pm - 1pm | Arrange all furniture in the serenity and disinfect. Clean serenity glasses by the whirlpool, clean and setup towel station, maintain the restrooms, disinfect the sun loungers on every use.disinfect all touchable surfaces. Will continually collect cups and plates and maintain the area and will sanitize restrume offen and after every check. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 12 & 14 FWD stbd | 589262 | RAHMADIANI NADIAH | 658 | 08:30AM-9:30AM /  12 pm - 1pm | Help setup chairs ,Clean channels from deck12 fwd to golf area clear cups plates , maintain the area & disinfect all touchable surgaces as offen as possible.Will collect cups and plates continually and disinfect offen as possible along with the restrooms... | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 12 & 14 FWD stbd | 571279 | I GEDE SATRIA WIDNYANA | A-761 | 08:00AM-9:00AM /  12pm - 1pm | Clean glasses inside and outside by the clubhouse and then by the sky ride. Clean channels on deck 12 port and stbd side midship from the foosball tables to the basketball court. Also disinfect all touchable surfaces and maintain the area regularly clear cups plates and clean spills regularlly. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 12 Midship & Sky ride | 473397 | SUKRDANA I MADE | A-503 | 08:00AM-9:00AM /  12pm - 1pm | Clean glasses inside and outside by the clubhouse and then by the sky ride. Clean channels on deck 12 port and stbd side midship from the foosball tables to the basketball court. Also disinfect all touchable surfaces and maintain the area regularly clear cups plates and clean spills regularlly. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 12 aft | 519782 | GRACE MONICA | A-536 | 07:30AM-8:30AM /  11am - 12pm | Will clean channels in the aft all around the basketball court disinfecting basketball court iteems and all touchable surfaces in the sky fittness area cleaning bin for the wipes. Will collect cups and plates and clean black soot and help in setting up chairs in the morning an to pack the chairs in the evening. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Dk 11 fwd stbd side Smoking area | 534925 | ZAHIR MOHAMMAD | A-862 | 08:30AM-9:30AM /  12:00-1:00 | Clean channels and glasses from fwd to midship stbd side maintain the area , disinfect as offen as possible clear cups and plates. Clean smoking area ash trays and disinfect the tables regulkarly by the smoking area when area is busy.Will continually collect cups and plates and maintain the smoking area on port day do special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 11 SMOKING | 587796 | FAIZ ACHMAD | A-710 | 08:30AM-9:30AM /  12:00-1:00 | Cleaning glasses clearing up smoking area and continually checking and cleaning restrooms by the smoking area. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 11 SMOKING | 565128 | FLORES JELLY | 1527 | 08:30AM-9:30AM /  12:00nn-1:00pm | Clean channels and glasses from fwd to midship port side maintain the area , disinfect as offen as possible clear cups and plates. Clean and check restrooms at regular intervals of time and maintain the area and disinfect continually.Will do special projects on port day. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 11 midship restrooms & smoking area | 571341 | I WAYAN SUGIARTHA | A-761 | 07:30AM-8:30AM / 11:00am-12:00pm | Cleaning glasses clearing up smoking area and continually checking and cleaning restrooms by the smoking area. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Dk 11 aft Port side | 571448 | SAPUTRA I WAYAN DIKY | A-502 | 07:30AM-8:30AM /  11:00am-12:00nn |  Clean channels from mid to aft port side maintain the area , disinfect as offen as possible clear cups and plates open all umbrellas in the aft.port side.Will collect cups and plates and disinfect continually and do special projects on port day. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Dk 11 aft stbd Smoking Area | 508942 | CABANGIS JENY | A-852 | 08:30AM-9:30AM /  12:00nn-1:00pm | Clean channels from mid to aft stbd side  maintain the area, setup the smoking area make sure ash trays always disinfected and cleaned , disinfect as offen as possible clear cups and plates open all umbrellas in the aft.stbd side and make sure no extra equipments are kept in the area.. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Main pool Towel cnt | 519387 | NI KOMANG DEWI | A-672 | 7am-8am /  11pm-12pm | Cleans ladies restrooms by the food line and check the food line swep and mop continually and dry the floor. When she goes break Jessa will cover her area by checking the foodline and constantly check the restrooms. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| MAINPOOL | 448762 | I NYOMAN HIMAWAN | A-620 | 8am-9am /  12pm - 1pm | Will disinfect all sunloungers setup towel station maintain it prepare towel animals .Will collect cups and plates close to the towel counter and dry the floor close to the towel counter. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 Main Pool | 535029 | WAHYUDIN FNU | A-616 | 7am-8am /  11pm-12pm | Clean channels around the midship pool sweep garbage disinfect all lounge chairs and all handrails and touchable surfaces by the staircases. Will collect cups and plates regularly dry the floor clear and maintain the area. On port day he will do special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 Main Pool | 538932 | RASIT LA ODE WAHYONO | A-702 | 07:30AM-8:30AM /  11:00am-12:00nn | Will help to dry the floor by the main pool area. Disinfect all sofas & chairs on port and stbd side then clear all cups and plates check the restroom at regular times and constantly disinfect it.Will do special projects on port day | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 MAINPOOL | 542631 | I PUTU AGUS DEPA ANGGA | A-831 | 08:00AM-9:00AM /  12:00nn-1:00pm | Will clean all sliding doors by the aft midship , port & stbd side by the aft entrance entrances and clean the glasses by the stbd side whirlpool and then assist inside the restaurant to sweep and mop and check restrooms at regular intervals of time and then after 3pm mop all hard floor with wash and wallk chemical and air dry . and then at 5 pm start to trash out all hand wash machines on the lido total 13 handwash machines to be trashed out and refill soap time to time and hand tissues to be refilled when empty. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 MAINPOOL | 535128 | SUMAJA I WAYAN | A-520 | 08:00AM-9:00AM /  12:00nn-1:00pm | Will clean all sliding doors by the aft midship , port & stbd side by the aft entrance entrances and clean the glasses by the stbd side whirlpool and then assist inside the restaurant to sweep and mop and check restrooms at regular intervals of time and then after 3pm mop all hard floor with wash and wallk chemical and air dry . and then at 5 pm start to trash out all hand wash machines on the lido total 13 handwash machines to be trashed out and refill soap time to time and hand tissues to be refilled when empty. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 MAINPOOL | 571368 | SETIAWAN, AGUS APRIL | A720 | 08:00AM-9:00AM /  12:00nn-1:00pm | Will clean all sliding doors by the aft midship , port & stbd side by the aft entrance entrances and clean the glasses by the stbd side whirlpool and then assist inside the restaurant to sweep and mop and check restrooms at regular intervals of time and then after 3pm mop all hard floor with wash and wallk chemical and air dry . and then at 5 pm start to trash out all hand wash machines on the lido total 13 handwash machines to be trashed out and refill soap time to time and hand tissues to be refilled when empty. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| LIDO  RESTAURANT | 583237 | LARA SHAHANIE | A-532 | 08:00AM-9:00AM / 11pm-12pm | Disinfect all touchable surfaces inside the restaurant sweep all garbage and mop all spills around the hard floor inside the restaurant check restrooms. ladies & ADA restroom and also assist in checking hand tissue by the automatic hand wash stations. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| LIDO  RESTAURANT ( 32478 ) | 581867 | CHARISH GAY | A-545 | 08:30AM-9:30AM /  12 pm - 1pm | Disinfect all touchable surfaces inside the restaurant sweep all garbage and mop all spills around the hard floor inside the restaurant check restrooms. ladies & ADA restroom then after the food lines are closed vacumme carpet inside the restaurant port & stbd side. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 1O AFT | 588344 | SUDANA I GEDE AGUS | | 08:30AM-9:30AM /  12 pm - 1pm | Deck 10 aft glasses by the port side whirlpool on deck 10 to be cleaned after that check all channels and soot around the area and mop all surfaces disinfect all sunloungers and maintain the area and check ladies restroom at regular times. Port day does special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 1O AFT | 575199 | NUDO JOHN ANGELO | A-601 | 07:30AM-8:30AM /  11:30am-12:30pm | Deck 10 aft glasses by the port side whirlpool on deck 10 to be cleaned after that check all channels and soot around the area and mop all surfaces disinfect all sunloungers and maintain the area and check mans restrooms at regular times. Port day does special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 1O AFT | 589345 | TRIADI PUTU IVAN | A-522 | 07:30AM-8:30AM /  11:30am-12:30pm | Deck 10 aft glasses by the port side whirlpool on deck 10 to be cleaned after that check all channels and soot around the area and mop all surfaces disinfect all sunloungers and maintain the area and check mans restrooms at regular times. Port day does special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| 1 RUNNER  ( 32480 ) | 535118 | PEBRIANA GEDE EDWIN | A-727 | 08:30AM-9:30AM /  11:00am-12:00nn | Start fogging the smoking areas in the morning after meeting deck 11 fwd & aft and all restrooms in the smoking area. Will pickup rags mop heads throughout the day throw the dirty ones down prepare chemicals and assist in busy areas and special projects | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| HAVANA | 506589 | STEPHANIE ROSS | A-780 | 08:30AM-9:30AM /  12:00nn-1:00pm | Havana channels to be cleaned port and stbd side and glasses by the whirlpools all furniture and cushions to be setup maintain & clean the area. Maintain mans restroom & disinfect regularly collect cups and plates,disinfect lounge chairs and all touchable surfaces as often as possible.. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| HAVANA | 565139 | MACAHILO  MICHAEL | A-731 | 07:30AM-8:30AM /  11:00am-12:00nn | Clean all glasses by the whirlpool setup towel station maintain ladies restroom disinfect all furniture every morning and then after every use. Will collect cups and plates disinfect lounge chairs and all touchable surfaces as often as possible. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |

