UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:24-cv-21185-RAR

AT LAW AND IN ADMIRALTY

CLAY CROCKETT,

     Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

     Defendant.

_____/

**NOTICE OF FILING**
**PLAINTIFF'S EXHIBITS TO**
**PLAINTIFF'S RESPONSE TO DEFENDANT STATEMENT OF FACTS**
**AND**
**PLAINTIFF'S ADDITIONAL MATERIAL FACTS**

Plaintiff, CLAY CROCKETT, by and through the undersigned counsel, hereby gives notice

of filing exhibits in support of Plaintiff's Response to Defendant Statement of Facts and Plaintiff's

Additional Material Facts.

Specifically, Plaintiff gives notice of filing:

**Exhibit C - Carnival Pool & Deck Supervisor's Deposition**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 13th day of May, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served upon all counsel of record or pro se parties identified in the manner specified, wither via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/ Lisa C. Goodman*
**John H. Hickey, Esq. (FBN 305081)**
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**Lisa C. Goodman, Esq. (FBN 118698)**
lgoodman@hickeylawfirm.com
kporras@hickeylawfirm.com
**Hickey Law Firm, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Tel. (305) 371-8000
Fax: (305) 371-3542
*Counsel for Plaintiff*

CLAY CROCKETT v. CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE

CASE NO. 1:24-cv-21185-RAR

## SERVICE LIST

<table>
<tr>
<td>

**John H. Hickey, Esq.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**Lisa C. Goodman, Esq.** (FBN 118698)
lgoodman@hickeylawfirm.com
kporras@hickeylawfirm.com
**Hickey Law Firm, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Tel. (305) 371-8000
Fax: (305) 371-3542
*Counsel for Plaintiff*

</td>
<td>

**Michael J. Drahos, Esq.** (FBN: 1019357)
michael.drahos@gray-robinson.com,
lilia.parker@gray-robinson.com
**Ashley N. Genoese, Esq.** (FBN: 0617059)
ashley.genoese@gray-robinson.com
**Walter Cooper Jarnagin** (FBN: 117767)
Cooper.Jarnagin@gray-robinson.com
**Gray Robinson, P.A.**
515 North Flagler Drive, Suite 650
West Palm Beach, FL 33401
Tel.: (561) 268-5727
Fax: (561) 268-5745
*Counsel for Defendant*

</td>
</tr>
</table>