Exhibit C

Wilcor Sta Peter's Deposition

Carnival's Pool & Deck Supervisor

# Index

Deposition Transcript – Wilcor Sta Ana                                              Pg 3
Exhibit 1 – Notice of Taking Videotaped Deposition                                 Pg 76
Exhibit 2 – CCL GR000297- GR000299 – Job Descriptions                              Pg 81
Exhibit 3 – CCL GR000058-GR000060 - CCL Vista Deck Plans                           Pg 84
Exhibit 4 – CCL GR000341-GR000350 - Incident Photos provided by CCL (10)           Pg 87
Exhibit 5 – CCL GR000320-GR000334 – Cleaning Procedures                            Pg 97
Exhibit 6 – CCL GR000335 - Procedure for Work Order Reports                        Pg 112
Exhibit 7 – CCL GR000296 - Open Deck Day - Sign on Sheet                           Pg 113
Exhibit 8 – CCL GR000300- GR000319 – Shift Reports                                 Pg 114
Exhibit 9 – PHOTO OF STAIRCASE (07.14.2023)                                        Pg 134
Exhibit 10 – CCL GR000056-GR000057 - CCL Comment Details for Booking No N3Z3VB      Pg 135
Exhibit 11 – CCL GR000293-GR000295 - Work Orders                                   Pg 137

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  1:24-cv-21185-RAR

CLAY CROCKETT,

          Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,
          Defendant.
_____/

LOCATION:    Remote Audio-Video Communication

DATE:        March 27, 2025

TIME:        10:03 a.m. - 12:50 p.m.

   VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF
                 WILCOR STA ANA

        Taken before Julie Giordano, Florida
Professional Reporter, Notary Public in and for the
State of Florida at Large, pursuant to Notice of
Taking Deposition filed in the above case.

Page 2

APPEARANCES:

LISA GOODMAN, ESQUIRE
OF: HICKEY LAW FIRM, P.A.
  12150 SW 128th Court, Suite 225
  Miami, Florida 33186
  lgoodman@hickeylawfirm.com
  Counsel for the Plaintiff

ASHLEY NICOLE GENOESE, ESQUIRE
OF: GRAYROBINSON
  515 North Flagler Drive, Suite 650
  West Palm Beach, Florida 33401
  ashley.genoese@gray-robinson.com

  Counsel for the Defendant

ALSO PRESENT: Oliver Lee, Videographer

I N D E X

TESTIMONY OF WILCOR STA ANA          PAGE
  DIRECT EXAMINATION                    5
    By Ms. Goodman
  CROSS-EXAMINATION                   141
    By Ms. Genoese
  REDIRECT EXAMINATION                144
    By Ms. Goodman

  CERTIFICATE OF REPORTER........................146
  CERTIFICATE OF OATH............................147
  NOTIFICATION LETTER............................148
  ERRATA SHEET...................................149

Page 3

E X H I B I T S

EXHIBIT                        PAGE
Plaintiff's Exhibit No. 1          9
  Notice of Taking the Videotaped
  Deposition
Plaintiff's Composite Exhibit No. 2      28
  Job Descriptions
Plaintiff's Exhibit No. 3         43
  Deck Plan
Plaintiff's Exhibit No. 4         46
  Photograph: Subject Outdoor
  Staircase
Plaintiff's Composite Exhibit No. 5      77
  Cleaning Procedures
Plaintiff's Exhibit No. 6         91
  Policy/Procedure For Work Orders
Plaintiff's Exhibit No. 7         97
  Open Deck Day Sign-on Sheet
Plaintiff's Composite Exhibit No. 8     101
  Shift Reports
Plaintiff's Exhibit No. 9        123
  Photograph: Broken Riser
Plaintiff's Exhibit No. 10       125
  iCare for Subject Incident
Plaintiff's Exhibit No. 11       129
  Work Order

Page 4

THE VIDEOGRAPHER: Okay. In the case styled Clay Crockett versus Carnival Corporation, doing business as Carnival Cruise Line, Case No. 1:24-cv-21185-RAR, this is the video-recorded deposition of Wilcor Sta Ana. This deposition is taking place via Teams on March 27th, 2025. The time now is 10:03 a.m., Eastern Time. Our videographer is Oliver Lee.

Counsel will state their appearances for the record, after which our court reporter, Julie Giordano, will swear in the witness.

MS. GOODMAN: Good morning. This is Lisa Goodman from Hickey Law Firm on behalf of the plaintiff, Clay Crockett.

MS. GENOESE: Good morning. Ashley Genoese of behalf of Carnival Corporation.

Thereupon,

WILCOR STA ANA,

was called as a witness and, having been first duly sworn, was examined and testified as follows:

THE WITNESS: Yes.

Page 5

DIRECT EXAMINATION

BY MS. GOODMAN:

Q. Good morning, sir. Well, I don't know if it's morning for you, actually, where you're located.

A. Yeah. It's fine.

Q. But for me, it's morning still.

Could you please state and spell your name for the record?

A. My name is Wilcor Sta Ana.

Q. Would you spell that for us?

A. W-I-L-C-O-R, S-T-A, A-N-A.

Q. And is it okay if I call you Wilcor during the deposition?

A. Yeah.

Q. Okay. And where are you currently located?

A. I'm on CARNIVAL JUBILEE right now.

Q. And where is the CARNIVAL -- go ahead.

A. Cozumel.

Q. Cozumel. Okay.

And do you consent to being sworn under oath remotely using Teams?

A. Yes.

Q. And do you consent to having your

2 (Pages 2 - 5)

Page 6

deposition taken today remotely using Teams?
   A.  Yes.
   Q.  And you agree that the incident that we are here to discuss today involves Clay Crockett being hit in the head with a loose kick plate or a riser board of an outdoor staircase that fell on him onboard the CARNIVAL VISTA on July 14th, 2023?
      MS. GENOESE:  Objection to form.
      MS. GOODMAN:  You can go ahead and answer.
      MS. GENOESE:  You can answer.
      THE WITNESS:  Yes.
BY MS. GOODMAN:
   Q.  Okay.  And we know that you're doing this deposition from onboard the CARNIVAL JUBILEE, which means you still work for Carnival, right?
   A.  Yes.
   Q.  Okay.  And, when did you get onboard the CARNIVAL JUBILEE?
   A.  Last March 8.
   Q.  When are you expected to get off the CARNIVAL JUBILEE?
   A.  I don't have any sign-off date yet.
   Q.  Okay.  And do you have any plan on leaving Carnival in the near future?

Page 7

   A.  When I retire.
   Q.  Okay.  Other than retiring, you're not planning to go work for another cruise line or anything like that?
   A.  No.  No.  Until I can.
   Q.  Until you can work, you're going to work for Carnival?
   A.  Yeah.
   Q.  Okay.  Have you ever had your deposition taken before?
   A.  No.  Never.
   Q.  Okay.  If you don't understand one of my questions, please ask me to rephrase it.  If you answer the question, it will be assumed that you understood the question as it was asked.  Okay?
   A.  Yeah.
   Q.  Okay.  Did you -- I'm about to ask you what you did to prepare for your deposition.  I'm assuming you spoke with your attorney.  I'm not asking what you spoke to your attorney about.  That's privileged.  So, when you're answering my questions, don't divulge any privileged information.  Okay?
   A.  Yeah.
   Q.  Okay.  So what did you do to prepare

Page 8

for today's deposition?
   A.  I had my breakfast.
   Q.  You had your breakfast?
   A.  Yeah.
   Q.  Did you -- did you speak with your attorney in preparation for your deposition today?
   A.  No.
   Q.  Okay.  Did you speak with anyone in preparation for your deposition today?
   A.  Only my supervisor that I said to say what they ask you to say.
   Q.  Okay.  So you told your supervisor that you would be testifying today?
   A.  Yeah.  Because he will be the one to connect me in there on the Teams.
   Q.  He's the one that connected you on Teams?
   A.  Yeah.
   Q.  Okay.  Are you doing the deposition from his office or your office onboard the CARNIVAL JUBILEE?
   A.  His office.
   Q.  His office.  Which explains why he connected you to Teams?
   A.  I'm sorry?  I'm not familiar with the

Page 9

Teams.
   Q.  That's okay.  Me neither.
      Did you review any documents to prepare for your deposition?
   A.  No, nothing.  Only my -- my date when I signed on.
   Q.  Signed on to the CARNIVAL VISTA?
   A.  No.  The first time I got -- because I was -- I was working here a long time.  So I can't remember anymore the day when I first joined.
   Q.  When you first joined what?
   A.  Carnival Cruise Line.
   Q.  Okay.  We'll get to that, actually, in a second.
      But I'm going to show you what will be Plaintiff's Exhibit 1.  And give me a second.
      (Plaintiff's Exhibit No. 1 was marked for identification.)
BY MS. GOODMAN:
   Q.  Okay.  Can you see the screen, sir?
   A.  Yeah.
   Q.  Okay.  And on the screen, do you see that there's the notice of taking the videotaped deposition of you?
      Do you see that?

3 (Pages 6 - 9)

Page 10

A. My screen -- yeah.

Q. Okay. So that's the notice for today's deposition of you. That's correct?

A. Yeah.

Q. Okay. And you didn't speak to your attorney in preparation for your deposition. You only advised your supervisor that you'd be testifying today; is that correct?

A. Yeah. They advised me that I will be testifying, my supervisor.

Q. Okay. Where are you from?

A. I'm from the Philippines.

Q. Do you still have family in the Philippines?

A. Of course.

Q. When you are not onboard a Carnival cruise ship, do you return to the Philippines?

A. Yes.

Q. Okay. How long have you been employed by Carnival?

A. Almost six years now. Turning six years.

Q. Have you worked for any other cruise lines before Carnival?

A. Yeah. I worked local, domestic in my

Page 11

country.

Q. Domestic in the Philippines?

A. Yeah.

Q. Where did you work in the Philippines before working for Carnival?

A. I'm sorry?

Q. Where did you work in the Philippines before you started working for Carnival?

A. It's a passenger ship also.

Q. On a passenger ship also. But that was based in the Philippines?

A. Yeah. Only in the Philippines.

Q. Okay. Have you ever worked for like Royal Caribbean or NCL?

A. No. Never. Only at the Fred Olsen cruise line.

Q. On the what? I missed what you said.

A. Fred Olsen cruise line.

Q. Okay.

THE REPORTER: No. No. No.

BY MS. GOODMAN:

Q. And for your employment at Carnival, you receive --

THE REPORTER: I'm sorry. I did not understand him. I need to make sure I get

Page 12

his testimony correct.

MS. GOODMAN: Go ahead.

THE REPORTER: What -- can you repeat your answer? Only at what cruise line?

THE WITNESS: Fred Olsen.

THE REPORTER: Red Olsen?

THE WITNESS: Fred, Fred. F-R-E-D Olsen.

THE REPORTER: Olsen.

THE WITNESS: O-L-S-E-N.

THE REPORTER: Perfect. Thank you, sir. I appreciate that.

Go ahead.

MS. GOODMAN: Thank you.

BY MS. GOODMAN:

Q. And do you receive a salary for your employment at Carnival?

A. Of course.

Q. Do you send any portion of that salary home to your family in the Philippines?

A. Yeah. Every month.

Q. Okay. We know that you're currently onboard the CARNIVAL JUBILEE and that you've been there since last March, right?

A. Yeah.

Page 13

Q. Okay. Were you also onboard the CARNIVAL VISTA on July 14th, 2023?

A. Yes.

Q. Okay. And how long were you onboard the CARNIVAL VISTA during that time?

A. I can't remember because I was moved at CARNIVAL VENEZIA on December.

Q. Did you say "CARNIVAL VENEZIA"?

A. I'm sorry?

Q. Did you say "VENEZIA" or did you say "VISTA" in December?

A. VENEZIA.

Q. VENEZIA. So, you did that December of 2022?

A. Yeah. 2020 -- yeah, 2022. I can't remember totally. But during that time, I was moved. They transferred me.

Q. Okay. So let's -- let's do this. What Carnival ships have you been assigned to?

A. Okay. Currently, CARNIVAL PRIDE. CARNIVAL PRIDE, CARNIVAL VALOR, CARNIVAL FREEDOM, CARNIVAL CONQUEST, CARNIVAL VISTA, CARNIVAL VENEZIA and CARNIVAL HORIZON and now CARNIVAL JUBILEE.

Q. When you say "CARNIVAL VENEZIA," do you mean the CARNIVAL VENEZIA?

4 (Pages 10 - 13)

Page 14

A. Yeah.

Q. Okay. And you were onboard the CARNIVAL VENEZIA December of 2022?

A. Yeah.

Q. That's when you got --

A. Also 2023.

Q. So you got onboard the CARNIVAL VENEZIA December 2022 and you got off on when?

A. 2023. I can't remember.

Q. And then after that, then you got onboard the CARNIVAL VISTA?

A. No. I got onboard CARNIVAL HORIZON.

Q. HORIZON. When were you onboard the CARNIVAL HORIZON?

A. Last contract. So, it was 2024. 2024.

Q. Okay. Have you been onboard -- right now, I have you being onboard the CARNIVAL JUBILEE, the PRIDE, the VALOR, the FREEDOM, the CONQUEST, the VISTA, the VENEZIA and the HORIZON.

Am I missing any Carnival ships?

A. Yeah. That's it.

Q. That's it. Okay.

And the CARNIVAL VISTA. You were onboard July 14, 2023. But are you able to tell us

Page 15

when you -- like what your contract was onboard the CARNIVAL VISTA during that period?

A. During that period, I was pool and deck supervisor.

Q. Okay. So that's your position onboard the CARNIVAL VISTA?

A. Yeah.

Q. So what I'm trying to find out -- the date of incident in the case is July 14th, 2023. When was your first day onboard the CARNIVAL VISTA?

A. I would be still was 2022 -- 20 -- I can't remember. But it's 2022.

Q. Okay. But we know that you were onboard the CARNIVAL VISTA July 14th, 2023?

A. Yeah. I was onboard then.

Q. All right. What is your current position onboard the CARNIVAL JUBILEE?

A. Right now, I'm assistant housekeeping manager 1.

Q. Okay. And is that a promotion from pool and deck supervisor?

A. Yes.

Q. And when you were onboard the CARNIVAL VISTA, you were a pool and deck supervisor?

A. That's correct.

Page 16

Q. And when were you promoted to assistant housekeeping manager 1?

A. When I was in HORIZON, they promoted. Last contract.

Q. Okay. Okay. When you first started at Carnival six years ago, what was your initial position at Carnival?

A. Housekeeping attendant.

Q. Okay. And then did you receive a promotion after housekeeping attendant?

A. Yeah. Two contracts before I got a promotion.

Q. And what was -- what were you promoted to?

A. Pool and deck supervisor trainee for 23 days. Then I became pool and deck supervisor.

Q. Okay.

THE REPORTER: I apologize, Ms. Goodman.

I'm going to need you to repeat that answer, sir. I apologize. Equipment supervisor?

THE WITNESS: No. Trainee pool and deck.

MS. GOODMAN: For 23 days?

Page 17

THE WITNESS: I trained first for 23 days. Then I passed the training, and I got the pool and deck supervisor position.

THE REPORTER: Thank you.

BY MS. GOODMAN:

Q. So you went from housekeeping -- I was actually going to summarize it because I knew.

So you got the housekeeping position. And then the next promotion that you received was trainee for pool and deck supervisor.

A. Yeah.

Q. You did that for 23 days, passed the test, and then you became a pool and deck supervisor?

A. Exactly.

Q. What was the first ship that you were a pool and deck supervisor on?

A. That was CARNIVAL VISTA.

Q. Okay. So you were -- the first time you were a pool and deck supervisor was onboard the CARNIVAL VISTA?

A. Yeah.

Q. And how many times have you been assigned to the CARNIVAL VISTA?

A. Twice.

5 (Pages 14 - 17)

Page 18

Q. Twice. Okay.

When was the first time you were assigned to the CARNIVAL VISTA?

A. 20 --

Q. That was what?

A. 2022.

Q. 2022, you were onboard the CARNIVAL VISTA the first time?

A. Yeah. After training, I went to VISTA.

Q. Hold on. I missed what you said.

A. After we trained, I went over to VISTA.

Q. Still.

(A portion of the record was read by the reporter.)

BY MS. GOODMAN:

Q. Okay. What was the second time that you were onboard the CARNIVAL VISTA?

A. After my vacation.

Q. Which was what year?

A. 2023.

Q. Did you do two CARNIVAL VISTA contracts back to back?

A. Yeah.

Page 19

Q. Okay. So you did CARNIVAL VISTA, you had your vacation, and then you went back onboard the CARNIVAL VISTA?

A. Yeah.

Q. Got it. Okay.

And before you were onboard the CARNIVAL VISTA, you were onboard the CARNIVAL VENEZIA?

A. No.

Q. Okay. When were you onboard the CARNIVAL VENEZIA?

A. After -- after six months onboard -- after three months onboard CARNIVAL VISTA. Because they kept my contract, they had to send me to VENEZIA.

Q. Okay.

A. So it's not totally finished contract the second time I went to VISTA.

Q. Okay. So what really happened -- I'm getting it -- you did CARNIVAL VISTA first?

A. Yeah.

Q. You didn't finish your whole contract the first time. They cut your --

A. No. No.

Q. They sent you to the CARNIVAL VENEZIA?

Page 20

A. I finished my first contract in VISTA.

Q. Okay.

A. I went vacation. I came back to VISTA. Then they cut my contract in VISTA. They send me to VENEZIA.

Q. Okay. Understood.

What was your position onboard the CARNIVAL VENEZIA?

A. I was promoted as management trainee.

Q. Management trainee.

A. So I have to train again.

Q. Understood.

Let's talk about your qualifications to be a pool and deck supervisor. What are your qualifications to be a pool and deck supervisor?

A. The qualification for pool and deck supervisor, you must give instruction to the team members that are under, to give them special projects, special tasks in terms of cleaning and maintaining the area up to Carnival's standards and giving them schedules on which area they will be assigned to. And I am in charge also of the aquatic attendant during that time.

Q. So you talked about that we were --

A. Water facilities.

Page 21

Q. I'm sorry. Go ahead.

A. Including the water facilities.

Q. Including water facilities. Okay.

You talked about being a trainee for 23 days before you became a pool and deck supervisor.

A. Uh-huh.

Q. What did that training for those 23 days consist of?

A. Consist of -- mostly on paperworks, on the computer system, how to make out reports and how to input all the data that we gathered outside into the system while we are working.

Q. Okay. So mostly paperwork, training?

A. Yeah.

Q. Understood.

When you first started at Carnival, did you go to Carnival College?

A. No.

Q. Have you ever gone to Carnival College?

A. No.

Q. Okay. Have you ever been trained on incident prevention onboard Carnival cruise ships?

A. No. There's no training.

6 (Pages 18 - 21)

Page 22

Q. Let's talk about your duties as a pool and deck supervisor. What are your duties as a pool and deck supervisor?

A. So my duty during that time is that I have to check all the water facilities, the -- the range, if it is safe for the guests to get into. So mostly water chemistry. Yeah. The water chemistry of the pool, we have to check. And then I have to organize again my team which area they will go to. And we will maintain the area, the cleanliness of the area at all times during our shift.

Q. As the pool and deck supervisor, are you responsible for overseeing crew members?

A. Yeah.

Q. And what crew members are you responsible for overseeing?

A. The hotel attendant and the aquatic attendant.

Q. And is this -- when you say "hotel attendant" -- well, strike that.

We know that there's an interior and an exterior part of the ship, right?

A. Yeah.

Q. In your position, are you responsible

Page 23

for the interior of the ship or the exterior of the ship?

A. Exterior of the ship.

Q. Okay. So you would be responsible for overseeing crew members who are responsible for cleaning the exterior of the ship?

A. Yeah. But -- because there are two -- two different departments that are working outside the ship.

Q. What are the two depart --

A. The deck department. So I'm not involved with them.

Q. And what is the -- do you know -- I understand you're not involved with the deck department, but do you know what they do?

A. Same thing, cleaning, but mostly scrubbing of the open deck area and painting.

Q. When you say "scrubbing of the open deck," is that like the heavy-duty cleanings?

A. Yes.

Q. Okay. So your -- the pool and deck supervisor, that department is more responsible for the -- I guess the regular day-to-day cleanings?

A. Yeah. But for us, housekeeping, just maintaining.

Page 24

Q. Maintaining. But not doing like the heavy-duty major scrubbing cleanings?

A. That's deck department.

Q. That's deck department. Understood.

A. Yeah.

Q. As the pool and deck supervisor, you would agree that you are responsible for guest safety onboard a Carnival ship, right?

MS. GENOESE: Object to form.

THE WITNESS: Yeah.

BY MS. GOODMAN:

Q. You said yes?

MS. GENOESE: You can answer the question.

THE WITNESS: Okay. As our duty as a pool and deck supervisor, yeah, it is part of the -- any safety issue or maintenance issue we need to report to.

BY MS. GOODMAN:

Q. Understood.

And, in fact, every crew member onboard the Carnival ship is responsible for guest safety, right?

MS. GENOESE: Object to form.

THE WITNESS: Yeah.

Page 25

BY MS. GOODMAN:

Q. Okay. And do you provide any training to the crew members that you oversee?

A. Yeah.

Q. What training do you provide? And let's be specific here. Let's talk about training involving passenger safety or incident prevention.

So do you provide any training to the crew members that you oversee regarding incident prevention and guest safety?

A. No. Only -- the only training is the -- mostly I'm giving is regarding the cleanliness.

Q. Okay. What training do you provide regarding the cleanliness of the ship?

A. Like, for example, how to do the standard cleaning or deep cleaning of the restroom, okay, reporting and doing the reporting of any maintenance issue inside the restroom, how to clean the floor, how to sanitize and disinfect the tables. Mostly like that.

Q. You just talked about reporting maintenance issues. I think you said in the -- in the restrooms, right?

A. Yeah.

Q. Is it only for the restrooms, or would

7 (Pages 22 - 25)

Veritext Legal Solutions

800-726-7007 305-376-8800

Page 26

that include maintenance issues anywhere on the open decks?

A.  If they see, they need to report.

Q.  Okay.  If they -- if a Carnival crew member sees a maintenance issue, they need to report the maintenance issue?

A.  Yeah.  If they see.

Q.  Is there any policy or requirement that Carnival has that requires them to inspect to determine whether there is a maintenance issue?

A.  No.

Q.  Okay.  So this is simply --

A.  It's not part of our duty.

Q.  This is just if you see something, say something?

A.  Yeah.  Exactly.  That's right.

Q.  This isn't a "you need to look for something so that we prevent something from happening"?

We lost you?

A.  That's our job is just cleaning.

Q.  It's just cleaning.  So this is when you're doing the cleaning, if you happen to see something that is a maintenance issue, you need to report it; is that correct?

Page 27

A.  That's right.  Yeah, that's correct.

Q.  Okay.  Okay.

Do you know if any crew member's job onboard is to inspect to find out if there is a maintenance issue?

A.  No.

Q.  Okay.  So, Carnival relies on its crew members to run into the problem and then addressing it versus finding it in advance?

MS. GENOESE:  Object to form.

THE WITNESS:  No.  No.

BY MS. GOODMAN:

Q.  Okay.  So is there -- is there a position onboard that is responsible for conducting inspections to find maintenance issues before they become a problem?

A.  None that I know.

Q.  Okay.  So from what you know, Carnival relies on the housekeeping department during their regular cleaning, if they run into a problem, to report it?

MS. GENOESE:  Object to form.

You can answer.

THE WITNESS:  Not only housekeeping, but the entire crew.

Page 28

BY MS. GOODMAN:

Q.  Fair.

So every crew member onboard.  Every crew member is responsible for if they run into something --

A.  If they see something -- if they see something, yeah.

Q.  If you see something, say something?

A.  Yeah.

Q.  Okay.  I'm going to show you what will be Plaintiff's Composite 2.  These are job descriptions.  I'm going to start with -- let's start with your job description and go from there.

(Plaintiff's Composite Exhibit No. 2 was marked for identification.)

BY MS. GOODMAN:

Q.  Okay.  So this is a Carnival document, right?  You see Carnival's logo at the top?

Do you see that?

A.  Yeah.  Yeah.  Yeah.

Q.  Okay.  And it's also Bates-stamped GR000299.  Okay.

A.  Yeah.

Q.  Okay.  And this is a job description for supervisor pools and decks.

Page 29

Do you see that?

A.  Yeah.

Q.  And this would have been your job description onboard the CARNIVAL VISTA on July 14th, 2023, right?

A.  Yeah.  Same.

Q.  As the supervisor, you would report to the assistant housekeeping manager, right?

A.  And above.

Q.  And above.  Correct.

So also the housekeeping manager and housekeeping, correct?

A.  Yeah.  Correct.

Q.  Okay.  And you're responsible -- this is like a basic overview of what your job is -- is that the supervisor pool and decks supervises team members working on the open decks, right?

A.  Yeah.

Q.  Okay.  And you'd agree that on the open decks of Carnival ships, there are outdoor staircases, right?

A.  Yeah.  Yeah.  Of course.

Q.  Okay.  So part of your job would also include those open deck staircases?

MS. GENOESE:  Object to form.

8 (Pages 26 - 29)

Page 30

You can answer the question.

THE WITNESS: Yeah. Yeah. All decks external.

BY MS. GOODMAN:

Q. Right. So they would include, I guess, cleanliness on the open deck staircases?

A. Yeah. Cleanliness.

Q. And during, like, the cleaning of the open deck staircases, if something was discovered, it would be housekeeping's job to report that?

A. Not only housekeeping.

Q. Correct. Every crew member?

A. Yeah.

Q. Any crew member that walks -- understood.

A. Yeah.

Q. Okay. I'm going to show you the -- another -- another job description, still part of Plaintiff's Composite Exhibit 2.

Okay. Again, you see the Carnival logo. And this is also Bates-stamped. It's GR000298. And this is the job description for housekeeping manager 3 stripe?

A. Yeah.

Q. Okay. And you would report, as the

Page 31

pool and deck supervisor, to the housekeeping manager, right?

A. Yeah.

Q. Okay. Do you recall who the housekeeping manager was onboard the CARNIVAL VISTA July of 2023?

A. Anthony Scott.

Q. Okay. Was there more than one or just Mr. Scott?

A. Just him. Only one housekeeping manager.

Q. Okay. Now, this housekeeping manager, is this a housekeeping manager for the interior of the ship and the exterior of the ship?

A. The entire housekeeping operation.

Q. I'm sorry. I missed what you said.

A. Entire housekeeping operation.

Q. Okay. So entire housekeeping operation would include the interior and the open decks, right?

A. Yeah.

Q. Whereas, your job is just the open decks?

A. Yes.

Q. Okay. I'm going to show you one more

Page 32

document in Plaintiff's Composite Exhibit 2. This is another job description. It's Bates-stamped GR000297. Okay?

A. Yeah.

Q. And this is the job description for the hotel steward?

A. Yeah.

Q. And the hotel steward would report to pool and deck supervisor and above, which would also mean the housekeeping manager?

A. Yes.

Q. Okay. And the house -- the hotel stewards would be responsible for actually doing the cleaning on the open decks?

A. Yes.

Q. And it's the -- the cleaning minus the -- the heavy-duty scrubbing. That would be conducted by the deck department, right?

A. Yeah.

Q. Okay.

A. That's right.

Q. And the hotel stewards, during their cleaning of the open decks, it would include cleaning the outdoor staircases on the open decks?

A. Yeah.

Page 33

Q. And during the hotel stewards cleaning of the open decks while cleaning the outdoor staircases, if they discovered a maintenance issue on the outdoor staircases, it would be their responsibility to report that issue?

A. Yeah.

Q. Including any other crew member that walked onboard the open deck staircases, right?

A. Yeah.

MS. GENOESE: Object to form.

BY MS. GOODMAN:

Q. Okay. As the pool and deck supervisor onboard the CARNIVAL VISTA, would you walk around the open decks of the CARNIVAL VISTA?

A. Yes.

Q. You would agree that you would expect a staircase not to break when you're walking on those open deck staircases onboard the CARNIVAL VISTA, right?

A. Yes.

Q. And that staircases should not break when someone is walking on them?

A. Yeah.

Q. And pieces of staircases should not fall off of a staircase when someone is walking on

9 (Pages 30 - 33)

Page 34

them?

A. Yes.

Q. Did you say "yes"?

A. Yes.

Q. And if a piece of a staircase falls off, it could potentially -- that piece that fell off could potentially land on someone below the staircase, right?

A. Yes.

Q. And in order to make sure that pieces of the staircase don't fall off, staircases should be inspected, right?

MS. GENOESE: Object to form.

THE WITNESS: It should be screwed.

BY MS. GOODMAN:

Q. It should be what?

A. Screwed.

Q. Screwed. You should make sure that the screws are properly secured?

MS. GENOESE: Object to form.

THE WITNESS: The maintenance team.

BY MS. GOODMAN:

Q. The maintenance team.

But it would also be any crew member walking onboard the staircase that discovered that

Page 35

a piece was not properly secured to the staircase, right?

MS. GENOESE: Form.

You can answer the question.

THE WITNESS: For us, the cleaners, okay, we cannot totally see because it's screwed from inside. Only maintenance team. So the only way --

BY MS. GOODMAN:

Q. And do you know --

A. The only way --

Q. Do you know if the maintenance team -- sorry. Go ahead.

A. The only way we will know is if it falls off already.

Q. Okay. So --

A. Because it's screwed inside.

Q. Okay. So you're not -- as the pool and deck supervisor or as the housekeeping department, you're not going and checking each screw to make sure that the screw is properly secured?

A. No.

Q. Okay. But if you were walking on the outdoor staircase and you felt like something was

Page 36

loose on the staircase, it would be your responsibility as the person that discovered that something was loose to report it to the -- to the maintenance department, right?

A. Yes.

Q. Okay. Got it.

Okay. Let's talk about the CARNIVAL VISTA. You're familiar with the ship, right? You were onboard twice -- well, you were assigned to it twice?

A. Yeah.

Q. Okay. And are you familiar with what ships are part of the VISTA class?

A. Yes.

Q. What ships are part -- well, strike that.

The CARNIVAL VISTA is part of the VISTA class, right?

A. Yeah.

Q. Okay. So are you familiar with what ships are part of the VISTA class?

A. Yes.

Q. What ships are part of the VISTA class?

A. PANORAMA.

Page 37

Q. I'm sorry. We missed it.

A. PANORAMA.

Q. PANORAMA.

A. HORIZON.

Q. HORIZON.

A. And VISTA.

Q. And VISTA. Okay.

What about the CARNIVAL VENEZIA? Is that part of the VISTA class?

A. VENEZIA is from Costa.

Q. It's -- okay. So the VENEZIA is from Costa, you said?

A. Yeah.

Q. It's different.

Now, you know that the Costa line is still part of the Carnival line, right?

A. Yes. The exterior of the VENEZIA is totally different. They have this dome. They have the dome. And the VISTA class doesn't have dome.

Q. What dome are you talking about?

A. The one that close on the top during if it is raining. So VISTA is totally open.

Q. Uh-huh.

A. VENEZIA has the dome. So, it's a totally different style. It's a different class of

10 (Pages 34 - 37)

Page 38

ship.

Q. What about the staircases? Are there staircases on the open deck of the CARNIVAL VENEZIA?

A. No. There is a staircase, but it's not the same. Because, you know, in the middle, just what I've said, there's a dome. Not like the one in VISTA. It's just open.

Q. Okay. So there's been some confusion --

A. Uh-huh.

Q. -- online, on Wikipedia. It says that the CARNIVAL VENEZIA is part of the VISTA class. The facilities maintenance manager also testified that the CARNIVAL VENEZIA was part of the VISTA class.

So I'm just trying to figure out if the CARNIVAL VISTA and the CARNIVAL VENEZIA are part of the same classes.

MS. GENOESE: Object to form.

THE WITNESS: Let me -- VENEZIA is -- in terms of size, it's smaller than the VISTA class.

BY MS. GOODMAN:

Q. Okay.

Page 39

A. VISTA class is bigger than VENEZIA. And VENEZIA came from Costa. And the interior of VENEZIA is Italian. The interior of VISTA is American.

Q. Even though they're built -- even though all the ships are built by like Italian shipyards, it's a different -- are you saying it's like a different style inside?

A. Yeah. Different style inside.

Q. Okay.

A. Smaller, smaller ship. This Costa ship is smaller than the VISTA class for Carnival ship. Okay?

Then, the outdoor is totally different also. And then the interior of that ship is Italian.

Q. Okay.

A. Mostly, they have -- mostly, they have coffee shop inside.

Q. Okay.

A. For VENEZIA. For Carnival, totally bars. Coffee versus alcohol.

Q. Versus alcohol. Okay. Got it.

A. The CARNIVAL VENEZIA, there are outdoor staircases or there are staircases on the

Page 40

open deck of the CARNIVAL VENEZIA, right?

A. Yeah. There is. Going into the water park.

Q. Are any of those staircases a -- like a spiral staircase on the open deck?

A. No. Different.

Q. Okay. Do you recall what the material of the steps of the staircase are onboard the CARNIVAL VENEZIA?

A. I have no idea what materials that they're using on it.

Q. Okay. You've been onboard a lot of Carnival ships, right?

A. Yes.

Q. Okay. And you've been on the open decks of all of those Carnival ships?

A. Yeah.

Q. Okay. And have you seen on some ships that there is a material that is not actually wood but is made to look like wood?

A. I have no idea.

Q. Okay. Have you seen any material that it's wood -- it looks like wood, it is wood? Have you seen that?

A. Wood.

Page 41

Q. Okay. I'll show you photos in a second.

A. Yeah. Yeah.

Q. Not in a second. Later on in your deposition, I'll -- okay.

Okay. Back to the CARNIVAL VISTA. You've been on one of its sister ships, the HORIZON, right?

A. Yeah.

Q. Okay. Do you know what the capacity of the CARNIVAL VISTA is?

A. Almost -- almost 5,000 -- 4,000 plus.

Q. And does that include just passengers or passengers and crew members?

A. Passengers and crew members.

Q. Okay. So almost 5,000 --

A. Yeah.

Q. -- with passengers and crew members?

A. Yeah.

Q. Okay. That would be that potentially almost 5,000 people could be walking up and down these outdoor staircases onboard the CARNIVAL VISTA?

MS. GENOESE: Object to form.

You can answer.

11 (Pages 38 - 41)

Page 42

THE WITNESS:  No, not at all.  Because you know, we have a lot of ADA guests as well.  So they cannot use the stairs.

BY MS. GOODMAN:

Q.  Okay.  So, in terms of the people that can use the stairs onboard the Carnival cruise ships, potentially all of the passengers and all of the crew members, the people that could use the stairs, could potentially walk on the outdoor staircases, right?

A.  No.

Q.  No?  Why not?

A.  Because mostly -- most of the crews are working in the interior.  There's only two departments that is -- on the hotel that is working on the outdoor, which is not totally all of them are not working outside.  Like bar and housekeeping.

Q.  Do you know if there's ever a crew member that isn't working on the open deck that walks around the open deck?

MS. GENOESE:  Object to form.

You can answer.

THE WITNESS:  Housekeeping.  Bar, because they're serving drinks.  And for

Page 43

housekeeping, they're cleaning.

BY MS. GOODMAN:

Q.  Hang on.  I'm going to show you Plaintiff's Exhibit 3.  It's loading.

A.  Yeah.

(Plaintiff's Exhibit No. 3 was marked for identification.)