GR000296



# PLAINTIFF'S EXHIBIT 11

Please use the following credentials to access the exhibit:

https://veritext.egnyte.com/fl/JpaJcPr14X

Password: Y54KB0DWHun6



**EXHIBIT**

**12**

EXHIBIT

13

exhibitsticker.com



**Ship's Security Manual**
**5.36 Daily Security Summary Watch Report**
**Rev. 00 – 10/31/18**

**(CARNIVAL VISTA)**

TO : **Marco Medau**
**Staff Captain/SSO**

THRU : **Rehim Muhammed Kunju**
**Chief Security Officer**

FROM : **Sr. ACSO Ajit Shukla 413705/ ACSO Vikash Gurung 443722**

DATE : **July 14 & 15, 2023**

SUB : **SUMMARY OF SECURITY WATCH REPORTS** Voyage: **VS20230708007**

| DATE & TIME | REPORTED BY: | INCIDENTS/DISCREPANCIES |
|---|---|---|
| 07/14/2023 11:45 AM | Sr. ACSO Ajit Shukla C413705 & SO/F Careen Lumbo C502480 | **CCLVSHEA202300226V – Guest Injury – M/Guest sustained abrasion injury on left forehead – CCL reportable only:** Nurse Sue De Waal, 590412 informed that Mr. Clay Crockett Jr., DOB: 04/06/1982, (41 yrs. USC) of cabin 6383 was treated at the medical center for an injury, he sustained onboard. Met injured guest Mr. Crockett at the Medical Center. Upon inquiry Mr. Crockett stated that at around 11:30 a.m., while he was seating /reading book on the deck chair at Deck 11 midship, portside under the wooden staircase heading from deck – 11 to Deck - 12, suddenly a wooden board "step wooden strip" from underneath part of said wooden stairs fell onto his head, causing an injury. According to attending Sr. Physician Arun Murugan, 569489 injured guest sustained abrasion injury on left forehead. Query was made with wife/cabinmate Mrs. Brittany Crockett, DOB: 01/22/1984, (39 yrs.), whereat she claimed that, while they were seating on the deck chair, suddenly a wooden board fell from stairs onto her husband's head however, she affirmed that she did not seen any extra activity on the stairs, just the normal people passing. Statement was obtained from Mrs. Crockett for reference. Accident area was checked along with Supervisor Pools & Deck Wilcor Sta Ana, 532070, Team Leader Jesus Clase Padilla, 212193 and Joiner Antony Peter, 467069, whereat noticed one of the wooden strip was missing from the underneath of 3rd step from top (while descending from Deck 12 to deck -11). Joiner Peter thoroughly checked the said stair and found that all remaining steps were in good condition. However, for safety reason said wooden stair was closed for maintenance. Written statement was obtained. CCTV ( VI +340) was reviewed which revealed that, while Mr. Crockett was sitting on the deck chair, suddenly a piece of wooden strip fell on his left side. CCTV footage was saved for reference and wooden strip was taken under security custody for evidential purpose. Wooden strip was measured as Length |

GR000037

| | | 46 inches and 5 inches wide. Said wooden strip was weighted 900 grams. According to Pools and Deck Supervisor Sta Ana, workorder was generated for the same. Accident report is being documented in SeaEvent database. |
|---|---|---|

CC: Master, Hotel Director, Security Services, Security File.



EXHIBIT

14

## 5.18 SECURITY OFFICER WATCH REPORT Rev. 00 – 10/31/18

| SHIP: CARNIVAL VISTA | | VOYAGE #: VS707082023 |
|---|---|---|
| DATE: July 14, 2023 | DAY: Friday | TOUR: 8:00Am-4:00Pm |

| TIME | DISCREPANCIES/INCIDENTS |
|---|---|
| | ██████████████████████████████████ |
| 11:45Am | **CCLVSHEA202300226V- Guest Injury- Male guest sustained abrasion on left forehead.** Nurse Sue-Rette De Waal, 590412 informed that Mr. Clay Crockett Jr., DOB: 04/06/1982, (41 yrs.) of cabin 6383 was treated at the medical center for an injury that he sustained onboard. Accordingly, along with Sr. ACSO Ajit Shukla, met Mr. Crockett at the Medical Center. Upon inquiry Mr. Crockett stated that at around 11:30Am while he was seating /reading book on the deck chair at Deck 11 midship, portside under the staircase that headed to deck 12, suddenly a wooden board "step wooden strip" fell into his head causing an injury. According to attending Physician Senior Physician Arun Murugan, 569489 injured guest sustained abrasion on left forehead. According to wife Mrs. Brittany Crockett, DOB: 01/22/1984, (39 yrs.), they were seating in the deck chair when a wooden board fell from stairs  into her husband's head however, she affirmed that she did not seen  any extra activity on the stairs, just the normal people passing. The area was checked along with Supervisor Pools & Deck Wilcor Sta Ana, 532070, Team Leader Jesus Clase Padilla, 212193 and Joiner Antony Peter, 467069. Wherein noticed one of the wooden strips was missing on the 3rd step  (descending from  Deck 12-11). Joiner Peter thoroughly checked the said stair and found that all remaining steps are in good condition. However, for safety reason said stairs was closed for maintenance. Written statement was obtained. CCTV ( VI +340) was reviewed which revealed that at ( 11:16 am) while Mr. Crockett was sitting on the deck chair, suddenly a piece of wooden strip fell on his left side wherein fellow guest also reacted and came closed to him. (11:20Am) when Pools and Deck Supervisor Sta Ana came and escorted Mr. Crockett and left the area. |

REPORTING OFFICER:

PRINT NAME: **Careen Lumbo**
**502480**

SIGNATURE: _____

REVIEWED BY:

STAFF CAPTAIN: _____
Marco Medau

CHIEF SECURITY: _____
REHIM MUHAMMED KUNJU

1 of 1

GR000039

Carnival Cruise Lines

**Carnival**

Comment Details for Booking Number - N3Z3V8 StateRoom - 6383

| Comment By | Comment Time | Case-ID | Guest Name | Comment Type | Comment |
|---|---|---|---|---|---|
| Vista Housekeeping_1 | 14/Jul/2023 12.40 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Identification | Guest from Sr. 6383 Mr. Clay Crocket acquired a minor injury on his head at deck 11 portside under the stairs near DJ station. |
| Vista Housekeeping_1 | 14/Jul/2023 01.02 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Pause For Investigation | P&D supervisor received a call from housekeeping attendant regarding the guest who acquired a minor injury on his head. P&D immediately approached the guest and asked about his well being and offered medical assistance which he accepted at the same time. Upon query guest from SR. 6383 Mr. Clay Crocket stated that he was just sitting on the lounge chair when suddenly one of the wooden board on the steps fell down hitting his head, Mr. Clay acquired a minor cut on his head and also stated that he feels a little bit dizzy. Note: P&D checked the area at the time of accident and make work order to tighten the loose screw's of the steps and fix the detached wooden board. P&D accompanied the guest going to the medical center. |
| Emmanuel Kristiawang | 14/Jul/2023 03.49 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Pause For Investigation | GSS placed follow up call, spoke with Clay, He is doing fine, he visited MC and MC team took care of him. Medication and some bandages provided by MC as per Clay. Additional assistance offered. Thankful for follow up. |
| Emmanuel Kristiawang | 14/Jul/2023 03.49 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Resolution | Nothing further - EK. |
| Emmanuel Kristiawang | 14/Jul/2023 11.01 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Identification | Reopen case for additional update. |
| Emmanuel Kristiawang | 14/Jul/2023 11.02 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Pause For Investigation | Brittany at the desk asking for copy of incident report. SO advised. |
| Emmanuel Kristiawang | 14/Jul/2023 11.02 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Resolution | Please refer to security report. Nothing further - EK. |
| Lattaporn Kriengudom | 15/Jul/2023 12.56 AM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Identification | Reopened case for medical charges. |
| Lattaporn Kriengudom | 15/Jul/2023 12.56 AM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Resolution | Pending from MC |
| Jumane De'Andre Franklin | 15/Jul/2023 10.17 AM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Offer Compensation | Posting medical charge to 3738 totaling $1,335.00 |
| Jumane De'Andre Franklin | 15/Jul/2023 10.18 AM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Compensation Resolution | Nothing further. JF |
| Jodi Harris-Rivero | 26/Jul/2023 06.02 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Identification | Guest writing in regarding wood from stairs falling and hitting him on the head -- guest suffered a "minor" cut but was dizzy and nauseated the remainder of the day – this happened at 1130 am |
| Jodi Harris-Rivero | 26/Jul/2023 06.05 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Resolution | • Sail & Sign: Attached • Medical Receipt: Attached • Medical $$: CCL covered $1335 • CVP: No • VIFP Level/# of Cruises: Red / 3 • Upcoming Cruises: No • OBS: $659.47 • Ticket Revenue: $1394.80 / $2005.60 Cruise Fare: $1744 / 7 = $249.14 per day -- Offering 1 day FCC and $300 OBC |
| Jodi Harris-Rivero | 26/Jul/2023 06.09 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Offer Compensation | 1 day FCC for all 3 guests Clay $249.14 // OBC $300 Brittany $249.14 Hannah $20 |
| Jodi Harris-Rivero | 26/Jul/2023 06.09 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Compensation Resolution | Nothing further.j8h |
| Vista Housekeeping_1 | 26/Jul/2023 06.03 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | File | Clay Crockett |
| Vista Housekeeping_1 | 26/Jul/2023 06.03 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | File | Clay Crockett Med |
| Vista Housekeeping_1 | 27/Jul/2023 08.01 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Correspondence | N/A |
| Vista Housekeeping_1 | 14/Jul/2023 12.40 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Identification | Guest from Sr. 6383 Mr. Clay Crocket acquired a minor injury on his head at deck 11 portside under the stairs near DJ station. |
| Vista Housekeeping_1 | 14/Jul/2023 01.02 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Pause For Investigation | P&D supervisor received a call from housekeeping attendant regarding the guest who acquired a minor injury on his head. P&D immediately approached the guest and asked about his well being and offered medical assistance which he accepted at the same time. Upon query guest from SR. 6383 Mr. Clay Crocket stated that he was just sitting on the lounge chair when suddenly one of the wooden board on the steps fell down hitting his head, Mr. Clay acquired a minor cut on his head and also stated that he feels a little bit dizzy. Note: P&D checked the area at the time of accident and make work order to tighten the loose screw's of the steps and fix the detached wooden board. P&D accompanied the guest going to the medical center. |
| Emmanuel Kristiawang | 14/Jul/2023 03.49 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Pause For Investigation | GSS placed follow up call, spoke with Clay, He is doing fine, he visited MC and MC team took care of him. Medication and some bandages provided by MC as per Clay. Additional assistance offered. Thankful for follow up. |
| Emmanuel Kristiawang | 14/Jul/2023 03.49 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Resolution | Nothing further - EK. |
| Emmanuel Kristiawang | 14/Jul/2023 11.01 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Identification | Reopen case for additional update. |
| Emmanuel Kristiawang | 14/Jul/2023 11.02 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Pause For Investigation | Brittany at the desk asking for copy of incident report. SO advised. |
| Emmanuel Kristiawang | 14/Jul/2023 11.02 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Resolution | Please refer to security report. Nothing further - EK. |
| Lattaporn Kriengudom | 15/Jul/2023 12.56 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Identification | Reopened case for medical charges. |
| Lattaporn Kriengudom | 15/Jul/2023 12.56 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Resolution | Pending from MC |
| Jumane De'Andre Franklin | 15/Jul/2023 10.17 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Offer Compensation | Posting medical charge to 3738 totaling $1,335.00 |
| Jumane De'Andre Franklin | 15/Jul/2023 10.18 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Compensation Resolution | Nothing further. JF |
| Jodi Harris-Rivero | 26/Jul/2023 06.02 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Identification | Guest writing in regarding wood from stairs falling and hitting him on the head -- guest suffered a "minor" cut but was dizzy and nauseated the remainder of the day – this happened at 1130 am |
| Jodi Harris-Rivero | 26/Jul/2023 06.05 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Resolution | • Sail & Sign: Attached • Medical Receipt: Attached • Medical $$: CCL covered $1335 • CVP: No • VIFP Level/# of Cruises: Red / 3 • Upcoming Cruises: No • OBS: $659.47 • Ticket Revenue: $1394.80 / $2005.60 Cruise Fare: $1744 / 7 = $249.14 per day -- Offering 1 day FCC and $300 OBC |
| Jodi Harris-Rivero | 26/Jul/2023 06.09 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Offer Compensation | 1 day FCC for all 3 guests Clay $249.14 // OBC $300 Brittany $249.14 Hannah $20 |
| Jodi Harris-Rivero | 26/Jul/2023 06.09 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Compensation Resolution | Nothing further.j8h |
| Vista Housekeeping_1 | 14/Jul/2023 04.14 PM | I-SB-VS-07142023-11 | CLAYCROCKETT JR | WrapUp Comments | N/A |
| Fabriana Moreau | null | I-SS-07272023-1073 | CLAYCROCKETT | WrapUp Comments | N/A |
| ICare application account | 26/Jul/2023 06.11 PM | IC-SS-07152023-174 | CLAYCROCKETT | WrapUp Comments | N/A |
| ICare application | 15/Jul/2023 | | CLAY | | |

**EXHIBIT**

**15**

exhibitsticker.com

GR000056

7/27/2023 1/2 Generated By ICare Application

| account | 02.18 PM | IC-SS-07152023-174 | CROCKETT | File | image_67239169.JPG |
| ICare application account | 15/Jul/2023 02.18 PM | IC-SS-07152023-174 | CLAY CROCKETT | File | image_67201025.JPG |
| ICare application account | 15/Jul/2023 02.18 PM | IC-SS-07152023-174 | CLAY CROCKETT | File | Original-email.eml |

**Page 208**

**EXHIBIT**

**16**

## VISTA SENIOR ASSISTANT CHIEF SECURITY OFFICER

**From:**          VISTA HOUSEKEEPING
**Sent:**          Monday, July 17, 2023 2:41 PM
**To:**            VISTA SENIOR ASSISTANT CHIEF SECURITY OFFICER
**Subject:**       RE: I CARE SR. 6383 –SILP-SB-VS-07142023-5- INJURY

Good afternoon chief,

Please see below image you requested.