BY MS. GOODMAN:

Q.  Plaintiff's Exhibit 3 is the deck plan.  Let's start with the first page of the document.  It is Bates-stamped GR000058.

Do you see that?

A.  Yeah.

Q.  Okay.  And we know that Clay Crockett was on Deck 11 at the time of the incident.  He was laying in a lounge chair, right?

A.  Uh-huh.

Q.  This is Deck 11?

MS. GENOESE:  Object to form.

THE WITNESS:  Yes.

BY MS. GOODMAN:

Q.  Okay.  And we know that this involved a staircase between Deck 11 and Deck 12, right?

A.  Yes.

Q.  Okay.  And on Deck 12, there are --

Page 44

Deck 12 is also -- has an open deck portion?

A.  Uh-huh.

Q.  Is that a "yes"?

A.  Yes.

Q.  Okay.  Are there lounge chairs on Deck 12?

A.  Yes.

Q.  Okay.  And on Deck 11, are there lounge chairs?

A.  Yes.

Q.  And are there any bars on Deck 11?

A.  No.  Only on Deck 10.

Q.  On Deck 10.

So if a crew member was bringing drinks to passengers on Deck 11 or on Deck 12, they would have to take these open deck staircases?

A.  Yes.

Q.  Okay.  And in order for passengers to order drinks on Deck 11 or Deck 12, Carnival crew members would have to come by and take their drink order?

MS. GENOESE:  Object to form.

THE WITNESS:  Yes.

BY MS. GOODMAN:

Q.  And they would have to return back to

Page 45

Deck 10 to place the order and retrieve the drink and then return to give the passenger their drink?

MS. GENOESE:  Object to form.

THE WITNESS:  Yeah.

BY MS. GOODMAN:

Q.  Okay.  So these crew members that are taking drink orders and serving drinks to passengers on Deck 11 and Deck 12, they would be accessing these open deck staircases often?

MS. GENOESE:  Object to form.

THE WITNESS:  Yes.

BY MS. GOODMAN:

Q.  Okay.

MS. GENOESE:  Lisa, it doesn't have to be right now, but maybe in the next like ten minutes, we can look at to take a break when you're at a good stopping point?

MS. GOODMAN:  We can take a break right now.

MS. GENOESE:  Okay.

MS. GOODMAN:  Do you want to do five?

MS. GENOESE:  Yeah.  A five-minute break.

MS. GOODMAN:  Yeah.  That sounds good.

THE REPORTER:  All right.  Oliver,

12 (Pages 42 - 45)

Page 46

whenever you're ready, take us off, please.

THE VIDEOGRAPHER:  I'm just trying to get my camera to come on.  There we go.  Okay.

We are off the record at 10:51.

(A brief recess was taken from 10:51 a.m. to 10:59 a.m.)

THE VIDEOGRAPHER:  We're back on the record at 10:59.

BY MS. GOODMAN:

Q.  Okay.  I'm going to show you what will be Plaintiff's Exhibit 4.

(Plaintiff's Exhibit No. 4 was marked for identification.)

BY MS. GOODMAN:

Q.  Plaintiff's Exhibit 4 are photos of the subject outdoor staircase that were taken by Carnival.  They're Bates-stamped -- really difficult to see.  It's GR000341.  Okay?

A.  Uh-huh.

Q.  This is the first page.  You would agree that what we're looking at is an outdoor staircase, right?

A.  Yeah.

Q.  Okay.  And when we say "outdoor," that

Page 47

means that the staircase is exposed to the elements, right?

A.  Yeah.

MS. GENOESE:  Object to form.

BY MS. GOODMAN:

Q.  And when I say "exposed to the elements," I mean weather conditions, rain, sun.  You are also exposed to sea water, sea breeze right?

A.  Yes.

Q.  Okay.  And you've already testified that as part of the hotel stewards' responsibilities, it includes cleaning the outdoor staircase, right?

A.  Yes.

Q.  Okay.  I'm now looking at the second page of Plaintiff's Exhibit 4, Bates-stamped GR000342.  Okay?

A.  Yeah.

Q.  And this is a closer photo of the staircase, and --

A.  Yeah.

Q.  -- specifically the steps of the staircase, right?

A.  Yes.

Page 48

Q.  Okay.  And here, you can see that there are -- this is the -- where my mouse is would be what is called the "tread" of the step, right?

A.  What tread?

Q.  The tread is like the flat part that you step on on a step.  Okay?

A.  Okay.

Q.  And then there is also this part, where my mouse is now, which is the riser of the step.

A.  Uh-huh.  Okay.

Q.  Okay.  And here, you can see that there is -- there are wood boards on the --

A.  Uh-huh.

Q.  -- tread of the step, which is the part you step on, and the riser of the step, right?

A.  Yes.

Q.  Okay.  And do you know what kind of material the -- this is?

A.  I have no idea.

Q.  Okay.

A.  It's not under my expertise.

Q.  Understood.

This appears to be a teak, wooden material, right?

Page 49

MS. GENOESE:  Object to form.

THE WITNESS:  Yes.

BY MS. GOODMAN:

Q.  You're familiar with what wood floors look like?

A.  Yes.

Q.  Okay.  The color of the wood, it doesn't look like its just -- its natural wood color, right?

MS. GENOESE:  Object to form.

THE WITNESS:  Yeah.

BY MS. GOODMAN:

Q.  It looks like it's stained?

MS. GENOESE:  Object to form.

THE WITNESS:  What -- what do you mean by "stained"?

BY MS. GOODMAN:

Q.  So it's -- it's not -- the color is not just...

A.  It's not natural.

Q.  It's not natural.  Correct.  It's a stain, right?  It's different than its natural color?

A.  Yes.

Q.  Okay.  Do you know how the wood is

13 (Pages 46 - 49)

Page 50

stained?

A. I'm sorry?

MS. GENOESE: Object to form.

BY MS. GOODMAN:

Q. Do you know how the wood is stained or do you know who stains the wood of the steps of the staircase?

A. I don't know what they -- how they do it. But I saw maintenance team there, the one that was placing them.

Q. The one placing them?

A. Maintenance team.

Q. The maintenance team is responsible for staining the steps?

MS. GENOESE: Form.

THE WITNESS: I don't know. I don't know if they are staining the steps or not. But I can see them. They're just placing them.

BY MS. GOODMAN:

Q. Placing them. What do you mean by "placing them"?

A. When they -- when they're putting them. When they do maintenance.

Q. And when do you see the maintenance

Page 51

team doing maintenance on the steps of the outdoor staircase?

A. Every two weeks or sometimes once a month. Because the only thing that I saw them doing maintenance is always, all the time, the anti-slip grip.

Do you see the black one?

Q. Yes.

A. Yeah.

Q. So these strips are called anti-skid strips?

A. Slip-grip strips, yeah.

Q. Anti-slip grip strips?

A. Yeah.

Q. And those get replaced?

A. Yes.

Q. And how often do they get replaced?

A. Sometimes once a month or twice a month. Depends on the -- on the severity of the damage.

Q. And who determines if it's going to be twice a month or once a month to replace the anti-skid or slip strips?

A. Every -- if we saw that it's already worn out, we are reporting it to them.

Page 52

Q. So it would be the housekeeping department responsible for reporting it if it needs to be -- if the anti-skid strips need to be changed twice a month instead of once a month?

A. Not only housekeeping. Because they have -- because in that ship, they have already like a routine.

Q. Okay. And if the housekeeping department saw that the steps of the staircase -- that the color was fading, would you report that, that the steps needed to be restained?

A. No. No. Not about the -- the varnishing.

Q. The varnishing?

A. Yeah.

Q. Do you see any -- have you ever seen a crew member, I guess, varnishing the steps?

A. In regard to the varnishing, it is the maintenance team's responsibility. Because it's a big job. Not -- not us. So they know already what needs to be done.

Q. Have you -- have you seen the varnishing done on the steps?

A. Yes.

Q. And do you know how it's done on the

Page 53

steps?

A. Yes.

Q. How is the -- how are the steps varnished?

A. They would remove all the steps in one time. Then they would put it back.

Q. When you say remove all the steps, you mean remove all the wooden pieces of the steps?

A. Yes.

Q. And removing all the wooden pieces, that would include removing the boards for the tread of the steps, right?

A. All of them. All of them.

Q. And you would have to also remove the riser boards?

A. Yeah. All of them.

Q. And is there a document, do you know, that states when the varnishing is done?

A. No. They just -- they will just send an email. Then, we will close the area. And then that's it.

Q. And who sends the email that there's going to be varnishing?

A. The team leader. The team leader of the maintenance team.

14 (Pages 50 - 53)

Page 54

Q. And do you specifically recall a time onboard the CARNIVAL VISTA where you received an email from the team leader of the maintenance team that there was going to be varnishing done on the steps of the outdoor staircase?

A. I can't remember the date. But they've sent an email.

Q. And so you would receive an email from the team leader of the maintenance team saying we're going to be varnishing the outdoor staircase onboard the CARNIVAL VISTA on this date, you need to close the staircase?

A. Yes. Correct.

Q. Okay. And then, somebody from the maintenance team would come out and remove the -- all of the boards of the staircase?

A. Yes. Correct.

Q. They would have to remove the boards on the tread of the staircase and the riser boards?

A. Yes. Correct.

Q. And do you know where those boards are taken for the varnishing?

A. I think they bring in the workshop.

Q. Okay. So they're taken to the workshop.

Page 55

A. Yeah.

Q. And they're varnished in the workshop. And then --

A. I don't know what they are doing in the workshop because they --

Q. Understood. You're not in the workshop.

A. Yeah.

Q. But then at some point, all the boards are brought back?

A. Yeah.

Q. And then do you know who puts the boards back onto the steps of the staircase?

A. The same people.

Q. The same people that took them off?

A. Yeah.

Q. And that same people, that would be the maintenance team?

A. Yes.

Q. Do you know exactly like what position on the maintenance team?

A. I have no idea. Because they are doing that, carpenter. Doing that in carpenter. They all do that.

Q. Okay. So, in order to take off the

Page 56

boards of the staircase, the boards would have to be unscrewed, right?

A. Yes. Of course.

MS. GENOESE: Object to form.

BY MS. GOODMAN:

Q. And then the boards would have to be screwed back on --

A. Yes.

MS. GENOESE: Object to form.

BY MS. GOODMAN:

Q. -- the -- when -- when the boards are put back on the steps of the staircase?

A. Yes.

Q. Okay. And when you close the staircase for the varnishing, do you use like this --

A. Yes.

Q. -- what you see here on page 3?

A. Yeah. The barriers.

Q. The barrier. Okay. You use like the rope to cordon off the staircase?

A. Yeah. The staircase.

Q. Okay. Because you wouldn't want passengers walking on the staircase when there were no boards?

Page 57

A. Yes.

Q. I'm on page 4 of Plaintiff's Exhibit 4. We were talking about how the boards have to be unscrewed to take the boards off for the varnishing.

Here, do you see where I'm circling that there's -- there are screws on either side of these riser boards?

A. Yes.

Q. Okay. So those would be some of the screws that you would have to unscrew in order to take the riser boards off for the varnishing?

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. And then when the boards were brought back, after the varnishing was done, those screws would have to be rescrewed to secure the riser boards to the staircase?

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. And if one of those screws is not properly screwed into the riser board, one of those boards could fall off of the staircase, right?

15 (Pages 54 - 57)

Veritext Legal Solutions

800-726-7007                                                                   305-376-8800

Page 58

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. These -- I'm on page 5 of Plaintiff's Exhibit 4.

Here, you see a row of lounge chairs, right?

A. Yes.

Q. Okay. Whose responsibility is it to put out these lounge chairs?

A. Us, housekeeping.

Q. Okay. So housekeeping puts out the lounge chairs?

A. Yes.

Q. And does housekeeping put out the lounge chairs each day, or how does that work?

A. On sea days, because you have a lot of guests, we are putting the setup like this. But on port days, we don't have a setup like that because we don't have a lot of guests there. They're all outside the ship.

Q. So depending on what kind of day it is, if it's a port day or a sea day is --

A. Yes.

Q. -- indicative of where you're putting

Page 59

the -- or where you're setting up the lounge chairs?

A. Yes.

Q. Okay.

A. We have a setup for sea days and we have a setup for port days.

Q. And is there like a document that, like, shows where lounge chairs should be set up on the ship?

A. I -- as far as I can remember, I think there should be.

Q. Okay. Like how do you know to put a row of lounge chairs right here?

A. By the ship specification.

Q. The ship specification?

A. Yeah. Because --

Q. What's that?

A. Like, for example, you're in VISTA plus. We have the same setup also. But we don't have the -- the exact count for each ship for the lounge chairs.

Q. Okay. So just to confirm, this row of lounge chairs, this was a row of lounge chairs that is set up by Carnival crew members. This isn't something where like the passengers drag lounge

Page 60

chairs to this spot?

A. No.

Q. Okay. Now you're onboard a lot of Carnival ships, right?

A. Yes.

Q. When you're onboard the ships, do you feel the vibration of the ship?

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. And the CARNIVAL VISTA, we're talking specifically about Deck 11.

A. Uh-huh.

Q. When you're onboard Deck 11 of the CARNIVAL VISTA, do you feel any vibrations from the ship?

MS. GENOESE: Form.

THE WITNESS: On the upper decks, none.

BY MS. GOODMAN:

Q. You don't feel it?

A. Yeah.

Q. What about on Deck 12 onboard the CARNIVAL VISTA the open decks, do you feel any of the vibrations of the ship?

Page 61

MS. GENOESE: Form.

THE WITNESS: Depends. If you're in docking maneuver.

BY MS. GOODMAN:

Q. I missed the first -- something about docking maneuver.

What was the first part?

A. Yeah. If we are doing the maneuvering of the ship, when we're about to dock, because there's a lot of waves.

Q. Okay. So when you're about to dock, like at a port, you would --

A. Yeah.

Q. -- experience vibrations on the open decks?

MS. GENOESE: Form.

THE WITNESS: Not vibration. Just a wave hitting the -- hitting the ship. Because when you say "vibrating," it's moving like this, vibration. But if you are hit by the wave, it's like you're just waving. It's a different movement from vibration and ship movement.

BY MS. GOODMAN:

Q. Okay. Would you agree that the screws

16 (Pages 58 - 61)

Page 62

of a staircase could come loose for many reasons?

MS. GENOESE: Form.

THE WITNESS: Yeah.

BY MS. GOODMAN:

Q. One of those reasons would be a screw would come loose if the screw actually was never properly screwed into one of the boards of the staircase, right?

MS. GENOESE: Form.

THE WITNESS: Only if somebody will kick forcefully.

BY MS. GOODMAN:

Q. Okay. So another way would be if someone kicked a board of a staircase, that could cause the screws to come loose? Yes?

A. Forcefully.

Q. What?

MS. GENOESE: Form.

THE WITNESS: Forcefully.

BY MS. GOODMAN:

Q. Forcefully. So if someone forcefully kicks it?

A. Yeah.

Q. Okay. Do you know what -- the riser board. Right?

Page 63

A. Yeah.

Q. That's the board -- I'll show you again what I'm talking about. We're back to Plaintiff's Exhibit 4. This, where my mouse is --

A. Yeah.

Q. -- the riser board, right?

A. Uh-huh.

Q. Is that a "yes"?

MS. GENOESE: Object to form. There was no question.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Okay. The riser board. When someone is going up the staircase -- you would agree that someone going up the staircase, they're -- the front part of their foot or shoe, that could potentially kick the riser board of the steps of the staircase?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Okay. And we know that there's potentially, what, 5,000 people onboard the cruise ship, right?

MS. GENOESE: Object to form.

Page 64

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. And the CARNIVAL VISTA. In July of 2023, what was the itinerary?

A. I can't remember.

Q. Okay. So, do you know what, like, a typical -- well, strike that.

We know that there are, like, weekend itineraries. We know that there are weeklong itineraries. Right?

MS. GENOESE: Object to form.

THE WITNESS: I think we only have six days and eight-days cruise during that time.

BY MS. GOODMAN:

Q. Okay. So, regardless of what the itinerary was, it would be every -- for every new voyage, there would be 5- -- potentially 5,000 people onboard?

A. Yes.

Q. Okay. And I understand your point, that there are ADA people that are onboard that are not going to be walking up and down staircases. Right?

A. Yeah.

Page 65

Q. But potentially, there could be approximately 5,000 people potentially walking up and down these open deck staircases, right?

MS. GENOESE: Object to form. Asked and answered --

THE WITNESS: Yes.

MS. GENOESE: -- multiple times.

BY MS. GOODMAN:

Q. Okay. And over time, if these people walking up the staircase are kicking the riser boards, that could cause the screws to come loose on the riser boards, right?

MS. GENOESE: Object to form.

THE WITNESS: If all of them would kick.

BY MS. GOODMAN:

Q. If -- if there is kicking happening, if they're making contact with the riser board, that could cause the riser board to become loose, right?

MS. GENOESE: Object to form.

THE WITNESS: When there's force.

BY MS. GOODMAN:

Q. When there's force?

A. Force. Forcefully kick.

17 (Pages 62 - 65)

Page 66

Q. Okay. If they're forcefully kicking the riser boards --

A. Yeah.

Q. -- when they're walking up, that could cause the riser board to come loose?

MS. GENOESE: Object to the form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. If the riser board becomes loose, it could potentially fall off of the open deck staircase?

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. If the riser board falls off the open deck staircase, it could potentially hit a passenger below the staircase?

MS. GENOESE: Object to form.

THE WITNESS: No.

BY MS. GOODMAN:

Q. I'm sorry. I missed your answer.

A. No.

Q. Why not?

A. Because the design of those lounge chairs that we are setting up on this side of the

Page 67

stairs, it's level to where the steps is, not -- not on the bottom part of these steps under the steps. That's why we have these barriers in that area, the metal barriers, so that no guest can go inside of those barriers.

Q. To your point -- I'm sorry. I didn't know that you weren't done.

A. Can you show the picture?

Q. Sure.

A. The one that shows the --

Q. I know. This one.

A. Yeah.

Q. On page 5?

A. Yeah.

Q. Okay. So your point is that there's this -- this railing blocking off the underneath portion?

A. Yeah. Yeah.

Q. Okay. And right next to the railing is a lounge chair, right?

A. Yeah.

Q. Okay.

A. But the setup of these lounge chairs would not be near to this metal barrier, barricade. There should be a space where people can pass

Page 68

through in that area. It should not be sticking to that metal handrail or barrier, metal barrier, barricade.

Q. So you're saying -- so this lounge chair that I'm circling with the mouse right now, this lounge chair in this photo --

A. Yeah.

Q. -- it's touching the railing --

A. Uh-huh.

Q. -- the railing that goes around the bottom part or like the back part of the staircase, right?

A. Yeah.

Q. Okay. So you're saying that this lounge chair should not be touching the railing?

A. Yeah. It should not be touching. The picture --

Q. And I know you're saying that. But is there a document or a policy that says that there should not be a lounge chair touching the railing?

A. Because they cannot go inside. If you have a space like this, they cannot pass through.

Q. They could go around the staircase, right?

A. No. There is no --

Page 69

MS. GENOESE: Form.

THE WITNESS: -- way around that staircase.

BY MS. GOODMAN:

Q. Okay. So --

A. Because it's -- it's fitting with the window. See? There's a window there. Then the staircase.

Q. Uh-huh.

A. Window glass.

Q. Here. So you can't pass through?

A. You cannot pass through.

Q. Okay. So you'd have to go around the other way?

A. Yeah. The other way. There should be a space there.

THE REPORTER: Hold on. Hold on, Mr. -- Ms. Goodman and our witness, you guys are talking over each other.

MS. GOODMAN: Sorry.

THE REPORTER: That's okay. But I'm having a difficult time getting the objection in and the answer and the question.

So, Mr. Wilcor, I'm going to ask

18 (Pages 66 - 69)

Page 70

you to please pause before you begin your answer.

THE WITNESS: Yes.

THE REPORTER: That way, I can get the entire question and if your attorney has a form objection. I'm only catching the objections because I can see her mouth moving. So if I'm looking this way, I can't -- I'm not hearing it.

So let's just make sure one at a time, Ms. Goodman. Okay?

MS. GOODMAN: Understood.

THE WITNESS: I'm sorry.

THE REPORTER: That's okay. Let's go. Go ahead.

MS. GOODMAN: We're getting excited here.

BY MS. GOODMAN:

Q. Okay. So what -- your point is that you can't walk this way because the railing would be blocking the passenger from walking in front of the staircase. The passenger in that first lounge chair would have to walk all the way around?

A. Yes.

Page 71

Q. Okay. So, is there a document or a policy that says that there should not be a lounge chair touching the railing underneath the staircase?

A. I can't remember if there's any document.

Q. Okay.

A. Since I started, there should be -- it should not be hitting the metal.

Q. Okay. And you already testified that it would be a Carnival crew member that sets up these lounge chairs that we see here, right?

A. Yes. But there's -- there's always -- we cannot force also the guests if they want to move. Because, you know, the bottom part, the Deck 10, there's also a show happening on that area. So if you saw the guest wants to see the entire show under, they might move the lounge chair.

Q. So if you walked by this and you saw that there was a lounge chair touching the railing, what would you do?

MS. GENOESE: Form.

THE WITNESS: I would tell the guest -- we would tell the guest to move.

BY MS. GOODMAN:

Page 72

Q. And would it just be --

A. And --

Q. Would it just be this one lounge chair? Or how many lounge chairs would --

A. Only one only. Only one lounge chair.

Q. Only one lounge chair.

A. But if the guest refuse to, we cannot force them.

Q. And why would you not want to have a lounge chair touching the railing?

MS. GENOESE: Object to form.

THE WITNESS: Because you cannot pass through.

BY MS. GOODMAN:

Q. Is that the only reason?

A. Yeah.

MS. GENOESE: Form.

THE WITNESS: You cannot go inside. For the other guests also.

BY MS. GOODMAN:

Q. Okay.

A. There's no reason for the guest to go inside that specific area.

Q. And to your point, if somebody was walking up the staircase and while they were

Page 73

walking up the staircase, they were kicking the riser boards, wouldn't it be true that one of these riser boards could fall off the staircase at an angle based on the force that it was being -- being contacted with and potentially hit the individual in a lounge chair here?

MS. GENOESE: Object to form.

THE WITNESS: No. It will not hit. It will not hit. Because if you are normally walking down the stairs here -- if you are normally walking by the stairs -- if you're hitting this 5,000 times or 10,000 times a day, it would fall off but directly under, under this barrier or metal barricade. But --

BY MS. GOODMAN:

Q. Okay.

A. -- if you forcefully kick, forcefully kick with a force, with an effort, of course it will -- it might get flew.

Q. It might get what?

A. It might get forcefully fly, flown.

Q. It might fly?

A. Yeah. If you forcefully, yeah, forcefully.

19 (Pages 70 - 73)

Page 74

Q. Okay. And if it flies, it could hit one of the individuals in these lounge chairs, right?

MS. GENOESE: Object to the form. Improper hypothetical of a fact witness.

THE WITNESS: Yeah.

BY MS. GOODMAN:

Q. Go ahead.

MS. GENOESE: You can answer.

THE WITNESS: I couldn't tell also if it can potentially hit.

But this metal barrier, okay, is what I know, is the safety measure that these steps -- if for some reason, okay, it might fall down, it will fall down only below those steps inside this barrier.

BY MS. GOODMAN:

Q. Okay. So the purpose of this barrier is because if a piece of the staircase falls off, this is so that nobody gets hit --

A. And there is a maintenance --

MS. GENOESE: Object to form.

THE WITNESS: -- issue.

BY MS. GOODMAN:

Q. Go ahead.

Page 75

A. If there is maintenance that is happening, they can perform the duties and responsibility without affecting the guests.

Q. So, tell us what the purpose of this barrier -- this railing is underneath the staircase.

MS. GENOESE: Object to form.

THE WITNESS: When we are doing maintenance, okay, when they are removing all these wooden plank and refurbish and put it back.

And also, not to encourage the guest to go under the staircase, especially those kids. Because they might get stuck. They might -- you know.

BY MS. GOODMAN:

Q. Any other reason?

A. They might get injured from --

MS. GENOESE: Form.

THE WITNESS: -- hitting their head under the -- this metal -- metal steps.

BY MS. GOODMAN:

Q. Is another reason also because if a piece of the staircase falls, it'll fall within that barrier?

Page 76

MS. GENOESE: Object to form. Asked and answered multiple times.

MS. GOODMAN: You can go ahead and answer.

MS. GENOESE: You can answer if you know.

THE WITNESS: Okay. Okay.

No, because there's no reason for this one to get fall off because --

BY MS. GOODMAN:

Q. To get what?

A. To get fall off.

If it is -- because there's -- can you show the other little picture?

Q. Which one?

A. Yeah. The -- yeah.

You see these two screws? The one that is being seen by the naked eye. That's not the only screw that they are placing.

Q. Where are the other screws?

A. They have screws also on the bottom part, this metal piece, and also behind. It's being screwed.

THE REPORTER: What was the last --

MS. GOODMAN: And --

Page 77

THE REPORTER: It's what?

THE WITNESS: It's being screwed.

THE REPORTER: Thank you.

BY MS. GOODMAN:

Q. And as part of housekeeping's job, do you check the screws?

A. No. It's the maintenance team.

Q. Okay. And let's go through some of the cleaning procedures.

A. Okay.

Q. Okay. This will be Plaintiff's Composite Exhibit 5.

(Plaintiff's Composite Exhibit No. 5 was marked for identification.)

BY MS. GOODMAN:

Q. I'm going to open them all up. Hold on one second.

Okay. Do you see the screen?

A. Yes.

Q. Okay. This is -- all of the exhibits I'm going to show you now is part of Plaintiff's Composite Exhibit 5. This first one is Bates-stamped GR000320. Okay?

A. Yes.

Q. Okay. And could you identify what

20 (Pages 74 - 77)

Page 78

this document is?

A. It's a procedure in which other department may go together as a team in maintaining the cleanliness of the area.

Q. Is this a policy that would apply to the open decks?

A. Yes.

Q. And as part of this --

A. It can be also -- it can be also internal and external.

Q. Okay. And when it talks about like daily floor maintenance, would that include also like floor maintenance, the cleaning of the open deck staircases?

A. No. The floors -- the floors are specifically intended for the tiles and for the particle floor and teakwood floor if we have them.

Q. Is there any mopping done to the outdoor staircase?

A. Only if there's a spill, if it's dirty, if it is wet, we have to dry it up.

Q. Okay. So only if there's like something -- hold on. Only if there's actually something on the floor?

A. Yes. We have to remove it.

Page 79

Q. You would mop it. But if -- if there's nothing on the floor, you would not mop it?

A. If it is wet, we mop. We dry up. If there's a spill, we mop, we dry up. If there's a food, we sweep, we dry up. We clean them. Maintaining only. Maintaining the cleanliness.

Q. Okay. So, what about the -- the handrails of the staircase? Is there any cleaning done of the handrails?

A. Yes. During port days.

Q. Okay. So the handrails -- what cleaning is done to the handrails during port days?

A. During port days, we're maintaining the shine of that -- of handrail. And also, if we have elevated GI, we have to sanitize the handrails every four hours.

Q. If you -- you said GI?

A. Yeah.

Q. What's that?

A. Gastroenteritis. Gastroenteritis. It's like inside the ship.

Q. Oh, gastroenteritis.

A. Yeah. If there's an outbreak.

Q. Okay. So if there's a gastroenteritis, Norovirus outbreak onboard the

Page 80

ship --

A. Yes.

Q. -- then -- then you're sanitizing the handrails every four hours?

A. Yes.

Q. If there's not an outbreak, you don't sanitize the handrails every four hours?

A. No.

Q. How often, if at all, do you sanitize the handrails during a voyage?

A. I can't say because if it is dirty -- oh, of course, you remove the dirt. That's what we are for, to maintain the cleanliness. If it is dirty, we clean.

Q. Okay. Let's go to the next document in Plaintiff's Composite Exhibit 5.

A. Uh-huh.

Q. This is Bates-stamped GR000321, 322, 323, 324, 325, 326, 327. Okay? And let's start on the 321 page, which is the first page.

Could you identify this document?

A. Yeah. This is the chemical that we are using for the floor, API floor and teakwood floor.

Q. Okay. So it's a two minute trainer,

Page 81

right?

A. Yeah.

Q. And the two minute trainers, this is a document that Carnival created?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. This is a document that Carnival provides you as part of their cleaning policy for its ships?

A. Yes.

Q. Were you trained on this two minute trainer?

A. Yes.

Q. Okay. And this applies for regular teakwood floor and API floor?

A. Yes.

Q. And so when you say "teak floor" and "API floor," do you know what the difference is between the teak floor and API floor?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. What's the difference?

A. The API floor is like a -- like a

21 (Pages 78 - 81)

Veritext Legal Solutions

800-726-7007                                                305-376-8800

Page 82

cement-coated one, but it's a different texture. Yeah.

Q. It's a floor made to look like a wood floor?

A. Yeah.

MS. GENOESE: Form.

BY MS. GOODMAN:

Q. But it's not actual wood?

A. It's not actual wood.

Q. Whereas the teakwood is the actual wood floor?

A. Yes. And they don't have teakwood floor in the VISTA class.

Q. You don't have teakwood floor in the VISTA class?

A. Yeah. Only API floor.

Q. But -- okay. So, but the subject outdoor staircase, at the time of the incident, it was teakwood?

MS. GENOESE: Form.

THE WITNESS: It's not a floor. It's a steps.

BY MS. GOODMAN:

Q. Okay. So, but -- you step --

A. There's a difference between that.

Page 83

Q. No. I understand your point. I got -- that was -- I understand.

But you would agree that you -- a person walks on the steps of a staircase, right?

A. Yeah.

Q. Okay. And the step -- the material of the steps of the outdoor staircase, that is teakwood --

MS. GENOESE: Form.

BY MS. GOODMAN:

Q. -- in July of 2023?

MS. GENOESE: Form.

THE WITNESS: No. Because --

BY MS. GOODMAN:

Q. What --

A. Because this -- the one that you are showing me is for the floors. This two minute training, the chemicals. Yeah. The chemicals that you're showing me.

Q. So it's your testimony that this is a two minute trainer that would only apply to the floors --

A. Floors.

Q. -- of the ship?

A. Yeah.

Page 84

Q. And you're telling me that the floors of the ship does not include the steps of the outdoor staircases?

A. Yes. Because the steps, if -- if the -- if the wood is being -- what you call it -- varnished, varnished by this -- that's why they have their own anti-slip grip for that one, because you cannot scrub that -- we cannot scrub that step. It's not a floor.

Q. Okay.

A. It's a step being varnished. That's why they apply this anti-slip grip so that no guest might fall and slip in that steps.

Q. Okay.

A. Yeah.

Q. And we'll get back to that in a second.

Let's go to Bates-stamped 322. Could you identify what this is?

A. It's quick spill station.

Q. Quick spill station?

A. Yes.

Q. So you were talking about if there was a spill on the outdoor staircase, that you would -- the spill would be cleaned up, right?

Page 85

MS. GENOESE: Form.

THE WITNESS: We don't have this one in the open deck.

BY MS. GOODMAN:

Q. Okay. So --

A. It's only for the indoors.

Q. Indoor. But what kind of -- do you use a mop or squeegee to clean spills on the outdoor staircases?

MS. GENOESE: Form. He just said this was not for outdoor staircases.

MS. GOODMAN: No, that's not what I asked him.

BY MS. GOODMAN:

Q. Do you use a mop or a squeegee to clean the outdoor staircases if there's a spill?

A. There's a different procedure when we are mopping and cleaning the outdoor staircases.

Q. What equipment do you use to clean spills on the outdoor staircases?

A. This mop.

Q. This mop that we see in front of us, you use to clean a spill on the outdoor staircase?

A. Yes.

Q. Okay. Bates-stamp 323. This is a

22 (Pages 82 - 85)

Page 86

document titled "Areas of Most Potential Slips and Falls."

Right?

A. Uh-huh, yes.

Q. Yes.

And included in that are open decks?

A. Yes.

Q. Okay. So, if there was a spill on the outdoor staircase, you'd want to clean that spill on the outdoor staircase, right?

A. Yeah.

Q. Okay.

A. Including --

Q. Let's go to the next set of -- right there.

Let's go to the HESS procedures. It's going to be Bates-stamped GR000328 through -330. Okay?

A. Yes.

Q. Okay. And are you trained on these HESS procedures?

A. Yes.

Q. And do these HESS procedures apply to the open decks?

A. Yes.

Page 87

Q. And do they include stairways on the open decks?

A. Yes.

Q. And this section right here, "Decks, Stairways and Corridors."

Do you see that?

A. Yes.

Q. Okay. And it says, I guess, that guests should be encouraged to use the handrails when using stairways?

A. Yes.

Q. Let's go to the next set of documents in Composite Exhibit 5. It's Bates-stamped GR000331 through -332. Okay?

A. Yeah.

Q. It's a guidance document. It's, I guess, additional guidance from the prior HESS procedure, I believe.

A. Yeah.

Q. Is that an accurate statement? Is that accurate?

A. Yes, yeah.

Q. Okay. Let's go to the last set. Let's go to GR000333 to -334. Okay?

A. Yes.

Page 88

Q. These are -- on 333, this is a two minute trainer, "Own the Spill"?

A. Yes.

Q. Okay. And 334 is another two minute trainer, "Wet Floor and Spills," right?

A. Yeah.

Q. And these are -- over here where I'm circling right now, these are the outdoor caution signs?

A. Yeah, that we are using.

Q. Okay. And here again --

A. Is the indoor.

Q. Is the indoor. But what I'm specifically looking at is the rope that is used to block areas. You also use that kind of rope to block areas --

A. Yes.

Q. -- on the open deck, right?

A. Yes.

Q. Okay. Is there a two minute trainer specific for cleaning the outdoor staircases?

A. No. None.

Q. Okay. So you would apply what you know from the other two minute trainers or the policies and apply that to the cleaning of the

Page 89

outdoor staircases?

A. No.

Q. Okay. So I mean, how do you know that you're not -- that you're only cleaning the staircases if there's some kind of like spill on the staircase?

A. Because it's our job to maintain the cleanliness.

Q. Okay. And you've also testified that there are crew members that are carrying drinks to passengers on Decks 11 and 12, right?

A. Yes.

Q. And in order to access, they would come from Deck 10, the Lido Deck, and bring drinks up to Deck 11 and Deck 12, right?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. And would they use trays to carry the drinks?

A. Yes.

Q. And are there times where drinks spill that the crew members are carrying?

MS. GENOESE: Form.

THE WITNESS: That the crew members

23 (Pages 86 - 89)

Page 90

are carrying, no. If the guest, yes.

BY MS. GOODMAN:

Q. Okay. So the crew members don't spill the drinks?

A. Yes.

Q. It's the passengers that are spilling drinks?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. And passengers are allowed to walk up and down -- or are allowed to walk anywhere on any of the open decks with drinks in their hands?

A. Of course. They pay for it.

Q. Okay. And you've seen times where passengers have spilled drinks on the open deck staircases?

A. Most of the time.

Q. How often does a passenger spill a drink on the open deck staircase?

A. We have 5,000 guests onboard. So most of the time. That's why we are maintaining the cleanliness as housekeeping. That's why they are there, to clean immediately the area up.

Q. Okay. Let's go to Plaintiff's

Page 91

Exhibit 6.

(Plaintiff's Exhibit No. 6 was marked for identification.)