*Thank you, Best regards*

**WILCOR STA. ANA**
Pool & Deck Supervisor  | Carnival Vista
Carnival Cruise Line
Cell: 32117 | Office: 0090 | e: VSHSKP@carnival.com

**CHOOSE FUN®**

glassdoor
BEST PLACES | Great Place To Work Certified

GR000293

**TO WORK**

 Please consider the environment before printing this email.

---

**From:** VISTA HOUSEKEEPING <VSHSKP@carnival.com>
**Sent:** Friday, July 14, 2023 1:49 PM
**To:** VISTA SENIOR ASSISTANT CHIEF SECURITY OFFICER <VSSRACHSEC@carnival.com>
**Cc:** VISTA HOUSEKEEPING <VSHSKP@carnival.com>
**Subject:** I CARE SR. 6383 -SILP-SB-VS-07142023-5- INJURY

Good Afternoon Chief,

Please see the below ICARE opened for SR 6383 and work order made for the same.

| Commented By | Commented Time | Comment Type |
|---|---|---|
| Vista Housekeeping_1 | 7/14/2023 12:40 PM | Issue Identification |
| Vista Housekeeping_1 | 7/14/2023 1:02 PM | Pause For Investigation |

**WR Overview - from 07-14-2023 to 07-14-2023**

| List | WR | Filters |
|---|---|---|

Request Nr.: VS_0363525    WR Date: 07-14-2023 12:59 GMT-5:00    Origin: WR Mobile    View

Ship: VS    CARNIVAL VISTA

WR Issuer: WR    Work Request WR-WO Mobile    WR Notes

WR Number: 104381

WR Problem Type: C_CARPENTR    CCL - REFURBISH: CARPENTRY    Print

From Department: HOUSE LAUN    HOUSEKEEPING

Requestor: SUP POOL/D    SUPERVISOR POOLS / DECKS

To Department: ENGINE    ENGINE DEPARTMENT

Responsible: FMM TEAM    REFURBISH TEAM LEADER

On Hold:

WR Subject: Others

WR Priority: TOP URGENT    TOP URGENT

Location: HQ_0071134    VS/DK11/FZ3/PS/ MAIN VERTICAL ZONE 3

Object ID:

WR status: Approved    History

Last WO: VS_0504385    WO Date: 07-14-2023 12:59 GMT-5:00    View    Suspension Reason

WO Number: WM104799    WO Status: In Progress

WO List    REQ List    Exit

**Notes**

WR ID: VS_03635

dk 11 mid portside
of the steps detach

GR000294

*Thank you, Best regards*

**WILCOR STA. ANA**
Pool & Deck Supervisor  | Carnival Vista
Carnival Cruise Line
Cell: 32117 | Office: 0090 | e: VSHSKP@carnival.com
**CHOOSE FUN®**

glassdoor
**BEST PLACES TO WORK**   Great Place To Work Certified

 Please consider the environment before printing this email.

GR000295



exhibitsticker.com

EXHIBIT

17

EXHIBIT

18

exhibitsticker.com

# Carnival®

| | | |
|---|---|---|
| MR CLAY CROCKETT JR | Cabin Section: | 27 |
| Ship:            CARNIVAL VISTA | Sail Date: | 07/08/2023 |
| Cabin:           6383 | Printed On: | 07/27/2023 03:36:39 PM |
| Booking Number:  N3Z3V8 | Page: | 1 of 4 |

### ACCOUNT #73877

Folio 77228          MR CLAY CROCKETT JR

| Date | Time | Location/Description | Folio | Charges | Credits |
|---|---|---|---|---|---|
| 07/08/2023 | 11:15 AM | REFUND TAXES, FEES & PORT EXPENSES | 77228 | | $9.72 |
| 07/08/2023 | 12:26 PM | BLUE IGUANA BAR | 77228 | $27.78 | |
| 07/08/2023 | 12:26 PM | ADDITIONAL BLUE IGUANA BAR GRATUITIES | 77228 | $2.00 | |
| 07/08/2023 | 01:21 PM | LIMELIGHT LOUNGE | 77228 | $0.00 | |
| 07/08/2023 | 01:41 PM | RED FROG RUM BAR | 77228 | $25.26 | |
| 07/08/2023 | 01:41 PM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77228 | $2.00 | |
| 07/09/2023 | 08:44 AM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/09/2023 | 08:44 AM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/09/2023 | 08:56 AM | CHEERS! - SUNRISE STB SVC BAR | 77228 | $0.00 | |
| 07/09/2023 | 08:56 AM | ADDITIONAL SUNRISE STB SVC BAR GRATUITIES | 77228 | $1.00 | |
| 07/09/2023 | 10:18 AM | RED FROG RUM BAR | 77228 | $0.00 | |
| 07/09/2023 | 10:18 AM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77228 | $2.00 | |
| 07/09/2023 | 10:51 AM | CHEERS! - RED FROG RUM BAR | 77228 | $0.00 | |
| 07/09/2023 | 10:51 AM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77228 | $2.00 | |
| 07/09/2023 | 11:43 AM | CHEERS! - RED FROG RUM BAR | 77228 | $0.00 | |
| 07/09/2023 | 11:43 AM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77228 | $2.00 | |
| 07/09/2023 | 01:30 PM | OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/09/2023 | 01:30 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $2.00 | |
| 07/09/2023 | 05:35 PM | HORIZONS STB SVC BAR | 77228 | $0.00 | |
| 07/09/2023 | 05:35 PM | ADDITIONAL HORIZONS STB SVC BAR GRATUITIES | 77228 | $3.00 | |
| 07/09/2023 | 07:10 PM | CHEERS! - LIMELIGHT LOUNGE | 77228 | $0.00 | |
| 07/09/2023 | 07:10 PM | ADDITIONAL LIMELIGHT LOUNGE GRATUITIES | 77228 | $1.00 | |
| 07/09/2023 | 08:10 PM | CHEERS! - COFFEE SHOP | 77228 | $0.00 | |
| 07/09/2023 | 08:10 PM | ADDITIONAL COFFEE SHOP GRATUITIES | 77228 | $1.00 | |
| 07/09/2023 | 08:27 PM | CHEERS! - ALCHEMY BAR | 77228 | $0.00 | |
| 07/09/2023 | 08:27 PM | ADDITIONAL ALCHEMY BAR GRATUITIES | 77228 | $1.00 | |
| 07/09/2023 | 08:55 PM | CHEERS! - HAVANA BAR | 77228 | $0.00 | |
| 07/09/2023 | 08:55 PM | ADDITIONAL HAVANA BAR GRATUITIES | 77228 | $1.00 | |
| 07/09/2023 | 09:47 PM | CHEERS! - LOBBY BAR | 77228 | $0.00 | |
| 07/09/2023 | 09:47 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77228 | $1.00 | |
| 07/09/2023 | 09:53 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/09/2023 | 09:53 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 09:38 AM | OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/10/2023 | 09:38 AM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 11:36 AM | CHEERS! - RED FROG RUM BAR | 77228 | $0.00 | |
| 07/10/2023 | 11:36 AM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77228 | $1.00 | |