BY MS. GOODMAN:

Q. Plaintiff's Exhibit 6 is also Bates-stamped GR000335. Okay?

A. Uh-huh.

Q. And the -- could you identify what Plaintiff's Exhibit 6 is?

A. Yes. It's on how we should report and make work orders for the maintenance team.

Q. Okay. So this is a policy describing the procedure for you to submit work orders to the maintenance team?

A. Yes.

Q. And this is a policy that you follow?

A. Yes.

Q. And this is a policy also that the hotel stewards that you oversee, they also follow?

A. Yes.

Q. Do the hotel stewards have to bring the maintenance issue to you and you submit the work order or can they submit work orders on their own?

A. No. They have to go through me.

Page 92

Q. They have to what?

A. They have to go through me because I'm the only one who is capable to make work orders for the maintenance team.

Q. Okay. And when you were onboard the CARNIVAL VISTA, did you submit any work orders regarding the outdoor staircase?

A. Yes. For the anti-slip grip.

Q. Okay. So you would submit work orders for the anti-skid -- anti-slip grip to be replaced on the outdoor staircase?

A. Yeah.

Q. Did you submit any other work orders regarding the outdoor staircase between Decks 11 and 12?

A. None.

Q. How often did you submit work orders to have the anti-slip strip -- anti-slip -- slip grips -- I don't know. You know. Those skid strip replaced?

MS. GENOESE: Form.

THE WITNESS: Okay. We have -- we have this other staircase right in the front. This one staircase -- because we're talking about the staircase, right? This

Page 93

one staircase, mostly every other week, I'm making work order for that. Why? Because that one leads to the water park.

BY MS. GOODMAN:

Q. Okay. So which staircase?

A. It's always wet, that one, the one that leads to the water park. Forward, starboard side.

Q. Hold on. It's going to take a second to load.

A. Yeah.

Q. Do you see the screen?

A. Yes. Deck 12. Go to Deck 12.

Q. Okay. So you can see -- we're back to Plaintiff's Exhibit 2, which is the deck plan. The -- here. So Deck 12.

A. See this water park in the front?

Q. Yes. Where I'm circling?

A. Yeah. In the front on the starboard side, on the right side.

Q. Uh-huh.

A. No. No. No. Further more. Upper part.

Q. Right here?

A. Yeah. That one.

24 (Pages 90 - 93)

Page 94

Q. Okay. So with that staircase, you're doing work orders every week?

A. Yeah, almost.

Q. Now, because -- because the staircase is wet from the water park?

A. From the water park. And that's the access point going to the top slide.

Q. What about the staircase between Deck 11 and 12 -- the staircase that we were looking at in those photos. How often would you submit work orders for that staircase?

A. Mostly, I just wait for the maintenance team because they have the routine already for that one.

Q. Okay. And that staircase that we were looking at --

A. It's not -- it's not that very easy to get worn.

Q. To get what?

A. To get worn. The anti-slip grip to get worn out.

Q. Okay. And the staircase that we were looking at in those -- in those photos that we saw the actual staircase, that is -- I believe that's on the portside of the ship, right?

Page 95

A. No. That is the starboard side.

Q. Okay. And there would be an identical staircase on the other side, the starboard side?

A. This is the back -- your arrow is in the back of the ship.

Q. Hold on. I'm going to -- let's go back to the photos. Hold on. Back to Plaintiff's Exhibit 4.

A. Yeah.

Q. We're looking at the first page of Plaintiff's Exhibit 4. If this is the subject staircase, would you agree that there would be another similar staircase on the other side of the ship?

A. Yes.

Q. How many other staircases on the outboard -- or on the open decks are there that are similar to this staircase?

A. Only these two.

Q. Only two?

A. One on the left side and one on the right side of the ship. And all located on Deck 11.

Q. And when you were onboard the CARNIVAL HORIZON, were there outdoor staircases like this?

Page 96

A. Yeah. The same. In that same area.

Q. Same staircase, same area?

A. Yeah.

Q. Okay. And do you recall what the materials of the steps on that -- on those outdoor staircases onboard the CARNIVAL HORIZON were?

A. Same like this one.

Q. It was like teakwood also?

MS. GENOESE: Form.

THE WITNESS: Yeah.

BY MS. GOODMAN:

Q. And the wood had to be also varnished?

A. Yes.

Q. And this -- this type of staircase that we see in front of us, this staircase was not onboard the CARNIVAL VENEZIA?

A. No.

Q. Okay. Got it.

MS. GENOESE: Lisa, we've been going another hour. So just within the next five, ten minutes, whenever you get a good stopping point.

MS. GOODMAN: Yeah. Give me one second.

Okay. Let's take a 5. Because I'm

Page 97

about to get to like the subject voyage.

THE VIDEOGRAPHER: Okay. We are off the record at 11:52.

(A discussion was held off the record.)

THE VIDEOGRAPHER: We're back on the record at 11:59.

BY MS. GOODMAN:

Q. Okay. So let's move in to the subject voyage.

As the pool and deck supervisor, do you assign crew members to where they're going to be working onboard the ship?

A. Yes.

Q. Okay. So let's look at what will be Plaintiff's Exhibit 7.

(Plaintiff's Exhibit No. 7 was marked for identification.)

BY MS. GOODMAN:

Q. Plaintiff's Exhibit 7 is also Bates-stamped GR000296. Okay? And it is the open deck day sign-on sheet.

Do you see that?

A. Yes.

Q. And here, it has -- there's a column

25 (Pages 94 - 97)

Page 98

with crew members' names, right?

A. Uh-huh.

Q. Is that correct?

A. Yes.

Q. And then there's also a column with the area that the crew member is assigned to; is that accurate?

Is that a "yes"?

A. Yes. Yes.

Q. Okay. So we have the area where the crew member is assigned and the name of that crew member.

A. Yes.

Q. Yes. And we also have like a description of what their duties are for that area?

A. Yes.

Q. Now, looking at this, if you could help me, which -- or who, what crew member would be assigned to cleaning the open deck staircase if there was potentially a spill on July 14th, 2023?

A. Okay. Iwayan Sugiartha, Flores Jelly.

THE REPORTER: These are -- very quickly, these are names that are on the list?

THE WITNESS: Yes.

Page 99

MS. GOODMAN: Yeah. So he just said this Jelly is the last one he said.

BY MS. GOODMAN:

Q. And then you said -- what was the first? Who was the first crew member?

A. The first crew member is Iwayan Sugiartha.

Q. So this one.

A. Yeah. Iwayan Sugiartha.

Q. Okay.

A. Flores Jelly.

Q. Oh, this one. Jelly, Flores Jelly. Okay.

A. Yeah. And Faiz Achmad.

Q. Faiz Achmad. Okay.

A. Zahir Mohammad.

Q. Zahir Mohammad.

Okay. So those crew members that you just identified would be the crew members potentially that would be responsible for doing cleaning to the open deck staircase that we were looking at?

A. Yeah.

Q. Okay. And just to make sure I understand, unless there is a gastrointestinal

Page 100

outbreak or Norovirus outbreak, the four-hour hand sanitizing of the handrails of the open deck staircase doesn't happen every four hours?

A. Not only handrails. Everything that the guests touch, like doorknob, switch button, push button.

Q. Okay. So I'm just trying to understand like during a regular cruise where there's no gastrointestinal outbreak, what would be the policy for how often the handrails of the open deck staircase would be cleaned?

A. If it's dirty, it's cleaned.

Q. If it's what?

A. If it's dirty, you will clean.

Q. Okay. So it would have been any of those crew members that you just identified who would be responsible for cleaning the handrails if it was dirty?

A. All of them. All these four.

Q. Understood.

A. Yes.

Q. Okay. Let's continue with the subject voyage. Hold on. Let me open all of these at once to make it easier. Someone was trying to help me by separating all of those, and it's not helpful

Page 101

right this second.

Let's -- I'm going to share my screen. This is going to be Plaintiff's Composite Exhibit 8.

(Plaintiff's Composite Exhibit No. 8 was marked for identification.)

BY MS. GOODMAN:

Q. Hold on.

Okay. Plaintiff's Composite Exhibit 8 are the shift reports for the entire subject cruise. Okay? The cruise -- I guess the first day of the subject cruise is July 8th, 2023.

And do you see your name as the supervisor for pool and decks?

A. Yes.

Q. Okay. Can you explain to us what a shift report is?

A. A shift report is the report that we are encoding in our system in regards to what we did and any issues that we might encounter, including the staff issue, emergency issue, special projects that we are doing, special tasks. And if there are any technical issues in the water facilities, that is under our supervision.

Q. Okay. And this first document that

26 (Pages 98 - 101)

Page 102

we're looking at is Bates-stamped GR000300. And this is the "Open Deck Day Shift Report" for Saturday, July 8th, 2023.

And who drafts the shift reports?

A. I'm sorry?

Q. Who drafts -- like who enters the information in these shift reports?

A. Me, as the supervisor.

Q. Okay. And how do you get the information to enter in the information that you include in the shift reports?

A. Everything that they do in my shift.

Q. Okay. But it's not just what you do. It's what the crew members that you supervise are also doing, right?

A. Yeah. Yeah. Including them.

Q. How do you -- how do you know what the crew members that you are supervising are doing?

A. Because I'm the one assigning them.

Q. So at the end of the day shift, do you -- is there a -- like a meeting where they communicate to you that they've done everything that you've told them to do?

A. From the start of the meeting -- from the start of our shift, there is a meeting. Then

Page 103

there's a daily routine that they are doing. And after that, there would be a second meeting if it is a port day. Okay? If there is a port day, there is a second meeting, in which I give the instruction to them on what to do.

Q. Okay. So for the day shift, at the beginning of the day shift, there would be a meeting --

A. Uh-huh.

Q. -- where you would assign tasks for them to do for that day in addition to their regular daily tasks, right?

A. Yeah.

Q. Okay. And then is there a meeting during the day shift or when the day shift is over about --

A. No. In the middle.

Q. In the middle. So there's a check-in in the middle to see if they've completed the tasks --

A. Yeah.

Q. -- that you've assigned. Okay. And then is there a meeting at the end of the day shift?

A. Yes.

Page 104

Q. Okay. And where do these meetings occur?

A. On Deck 11, elevator landing.

Q. Okay.

A. Elevator 120.

Q. Are you taking notes during these meetings?

A. Yeah. Of course. I have to provide them what are the things that needs to be done. I -- if what I see -- what areas I see that needs cleaning more, I have to give them that task.

Q. Okay. So you're walking around the open decks and checking to see that they've done the tasks that you've assigned?

A. Yeah.

Q. You're checking to see if things need to be cleaned more?

A. Yeah.

Q. You're constantly walking around and inspecting?

A. Yeah. For the cleanliness.

Q. And that would be Deck -- that would be Decks 10, 11 and 12?

A. Yeah.

Q. Okay.

Page 105

A. And 15.

Q. And 15. Okay. So Decks 10, 11, 12 and 15.

And how are you taking notes? Is it on like on a piece of paper and a --

A. Yeah.

Q. -- like with a pen, or is it like on a computer, on a phone? What are you showing us?

A. The paper.

Q. Okay. The paper. Okay.

And so you're taking notes. And where do you enter this information? Is it -- do you enter it in like an office on a computer?

A. After my shift ends.

Q. After your shift ends, you go into an office and you enter it on a computer?

A. Yeah. And this is the outcome on the shift report.

Q. And this is the what?

A. The outcome of everything I've done.

Q. Okay. For -- question. When it says "all areas was then disinfected starting with handrails" --

A. Uh-huh.

Q. -- when you're referring to handrails,

27 (Pages 102 - 105)

Page 106

what does that include?

A. That is the -- all the handrails all over the ship -- all over the open deck area, I mean. Not all over the ship. All open deck areas.

Q. Okay. And would the handrails that you refer to there, would that include the handrails on the open deck staircases?

A. Yeah. Wooden, metal, all the handrails.

Q. Okay. The next page is Bates-stamped GR000301. This is another day shift report for July 9th, 2023.

A. Yeah.

Q. Same is true as to what you testified about for the first document? This is a shift report. You enter in the information.

A. Uh-huh.

Q. You obtain the information --

A. Yeah.

Q. -- from the crew members that you oversee?

A. Yeah.

Q. Okay. Another day shift report for July 10th, 2023, is on Bates-stamped GR000302. Same thing. This is a document that you drafted.

Page 107

Same thing as for the day shift report of July 11th, 2023, Bates-stamped GR000303. Same thing is true as to what we discussed for the first page, right?

A. Yeah.

Q. Okay. Same thing for July 12th, 2023, Bates-stamped GR000304, right?

A. Uh-huh.

MS. GENOESE: Object to form.

BY MS. GOODMAN:

Q. Is that a "yes"?

A. Yes.

Q. Okay. I'm just trying to not, you know, have to go through each of these if we don't need to.

But again, you say "all areas was then disinfected starting from handrails"?

A. Uh-huh.

Q. So handrails would include the handrails of the outdoor staircases, right?

A. Yeah.

Q. Okay. Bates-stamp GR000305. This is another day shift report for July 13th, 2023. This was drafted by you, correct?

A. Yeah.

Page 108

Q. And on this day, the handrails of the outdoor staircase was also -- was disinfected?

A. Yes, yes.

Q. And here, it says special projects, Deck 12, forward stairs scrubbing.

Do you see that?

A. Uh-huh, yes.

Q. Okay. And when it says "stairs scrubbing," what does that mean?

A. The -- the bulkheads of these stairs -- of these steps, I mean -- you know the metal piece on the side? If you can picture out the -- the staircase, there's a metal piece on both sides of that stairs. The metals, the walls on that specific staircase in the forward on Deck 12. They're the one cleaning that one, including the steps, the entire step.

Q. I'm going back to Plaintiff's Exhibit 4. This is the subject staircase.

A. Yeah.

Q. Is this -- would you consider this to be a forward staircase?

A. No.

Q. What kind -- where is this? Is this a mid staircase?

Page 109

A. Yeah. That's the mid -- mid ship Deck 11.

Q. Okay. Mid ship Deck 11 staircase. But when it talks about the scrubbing, what was it --

A. Uh-huh.

Q. -- referring to?

A. The entire -- the entire staircase itself. The metal, the polishing of these handrails, the metal, the bulkhead, the one that holds the steps, including the steps.

Q. I just want to make sure I understand, because you testified before that the deck department does the heavy-duty scrubbing, the cleaning of the steps.

A. Yeah.

Q. When you say "scrubbing" in the day shift report, you're not referring to that scrubbing?

A. No. By hand.

Q. Okay. You're referring to actual scrubbing that the -- the hotel department -- the crew members that you oversee do?

A. Yeah. Only --

Q. A different scrubbing?

28 (Pages 106 - 109)

Page 110

A. Yeah. It's removing the debris of the corners of that one.

Q. The corners of what?

A. The corners of the -- you see the one that's connected to the steps? There is in between gap in that area. Yeah.

Q. Okay. Where?

A. In which -- from these corners. See? There might be some food, debris, anything that might be removed off.

Q. What corners are you referring to?

A. The corners that -- from the metal to the steps itself.

Q. So like these corners where I'm like circling with the mouse?

A. Yeah.

Q. So there's debris buildup in these corners?

A. Yeah. There might. Like dust accumulation.

Q. Okay. Accumulation of what?

A. Of dust.

Q. Of dust?

A. Or dirt or something.

Q. Or food?

Page 111

A. Yeah, or food.

Q. Okay. So, the scrubbing being referred to would be like cleaning out the debris from these corners?

A. Yeah. Just to remove because it can -- yeah.

Q. And in order to clean the debris, the crew member would be touching the riser board, essentially?

A. No. Only using -- only using the small brush in the corner just to remove the debris.

Q. What kind of brush is used to remove the debris?

A. You know this -- it's like a toothbrush. But it's a hard one for us, for housekeeping, and longer one. It's like that.

Q. Okay.

A. Yeah. We are not using --

Q. Do you have a photo of the brush?

A. I don't have one. It's called a "grout brush." You can search if you want.

Q. A grout brush? Okay.

A. Yeah.

Q. How often do you do this scrubbing of

Page 112

the stairs?

MS. GENOESE: Form.

THE WITNESS: It depends on the amount of the dirt. Because in the night -- in the night, they're doing the washing from deck department. They're washing. They're using the spray, the spray gun.

So in the morning, it's not that much dirty. So we just have to follow up the cleaning.

BY MS. GOODMAN:

Q. Okay. So we did July 13th. Let's keep going.

This is now July 14th, Bates-stamped GR000306.

A. Yeah.

Q. This is the day shift report, a document drafted by you, correct?

A. Yes.

Q. Okay. And in this day shift report, you reference the incident where Mr. Clay Crockett was hit in the head due to the step wooden board falling down from the stairs?

A. Uh-huh.

MS. GENOESE: Form.

Page 113

BY MS. GOODMAN:

Q. Is that a "yes"?

A. Yes.

Q. Okay. And did you witness the incident involving Mr. Crockett?

A. No.

Q. How did you find out about the incident involving Mr. Crockett?

A. A team member reported to me.

Q. A team member reported it to you?

A. Yeah.

Q. What did the team member -- or who was the team member that reported it to you?

A. I can't remember.

Q. You can't remember.

And do you recall what that team member said to you regarding Mr. Clay Crockett's incident?

A. That there was one guest who was hit by the step.

Q. There was a guest that was hit with the step. Okay.

And what did you do after you found that out?

A. At first -- at first, I was shocked

29 (Pages 110 - 113)

Page 114

because how come somebody would be hit.

Then I went to the area and made -- I immediately went to the area to confirm.

Q. And what did you find when you went to the area?

A. I saw -- I saw two guests sitting on the lounge chair. And I approached them. Then, I ask about their well-being.

Q. And the two guests that you saw in the lounge chairs, was one of those guests Clay Crockett?

A. Yeah.

Q. So you spoke with Mr. Crockett?

A. Yeah. But --

Q. And --

A. -- he was not responsive at that time.

Q. What do you mean he was not responsive?

A. He's not answering back my question if he's okay or not.

Q. Do you know why Mr. Crockett was not answering your questions?

A. I don't know.

Q. Did you think it was weird that Mr. Crockett was not answering your questions?

Page 115

A. No.

Q. Did you know that Mr. Crockett had just been hit in the head with the board of the step of the staircase?

MS. GENOESE: Form.

THE WITNESS: Yeah. I -- I immediately know when I came there because the wife was the one who was talking.

BY MS. GOODMAN:

Q. Do you know if Mr. Crockett could respond to your question?

MS. GENOESE: Form.

THE WITNESS: Yes. Because he is conscious.

BY MS. GOODMAN:

Q. When you say "conscious," do you mean that he was -- like he was awake, his eyes were open?

A. Yeah. He's open. He was sitting.

Q. And even though Mr. Crockett was -- he had his eyes open and he was awake, he was not able to answer your question?

MS. GENOESE: Form. Mischaracterization.

THE WITNESS: Yeah.

Page 116

BY MS. GOODMAN:

Q. Was Mr. Crockett able to answer your questions at that time?

A. No.

MS. GENOESE: Form.

BY MS. GOODMAN:

Q. Did you think that Mr. Crockett needed medical attention because he was not able to answer your questions?

MS. GENOESE: Form.

THE WITNESS: Yeah. That's why -- that's why I offered medical assistance.

BY MS. GOODMAN:

Q. Well, why did you offer medical assistance to Mr. Crockett?

A. Because he's not responsive to me.

Q. And did you call like the medical infirmary to come provide medical attention?

A. Yes.

Q. And did they come?

A. I can't remember if they come or these two guests went down to the medical center.

Q. Okay. But you thought Mr. Crockett needed medical attention?

MS. GENOESE: Form.

Page 117

THE WITNESS: Yeah. That's why I offered. That's why I offered medical assistance.

BY MS. GOODMAN:

Q. Do you know if there had ever been a time where a piece of the staircase had fallen off of the staircase?

MS. GENOESE: Form.

THE WITNESS: No.

BY MS. GOODMAN:

Q. Let's go to Bates-stamp GR000307. This is another shift report. This is from the mid shift.

What are the hours of the mid shift?

A. It starts from 1:00 until 1:00.

Q. 1:00 -- 1:00 p.m.?

A. Yeah. Until 1:00 a.m.

Q. Until 1:00 a.m.

And then the night shift is what time?

A. The night shift is 6:00 to 6:00. 6:00 p.m. until 6:00 a.m.

Q. And what time is the day shift? What are the hours?

A. From 6:00 a.m. to 6:00 p.m.

Q. Okay. And this individual -- do you

30 (Pages 114 - 117)

Page 118

see who I have highlighted?

A. Yes.

Q. Do you know who that is?

A. Yes. He was --

Q. Who is that?

A. He was my colleague. He was a pool and deck supervisor as well.

Q. Pool and deck supervisor for the mid shift?

A. Yes.

Q. So would the same be true? Would the pool and deck supervisor for the mid shift draft the information in the mid shift report?

A. I'm sorry?

Q. Would the -- would the pool and deck supervisor for the mid shift enter in the information contained in the mid shift report?

A. Yes.

Q. Okay.

A. He's supposed to.

Q. Okay. And just to go through this quickly. Because this is not a report that you drafted, but this is a report that your -- your colleague, another pool and deck supervisor but for the mid shift, would have drafted. And this would

Page 119

be a mid shift report for July 10th, 2023, Bates-stamped GR000308, correct?

A. Yeah.

Q. Okay.

A. Yes.

Q. Same thing. We also have the July 11th, 2023, mid shift report.

A. Yes.

Q. Bates-stamped GR000309, right?

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. And what about July 12th, 2023, the mid shift report for -- well, July 12th, 2023, Bates-stamped GR000310, correct?

A. Yeah.

MS. GENOESE: Object to form. Are you asking him whether these are the forms that they say they are? Or what are you asking exactly?

MS. GOODMAN: That these are the mid shift reports. I know that these are not drafted by him because these are drafted by the mid shift pool and deck supervisors.

But the same, that it's true, that it

Page 120

would be the pool and deck supervisor for the mid shift that would draft these documents.

MS. GENOESE: Okay. Please add that predicate to each of your questions when you ask that. That's not clear.

MS. GOODMAN: Let's -- let's just have a running for these, the next --

MS. GENOESE: No. We can't have a running. Just ask your question each time.

MS. GOODMAN: Okay. I don't need you to tell me what to do.

BY MS. GOODMAN:

Q. Sir, for the next documents that I'm showing you, these are shift reports that are either for the mid shift -- and we will go to the night shift. Those are documents that would be drafted by the pool and deck supervisors during either the mid shift or the night shift. I know that that's not you. You are the day shift pool and deck supervisor.

A. Uh-huh.

Q. I'm asking that the same is true, the way that you would draft the day shift reports as the day pool and deck supervisor, the pool and deck

Page 121

supervisor assigned to that particular shift would be the supervisor that would enter in the information contained in the shift report. Okay?

A. Uh-huh.

MS. GENOESE: Object to form.

BY MS. GOODMAN:

Q. So I want you to just tell me "yes" for each of them.

MS. GENOESE: Object to form.

BY MS. GOODMAN:

Q. Okay. So we -- let's do July 13th, 2023. This is the mid shift report Bates-stamped GR000311. It would be drafted by the mid shift pool and deck supervisor?

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Okay. Same would be true for July 14th, the mid shift report --

A. Yes.

Q. -- Bates-stamped GR000312?

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Okay. Did you say -- did you get the

31 (Pages 118 - 121)

Page 122

yes?

A. Yes.

Q. Okay. Same would be true for the -- now we're on the night shift report for July 8th, 2023, be drafted by the night shift pool and deck supervisor, Bates-stamped GR000313?

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Same is true for the night shift report for July 9th, 2023, Bates-stamped GR000314?

MS. GENOESE: Object to form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Same would be true for the night shift report for July 10th, 2023, Bates-stamped GR000315?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Same would be true for the night shift report for July 11th, 2023, Bates-stamped GR000316?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Same would be true for the night shift

Page 123

report for July 12th, 2023, Bates-stamped GR000317?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Same would be true for the night shift report for July 13th, 2023, Bates-stamped GR000318?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Same would be true for the night shift report for July 14th, 2023, Bates-stamped GR000319?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Okay. I'm going to show you what will be marked Plaintiff's Exhibit 9.

A. Yes.

(Plaintiff's Exhibit No. 9 was marked for identification.)

BY MS. GOODMAN:

Q. Plaintiff's Exhibit 9 is a photo taken after the riser board fell on Mr. Crockett on July 14th, 2023. Okay?

MS. GENOESE: Form.

THE WITNESS: Yes.

Page 124

BY MS. GOODMAN:

Q. Do you see yourself in this photograph?

A. I think -- I think that's me.

Q. Is this -- is this you? You don't see your head. But do you see that this is your -- what appears to be your name tag?

A. Yeah. That's me.

Q. That's you. Okay.

And the piece of wood --

A. Uh-huh.

Q. -- that the other Carnival crew member is holding up --

A. That's the security.

Q. The security. And do you know where this piece of wood is from?

MS. GENOESE: Form.

THE WITNESS: Yeah. From the step.

BY MS. GOODMAN:

Q. From the step. And that would be the riser board of the outdoor staircase?

A. Yes.

MS. GENOESE: Form.

BY MS. GOODMAN:

Q. Okay. And did you make any

Page 125

determination how the riser board fell off of the outdoor staircase?

MS. GENOESE: Form.

THE WITNESS: It's not my expertise. It's about the security to determine how it fell down.

BY MS. GOODMAN:

Q. Okay.

A. Yeah.

Q. This will be Plaintiff's Exhibit 10.

A. Yes.

(Plaintiff's Exhibit No. 10 was marked for identification.)

BY MS. GOODMAN:

Q. Plaintiff's Exhibit 10 is the iCare for the subject incident. It's Bates-stamped GR00056 and 57. Okay?

A. Yes.

Q. And here, it says, there's an entry July 14th, 2023, at 1:02 p.m.

A. Yes.

Q. VISTA housekeeping. It says "VISTA housekeeping." Did you enter --

A. That is our system.

Q. That's your system?

32 (Pages 122 - 125)

Page 126

A. Yeah.

Q. Do you know who entered in this entry at 1:02 p.m.?

A. I'm the one.

Q. You are the one?

A. Yes.

Q. Okay. So you wrote what we see here, "P&D supervisor received call from housekeeping attendant regarding the guest who acquired a minor injury on his head"?

A. Yes.

Q. Okay. And, "P&D immediate approached the guest and asked about his well-being and offered medical assistance, which he accepted at the time."

A. Yes.

Q. Okay. And here, it says, "Mr. Clay Crockett stated that he was just sitting on the lounge chair when suddenly one of the wooden board of the steps fell down, hitting his head. Mr. Clay acquired a minor cut on his head and also stated that he feels a little bit dizzy."

A. Yeah.

Q. Did Mr. Crockett tell you that he felt dizzy?

Page 127

A. Yes.

Q. At what point -- so you had testified that Mr. Crockett was first unresponsive.

A. Yeah.

Q. At what point did he become responsive?

A. That's when he started talking.

Q. When he started talking?

A. The wife. The wife.

Q. The wife told you --

A. I don't know if it's -- if it's his wife. The one who was with him at that time.

Q. Okay.

A. Yeah.

Q. It says "Note: P&D checked the area at the time of accident and make work order to tighten the loose screws of the steps."

When -- what do you mean by that?

A. Hm?

Q. What do you mean by that, "tighten the loose screws of the steps"?

A. To -- to put screw in that steps.

Q. On what steps?

A. On the one that was detached.

Q. Only the one that was detached or any

Page 128

other steps?

A. No. Only the one that was detached.

Q. And you said put screws in the steps. Were there not screws in the steps?

MS. GENOESE: Form.

THE WITNESS: It was detached. Right? So, the screw might have flown. Flown.

BY MS. GOODMAN:

Q. Might have blown? Is that what you said?

A. Might have flown.

Q. Flown?

A. Yeah. Flown. Because it was --

Q. And it says --

A. It was -- it was reattached by the steps because there's a screw there. Right?

Q. So you made a work order to tighten the loose screws of the steps and fix the --

A. Yeah.

Q. -- detached wooden board.

A. Yeah.

Q. What was -- what did you need to fix for the detached wooden board?

A. Yeah. The one that was detached.

Q. Fix it -- but what was -- you're

Page 129

saying fix it. What was broken about the wooden board?

MS. GENOESE: Form.

THE WITNESS: No. It was not -- it was not broken. It was detached. So --

BY MS. GOODMAN:

Q. Okay.

A. -- it's, slash, broken slash, detached. So they had to fix it.

Q. Okay. This will be Plaintiff's Exhibit 11.

(Plaintiff's Exhibit No. 11 was marked for identification.)

BY MS. GOODMAN:

Q. Plaintiff's Exhibit 11 is also Bates-stamped GR000293, -294 and -295. Okay?

A. Yes.

Q. Let's start with the first page. Could you identify what's on the first page?

A. Yes.

Q. What is it?

A. That is the work order.

Q. Is it a work order that you filled out?

A. Yeah. The one they generated.

33 (Pages 126 - 129)

Page 130

Q. It's a work order that you generated after the incident occurred on July 14th, 2023?

A. Yes.

Q. And it's the -- the actual work order, it's screenshotted and in an email, right?

A. Yes.

Q. Okay. And it says "From: VISTA Housekeeping." Would that be you?

A. Yeah.

Q. And it's dated Monday, July 17th, 2023, right?

A. Yes.

Q. And the email is being sent to VISTA Senior Assistant Chief Security Officer; is that correct?

A. Yes.

Q. And who was the senior assistant chief security officer?

A. I can't remember.

Q. Okay. And you -- did you take a screenshot of the work order?

A. Yeah. During the day. He requested that one from me.

Q. Do you know why he requested this from you?

Page 131

A. Because of the investigation.

Q. Okay. And at the bottom, there's your signature block?

A. Yeah, yeah.

Q. Okay. And going to the next page, which is the Bates-stamp GR000294.

A. Yeah.

Q. We see another email from you, right, VISTA housekeeping?

A. Yes.

Q. On Friday, July 14th, 2023, to the VISTA Senior Assistant Chief Security Officer?

A. Yes.

Q. And it looks like you copied yourself on it, right?

A. Yeah, yeah.

Q. And this was the iCare that was opened?

A. Yeah. The one that I created.

Q. Okay. And here --

THE REPORTER: Wait. Wait. Wait. I'm sorry. The what?

(A portion of the record was read by the reporter.)

THE WITNESS: The one that I created.

Page 132

BY MS. GOODMAN:

Q. Okay. And here, again, there is the screenshot of the work order. And here, opened, you can see that there are notes.

Do you see that?

A. Yeah, yes.

Q. And we only see a portion of what the notes say, right?

A. Yeah.

Q. And do you recall what you wrote in the notes?

A. Basically about the Deck 11 that was detached that needs to be fixed.

Q. And do you know if the riser -- if it was fixed, if the riser board was put back in and secured to the steps?

MS. GENOESE: Form.

THE WITNESS: Yes, it was fixed.

BY MS. GOODMAN:

Q. Do you know when it was fixed?

A. On the same day.

Q. And you had no involvement in determining how the riser board became loose and was able to hit a passenger in the head?

MS. GENOESE: Form. Asked and

Page 133

answered.

THE WITNESS: No.

BY MS. GOODMAN:

Q. Did you provide any statements to the security officer during his investigation of how the incident occurred?

A. They were just asking me the timings so that they can review the CCTV.

Q. You would agree that the riser board from the staircase, that should not come loose and hit a passenger in the head, right?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. And it would be Carnival's responsibility to maintain the riser board of their outdoor staircases, right?

MS. GENOESE: Form.

You can answer the question.

THE WITNESS: Yes, yes.

BY MS. GOODMAN:

Q. So if a riser board of the steps of the staircase was able to come loose and hit a passenger in the head, that would mean that Carnival did not properly maintain its outdoor

34 (Pages 130 - 133)

Page 134

staircase, right?

MS. GENOESE: Objection to form.

THE WITNESS: Repeat the question.

MS. GOODMAN: We missed your answer.

THE WITNESS: Can you repeat?

BY MS. GOODMAN:

Q. Repeat the question? Sure.

A. Yeah.

Q. So, because this happened, because a passenger was hit in the head with the riser board, you would agree that Carnival did not properly maintain its outdoor staircase to prevent that from happening?

MS. GENOESE: Object to form.

THE WITNESS: No.

BY MS. GOODMAN:

Q. No? Why not?

A. Because it should be securely. Once they install that stairs, it should be secure and will not fall off because --

Q. When you say when they install the stairs, what do you mean when they install the stairs?

A. It is designed not to fall off.

Q. We missed the first part of what you

Page 135

said.

A. It is designed not to fall off.

Q. The time not to fall off?

A. It is designed.

Q. Designed not to fall off?

A. Yeah.

Q. And you would agree that when the maintenance department is doing the varnishing, you've testified they take off the steps of the staircase, which includes the boards on the tread of the steps and riser boards, right?

A. Everything.

Q. Okay. And then once the varnishing is done, those boards are put back on the treads of the steps and the riser boards, right?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. It would be up to the maintenance department to properly secure the boards?

A. Yes.

MS. GENOESE: Form.

BY MS. GOODMAN:

Q. Okay. And if those boards are not properly secured, then they could fall off the

Page 136

steps?

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. Okay. So, if a riser board was able to -- or if the riser board fell off -- as we know it did here, right, and hit Mr. Crockett in the head --

MS. GENOESE: Form.

THE WITNESS: Yes.

BY MS. GOODMAN:

Q. -- it would have been that the riser board was not properly secured to the steps of the staircase?

MS. GENOESE: Form.

THE WITNESS: It's up to the maintenance team to answer that question. For me, I'm just blocking off the area. They're the one installing. They're the one removing. I don't know if they install -- if they correctly or wrongly. I cannot answer for them.

BY MS. GOODMAN:

Q. Okay. So it would have been a different Carnival department, not your department?

Page 137

MS. GENOESE: Form.

THE WITNESS: Not my department.

BY MS. GOODMAN:

Q. So it would have been another Carnival department that failed to properly secure the riser board to the staircase?

MS. GENOESE: Form. Asked and answered.

MS. GOODMAN: You can go ahead and answer.

THE WITNESS: I cannot think for them.

THE REPORTER: Say it again.

THE WITNESS: I cannot think for them.

BY MS. GOODMAN:

Q. Has there ever been a time where either you or one of the crew members that you oversee discovered that a board of the staircase was loose and needed to be rescrewed?

MS. GENOESE: Form.

THE WITNESS: No. Never in my entire contract.

BY MS. GOODMAN:

Q. Now, do you have any -- if -- if there was a situation where a screw had to be replaced on the staircase, would you have any knowledge of

35 (Pages 134 - 137)

Page 138

that?

A. Of course. If there's a report for that one.

Q. We missed. You were going in and out.

A. Of course. There should be a report for that one if there's any maintenance issue. Not only for the steps but for the -- the area that we cover.

Q. Okay. So, even if it just involves like replacing a screw, you think that there would always be a work order for that?

A. Yes.

Q. Have there -- has there ever been a time, do you know, where there was not a work order for just simply like replacing or tightening a screw?

MS. GENOESE: Form.

THE WITNESS: No. It should go through the work order. Even if the drain -- that drain cover is missing a screw, we make a work order.

BY MS. GOODMAN:

Q. Okay. So I understand what it should be and what the policy is. Right?

A. Yeah.

Page 139

Q. But are there, in practice, some times, you know, it doesn't always happen the way it should, right?

MS. GENOESE: Form.