GR000001

# CARNIVAL®

| | | | | | |
|---|---|---|---|---|---|
| MR CLAY CROCKETT JR | | | Cabin Section: | 27 | |
| Ship: | CARNIVAL VISTA | | Sail Date: | 07/08/2023 | |
| Cabin: | 6383 | | Printed On: | 07/27/2023 03:36:39 PM | |
| Booking Number: | N3Z3V8 | | Page: | 2 of 4 | |

| Date | Time | Location/Description | Folio | Charges | Credits |
|---|---|---|---|---|---|
| 07/10/2023 | 12:07 PM | CHEERS! - POOL BAR | 77228 | $0.00 | |
| 07/10/2023 | 12:07 PM | ADDITIONAL POOL BAR GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 12:42 PM | CHEERS! - POOL BAR | 77228 | $0.00 | |
| 07/10/2023 | 12:42 PM | ADDITIONAL POOL BAR GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 01:58 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/10/2023 | 01:58 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 05:28 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/10/2023 | 05:28 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 05:51 PM | CHEERS! - HORIZONS STB SVC BAR | 77228 | $0.00 | |
| 07/10/2023 | 06:13 PM | CHEERS! - HORIZONS STB SVC BAR | 77228 | $0.00 | |
| 07/10/2023 | 06:13 PM | ADDITIONAL HORIZONS STB SVC BAR GRATUITIES | 77228 | $2.00 | |
| 07/10/2023 | 07:17 PM | CHEERS! - LIMELIGHT LOUNGE | 77228 | $0.00 | |
| 07/10/2023 | 07:17 PM | ADDITIONAL LIMELIGHT LOUNGE GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 07:26 PM | INTERNET | 77228 | $22.00 | |
| 07/10/2023 | 08:37 PM | CHEERS! - HAVANA BAR | 77228 | $0.00 | |
| 07/10/2023 | 08:37 PM | ADDITIONAL HAVANA BAR GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 09:34 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/10/2023 | 09:34 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 09:45 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/10/2023 | 09:45 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/10/2023 | 09:52 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/10/2023 | 09:52 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $2.00 | |
| 07/11/2023 | 05:47 PM | RED FROG PUB&BREWERY | 77228 | $0.00 | |
| 07/11/2023 | 05:47 PM | ADDITIONAL RED FROG PUB&BREWERY GRATUITIES | 77228 | $1.00 | |
| 07/11/2023 | 06:53 PM | OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/11/2023 | 06:53 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/11/2023 | 07:53 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/11/2023 | 07:53 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/11/2023 | 07:58 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/11/2023 | 07:58 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/11/2023 | 08:54 PM | OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/11/2023 | 08:54 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/12/2023 | 07:45 AM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/12/2023 | 07:45 AM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/12/2023 | 12:16 PM | CHEERS! - POOL BAR | 77228 | $0.00 | |
| 07/12/2023 | 12:16 PM | ADDITIONAL POOL BAR GRATUITIES | 77228 | $1.00 | |
| 07/12/2023 | 02:36 PM | CHEERS! - LOBBY BAR | 77228 | $0.00 | |
| 07/12/2023 | 02:36 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77228 | $1.00 | |
| 07/12/2023 | 02:50 PM | CHEERS! - LOBBY BAR | 77228 | $0.00 | |
| 07/12/2023 | 02:50 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77228 | $1.00 | |
| 07/12/2023 | 03:23 PM | CHEERS! - LOBBY BAR | 77228 | $0.00 | |

**Page 214**

GR000002

# Carnival®

| | | | | | |
|---|---|---|---|---|---|
| MR CLAY CROCKETT JR | | | Cabin Section: | 27 | |
| Ship: | CARNIVAL VISTA | | Sail Date: | 07/08/2023 | |
| Cabin: | 6383 | | Printed On: | 07/27/2023 03:36:39 PM | |
| Booking Number: | N3Z3V8 | | Page: | 3 of 4 | |

| Date | Time | Location/Description | Folio | Charges | Credits |
|---|---|---|---|---|---|
| 07/12/2023 | 03:23 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77228 | $1.00 | |
| 07/12/2023 | 05:17 PM | CHEERS! - ALCHEMY BAR | 77228 | $0.00 | |
| 07/12/2023 | 05:17 PM | ADDITIONAL ALCHEMY BAR GRATUITIES | 77228 | $1.00 | |
| 07/12/2023 | 05:46 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/12/2023 | 05:46 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/12/2023 | 06:53 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/12/2023 | 06:53 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/12/2023 | 08:21 PM | OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/12/2023 | 08:21 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/13/2023 | 08:36 AM | CHEERS! - SUNRISE STB SVC BAR | 77228 | $0.00 | |
| 07/13/2023 | 09:31 AM | CHEERS! - RED FROG RUM BAR | 77228 | $0.00 | |
| 07/13/2023 | 02:53 PM | OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/13/2023 | 02:53 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/13/2023 | 04:25 PM | OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/13/2023 | 04:25 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/13/2023 | 05:58 PM | CHEERS! - SOUTHRN LS STBD SVC | 77228 | $0.00 | |
| 07/13/2023 | 08:17 PM | CHEERS! - RED FROG PUB&BREWERY | 77228 | $0.00 | |
| 07/13/2023 | 08:17 PM | ADDITIONAL RED FROG PUB&BREWERY GRATUITIES | 77228 | $1.00 | |
| 07/13/2023 | 08:36 PM | CHEERS! - RED FROG PUB&BREWERY | 77228 | $0.00 | |
| 07/13/2023 | 08:36 PM | ADDITIONAL RED FROG PUB&BREWERY GRATUITIES | 77228 | $1.00 | |
| 07/13/2023 | 08:55 PM | CHEERS! - RED FROG PUB&BREWERY | 77228 | $0.00 | |
| 07/13/2023 | 09:01 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/13/2023 | 09:01 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/13/2023 | 10:23 PM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/13/2023 | 10:23 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $2.00 | |
| 07/14/2023 | 09:32 AM | CHEERS! - OCEAN PLAZA BAR | 77228 | $0.00 | |
| 07/14/2023 | 09:32 AM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77228 | $1.00 | |
| 07/14/2023 | 10:33 AM | CHEERS! - COFFEE SHOP | 77228 | $0.00 | |
| 07/14/2023 | 10:33 AM | ADDITIONAL COFFEE SHOP GRATUITIES | 77228 | $1.00 | |
| 07/14/2023 | 10:47 AM | CHEERS! - BLUE IGUANA BAR | 77228 | $0.00 | |
| 07/14/2023 | 10:47 AM | ADDITIONAL BLUE IGUANA BAR GRATUITIES | 77228 | $1.00 | |
| 07/14/2023 | 02:26 PM | CHEERS! - RED FROG RUM BAR | 77228 | $0.00 | |
| 07/14/2023 | 02:26 PM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77228 | $1.00 | |
| 07/14/2023 | 04:04 PM | CHEERS! - LOBBY BAR | 77228 | $0.00 | |
| 07/14/2023 | 04:04 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77228 | $1.00 | |
| 07/14/2023 | 04:29 PM | CHEERS! - LOBBY BAR | 77228 | $0.00 | |
| 07/14/2023 | 04:29 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77228 | $2.00 | |
| 07/14/2023 | 06:18 PM | CHEERS! - SOUTHRN LS STBD SVC | 77228 | $0.00 | |
| 07/14/2023 | 06:18 PM | ADDITIONAL SOUTHRN LS STBD SVC GRATUITIES | 77228 | $1.00 | |
| 07/14/2023 | 07:51 PM | IN CABIN BEVERAGE | 77228 | $0.00 | |
| 07/15/2023 | 08:10 AM | MEDICAL | 77228 | $0.00 | |

GR000003



MR CLAY CROCKETT JR

Ship:                  CARNIVAL VISTA

Cabin:                 6383

Booking Number:   N3Z3V8

Cabin Section:  27

Sail Date:       07/08/2023

Printed On:      07/27/2023 03:36:39 PM

Page:            4 of 4

| Date | Time | Location/Description | Folio | Charges | Credits |
|------|------|---------------------|-------|---------|---------|
| 07/15/2023 | 08:21 AM | TOWEL, ROBES & BOOKS | 77228 | $22.00 | |
| | | TOTAL CHARGES | | $163.04 | $9.72 |



Earn 20,000 FunPoints® after your first purchase or balance transfer. That's enough [FunPoints®] to redeem for a $200 statement credit towards your next cruise. Apply online at CarnivalFunpoints.com/3513

* No internet purchase is required when connected to the ship's Wi-Fi
* Please see Terms and Conditions available online. Offer subject to credit approval.