THE WITNESS: We can't touch them. Only the maintenance team can touch them.

BY MS. GOODMAN:

Q. The -- the hotel stewards. Do you have any like -- do you have any tools available to you, like a screwdriver?

A. No. We cannot touch them. It's not allowed. Only the maintenance team can touch all the maintenance issue. Only broom and dustpan.

Q. Do you have any evidence that Mr. Crockett was doing anything wrong at the time of the incident?

MS. GENOESE: Form.

THE WITNESS: I never see what happened to him. So...

BY MS. GOODMAN:

Q. There was CCTV footage of the incident. Have you reviewed that?

A. No. It's not part of my job.

Q. Are you aware that the subject staircase was changed after the incident?

Page 140

MS. GENOESE: Form.

THE WITNESS: After the incident?

BY MS. GOODMAN:

Q. So I believe there was a dry dock in January of 2024 of the CARNIVAL VISTA.

A. I was not there anymore.

Q. You weren't there anymore?

A. Yeah.

Q. You were already off the CARNIVAL VISTA?

A. Yeah. I was already on the VENEZIA before the dry dock starts.

Q. You got assigned to the CARNIVAL VENEZIA before the dry dock on the CARNIVAL VISTA started?

A. Yeah.

Q. And then you -- have you been back onboard the CARNIVAL VISTA after the dry dock in January?

A. No.

Q. Okay. So you would have no knowledge about what the staircase looks like now?

A. Exactly. I can't.

Q. Yes. Okay.

MS. GOODMAN: All right. That's all

Page 141

the questions I have. Thank you.

MS. GENOESE: I just have a few follow-up questions. I shouldn't be long.

CROSS-EXAMINATION

BY MS. GENOESE:

Q. Mr. Wilcor, do you remember being asked in your testimony earlier about the metal bar underneath the subject staircase?

A. I -- no one -- yeah.

Q. Do you remember -- you remember those questions that Ms. Goodman asked you, right?

A. Yeah. The metal bar under the stairs.

Q. Is it fair to say that you, yourself, did not put that metal bar there underneath the staircase?

A. Yeah. It's --

Q. Is it fair -- I'm sorry. Go ahead.

A. It's not me who put that metal.

Q. Were you involved in the design of the VISTA cruise vessel?

A. No.

Q. Is it fair to say that you do not know why that metal bar was specifically put in that area of the VISTA?

MS. GOODMAN: Objection.

36 (Pages 138 - 141)

Page 142

THE WITNESS: Yeah.

BY MS. GENOESE:

Q. Okay. And then also, do you recall Ms. Goodman's questioning about this specific staircase on the VISTA that you were shown photographs of earlier?

A. Yes.

Q. During your entire time on the VISTA, have you ever known of an incident where a wooden plank had fallen on someone from this staircase?

A. No. Only this one.

Q. Okay. Do you also recall questioning about crew members who were assigned to clean the subject staircase on the day of that incident?

A. Yeah.

Q. During the day of that incident, did you submit any work orders for that staircase before this incident?

A. No.

Q. If -- oops. Excuse me. If a crew member had reported a spill to you, would you have submitted a work order for that?

A. Yes.

MS. GOODMAN: Objection.

Page 143

THE WITNESS: Because it's my duty.

BY MS. GENOESE:

Q. So is it fair to say that if there are no work orders for that staircase on the day of the incident, that there was no spill reported to?

MS. GOODMAN: Objection.

THE WITNESS: No.

BY MS. GENOESE:

Q. No, that it's fair to say that's true?

MS. GOODMAN: Objection.

THE WITNESS: Yes.

BY MS. GENOESE:

Q. Do you recall anybody reporting any spills on that staircase on the day of the incident?

A. No. Nothing at all.

Q. Do you remember being asked questions about offering medical assistance to Mr. Crockett?

A. Yes.

Q. And did you offer medical assistance to Mr. Crockett?

A. Yes. Of course.

Q. Do you always offer guests medical assistance when an injury is reported to you?

MS. GOODMAN: Objection.

Page 144

THE WITNESS: Of course. It's our protocol.

MS. GENOESE: Thank you. I have nothing further.

REDIRECT EXAMINATION

BY MS. GOODMAN:

Q. I have follow-up. You just testified that you do work orders for spills on the outdoor staircase; is that true?

A. No.

Q. Okay. So you do not --

A. We do not make work order. We just send somebody to clean it up.

Q. Okay. So if there was a spill on the outdoor staircase, there would not be a work order. You would just send a crew member to clean it up?

A. Yes.

Q. Okay.

MS. GOODMAN: That's it.

MS. GENOESE: I have nothing further. I think -- are we all good here?

MS. GOODMAN: That's it. Thank you so much for your time, sir. We're finished.

THE WITNESS: Thank you.

Page 145

THE REPORTER: Okay. Oliver.

THE VIDEOGRAPHER: Okay. We're off the record at 12:50.

MS. GENOESE: We're going to read.

MS. GOODMAN: I'm going to order.

MS. GENOESE: I'll take a copy.

(The proceedings were concluded at 12:50 p.m.)

37 (Pages 142 - 145)

**Page 146**

CERTIFICATE OF SHORTHAND REPORTER

STATE OF FLORIDA  )
                  ) SS.
COUNTY OF MIAMI-DADE)

I, Julie Giordano, Florida Professional Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of WILCOR STA ANA, that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 145 is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 8th day of April, 2025.

*Julie Giordano*
_____

JULIE GIORDANO
Florida Professional Reporter-Certified

---

**Page 147**

CERTIFICATE OF OATH

STATE OF FLORIDA  )
                  ) SS.
COUNTY OF MIAMI-DADE )

I, the undersigned authority, certify that WILCOR STA ANA remotely appeared before me and was duly sworn.

WITNESS my hand and official seal this 27th day of March, 2025.

*Julie Giordano*
_ _ _ _ _ _ _ _ _ _ _ _ _ _

JULIE GIORDANO, FPR-C
Notary Public State of Florida
My Commission Expires:  11-27-27

---

**Page 148**

CLAY CROCKETT v CARNIVAL CORPORATION
March 27, 2025/WILCOR STA ANA/JOB# 7234139

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____  _____
    WILCOR STA ANA         (DATE)

---

**Page 149**

TO: Mr. Wilcor Sta Ana
c/o ashley.genoese@gray-robinson.com

April 10th, 2025

IN RE: CLAY CROCKETT v. CARNIVAL CORPORATION
March 27, 2025/WILCOR STA ANA/7234139

Dear Mr. Wilcor Sta Ana,
The above-referenced transcript is available for review.

Mr. Wilcor Sta Ann should read the testimony to  verify its accuracy. If there are any changes, Mr. Wilcor Sta Ana should note those with the reason on the attached Errata Sheet.

Mr. Wilcor Sta Ana should, please, date and sign the Errata Sheet and email to the deposing attorney as well as to Veritext at Transcripts-fl@veritext.com and copies will be emailed to all ordering parties.

It is suggested that the completed errata be returned 30 days from receipt of testimony, as considered reasonable under Federal rules*, however, there is no Florida statute to this regard.

If Mr. Wilcor Sta Ana fail(s) to do so, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

*Federal Civil Procedure Rule 30(e)/Florida Civil Procedure Rule 1.310(e).

---

38 (Pages 146 - 149)

**[1 - 34254]**

| 1 | | | |
|---|---|---|---|

**1** 3:3 9:16,17 15:19 16:2 146:8
**1.310** 149:25
**10** 3:13 44:12,13 45:1 71:16 89:14 104:23 105:2 125:10,12 125:15
**10,000** 73:13
**101** 3:11
**10:03** 1:14 4:8
**10:51** 46:5,7
**10:59** 46:7,9
**10th** 106:24 119:1 122:16 149:2
**11** 3:14 43:15,18 43:23 44:8,11 44:15,19 45:8 60:12,14 89:11 89:15 92:14 94:9 95:23 104:3,23 105:2 109:2,3 129:11 129:12,15 132:12
**11-27-27** 147:21
**11:52** 97:3
**11:59** 97:7
**11th** 107:2 119:7 122:21

**12** 43:23,25 44:1 44:6,15,19 45:8 60:23 89:11,15 92:15 93:13,13 93:16 94:9 104:23 105:2 108:5,15
**120** 104:5
**12150** 2:3
**123** 3:12
**125** 3:13
**128th** 2:3
**129** 3:14
**12:50** 1:14 145:3,8
**12th** 107:6 119:13,14 123:1
**13th** 107:23 112:12 121:11 123:6
**14** 14:25
**141** 2:15
**144** 2:16
**145** 146:8
**146** 2:17
**147** 2:18
**148** 2:18
**149** 2:19
**14th** 6:7 13:2 15:9,14 29:5 98:20 112:14 121:19 123:11 123:23 125:20 130:2 131:11

**15** 105:1,2,3
**17th** 130:10
**1:00** 117:15,15 117:16,16,17,18
**1:02** 125:20 126:3
**1:24** 1:3 4:4

| 2 | | | |
|---|---|---|---|

**2** 3:4 28:11,15 30:19 32:1 93:15
**20** 15:11 18:4
**2020** 13:15
**2022** 13:14,15 14:3,8 15:11,12 18:6,7
**2023** 6:7 13:2 14:6,9,25 15:9 15:14 18:22 29:5 31:6 64:4 83:11 98:20 101:12 102:3 106:12,24 107:2 107:6,23 119:1 119:7,13,14 121:12 122:5,11 122:16,21 123:1 123:6,11,23 125:20 130:2,11 131:11
**2024** 14:15,16 140:5

**2025** 1:13 4:7 146:13 147:11 148:2 149:2,4
**21185** 1:3 4:4
**225** 2:3
**23** 16:16,25 17:2 17:12 21:5,9
**27** 1:13 148:2 149:4
**27th** 4:7 147:11
**28** 3:4
**294** 129:16
**295** 129:16

| 3 | | | |
|---|---|---|---|

**3** 3:5 30:23 43:4 43:6,9 56:18
**30** 149:15,24
**321** 80:20
**322** 80:18 84:18
**323** 80:19 85:25
**324** 80:19
**325** 80:19
**326** 80:19
**327** 80:19
**330** 86:17
**33186** 2:3
**332** 87:14
**333** 88:1
**334** 87:24 88:4
**33401** 2:8
**34254** 146:18 147:17

**[4 - anti]** Page 151

| 4 | 8 | | |
|---|---|---|---|
| **4** 3:6 46:12,13 46:16 47:17 57:2,3 58:5 63:4 95:8,11 108:19 | **8** 3:11 6:20 101:4,6,9 | **accuracy** 149:9 **accurate** 87:20 87:21 98:7 | 35:13 70:16 74:8,25 76:3 137:9 141:17 |

**4** 3:6 46:12,13 46:16 47:17 57:2,3 58:5 63:4 95:8,11 108:19
**4,000** 41:12
**43** 3:5
**46** 3:6

**5**

**5** 2:14 3:8 58:4 64:18 67:13 77:12,14,22 80:16 87:13 96:25
**5,000** 41:12,16 41:21 63:23 64:18 65:2 73:12 90:21
**515** 2:7
**57** 125:17

**6**

**6** 3:9 91:1,2,5,9
**650** 2:7
**6:00** 117:20,20 117:21,21,24,24

**7**

**7** 3:10 97:16,17 97:20
**7234139** 148:2 149:4
**77** 3:8

**8**

**8** 3:11 6:20 101:4,6,9
**8th** 101:12 102:3 122:4 146:13

**9**

**9** 3:3,12 123:16 123:18,21
**91** 3:9
**97** 3:10
**9th** 106:12 122:11

**a**

**a.m.** 1:14 4:8 46:7,7 117:17 117:18,21,24
**able** 14:25 115:21 116:2,8 132:24 133:23 136:5
**above** 1:25 29:9 29:10 32:9 149:7
**accepted** 126:14
**access** 89:13 94:7
**accessing** 45:9
**accident** 127:16
**accumulation** 110:20,21

**accuracy** 149:9
**accurate** 87:20 87:21 98:7
**achmad** 99:14 99:15
**acquired** 126:9 126:21
**action** 146:12 146:12
**actual** 82:8,9,10 94:24 109:21 130:4
**actually** 5:4 9:13 17:7 32:13 40:19 62:6 78:23
**ada** 42:2 64:22
**add** 120:4
**addition** 103:11
**additional** 87:17
**addressing** 27:8
**advance** 27:9
**advised** 10:7,9
**affecting** 75:3
**ago** 16:6
**agree** 6:3 24:7 29:19 33:16 46:22 61:25 63:14 83:3 95:12 133:9 134:11 135:7
**ahead** 5:19 6:9 12:2,13 21:1

35:13 70:16 74:8,25 76:3 137:9 141:17
**alcohol** 39:22,23
**allowed** 90:11 90:12 139:12
**american** 39:4
**amount** 112:3
**ana** 1:19 2:13 4:6,20 5:10 146:7 147:8 148:2,25 149:1 149:4,6,10,11 149:17
**angle** 73:4
**ann** 149:8
**answer** 6:10,11 7:14 12:4 16:21 24:13 27:23 30:1 35:4 41:25 42:23 66:21 69:23 70:2 74:9 76:4,5 115:22 116:2,8 133:19 134:4 136:17,22 137:10
**answered** 65:5 76:2 133:1 137:8
**answering** 7:21 114:19,22,25
**anthony** 31:7
**anti** 51:6,10,13 51:23 52:3 84:7

**[anti - bates]**

84:12 92:8,10
92:10,18,18
94:20
**anybody** 143:13
**anymore** 9:10
140:6,7
**api** 80:23 81:16
81:19,20,25
82:16
**apologize** 16:18
16:21
**appearances** 2:1
4:10
**appeared** 147:8
**appears** 48:24
124:7
**applies** 81:15
**apply** 78:5
83:21 84:12
86:23 88:23,25
**appreciate**
12:12
**approached**
114:7 126:12
**approximately**
65:2
**april** 146:13
149:2
**aquatic** 20:23
22:18
**area** 20:20,21
22:9,10,11
23:17 53:20
67:4 68:1 71:16

72:23 78:4
90:24 96:1,2
98:6,10,15
106:3 110:6
114:2,3,5
127:15 136:19
138:7 141:24
**areas** 86:1 88:15
88:16 104:10
105:22 106:4
107:16
**arrow** 95:4
**ashley** 2:6 4:17
**ashley.genoese**
2:8 149:1
**asked** 7:15 65:4
76:1 85:13
126:13 132:25
137:7 141:7,11
143:17
**asking** 7:20
119:18,19
120:23 133:7
**assign** 97:12
103:10
**assigned** 13:19
17:24 18:3
20:22 36:9 98:6
98:11,19 103:22
104:14 121:1
140:13 142:13
**assigning**
102:19

**assistance**
116:12,15 117:3
126:14 143:18
143:20,24
**assistant** 15:18
16:2 29:8
130:14,17
131:12
**assumed** 7:14
**assuming** 7:19
**attached** 149:10
**attendant** 16:8
16:10 20:23
22:18,19,21
126:9
**attention** 116:8
116:18,24
**attorney** 7:19
7:20 8:6 10:6
70:6 146:10,11
149:12
**audio** 1:12
**authority** 147:7
**authorized**
146:6
**available** 139:9
149:7
**awake** 115:17
115:21
**aware** 139:24

**b**

**b** 1:9 3:1

**back** 18:24,24
19:2 20:3 41:6
44:25 46:8 53:6
55:10,13 56:7
56:12 57:17
63:3 68:11
75:11 84:16
93:14 95:4,5,7,7
97:6 108:18
114:19 132:15
135:14 140:17
**bar** 42:17,24
141:7,12,14,23
**barricade** 67:24
68:3 73:15
**barrier** 56:20
67:24 68:2,2
73:14 74:12,16
74:18 75:5,25
**barriers** 56:19
67:3,4,5
**bars** 39:22
44:11
**based** 11:11
73:4
**basic** 29:15
**basically** 132:12
**bates** 28:21
30:21 32:2
43:11 46:18
47:17 77:23
80:18 84:18
85:25 86:17
87:13 91:6

**[bates - case]**

97:21 102:1 106:10,24 107:2 107:7,22 112:14 117:11 119:2,9 119:15 121:12 121:21 122:6,11 122:16,21 123:1 123:6,11 125:16 129:16 131:6

**beach** 2:8

**beginning** 103:7

**behalf** 4:15,18

**believe** 87:18 94:24 140:4

**big** 52:20

**bigger** 39:1

**bit** 126:22

**black** 51:7

**block** 88:15,16 131:3

**blocking** 67:16 70:22 136:18

**blown** 128:9

**board** 6:6 57:24 62:14,25 63:2,6 63:13,17 65:18 65:19 66:5,9,15 111:8 112:22 115:3 123:22 124:21 125:1 126:19 128:20 128:23 129:2 132:15,23 133:9 133:16,22

134:10 136:5,6 136:13 137:6,17

**boards** 48:13 53:11,15 54:16 54:18,19,21 55:9,13 56:1,1,6 56:11,25 57:3,4 57:8,12,16,19 57:25 62:7 65:11,12 66:2 73:2,3 135:10 135:11,14,15,20 135:24

**bottom** 67:2 68:11 71:15 76:21 131:2

**break** 33:17,21 45:16,18,23

**breakfast** 8:2,3

**breeze** 47:8

**brief** 46:6

**bring** 54:23 89:14 91:21

**bringing** 44:14

**broken** 3:12 129:1,5,8

**broom** 139:13

**brought** 55:10 57:16

**brush** 111:11,13 111:20,22,23

**buildup** 110:17

**built** 39:5,6

**bulkhead** 109:10

**bulkheads** 108:10

**business** 4:3

**button** 100:5,6

**c**

**c** 5:12 147:19 149:1

**call** 5:13 84:5 116:17 126:8

**called** 4:21 48:3 51:10 111:21

**camera** 46:3

**capable** 92:3

**capacity** 41:10

**caribbean** 11:14

**carnival** 1:8,9 4:2,3,18 5:18,19 6:7,15,16,19,22 6:25 7:7 8:20 9:7,12 10:16,20 10:24 11:5,8,22 12:17,23 13:2,5 13:7,8,19,20,21 13:21,21,22,22 13:22,23,23,24 13:25 14:3,7,11 14:12,14,18,21 14:24 15:2,6,10 15:14,17,23 16:6,7 17:18,21 17:24 18:3,7,19

18:23 19:1,3,7,7 19:11,13,20,25 20:8 21:17,18 21:20,24 24:8 24:22 26:4,9 27:7,18 28:17 29:4,20 30:20 31:5 33:13,14 33:18 36:7,17 37:8,16 38:3,13 38:15,18,18 39:12,21,24 40:1,9,13,16 41:6,11,22 42:6 44:19 46:18 54:2,11 59:24 60:4,11,15,24 64:3 71:11 81:4 81:8 92:6 95:24 96:6,16 124:12 133:25 134:11 136:25 137:4 140:5,9,13,14 140:18 148:1 149:4

**carnival's** 20:20 28:18 133:15

**carpenter** 55:23 55:23

**carry** 89:19

**carrying** 89:10 89:23 90:1

**case** 1:3,25 4:1,4 15:9

**[catching - conducting]** Page 154

catching 70:7
cause 62:15
  65:11,19 66:5
caution 88:8
cctv 133:8
  139:21
cement 82:1
center 116:22
certificate 2:17
  2:18 146:1
  147:1
certified 146:19
certify 146:6,10
  147:7
chair 43:16
  67:20 68:5,6,15
  68:20 70:24
  71:3,18,20 72:4
  72:5,6,10 73:6
  114:7 126:19
chairs 44:5,9
  58:6,10,13,16
  59:2,8,13,21,23
  59:23 60:1
  66:25 67:23
  71:12 72:4 74:2
  114:10
change 148:5,8
  148:11,14,17
changed 52:3
  139:25
changes 149:9
charge 20:22

check 22:5,8
  77:6 103:18
checked 127:15
checking 35:20
  104:13,16
chemical 80:22
chemicals 83:18
  83:18
chemistry 22:7
  22:8
chief 130:14,17
  131:12
circling 57:6
  68:5 88:8 93:18
  110:15
civil 149:24,24
class 36:13,18
  36:21,24 37:9
  37:19,25 38:13
  38:16,23 39:1
  39:12 82:13,15
classes 38:19
clay 1:5 4:2,16
  6:4 43:14
  112:21 113:17
  114:10 126:17
  126:20 148:1
  149:4
clean 25:18 79:5
  80:14 85:8,16
  85:19,23 86:9
  90:24 100:14
  111:7 142:13
  144:14,17

cleaned 84:25
  100:11,12
  104:17
cleaners 35:5
cleaning 3:8
  20:19 23:6,16
  25:16,16 26:21
  26:22,23 27:20
  30:8 32:14,16
  32:23,24 33:1,2
  43:1 47:13 77:9
  78:13 79:8,12
  81:9 85:18
  88:21,25 89:4
  98:19 99:21
  100:17 104:11
  108:16 109:15
  111:3 112:10
cleanings 23:19
  23:23 24:2
cleanliness
  22:11 25:12,14
  30:6,7 78:4 79:6
  80:13 89:8
  90:23 104:21
clear 120:6
close 37:21
  53:20 54:12
  56:14
closer 47:20
coated 82:1
coffee 39:19,22
colleague 118:6
  118:24

college 21:18,21
color 49:7,9,18
  49:23 52:10
column 97:25
  98:5
come 44:20 46:3
  54:15 62:1,6,15
  65:11 66:5
  89:14 114:1
  116:18,20,21
  133:10,23
commission
  147:21
communicate
  102:22
communication
  1:12
completed
  103:19 149:14
composite 3:4,8
  3:11 28:11,14
  30:19 32:1
  77:12,13,22
  80:16 87:13
  101:3,5,9
computer 21:11
  105:8,13,16
concluded
  145:7
conditions 47:7
conducted
  32:18
conducting
  27:14

**[confirm - day]** Page 155

**confirm** 59:22 114:3
**confusion** 38:10
**connect** 8:15
**connected** 8:16 8:24 110:5 146:12
**conquest** 13:22 14:19
**conscious** 115:14,16
**consent** 5:22,25
**consider** 108:21
**considered** 149:15
**consist** 21:9,10
**constantly** 104:19
**contact** 65:18
**contacted** 73:5
**contained** 118:17 121:3
**continue** 100:22
**contract** 14:15 15:1 16:4 19:14 19:17,22 20:1,4 137:21
**contracts** 16:11 18:24
**copied** 131:14
**copies** 149:13
**copy** 145:6
**cordon** 56:21

**corner** 111:11
**corners** 110:2,3 110:4,8,11,12 110:14,18 111:4
**corporation** 1:8 4:3,18 148:1 149:4
**correct** 10:3,8 12:1 15:25 26:25 27:1 29:10,12,13 30:12 49:21 54:13,17,20 98:3 107:24 112:18 119:2,15 130:15
**correctly** 136:21
**corridors** 87:5
**costa** 37:10,12 37:15 39:2,11
**counsel** 2:5,9 4:10 146:10,12
**count** 59:20
**country** 11:1
**county** 146:4 147:4
**course** 10:15 12:18 29:22 56:3 73:19 80:12 90:14 104:8 138:2,5 143:22 144:1
**court** 1:1 2:3 4:11

**cover** 138:8,20
**cozumel** 5:20,21
**created** 81:4 131:19,25
**crew** 22:14,16 23:5 24:21 25:3 25:9 26:4 27:3,7 27:25 28:3,4 30:12,14 33:7 34:24 41:14,15 41:18 42:8,19 44:14,19 45:6 52:17 59:24 71:11 89:10,23 89:25 90:3 97:12 98:1,6,11 98:11,18 99:5,6 99:18,19 100:16 102:14,18 106:20 109:23 111:8 124:12 137:16 142:13 142:21 144:17
**crews** 42:13
**crockett** 1:5 4:2 4:16 6:4 43:14 112:21 113:5,8 114:11,13,21,25 115:2,10,20 116:2,7,15,23 123:22 126:18 126:24 127:3 136:7 139:15 143:18,21 148:1

149:4
**crockett's** 113:17
**cross** 2:15 141:4
**cruise** 1:9 4:4 7:3 9:12 10:17 10:23 11:16,18 12:4 21:24 42:6 63:23 64:13 100:8 101:11,11 101:12 141:20
**current** 15:16
**currently** 5:16 12:22 13:20
**cut** 19:23 20:4 126:21
**cv** 1:3 4:4

**d**

**d** 1:9 2:12 12:7
**dade** 146:4 147:4
**daily** 78:12 103:1,12
**damage** 51:20
**data** 21:12
**date** 1:13 6:23 9:5 15:9 54:6,11 148:25 149:11
**dated** 130:10 146:13
**day** 3:10 9:10 15:10 23:23,23 58:16,22,23,23

**[day - direct]** Page 156

73:13 97:22
101:11 102:2,20
103:3,3,6,7,11
103:15,15,24
106:11,23 107:1
107:23 108:1
109:17 112:17
112:20 117:22
120:20,24,25
130:22 132:21
142:14,16 143:4
143:14 146:13
147:11
**days** 16:16,25
17:2,12 21:5,9
58:17,19 59:5,6
64:13,13 79:10
79:12,13 149:15
**dear** 149:6
**debris** 110:1,9
110:17 111:3,7
111:12,14
**december** 13:7
13:11,13 14:3,8
**deck** 3:6,10 15:4
15:21,24 16:15
16:16,24 17:3
17:10,13,17,20
20:14,15,16
21:5 22:2,3,13
23:11,14,17,19
23:21 24:3,4,6
24:16 29:24
30:6,9 31:1 32:9

32:18 33:8,12
33:18 35:19
38:3 40:1,5
42:20,21 43:9
43:15,18,23,23
43:25 44:1,1,5,8
44:11,12,13,15
44:15,16,19,19
45:1,8,8,9 60:12
60:14,23 65:3
66:10,16 71:15
78:14 85:3
88:18 89:14,14
89:15,15 90:16
90:20 93:13,13
93:15,16 94:8
95:22 97:11,22
98:19 99:21
100:2,11 102:2
104:3,22 106:3
106:4,7 108:5
108:15 109:1,3
109:13 112:6
118:7,8,12,15
118:24 119:24
120:1,18,21,25
120:25 121:14
122:5 132:12
**decks** 26:2
28:25 29:16,17
29:20 30:2
31:20,23 32:14
32:23,24 33:2
33:14 40:16

60:18,24 61:15
78:6 86:6,24
87:2,4 89:11
90:13 92:14
95:17 101:14
104:13,23 105:2
**declare** 148:21
**deep** 25:16
**defendant** 1:10
2:9
**depart** 23:10
**department**
23:11,15,22
24:3,4 27:19
32:18 35:20
36:4 52:2,9 78:3
109:14,22 112:6
135:8,20 136:25
136:25 137:2,5
**departments**
23:8 42:15
**depending**
58:22
**depends** 51:19
61:2 112:3
**deposing** 149:12
**deposition** 1:18
1:25 3:4 4:5,6
5:14 6:1,15 7:10
7:18 8:1,6,9,19
9:4,24 10:3,6
41:5 146:7
**describing**
91:12

**description**
28:13,24 29:4
30:18,22 32:2,5
98:15
**descriptions** 3:5
28:12
**design** 66:24
141:19
**designed** 134:24
135:2,4,5
**detached**
127:24,25 128:2
128:6,20,23,24
129:5,9 132:13
**determination**
125:1
**determine** 26:10
125:5
**determines**
51:21
**determining**
132:23
**difference** 81:19
81:24 82:25
**different** 23:8
37:14,18,25,25
39:7,8,9,14 40:6
49:22 61:22
82:1 85:17
109:25 136:25
**difficult** 46:19
69:22
**direct** 2:14 5:1

**[directly - entire]**

**directly** 73:14

**dirt** 80:12 110:24 112:4

**dirty** 78:21 80:11,14 100:12 100:14,18 112:9

**discovered** 30:9 33:3 34:25 36:2 137:17

**discuss** 6:4

**discussed** 107:3

**discussion** 97:4

**disinfect** 25:19

**disinfected** 105:22 107:17 108:2

**district** 1:1,1

**division** 1:2

**divulge** 7:22

**dizzy** 126:22,25

**dock** 61:9,11 140:4,12,14,18

**docking** 61:3,6

**document** 28:17 32:1 43:11 53:17 59:7 68:19 71:1,6 78:1 80:15,21 81:4,8 86:1 87:16 101:25 106:15,25 112:18 148:21

**documents** 9:3 87:12 120:3,14

120:17

**doing** 4:3 6:14 8:19 24:1 25:17 26:23 32:13 51:1,5 55:4,23 55:23 61:8 75:8 94:2 99:20 101:22 102:15 102:18 103:1 112:5 135:8 139:15

**dome** 37:18,19 37:19,20,24 38:7

**domestic** 10:25 11:2

**doorknob** 100:5

**draft** 118:12 120:2,24

**drafted** 106:25 107:24 112:18 118:23,25 119:23,23 120:18 121:13 122:5

**drafts** 102:4,6

**drag** 59:25

**drain** 138:20,20

**drink** 44:20 45:1,2,7 90:20

**drinks** 42:25 44:15,19 45:7 89:10,14,20,22 90:4,7,13,16

**drive** 2:7

**dry** 78:21 79:3,4 79:5 140:4,12 140:14,18

**due** 112:22

**duly** 4:21 147:9

**dust** 110:19,22 110:23

**dustpan** 139:13

**duties** 22:1,2 75:2 98:15

**duty** 22:4 23:19 24:2,15 26:13 32:17 109:14 143:1

**e**

**e** 2:12 3:1 12:7 12:10 148:3,3,3 149:24,25

**earlier** 141:7 142:6

**easier** 100:24

**eastern** 4:8

**easy** 94:17

**effort** 73:19

**eight** 64:13

**either** 57:7 120:16,19 137:16

**elements** 47:2,7

**elevated** 79:15

**elevator** 104:3,5

**email** 53:20,22 54:3,7,8 130:5 130:13 131:8 149:12

**emailed** 149:13

**emergency** 101:21

**employed** 10:19

**employee** 146:10,11

**employment** 11:22 12:17

**encoding** 101:19

**encounter** 101:20

**encourage** 75:12

**encouraged** 87:9

**ends** 105:14,15

**enter** 102:10 105:12,13,16 106:16 118:16 121:2 125:23

**entered** 126:2

**enters** 102:6

**entire** 27:25 31:15,17,18 70:5 71:17 101:10 108:17 109:8,8 137:20 142:8

**[entry - five]**

**entry** 125:19 126:2

**equipment** 16:21 85:19

**errata** 2:19 149:10,12,14

**especially** 75:13

**esquire** 2:2,6

**essentially** 111:9

**evidence** 139:14

**exact** 59:20

**exactly** 17:15 26:16 55:20 119:20 140:23

**examination** 2:14,15,16 5:1 141:4 144:5

**examined** 4:22

**example** 25:15 59:18

**excited** 70:18

**excuse** 142:20

**exhibit** 3:2,3,4,5 3:6,8,9,10,11,12 3:13,14 9:16,17 28:14 30:19 32:1 43:4,6,9 46:12,13,16 47:17 57:3 58:5 63:4 77:12,13 77:22 80:16 87:13 91:1,2,5,9 93:15 95:8,11

97:16,17,20 101:4,5,9 108:19 123:16 123:18,21 125:10,12,15 129:11,12,15

**exhibits** 77:20

**expect** 33:16

**expected** 6:21

**experience** 61:14

**expertise** 48:22 125:4

**expires** 147:21

**explain** 101:16

**explains** 8:23

**exposed** 47:1,6 47:8

**exterior** 22:23 23:1,3,6 31:14 37:17

**external** 30:3 78:10

**eye** 76:18

**eyes** 115:17,21

**f**

**f** 12:7

**facilities** 20:25 21:2,3 22:5 38:14 101:24

**fact** 24:21 74:5

**facts** 148:21

**fading** 52:10

**fail** 149:17

**failed** 137:5

**fair** 28:2 141:13 141:17,22 143:3 143:9

**faiz** 99:14,15

**fall** 33:25 34:11 57:25 66:10 73:3,13 74:15 74:15 75:24 76:9,12 84:13 134:20,24 135:2 135:3,5,25

**fallen** 117:6 142:10

**falling** 112:23

**falls** 34:5 35:15 66:15 74:19 75:24 86:2

**familiar** 8:25 36:8,12,20 49:4

**family** 10:13 12:20

**far** 59:10

**federal** 149:15 149:24

**feel** 60:7,15,21 60:24

**feels** 126:22

**fell** 6:6 34:6 123:22 125:1,6 126:20 136:6

**felt** 35:25 126:24

**figure** 38:17

**filed** 1:25

**filled** 129:23

**financially** 146:12

**find** 15:8 27:4 27:15 113:7 114:4

**finding** 27:9

**fine** 5:6

**finish** 19:22

**finished** 19:17 20:1 144:24

**firm** 2:2 4:15

**first** 4:21 9:8,10 9:11 15:10 16:5 17:1,16,19 18:2 18:8 19:20,23 20:1 21:17 43:10 46:21 61:5,7 70:23 77:22 80:20 95:10 99:5,5,6 101:11,25 106:15 107:3 113:25,25 127:3 129:18,19 134:25

**fitting** 69:6

**five** 45:21,22 96:21

**[fix - genoese]**

**fix** 128:18,22,25
  129:1,9
**fixed** 132:13,15
  132:18,20
**fl** 149:13
**flagler** 2:7
**flat** 48:5
**flew** 73:20
**flies** 74:1
**floor** 25:19
  78:12,13,17,17
  78:24 79:2
  80:23,23,24
  81:16,16,18,19
  81:20,20,25
  82:3,4,11,13,14
  82:16,21 84:9
  88:5
**floors** 49:4
  78:15,15 83:17
  83:22,23 84:1
**flores** 98:21
  99:11,12
**florida** 1:1,22
  1:24 2:3,8 146:3
  146:5,19 147:3
  147:20 149:16
  149:24
**flown** 73:22
  128:7,7,11,12
  128:13
**fly** 73:22,23
**follow** 91:16,19
  112:9 141:3

144:7
**follows** 4:22
**food** 79:5 110:9
  110:25 111:1
**foot** 63:16
**footage** 139:21
**force** 65:22,24
  65:25 71:14
  72:8 73:4,19
**forcefully** 62:11
  62:16,19,21,21
  65:25 66:1
  73:18,18,22,24
  73:25
**foregoing** 146:8
  148:21
**form** 6:8 24:9
  24:24 27:10,22
  29:25 33:10
  34:13,20 35:3
  38:20 41:24
  42:22 43:19
  44:22 45:3,10
  47:4 49:1,10,14
  50:3,15 56:4,9
  57:13,20 58:1
  60:8,17 61:1,16
  62:2,9,18 63:9
  63:19,25 64:11
  65:4,13,21 66:6
  66:12,18 69:1
  70:6 71:22
  72:11,17 73:7
  74:4,22 75:7,19

76:1 81:5,21
  82:6,20 83:9,12
  85:1,10 89:16
  89:24 90:8
  92:21 96:9
  107:9 112:2,25
  115:5,12,23
  116:5,10,25
  117:8 119:10,17
  121:5,9,15,22
  122:7,12,17,22
  123:2,7,12,24
  124:17,23 125:3
  128:5 129:3
  132:17,25
  133:12,18 134:2
  134:14 135:16
  135:22 136:2,9
  136:15 137:1,7
  137:19 138:17
  139:4,17 140:1
**forms** 119:18
**forward** 93:7
  108:5,15,22
**found** 113:23
**four** 79:16 80:4
  80:7 100:1,3,19
**fpr** 147:19
**fred** 11:15,18
  12:5,7,7
**freedom** 13:21
  14:19
**friday** 131:11