THIS IS YOUR BILL AS OF THE TIME STAMPED ABOVE.  IF YOU HAVE A CREDIT CARD ON FILE WITH US, NO NEED TO CHECK OUT AT GUEST SERVICES.  ON EMBARKATION DAY, A BANK HOLD OF $100 TO $200 (DEPENDING ON CRUISE LENGTH) IS PLACED ON ALL CREDIT AND DEBIT CARD ACCOUNTS TO VERIFY THAT THE CARD WAS VALID. AS MONEY IS SPENT THROUGHOUT YOUR CRUISE, ADDITIONAL HOLDS ARE OBTAINED. THIS WILL RESULT IN MULTIPLE AMOUNTS BEING HELD.  ON THE DAY YOUR CRUISE RETURNS, CARNIVAL IMMEDIATELY SETTLES YOUR ACCOUNT WITH YOUR BANK FOR THE TOTAL AMOUNT OF YOUR ONBOARD EXPENSES. IMPORTANT: HOLDS WILL REMAIN ON YOUR ACCOUNT FOR ONE OR MORE DAYS DEPENDING ON YOUR ISSUING BANK'S HOLD POLICY, LIMITING YOUR ACCESS TO FUNDS. DEBIT CARD HOLDERS: THE AMOUNT SPENT ON YOUR SAIL & SIGN ACCOUNT PLUS ANY BANK HOLDS PROCESSED WILL BE DEDUCTED FROM YOUR AVAILABLE FUNDS. YOUR BANK IS RESPONSIBLE FOR RELEASING ANY PENDING HOLDS FROM YOUR ACCOUNT. CARNIVAL IS NOT ABLE TO EXPEDITE THE RELEASE OF BANK HOLDS. PLEASE CONTACT YOUR BANK FOR ASSISTANCE. IF THERE ARE MORE THAN $10 OF UNUSED FUNDS FROM YOUR CASH DEPOSIT, WE WILL MAIL A REFUND CHECK TO YOUR ADDRESS ON FILE. UNUSED FUNDS OF LESS THAN $10 WILL BE DONATED TO ST. JUDE CHILDREN'S RESEARCH HOSPITAL UNLESS OTHERWISE CLAIMED.

EXHIBIT

19

exhibitsticker.com

# Carnival®

| MRS BRITTANY CROCKETT | | | | Cabin Section: | 27 |
| --- | --- | --- | --- | --- | --- |
| Ship: | CARNIVAL VISTA | | | Sail Date: | 07/08/2023 |
| Cabin: | 6383 | | | Printed On: | 07/27/2023 03:37:01 PM |
| Booking Number: | N3Z3V8 | | | Page: | 1 of 4 |

### ACCOUNT #73877

Folio 77229        *MRS BRITTANY CROCKETT
( * Responsible party)

| Date | Time | Location/Description | Folio | Charges | Credits |
| --- | --- | --- | --- | --- | --- |
| 07/08/2023 | 11:14 AM | REFUND TAXES, FEES & PORT EXPENSES | 77229 | | $9.72 |
| 07/08/2023 | 01:22 PM | LIMELIGHT LOUNGE | 77229 | $0.00 | |
| 07/09/2023 | 08:41 AM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/09/2023 | 08:41 AM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/09/2023 | 08:56 AM | CHEERS! - SUNRISE STB SVC BAR | 77229 | $0.00 | |
| 07/09/2023 | 08:56 AM | ADDITIONAL SUNRISE STB SVC BAR GRATUITIES | 77229 | $1.00 | |
| 07/09/2023 | 10:18 AM | RED FROG RUM BAR | 77229 | $0.00 | |
| 07/09/2023 | 10:18 AM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77229 | $2.00 | |
| 07/09/2023 | 10:51 AM | CHEERS! - RED FROG RUM BAR | 77229 | $0.00 | |
| 07/09/2023 | 10:51 AM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77229 | $2.00 | |
| 07/09/2023 | 11:43 AM | CHEERS! - RED FROG RUM BAR | 77229 | $0.00 | |
| 07/09/2023 | 11:43 AM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77229 | $2.00 | |
| 07/09/2023 | 12:53 PM | CHEERS! - SERENITY BAR | 77229 | $0.00 | |
| 07/09/2023 | 12:53 PM | ADDITIONAL SERENITY BAR GRATUITIES | 77229 | $1.00 | |
| 07/09/2023 | 03:51 PM | CHEERS! - COFFEE SHOP | 77229 | $0.00 | |
| 07/09/2023 | 03:51 PM | ADDITIONAL COFFEE SHOP GRATUITIES | 77229 | $1.00 | |
| 07/09/2023 | 04:20 PM | CHEERS! - LOBBY BAR | 77229 | $0.00 | |
| 07/09/2023 | 04:20 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77229 | $1.00 | |
| 07/09/2023 | 05:35 PM | CHEERS! - HORIZONS STB SVC BAR | 77229 | $0.00 | |
| 07/09/2023 | 05:35 PM | ADDITIONAL HORIZONS STB SVC BAR GRATUITIES | 77229 | $3.00 | |
| 07/09/2023 | 07:10 PM | CHEERS! - LIMELIGHT LOUNGE | 77229 | $0.00 | |
| 07/09/2023 | 07:10 PM | ADDITIONAL LIMELIGHT LOUNGE GRATUITIES | 77229 | $1.00 | |
| 07/09/2023 | 08:27 PM | CHEERS! - ALCHEMY BAR | 77229 | $0.00 | |
| 07/09/2023 | 08:27 PM | ADDITIONAL ALCHEMY BAR GRATUITIES | 77229 | $1.00 | |
| 07/09/2023 | 08:55 PM | CHEERS! - HAVANA BAR | 77229 | $0.00 | |
| 07/09/2023 | 08:55 PM | ADDITIONAL HAVANA BAR GRATUITIES | 77229 | $1.00 | |
| 07/09/2023 | 09:54 PM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/09/2023 | 09:54 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/10/2023 | 09:38 AM | OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/10/2023 | 09:38 AM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/10/2023 | 10:42 AM | CHEERS! - BLUE IGUANA BAR | 77229 | $0.00 | |
| 07/10/2023 | 10:42 AM | ADDITIONAL BLUE IGUANA BAR GRATUITIES | 77229 | $1.00 | |
| 07/10/2023 | 11:25 AM | CHEERS! - RED FROG RUM BAR | 77229 | $0.00 | |
| 07/10/2023 | 11:25 AM | ADDITIONAL RED FROG RUM BAR GRATUITIES | 77229 | $2.00 | |
| 07/10/2023 | 11:28 AM | CHEERS! - RED FROG RUM BAR | 77229 | $0.00 | |
| 07/10/2023 | 12:07 PM | CHEERS! - POOL BAR | 77229 | $0.00 | |