**front** 63:16
  70:22 85:22
  92:24 93:17,19
  96:15
**further** 93:22
  144:4,21 146:10
**future** 6:25

**g**

**gap** 110:6
**gastroenteritis**
  79:20,20,22,25
**gastrointestinal**
  99:25 100:9
**gathered** 21:12
**generated**
  129:25 130:1
**genoese** 2:6,15
  4:17,18 6:8,11
  24:9,13,24
  27:10,22 29:25
  33:10 34:13,20
  35:3 38:20
  41:24 42:22
  43:19 44:22
  45:3,10,14,20
  45:22 47:4 49:1
  49:10,14 50:3
  50:15 56:4,9
  57:13,20 58:1
  60:8,17 61:1,16
  62:2,9,18 63:9
  63:19,25 64:11
  65:4,7,13,21

**[genoese - goodman]** Page 160

66:6,12,18 69:1
71:22 72:11,17
73:7 74:4,9,22
75:7,19 76:1,5
81:5,21 82:6,20
83:9,12 85:1,10
89:16,24 90:8
92:21 96:9,19
107:9 112:2,25
115:5,12,23
116:5,10,25
117:8 119:10,17
120:4,9 121:5,9
121:15,22 122:7
122:12,17,22
123:2,7,12,24
124:17,23 125:3
128:5 129:3
132:17,25
133:12,18 134:2
134:14 135:16
135:22 136:2,9
136:15 137:1,7
137:19 138:17
139:4,17 140:1
141:2,5 142:2
143:2,8,12
144:3,21 145:4
145:6
**getting** 19:20
69:22 70:17
**gi** 79:15,17
**giordano** 1:22
4:12 146:5,19

147:19
**give** 9:16 20:17
20:18 45:2
96:23 103:4
104:11
**giving** 20:21
25:12
**glass** 69:10
**go** 5:19 6:9 7:3
12:2,13 21:1,18
22:10 28:13
35:13 46:3 67:4
68:21,23 69:13
70:16,16 72:18
72:22 74:8,25
75:13 76:3 77:8
78:3 80:15
84:18 86:14,16
87:12,23,24
90:25 91:25
92:2 93:13 95:6
105:15 107:14
117:11 118:21
120:16 137:9
138:18 141:17
**goes** 68:10
**going** 7:6 9:15
16:20 17:7
28:10,12 30:17
31:25 35:20
40:2 43:3 46:11
51:21 53:23
54:4,10 63:14
63:15 64:23

69:25 77:16,21
86:17 93:9 94:7
95:6 96:19
97:12 101:2,3
108:18 112:13
123:15 131:5
138:4 145:4,5
**good** 4:14,17
5:3 45:17,24
96:21 144:22
**goodman** 2:2,14
2:16 4:14,15 5:2
6:9,13 9:19
11:21 12:2,14
12:15 16:19,25
17:5 18:17
24:11,19 25:1
27:12 28:1,16
30:4 33:11
34:15,22 35:9
38:24 42:4 43:2
43:8,21 44:24
45:5,12,18,21
45:24 46:10,15
47:5 49:3,12,17
50:4,20 56:5,10
57:15,22 58:3
60:10,20 61:4
61:24 62:4,12
62:20 63:12,21
64:2,15 65:8,16
65:23 66:8,14
66:20 69:4,18
69:20 70:12,13

70:17,19 71:25
72:14,20 73:16
74:7,17,24
75:16,22 76:3
76:10,25 77:4
77:15 81:7,23
82:7,23 83:10
83:14 85:4,12
85:14 89:18
90:2,10 91:4
93:4 96:11,23
97:8,19 99:1,3
101:7 107:10
112:11 113:1
115:9,15 116:1
116:6,13 117:4
117:10 119:12
119:21 120:7,11
120:13 121:6,10
121:17,24 122:9
122:14,19,24
123:4,9,14,20
124:1,19,24
125:7,14 128:8
129:6,14 132:1
132:19 133:3,14
133:21 134:4,6
134:16 135:18
135:23 136:4,11
136:23 137:3,9
137:14,22
138:22 139:7,20
140:3,25 141:11
141:25 142:25

**[goodman - hit]**

143:6,10,25 144:6,20,23 145:5

**goodman's** 142:4

**gr000058** 43:11

**gr000293** 129:16

**gr000294** 131:6

**gr000296** 97:21

**gr000297** 32:3

**gr000298** 30:22

**gr000299** 28:22

**gr000300** 102:1

**gr000301** 106:11

**gr000302** 106:24

**gr000303** 107:2

**gr000304** 107:7

**gr000305** 107:22

**gr000306** 112:15

**gr000307** 117:11

**gr000308** 119:2

**gr000309** 119:9

**gr000310** 119:15

**gr000311** 121:13

**gr000312** 121:21

**gr000313** 122:6

**gr000314** 122:11

**gr000315** 122:16

**gr000316** 122:21

**gr000317** 123:1

**gr000318** 123:6

**gr000319** 123:11

**gr000320** 77:23

**gr000321** 80:18

**gr000328** 86:17

**gr000331** 87:14

**gr000333** 87:24

**gr000335** 91:6

**gr000341** 46:19

**gr000342** 47:18

**gr00056** 125:17

**gray** 2:8 149:1

**grayrobinson** 2:7

**grip** 51:6,12,13 84:7,12 92:8,10 94:20

**grips** 92:19

**grout** 111:22,23

**guess** 23:23 30:6 52:17 87:8,17 101:11

**guest** 24:7,22 25:10 67:4 71:17,23,24

72:7,22 75:12 84:12 90:1 113:19,21 126:9 126:13

**guests** 22:6 42:2 58:18,20 71:14 72:19 75:3 87:9 90:21 100:5 114:6,9,10 116:22 143:23

**guidance** 87:16 87:17

**gun** 112:7

**guys** 69:19

**h**

**h** 3:1 148:3

**hand** 100:1 109:20 147:10

**handrail** 68:2 79:14

**handrails** 79:8,9 79:11,12,15 80:4,7,10 87:9 100:2,4,10,17 105:23,25 106:2 106:5,7,9 107:17,19,20 108:1 109:10

**hands** 90:13

**hang** 43:3

**happen** 26:23 100:3 139:2

**happened** 19:19 134:9 139:19

**happening** 26:19 65:17 71:16 75:2 134:13

**hard** 111:16

**head** 6:5 75:20 112:22 115:3 124:6 126:10,20 126:21 132:24 133:11,24 134:10 136:8

**hearing** 70:10

**heavy** 23:19 24:2 32:17 109:14

**held** 97:4

**help** 98:18 100:24

**helpful** 100:25

**hess** 86:16,21,23 87:17

**hickey** 2:2 4:15

**hickeylawfir...** 2:4

**highlighted** 118:1

**hit** 6:5 61:21 66:16 73:5,8,9 74:1,11,20 112:22 113:19 113:21 114:1 115:3 132:24

**[hit - inspected]** Page 162

133:11,23
134:10 136:7
**hitting** 61:18,18
71:9 73:12
75:20 126:20
**hm** 127:19
**hold** 18:11
69:17,17 77:16
78:23 93:9 95:6
95:7 100:23
101:8
**holding** 124:13
**holds** 109:11
**home** 12:20
**horizon** 13:23
14:12,13,14,20
16:3 37:4,5 41:8
95:25 96:6
**hotel** 22:18,20
32:6,8,12,22
33:1 42:15
47:12 91:19,21
109:22 139:8
**hour** 96:20
100:1
**hours** 79:16
80:4,7 100:3
117:14,23
**house** 32:12
**housekeeping**
15:18 16:2,8,10
17:6,8 23:24
27:19,24 29:8
29:11,12 30:11

30:23 31:1,5,10
31:12,13,15,17
31:18 32:10
35:19 42:18,24
43:1 52:1,5,8
58:11,12,15
90:23 111:17
125:22,23 126:8
130:8 131:9
**housekeeping's**
30:10 77:5
**huh** 21:7 37:23
38:11 43:17
44:2 46:20
48:11,14 60:13
63:7 68:9 69:9
80:17 86:4 91:7
93:21 98:2
103:9 105:24
106:17 107:8,18
108:7 109:6
112:24 120:22
121:4 124:11
**hypothetical**
74:5

**i**

**icare** 3:13
125:15 131:17
**idea** 40:10,21
48:20 55:22
**identical** 95:2
**identification**
9:18 28:15 43:7

46:14 77:14
91:3 97:18
101:6 123:19
125:13 129:13
**identified** 99:19
100:16
**identify** 77:25
80:21 84:19
91:8 129:19
**immediate**
126:12
**immediately**
90:24 114:3
115:7
**improper** 74:5
**incident** 3:13
6:3 15:9 21:24
25:7,9 43:15
82:18 112:21
113:5,8,18
125:16 130:2
133:6 139:16,22
139:25 140:2
142:9,14,16,18
143:5,15
**include** 26:1
29:24 30:5
31:19 32:23
41:13 53:11
78:12 84:2 87:1
102:11 106:1,6
107:19
**included** 86:6

**includes** 47:13
135:10
**including** 21:2,3
33:7 86:13
101:21 102:16
108:16 109:11
**indicative** 58:25
**individual** 73:5
117:25
**individuals** 74:2
**indoor** 85:7
88:12,13
**indoors** 85:6
**infirmary**
116:18
**information**
7:23 102:7,10
102:10 105:12
106:16,18
118:13,17 121:3
**initial** 16:6
**injured** 75:18
**injury** 126:10
143:24
**input** 21:12
**inside** 25:18
35:7,17 39:8,9
39:19 67:5
68:21 72:18,23
74:16 79:21
**inspect** 26:9
27:4
**inspected** 34:12

**[inspecting - known]**

**inspecting** 104:20

**inspections** 27:15

**install** 134:19 134:21,22 136:21

**installing** 136:19

**instruction** 20:17 103:5

**intended** 78:16

**interested** 146:12

**interior** 22:22 23:1 31:13,19 39:2,3,15 42:14

**internal** 78:10

**investigation** 131:1 133:5

**involved** 23:12 23:14 43:22 141:19

**involvement** 132:22

**involves** 6:4 138:9

**involving** 25:7 113:5,8

**issue** 24:17,18 25:18 26:5,6,10 26:24 27:5 33:3 33:5 74:23 91:22 101:21,21

138:6 139:13

**issues** 25:22 26:1 27:15 101:20,23

**it'll** 75:24

**italian** 39:3,6,16

**itineraries** 64:9 64:10

**itinerary** 64:4 64:17

**iwayan** 98:21 99:6,9

**j**

**january** 140:5 140:19

**jelly** 98:21 99:2 99:11,12,12

**job** 3:5 26:21 27:3 28:11,13 28:24 29:3,15 29:23 30:10,18 30:22 31:22 32:2,5 52:20 77:5 89:7 139:23 148:2

**joined** 9:10,11

**jubilee** 5:18 6:15,19,22 8:21 12:23 13:23 14:18 15:17

**julie** 1:22 4:12 146:5,19 147:19

**july** 6:7 13:2 14:25 15:9,14 29:5 31:6 64:3 83:11 98:20 101:12 102:3 106:12,24 107:2 107:6,23 112:12 112:14 119:1,7 119:13,14 121:11,19 122:4 122:11,16,21 123:1,6,11,23 125:20 130:2,10 131:11

**k**

**keep** 112:13

**kept** 19:14

**kick** 6:5 62:11 63:17 65:15,25 73:18,19

**kicked** 62:14

**kicking** 65:10 65:17 66:1 73:1

**kicks** 62:22

**kids** 75:14

**kind** 48:18 58:22 85:7 88:15 89:5 108:24 111:13

**knew** 17:7

**know** 5:3 6:14 12:22 15:13 22:22 23:13,15

27:3,17,18 35:10,12,14 37:15 38:6 41:10 42:2,19 43:14,22 48:18 49:25 50:5,6,8 50:16,17 52:20 52:25 53:17 54:21 55:4,12 55:20 59:12 62:24 63:22 64:6,8,9 67:7,11 68:18 71:15 74:13 75:15 76:6 81:19 88:24 89:3 92:19,19 102:17 107:14 108:11 111:15 114:21 114:23 115:2,7 115:10 117:5 118:3 119:22 120:19 124:15 126:2 127:11 130:24 132:14 132:20 136:6,20 138:14 139:2 141:22

**knowledge** 137:25 140:21

**known** 142:9

**[l - marked]** <span style="float:right">Page 164</span>

| l | | | |
|---|---|---|---|
| **l**  5:12 12:10 | **located**  5:5,17 | 59:13,21,23,23 | 91:14,22 92:4 |
| **land**  34:7 | 95:22 | 59:25 66:24 | 94:13 135:8,19 |
| **landing**  104:3 | **location**  1:12 | 67:20,23 68:4,6 | 136:17 138:6 |
| **large**  1:24 | **logo**  28:18 30:21 | 68:15,20 70:23 | 139:6,12,13 |
| **law**  2:2 4:15 | **long**  9:9 10:19 | 71:2,12,18,20 | **major**  24:2 |
| **laying**  43:16 | 13:4 141:3 | 72:3,4,5,6,10 | **make**  11:25 |
| **leader**  53:24,24 | **longer**  111:17 | 73:6 74:2 114:7 | 21:11 34:10,18 |
| 54:3,9 | **look**  26:17 | 114:10 126:19 | 35:21 70:11 |

**made**  40:20 82:3 114:2 128:17

**maintain**  22:10 80:13 89:7 133:16,25 134:12

**maintaining** 20:20 23:25 24:1 78:3 79:6,6 79:13 90:22

**maintenance** 24:17 25:18,22 26:1,5,6,10,24 27:5,15 33:3 34:21,23 35:7 35:12 36:4 38:14 50:9,12 50:13,24,25 51:1,5 52:19 53:25 54:3,9,15 55:18,21 74:21 75:1,9 77:7 78:12,13 91:11

**l**  5:12 12:10
**land**  34:7
**landing**  104:3
**large**  1:24
**law**  2:2 4:15
**laying**  43:16
**leader**  53:24,24
  54:3,9
**leads**  93:3,7
**leaving**  6:25
**lee**  2:10 4:9
**left**  95:21
**legal**  149:21
**letter**  2:18
**level**  67:1
**lgoodman**  2:4
**lido**  89:14
**line**  1:9 4:4 7:3
  9:12 11:16,18
  12:4 37:15,16
  148:5,8,11,14
  148:17
**lines**  10:24
**lisa**  2:2 4:15
  45:14 96:19
**list**  98:24
**little**  76:14
  126:22
**load**  93:10
**loading**  43:4
**local**  10:25

**located**  5:5,17
  95:22
**location**  1:12
**logo**  28:18 30:21
**long**  9:9 10:19
  13:4 141:3
**longer**  111:17
**look**  26:17
  40:20 45:16
  49:5,8 82:3
  97:15
**looking**  46:22
  47:16 70:9
  88:14 94:9,16
  94:23 95:10
  98:17 99:22
  102:1
**looks**  40:23
  49:13 131:14
  140:22
**loose**  6:5 36:1,3
  62:1,6,15 65:11
  65:19 66:5,9
  127:17,21
  128:18 132:23
  133:10,23
  137:18
**lost**  26:20
**lot**  40:12 42:2
  58:17,20 60:3
  61:10
**lounge**  43:16
  44:5,9 58:6,10
  58:13,16 59:1,8

**m**

**made**  40:20
  82:3 114:2
  128:17
**maintain**  22:10
  80:13 89:7
  133:16,25
  134:12
**maintaining**
  20:20 23:25
  24:1 78:3 79:6,6
  79:13 90:22
**maintenance**
  24:17 25:18,22
  26:1,5,6,10,24
  27:5,15 33:3
  34:21,23 35:7
  35:12 36:4
  38:14 50:9,12
  50:13,24,25
  51:1,5 52:19
  53:25 54:3,9,15
  55:18,21 74:21
  75:1,9 77:7
  78:12,13 91:11

**major**  24:2
**make**  11:25
  21:11 34:10,18
  35:21 70:11
  91:11 92:3
  99:24 100:24
  109:12 124:25
  127:16 138:21
  144:13
**making**  65:18
  93:2
**management**
  20:9,10
**manager**  15:19
  16:2 29:8,11
  30:23 31:2,5,11
  31:12,13 32:10
  38:14
**maneuver**  61:3
  61:6
**maneuvering**
  61:8
**march**  1:13 4:7
  6:20 12:24
  147:11 148:2
  149:4
**marked**  9:18
  28:15 43:7
  46:14 77:14
  91:3 97:18

**[marked - need]**

101:6 123:16,19 125:13 129:13
**material** 40:7 40:19,22 48:19 48:25 83:6
**materials** 40:10 96:5
**mean** 13:25 32:10 47:7 49:15 50:21 53:8 89:3 106:4 108:9,11 114:17 115:16 127:18 127:20 133:24 134:22
**means** 6:16 47:1
**measure** 74:13
**medical** 116:8 116:12,14,17,18 116:22,24 117:2 126:14 143:18 143:20,23
**meeting** 102:21 102:24,25 103:2 103:4,8,14,23
**meetings** 104:1 104:7
**member** 24:21 26:5 28:3,4 30:12,14 33:7 34:24 42:20 44:14 52:17 71:11 98:6,11 98:12,18 99:5,6

111:8 113:9,10 113:12,13,17 124:12 142:21 144:17
**member's** 27:3
**members** 20:18 22:14,16 23:5 25:3,9 27:8 29:17 41:14,15 41:18 42:8 44:20 45:6 59:24 89:10,23 89:25 90:3 97:12 98:1 99:18,19 100:16 102:14,18 106:20 109:23 137:16 142:13
**metal** 67:4,24 68:2,2 71:9 73:14 74:12 75:21,21 76:22 106:8 108:11,13 109:9,10 110:12 141:7,12,14,18 141:23
**metals** 108:14
**miami** 1:2 2:3 146:4 147:4
**mid** 108:25 109:1,1,3 117:12,14 118:8 118:12,13,16,17 118:25 119:1,7

119:14,21,24 120:2,16,19 121:12,13,19
**middle** 38:6 103:17,18,19
**minor** 126:9,21
**minus** 32:16
**minute** 45:22 80:25 81:3,12 83:17,21 88:2,4 88:20,24
**minutes** 45:16 96:21
**mischaracteri...** 115:24
**missed** 11:17 18:11 31:16 37:1 61:5 66:21 134:4,25 138:4
**missing** 14:21 138:20
**mohammad** 99:16,17
**monday** 130:10
**month** 12:21 51:4,18,19,22 51:22 52:4,4
**months** 19:12 19:13
**mop** 79:1,2,3,4 85:8,15,21,22
**mopping** 78:18 85:18

**morning** 4:14 4:17 5:3,4,7 112:8
**mouse** 48:2,9 63:4 68:5 110:15
**mouth** 70:8
**move** 71:15,18 71:24 97:9
**moved** 13:6,17
**movement** 61:22,23
**moving** 61:20 70:8
**multiple** 65:7 76:2

**n**

**n** 2:12 5:12 12:10
**naked** 76:18
**name** 5:9,10 98:11 101:13 124:7
**names** 98:1,23
**natural** 49:8,20 49:21,22
**ncl** 11:14
**near** 6:25 67:24
**need** 11:25 16:20 24:18 26:3,5,17,24 52:3 54:11 104:16 107:15

**[need - okay]**                                                          Page 166

120:11 128:22
**needed**  52:11
  116:7,24 137:18
**needs**  52:2,21
  104:9,10 132:13
**neither**  9:2
**never**  7:11
  11:15 62:6
  137:20 139:18
**new**  64:17
**nicole**  2:6
**night**  112:4,5
  117:19,20
  120:17,19 122:4
  122:5,10,15,20
  122:25 123:5,10
**normally**  73:10
  73:11
**norovirus**  79:25
  100:1
**north**  2:7
**notary**  1:23
  147:20
**note**  127:15
  149:10
**notes**  104:6
  105:4,11 132:4
  132:8,11 146:8
**notice**  1:24 3:3
  9:23 10:2
**notification**
  2:18

**o**

**o**  5:12 12:10
  149:1
**oath**  2:18 5:23
  147:1
**object**  24:9,24
  27:10,22 29:25
  33:10 34:13,20
  38:20 41:24
  42:22 43:19
  44:22 45:3,10
  47:4 49:1,10,14
  50:3 56:4,9
  57:13,20 58:1
  60:8 63:9,25
  64:11 65:4,13
  65:21 66:6,12
  66:18 72:11
  73:7 74:4,22
  75:7 76:1 107:9
  119:10,17 121:5
  121:9,15,22
  122:7,12 134:14
**objection**  6:8
  69:23 70:6
  134:2 141:25
  142:25 143:6,10
  143:25
**objections**  70:7
**obtain**  106:18
**occur**  104:2
**occurred**  130:2
  133:6

**offer**  116:14
  143:20,23
**offered**  116:12
  117:2,2 126:14
**offering**  143:18
**office**  8:20,20
  8:22,23 105:13
  105:16
**officer**  130:14
  130:18 131:12
  133:5
**official**  147:10
**oh**  79:22 80:12
  99:12
**okay**  4:1 5:13
  5:16,21 6:14,18
  6:24 7:2,9,12,15
  7:17,23,25 8:8
  8:12,19 9:2,13
  9:20,22 10:2,5
  10:11,19 11:13
  11:19 12:22
  13:1,4,18,20
  14:2,17,23 15:5
  15:13,20 16:5,5
  16:9,17 17:19
  18:1,18 19:1,5
  19:10,16,19
  20:2,6 21:3,14
  21:23 23:4,21
  24:15 25:2,13
  25:17 26:4,12
  27:2,2,7,13,18
  28:10,17,21,22

28:24 29:14,19
  29:23 30:17,20
  30:25 31:4,8,12
  31:18,25 32:3
  32:12,20 33:12
  35:6,16,18,24
  36:6,7,12,20
  37:7,11 38:9,25
  39:10,13,17,20
  39:23 40:7,12
  40:15,18,22
  41:1,5,6,10,16
  41:20 42:5
  43:14,22,25
  44:5,8,18 45:6
  45:13,20 46:4
  46:11,19,25
  47:11,16,18
  48:1,6,7,11,12
  48:18,21 49:7
  49:25 52:8
  54:14,24 55:25
  56:14,20,23
  57:10 58:9,12
  59:4,12,22 60:3
  61:11,25 62:13
  62:24 63:13,22
  64:6,16,21 65:9
  66:1 67:15,19
  67:22 68:14
  69:5,13,21
  70:12,15,20
  71:1,7,10 72:21
  73:17 74:1,12

**[okay - outdoor]**

74:14,18 75:9
76:7,7 77:8,10
77:11,18,20,23
77:25 78:11,22
79:7,11,24
80:15,19,25
81:15 82:17,24
83:6 84:10,14
85:5,25 86:8,12
86:18,20 87:8
87:14,23,24
88:4,11,20,23
89:3,9 90:3,15
90:25 91:6,12
92:5,9,22 93:5
93:14 94:1,15
94:22 95:2 96:4
96:18,25 97:2,9
97:15,21 98:10
98:21 99:10,13
99:15,18,24
100:7,15,22
101:9,11,16,25
102:9,13 103:3
103:6,14,22
104:1,4,12,25
105:2,10,10,21
106:5,10,23
107:6,13,22
108:8 109:3,21
110:7,21 111:2
111:18,23
112:12,20 113:4
113:22 114:20

116:23 117:25
118:19,21 119:4
120:4,11 121:3
121:11,18,25
122:3 123:15,23
124:9,25 125:8
125:17 126:7,12
126:17 127:13
129:7,10,16
130:7,20 131:2
131:5,20 132:2
135:13,24 136:5
136:24 138:9,23
140:21,24 142:3
142:12 144:12
144:15,19 145:1
145:2
**oliver** 2:10 4:9
45:25 145:1
**olsen** 11:15,18
12:5,6,8,9
**onboard** 6:7,15
6:18 8:20 10:16
12:23 13:1,4
14:2,7,11,12,13
14:17,18,25
15:1,5,10,14,15
15:17,23 17:20
18:7,19 19:2,6,7
19:10,12,13
20:7 21:24 24:8
24:22 27:4,14
28:3 29:4 31:5
33:8,13,18

34:25 36:9 40:8
40:12 41:22
42:6 54:2,11
60:3,6,14,23
63:23 64:19,22
79:25 90:21
92:5 95:24 96:6
96:16 97:13
140:18
**once** 51:3,18,22
52:4 100:23
134:18 135:13
**online** 38:12
**oops** 142:20
**open** 3:10 23:17
23:18 26:2
29:17,20,24
30:6,9 31:19,22
32:14,23,24
33:2,8,14,18
37:22 38:3,8
40:1,5,15 42:20
42:21 44:1,16
45:9 60:24
61:14 65:3
66:10,15 77:16
78:6,13 85:3
86:6,24 87:2
88:18 90:13,16
90:20 95:17
97:21 98:19
99:21 100:2,10
100:23 102:2
104:13 106:3,4

106:7 115:18,19
115:21
**opened** 131:18
132:3
**operation** 31:15
31:17,19
**order** 3:14
34:10 44:18,19
44:21 45:1
55:25 57:11
89:13 91:23
93:2 111:7
127:16 128:17
129:22,23 130:1
130:4,21 132:3
138:11,14,19,21
142:22 144:13
144:16 145:5
**ordering** 149:13
**orders** 3:9 45:7
91:11,13,23
92:3,6,9,13,17
94:2,11 142:17
143:4 144:9
**organize** 22:9
**outboard** 95:17
**outbreak** 79:23
79:25 80:6
100:1,1,9
**outcome** 105:17
105:20
**outdoor** 3:7 6:6
29:20 32:24
33:2,4 35:25

**[outdoor - placing]**

39:14,25 41:22
42:9,16 46:17
46:22,25 47:13
51:1 54:5,10
78:19 82:18
83:7 84:3,24
85:9,11,16,18
85:20,23 86:9
86:10 88:8,21
89:1 92:7,11,14
95:25 96:5
107:20 108:2
124:21 125:2
133:17,25
134:12 144:9,16
**outside** 21:12
23:8 42:17
58:21
**oversee** 25:3,9
91:19 106:21
109:23 137:17
**overseeing**
22:14,17 23:5
**overview** 29:15
**own** 84:7 88:2
91:24

**p**

**p&d** 126:8,12
127:15
**p.a.** 2:2
**p.m.** 1:14
117:16,21,24
125:20 126:3

145:8
**page** 2:13 3:2
43:10 46:21
47:17 56:18
57:2 58:4 67:13
80:20,20 95:10
106:10 107:4
129:18,19 131:5
148:5,8,11,14
148:17
**pages** 146:8
**painting** 23:17
**palm** 2:8
**panorama**
36:25 37:2,3
**paper** 105:5,9
105:10
**paperwork**
21:14
**paperworks**
21:10
**park** 40:3 93:3,7
93:17 94:5,6
**part** 22:23
24:16 26:13
29:23 30:18
36:13,15,17,21
36:23 37:9,16
38:13,15,19
47:12 48:5,8,16
61:7 63:16 67:2
68:11,11 71:15
76:22 77:5,21
78:8 81:9 93:23

134:25 139:23
**particle** 78:17
**particular**
121:1
**parties** 146:11
146:11 149:13
**pass** 67:25
68:22 69:11,12
72:12
**passed** 17:2,12
**passenger** 11:9
11:10 25:7 45:2
66:17 70:22,23
90:19 132:24
133:11,24
134:10
**passengers**
41:13,14,15,18
42:7 44:15,18
45:8 56:24
59:25 89:11
90:6,11,16
**pause** 70:1
**pay** 90:14
**pen** 105:7
**penalties** 148:21
**people** 41:21
42:5,8 55:14,15
55:17 63:23
64:19,22 65:2,9
67:25
**perfect** 12:11
**perform** 75:2

**period** 15:2,3
**perjury** 148:21
**person** 36:2
83:4
**philippines**
10:12,14,17
11:2,4,7,11,12
12:20
**phone** 105:8
**photo** 47:20
68:6 111:20
123:21
**photograph** 3:7
3:12 124:3
**photographs**
142:6
**photos** 41:1
46:16 94:10,23
95:7
**picture** 67:8
68:17 76:14
108:12
**piece** 34:5,6
35:1 74:19
75:24 76:22
105:5 108:12,13
117:6 124:10,16
**pieces** 33:24
34:10 53:8,10
**place** 4:7 45:1
**placing** 50:10
50:11,18,21,22
76:19

**[plaintiff - put]** Page 169

plaintiff 1:6 2:5
4:16
plaintiff's 3:3,4
3:5,6,8,9,10,11
3:12,13,14 9:16
9:17 28:11,14
30:19 32:1 43:4
43:6,9 46:12,13
46:16 47:17
57:2 58:4 63:4
77:11,13,21
80:16 90:25
91:2,5,9 93:15
95:7,11 97:16
97:17,20 101:3
101:5,9 108:18
123:16,18,21
125:10,12,15
129:10,12,15
plan 3:6 6:24
43:10 93:15
plank 75:10
142:10
planning 7:3
plate 6:5
please 5:8 7:13
46:1 70:1 120:4
149:11
plus 41:12 59:19
point 45:17 55:9
64:21 67:6,15
70:20 72:24
83:1 94:7 96:22
127:2,5

policies 88:25
policy 3:9 26:8
68:19 71:2 78:5
81:9 91:12,16
91:18 100:10
138:24
polishing 109:9
pool 15:3,21,24
16:15,16,23
17:3,10,13,17
17:20 20:14,15
20:16 21:5 22:1
22:3,8,13 23:21
24:6,16 29:16
31:1 32:9 33:12
35:18 97:11
101:14 118:6,8
118:12,15,24
119:24 120:1,18
120:20,25,25
121:14 122:5
pools 28:25
port 58:19,23
59:6 61:12
79:10,12,13
103:3,3
portion 12:19
18:15 44:1
67:17 131:23
132:7
portside 94:25
position 15:5,17
16:7 17:3,8 20:7
22:25 27:14

55:20
potential 86:1
potentially 34:6
34:7 41:20 42:7
42:9 63:17,23
64:18 65:1,2
66:10,16 73:5
74:11 98:20
99:20
practice 139:1
predicate 120:5
preparation 8:6
8:9 10:6
prepare 7:18,25
9:4
present 2:10
prevent 26:18
134:12
prevention
21:24 25:7,10
pride 13:20,21
14:19
prior 87:17
privileged 7:21
7:22
problem 27:8
27:16,20
procedure 3:9
78:2 85:17
87:18 91:13
149:24,25
procedures 3:8
77:9 86:16,21
86:23

proceedings
145:7
professional
1:23 146:6,19
projects 20:19
101:22 108:4
promoted 16:1
16:3,13 20:9
promotion
15:20 16:10,12
17:9
properly 34:19
35:1,21 57:24
62:7 133:25
134:11 135:20
135:25 136:13
137:5
protocol 144:2
provide 25:2,5,8
25:13 104:8
116:18 133:4
provides 81:9
public 1:23
147:20
purpose 74:18
75:4
pursuant 1:24
push 100:6
put 53:6 56:12
58:10,15 59:12
75:11 127:22
128:3 132:15
135:14 141:14
141:18,23

**[puts - report]** Page 170

puts 55:12 58:12

putting 50:23 58:18,25

**q**

qualification 20:16

qualifications 20:13,15

question 7:14 7:15 24:14 30:1 35:4 63:10 69:24 70:5 105:21 114:19 115:11,22 120:10 133:19 134:3,7 136:17

questioning 142:4,12

questions 7:13 7:22 114:22,25 116:3,9 120:5 141:1,3,11 143:17

quick 84:20,21

quickly 98:23 118:22

**r**

r 5:12 12:7 148:3,3

railing 67:16,19 68:8,10,15,20 70:21 71:3,20

72:10 75:5

rain 47:7

raining 37:22

range 22:6

rar 1:3 4:4

read 18:15 131:23 145:4 148:21 149:8

ready 46:1

really 19:19 46:18

reason 72:15,22 74:14 75:17,23 76:8 148:7,10 148:13,16,19 149:10

reasonable 149:15

reasons 62:1,5

reattached 128:15

recall 31:4 40:7 54:1 96:4 113:16 132:10 142:3,12 143:13

receipt 149:15

receive 11:23 12:16 16:9 54:8

received 17:9 54:2 126:8

recess 46:6

record 4:11 5:9 18:15 46:5,9 97:3,5,7 131:23

145:3 146:8

recorded 1:18 4:5

red 12:6

redirect 2:16 144:5

refer 106:6

reference 112:21

referenced 149:7

referred 111:3

referring 105:25 109:7,18 109:21 110:11

refurbish 75:10

refuse 72:7

regard 52:18 149:16

regarding 25:9 25:12,14 92:7 92:14 113:17 126:9

regardless 64:16

regards 101:19

regular 23:23 27:20 81:15 100:8 103:12

relative 146:10 146:11

relies 27:7,19

remember 9:10 13:6,16 14:9

15:12 54:6 59:10 64:5 71:5 113:14,15 116:21 130:19 141:6,10,10 143:17

remote 1:12

remotely 5:23 6:1 147:8

remove 53:5,7,8 53:14 54:15,18 78:25 80:12 111:5,11,13

removed 110:10

removing 53:10 53:11 75:9 110:1 136:20

repeat 12:3 16:20 134:3,5,7

rephrase 7:13

replace 51:22

replaced 51:15 51:17 92:10,20 137:24

replacing 138:10,15

report 24:18 26:3,6,25 27:21 29:7 30:10,25 32:8 33:5 36:3 52:10 91:10 101:17,18,18 102:2 105:18 106:11,16,23

**[report - routine]** Page 171

107:1,23 109:18 112:17,20 117:12 118:13 118:17,22,23 119:1,7,14 121:3,12,19 122:4,11,16,21 123:1,6,11 138:2,5 146:7

**reported** 113:9 113:10,13 142:21 143:5,24

**reporter** 1:23 2:17 4:12 11:20 11:24 12:3,6,9 12:11 16:18 17:4 18:16 45:25 69:17,21 70:4,15 76:24 77:1,3 98:22 131:21,24 137:12 145:1 146:1,6,19

**reporting** 25:17 25:17,21 51:25 52:2 143:13

**reports** 3:11 21:11 101:10 102:4,7,11 119:22 120:15 120:24

**requested** 130:22,24 146:7

**requirement** 26:8

**requires** 26:9

**rescrewed** 57:18 137:18

**respond** 115:11

**responsibilities** 47:13

**responsibility** 33:5 36:2 52:19 58:9 75:3 133:16

**responsible** 22:14,17,25 23:4,5,22 24:7 24:22 27:14 28:4 29:14 32:13 50:13 52:2 99:20 100:17

**responsive** 114:16,18 116:16 127:6

**restained** 52:11

**restroom** 25:16 25:18

**restrooms** 25:23 25:25

**retire** 7:1

**retiring** 7:2

**retrieve** 45:1

**return** 10:17 44:25 45:2

**returned** 149:15

**review** 9:3 133:8 146:7 149:7

**reviewed** 139:22

**right** 5:18 6:16 12:24 14:17 15:16,18 22:23 24:8,23 25:23 26:16 27:1 28:18 29:5,8,17 29:21 30:5 31:2 31:20 32:18,21 33:8,19 34:8,12 35:2 36:4,8,18 37:16 40:1,13 41:8 42:10 43:16,23 45:15 45:19,25 46:23 47:2,9,14,24 48:3,16,25 49:9 49:22 53:12 56:2 57:25 58:7 59:13 60:4 62:8 62:25 63:6,24 64:10,24 65:3 65:12,20 67:19 67:20 68:5,12 68:24 71:12 74:3 81:1 83:4 84:25 86:3,10 86:14 87:4 88:5 88:8,18 89:11