GR000043

# CARNIVAL®

| | | | | | |
|---|---|---|---|---|---|
| MRS BRITTANY CROCKETT | | | Cabin Section: | 27 | |
| Ship: | CARNIVAL VISTA | | Sail Date: | 07/08/2023 | |
| Cabin: | 6383 | | Printed On: | 07/27/2023 03:37:01 PM | |
| Booking Number: | N3Z3V8 | | Page: | 2 of 4 | |

| Date | Time | Location/Description | Folio | Charges | Credits |
|---|---|---|---|---|---|
| 07/10/2023 | 12:07 PM | ADDITIONAL POOL BAR GRATUITIES | 77229 | $1.00 | |
| 07/10/2023 | 12:42 PM | CHEERS! - POOL BAR | 77229 | $0.00 | |
| 07/10/2023 | 12:42 PM | ADDITIONAL POOL BAR GRATUITIES | 77229 | $1.00 | |
| 07/10/2023 | 01:24 PM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/10/2023 | 01:24 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/10/2023 | 05:14 PM | CHEERS! - LOBBY BAR | 77229 | $0.00 | |
| 07/10/2023 | 05:14 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77229 | $2.00 | |
| 07/10/2023 | 05:51 PM | CHEERS! - HORIZONS STB SVC BAR | 77229 | $0.00 | |
| 07/10/2023 | 05:51 PM | ADDITIONAL HORIZONS STB SVC BAR GRATUITIES | 77229 | $2.00 | |
| 07/10/2023 | 07:16 PM | LIMELIGHT LOUNGE | 77229 | $0.00 | |
| 07/10/2023 | 07:16 PM | ADDITIONAL LIMELIGHT LOUNGE GRATUITIES | 77229 | $1.00 | |
| 07/10/2023 | 08:42 PM | OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/10/2023 | 08:42 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/10/2023 | 09:34 PM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/10/2023 | 09:34 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/11/2023 | 05:46 PM | BONSAI SUSHI BAR | 77229 | $42.48 | |
| 07/11/2023 | 05:47 PM | CHEERS! - RED FROG PUB&BREWERY | 77229 | $0.00 | |
| 07/11/2023 | 05:47 PM | ADDITIONAL RED FROG PUB&BREWERY GRATUITIES | 77229 | $1.00 | |
| 07/11/2023 | 06:53 PM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/11/2023 | 06:53 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/11/2023 | 07:58 PM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/11/2023 | 07:58 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/11/2023 | 08:54 PM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/11/2023 | 08:54 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 07:45 AM | OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/12/2023 | 07:45 AM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 12:16 PM | CHEERS! - POOL BAR | 77229 | $0.00 | |
| 07/12/2023 | 12:16 PM | ADDITIONAL POOL BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 01:02 PM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/12/2023 | 01:02 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 02:04 PM | LOBBY BAR | 77229 | $0.00 | |
| 07/12/2023 | 02:04 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 02:36 PM | CHEERS! - LOBBY BAR | 77229 | $0.00 | |
| 07/12/2023 | 02:36 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 02:50 PM | CHEERS! - LOBBY BAR | 77229 | $0.00 | |
| 07/12/2023 | 02:50 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 03:23 PM | CHEERS! - LOBBY BAR | 77229 | $0.00 | |
| 07/12/2023 | 03:23 PM | ADDITIONAL LOBBY BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 05:17 PM | CHEERS! - ALCHEMY BAR | 77229 | $0.00 | |
| 07/12/2023 | 05:17 PM | ADDITIONAL ALCHEMY BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 05:46 PM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |

GR000044

# CARNIVAL®

| | | | | |
|---|---|---|---|---|
| MRS BRITTANY CROCKETT | | | Cabin Section: | 27 |
| Ship: | CARNIVAL VISTA | | Sail Date: | 07/08/2023 |
| Cabin: | 6383 | | Printed On: | 07/27/2023 03:37:01 PM |
| Booking Number: | N3Z3V8 | | Page: | 3 of 4 |

| Date | Time | Location/Description | Folio | Charges | Credits |
|---|---|---|---|---|---|
| 07/12/2023 | 05:46 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 06:23 PM | CHEERS! - SOUTHRN LS STBD SVC | 77229 | $0.00 | |
| 07/12/2023 | 07:17 PM | COFFEE SHOP | 77229 | $0.00 | |
| 07/12/2023 | 07:17 PM | ADDITIONAL COFFEE SHOP GRATUITIES | 77229 | $1.00 | |
| 07/12/2023 | 08:10 PM | COFFEE SHOP | 77229 | $0.00 | |
| 07/13/2023 | 09:19 AM | OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/13/2023 | 09:19 AM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/13/2023 | 02:54 PM | OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/13/2023 | 02:54 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $1.00 | |
| 07/13/2023 | 03:46 PM | INTERNET | 77229 | $22.00 | |
| 07/13/2023 | 05:06 PM | CAMP OCEAN | 77229 | $50.00 | |
| 07/13/2023 | 05:51 PM | CHEERS! - SOUTHRN LS STBD SVC | 77229 | $0.00 | |
| 07/13/2023 | 08:17 PM | CHEERS! - RED FROG PUB&BREWERY | 77229 | $0.00 | |
| 07/13/2023 | 08:17 PM | ADDITIONAL RED FROG PUB&BREWERY GRATUITIES | 77229 | $1.00 | |
| 07/13/2023 | 09:00 PM | OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/13/2023 | 09:00 PM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $2.00 | |
| 07/13/2023 | 10:23 PM | CHEERS! - OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/14/2023 | 09:32 AM | OCEAN PLAZA BAR | 77229 | $0.00 | |
| 07/14/2023 | 09:32 AM | ADDITIONAL OCEAN PLAZA BAR GRATUITIES | 77229 | $2.00 | |
| 07/14/2023 | 10:47 AM | CHEERS! - BLUE IGUANA BAR | 77229 | $0.00 | |
| 07/14/2023 | 10:47 AM | ADDITIONAL BLUE IGUANA BAR GRATUITIES | 77229 | $1.00 | |
| 07/14/2023 | 11:53 AM | CHEERS! - BLUE IGUANA BAR | 77229 | $0.00 | |
| 07/14/2023 | 11:53 AM | ADDITIONAL BLUE IGUANA BAR GRATUITIES | 77229 | $1.00 | |
| 07/14/2023 | 12:15 PM | CHEERS! - BLUE IGUANA BAR | 77229 | $0.00 | |
| 07/14/2023 | 12:15 PM | ADDITIONAL BLUE IGUANA BAR GRATUITIES | 77229 | $1.00 | |
| 07/14/2023 | 01:25 PM | BLUE IGUANA BAR | 77229 | $0.00 | |
| 07/14/2023 | 01:25 PM | ADDITIONAL BLUE IGUANA BAR GRATUITIES | 77229 | $1.00 | |
| 07/14/2023 | 06:18 PM | SOUTHRN LS STBD SVC | 77229 | $0.00 | |
| 07/14/2023 | 06:18 PM | ADDITIONAL SOUTHRN LS STBD SVC GRATUITIES | 77229 | $2.00 | |
| 07/14/2023 | 07:51 PM | IN CABIN BEVERAGE | 77229 | $0.00 | |
| 07/14/2023 | 08:18 PM | PIXELS GALLERY | 77229 | $234.48 | |
| 07/14/2023 | 08:21 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:21 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:21 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:21 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:22 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:22 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:22 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:22 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:23 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:23 PM | PIXELS GALLERY | 77229 | $0.00 | |

GR000045



MRS BRITTANY CROCKETT                                    Cabin Section: 27
Ship:           CARNIVAL VISTA                           Sail Date:      07/08/2023
Cabin:          6383                                     Printed On:     07/27/2023 03:37:01 PM
Booking Number:   N3Z3V8                                 Page:           4 of 4

| Date | Time | Location/Description | Folio | Charges | Credits |
|------|------|---------------------|-------|---------|---------|
| 07/14/2023 | 08:23 PM | PIXELS GALLERY | 77229 | $0.00 | |
| 07/14/2023 | 08:24 PM | PIXELS GALLERY | 77229 | $0.00 | |
| | | TOTAL CHARGES | | $407.96 | $9.72 |



Earn 20,000 FunPoints® after your first purchase or balance transfer. That's enough [FunPoints®] to redeem for a $200 statement credit towards your next cruise. Apply online at CarnivalFunpoints.com/3513

* No internet purchase is required when connected to the ship's Wi-Fi
* Please see Terms and Conditions available online. Offer subject to credit approval.