89:15 92:23,25 93:20,24 94:25 95:22 98:1 101:1 102:15 103:12 107:4,7 107:20 119:9 128:6,16 130:5 130:11 131:8,15 132:8 133:11,17 134:1 135:11,15 136:7 138:24 139:3 140:25 141:11

**riser** 3:12 6:6 48:9,16 53:15 54:19 57:8,12 57:18,24 62:24 63:6,13,17 65:10,12,18,19 66:2,5,9,15 73:2 73:3 111:8 123:22 124:21 125:1 132:14,15 132:23 133:9,16 133:22 134:10 135:11,15 136:5 136:6,12 137:5

**robinson.com** 2:8 149:1

**rope** 56:21 88:14,15

**routine** 52:7 94:13 103:1

**[row - setting]** Page 172

**row** 58:6 59:13 59:22,23
**royal** 11:14
**rule** 149:24,25
**rules** 149:15
**run** 27:8,20 28:4
**running** 120:8 120:10

**s**

**s** 3:1 5:12 12:10 148:3 149:17
**safe** 22:6
**safety** 24:8,17 24:23 25:7,10 74:13
**salary** 12:16,19
**sanitize** 25:19 79:15 80:7,9
**sanitizing** 80:3 100:2
**saturday** 102:3
**saw** 50:9 51:4 51:24 52:9 71:17,19 94:23 114:6,6,9
**saying** 39:7 54:9 68:4,14,18 129:1
**says** 38:12 68:19 71:2 87:8 105:21 108:4,8 125:19,22

126:17 127:15 128:14 130:7
**schedules** 20:21
**scott** 31:7,9
**screen** 9:20,22 10:1 77:18 93:12 101:2
**screenshot** 130:21 132:3
**screenshotted** 130:5
**screw** 35:21,21 62:5,6 76:19 127:22 128:7,16 137:24 138:10 138:16,21
**screwdriver** 139:10
**screwed** 34:14 34:17,18 35:7 35:17 56:7 57:24 62:7 76:23 77:2
**screws** 34:19 57:7,11,17,23 61:25 62:15 65:11 76:17,20 76:21 77:6 127:17,21 128:3 128:4,18
**scrub** 84:8,8
**scrubbing** 23:17 23:18 24:2 32:17 108:5,9

109:4,14,17,19 109:22,25 111:2 111:25
**sea** 47:8,8 58:17 58:23 59:5
**seal** 147:10
**search** 111:22
**second** 9:14,16 18:18 19:18 41:2,4 47:16 77:17 84:17 93:9 96:24 101:1 103:2,4
**section** 87:4
**secure** 57:18 134:19 135:20 137:5
**secured** 34:19 35:1,22 132:16 135:25 136:13
**securely** 134:18
**security** 124:14 124:15 125:5 130:14,18 131:12 133:5
**see** 9:20,22,25 26:3,7,14,23 28:6,6,8,18,19 29:1 30:20 35:6 43:12 46:19 48:1,12 50:18 50:25 51:7 52:16 56:18 57:6 58:6 69:7

70:8 71:12,17 76:17 77:18 85:22 87:6 93:12,14,17 96:15 97:23 101:13 103:19 104:10,10,13,16 108:6 110:4,8 118:1 124:2,5,6 126:7 131:8 132:4,5,7 139:18
**seen** 40:18,22 40:24 52:16,22 76:18 90:15
**sees** 26:5
**send** 12:19 19:14 20:5 53:19 144:14,17
**sends** 53:22
**senior** 130:14 130:17 131:12
**sent** 19:25 54:7 130:13
**separating** 100:25
**serving** 42:25 45:7
**set** 59:8,24 86:14 87:12,23
**sets** 71:11
**setting** 59:1 66:25

**[setup - specification]**

**setup** 58:18,19 59:5,6,19 67:23
**severity** 51:19
**share** 101:2
**sheet** 2:19 3:10 97:22 149:10,12
**shift** 3:11 22:12 101:10,17,18 102:2,4,7,11,12 102:20,25 103:6 103:7,15,15,24 105:14,15,18 106:11,15,23 107:1,23 109:18 112:17,20 117:12,13,14,19 117:20,22 118:9 118:12,13,16,17 118:25 119:1,7 119:14,22,24 120:2,15,16,17 120:19,19,20,24 121:1,3,12,13 121:19 122:4,5 122:10,15,20,25 123:5,10
**shine** 79:14
**ship** 10:17 11:9 11:10 17:16 22:23 23:1,2,3,6 23:9 24:8,22 25:14 31:14,14 36:8 38:1 39:11 39:12,13,15

52:6 58:21 59:9 59:14,15,20 60:7,16,25 61:9 61:18,23 63:24 79:21 80:1 83:24 84:2 94:25 95:5,14 95:22 97:13 106:3,4 109:1,3
**ships** 13:19 14:21 21:24 29:20 36:13,15 36:21,23 39:6 40:13,16,18 41:7 42:7 60:4,6 81:10
**shipyards** 39:7
**shocked** 113:25
**shoe** 63:16
**shop** 39:19
**shorthand** 146:1
**show** 9:15 28:10 30:17 31:25 41:1 43:3 46:11 63:2 67:8 71:16 71:17 76:14 77:21 123:15
**showing** 83:17 83:19 105:8 120:15
**shown** 142:5
**shows** 59:8 67:10

**side** 57:7 66:25 93:8,20,20 95:1 95:3,3,13,21,22 108:12
**sides** 108:13
**sign** 3:10 6:23 97:22 149:12
**signature** 131:3 146:18 147:17
**signed** 9:6,7 149:18
**signs** 88:9
**similar** 95:13,18
**simply** 26:12 138:15
**sir** 5:3 9:20 12:12 16:21 120:14 144:24
**sister** 41:7
**sitting** 114:6 115:19 126:18
**situation** 137:24
**six** 10:21,21 16:6 19:12 64:12
**size** 38:22
**skid** 51:10,23 52:3 92:10,19
**slash** 129:8,8
**slide** 94:7
**slip** 51:6,12,13 51:23 84:7,12 84:13 92:8,10 92:18,18,18

94:20
**slips** 86:1
**small** 111:11
**smaller** 38:22 39:11,11,12
**solutions** 149:21
**somebody** 54:14 62:10 72:24 114:1 144:14
**sorry** 8:25 11:6 11:24 13:9 21:1 31:16 35:13 37:1 50:2 66:21 67:6 69:20 70:14 102:5 118:14 131:22 141:17
**sounds** 45:24
**southern** 1:1
**space** 67:25 68:22 69:16
**speak** 8:5,8 10:5
**special** 20:18,19 101:21,22 108:4
**specific** 25:6 72:23 88:21 108:15 142:4
**specifically** 47:23 54:1 60:12 78:16 88:14 141:23
**specification** 59:14,15

**[spell - state]**

**spell** 5:8,11

**spill** 78:20 79:4 84:20,21,24,25 85:16,23 86:8,9 88:2 89:5,22 90:3,19 98:20 142:21 143:5 144:15

**spilled** 90:16

**spilling** 90:6

**spills** 85:8,20 88:5 143:14 144:9

**spiral** 40:5

**spoke** 7:19,20 114:13

**spot** 60:1

**spray** 112:7,7

**squeegee** 85:8 85:15

**ss** 146:3 147:3

**sta** 1:19 2:13 4:6 4:20 5:10 146:7 147:8 148:2,25 149:1,4,6,8,10 149:11,17

**staff** 101:21

**stain** 49:22

**stained** 49:13,16 50:1,5

**staining** 50:14 50:17

**stains** 50:6

**staircase** 3:7 6:6 33:17,25 34:5,8 34:11,25 35:1 35:25 36:1 38:5 40:5,8 43:23 46:17,23 47:1 47:14,21,24 50:7 51:2 52:9 54:5,10,12,16 54:19 55:13 56:1,12,15,21 56:22,24 57:19 57:25 62:1,8,14 63:14,15,18 65:10 66:11,16 66:17 68:11,23 69:3,8 70:23 71:4 72:25 73:1 73:3 74:19 75:6 75:13,24 78:19 79:8 82:18 83:4 83:7 84:24 85:23 86:9,10 89:6 90:20 92:7 92:11,14,23,24 92:25 93:1,5 94:1,4,8,9,11,15 94:22,24 95:3 95:12,13,18 96:2,14,15 98:19 99:21 100:3,11 108:2 108:13,15,19,22 108:25 109:3,8

115:4 117:6,7 124:21 125:2 133:10,23 134:1 134:12 135:10 136:14 137:6,17 137:25 139:25 140:22 141:8,15 142:5,10,14,17 143:4,14 144:9 144:16

**staircases** 29:21 29:24 30:6,9 32:24 33:3,4,8 33:18,21,24 34:11 38:2,3 39:25,25 40:4 41:22 42:10 44:16 45:9 64:23 65:3 78:14 84:3 85:9 85:11,16,18,20 88:21 89:1,5 90:17 95:16,25 96:6 106:7 107:20 133:17

**stairs** 42:3,6,9 67:1 73:10,11 108:5,8,10,14 112:1,23 134:19 134:22,23 141:12

**stairways** 87:1,5 87:10

**stamp** 85:25 107:22 117:11 131:6

**stamped** 28:21 30:21 32:2 43:11 46:18 47:17 77:23 80:18 84:18 86:17 87:13 91:6 97:21 102:1 106:10,24 107:2,7 112:14 119:2,9,15 121:12,21 122:6 122:11,16,21 123:1,6,11 125:16 129:16

**standard** 25:16

**standards** 20:20

**starboard** 93:7 93:19 95:1,3

**start** 28:12,13 43:10 80:19 102:24,25 129:18

**started** 11:8 16:5 21:17 71:8 127:7,8 140:15

**starting** 105:22 107:17

**starts** 117:15 140:12

**state** 1:24 4:10 5:8 146:3 147:3

**[state - take]**

147:20
**stated** 126:18,21 148:22
**statement** 87:20
**statements** 133:4
**states** 1:1 53:18
**station** 84:20,21
**statute** 149:16
**stenographic** 146:8
**stenographica...** 146:6
**step** 48:3,6,6,10 48:15,16,16 82:24 83:6 84:8 84:11 108:17 112:22 113:20 113:22 115:4 124:18,20
**steps** 40:8 47:23 50:6,14,17 51:1 52:9,11,17,23 53:1,3,5,7,8,12 54:5 55:13 56:12 63:17 67:1,2,3 74:14 74:16 75:21 82:22 83:4,7 84:2,4,13 96:5 108:11,17 109:11,11,15 110:5,13 126:20 127:17,21,22,23

128:1,3,4,16,18 132:16 133:22 135:9,11,15 136:1,13 138:7
**steward** 32:6,8
**stewards** 32:13 32:22 33:1 47:12 91:19,21 139:8
**sticking** 68:1
**stopping** 45:17 96:22
**strike** 22:21 36:15 64:7
**strip** 92:18,19
**stripe** 30:23
**strips** 51:10,11 51:12,13,23 52:3
**stuck** 75:14
**style** 37:25 39:8 39:9
**styled** 4:2
**subject** 3:7,13 46:17 82:17 95:11 97:1,9 100:22 101:10 101:12 108:19 125:16 139:24 141:8 142:14
**submit** 91:13,22 91:23 92:6,9,13 92:17 94:10 142:17

**submitted** 142:22
**suddenly** 126:19
**suggested** 149:14
**sugiartha** 98:21 99:7,9
**suite** 2:3,7
**summarize** 17:7
**sun** 47:7
**supervise** 102:14
**supervises** 29:16
**supervising** 102:18
**supervision** 101:24
**supervisor** 8:10 8:12 10:7,10 15:4,21,24 16:15,16,22 17:3,10,14,17 17:20 20:14,15 20:17 21:6 22:2 22:3,13 23:22 24:6,16 28:25 29:7,16 31:1 32:9 33:12 35:19 97:11 101:14 102:8 118:7,8,12,16 118:24 120:1,21

120:25 121:1,2 121:14 122:6 126:8
**supervisors** 119:24 120:18
**supposed** 118:20
**sure** 11:25 34:10,18 35:21 67:9 70:11 99:24 109:12 134:7
**sw** 2:3
**swear** 4:12
**sweep** 79:5
**switch** 100:5
**sworn** 4:22 5:22 147:9
**system** 21:11,13 101:19 125:24 125:25

**t**

**t** 3:1 5:12 148:3 148:3
**tables** 25:20
**tag** 124:7
**take** 44:16,20 45:16,18 46:1 55:25 57:4,12 93:9 96:25 130:20 135:9 145:6

**[taken - trained]** Page 176

**taken** 1:22 6:1 7:10 46:6,17 54:22,24 123:21
**talk** 20:13 22:1 25:6 36:7
**talked** 20:24 21:4 25:21
**talking** 37:20 57:3 60:11 63:3 69:19 84:23 92:25 115:8 127:7,8
**talks** 78:11 109:4
**task** 104:11
**tasks** 20:19 101:22 103:10 103:12,20 104:14
**teak** 48:24 81:18,20
**teakwood** 78:17 80:23 81:16 82:10,12,14,19 83:8 96:8
**team** 20:17 22:9 29:16 34:21,23 35:8,12 50:9,12 50:13 51:1 53:24,24,25 54:3,3,9,9,15 55:18,21 77:7 78:3 91:11,14 92:4 94:13

113:9,10,12,13 113:16 136:17 139:6,12
**team's** 52:19
**teams** 4:7 5:23 6:1 8:15,17,24 9:1
**technical** 101:23
**tell** 14:25 71:23 71:24 74:10 75:4 120:12 121:7 126:24
**telling** 84:1
**ten** 45:16 96:21
**terms** 20:19 38:22 42:5
**test** 17:13
**testified** 4:22 38:14 47:11 71:10 89:9 106:14 109:13 127:2 135:9 144:8
**testifying** 8:13 10:8,10
**testimony** 2:13 12:1 83:20 141:7 149:8,15
**texture** 82:1
**thank** 12:11,14 17:4 77:3 141:1 144:3,23,25

**thing** 23:16 51:4 106:25 107:1,3 107:6 119:6
**things** 104:9,16
**think** 25:22 54:23 59:10 64:12 114:24 116:7 124:4,4 137:11,13 138:10 144:22
**thought** 116:23
**three** 19:13
**tighten** 127:17 127:20 128:17
**tightening** 138:15
**tiles** 78:16
**time** 1:14 4:8,8 9:8,9 13:5,16 17:19 18:2,8,18 19:18,23 20:23 22:4 43:15 51:5 53:6 54:1 64:14 65:9 69:22 70:12 82:18 90:18,22 114:16 116:3 117:6,19 117:22 120:10 126:15 127:12 127:16 135:3 137:15 138:14 139:15 142:8 144:24

**times** 17:23 22:11 65:7 73:12,13 76:2 89:22 90:15 139:2
**timings** 133:7
**titled** 86:1
**today** 6:1,4 8:6 8:9,13 10:8
**today's** 8:1 10:3
**together** 78:3
**told** 8:12 102:23 127:10
**took** 55:15
**tools** 139:9
**toothbrush** 111:16
**top** 28:18 37:21 94:7
**totally** 13:16 19:17 35:6 37:18,22,25 39:14,21 42:16
**touch** 100:5 139:5,6,11,12
**touching** 68:8 68:15,16,20 71:3,20 72:10 111:8
**train** 20:11
**trained** 17:1 18:12 21:23 81:12 86:20

**[trainee - verify]**

**trainee** 16:15,23 17:10 20:9,10 21:4
**trainer** 80:25 81:13 83:21 88:2,5,20
**trainers** 81:3 88:24
**training** 17:2 18:9 21:8,14,25 25:2,5,6,8,11,13 83:18
**transcript** 146:7 146:8 149:7,18
**transcripts** 149:13
**transferred** 13:17
**trays** 89:19
**tread** 48:3,4,5 48:15 53:12 54:19 135:10
**treads** 135:14
**true** 73:2 106:14 107:3 118:11 119:25 120:23 121:18 122:3,10 122:15,20,25 123:5,10 143:9 144:10 146:8 148:22
**trying** 15:8 38:17 46:2 100:7,24 107:13

**turning** 10:21
**twice** 17:25 18:1 36:9,10 51:18 51:22 52:4
**two** 16:11 18:23 23:7,8,10 42:14 51:3 76:17 80:25 81:3,12 83:17,21 88:1,4 88:20,24 95:19 95:20 114:6,9 116:22
**type** 96:14
**typical** 64:7

**u**

**uh** 21:7 37:23 38:11 43:17 44:2 46:20 48:11,14 60:13 63:7 68:9 69:9 80:17 86:4 91:7 93:21 98:2 103:9 105:24 106:17 107:8,18 108:7 109:6 112:24 120:22 121:4 124:11
**under** 5:23 20:18 48:22 67:2 71:18 73:14,14 75:13 75:21 101:24 141:12 148:21

149:15
**underneath** 67:16 71:3 75:5 141:8,14
**undersigned** 147:7
**understand** 7:12 11:25 23:14 64:21 83:1,2 99:25 100:8 109:12 138:23
**understood** 7:15 20:6,12 21:16 24:4,20 30:15 48:23 55:6 70:13 100:20
**united** 1:1
**unresponsive** 127:3
**unscrew** 57:11
**unscrewed** 56:2 57:4
**upper** 60:18 93:22
**use** 42:3,6,8 56:15,20 85:8 85:15,19,23 87:9 88:15 89:19
**used** 88:14 111:13 149:18

**using** 5:23 6:1 40:11 80:23 87:10 88:10 111:10,10,19 112:7

**v**

**v** 148:1 149:4
**vacation** 18:20 19:2 20:3
**valor** 13:21 14:19
**varnished** 53:4 55:2 84:6,6,11 96:12
**varnishing** 52:13,14,17,18 52:23 53:18,23 54:4,10,22 56:15 57:5,12 57:17 135:8,13
**venezia** 13:7,8 13:10,12,13,22 13:24,25 14:3,8 14:20 19:8,11 19:15,25 20:5,8 37:8,10,11,17 37:24 38:4,13 38:15,18,21 39:1,2,3,21,24 40:1,9 96:16 140:11,14
**verify** 149:9

**[veritext - witness]**

**veritext** 149:12 149:21
**veritext.com** 149:13
**versus** 4:2 27:9 39:22,23
**vessel** 141:20
**vibrating** 61:19
**vibration** 60:7 61:17,20,23
**vibrations** 60:15,25 61:14
**video** 1:12,18 4:5
**videoconferen...** 1:18
**videographer** 2:10 4:1,9 46:2 46:8 97:2,6 145:2
**videotaped** 3:3 9:23
**vista** 6:7 9:7 13:2,5,11,22 14:11,20,24 15:2,6,10,14,24 17:18,21,24 18:3,8,10,13,19 18:23 19:1,3,7 19:13,18,20 20:1,4,4 29:4 31:5 33:13,14 33:19 36:8,13 36:17,18,21,23

37:6,7,9,19,22 38:8,13,15,18 38:23 39:1,3,12 41:6,11,23 54:2 54:11 59:18 60:11,15,24 64:3 82:13,15 92:6 125:22,22 130:7,13 131:9 131:12 140:5,10 140:14,18 141:20,24 142:5 142:8
**voyage** 64:18 80:10 97:1,10 100:23
**vs** 1:7

| **w** |
| --- |

**w** 5:12
**wait** 94:12 131:21,21,21
**walk** 33:13 42:9 70:21,24 90:11 90:12
**walked** 33:8 71:19
**walking** 33:17 33:22,25 34:25 35:24 41:21 56:24 64:23 65:2,10 66:4 70:22 72:25 73:1,10,11

104:12,19
**walks** 30:14 42:21 83:4
**walls** 108:14
**want** 45:21 56:23 71:14 72:9 86:9 109:12 111:22 121:7
**wants** 71:17
**washing** 112:5,6
**water** 20:25 21:2,3 22:5,7,7 40:2 47:8 93:3,7 93:17 94:5,6 101:23
**wave** 61:18,21
**waves** 61:10
**waving** 61:22
**way** 35:8,11,14 62:13 69:2,14 69:15 70:4,9,21 70:24 120:24 139:2
**we've** 96:19
**weather** 47:7
**week** 93:1 94:2
**weekend** 64:8
**weeklong** 64:9
**weeks** 51:3
**weird** 114:24
**went** 17:6 18:9 18:12 19:2,18 20:3 114:2,3,4

116:22
**west** 2:8
**wet** 78:21 79:3 88:5 93:6 94:5
**wife** 115:8 127:9 127:9,10,12
**wikipedia** 38:12
**wilcor** 1:19 2:13 4:6,20 5:10,13 69:25 141:6 146:7 147:8 148:2,25 149:1 149:4,6,8,10,11 149:17
**window** 69:7,7 69:10
**witness** 4:13,21 4:23 6:12 12:5,7 12:10 16:23 17:1 24:10,15 24:25 27:11,24 30:2 34:14,21 35:5 38:21 42:1 42:24 43:20 44:23 45:4,11 49:2,11,15 50:16 57:14,21 58:2 60:9,18 61:2,17 62:3,10 62:19 63:11,20 64:1,12 65:6,14 65:22 66:7,13 66:19 69:2,18 70:3,14 71:23

**[witness - yeah]** Page 179

72:12,18 73:8 74:5,6,10,23 75:8,20 76:7 77:2 81:6,22 82:21 83:13 85:2 89:17,25 90:9 92:22 96:10 98:25 112:3 113:4 115:6,13,25 116:11 117:1,9 119:11 121:16 121:23 122:8,13 122:18,23 123:3 123:8,13,25 124:18 125:4 128:6 129:4 131:25 132:18 133:2,13,20 134:3,5,15 135:17 136:3,10 136:16 137:2,11 137:13,20 138:18 139:5,18 140:2 142:1 143:1,7,11 144:1,25 147:10

**wood** 40:19,20 40:23,23,23,25 48:13 49:4,7,8 49:25 50:5,6 82:3,8,9,11 84:5 96:12 124:10,16

**wooden** 48:24 53:8,10 75:10 106:8 112:22 126:19 128:20 128:23 129:1 142:9

**work** 3:9,14 6:16 7:3,6,7 11:4,7 58:16 91:11,13,23,23 92:3,6,9,13,17 93:2 94:2,10 127:16 128:17 129:22,23 130:1 130:4,21 132:3 138:11,14,19,21 142:17,22 143:4 144:8,13,16

**worked** 10:23 10:25 11:13

**working** 9:9 11:5,8 21:13 23:8 29:17 42:14,15,17,20 97:13

**workshop** 54:23 54:25 55:2,5,7

**worn** 51:25 94:18,20,21

**wrong** 139:15

**wrongly** 136:21

**wrote** 126:7 132:10

**x**

**x** 2:12 3:1

**y**

**yeah** 5:6,15 7:8 7:16,24 8:4,14 8:18 9:21 10:1,4 10:9,25 11:3,12 12:21,25 13:15 13:15 14:1,4,22 15:7,15 16:11 17:11,22 18:9 18:25 19:4,21 21:15 22:7,15 22:24 23:7,24 24:5,10,16,25 25:4,24 26:7,16 27:1 28:7,9,20 28:20,20,23 29:2,6,13,18,22 29:22 30:2,2,7 30:13,16,24 31:3,21 32:4,7 32:19,25 33:6,9 33:23 36:11,19 37:13 39:9 40:2 40:17 41:3,3,9 41:17,19 43:5 43:13 45:4,22 45:24 46:24 47:3,19,22 49:11 51:9,12 51:14 52:15 53:16 55:1,8,11

55:16 56:19,22 59:16 60:22 61:8,13 62:3,23 63:1,5 64:25 66:3 67:12,14 67:18,18,21 68:7,13,16 69:15 72:16 73:24,24 74:6 76:16,16 79:18 79:23 80:22 81:2 82:2,5,16 83:5,18,25 84:15 86:11 87:15,19,22 88:6,10 92:12 93:11,19,25 94:3 95:9 96:1,3 96:10,23 99:1,9 99:14,23 102:16 102:16 103:13 103:21 104:8,15 104:18,21,24 105:6,17 106:8 106:13,19,22 107:5,21,25 108:20 109:1,16 109:24 110:1,6 110:16,19 111:1 111:5,6,19,24 112:16 113:11 114:12,14 115:6 115:19,25 116:11 117:1,17

119:3,16 124:8
124:18 125:9
126:1,23 127:4
127:14 128:13
128:19,21,24
129:25 130:9,22
131:4,4,7,16,16
131:19 132:6,9
134:8 135:6
138:25 140:8,11
140:16 141:9,12
141:16 142:1,15

**year** 18:21

**years** 10:21,22
16:6

**z**

**zahir** 99:16,17

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is transcribed, the transcript shall be furnished to the witness for examination and shall be read to or by the witness unless the examination and reading are waived by the witness and by the parties. Any changes in form or substance that the witness wants to make shall be listed in writing by the officer with a statement of the reasons given by the witness for making the changes. The changes shall be attached to the transcript. It shall then be signed by the witness unless the parties waived the signing or the witness is ill, cannot be found, or refuses to sign. If the transcript is not signed by the witness within a reasonable time after it is furnished to the witness, the officer shall sign the transcript and state on the transcript the waiver, illness, absence of the witness, or refusal to sign with any reasons given therefor. The deposition may then be used as fully as though signed unless the court holds that the reasons given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:24-cv-21185-RAR

AT LAW AND IN ADMIRALTY

CLAY CROCKETT,

      Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

      Defendant.

_____/

## NOTICE OF TAKING VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the videotaped deposition(s) of:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| **Wilcor Sta Ana** | **March 27, 2025 at 10:00 am (EST)** | **By Videoconference[1] on Microsoft Teams** |

This notice complies with and the deposition to take place described herein will comply with Emergency Administrative Order of The Supreme Court of Florida, AOSC20-16, dated March 18, 2020, as extended and renewed in AOSC21-17, dated June 4, 2021.

The witness for the subject deposition will testify from there remotely via Microsoft Teams. Counsel for the plaintiff will appear remotely also via Microsoft Teams and located in or around Miami, Florida. Counsel for the Defendant will be allowed to appear remotely via Microsoft Teams. The witness will be sworn in by the Court Reporter who will be supplied by Veritext Legal Solutions in Miami, Florida. That Court Reporter will be authorized to administer oaths in the State of Florida and will administer the oath to the witness remotely.

Upon oral examination before Veritext Legal Solutions, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court, including the applicable Rules of Civil Procedure.

      **Please advise immediately upon receipt of this notice if a translator is necessary.**

---

[1] **The link for the videoconference will be provided by the Court Reporter.**

1



WILCOR STA ANA

**PLF 1**

03/27/2025 (JG)

Crockett v. Carnival
1:24-cv-21185

**1. COURT REPORTER:**

    a.  Name of Court Reporter:                Veritext Legal Solutions

    b.  Address of Court Reporter:            1400 Centrepark Boulevard
                                                          Suite 605
                                                          West Palm Beach, FL 33401

    c.  Phone Number of Court Reporter:      800.726.7007

**2. BY TELEPHONE:**      ☐ YES      ☑ NO

    If **YES**, see below:

    a.  An Order has been entered by the court allowing deposition by telephone pursuant to Fed. R. Civ. P. 30(b)(6), dated _____, 20___.

    b.  If we take this deposition by telephone, <u>the court reporter must verify</u> (a) that there is a working speakerphone at the location and (b) that the exhibit binder supplied by our office is at the location of the deposition.

    c.  Conference call phone number: _____

    d.  Conference ID number: _____

**3. VIDEOTAPED:**  ☑ YES      ☐ NO

    If **YES**, see below:

    a.  Name of Videographer:            Video Court Reporting, Inc

    b.  Address of Videographer:         8870 SW 83 Street
                                                            Miami, FL 33173

    c.  Phone Number of Videographer:     305.342.7299

**4. VIDEO-CONFERENCE:**      ☑ YES      ☐ NO

    If **YES**, see below:

    a.  Name and address of video-conference center at which the undersigned will attend: via Microsoft Teams

2

Crockett v. Carnival
1:24-cv-21185

**5. DEPOSITION OF A CORPORATE REPRESENTATIVE:** ☐ YES      ☑ NO

  If **YES**, see below:

Pursuant to Fed. R. Civ. P. 30(b)(6), *in the notice, a party may name as the deponent a public or private corporation, a partnership or association, or a governmental agency, and designate with reasonable particularity the matters on which examination is requested. The organization so named shall designate one or more officers, directors, or managing agents, or other persons who consent to do so, to testify on its behalf and may state the matters on which each person designated will testify. The persons so designated shall testify about matters known or reasonably available to the organization. This subdivision does not preclude taking a deposition by any other procedure authorized in these rules.*

Matters on which examination is requested: **SEE EXHIBIT "A" ATTACHED HERETO**.

**6. COMMISSIONER (for depositions which take place outside of the state of Florida):**
Order of the court appointing commissioner is dated _____, 20_____, appointing _____, who is authorized in the state in which testimony is taken to administer oaths. *(See Uniform Foreign Depositions Statute in the state in which the deposition is taken.)*

**7. SUBPOENA:**
  In the case of a non-party witness:

☐ Counsel in this case, _____, has agreed to produce such witness without necessity of a subpoena
☐ A subpoena has been issued from the United States District Court in which this case is pending
☐ A subpoena has been issued by courts in the state in which witness resides pursuant to the law of that state

**SUBPOENA DUCES TECUM:** ☐ YES      ☑ NO

Dated this 5th day of March 2025

      By: *s/ Lisa C. Goodman*
         **LISA C. GOODMAN, ESQ**. (FBN118698)
         lgoodman@hickeylawfirm.com

3

Crockett v. Carnival
1:24-cv-21185

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via e-mail on this the 5th day of March 2025 to all parties of record on the attached service list.

Respectfully submitted,

By: _s/ Lisa C. Goodman_
**JOHN H. HICKEY**, **ESQ.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**LISA C. GOODMAN, ESQ**. (FBN118698)
lgoodman@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
_Counsel for the Plaintiff_

4

**CLAY CROCKETT v. CARNIVAL CORPORATION**
**d/b/a CARNIVAL CRUISE LINE**

**CASE NO. 1:24-cv-21185-RAR**

**SERVICE LIST**

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Lisa Goodman, Esq.** (FBN 118698)<br>lgoodman@hickeylawfirm.com<br>kporras@hickeylawfirm.com<br>**HICKEY LAW FIRM, P.A.**<br>12150 S.W. 128th Court, Suite 225<br>Miami, FL 33186<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for Plaintiff* | **Michael J. Drahos, Esq.** (FBN: 1019357)<br>michael.drahos@gray-robinson.com,<br>lilia.parker@gray-robinson.com<br>**Ashley N. Genoese, Esq.** (FBN: 0617059)<br>ashley.genoese@gray-robinson.com<br>**Walter Cooper Jarnagin** (FBN: 117767)<br>Cooper.Jarnagin@gray-robinson.com<br>**Gray Robinson, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Tel.: (561) 268-5727<br>Fax: (561) 268-5745<br>*Counsel for Defendant* |

5

![Carnival]

# JOB DESCRIPTION

| JOB TITLE: | Hotel Steward/ess |
|---|---|
| MANAGER'S TITLE: | Housekeeping Manager |
| DEPARTMENT NAME: | Housekeeping |
| REPORTS TO : | Pool and Deck Supervisor and above |

**BASIC PURPOSE:** The Hotel Steward/ess is responsible for cleaning and maintaining public areas, open decks, spa area (gym, sauna, steam rooms, lockers), crew areas and staff/officer cabins as assigned and as per CCL standard.

**HIS/HER RESPONSIBILITIES INCLUDE, BUT ARE NOT LIMITED TO THE FOLLOWING:**

- Maintenance and cleaning of public areas (such as spa, saunas, steam rooms, dining rooms, restrooms, lounges, etc.), open decks ( such as restaurants, pools, whirlpools etc.), crew areas ( such as crew restrooms, Medical Center, staff/officer cabins, etc.)
- Report all repairs to be made in assigned section, especially safety related issues and follow-up with management as necessary.
- Correct usage, storage and labeling of all chemicals and other applicable equipment.
- Use cleaning machines and cleaning equipment under the guidance of management, maintain and as designated by immediate supervisor.
- Coverage of stateroom services as required as part of ongoing training.
- Ensure staff/officer cabins and bathrooms are cleaned as per company's standards.
- Ensure hallway/corridor and lockers are kept clean and tidy at all times.
- Ensure carpets in cabins where applicable and hallways/corridors are kept clean through daily spotting.
- Ensure staff/officer uniforms and promptly delivered and accounted.
- Adhere to the company's standards regarding dress and appearance (Carnival Look Book).
- Adhere to all Carnival Service Values at all times.
- Extend appropriate greeting to all guests and crew at every opportunity using their names.
- Apply hospitality standards at all times in guest and crew areas.
- Advise any guest challenges immediately to Housekeeping Management.
- Follow all safety regulations during the course of duty.
- Adhere to CCL environmental towel hanger policy.
- Coverage of stateroom services as required as part of ongoing training.
- Assist with luggage delivery and related duties as instructed.
- During dry docks/wet docks schedules may be altered to include the coverage of stateroom cleaning and services and or special assignments related to the circumstances.
- Follow all environmental, USPH and HESS - MS procedures as applicable for position.
- Follow up Time and Attendance policy.

**REPORTING RELATIONSHIPS:**
Assistant Housekeeping Manager
Senior Assistant Housekeeping Manager
Housekeeping Manager



WILCOR STA ANA
**PLF 2**
03/27/2025 (JG)

Revision: 03 Date: 10/03/2016

GR000297

**Carnival**

# JOB DESCRIPTION

| JOB TITLE: | Housekeeping Manager<br>( III Stripe) |
|---|---|
| MANAGER'S TITLE: | Hotel Director |
| DEPARTMENT NAME: | Housekeeping |
| REPORTS TO : | Hotel Director |

**BASIC PURPOSE:** The Housekeeping Manager is responsible for the overall supervision and operation of the housekeeping department. He/she supervises a team of Assistant Housekeeping Managers and all members of the housekeeping team.

## HIS/HER RESPONSIBILITIES INCLUDE, BUT ARE NOT LIMITED TO THE FOLLOWING:

- Supervision of housekeeping operations, including all guest staterooms, all guest areas (including the open decks), all crew areas, laundries and scheduling, manning and work hours.
- Train and develop housekeeping personnel.
- Communication to staff and other departments through regular onboard meetings.
- Ensure participation in relevant ship functions.
- Housekeeping staff files management, supervision and follow-up of disciplinary action.
- Housekeeping personnel employment terminations, forwarding copies of written reports, verbal and written warnings to shore side management.
- Interview onboard applicants for the housekeeping department.
- Ensure CCL standards of stateroom set-up are met, in addition to cleaning procedures, chemical safety, environmental, HESSMS and USPH compliance.
- Reports directly to the Hotel Director for the aspect of safety, environmental, and security within the areas of assigned responsibilities.
- Ensure correct implementation of the HESS-ES procedures involving assigned personnel.
- Regular inspections of lockers, staterooms, pantries, public areas, laundries and other areas as deemed necessary to ensure that CCL standards are being met and maintained.
- Inventory / cost management, ordering, stock control and distribution.
- Deal with guest comments regarding housekeeping issues and personnel.
- Carry out USPH inspections in all housekeeping areas, validate and sign all sanitation logs and maintain updated records.
- Ensure proper functioning of the main laundry and launderettes.
- Ensure proper handover reports as per company guidelines.
- Adhere to all Carnival Service Values at all times.
- Extend appropriate greeting to all guests and crew at every opportunity.
- Apply hospitality standards at all times in guest and crew areas.
- Follow all environmental, USPH and HESS - MS procedures as applicable for position.
- Follow up Time and Attendance policy.