THIS IS YOUR BILL AS OF THE TIME STAMPED ABOVE.  IF YOU HAVE A CREDIT CARD ON FILE WITH US, NO NEED TO CHECK OUT AT GUEST SERVICES.  ON EMBARKATION DAY, A BANK HOLD OF $100 TO $200 (DEPENDING ON CRUISE LENGTH) IS PLACED ON ALL CREDIT AND DEBIT CARD ACCOUNTS TO VERIFY THAT THE CARD WAS VALID. AS MONEY IS SPENT THROUGHOUT YOUR CRUISE, ADDITIONAL HOLDS ARE OBTAINED. THIS WILL RESULT IN MULTIPLE AMOUNTS BEING HELD.  ON THE DAY YOUR CRUISE RETURNS, CARNIVAL IMMEDIATELY SETTLES YOUR ACCOUNT WITH YOUR BANK FOR THE TOTAL AMOUNT OF YOUR ONBOARD EXPENSES. IMPORTANT: HOLDS WILL REMAIN ON YOUR ACCOUNT FOR ONE OR MORE DAYS DEPENDING ON YOUR ISSUING BANK'S HOLD POLICY, LIMITING YOUR ACCESS TO FUNDS. DEBIT CARD HOLDERS: THE AMOUNT SPENT ON YOUR SAIL & SIGN ACCOUNT PLUS ANY BANK HOLDS PROCESSED WILL BE DEDUCTED FROM YOUR AVAILABLE FUNDS. YOUR BANK IS RESPONSIBLE FOR RELEASING ANY PENDING HOLDS FROM YOUR ACCOUNT. CARNIVAL IS NOT ABLE TO EXPEDITE THE RELEASE OF BANK HOLDS. PLEASE CONTACT YOUR BANK FOR ASSISTANCE. IF THERE ARE MORE THAN $10 OF UNUSED FUNDS FROM YOUR CASH DEPOSIT, WE WILL MAIL A REFUND CHECK TO YOUR ADDRESS ON FILE. UNUSED FUNDS OF LESS THAN $10 WILL BE DONATED TO ST. JUDE CHILDREN'S RESEARCH HOSPITAL UNLESS OTHERWISE CLAIMED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 24-CV-21185-RAR**

EXHIBIT

20

**CLAY CROCKETT**,

 Plaintiff,

v.

**CARNIVAL CORPORATION**,

 Defendant.

_____/

### DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint [ECF No. 1], and states as follows*:

### ANSWER

### THE PARTIES AND JURISDICTION

1. Admitted Plaintiff is seeking damages in excess of $75,000, denied as to entitlement to same.

2. Without knowledge, therefore denied.

3. Admitted Defendant maintains an office in Miami-Dade County and operated the subject ship.

4. Admitted for purposes of this litigation only that jurisdiction is proper.

5. Admitted for purposes of this litigation that venue is proper.

6. Admitted for purposes of this litigation only that jurisdiction is proper.

7. Denied as phrased.

8. Admitted.

**Page 221**

## OTHER ALLEGATIONS COMMON TO ALL COUNTS

9.      Admitted.

10.     Admitted.

11.     Admitted Plaintiff was a lawful fare-paying passenger.

12.     Denied as phrased.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Denied, including subparts (a) through (i).

18.     Denied.

19.     Denied.

20.     Denied.

21.     Denied as phrased.

22.     Denied.

23.     Denied.

24.     Denied as phrased.

## COUNT I
## NEGLIGENT MAINTENANCE

25.     Defendant reincorporates its responses to paragraphs 1 through 24 as if fully stated herein.

26.     Admitted only that Plaintiff alleges a negligent failure to maintain claim.

27.     Admitted that Defendant owes a duty of reasonable care to its passengers.

28.     Denied.

**Page 222**

29.     Denied.

30.     Denied.

31.     Denied.

## COUNT II
## NEGLIGENT FAILURE TO WARN

32.     Defendant reincorporates its responses to paragraphs 1 through 24 as if fully stated herein.

33.     Admitted only that Plaintiff alleges a failure to warn claim.

34.     Admitted that Defendant owes a duty of reasonable care to its passengers.

35.     Denied.

36.     Denied.

37.     Denied.

38.     Denied.

## COUNT III
## NEGLIGENT TRAINING PERSONNEL

39.     Defendant reincorporates its responses to paragraphs 1 through 24 as if fully stated herein.

40.     Admitted Plaintiff has styled this count as "Negligent Training Personnel".

41.     Admitted that Defendant owes a duty of reasonable care to its passengers.

42.     Denied.

43.     Denied.

44.     Denied.

45.     Denied.

46.     Denied.

**Page 223**

47.     Denied.

48.     Denied.

## COUNT IV
## NEGLIGENT DESIGN, CONSTRUCTION
## AND SELECTION OF MATERIALS

49.     Defendant reincorporates its responses to paragraphs 1 through 24 as if fully stated herein.

50.     Admitted that Plaintiff alleges a negligent design claim.

51.     Admitted that Defendant owes a duty of reasonable care to its passengers.

52.     Denied as phrased.

53.     Denied as phrased.

54.     Denied as phrased.

55.     Denied.

56.     Denied.

57.     Denied.

58.     Denied.

59.     Denied, including subparts (a) through (o).

60.     Denied.

61.     Denied.

* Any allegation not specifically admitted to is hereby denied.

## AFFIRMATIVE DEFENSES

As separate and complete defenses, based on information and belief, Carnival states as follows:

**Page 224**

A. Plaintiff's damages were caused or exacerbated as a result of intervening and superseding factors that are independent of any fault of Defendant and which were not reasonably foreseeable to it.

B. Plaintiff did not exercise ordinary care, caution, or prudence for her own welfare to avoid the happening of the alleged incident, injuries or damages, if any, the existence of which Defendant expressly denies, and by this failure to do so, the Plaintiff thereby directly and proximately contributed to the happening of said alleged injuries, losses and damages, if any, the existence of which the Defendant expressly denies.

C. Plaintiff has failed to mitigate his losses or damages claimed against Defendant by failing to take advantage of any reasonable opportunity that might exist under the circumstances to reduce or minimize the loss or damage. Specifically, medical records to be obtained in discovery may indicate Plaintiff did not seek out medical treatment in a reasonable amount of time or did not follow the advice of his doctors.

D. Plaintiff was negligent and therefore Plaintiff is either barred from recovery or the damages in this case must be apportioned and reduced in proportion to the share of negligence attributable to the Plaintiff.

E. The Plaintiff's damages were the result of a pre-existing injury/condition. Assuming, arguendo, that any pre-existing mental or physical injury or illness was aggravated by any alleged incident herein, for which this Defendant expressly denies any responsibility, the Plaintiff is only entitled to reimbursement for the degree of aggravation and any and all recovery obtained herein must be reduced to the percentage of aggravation which the Plaintiff allegedly suffered as a result of the subject incident.

F.      Any risks complained of by Plaintiff were open and obvious, obviating any duty to warn by Defendant.

G.      Plaintiff has failed to state a claim for negligent training as a matter of law.

H.      General maritime law applies to Plaintiff's claims.

I.      This action is governed by and subject to the terms, limitations, and conditions contained within the Plaintiff's Passenger Ticket Contract.

**\* Discovery has not yet commenced, and Defendant reserves the right to amend and/or add affirmative defenses that appear to be supported by the evidence.**

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Cooper Jarnagin*
        Michael J. Drahos
        Florida Bar No. 0617059
        michael.drahos@gray-robinson.com
        W. Cooper Jarnagin
        Florida Bar No. 117767
        cooper.jarnagin@gray-robinson.com
        Ashley Genoese
        Florida Bar No. 1019357
        ashley.genoese@gray-robinson.com

**Page 226**

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ Cooper Jarnagin*

## SERVICE LIST
## CASE NO. 24-CV-21185-RAR

**John Heyward Hickey**
Hickey Law Firm PA
1401 Brickell Avenue
Suite 510
Miami, FL 33131
305-371-8000
Fax: 371-3542
Email: FEDERALCOURTFILINGS@HICKEYLAWFIRM.COM

**Lisa Charli Goodman**
Hickey Law Firm
1401 Brickell Ave
Suite 510
Miami, FL 33131
305-371-8000
Fax: 305-371-3542
Email: lgoodman@hickeylawfirm.com

Page 227