## REPORTING RELATIONSHIPS:

Hotel Director
Fleet Housekeeping Manager
Senior Fleet Housekeeping Manager
Vice President Housekeeping, Laundry and Vessel Sanitation Program

Revision: 02 Date: 10/03/2016

GR000298

**Carnival**

# JOB DESCRIPTION

| JOB TITLE: | Supervisor Pools & Decks |
|---|---|
| MANAGER'S TITLE: | Housekeeping Manager |
| DEPARTMENT NAME: | Housekeeping |
| REPORTS TO : | Assistant Housekeeping Manager and above |

**BASIC PURPOSE:** The Supervisor Pools & Decks supervises team members working on the open decks.

**HIS/HER RESPONSIBILITIES INCLUDE, BUT ARE NOT LIMITED TO THE FOLLOWING:**

- Completion of special tasks as set by the onboard housekeeping management and reporting of problems performing these tasks.
- Supervision of housekeeping operation on open deck areas (verandas, external swimming pools, whirlpool areas etc) and supervision of team members working on the open decks.
- Training and development of team members.
- Ensure a safe operation on the open decks and maintain cleanliness of housekeeping cleaning equipment and lockers located in the open deck areas.
- Ensure that team members comply with the garbage management program, with particular emphasis on garbage separation.
- Report all maintenance issues to Assistant Housekeeping Managers.
- Follow USPH procedures as directed in The Vessel Sanitation Manual.
- Ensure that chlorine, bromide and PH levels in the pools and whirlpools are maintained according to the USPH requirements. Maintain the pool logs.
- Ensure that "Port Operation Restrictions" are followed during cleaning of the open decks.
- Ensure that swimming pools and water slide operations are supervised and monitored according to CCL policies.
- Ensure that swimming pools, towel counter, whirlpools and water slide are open and closed in timely manner.
- Supervision and control of the beach towel operation on the open decks.
- Ensure that all chemicals used on the open decks are properly labeled and stored.
- Ensure that deck chairs are properly stored and secured when not in use.
- Ensure that channels are being cleaned on a daily basis.
- Ensure that all stainless steel, brass and glass areas are free of salt and rust.
- Advice Assistant Housekeeping Manager immediately of any safety concerns involving guests and team members.
- Adhere to all Carnival Service Values at all times.
- Extend appropriate greeting to all guests and crew at every opportunity.
- Apply hospitality standards at all times in guest and crew areas.
- Follow all safety regulations (boat drills, safe operation of RWF etc.) during the course of duty.
- Follow all environmental, USPH and HESS - MS procedures as applicable for position.
- Follow up Time and Attendance policy.

**REPORTING RELATIONSHIPS:**
Assistant Housekeeping Manager
Senior Assistant Housekeeping Manager
Housekeeping Manager

Revision: 02 Date: 10/03/2016

GR000299











WILCOR STA ANA
**PLF 4**
03/27/2025 (JG)

GR000341





GR000343




Case 1:24-cv-21185-RAR Document 54-1 Entered on FLSD Docket 05/13/2025 Page 91 of 139

GR000345



GR000346



GR000347



GR000348



GR000349



GR000350

**PROCEDURE FOR:   LIDO RESTORANT AND OPEN DECK CLEANING RESPONSIBILITIES**

POLICY:        Establish cleaning guidelines for Open decks and Pool areas
OBJECTIVE:    To ensure that Lido restaurant, Open decks and Pool areas are kept clean, through
               effective deployment and supervision of the Hotel Department work force. Cleanliness must
               be the joint responsibility of All assigned supervisors and Team members.

**PROCEDURE:**

- Housekeeping Manager responsibilities:

The Housekeeping Manager must assign an adequate amount of Team members to ensure the following tasks can be completed:
Daily floor maintenance – to include debris and stain removal, through sweeping or mopping, on a round the clock basis.
Ensure gutters are free of standing water and debris.
Provide daily maintenance and cleaning of lounge chairs and furniture.
Maintain cleanliness of Upper Lido decks continually.
Maintain cleanliness of Lido Main Pool area tables after food lines close or 5pm whichever occurs first.
Maintain cleanliness and safe operation of Pools and Spas.
Maintain and monitor restroom cleanliness.

- Food Operations Manager responsibilities:

Needs to ensure that the sufficient staff is assigned to service the Lido Restaurant which will include all Food outlets. Food Servers will clear plates, cups, glasses, silverware and sanitize tables in a timely manner to ensure clean tables are available to Guests. They should clear plates, glasses and cups from lounge chair/Pool areas. Clean tables in an organized manner to prevent debris from falling from tables to floor and to ensure chairs are clean and neatly arranged around tables.

- Bar Operations Manager responsibilities:

To ensure that scheduled staff collecting soiled/used glasses, napkins, and ashtrays from all tables and lounge chair/ Pool areas. Assigned staff will clear glasses and items appropriate to bar service in a timely manner to ensure clean tables and chairs are available to Guests',  deck is clear of glasses during bar/lounge hours.  Clean tables in an organized manner to prevent debris from falling from tables to floor. To ensure chairs are clean and neatly arranged around tables

- Joint responsibilities of all team members assigned to Lido/open decks:

All Team members must be trained to follow a "first see - clean up" philosophy, regardless of Department.
All Team members should ensure all plates, cups, glasses are collected throughout to maintain lounge chair/Pool areas clean and tidy, ensure chairs are clean and neatly arranged around tables.
Spills should be cleaned up as soon as seen to avoid slips and falls.
(Quick Clean station is set up all around as ship specific all Team members must be aware of locations)

**RESPONSIBLE FOR COMPLIANCE:**

       Hotel Director
       Housekeeping Manager
       Food Manager
       Beverage Manager
       All Team members



WILCOR STA ANA
**PLF COMP 5**
03/27/2025 (JG)

GR000320

# TWO MINUTE TRAINER

## FRASMAR CLEANING GUIDELINES

Frasmar is approved chemical for all open decks - synthetic floor cleaning and spot cleaning of teak floor.

Before cleaning commence, ensure areas are blocked off and equipment is in the safe working order. As instructed by Housekeeping manager,  you can use deck brush, rotation machine, auto scrubber or tractor. Frequency of cleaning will be set by Housekeeping Manager.

Dilute chemical with water, 1:10 ratio

- Apply chemical with mop and allow solution to react for 10 minutes.
- Never let chemical dry on the surface.
- Use rotation machine/ auto scrubber with red pad and scrub the floor.
- Extract chemical and dispose dirty water residue in sanitation room
- After extraction, mop the floor with fresh water, mop dry.
- This product must be stored in accordance with guidelines in ENV 1103



Result

**ACTIVE CLEANER**

**IMPORTANT :** **ALWAYS USE PROPER PPE WHEN HANDLING CHEMICALS.**

# CARNIVAL CRUISE LINES
# QUICK SPILL CLEAN-UP STATIONS



When hazards are identified, address them by using methods such as:

- repairing or removing the hazards as soon as possible
- posting signs or notices in highly visible locations to warn patrons of potential danger until the hazard is repaired or removed

**Carnival**®

GR000322

# AREAS OF MOST POTENTIAL SLIPS AND FALLS

- Open Decks
- Atrium Lobbies
- Lido Dining (Inside)
- Cabin Bathrooms
- Lido Dining (Outside)
- Public Restrooms



Case 1:24-cv-21185-RAR   Document 54-1   Entered on FLSD Docket 05/13/2025   Page 100 of 139



# CARNIVAL CRUISE LINES OWN YOUR OWN SPILL PROGRAM

A good management system will help you to identify problem areas, decide what to do, act on decisions made and check that the steps taken have been effective.

PLANNING: Identify key areas of risk and set goals for improvement. Carefully select equipment and work practices which prevent or contain slip and trip hazards. This helps to remove or minimize risks.

ORGANIZATION: Workers need to be involved and committed to reducing risks. Give people responsibilities (eg supervisors) to ensure that areas of the workplace are kept safe. Keep a record of who is responsible for which arrangements. Make these details clear to everyone.

CONTROL: Check to ensure that working practices and processes are being carried out properly. Keep a record of cleaning, maintenance work etc and encourage good health and safety.

MONITOR AND REVIEW: Re-examine your approach in the light of experience. Look at accident investigation and inspection reports. Do they show any improvement? Talk to any safety representatives about slip and trip risks.

**Carnival**

# PREVENTIVE MEASURES
## SLIPS, TRIPS & FALLS

### Housekeeping

- Good housekeeping is the first and the most important (fundamental) level of preventing falls due to slips and trips. It includes:
- cleaning all spills immediately,
- marking spills and wet areas,
- mopping or sweeping debris from floors,
- removing obstacles from walkways and always keeping them free of clutter,
- securing (tacking, taping, etc.) mats, rugs and carpets that do not lay flat,
- always closing file cabinet or storage drawers,
- covering cables that cross walkways,
- keeping working areas and walkways well lit,
- replacing used light bulbs and faulty switches.
- Without good housekeeping practices, any other preventive measures such as installation of sophisticated flooring, specialty footwear or training on techniques of walking and safe falling will never be fully effective.



# EXAMPLE OF STATION LOCATION CHART & KIT SUPPLIES





Locations for Stations chosen should have quick easy access for all crewmembers in order to facilitate fast clean ups of any spills.

One station per fire zone on Promenade decks and Lido decks.  Make sure Safety Representatives know their job assignments of cleaning up spills quickly, keeping and access routes clear and assuring equipment is present in Stations.



Case 1:24-cv-21185-RAR   Document 54-1   Entered on FLSD Docket 05/13/2025   Page 103 of 139

# SAFETY REPRESENTIVE'S ROLE
# SLIPS, TRIPS & FALLS



ZONE DISTRIBUTION OF SAFETY REPS ON LIDO DECK: CARNIVAL MIRACLE

Spill Kit Station "2" - Responsible Safety Rep.'s – Crewmembers need to be involved and committed to reducing risk.  Assign Safety Representatives to ensure that areas of the workplace are kept safe and equipment is present in Stations.

**Carnival**

GR000327    6

| Create Procedure Suggestion | Print | Forward Document | Exit |

# HESS PROCEDURES

» OHS - OCCUPATIONAL HEALTH & SAFETY PROCEDURES

» OHS-1122 - PREVENTION OF SLIPS, TRIPS AND FALLS IN ACCOMMODATION

(DATE: 01 MAY 2015)

**CARNIVAL**
CORPORATION & PLC

---

📰 BODY | 📖 MANUAL INFORMATION | 🔗 LINKS IN THIS DOCUMENT

🔗 ITEMS REFERENCING THIS DOCUMENT | ⚑ VERSION HISTORY | 🔄 DOCUMENT HISTORY

---

## Content

👁 SHOW TIER III

### Table of Contents

1 Purpose

2 Scope

3 Responsibilities

3.1 Head of the Hotel Department

3.2 Second in Command/Hotel Director

3.3 Crew

4 Process

4.1 General Requirements

   Trip and Fall Prevention

   Slip and Fall Prevention

   Decks, Stairways and Corridors

   Warning Signage

5 Records

6 References

7 Definitions

## 1 Purpose

To reduce the risk of injury to passengers and crew in guest accommodation areas.

## 2 Scope

GR000328

1/3

This procedure establishes the basic requirements for accident prevention in accommodation areas.

## 3 Responsibilities

### 3.1 Head of the Hotel Department
Ensure all accident prevention requirements in accommodation areas are implemented in accordance with the procedure.

### 3.2 Second in Command/Hotel Director
Ensure all accident prevention requirements in accommodation areas are implemented in accordance with the procedure.

### 3.3 Crew
- Keep accommodation areas clean and free of debris or obstacles whenever possible.
- Take action to address any spills as quickly as possible (Own the spill)
- Report hazards to supervisors or managers promptly where immediate corrective action cannot be taken.

## 4 Process

### 4.1 General Requirements

**Trip and Fall Prevention**
- All electrical cords and hoses used in accommodation areas must be in a color that is easily visible to both passengers and crew.
- Warning signs must be placed near vacuum cleaner extension cords when vacuuming takes place and a potential trip hazard exists.
- Any surplus electrical cords must be coiled neatly when possible and rolled up immediately after use.
- Crewmembers must:
  - Avoid running or walking too fast, especially in galleys and restaurants.
  - Avoid carrying items that will obstruct one's view of their walking pathway.
  - Avoid walking through potential slip, trip and fall hazards.
  - Hold the hand rails on stairs and avoid walking while using communication devices.

Sunbeds or sun loungers must be arranged on deck ensuring clear access to minimize trip and fall hazards.

**Slip and Fall Prevention**
- The Company must develop a cleaning methodology plan for each ship to implement. The plan must take into consideration the following aspects:
  - Identification of areas with high frequency of slips and falls.
  - Environmental conditions that could make a floor more slippery.
  - Methodology used to ensure floor cleanliness, contamination prevention and maintenance.

- High slip risk floors must be tested at least yearly to determine the coefficient of friction. Results must be utilized to enhance the cleaning methodology plan effectiveness.
- While wet floors are not always slippery, efforts must be made to keep interior floors dry as much as possible, especially in areas exposed to heavy traffic and food and drink consumption.
- Open decks must be kept clean and free from debris whenever possible.
- In winter conditions, every effort must be made to mitigate the presence of ice and snow on outer decks.
- Every crewmember is responsible to prevent slip and falls by taking ownership of any spill they encounter.
  - Spill response stations must be installed in pertinent areas to allow crew members to quickly respond to a spill.
  - Crew members must respond to spills by:

GR000329

2/3

1. Securing the immediate area around the spill

2. Preventing passengers or crew from walking through/over the spill

3. Cleaning the spill or request assistance. Do not leave the area until the spill has been cleaned and the risk of slip removed.

- A warning sign indicating slippery condition on deck must be prominently displayed on all open decks when wet due to weather conditions, cleaning routines, or as deemed necessary by ship's management.

## Decks, Stairways and Corridors

- Passengers should be encouraged to use handrails where installed while walking about the ship. This includes use of stairways and corridors, especially in heavy weather.
- Passengers should also be encouraged to pay attention when using doors (includes weather, fire, locker, bathroom or balcony doors), especially in high winds. (This may be communicated through guest information directories or other means of shipboard communication such as guest safety videos and websites.

Additional precautions must be taken where bad weather (30 knots wind or more) is expected to occur or being experienced.  Such precautions must include:

- Making announcements to inform passengers and crew when bad weather is expected which could cause hazardous conditions.  These announcements must include instructions such as guests and crew to exercise additional caution when walking about the ship, not going on outside decks, etc.
- Consider restricting access to open decks most affected by the wind.

## Warning Signage
Warning signage and barriers must be posted whenever:

- Maintenance is being carried out in alleyways or spaces, including elevators and machinery under repair or out of order.
- When loads are placed on to, or removed from top decks, any deck areas and balconies over which the load passes must be closed off to passengers and crew.  Examples may include when life rafts are being exchanged, lifeboats are being lowered, (un)loading of higher decks takes place, etc.
- When vacuuming in alleyways or similar common passageways
- When working on elevators, escalators, etc.
- When mopping floors in accommodation areas,
- Cleaning decks, etc.
- Bad weather (30 knots wind or more) is expected to occur or being experienced.

Sport equipment must be positioned clear of the ship's structure to avoid injury.

## 5 Records
N/A

## 6 References
- HMP-1104 HESS Rounds

## 7 Definitions
**Accommodation Areas**: these are defined as areas of the ship used by passengers and crew for lodging or boarding during leisure time for passengers and off duty time for crew.

Top

GR000330

3/3

Print | Forward Document | Exit

# GUIDANCE DOCUMENT

» | »OHS-1122 - CCL TIER 3 TYPE INSTRUCTIONS   (DATE: 01 MAR 2016) |

**BODY** | **MANUAL INFORMATION** | **LINKS IN THIS DOCUMENT**

**ITEMS REFERENCING THIS DOCUMENT** | **VERSION HISTORY** | **DOCUMENT HISTORY**

## Content

**SHOW TIER III**

### Table of Contents

ADDITIONAL GUIDANCE FOR THE CORRECT IMPLEMENTATION OF THE PROCEDURE:

OHS-1122:Prevention of Slips, Trips and Falls in Accommodation Areas

## ADDITIONAL GUIDANCE FOR THE CORRECT IMPLEMENTATION OF THE PROCEDURE:

## OHS-1122:Prevention of Slips, Trips and Falls in Accommodation Areas

**Definitions:**

Own the Spill: is an internal program designed to secure a spill area and clean it as quickly as feasible. It places responsibility for addressing the issue on every single team member.  Specific instructions are contained in the following attachment: Own the Spill - Quick Spill Station - Quick Clean Station Plan

Electrical cords and hoses used in accommodation areas: For CCL these will always be yellow in color as they are more visible and prevent potential trip and falls.

Cleaning Methodology of Accommodation Areas:

- All vessels must comply with brand standards as designated by the Hotel Department. These standards are located in the Guest Operations intranet site.
- For areas that area exposed to weather, such as open decks, Lido Restaurants and restrooms located in these decks, efforts should be taken to prevent contamination and floors monitored to prevent slip and fall accidents.

GR000331

1/2

- General cleaning methodology is outlined in the Guest Operations Intranet site. All vessels are expected to comply with these standards.

**Safety Standards for Flooring:**

**For CCL Standards** please review "Slip Resistance Standards and Rating Table"
**Click here**

Top

GR000332

2/2

# 2 Minute Trainer



## "OWN THE SPILL "

Spills are very common in high traffic areas like Lido Restaurant / Beverage Stations,  public areas like Bars & Lounges, and are one of the leading causes of Guest Accidents.

A proactive response from our Team Members working in the section where the spill occurs, can reduce the occurence of accidents caused by spills. Team Members should "OWN" the spill in and around their section.





Clean Rags will be provided in easily accessible areas by management to facilitate a quick response in case of a spill.

Wait Staff assigned to their specific sections on Lido, are responsible for immediately wiping up any spill occurring in their section, rather than simply placing a chair to cover the spill, or calling another department to clean it up. Bar Staff are similarly responsible for their stations in lounges and along promenade.



In case of large spills ( one meter area or larger ) the area should be immediately cordoned off, and HK team contacted. Area may be cordoned off by using caution cones, or chairs if no cones are readily at hand.

Team Members should drop the dirty rags in the nearest dirty station, and wash hands after cleaning up the spill. Wash  hands after cleaning.



NOTE : TEAM MEMBERS CAN ALWAYS UTILIZE THE RESOURCES FROM A NEARBY QUICK CLEAN STATION .

GR000333

# TWO MINUTE TRAINER

## WET FLOOR AND SPILLS

   

Indoor caution signs                    Outdoor caution signs

Whenever there is a wet floor, caution sign needs to be placed to advise team member and guest of potential hazard. That condition should be rectified as soon as possible,

Response to spills sighted:

- Should a spill be sighted in common areas, open decks area, whether carpet or tile, should be immediately blocked off with caution signs or with the most immediate item which will cover the spillage eg. a chair.
- The team members (all departments) sighting the spill should either clean it using nearest Quick Clean station or advise Housekeeping and stay near the area until a Hotel steward is able to collect items required for cleaning.

- Spills should be cleaned up immediately and caution signs put in place during cleaning. These signs should not be removed until floor is completely dry and checked as non slippery.

- Whenever a floor is being routinely wet mopped, caution signs must be used and an alternative route should be made available for the guests to pass and have easy access to other areas nearby.

- Once cleaning is completed, the signs and/or cordon should remain in place until the floor is completely dry.
- One person should remain until the floor is dry also to monitor the area and prevent anyone removing or crossing the cordon.

**IMPORTANT : SPILL CLEAN IS UP IS EVERYONE'S RESPONSIBILITY, WHERE EVER YOU ARE AT ANY TIME. CLEAN IT UP – THIS PREVENT SLIPS AND FALLS!**

## PROCEDURE FOR:    WORK ORDER REPORTS

POLICY:        All work orders generated by housekeeping should be made by the Floor Supervisors or Assistant Housekeeping Manager of each area.

OBJECTIVE:   To ensure all maintenance issues are reported and addressed promptly or as soon as possible.

PROCEDURE:

All Housekeeping Team Members, Supervisors and Management must report and follow up on any maintenance issue noticed by them anywhere around the ship including crew areas.

Stateroom Stewards should be reporting all work orders to their immediate Supervisor. Stateroom Stewards must not call maintenance personnel directly, but report to Floor Supervisors or Assistant Housekeeping Manager who will follow up with the maintenance request and arrange for them to be contacted if necessary.

To avoid excessive calls to the maintenance teams, calls will be made by Floor Supervisors or Assistant Housekeeping Manager for urgent work requests only.

Repair request made by Guests personally to either to Stateroom Steward, Management or Guest Services Associates should be considered as 'Urgent' request and response time to fix this repair request should be within 30 minutes. Other issues that need immediate attention such as toilet or sink blocked, flood, lights or telephone in stateroom not working, entrance door does not lock or open, A/C not working, etc. are also considered 'Urgent' repair requests.

All general and non-priority work orders should be reported in the usual manner via InfoShip.

For all emergency work orders, Floor Supervisors can call maintenance team and as soon as they are aware of the maintenance issue and they must make an InfoShip work order for that particular issue, later in the day or at the end of their shift.

In order for Floor Supervisors not to be swamped with maintenance calls, Stateroom Stewards must be instructed to log all non-urgent maintenance issues of their section on a maintenance sheet and hand it over to the Floor Supervisors when they see them in their sections or at the end of each shift.

Stateroom Stewards must report back if maintenance issues in their section are not corrected within a specified time frame.

Floor Supervisors and Assistant Housekeeping Managers must follow up and track work orders made by them to make sure that they are completed; pending work orders must be followed up on for completion.

Repair personnel such as plumbers, electricians, joiners and upholsterers performing work in guest or crew cabins shall have a sub-master key issued to them by the department head. A "key control" log must be accurately maintained. Authorized repair personnel may conduct necessary repairs with a valid work order in guest or crew cabins without the presence of the occupant, housekeeping or department representative. If repair personnel are unaccompanied, the door shall remain fully open during the repair process. Any team member who violates the provisions of this paragraph is subject to disciplinary action.


## RESPONSIBLE FOR COMPLIANCE:

All Housekeeping Management and supervisor
Stateroom Stewards
Assistant Stateroom Stewards
Hotel Stewards



WILCOR STA ANA
**PLF 6**
03/27/2025 (JG)

GR000335

WILCOR STA ANA
PLF 7
03/27/2025 (JG)

Case 1:24-cv-21185-RAR Document 54-1 Entered on FLSD Docket 05/13/2025 Page 113 of 139

**07-14-2023    OPEN DECK DAY- SIGN ON SHEET**

Hotel stewards open deck 6.00am - 6.00pm

| AREA | CREW # | NAME | CABIN | Time | DUTIES   AND   AREA | BREAK'S |
|---|---|---|---|---|---|---|
| Serenity | 588697 | PRASTYO MAHFUD AJI | A-615 | 07:30AM-8:30AM / 11:00am-12:00nn | Arrange all furniture in the serenity and disinfect. Clean serenity glasses by the whirlpool, clean and setup towel station, maintain the restrooms, disinfect the sun loungers on every use.disinfect all touchable surfaces. Will continually collect cups and plates and maintain the area and will sanitize restrume offen and after every check. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Serenity | 519689 | CHOZAS MARY GRACE | A-536 | 08:30AM-9:30AM / 12pm - 1pm | Arrange all furniture in the serenity and disinfect. Clean serenity glasses by the whirlpool, clean and setup towel station, maintain the restrooms, disinfect the sun loungers on every use.disinfect all touchable surfaces. Will continually collect cups and plates and maintain the area and will sanitize restrume offen and after every check. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 12 & 14 FWD stbd | 589262 | RAHMADIANI NADIAH | 658 | 08:30AM-9:30AM / 12 pm - 1pm | Help setup chairs ,Clean channels from deck12 fwd to golf area clear cups plates , maintain the area & disinfect all touchable surgaces as offen as possible.Will collect cups and plates continually and disinfect offen as possible along with the restrooms... | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 12 & 14 FWD stbd | 571279 | I GEDE SATRIA WIDNYANA | A-761 | 08:00AM-9:00AM / 12pm - 1pm | Clean glasses inside and outside by the clubhouse and then by the sky ride. Clean channels on deck 12 port and stbd side midship from the foosball tables to the basketball court. Also disinfect all touchable surfaces and maintain the area regularly clear cups plates and clean spills regularlly. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 12 Midship & Sky ride | 473397 | SUKRDANA I MADE | A-503 | 08:00AM-9:00AM / 12pm - 1pm | Clean glasses inside and outside by the clubhouse and then by the sky ride. Clean channels on deck 12 port and stbd side midship from the foosball tables to the basketball court. Also disinfect all touchable surfaces and maintain the area regularly clear cups plates and clean spills regularlly. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 12 aft | 519782 | GRACE MONICA | A-536 | 07:30AM-8:30AM / 11am - 12pm | Will clean channels in the aft all around the basketball court disinfecting basketball court iteems and all touchable surfaces in the sky fittness area cleaning bin for the wipes. Will collect cups and plates and clean black soot and help in setting up chairs in the morning an to pack the chairs in the evening. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Dk 11 fwd stbd side Smoking area | 534925 | ZAHIR MOHAMMAD | A-862 | 08:30AM-9:30AM / 12:00-1:00 | Clean channels and glasses from fwd to midship stbd side maintain the area , disinfect as offen as possible clear cups and plates. Clean smoking area ash trays and disinfect the tables regulkarly by the smoking area when area is busy.Will continually collect cups and plates and maintain the smoking area on port day do special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 11 SMOKING | 587796 | FAIZ ACHMAD | A-710 | 08:30AM-9:30AM / 12:00-1:00 | Cleaning glasses clearing up smoking area and continually checking and cleaning restrooms by the smoking area. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 11 SMOKING | 565128 | FLORES JELLY | 1527 | 08:30AM-9:30AM / 12:00nn-1:00pm | Clean channels and glasses from fwd to midship port side maintain the area , disinfect as offen as possible clear cups and plates. Clean and check restrooms at regular intervals of time and maintain the area and disinfect continually.Will do special projects on port day. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Deck 11 midship restrooms & smoking area | 571341 | I WAYAN SUGIARTHA | A-761 | 07:30AM-8:30AM / 11:00am-12:00pm | Cleaning glasses clearing up smoking area and continually checking and cleaning restrooms by the smoking area. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Dk 11 aft Port side | 571448 | SAPUTRA I WAYAN DIKY | A-502 | 07:30AM-8:30AM / 11:00am-12:00nn | Clean channels from mid to aft port side maintain the area , disinfect as offen as possible clear cups and plates open all umbrellas in the aft.port side.Will collect cups and plates and disinfect continually and do special projects on port day. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Dk 11 aft stbd Smoking Area | 508942 | CABANGIS JENY | A-852 | 08:30AM-9:30AM / 12:00nn-1:00pm | Clean channels from mid to aft stbd side  maintain the area, setup the smoking area make sure ash trays always disinfected and cleaned , disinfect as offen as possible clear cups and plates open all umbrellas in the aft.stbd side and make sure no extra equipments are kept in the area.. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| Main pool Towel cnt | 519387 | NI KOMANG DEWI | A-672 | 7am-8am / 11pm-12pm | Cleans ladies restrooms by the food line and check the food line swep and mop continually and dry the floor. When she goes break Jessa will cover her area by checking the foodline and constantly check the restrooms. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| MAINPOOL | 448762 | I NYOMAN HIMAWAN | A-620 | 8am-9am / 12pm - 1pm | Will disinfect all sunloungers setup towel station maintain it prepare towel animals .Will collect cups and plates close to the towel counter and dry the floor close to the towel counter. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 Main Pool | 535029 | WAHYUDIN FNU | A-616 | 7am-8am / 11pm-12pm | Clean channels around the midship pool sweep garbage disinfect all lounge chairs and all handrails and touchable surfaces by the staircases. Will collect cups and plates regularly dry the floor clear and maintain the area. On port day he will do special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 Main Pool | 538932 | RASIT LA ODE WAHYONO | A-702 | 07:30AM-8:30AM / 11:00am-12:00nn | Will help to dry the floor by the main pool area. Disinfect all sofas & chairs on port and stbd side then clear all cups and plates check the restroom at regular times and constantly disinfect it.Will do special projects on port day | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 MAINPOOL | 542631 | I PUTU AGUS DEPA ANGGA | A-831 | 08:00AM-9:00AM / 12:00nn-1:00pm | Will clean all sliding doors by the aft midship , port & stbd side by the aft entrance entrances and clean the glasses by the stbd side whirlpool and then assist inside the restaurant to sweep and mop and check restrooms at regular intervals of time and then after 3pm mop all hard floor with wash and wallk chemical and air dry . and then at 5 pm start to trash out all hand wash machines on the lido total 13 handwash machines to be trashed out and refill soap time to time and hand tissues to be refilled when empty. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 MAINPOOL | 535128 | SUMAJA I WAYAN | A-520 | 08:00AM-9:00AM / 12:00nn-1:00pm | Will clean all sliding doors by the aft midship , port & stbd side by the aft entrance entrances and clean the glasses by the stbd side whirlpool and then assist inside the restaurant to sweep and mop and check restrooms at regular intervals of time and then after 3pm mop all hard floor with wash and wallk chemical and air dry . and then at 5 pm start to trash out all hand wash machines on the lido total 13 handwash machines to be trashed out and refill soap time to time and hand tissues to be refilled when empty. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 10 MAINPOOL | 571368 | SETIAWAN, AGUS APRIL | A720 | 08:00AM-9:00AM / 12:00nn-1:00pm | Will clean all sliding doors by the aft midship , port & stbd side by the aft entrance entrances and clean the glasses by the stbd side whirlpool and then assist inside the restaurant to sweep and mop and check restrooms at regular intervals of time and then after 3pm mop all hard floor with wash and wallk chemical and air dry . and then at 5 pm start to trash out all hand wash machines on the lido total 13 handwash machines to be trashed out and refill soap time to time and hand tissues to be refilled when empty. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| LIDO  RESTAURANT | 583237 | LARA SHAHANIE | A-532 | 08:00AM-9:00AM / 11pm-12pm | Disinfect all touchable surfaces inside the restaurant sweep all garbage and mop all spills around the hard floor inside the restaurant check restrooms. ladies & ADA restroom and also assist in checking hand tissue by the automatic hand wash stations. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| LIDO  RESTAURANT ( 32478 ) | 581867 | CHARISH GAY | A-545 | 08:30AM-9:30AM / 12 pm - 1pm | Disinfect all touchable surfaces inside the restaurant sweep all garbage and mop all spills around the hard floor inside the restaurant check restrooms. ladies & ADA restroom then after the food lines are closed vacumme carpet inside the restaurant port & stbd side. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 1O AFT | 588344 | SUDANA I GEDE AGUS | | 08:30AM-9:30AM / 12 pm - 1pm | Deck 10 aft glasses by the port side whirlpool on deck 10 to be cleaned after that check all channels and soot around the area and mop all surfaces disinfect all sunloungers and maintain the area and check ladies restrooms at regular times. Port day does special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 1O AFT | 575199 | NUDO JOHN ANGELO | A-601 | 07:30AM-8:30AM / 11:30am-12:30pm | Deck 10 aft glasses by the port side whirlpool on deck 10 to be cleaned after that check all channels and soot around the area and mop all surfaces disinfect all sunloungers and maintain the area and check mans restrooms at regular times. Port day does special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| DK 1O AFT | 589345 | TRIADI PUTU IVAN | A-522 | 07:30AM-8:30AM / 11:30am-12:30pm | Deck 10 aft glasses by the port side whirlpool on deck 10 to be cleaned after that check all channels and soot around the area and mop all surfaces disinfect all sunloungers and maintain the area and check mans restrooms at regular times. Port day does special projects. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| 1 RUNNER  ( 32480 ) | 535118 | PEBRIANA GEDE EDWIN | A-727 | 08:30AM-9:30AM / 11:00am-12:00nn | Start fogging the smoking areas in the morning after meeting deck 11 fwd & aft and all restrooms in the smoking area. Will pickup rags mop heads throughout the day throw the dirty ones down prepare chemicals and assist in busy areas and special projects | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| HAVANA | 506589 | STEPHANIE ROSS | A-780 | 08:30AM-9:30AM / 12:00nn-1:00pm | Havana channels to be cleaned port and stbd side and glasses by the whirlpools all furniture and cushions to be setup maintain & clean the area. Maintain mans restroom & disinfect regularly collect cups and plates,disinfect lounge chairs and all touchable surfaces as often as possible.. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |
| HAVANA | 565139 | MACAHILO  MICHAEL | A-731 | 07:30AM-8:30AM / 11:00am-12:00nn | Clean all glasses by the whirlpool setup towel station maintain ladies restroom disinfect all furniture every morning and then after every use. Will collect cups and plates disinfect lounge chairs and all touchable surfaces as often as possible. | Alternate Collecting cups and plates and Disinfecting the Area. Each and every 30. Mins. |

GR000296

## M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Saturday, July 8, 2023 | GALVESTON |
|---|---|

**532070- WILCOR STA. ANA -  Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

### Regular Duties

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

### 3) SPECIAL PROJECTS

NONE

### 4) EMERGENCY ISSUE

NONE

### 5) Follow up:

*NONE*

### 6) Pools: RWF

ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN RECIRCULATION MODE.
AQUA PARK OPEN'S LATE DUE TO MAINTENANCE
DK 5 AFT HAVANA STARBOARD SIDE WHIRLPOOL WAS CLOSED AT 3:00PM DUE TO TECHNICAL ISSUE AND MAINTENANCE WAS CONDUCTED

### 7) Daily Compass,

*INCLUDE FUN IN EVERYTHING WE DO!*

### 8) OTHERS

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

### 9) PLAN FOR TOMORROW

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects



WILCOR STA ANA
**PLF COMP 8**
03/27/2025 (JG)

GR000300

## M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

**This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE**

| Sunday, July 9, 2023 | 1st Sea Day |
|---|---|

**532070- WILCOR STA. ANA - Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

NONE

**4) EMERGENCY ISSUE**

*Guest from SR. 8421 Ms. Lana Romero Acquired a minor injury on her head due to shepherds hook falling down(I care Opened)
*Guest from SR. 5201 Ms Mclean Cassidy was splashed with vomit from the unknown guest in deck 5 aft Havana starboard side. Hskpng manager was informed.

**5) Follow up:**

NONE

**6) Pools: RWF**

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN SEA TO SEA MODE.
*SPA WHIRLPOOL OPEN'S LATE DUE TO LOW LEVEL OF BROMINE
*DK 5 AFT HAVANA STARBOARD SIDE WHIRLPOOL WAS OPENED AT AROUND 4:OOPM

**7) Daily Compass,**

TO CONSISTENTLY DELIVER SAFE, FUN & MEMORABLE VACATIONS AT A GREAT VALUE

**8) OTHERS**

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000301

## M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Monday, July 10, 2023 | 2nd Sea Day |
|---|---|

**532070- WILCOR STA. ANA -  Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

NONE

**4) EMERGENCY ISSUE**

*Guest from SR. 7222 8 year-old kid Leland Sample acquired a minor injury on his right eyebrow due to slip and fall by the aqua park
(I care opened)

**5) Follow up:**

*NONE*

**6) Pools: RWF**

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN SEA TO SEA MODE.

**7) Daily Compass,**

*ENSURE SAFE, RESPONSIBLE, AND SECURE OPERATIONS*

**8) OTHERS**

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000302

| M/S CARNIVAL VISTA OPEN DECK DAY SHIFT REPORT | |
|---|---|
| This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE | |
| **Tuesday, July 11, 2023** | **MONTEGO BAY** |

**532070- WILCOR STA. ANA -  Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

*Dk 15 serenity polishing of bar chairs
*Dk 15 serenity polishing of marble tables
*Dk 12 fwd plastic chair scrubbing
*Dk 12 fwd pillars scrubbing
*Dk 12 mid scrubbing of pillars by the sky ride
*Dk 12 mid scrubbing of plastic chair by the sky ride
*Dk 11 fwd polishing of pillars
*Dk 11 fwd polishing of metal skirting
*Dk 11 aft scrubbing of lounge chairs
*Dk 10 fwd cleaning of guy's burger roof
*Dk 10 fwd polishing of bar chairs
*Dk 10 fwd polishing of table base
*Dk 10 aft polishing of pillars
*Dk 10 aft polishing of bar chairs
*Dk 10 aft polishing of marble tables
*Dk 5 havana cleaning under the round bed
*Dk 5 havana polishing of pillars inside the pool

**4) EMERGENCY ISSUE**

NONE

**5) Follow up:**

*NONE*

**6) Pools: RWF**

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN RECIRCULATION MODE.

**7) Daily Compass,**

*WARMLY WELCOME OUR GUESTS AND TEAM MEMBERS TO OUR HOME, MAKING THEM FEEL A PART OF THE CARNIVAL FAMILY*

**8) OTHERS**

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000303

# M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Wednesday, July 12, 2023 | GRAND CAYMAN |
|---|---|

**532070- WILCOR STA. ANA -  Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

## Regular Duties

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

## 3) SPECIAL PROJECTS

*Dk 15 serenity cleaning under the sky king bed
*Dk 15 serenity shower area cleaning
*Dk 12 fwd ADA restroom wall scrubbing
*Dk 12 fwd scrubbing of pillars
*Dk 12 fwd scrubbing of plastic chair
*Dk 12 mid cleaning of sports equipment
*Dk 12 mid vacumming of mini golf
*Dk 11 fwd cleaning under the red sofa
*Dk 11 fwd cleaning of walls
*Dk 11 aft changing the red cushions cover
*Dk 10 fwd scrubbing of sofa
*Dk 10 fwd cleaning the drains
*Dk 10 aft cleaning of lamp shades
*Dk 10 aft cleaning of drains
*Dk 5 Havana changing the cushions cover
*Dk 5 Havana scrubbing of havana lounge chair

## 4) EMERGENCY ISSUE

Guest from SR. 7333 Ms Jodi Diercks acquired a minor injury on her left knee at the havana bar outdoor( I care Opened)

## 5) Follow up:

NONE

## 6) Pools: RWF

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN RECIRCULATION MODE.
*ALL POOLS WERE SWITCH TO SEA TO SEA MODE AT 4:00PM.

## 7) Daily Compass,

EMBRACE OUR DIVERSITY AND BE INCLUSIVE

## 8) OTHERS

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

## 9) PLAN FOR TOMORROW

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000304

## M/S CARNIVAL VISTA
## OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Thursday, July 13, 2023 | | COZUMEL |
|---|---|---|

**532070- WILCOR STA. ANA -  Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

### Regular Duties

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

### 3) SPECIAL PROJECTS

*Dk 15 serenity cleaning under the sky double bed
*Dk 15 serenity changing of longe chair cover
*Dk 12 fwd channels bulkhead scrubbing
*Dk 12 fwd stairs scrubbing
*Dk 12 mid scrubbing of outdoor gym equipment
*Dk 12 mid basketball wall scrubbing
*Dk 11 fwd scrubbing of yellow cushions cover
*Dk 11 fwd ceiling cleaning
*Dk 11 lounge chair scrubbing
*Dk 11 aft ashtray polishing
*Dk 10 drains cleaning
*Dk 10 aft stairs bulkhead scrubbing
*Dk 10 aft channels bulkhead cleaning
*Dk 10 aft metal drain cover polishing
*Dk 5 Havana ceiling cleaning
*Dk 5 Havana scrubbing of partitions

### 4) EMERGENCY ISSUE

NONE

### 5) Follow up:

NONE

### 6) Pools: RWF

*ALL POOLS AND WHIRLPOOLS {except havana whirlpool portside due to late refilling} WERE OPENED AS PER SCHEDULED IN RECIRCULATION MODE.

### 7) Daily Compass,

NONE

### 8) OTHERS

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

### 9) PLAN FOR TOMORROW

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000305

# M/S CARNIVAL VISTA
# OPEN DECK DAY SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Friday, July 14, 2023** | **Last Sea Day** |
|---|---|

**532070- WILCOR STA. ANA - Supervisor Pools & Decks**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**Regular Duties**

Closing basketball court @5:30 PM Daily.
'Dk 15 cleaning all channels and glasses . Arranging all lounge chairs.
'Dk 12 cleaning all channels and glasses including mopping the floor.
'Dk 11 cleaning all channels, glasses and wind breaker glasses. Arranging chairs and lounge chairs.
'All areas was then disinfect starting from handrails, chairs and tables and lounge chairs.
'All restrooms  cleaned and disinfected.
'Lido wiping and cleaning wooden bottom portion by the wall lamp.
*Re setup of Serenity to morning set up
*Preparing Dive in Blanket for night shift

**3) SPECIAL PROJECTS**

NONE

**4) EMERGENCY ISSUE**

Guest from SR. 6383 Mr. Clay Crocket acquired a minor injury on his head due to step wooden board falling down from the stairs( I care Opened)

**5) Follow up:**

*NONE*

**6) Pools: RWF**

*ALL POOLS AND WHIRLPOOLS WERE OPENED AS PER SCHEDULED IN SEA TO SEA MODE.
*MAIN POOL WAS CLOSED AT 3:30PM DUE TO PVI INCIDENT.

**7) Daily Compass,**

*NONE*

**8) OTHERS**

*Advice All TM Use PPE in proper manner
*Advice Tams for proper grooming
*All Aquatic Attendants retrained that slides will only be closed on wind speeds greater than 40MPH
*All team members reminded for proper garbage separation
*All TMs reminded for setting up of upset lounge chairs and timely clearance
*TMs reminded to clean glasses on a daily basis
* Reminded to TMs not to store unused cleaning equipment where not required and especially not in the camp ocean areas
*All TMs reminded for proper usage of caution signs
*TM's reminded to maintain the cleanliness of lockers at all times
* All TMs were reminded to check and finished the GLADIS trainings until last sea day and will check for confirmation.
* Safety of the area. Caution signs must be always available for immediate response.
* Grooming for Carnival look.
* Funtime and break timings.
* Proper food waste separation.
*TM's reminded about their Gladis training to be completed

**9) PLAN FOR TOMORROW**

*Keep area neat and presentable all the time
*Anticipate the needs of the guest and respond rapidly
*Open all RWFs in timely manner
*Continue Special Projects

GR000306

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Friday, July 7, 2023 | LAST SEA DAY |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**

NONE

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in RECIRCULATION mode.

**7) DAILY COMPASS**

SHOW PRIDE IN OUR JOBS AND OUR COMPANY

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean the restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**

> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 12 WATER PARK
> To continue scrubbing the dk 12 BASKETBALL COURT
> To make sure that all PVI/PDI kits are complete.

GR000307

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Monday, July 10, 2023** | **2nd SEA DAY** |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**

MAIN POOL WAS CLOSED DUE TO VIMITE.

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in SEA TO SEA mode.

**7) DAILY COMPASS**

WARMLY WELCOME OUR GUESTS AND TEAM MEMBERS TO OUR HOME, MAKING THEM FEEL A PART OF THE CARNIVAL FAMILY

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean th restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**

> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 12 WATER PARK
> To continue scrubbing the dk 12 FWD WATER PARK.
> To make sure that all PVI/PDI kits are complete.

GR000308

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Tuesday, July 11, 2023 | JAMAICA |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**

MAIN POOL WAS CLOSED DUE TO VIMITE.

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in SEA TO SEA mode.

**7) DAILY COMPASS**

WARMLY WELCOME OUR GUESTS AND TEAM MEMBERS TO OUR HOME, MAKING THEM FEEL A PART OF THE CARNIVAL FAMILY

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guest and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean th restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**

> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 12 WATER PARK
> To continue scrubbing the dk 12 FWD WATER PARK.
> To make sure that all PVI/PDI kits are complete.

GR000309

M/S CARNIVAL VISTA

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Wednesday, July 12, 2023** | **GRAND CAYMAN** |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**

NONE

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in SEA TO SEA mode.

**7) DAILY COMPASS**

EMBRACE OUR DIVERSITY AND BE INCLUSIVE

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean th restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**

> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 12 WATER PARK
> To continue scrubbing the dk 12 FWD WATER PARK.
> To make sure that all PVI/PDI kits are complete.

GR000310

M/S CARNIVAL VISTA

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Thursday, July 13, 2023** | **COZUMEL** |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS - detail problems of timekeeping, absence, etc.**

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**

NONE

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in RECIRCULATION mode.

**7) DAILY COMPASS**

SHOW TRUST, CARE AND RESPECT FOR EACH OTHER, OUR SHIPS AND THE ENVIRONMENT

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean the restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur

**9) PLAN OF ACTION FOR TOMORROW**

> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 15 SERENITY STBD.
> To make sure that all PVI/PDI kits are complete.

GR000311

**M/S CARNIVAL VISTA**

**OPEN DECK MID SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Friday, July 14, 2023 | LAST SEA DAY |
|---|---|

**# 492987 RAJESH VARHADE**

**1) STAFF PROBLEMS** - detail problems of timekeeping, absence, etc.

NONE

**2) DAILY TASK**

1PM TO 6PM
1. MAINTAINING OF ALL AREAS BY:
> Collecting cups and plates.
> Arranging the deck chairs.
> Disinfection of all touchable surfaces.
> Sweeping and mopping the floor for garbage's and drink or water spills.
2. ALL TOWEL STATIONS WERE MONITORED TO ENSURE THAT FRESH TOWELS ARE AVAILABLE FOR THE GUESTS.
3. ALL RESTROOMS WERE CHECKED IN A TIMELY MANNER TO ENSURE IT IS BEING MAINTAINED, CLEANED AND DISINFCTED.
4. ALL HA WERE ALWAYS ADVISED TO ENSURE THAT THE CAUTION SIGNS ARE ALWAYS VISIBLE FOR THE GUESTS.
5. ALL HA WERE ADVISED AND ENCOURAGED TO SPEAK TO GUESTS FOR THE SAIL PROGRAM AND TO IMPROVE THEIR ENGLISH.
6. ALL HA WERE MONITORED AND OBSERVED IF THEY ARE USING THE RIGHT PPE FOR THE PROJECT OR JOB.
7. CLOSING OF BASKETBALL COURT AT 5:30PM.
8. ENSURE THAT DECK 11 FORWARD PORT SIDE LOCKER IS ALWAYS CLOSED.
9. ALL HA WERE MONITORED FOR THE CHEMICAL THAT THEY ARE USING FOR THE PROJECT AND FOR MAINTATINING THEIR AREAS.
10. HA ASSIGNED IN MAIN POOL, RESTAURANT AND DECK 10 AFT WERE ADVISED TO ALWAYS MONITOR ALL HAND WASH STATIONS FOR THE TISSUE TO REFILL AND SOAP.

6PM TO 1AM
1. SERENITY FURNITURES WERE CHECKED IF PROPERLY SECURED.
2. DECK 12 FORWARD TO AFT WERE MOPPED AND GLASSES WERE SQUEEZED.
3. CLUBHOUSE FLOOR WERE SWEPT AND MOPPED.
4. DECK 11 FORWARD SMOKING AREA NAD PORT SIDE GLASSES WERE SQUEEZED.
5. ALL ASHTRAYS WERE DISINFECTED.
6. MAIN POOL WOODEN PARTITIONS, BENCHES AND TABLES BOTTOM PART WERE DISINFECTED AND CLEANED.
7. GUY'S BURGER AND BLUE IGUANA CANTINA FOOD LINE WERE CLEANED AND DISINFECTED.
8. RESTAURANT FOOD LINES WERE CLEANED AND DISINFECTED.
9. WATER PARK WERE SCRUBBED AND CLEANED.
10. ALL GARBAGE WERE COLLECTED AND BINS WERE SCRUBBED AND CLEANED.
11. ALL LOUNGE CHAIRS WERE DISINFECTED.

**3) SPECIAL PROJECTS**

> Lido restaurant scrubbing with wash and walk on progress.
> Restroom maintenance presentation was started is still on progress.
> TMs were advised to always make sure that they are using the correct PPE while on duty.
> Restroom team were advise to always check and make sure that all hand dryers are all working and report immediately if not working. Door handle tissue to make sure it's full and with sticker. Scratched or faded stickers must be reported to replace.
> Cambro trolley to always keeps on moving to collect cups and plates and properly segregated.
> Night shift HAs were advised to make sure they are monitoring the Cambro trolley and the buckets as they are getting missing every morning.

**4) EMERGENCIES/ISSUES**

NONE

**5) FOLLOW UP**

> WO Please refer to the homer.

**6) POOLS (RWF)**

> All pools were closed as per scheduled.
> All whirlpools were closed on time.
> Water slides and water park were closed at 7:00PM due to late sun set
> All pools were in RECIRCULATION mode.
> Main pool was closed due to vomit at around 15:30.

**7) DAILY COMPASS**

SHOW TRUST, CARE AND RESPECT FOR EACH OTHER, OUR SHIPS AND THE ENVIRONMENT

**8) OTHERS**

> Night shift TM were reminded on the SAIL PROGRAM to always update on the board and also to make sure that they are really talking to the guests and scrubbing or cleaning the furniture's.
> Cleaning of the restrooms must be done from time to time and proper coordination with the team is vital to know when was the last time they clean the restrooms. ( must be at least every 15 minutes.)
> To collect cups and plates, disinfect all touchable surfaces and to arrange the deck chairs.
> Carnival look must always presentable and look professional.
> All night shift were advised for the cabin and personal hygiene.
> HAs who was assigned to clean the restrooms was advised to also remove all ramps in and out to always check and clean.
> All night shift HA was advised to always make sure that the caution signs are always in place and keep on monitoring as some of the guests tend to remove or put it in a corner.
> Night shift restroom team was advised to make sure that they refill, clean and complete the set up of all the vomit kits. Also, they have been advised to make sure that all soap dispenser has enough soap in side, door handle tissue must have a sticker and tissue available and hand dryer must be working.

ALL SPORTS EQUIPMENT WERE STORED AND SECURED AT 10 PM

>Mini Golf Putters and Balls were secured and stored at deck 12 mid sports square area.
>Table Tennis Paddles and Balls were secured and stored at deck 12 mid inside the club house.
>Pool Cues and Balls were secured and stored at deck 12 mid inside the club house.
>Foosballs were secured and stored at deck 12 mid inside the clubhouse.
>Bean Bag Toss Boards were secured and stored at deck 12 mid sports square.
>Bean Bags were secured and stored at deck 12 mid inside clubhouse.

> All keys were handed over to P&D Rahman Khaladur.

**9) PLAN OF ACTION FOR TOMORROW**

> To inspect all caddy buckets for MSDS Labels.
> To continue scrubbing the DECK 12 JOGGING TRACK
> To continue scrubbing the DECK 15 SERENITY STBD.
> To make sure that all PVI/PDI kits are complete.

GR000312

## M/S CARNIVAL VISTA
## OPEN DECK NIGHT SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Saturday, July 8, 2023 | GALVESTON |
|---|---|

**580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK**

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* All pools rust cleaning done.
* Lido aft market place ceiling cleaning done.

**4) EMERGENCIES/ISSUES**

*At around 22:21 PM security called, bay the deck 11 stbd side fwd going to deck 12 guest slip and fall incident. Guest was slip and fall by the staircase. Guest was offared medical assistance by security team which is guest refuged.

**5) Deck Washing :-**

**6) Pools:**

*ALL POOLS ARE IN SEA TO SEA

**7) Daily Compass, Training and Comments**

TO CONSISTENTLY DELIVER SAFE, FUN & MEMORABLE VACATIONS AT A GREAT VALUE

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000313

**M/S CARNIVAL VISTA**
**OPEN DECK NIGHT SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Sunday, July 9, 2023 | *FIRST SEA DAY* |
|---|---|

*580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK*

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Main pool deck wshing done.
* Dk11 fwd stbd side smoking area upi floor scrubbed.
* Dk10 aft w/pools scrubbed.

**4) EMERGENCIES/ISSUES**

*At around 09:23PM AA called deck 10 aft tide pool guest is in swimming pool along with 8-month old kids using dipper supervisor immediately approached to guest and explain the guest about pool rolls. Same time Guest come out from the pool with kid.

**5) Deck Washing :-10/11**

**6) Pools:**

*ALL POOLS ARE IN SEA TO SEA

**7) Daily Compass, Training and Comments**

ENSURE SAFE, RESPONSIBLE, AND SECURE OPERATIONS

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000314

**M/S CARNIVAL VISTA**
**OPEN DECK NIGHT SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Monday, July 10, 2023 | SECOND SEA DAY |
|---|---|

**580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK**

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Lido deck floor scrubbed.
* Deck 10/11/12 all chanals scrubbed.
* Lido market place fwd & aft terracotta tails scrubbed

**4) EMERGENCIES/ISSUES**

NONE

**5) Deck Washing :-**

**6) Pools:**

*ALL POOLS ARE IN RECIRCULATION MODE

**7) Daily Compass, Training and Comments**

WARMLY WELCOME OUR GUESTS AND TEAM MEMBERS TO OUR HOME, MAKING THEM FEEL A PART OF THE CARNIVAL FAMILY

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000315

## M/S CARNIVAL VISTA
## OPEN DECK NIGHT SHIFT REPORT

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Tuesday, July 11, 2023 | MONTEGO BAY |
|---|---|

**580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK**

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Deck 10 fwd red frrog & blue iguana bar floor scrubbed.
* Lido restaurant interior clean.
* All channels are clean.

**4) EMERGENCIES/ISSUES**

*At around 03:17am security called lido restaurant port side aft near beverage station guest slip and fall incident at around 11:00PM. Guest was report at 01:00am to medical centar for the incident.Guest was not report the incident same time.

**5) Deck Washing :-**

**6) Pools:**

*ALL POOLS ARE IN RECIRCULATION MODE

**7) Daily Compass, Training and Comments**

EMBRACE OUR DIVERSITY AND BE INCLUSIVE

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000316

**M/S CARNIVAL VISTA**
**OPEN DECK NIGHT SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Wednesday, July 12, 2023** | **GRAND CAYMAN** |
|---|---|

**580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK**

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Deck 10 fwd red frrog & blue iguana bar floor scrubbed.
* Lido restaurant interior clean.
* All channels are clean.

**4) EMERGENCIES/ISSUES**

NONE

**5) Deck Washing :-10**

**6) Pools:**

*ALL POOLS ARE IN RECIRCULATION MODE

**7) Daily Compass, Training and Comments**

EMBRACE OUR DIVERSITY AND BE INCLUSIVE

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000317

**M/S CARNIVAL VISTA**
**OPEN DECK NIGHT SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| Thursday, July 13, 2023 | COZUMEL |
|---|---|

*580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK*

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Deck 10 fwd red frrog & blue iguana bar floor scrubbed.
* Lido restaurant interior clean.
* All channels are clean.
* Lido deck yellow & orange floor scrubbed.

**4) EMERGENCIES/ISSUES**

NONE

**5) Deck Washing :-10**

**6) Pools:**

*ALL POOLS ARE IN SEA TO SEA MODE

**7) Daily Compass, Training and Comments**

SHOW TRUST, CARE AND RESPECT FOR EACH OTHER, OUR SHIPS AND THE ENVIRONMENT

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000318

**M/S CARNIVAL VISTA**
**OPEN DECK NIGHT SHIFT REPORT**

This report should be completed at the end of every shift by the Pool & Deck on duty and e-mailed to HOUSEKEEPING MANAGER & HOUSEKEEPING OFFICE

| **Friday, July 14, 2023** | *LAST SEA DAY* |
|---|---|

*580368- RAHMAN KHALADUR SUPERVISOR POOL AND DECK*

**1) STAFF PROBLEMS - Detail problems of timekeeping, absence, etc.**

NONE

* Cleaning WATER PARK and all WHIRLPOOLS this includes scrubbing channels, walls and drains.
* Main pool Disinfecting all lounge chairs, handrails, wooden benches by the pool, Including the blue and red bench on port and stbd side
* Serenity - Cleaning channels, lifting cushions by the cabanas and checking the corners.
* Dk 10 aft disinfecting all lounge chairs, handrails and wooden benches by the aft pool.
* Disinfecting all restrooms by the main pool as often as possible. Same on deck 11 mid and Dk 10 aft restrooms.
* Collecting cups and plates, mopping the floor before, during and after the movie.
* Dk 10 fwd Packing the chairs on the last movie for cleaning the floor using the autos scrubber.
* Cleaning glasses by Dk elven facing the pool area on port and stbd side and in the middle fwd area.
* Closing Mini golf and club house at 10 PM this includes the cabinet for the mini golf stick.
* Dk 11 port and stbd smoking area disinfecting tables, lounge chairs and handrail on port and stbd side.
* Dk 12 disinfecting all the handrails and cleaning all the channels on port and stbd side.
* Deep cleaning all restrooms on all areas assigned in OD. From Serenity, Dk 12, Dk 11, Dk 10 fwd and aft.
* LIDO scrubbing tile flooring using Wash and walk with Duplex machine.
* squeezing all inside glass wall on LIDO.
* Mopping CLUB HOUSE by 10 PM before closing the area. This includes vacuuming the carpet of the sky billiard.
* All channels and was cleaned and cleared with garbage.

**3) SPECIAL PROJECTS**

* Aqua park all drain channels scrubbed blue pad and wash down.
* All PVI/PDI Response kit clean the bucket and refill all amenities.
* Open Deck lockers was clean and hand over with the day shift.
* Mopping done on deck 10,11,12 & 14 & serenity.
* All Lost & Found Handed over to the Guest Services.
* Advice all TM Use proper PPE on correct manner.
* All open deck restrooms are clean.
* Lido Restaurant all automatic hand wash station are clean and clear garbage.
* Deck 10 AFT housekeeping pantry are clean and arrange.
* All bins garbage cleared and washed.
* All glasses and channels are clean during night shift.
* Lido hand wash station all bin washed and sanitized.
* Lido all hand wash station cabinet clean.
* Lido restaurant terracotta tails scrubbed.
* Deck 10 fwd red frrog & blue iguana bar floor scrubbed.
* Lido restaurant interior clean.
* All channels are clean.
* All pvi/pdi kit refilled.

**4) EMERGENCIES/ISSUES**

NONE

**5) Deck Washing :-**

**6) Pools:**

*ALL POOLS ARE IN RECIRCULATION MODE

**7) Daily Compass, Training and Comments**

ANTICIPATE NEEDS, RESPOND RAPIDLY AND OWN ISSUES UNTIL THEY ARE RESOLVED

**8) OTHERS**

*Advice All TM Use PPE in proper manner*
*Advice Tams for proper grooming*
*All team members reminded for proper garbage separation*
*All TMs reminded for setting up of upset lounge chairs and timely clearance*

**9) Tomorrow Plan of action**

GR000319



WILCOR STA ANA
PLF 9

Carnival Cruise Lines

**Carnival**

Comment Details for Booking Number - N3Z3V8 StateRoom - 6383

| Comment By | Comment Time | Case-ID | Guest Name | Comment Type | Comment |
|---|---|---|---|---|---|
| Vista Housekeeping_1 | 14/Jul/2023 12.40 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Identification | Guest from Sr. 6383 Mr. Clay Crocket acquired a minor injury on his head at deck 11 portside under the stairs near DJ station. |
| Vista Housekeeping_1 | 14/Jul/2023 01.02 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Pause For Investigation | P&D supervisor received a call from housekeeping attendant regarding the guest who acquired a minor injury on his head. P&D immediately approached the guest and asked about his well being and offered medical assistance which he accepted at the same time. Upon query guest from SR. 6383 Mr. Clay Crocket stated that he was just sitting on the lounge chair when suddenly one of the wooden board on the steps fell down hitting his head, Mr. Clay acquired a minor cut on his head and also stated that he feels a little bit dizzy. Note: P&D checked the area at the time of accident and make work order to tighten the loose screw's of the steps and fix the detached wooden board. P&D accompanied the guest going to the medical center. |
| Emmanuel Kristiawang | 14/Jul/2023 03.49 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Pause For Investigation | GSS placed follow up call, spoke with Clay, He is doing fine, he visited MC and MC team took care of him. Medication and some bandages provided by MC as per Clay. Additional assistance offered. Thankful for follow up. |
| Emmanuel Kristiawang | 14/Jul/2023 03.49 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Resolution | Nothing further - EK. |
| Emmanuel Kristiawang | 14/Jul/2023 11.01 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Identification | Reopen case for additional update. |
| Emmanuel Kristiawang | 14/Jul/2023 11.02 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Pause For Investigation | Brittany at the desk asking for copy of incident report. SO advised. |
| Emmanuel Kristiawang | 14/Jul/2023 11.02 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Resolution | Please refer to security report. Nothing further - EK. |
| Lattaporn Kriengudom | 15/Jul/2023 12.56 AM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Identification | Reopened case for medical charges. |
| Lattaporn Kriengudom | 15/Jul/2023 12.56 AM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Resolution | Pending from MC |
| Jumane De'Andre Franklin | 15/Jul/2023 10.17 AM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Offer Compensation | Posting medical charge to 3738 totaling $1,335.00 |
| Jumane De'Andre Franklin | 15/Jul/2023 10.18 AM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Compensation Resolution | Nothing further. JF |
| Jodi Harris-Rivero | 26/Jul/2023 06.02 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Identification | Guest writing in regarding wood from stairs falling and hitting him on the head -- guest suffered a "minor" cut but was dizzy and nauseated the remainder of the day -- this happened at 1130 am |
| Jodi Harris-Rivero | 26/Jul/2023 06.05 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Issue Resolution | • Sail & Sign: Attached • Medical Receipt: Attached • Medical $$: CCL covered $1335 • CVP: No • VIFP Level/# of Cruises: Red / 3 • Upcoming Cruises: No • OBS: $659.47 • Ticket Revenue: $1394.80 / $2005.60 Cruise Fare: $1744 / 7 = $249.14 per day -- Offering 1 day FCC and $300 OBC |
| Jodi Harris-Rivero | 26/Jul/2023 06.09 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Offer Compensation | 1 day FCC for all 3 guests Clay $249.14 // OBC $300 Brittany $249.14 Hannah $20 |
| Jodi Harris-Rivero | 26/Jul/2023 06.09 PM | CORR-SS-VS-07272023-1001 | CLAY CROCKETT JR | Compensation Resolution | Nothing further.j8h |
| Vista Housekeeping_1 | 26/Jul/2023 06.03 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | File | Clay Crockett |
| Vista Housekeeping_1 | 26/Jul/2023 06.03 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | File | Clay Crockett Med |
| Vista Housekeeping_1 | 27/Jul/2023 08.01 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Correspondence | N/A |
| Vista Housekeeping_1 | 14/Jul/2023 12.40 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Identification | Guest from Sr. 6383 Mr. Clay Crocket acquired a minor injury on his head at deck 11 portside under the stairs near DJ station. |
| Vista Housekeeping_1 | 14/Jul/2023 01.02 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Pause For Investigation | P&D supervisor received a call from housekeeping attendant regarding the guest who acquired a minor injury on his head. P&D immediately approached the guest and asked about his well being and offered medical assistance which he accepted at the same time. Upon query guest from SR. 6383 Mr. Clay Crocket stated that he was just sitting on the lounge chair when suddenly one of the wooden board on the steps fell down hitting his head, Mr. Clay acquired a minor cut on his head and also stated that he feels a little bit dizzy. Note: P&D checked the area at the time of accident and make work order to tighten the loose screw's of the steps and fix the detached wooden board. P&D accompanied the guest going to the medical center. |
| Emmanuel Kristiawang | 14/Jul/2023 03.49 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Pause For Investigation | GSS placed follow up call, spoke with Clay, He is doing fine, he visited MC and MC team took care of him. Medication and some bandages provided by MC as per Clay. Additional assistance offered. Thankful for follow up. |
| Emmanuel Kristiawang | 14/Jul/2023 03.49 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Resolution | Nothing further - EK. |
| Emmanuel Kristiawang | 14/Jul/2023 11.01 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Identification | Reopen case for additional update. |
| Emmanuel Kristiawang | 14/Jul/2023 11.02 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Pause For Investigation | Brittany at the desk asking for copy of incident report. SO advised. |
| Emmanuel Kristiawang | 14/Jul/2023 11.02 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Resolution | Please refer to security report. Nothing further - EK. |
| Lattaporn Kriengudom | 15/Jul/2023 12.56 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Identification | Reopened case for medical charges. |
| Lattaporn Kriengudom | 15/Jul/2023 12.56 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Resolution | Pending from MC |
| Jumane De'Andre Franklin | 15/Jul/2023 10.17 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Offer Compensation | Posting medical charge to 3738 totaling $1,335.00 |
| Jumane De'Andre Franklin | 15/Jul/2023 10.18 AM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Compensation Resolution | Nothing further. JF |
| Jodi Harris-Rivero | 26/Jul/2023 06.02 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Identification | Guest writing in regarding wood from stairs falling and hitting him on the head -- guest suffered a "minor" cut but was dizzy and nauseated the remainder of the day -- this happened at 1130 am |
| Jodi Harris-Rivero | 26/Jul/2023 06.05 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Issue Resolution | • Sail & Sign: Attached • Medical Receipt: Attached • Medical $$: CCL covered $1335 • CVP: No • VIFP Level/# of Cruises: Red / 3 • Upcoming Cruises: No • OBS: $659.47 • Ticket Revenue: $1394.80 / $2005.60 Cruise Fare: $1744 / 7 = $249.14 per day -- Offering 1 day FCC and $300 OBC |
| Jodi Harris-Rivero | 26/Jul/2023 06.09 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Offer Compensation | 1 day FCC for all 3 guests Clay $249.14 // OBC $300 Brittany $249.14 Hannah $20 |
| Jodi Harris-Rivero | 26/Jul/2023 06.09 PM | SILP-SB-VS-07142023-5 | CLAY CROCKETT JR | Compensation Resolution | Nothing further.j8h |
| Vista Housekeeping_1 | 14/Jul/2023 04.14 PM | I-SB-VS-07142023-11 | CLAYCROCKETT JR | WrapUp Comments | N/A |
| Fabriana Moreau | null | I-SS-07272023-1073 | CLAYCROCKETT | WrapUp Comments | N/A |
| ICare application account | 26/Jul/2023 06.11 PM | IC-SS-07152023-174 | CLAYCROCKETT | WrapUp Comments | N/A |
| ICare application | 15/Jul/2023 | | CLAY | | |

7/27/2023 1/2 Generated By ICare Application

WILCOR STA ANA
**PLF 10**
03/27/2025 (JG)

GR000056

| account | 02.18 PM | IC-SS-07152023-174 | CROCKETT | File | image_67239169.JPG |
| ICare application account | 15/Jul/2023 02.18 PM | IC-SS-07152023-174 | CLAY CROCKETT | File | image_67201025.JPG |
| ICare application account | 15/Jul/2023 02.18 PM | IC-SS-07152023-174 | CLAY CROCKETT | File | Original-email.eml |

GR000057

## VISTA SENIOR ASSISTANT CHIEF SECURITY OFFICER

| | |
|---|---|
| **From:** | VISTA HOUSEKEEPING |
| **Sent:** | Monday, July 17, 2023 2:41 PM |
| **To:** | VISTA SENIOR ASSISTANT CHIEF SECURITY OFFICER |
| **Subject:** | RE: I CARE SR. 6383 –SILP–SB–VS–07142023–5– INJURY |

Good afternoon chief,

Please see below image you requested.



*Thank you, Best regards*

**WILCOR STA. ANA**
Pool & Deck Supervisor  | Carnival Vista
Carnival Cruise Line
Cell: 32117 | Office: 0090 | e: VSHSKP@carnival.com
**CHOOSE FUN®**





WILCOR STA ANA
**PLF 11**
03/27/2025 (JG)

GR000293

 **TO WORK** |

🌲 Please consider the environment before printing this email.

---

**From:** VISTA HOUSEKEEPING <VSHSKP@carnival.com>
**Sent:** Friday, July 14, 2023 1:49 PM
**To:** VISTA SENIOR ASSISTANT CHIEF SECURITY OFFICER <VSSRACHSEC@carnival.com>
**Cc:** VISTA HOUSEKEEPING <VSHSKP@carnival.com>
**Subject:** I CARE SR. 6383 -SILP-SB-VS-07142023-5- INJURY

Good Afternoon Chief,

Please see the below ICARE opened for SR 6383 and work order made for the same.

| Commented By | Commented Time | Comment Type |
|---|---|---|
| Vista Housekeeping_1 | 7/14/2023 12:40 PM | Issue Identification |
| Vista Housekeeping_1 | 7/14/2023 1:02 PM | Pause For Investigation |

### WR Overview - from 07-14-2023 to 07-14-2023

| List | WR | Filters |
|---|---|---|

Request Nr.: VS_0363525    WR Date: 07-14-2023 12:59 GMT-5:00    Origin: WR Mobile    🔲 View

Ship: VS    CARNIVAL VISTA

WR Issuer: WR    Work Request WR-WO Mobile    🖌 WR Notes

WR Number: 104381

WR Problem Type: C_CARPENTR    CCL - REFURBISH: CARPENTRY    🖨 Print

From Department: HOUSE LAUN    HOUSEKEEPING

Requestor: SUP POOL/D    SUPERVISOR POOLS / DECKS

To Department: ENGINE    ENGINE DEPARTMENT

Responsible: FMM TEAM    REFURBISH TEAM LEADER

On Hold:

WR Subject: Others

WR Priority: TOP URGENT    TOP URGENT

Location: HQ_0071134    VS/DK11/FZ3/PS/ MAIN VERTICAL ZONE 3

Object ID:

WR status: Approved    🔍 History

Last WO: VS_0504385    WO Date: 07-14-2023 12:59 GMT-5:00    🔲 View    🔍 Suspension Reason

WO Number: WM104799    WO Status: In Progress

🔍 WO List    🔍 REQ List    ❌ Exit

**Notes**

WR ID: VS_03635[...]

dk 11 mid portside [...]
of the steps detach[...]

2

GR000294

*Thank you, Best regards*

**WILCOR STA. ANA**
Pool & Deck Supervisor  | Carnival Vista
Carnival Cruise Line
Cell: 32117 | Office: 0090 | e: VSHSKP@carnival.com

**CHOOSE FUN®**

glassdoor
**BEST PLACES
TO WORK**

**Great Place
To Work Certified**

 Please consider the environment before printing this email.

GR000295