Exhibit D

Antony Peter's Deposition

Carnival's Joiner

# Index

Deposition Transcript – Antony Peter                                              Pg 3
Exhibit 1 – Notice of Taking Videotaped Deposition                               Pg 41
Exhibit 2 – CCL GR000337- GR000340 – Job Descriptions                            Pg 47
Exhibit 2A – Job Description – Facility Maintenance Manager                       Pg 48
Exhibit 3 – CCL GR000058-GR000060 - CCL Vista Deck Plans                         Pg 51
Exhibit 4 – CCL GR000341-GR000350 - Incident Photos provided by CCL (10)         Pg 54
Exhibit 5 – CCL GR000335 - Procedure for Work Order Reports                      Pg 64
Exhibit 6 – PHOTO OF STAIRCASE (07.14.2023)                                      Pg 65
Exhibit 7 – CCL GR000293-GR000295 - Work Orders                                  Pg 66
Exhibit 8 – Photograph of the staircase                                          Pg 69

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

AT LAW AND ADMIRALTY

CASE NO.:  1:24-CV-21185-RAR

CLAY CROCKETT,

     Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a

CARNIVAL CRUISE LINE,

     Defendant.

_____/

DEPOSITION OF:  ANTONY PETER

DATE:           March 31, 2025

TIME:           12:02 p.m. to 2:09 p.m.

TAKEN BY:       Defendant

PLACE:          New Orleans, Louisiana

REPORTED BY:    TERRI L. FERREIRA, FPR-STENOGRAPHER

Page 2

APPEARANCES:

LISA GOODMAN, ESQUIRE
OF: HICKEY LAW FIRM
   12150 SW 128th Ct
   Suite 225
   Miami, FL 33186-4674
   Lgoodman@hickeylawfirm.com
   Counsel for the Plaintiff

ASHLEY GENOESE, ESQUIRE
OF: GRAY ROBINSON
   515 N Flagler Drive
   Suite 650
   West Palm Beach, FL 33401-4339
   Ashley.genoese@gray-robinson.com
   Counsel for the Defendant

Also present: Oliver Lee, video technician
      Namagal Rani Vivekaandamorthy,
      Tamil interpreter

Page 4

EXHIBITS FOR IDENTIFICATION

EXHIBIT 1   Notice of taking deposition   12
EXHIBIT 2   Job procedures   19
EXHIBIT 2A   Job description   19
EXHIBIT 3   Deck plan   29
EXHIBIT 4   Photos of stairs   32
EXHIBIT 5   Procedure for work orders   52
EXHIBIT 6   Photograph   53
EXHIBIT 7   Housekeeping email   54
EXHIBIT 8   Photo of stairs   56

Page 3

I N D E X

TESTIMONY OF ANTONY PETER

Direct Examination by Ms. Goodman   6
Cross-Examination by Ms. Genoese   61

CERTIFICATE OF OATH   63

CERTIFICATE OF REPORTER   64

WITNESS NOTIFICATION LETTER   65

ERRATA SHEET   66

Page 5

THE VIDEOGRAPHER: Okay. In the case styled Clay Crockett versus Carnival Corporation, doing business as Carnival Cruise Line. Case number 124:cv-21185RAR.

This is the video-recorded deposition of Antony Peter, CCL, joiner. This deposition is taking place via Teams on March 31st, 2025. The time is now 12:02 p.m., Eastern time.

Our videographer is Oliver Lee.

Counsel will state their appearances for the record; after which, our court reporter, Terri Ferreira, will swear in our interpreter, Namagal Rani, and then the witness.

MS. GOODMAN: This is Lisa Goodman from Hickey Law Firm on behalf of the plaintiff, Clay Crockett.

MS. GENOESE: Ashley Genoese on behalf of the defendant, Carnival Corporation.

THE INTERPRETER: Namagal Rani Vivekaandamorthy, the Tamil interpreter.

THE STENOGRAPHER: Okay, Ms. Rani, if you can please raise your right hand.

Do you swear or affirm to accurately interpret Tamil into English and English into Tamil to the best of your ability, so help you

Veritext Legal Solutions
800-726-7007                    305-376-8800

Page 6

God?

THE INTERPRETER: I do.

THE STENOGRAPHER: Thank you, ma'am.

(Thereupon, Namagal Rani Vivekaandamorthy was sworn to act as interpreter during the taking of the deposition.)

THE STENOGRAPHER: Okay. Mr. Peter, if you could please raise your right hand to be sworn.

Do you swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS: Yes, I do.

THE STENOGRAPHER: Thank you.

Thereupon,

ANTONY PETER,

was called as a witness and, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MS. GOODMAN:

Q.   Good afternoon, sir. Can you please state and spell your name for the record?

A.   Antony Peter, A-N-T-O-N-Y, P-E-T-E-R.

Q.   Now, the identification on your screen says Valor HR director; are you the Carnival Valor HR director?

Page 7

THE INTERPRETER: Yeah. So he understood, so he answers.

A.   No. I'm using his office and I'm on the video.

BY MS. GOODMAN:

Q.   Okay. But that means you're onboard the Carnival Valor currently?

A.   Yes, I am working with them on Carnival Valor.

Q.   Where's the Carnival Valor located?

A.   New Orleans.

Q.   New Orleans?

A.   New Orleans, yes, New Orleans.

Q.   Do you consent to being sworn under oath remotely using Teams?

A.   Yes, I do.

Q.   And do you consent to having your deposition taken remotely using Teams today?

A.   Yes, I do.

Q.   And would you agree that we're here today regarding an incident that a riser board fell from an outdoor staircase on to Clay Crockett onboard the Carnival Vista on July 14th, 2023?

MS. GENOESE: Object to form.

BY MS. GOODMAN:

Page 8

Q.   You can go ahead and answer.

THE INTERPRETER: Okay. It was a little too long, but I'm going to try.

MS. GOODMAN: Sure.

THE INTERPRETER: If you want to repeat or let me see. I don't want to miss anything, that's why.

A.   I know it fell, but I didn't know on who it fell, I don't know about it.

BY MS. GOODMAN:

Q.   Understood.

Okay. We know that you are currently onboard the Carnival Valor; right?

A.   Yes.

Q.   When are you scheduled to get off the Carnival Valor?

A.   August 18th.

Q.   Of 2025?

A.   Yes.

Q.   Okay. Do you already have your next ship assignment?

A.   Not yet.

Q.   Do you plan on working again onboard a Carnival ship?

A.   Yes.

Page 9

Q.   Do you have any plans on leaving Carnival in the near future, like, no longer working for Carnival in the near future?

A.   Not at this moment.

Q.   Okay. Have you ever had your deposition taken before?

A.   No, not before this.

Q.   Okay. If you don't understand a question or if you don't understand how a question was translated, please let us know so that we can address that.

A.   Okay.

Q.   Onboard the ship, what language do you communicate in?

A.   English.

Q.   Okay. It seems like you understand much of what I'm asking you in English; right?

MS. GENOESE: Objection to form.

A.   Yes. Not perfectly, but I understand.

BY MS. GOODMAN:

Q.   Right. So you're more comfortable having your deposition translated in your original language; right?

A.   Yes.

Q.   Okay. Did you notify anyone that you would be take -- that you'd be attending your deposition today?

3 (Pages 6 - 9)

Page 10

A.   So far I hadn't told anyone.

Q.   Okay.  I'm about to ask you what you did to prepare for your deposition.  I don't want to know what you and your attorney spoke about, if you and your attorney spoke.  Okay?

So what did you do to prepare for your deposition?

A.   For one hour, I spoke to --

THE INTERPRETER:  I have to ask him.

A.   I spoke to my office for the last one hour.

BY MS. GOODMAN:

Q.   You spoke to your office?

A.   They said they are going to -- you are going to sit down and talk about it and at this place, they will be asking you questions.

Q.   When you say you spoke to your office, who in your office did you speak to?

A.   I spoke to my HR, and they said you have to sit at this computer and speak to them.

Q.   And how did you speak to the HR individual?

A.   The HR person -- okay.  We have -- we got an email from the company and then they showed it to me and they said yes, you have to sit down and talk to them today.

Q.   Okay.  So the crew member in your HR that

Page 11

you spoke to, do you know what that person's name is?

THE INTERPRETER:  I didn't get that.

A.   K-E-E-L-Y, Keely.

BY MS. GOODMAN:

Q.   And is Keely a Carnival crew member?

A.   Yes.

Q.   And she works in the HR department?

A.   Yes.

Q.   Is that onboard the ship or on land at the corporate office?

A.   She will be on the ship.

Q.   Which ship?

A.   Carnival Valor.

Q.   Was anyone else present when you were speaking to Keely?

A.   Nobody else.

Q.   Did you review any documents with Keely?

A.   No.

Q.   Did you speak with an attorney in preparation for your deposition today?

A.   Yes.

Q.   Okay.  How long did you speak to an attorney in preparation for your deposition today?

A.   Today, about an hour.

Q.   And how was that, was that by Zoom, by

Page 12

phone, by Teams?

A.   Similar to this, a video.

Q.   Was anyone else present when you spoke with the attorney for about an hour today?

A.   No, nobody here.

Q.   There have been other depositions where transcripts were created after the depositions; did you review any deposition transcripts?

A.   No.

Q.   Did you review any photos of the area where the incident occurred?

A.   Yes, I did.

Q.   What photos did you review?

A.   There was a photo of a step and the thing that had fallen on the floor.

Q.   Did you review any work orders?

A.   No.

Q.   Did you review any Carnival policy and procedures?

A.   No, nothing like that.

Q.   Let me show you what will be Plaintiff's Exhibit 1 to your deposition.

A.   I can see it.

(Exhibit 1 was marked for identification.)

THE INTERPRETER:  He said, I can see it,

Page 13

yes.

BY MS. GOODMAN:

Q.   Oh, you can see it?  My apologies.

A.   Yes.

Q.   Plaintiff's Exhibit 1 is the notice of taking video-taped deposition of you; is that correct?

A.   I see my name is written there.

Q.   Okay.  Your name and today's deposition and the time?

MS. GENOESE:  Object to form.

BY MS. GOODMAN:

Q.   You can go ahead and answer.

A.   Yes, everything is correct there.  I see it.

Q.   Okay.  Where are you from originally?

A.   India.

Q.   When you're not onboard a Carnival ship, do you go back to India?

A.   Yes.

Q.   Do you have family in India currently?

A.   Yes.

Q.   Do you receive a salary for your employment at Carnival?

A.   Yes, they pay me; correct.

Q.   Do you send any portion of that salary back

4 (Pages 10 - 13)

Veritext Legal Solutions

800-726-7007                                                                 305-376-8800

Page 14

to your family in India?

A.   Yes, I do.

Q.   How long have you been employed by Carnival?

A.   13 years.

Q.   You would have started in Carnival in approximately, what, 2012?

A.   2013, May.

Q.   Okay.  2013, May of 2013.

Have you worked for any other cruise lines besides Carnival?

A.   No, not so far.

Q.   Can you tell us what Carnival ships you've been assigned to?

A.   Right now I'm assigned to Carnival Valor.

Q.   What other ships in the 13 years that you've worked for Carnival have you been assigned to?

A.   Vista, Horizon and Magic, Pride, Freedom, Spirit.

Q.   Any others?

A.   No, that's it.

Q.   Okay.  When were you assigned to the Carnival Vista?

A.   In that ship I have done four -- I have done four contracts in that ship.

Page 15

Q.   Okay.  Would you be able to tell me when you did those four contracts onboard the Carnival Vista?

A.   I don't remember exactly the dates, but the last one was with them.  The last three were with them.

Q.   The last three contracts were with Carnival Vista -- onboard the Carnival Vista?

A.   Yes.

Q.   Okay.  So we -- we know that you were onboard the Carnival Vista on July 14th, 2023; right?

A.   Yes.

Q.   Were you onboard the Carnival Vista after January 2024?

A.   No.  During that time, I was in Carnival Vista; whether I was on vacation at that time, I don't recall.

Q.   Okay.  So the Carnival Valor, when did you first get onboard the Carnival Valor?

A.   February 18th.

Q.   Of 2025?

A.   Yes.

Q.   And you're going to be on the Carnival Valor until August 2025; right?

A.   Yes.

Q.   And before the Carnival Valor, you were onboard the Carnival Vista; right?

Page 16

A.   For two months I was on vacation in my -- in my village, and then yes, before that, I was in Carnival Vista.

Q.   Okay.  So two months would have been approximately December 2024, you would have been on your vacation back home; right?

A.   I remember signing off with Vista on November 25th; I had two months and 18 days of vacation.

Q.   November -- so you signed off the Carnival Vista November 25th, 2024?

A.   Yes.

Q.   And when -- do you recall when you got onboard the Carnival Vista for that time?

A.   It was a five-month contract; I don't know when I signed to join.

Q.   If it was a five-month contract, maybe you signed on like June of 2024?

A.   Probably, yes.

Q.   Okay.  When you first started with Carnival 13 years ago, what was the first position you held?

A.   Assistant carpenter.

Q.   Did you receive a promotion?

A.   Yes.

Q.   And what was the -- the next job title that you were promoted to?

Page 17

A.   It's called joiner.  Yeah, joiner.

Q.   Have you been promoted since you were promoted to joiner?

A.   No.

Q.   Okay.  So still onboard the Carnival Valor, you're a joiner; right?

A.   After that, I got a promotion.  Right now, I'm a senior joiner carpenter, yeah.

Q.   When were you promoted to senior joiner carpenter?

A.   My last contract with Vista.

Q.   Okay.  So in approximately June of 2024 when you started your last contract with the Carnival Vista, you were promoted to senior joiner carpenter?

A.   Yes.

Q.   And onboard the Carnival Vista in July of 2023, you were a joiner at that time?

A.   Yes; correct.

Q.   Did Carnival provide you any training to be a joiner?

A.   Yes, they train -- they give training when I was the assistant, when I was a joiner, when I became the senior, yes, all -- always I was given training.

Q.   Did you have to complete any courses to be a joiner?

5 (Pages 14 - 17)

Page 18

A. No, there's no course or anything, it's mostly your experience and when you become the joiner, they will -- they will tell me what my responsibilities are.

Q. Okay. Let's talk about your responsibilities. What are your responsibilities as a joiner?

A. Oh, I didn't understand.

Q. What are your -- what are your duties as a joiner?

A. We had to do the job that's assigned to us, and I will go and do that.

Q. What kind of jobs get assigned to you?

THE INTERPRETER: I'm going to stop him because he was mumbling; I didn't understand the words.

A. So every day will be different. Oh, I'll get work orders depending on what they need. If there is a sofa, a chair or anything that's broken, then I will be assigned to that. So if any door is not closing properly, then I'll be called for that.

Similarly, I'll get many work orders, and I have to do it.

BY MS. GOODMAN:

Q. Is part of your job maintaining the ship?

Page 19

A. Yes.

Q. That would include, I guess, fixing or repairing things that are broken; right?

A. Yes.

Q. And also doing, I guess, regular maintenance to keep the ship in -- keep the ship looking in a good condition; right?

MS. GENOESE: Object to form.

A. Yes.

BY MS. GOODMAN:

Q. What department is the joiner a part of?

A. Engine department.

(Exhibit 2 and 2A were marked for identification.)

BY MS. GOODMAN:

Q. I'm going to show you what will be Plaintiff's Composite Exhibit 2.

Let's start with this one first. This is Bates stamped GR000337. Okay. And this is the, I guess the job summary, responsibility requirements for the refurbishing team member; do you see that?

A. Yes, I can see that.

Q. Is this -- would this be your job description and responsibilities or would yours be something else?

Page 20

A. Yes, ours.

Q. Okay. So these would be your -- this would be your job summary and responsibilities?

MS. GENOESE: Object to form.

A. This is our team's responsibility.

BY MS. GOODMAN:

Q. Okay. So this is for, like, the whole team, not necessarily you as a joiner?

A. Yes, the whole teams.

Q. Here it says: Responsible for the upkeep of the vessel's guest and crew area; do you see that?

A. Yes.

Q. Carrying out refurbishment, repairs and daily works as instructed by the team leader?

A. Yes.

Q. Perform safety equipment repairs as needed; do you see that?

A. Yes, I do.

Q. Okay. And the other portion of Plaintiff's Composite Exhibit 2 is the facilities maintenance manager's job description and responsibilities; it's Bates stamp GR000338 and 339 and 340.

A. Yes, I see it on the screen.

Q. Do you report to the facilities maintenance manager?

Page 21

A. No, we only report to the team leader. The team leader is the one who reports to the -- to them.

Q. Okay. Are you in charge of any crew members?

A. No.

Q. As part of your job as a joiner, would it include, I guess, repairing outdoor staircases?

A. Yeah, that's our job, too.

Q. Okay. You would agree that staircases should not break when someone walks on them; right?

MS. GENOESE: Object to form.

A. Yes.

BY MS. GOODMAN:

Q. You would agree that pieces of staircases should not fall off of staircases when somebody's walking on them?

MS. GENOESE: Object to form.

A. Yes.

BY MS. GOODMAN:

Q. You would agree that it could be dangerous if a piece of a staircase falls off when someone is walking on a staircase?

MS. GENOESE: Object to form.

A. No.

BY MS. GOODMAN:

6 (Pages 18 - 21)

Page 22

Q. Why not?

A. No, they would not fall like. It will be very strong. We fix it so strong that it's not going to fall.

Q. In order for a piece of the staircase not to fall off, you would agree that the staircase has to be -- the pieces of the staircase have to be properly secured to the staircase?

MS. GENOESE: Object to the form.

Madam Court Reporter [sic], if you don't mind taking a pause before the question to listen to my objection and then so the court reporter gets it and then also translating the objection, too. Thanks.

THE INTERPRETER: I'm sorry. Can you repeat the question? I told --

BY MS. GOODMAN:

Q. Yeah. You would agree that a piece of the staircase -- in order to make sure that a piece of the staircase does not fall off of the staircase, the pieces of the staircase must be properly secured to the staircase?

MS. GENOESE: Object to form.

A. I have to listen to her and she objected to this.

Page 23

BY MS. GOODMAN:

Q. Okay. So even though there's an objection, you still answer the question. Okay?

MS. GENOESE: You can answer, sir.

A. Can you repeat that question?

BY MS. GOODMAN:

Q. You would agree that in order for a piece of the staircase not to fall off the staircase, the pieces of the staircase must be properly secured to the staircase?

MS. GENOESE: Object to form.

You can answer.

A. We always fix it correctly, yes.

BY MS. GOODMAN:

Q. And when you say you always fix it correctly, what do you mean?

A. It is a step where everybody step on it and walk, so we secure it properly and it will be firmly fixed.

Q. Because -- why do you secure it properly?

MS. GENOESE: Object to form.

A. So we will fix it and sometimes three to four times, we will check it out to see whether it's okay.

BY MS. GOODMAN:

Page 24

Q. Do you -- the reason why you want to properly secure the pieces of the staircase is so that a piece of the staircase does not fall off; right?

MS. GENOESE: Object to form.

A. I'm trying to say whatever I fix, I will check it and recheck it to make sure that doesn't fall, so if anyone fixed another staircase, that is not my responsibility or I don't know.

BY MS. GOODMAN:

Q. Okay. No, I understand what you're saying about what you do, I just want to -- I'm asking you, like, why do you do what you do; do you -- why do you check it three to four times to make sure that it's properly secured?

MS. GENOESE: Object to form.

You can answer.

A. Our job responsibility is such, whatever we do, we make sure that it is secure.

BY MS. GOODMAN:

Q. Okay. But why do you want the steps of the staircase to be secured?

MS. GENOESE: Object to form, asked and answered already.

BY MS. GOODMAN:

Q. You can go ahead and answer.

Page 25

A. It's not only the step. Maybe a door that we fix, we keep checking and rechecking to make sure it's secure.

Q. What is the reason behind why you keep checking to make sure it's secure?

MS. GENOESE: Object to form, asked and answered. This is getting harassing now.

You may answer.

A. Okay. So what I'm trying to tell is when we do a job, we make sure that we did a good job or we did a proper job, so everyone, when we do our job, we make sure that it is properly done and securely fixed. That is what I'm telling you and I do not understand why I'm being asked again and again.

BY MS. GOODMAN:

Q. If a step or if a piece of a staircase is not properly secured, could it fall off?

MS. GENOESE: Object to form.

BY MS. GOODMAN:

Q. You can go ahead and answer.

A. Whether it was securely fixed or not, only the person who fixed it would know.

Q. I don't think that answers my question. I'm asking is it possible if a piece of a staircase, if it was not properly secured, could a piece of the

7 (Pages 22 - 25)

Page 26

staircase fall off?

MS. GENOESE: Object to form, speculation.

A. It will not fall by itself.

BY MS. GOODMAN:

Q. What does that mean?

A. There is no possibility or no chance for it to fall by itself.

Q. What does that mean when you say that there's no possibility for it to fall by itself?

MS. GENOESE: Object to form.

A. There will be two screws and there'll be glue that is underneath.

BY MS. GOODMAN:

Q. Okay. So we'll get back to the subject outdoor staircase momentarily.

Let's talk about the Carnival Vista. Okay?

A. Okay.

Q. Okay. Do you know what class the Carnival Vista is in?

A. Vista class.

Q. Do you know what ships are in the Vista class?

A. It's Vista class, Vista.

Q. Is the Carnival Horizon part of the Vista class?

Page 27

A. Yes.

Q. Or the Carnival Panorama, is that part of the Vista class?

A. Yes.

Q. What about the Carnival Venezia, is that part of the Vista class?

A. Yes.

Q. What about the Carnival Firenze, is that part of Vista class?

A. Yes, Vista class.

Q. And you've been -- out of those ships that we just named, you've only been onboard the Carnival Vista and Carnival Horizon as part of the Vista class; right?

A. Carnival Vista, Carnival Horizon, these are the two I have worked on, yes.

Q. Okay. Have you ever been onboard the Carnival Venezia and the Carnival Firenze?

A. No.

Q. Do you know what the capacity of the Carnival Vista is?

A. No.

Q. If I told you that it's approximately, in terms of crew and passenger, approximately 5,000, would that sound accurate?

Page 28

MS. GENOESE: Object to form, speculation.

BY MS. GOODMAN:

Q. You can go ahead and answer.

A. Maybe, I really don't know.

Q. Okay. In July of 2023, do you recall what the itinerary of the Carnival Vista was?

A. No, I don't know. I don't remember.

Q. The Carnival Horizon, when were you onboard the Carnival horizon?

A. During that accident time, I was there.

Q. During which time?

THE INTERPRETER: During the accident time, I was there, he said. He can repeat it.

A. I said I had worked in that ship during the time of the accident.

BY MS. GOODMAN:

Q. When you say during the time of the accident, what do you mean?

A. Can you -- maybe I did not understand the question, what was your question?

Q. Yeah, the Carnival Horizon, when were you onboard the Carnival horizon?

A. The last three contracts I was working there.

Q. The last three contracts I thought you were

Page 29

working onboard the Carnival Vista?

A. Yes.

Q. I'm asking about the Carnival Horizon, when were you onboard the Carnival Horizon?

A. I don't remember. When they first brought it to the new one, new ship, I was in it, that's all I know. I don't remember the dates.

Q. Do you remember the layout of the Carnival Horizon?

A. It was a Vista, so it'll be of the same -- same structure.

Q. And when you were onboard the Carnival Horizon, were you also a joiner?

A. Yes.

Q. Okay. Let's go back to the Carnival Vista. I'm going to show you -- it needs to load, give me one second. It's the deck plans for the Vista.

MS. GENOESE: And, Lisa, whenever's a good time for a break, it's been about an hour, so whenever you get a good breaking point.

MS. GOODMAN: Okay. Let's do this exhibit and then we can take a break.

THE WITNESS: Okay.

(Exhibit 3 was marked for identification.)

BY MS. GOODMAN:

8 (Pages 26 - 29)

Page 30

Q.   Okay.  So this is the deck plan for the Carnival Vista.  It's a document produced by Carnival.  It's Bates stamped GR000058.  Okay?

A.   Okay.

Q.   The Carnival Vista has 15 decks?

A.   Yes.

Q.   And there are outdoor staircases connecting decks 11 and deck 12?

A.   Yes.

Q.   Okay.  And the outdoor staircase -- a piece of the outdoor staircase is what fell on Mr. Crockett, that was a piece of the outdoor staircase between deck 11 and deck 12; is that your understanding?

A.   I don't know on who it fell, but they were talking that it fell.

Q.   Is it your understanding that the piece is from the outdoor staircase between deck 11 and deck 12?

MS. GENOESE:  Object to form.

A.   Maybe.

BY MS. GOODMAN:

Q.   Okay.  Where is -- well, strike that.

Do you have an office onboard the Carnival Vista?

A.   No office, but we have a workshop.

Q.   A workshop, where is the workshop located

Page 31

on the Carnival Vista?

A.   Deck alpha.

Q.   What deck is that?

A.   It is below zero, under zero.

MS. GOODMAN:  Okay.  All right.  We can take a break.  Five minutes?

MS. GENOESE:  I'm actually going to request ten because my Internet is spotty and I think I have to reset my computer, so if you don't mind ten?

MS. GOODMAN:  No problem.

THE INTERPRETER:  Ten-minutes' break.

THE VIDEOGRAPHER:  Okay, guys, we're going to go off the record.  We're off the record at 12:56 p.m.

(Pause in proceedings.)

THE VIDEOGRAPHER:  Okay.  We are back on the record at 1:08.

BY MS. GOODMAN:

Q.   Okay.  In July of 2023, onboard the Carnival Vista, how many other joiners were there besides you?

A.   I don't remember that.

Q.   Were there more than one?

A.   Yes.

Page 32

Q.   Was it like three or four joiners?

A.   In total there are 13 people, so there could have been three, four, I don't know.

Q.   13 people in the -- in, what is it, the refurbishment department, refurbishment team?

A.   Oh, I'm including everybody, the joiner, the carpenter, the foreman, everybody in total, it will be 13 people in the team.

Q.   Okay.  So 13 people in the team, but you don't recall, like, how many joiners, how many carpenters, you don't recall the specific number for each position?

MS. GENOESE:  Object to form.

A.   No, I don't know.

(Exhibit 4 was marked for identification.)

BY MS. GOODMAN:

Q.   Okay.  Let's look at what will be Plaintiff's Exhibit 4.  Plaintiff's Exhibit 4 are photographs taken by Carnival of the subject outdoor staircase.  Okay?

A.   Okay.

Q.   Right now we're looking at Bates stamp GR000341.  Okay?

A.   Okay.

Q.   And this photograph, do you recognize it as

Page 33

one of the outdoor staircases onboard the Carnival Vista connecting decks 11 and 12?

A.   This is how it looks.

Q.   Okay.  And as part of your job as a joiner, would you be responsible for maintaining this staircase as we see in front of us?

MS. GENOESE:  Object to form.

A.   For once in three to four months, we do the maintenance.  If there is any report from -- for us to go in and check it out, we would.

BY MS. GOODMAN:

Q.   Okay.  You said once every three to four months you do the maintenance; is that correct?

A.   Yes.

Q.   And what does that maintenance consist of every three to four months?

THE INTERPRETER:  I'm going to ask him to repeat that.

A.   We will varnish it.

BY MS. GOODMAN:

Q.   Okay.  You varnish -- you varnish the steps of the staircase every three or four months?

A.   The ship has so many stairs, this is not the only stairs and sometimes three months, sometimes four months, we go and varnish it.

9 (Pages 30 - 33)

Page 34

Q.   Is there a document that would tell us when this staircase was varnished?

A.   No.

Q.   Is there a document that would tell us the policy that it -- that this staircase would be varnished every three to four months?

A.   No.

Q.   When you say varnish, what do you mean?

A.   The wood, we would put varnish on it.

Q.   So you restain or you varnish the wood of the steps of the staircase?

A.   Yes.

Q.   Okay.  How do you varnish the steps of the staircase?

A.   We'll sand it and then varnish it.

Q.   Do you do that while the steps are attached to the staircase or do you remove the pieces of the staircase and take them somewhere else to do the varnishing?

A.   We have to remove the step and varnish it.

Q.   And how do you remove the steps to varnish the steps of the staircase?

A.   All the screws need to be removed, and it's very hard, but we have to pull it out because there is glue and we have to take it out.

Page 35

Q.   And this is -- I'm on the next page.  This is Bates stamped GR000342.  Okay?

A.   Okay.

Q.   Okay.  And we see that there are wood pieces on the part of the step that a person steps on; right?

A.   Yes, I do.

Q.   And then there's also a wood piece here, what's called the riser?

A.   Yes, I see that, yes.

Q.   Okay.  When you're doing the varnishing, do you remove these steps that you step on and the riser board?

A.   Everything needs to be removed.

Q.   Okay.  So that means you would unscrew the screws that attach the riser board to the staircase; right?

A.   We had to remove all the screws to take the piece out.

Q.   Okay.  And in order to -- well, strike that.

Passengers and crew members cannot walk on the staircase when you removed the boards from the staircase; right?

A.   Okay.  When we were repairing or doing work

Page 36

on that, they will close it, no one can go there.  They will close that area.

Q.   Who will close the staircase?

A.   The housekeeping; and it is strictly only after they close, we can start working on it.

Q.   And how does housekeeping know to close the staircase?

MS. GENOESE:  Object to form.

A.   If we are going to do the maintenance, we inform everybody.

BY MS. GOODMAN:

Q.   How do you inform everybody?

A.   We call the supervisor and then they will inform.

MS. GOODMAN:  Hold on.  I need to take a quick break, I'm sorry.

THE VIDEOGRAPHER:  Okay.  We are off the record at 1:19.

(Pause in proceedings.)

THE VIDEOGRAPHER:  We're back on the record at 1:22.

BY MS. GOODMAN:

Q.   You said that you -- you said that you called a supervisor, when you say supervisor, are you referring to, like, the housekeeping supervisor?

Page 37

A.   I want to know are you talking generally about steps or with the steps or what in particular are you asking me?

Q.   I'm talking specifically about the Carnival Vista, specifically about when you're doing the varnishing; I want to know about those procedures.

A.   So whoever is the housekeeping supervisor, and it will not be the same -- it will be -- it will be open deck supervisor.

Q.   Is that the pool and deck supervisor?

A.   Yes; correct.

Q.   Okay.  The pool and deck supervisor gets a phone call?

A.   So we'll be calling -- we are going to repair such and such an area and you need to close it.  I'm sorry, not repair, but maintenance, we are going to do maintenance, and you'll need to close the area.

Q.   Does the refurbishment team send an email to the pool and deck supervisor regarding varnishing?

A.   No, we telephone and report.

Q.   Is there a work order that's created regarding the varnishing of this staircase?

A.   No, nothing like that.  It's routine work.

Q.   Is there any document created that would demonstrate that the varnishing has occurred?

10 (Pages 34 - 37)

Veritext Legal Solutions

800-726-7007                                                          305-376-8800

Page 38

A.   No, nothing like that.

Q.   After the varnishing -- well, where is the varnishing done for the steps of the staircase?

A.   In the workshop, varnishing will be done in the workshop.

Q.   And then after the varnishing is done in the workshop, what happens next?

A.   Once it's dry, we bring it back and put it again.

Q.   And when you say put it again, what do you mean?

A.   We'll bring it and put it again, fix it again.

Q.   How do you fix it again?

A.   Like, we put it back how it was previously, like, put the screws and the glues and the screws.

Q.   Is there a log that is created that this varnishing is completed?

MS. GENOESE:  Object to form, asked and answered.

A.   There's no log.  We go and observe whatever is bad, that's the one we would be doing.

BY MS. GOODMAN:

Q.   Okay.  But the procedure is to do this varnishing every three to four months?

Page 39

A.   No, it is not always.  Whatever is bad, that's the ones we do.

Q.   So I don't -- I'm confused.  You don't remove the entire -- every step of the staircase, you just remove some of the steps of the staircase to do the varnishing?

A.   Okay.  When we do it, all the steps are removed and all of them are varnished.

Q.   Okay.  And how do you determine that the steps of the staircase need to be varnished?

A.   Okay.  Because it's an open deck.  The sunlights hits it, the salty water comes on it, so that's why it has to be removed and varnished.

Q.   Okay.  But who determines when it needs to be varnished again?

A.   Team leader.

Q.   Team leader of what department?

A.   Refurbishing team leader.

Q.   Okay.  So for the team leader, the refurbishing team leader to determine if an outdoor staircase needed to be varnished, the team leader would have to inspect the outdoor staircases to make that determination; right?

MS. GENOESE:  Object to form, speculation.

A.   I don't understand the question.

Page 40

BY MS. GOODMAN:

Q.   How does the team leader decide when the varnishing needs to be done?

MS. GENOESE:  Object to form, speculation.

A.   I already said that if it does becomes --

THE INTERPRETER:  Sorry.  He said, if it becomes white, it becomes kind of white, that's when it is determined, okay, we have to take it and varnish it.

BY MS. GOODMAN:

Q.   If the steps of the staircase become white, they know they need to take it to be revarnished?

MS. GENOESE:  Object to form.

A.   Okay.  When it becomes white, we take it and we varnish it and it doesn't have to be done always.

BY MS. GOODMAN:

Q.   How do you know that the steps of a staircase have become white and need to be varnished?

MS. GENOESE:  Object to form, asked and answered.

BY MS. GOODMAN:

Q.   You can go ahead an answer.

A.   I don't decide that, the team leader decides.

Q.   How does the team leader decide?

Page 41

MS. GENOESE:  Object to form, asked and answered.

BY MS. GOODMAN:

Q.   You can go ahead and answer.

MS. GENOESE:  Hold on.  Hold on.  Object to form, asked and answered.

Lisa, this is getting harassing.  You've asked this question three times now.

MS. GOODMAN:  He -- he hasn't answered the question.

BY MS. GOODMAN:

Q.   You can go ahead and answer.

MS. GENOESE:  Yes, and it's speculation for him to try to figure out what the other person does.

BY MS. GOODMAN:

Q.   You can go ahead and answer.

Well, here, let me ask you this:  Do you know -- do you know how the team leader determines if the steps of the staircase are white and need to be refurbished?

MS. GENOESE:  Object to form.

A.   It is the team leader's decision.  I cannot tell you how he does it, but the order comes to us, and we do the work.

11 (Pages 38 - 41)

Veritext Legal Solutions

800-726-7007                                                    305-376-8800

Page 42

BY MS. GOODMAN:

Q. Let's go back to Plaintiff's Exhibit 4. Still looking at Bates stamp GR000342. Okay?

A. Okay.

Q. You testified that when you put back the boards of the staircase, they have to be screwed and glued?

A. Okay. I don't know who did these steps, and I did not do this. I don't know anything about these steps.

Q. Why -- why did you -- why are you saying that you did not do these steps?

A. I don't recall doing these particular steps.

Q. Okay. And is there something wrong with these particular steps?

MS. GENOESE: Object to form.

A. I don't know.

BY MS. GOODMAN:

Q. Okay. For the riser board, this board right here that I'm -- have my mouse over, do you see this board?

A. Yes, I see.

Q. Is this a board that you would -- I see two screws, one on either side, so you would have to screw

Page 43

this board in; right?

MS. GENOESE: Object to form.

A. So are you asking in general, this is how the screws are done, or are you talking about this particular board?

BY MS. GOODMAN:

Q. I'm talking about this particular staircase. I want to know if the riser board, this board that we see in front of us, if this board gets screwed and glued to the staircase?

A. Yeah, it is screwed. It's obvious. It's -- it's -- we can see that there are screws.

Q. Okay. So you would agree that the screws must be properly secured to hold the board onto the staircase; right?

MS. GENOESE: Object to form.

A. I'm saying yeah, you could see it is screwed there; right?

BY MS. GOODMAN:

Q. If a piece -- if the riser board fell off, do you know how that could have happened?

MS. GENOESE: Object to form.

THE INTERPRETER: I'm sorry, I'm going to ask him to repeat.

A. I did not see it fall, so I don't know how

Page 44

it fell.

BY MS. GOODMAN:

Q. Onboard the cruise ship, are you aware of times where screws become loose?

MS. GENOESE: Object to form.

A. Not to my knowledge.

BY MS. GOODMAN:

Q. You would agree that a screw can become loose; right?

MS. GENOESE: Object to form.

A. I cannot say that, I don't know.

BY MS. GOODMAN:

Q. Okay. This is an -- this staircase, who, if you know, walks up and down this staircase?

A. I didn't understand the question.

Q. Okay. Can passengers walk up and down this staircase?

A. Yeah, it can be passengers, it can be crew, everybody can climb on that.

Q. Have you walked up and down this staircase before?

A. I have walked up and down all the staircases in Vista.

Q. Still looking at Bates stamp GR000342, on the boards of the steps of the staircase that you walk

Page 45

on, do you see these antislip or antiskid strips?

A. Yes, I see that.

Q. And my understanding is that these antiskid or antislip strips, they get replaced every so often?

A. Every time, yes, definitely, they change it. Okay. Every time we varnish, it has to be replaced and they do replace that.

Q. Okay. So the antiskid strips, who replaces them?

A. Whoever varnishes will be doing that.

Q. Okay. So does the antiskid strip only get replaced during these varnishings or do they get replaced in addition to the varnishings?

A. Yeah, that depends. If there is a damage or something, yes, they will replace that.

Q. Okay. So they -- the antiskid strips could be replaced in addition to the times that they are replaced for the varnishings?

A. Yeah, whenever it's needed, yes, it has to be done.

Q. Okay. And then the -- whose responsibility is it to put back the boards of the staircase after the varnishing is done?

A. Whoever removes it are the people who are responsible to bring it back and screw it also.

12 (Pages 42 - 45)

Veritext Legal Solutions

800-726-7007                                                                      305-376-8800

Page 46

Q.   What position would be the person that would be removing it for the varnishing?

A.   Assistant carpenter, assistant joiner, joiner.

Q.   Okay.  So whoever is putting back the staircase, you would agree, that that person needs to make sure that the boards of the staircase are properly secured to the staircase; right?

MS. GENOESE:  Object to form.

A.   Yes, that is human sense, they have to.

BY MS. GOODMAN:

Q.   Okay.  Have you ever varnished an outdoor staircase?

A.   I may have done it.

Q.   Okay.  And when you might have done it, would you also have been the person that put back the doors of the outdoor staircase after a varnishing?

A.   Definitely.

Q.   And when you put back the boards of the staircase, did you make sure that the screws were properly secured?

A.   Definitely, I have to.

Q.   And how would you make sure that the screws were properly secured?

A.   Yes, that is the correct procedure and

Page 47

that's the correct human sense and when I do something, I would make sure that it was done properly.

Q.   And I'm asking you how did you make sure that the screws were properly screwed?

A.   When I screw it, I know whether I'm doing it properly; right?

Q.   How do you -- how do you know that you're doing it properly; you can feel that the screw's tight? Tell me what you feel.

MS. GENOESE:  Object to form.

A.   So when you put a screw, you would know whether you're putting it right or not.

BY MS. GOODMAN:

Q.   After you've screwed the board in, do you, like, do you push on the screw to -- do you push on the board to make sure that it's secured?

MS. GENOESE:  Object to form.

A.   When I put a screw, when I complete it, I know whether I had put tight or secured, I would know it when I put it, so there is no need to push it or anything, I properly secure it.

BY MS. GOODMAN:

Q.   Now, the subject incident occurred July 14th, 2023; is there any document that would tell us when the last time this staircase was varnished before

Page 48

July 14th, 2023?

MS. GENOESE:  Object to form.

A.   I already answered that there are no documents.  When something is needed, we do it and there is no log, no document.

BY MS. GOODMAN:

Q.   So I took the deposition of the pool and deck supervisor onboard the Carnival Vista at the time of the incident.  The pool and deck supervisor testified that when there would been a varnishing, he would have received an email from the refurbishment team; is -- is that not your understanding of how the procedure works for revarnishing?

MS. GENOESE:  Object to form.

A.   Whether the team leader got emails like that or sent emails like that, I wouldn't know.  I do what I'm ordered to do, that's all I know.

BY MS. GOODMAN:

Q.   The times that you've varnished an outdoor staircase, when you're done, do you send an email to anyone indicating that you've completed the varnishing?

A.   I don't access any email, I cannot, and I do not send any emails to anyone.

Q.   Okay.  If the screws of the staircase, the two screws for the riser board, if those screws were not

Page 49

going through the riser board, you would agree that that would mean that the riser board would not be properly secured to the staircase; right?

MS. GENOESE:  Object to form.

A.   Not like that.

BY MS. GOODMAN:

Q.   What does that mean?

A.   The screw would not stay by itself, the screw would go through.

Q.   And if the screw doesn't go through to the riser board, would that be the person who was putting the boards back, their fault for not ensuring that the screws actually went through the board?

MS. GENOESE:  Object to form.

A.   If the screw did not go through it, the screw wouldn't be there.

BY MS. GOODMAN:

Q.   What does that mean?

A.   Okay.  You said that the screw did not go through.  If the screw is there, yes, it went through. The screw wouldn't be there if it didn't go through.

Q.   Why wouldn't the screw not be there if it didn't go through?

A.   The screw, if it didn't go through the riser -- go through, it's not going to sit there, it will

13 (Pages 46 - 49)

Page 50

fall down, the screw will not be there.

Q. The screw will fall down or the riser board will fall down?

A. If the screw falls, then the riser board would also fall.

Q. A riser board could fall if there were no screws piercing it?

MS. GENOESE: Object to form.

A. So if the screw went through it -- if the screw is there, it went through the riser board, so if the screw is there, there's no chance that the screw did not go through, it went through, but if it had broken in there, there's a chance that the board broke.

BY MS. GOODMAN:

Q. If the board broke and what?

MS. GENOESE: Object to form.

A. I was trying to explain to you if the screw is there, the screw definitely went through. And if you were asking me would it fall, you kept on asking me, so I'm thinking -- I was trying to explain, if the screw is there, the screw definitely went through the board and if it falls, then maybe the board broke or something, but if the screw is there, the screw definitely went through it; that's -- I was trying to explain that.

BY MS. GOODMAN:

Page 51

Q. Okay. If a screw was loose on a staircase, whose responsibility would it be to tighten that screw?

MS. GENOESE: Object to form.

A. I -- to this day, I don't remember anything being loose there.

BY MS. GOODMAN:

Q. I'm not asking about -- I'm asking in general. If there was a screw loose, whose responsibility would it be to tighten a screw on an outdoor staircase?

MS. GENOESE: Object to form.

A. Whoever sees that will report it to the team leader and the team leader would -- the team leader would go there and look at it and they would fix it right there.

BY MS. GOODMAN:

Q. As part of the joiner's responsibility, do you inspect any areas onboard the ship?

MS. GENOESE: Object to form.

THE INTERPRETER: I'm sorry. Can you repeat that question?

BY MS. GOODMAN:

Q. As the joiner, do you -- as part of your responsibilities, do you inspect any areas onboard the ship?

Page 52

MS. GENOESE: Object to form.

A. Joiner -- this is not the joiner's responsibility, it is the team leader who goes and checks these out.

BY MS. GOODMAN:

Q. Have you ever been told to go out to an outdoor staircase to tighten a loose screw?

A. Up to now, I have not done anything on a loose screw.

MS. GENOESE: And, Lisa, we've been going for another hour, so whenever you get a break.

MS. GOODMAN: Yeah, we can take a break right now, I was about to show another exhibit, but we can do that first. Five minutes?

MS. GENOESE: Five minutes is good with me.

THE VIDEOGRAPHER: Very good. We're off the record at 1:57.

(Pause in proceedings.)

THE VIDEOGRAPHER: Back on the record at 2:03.

(Exhibit 5 was marked for identification.)

BY MS. GOODMAN:

Q. Okay. Let's -- I'm going to show you Plaintiff's Exhibit 5. We've been talking about work orders. Carnival has a policy for work orders; right?

Page 53

A. Yes, I am able to see it.

Q. Okay. And it's also Bates stamped GR000335. Okay?

A. Okay. Yes.

Q. And this is a document, Procedure for work order reports; do you see that?

A. Yes, I see it.

Q. Okay. Is this a policy that you follow?

A. Whoever puts the work order, they put the work order and we fix it.

Q. Okay. So you would receive, like, the work order request?

A. Okay. We don't make the work orders, we only receive.

Q. And do you enter -- like, do you -- as you complete the work order requested, do you update the information that you've completed the work order?

A. The team leader will update.

Q. Okay. But you would update the team leader and then the team leader would update the computer system with the work order?

A. Yes.

(Exhibit 6 was marked for identification.)

BY MS. GOODMAN:

Q. Okay. I'm going to show you Plaintiff's

14 (Pages 50 - 53)

Page 54

Exhibit 6. This is a photograph of the riser board that fell off of the outdoor staircase onboard the Carnival Vista. Okay?

A. I see it in the photo. I did not see it, but I see it in the photo.

Q. And you don't recall whether or not you were the joiner that would have responded to the work order created after the riser board fell off of the staircase?

MS. GENOESE: Object to form.

A. No, it did not come to me.

(Exhibit 7 was marked for identification.)

BY MS. GOODMAN:

Q. This is Plaintiff's Exhibit 7. It's also Bates stamped GR000293, 294 and 295. Okay?

A. Yes.

Q. And this -- embedded in this email is the work order from the pool and deck supervisor to the refurbishment team; do you see that?

A. Yes, I see it.

Q. Okay. And is there anything -- I now scroll to the -- to GR000294; is there anything in this work order document that would identify who the individual is who actually repaired the board for the outdoor staircase?

Page 55

A. No, I don't -- have not seen this; only the person who receives the email sees it.

Q. Okay. Let's go back to -- that's not what I wanted. Hold on. Let's go back to Plaintiff's Exhibit 4.

Okay. Back to Plaintiff's Exhibit 4, you don't know what caused the riser board here on this outdoor staircase to fall off of the outdoor staircase; is that correct?

MS. GENOESE: Object to form, asked and answered.

BY MS. GOODMAN:

Q. You can go ahead and answer.

A. I did not see that, I didn't know.

Q. I did -- I missed -- what did you say for your answer?

A. I did not know, I did not see that.

Q. You -- you don't know why the riser board fell off of the outdoor staircase?

MS. GENOESE: Object to form.

A. I don't know why it fell and how it fell.

BY MS. GOODMAN:

Q. You testified earlier that I think maybe the board was broken; do you recall that testimony?

MS. GENOESE: Object to form.

Page 56

A. Okay. That was an example I gave you because you asked me about the screw and you told me that the screw did not go through the riser board, so that -- as an example, I said if the screw is there, the only way for the board to fall will be it -- it broke. That was an example I told you.

BY MS. GOODMAN:

Q. Okay. But you're not saying that this riser board was actually in fact broken; right?

A. I did not have to tell you that, I don't know.

Q. Do you know what the material of the boards are, are they wood, are they --

A. Yes, it is wood.

Q. Okay. And you were on the Carnival Vista, I guess, between June 2024 and November 2024; right?

A. Yes.

Q. Did Carnival change the material of the boards of the staircase?

A. Maybe, I don't know.

(Exhibit 8 was marked for identification.)

BY MS. GOODMAN:

Q. Give me one second. This will be Plaintiff's Exhibit 8.

This is a photo taken by Carnival's expert

Page 57

after January of 2024. This is the subject outdoor staircase that we are looking at; right?

MS. GENOESE: Object to form.

A. I do not know when this picture was taken.

BY MS. GOODMAN:

Q. Okay. But I'm letting you know that it was taken after January of 2024.

A. Okay.

Q. Does this staircase look like the staircase that we were looking at in Plaintiff's Exhibit 4?

MS. GENOESE: Object to form.

A. It doesn't look like that.

BY MS. GOODMAN:

Q. What -- what looks different?

A. It looks different. That wasn't wood. It looks different.

Q. It looks like the material of the treads of the step and the risers of the steps is different?

A. I did not see this, so I really don't know.

Q. When you were onboard the Carnival Vista June 2024 to November 2024, did the outdoor staircase look like what we have here in this photograph?

A. I did not work on it, so I couldn't have seen it.

Q. You didn't work on this staircase?

15 (Pages 54 - 57)

Page 58

A.   No, I did not.

Q.   This -- the material that we see on this staircase, this material doesn't need to be varnished; right?

MS. GENOESE:  Object to form.

A.   I don't know what material is this.  If I know the material, only I can answer the question, so I don't know whether it needs varnish or not.

BY MS. GOODMAN:

Q.   Okay.  Just checking my notes.  I think I'm just about done.

You testified that the Carnival Venezia and the Carnival Firenze are part of the Vista class, how do you know that?

A.   It is common when we join a ship, you know that Magic is a dream class, Valor is a Vista class.  We would -- no.  Valor is Concourse class.  It's like when you come in the ship, you must be know the classes, you can see the places.  You come and you know what classes they are.

Q.   You would agree that the team leader in order to determine if the steps or the boards of the outdoor staircase needed to be varnished, that they would need to inspect the outdoor staircases to make that determination?

Page 59

MS. GENOESE:  Object to form.

A.   No, I'm only a worker.  I do what they ask me to do, and they -- they determine all that.

BY MS. GOODMAN:

Q.   No.  I understand that it's not you making that determination.  What I'm saying is that for the team leader to make that determination, that team leader would need to inspect the outdoor staircase?

MS. GENOESE:  Object to form.

A.   I'm just saying that is their job, not my job.  I do my job.

BY MS. GOODMAN:

Q.   And no one's saying that you didn't do your job, I'm just asking how the team leader makes the determination.  I'm guessing that they have to inspect the staircase in order to determine if the boards of the staircase need to be varnished?

MS. GENOESE:  Object to form, asked and answered, speculation.

BY MS. GOODMAN:

Q.   Go ahead and answer.

A.   I cannot take a guess on that.

Q.   Okay.  After the varnishing is done and the boards are put back, does another person in the refurbishment team come and inspect the outdoor

Page 60

staircase?

MS. GENOESE:  Object to form.

A.   Okay.  Once we are done, we inform the team leader and maybe they go and inspect that or maybe they did, that's all I can say.

BY MS. GOODMAN:

Q.   Okay.  Did you receive any training on how to refurbish the boards of the outdoor staircases?

A.   Yes, we have been doing this and in the workshop, they will show how to do it and then only after that, we are allowed to go work on that.

Q.   Who showed you how to do the refurbishing in the workshop?

A.   I studied carpentry and I've been doing it for seven years and then you have to sand it and then varnish it and I know all this and that's how we do it.

Q.   And have you ever done the varnishing of the boards for an outdoor staircase onboard the Carnival Horizon?

A.   In Carnival Horizon, I have done it.

Q.   And onboard the Carnival Vista, you've also done it?

MS. GENOESE:  Object to form.

A.   I may have.  I may have done it.  I cannot tell you, it's been a long time now, so I don't know for

Page 61

sure, but I may have done it.

MS. GOODMAN:  Okay.  That's all the questions I have.  Thank you for your time.

MS. GENOESE:  I just have a couple further.

CROSS-EXAMINATION

BY MS. GENOESE:

Q.   Mr. Peter, I'll keep this short, so thank you for your time, but earlier you testified that the Venezia and the Firenze are part of the Vista class; do you remember saying that?

A.   Maybe.

Q.   Have you ever worked on either the Carnival Venezia or the Carnival Firenze?

A.   No, I only worked on Carnival Vista and Carnival Horizon.

Q.   Have you either been -- or have you been on either ship, the Carnival Venezia or the Carnival Firenze?

A.   No, I have not.

Q.   Would it be fair to say you don't know the size of the Carnival Venezia or Carnival Firenze?

A.   Yeah, it will be different, so I -- yes.

Q.   Okay.  And so would you agree that if Carnival had took the position that the Venezia and the

16 (Pages 58 - 61)

Page 62

Firenze are not part of the Vista class, would you agree with that?

MS. GOODMAN: Objection.

A. It is just what I heard, I will say. I have not seen them all.

MS. GENOESE: Okay. Thank you. That's all the questions that I have.

THE WITNESS: Thank you.

MS. GOODMAN: Read or waive?

MS. GENOESE: He'll read, thank you.

MS. GOODMAN: I'll order the deposition transcript.

THE VIDEOGRAPHER: We are off the record at 2:27 p.m.

THE STENOGRAPHER: Ashley, did you need to order a copy?

MS. GENOESE: Yeah, I'll take a copy.

(The deposition concluded at 2:29 p.m.)

---

Page 63

CERTIFICATE OF OATH WITH INTERPRETER

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, Terri L. Ferreira, FPR, and Notary Public, State of Florida, do hereby certify that ANTONY PETER and the interpreter, NAMAGAL RANI VIVEKAANDAMORTHY, remotely appeared before me on March 31st, 2025, and were duly sworn.

WITNESS my hand and official seal this 11th day of April, 2025.

TERRI L. FERREIRA, STENOGRAPHER
Notary Public State of Florida
My Commission No. HH 564454
My Commission Expires: 7-01-2028

---

Page 64

CERTIFICATE OF SHORTHAND REPORTER

STATE OF FLORIDA )
                  )
COUNTY OF CITRUS )

I, the undersigned authority hereby certify that the foregoing transcript, pages 1 through 62, are a true and correct transcription of the video-deposition of ANTONY PETER taken before me at the time and place stated in the caption hereof.

I further certify that the said witness was duly sworn according to law.

I further certify that I am not of counsel to either of the parties to said cause or otherwise interested in the event thereof.

IN WITNESS WHEREOF, I hereunto set my hand and affix my official seal of office this 11th day of April, 2025.

TERRI L. FERREIRA, Stenographer
Notary Public in and for the State of Florida
My Commission No. HH 564454
Expires: July 1, 2028

---

Page 65

ANTONY PETER
C/o GRAY ROBINSON
515 N Flagler Drive
Suite 650
West Palm Beach, FL 33401-4339
Ashley.genoese@gray-robinson.com
April 10, 2025

RE:    1:24-CV-21185-RAR
March 31, 2025
ANTONY PETER
Job #:  7275659

The above-referenced transcript is available for review. The witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason on the attached Errata Sheet.

The witness should, please, date and sign the Errata Sheet and email to the deposing attorney as well as to Veritext at Transcripts-fl@veritext.com and copies will be emailed to all ordering parties.

It is suggested that the completed errata be returned 30 days from receipt of testimony, as considered reasonable under Federal rules*, however, there is no Florida statute to this regard.

If the witness fail(s) to do so, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

*Federal Civil Procedure Rule 30(e)/Florida Civil Procedure Rule 1.310(e).

---

17 (Pages 62 - 65)

Page 66

1:24-CV-21185-RAR
March 31, 2025/ANTONY PETER
Job #:  7275659

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

Under penalties of perjury, I declare that I have
Read the foregoing document and that the facts
Stated in it are true.

_____  _____
ANTONY PETER              DATE

18 (Page 66)

Veritext Legal Solutions

**[1 - address]**

| 1 | 2 | 3 |
|---|---|---|
| **1**  4:3 12:22,24 13:5 64:5,17 | **2**  4:4 19:13,17 20:20 | **3**  4:6 29:24 |
| **1.310**  65:23 | **2012**  14:7 | **30**  65:15,22 |
| **10**  65:5 | **2013**  14:8,9,9 | **31**  1:15 65:7 66:2 |
| **11**  30:8,12,17 33:2 | **2023**  7:23 15:9 17:17 28:5 31:20 47:24 48:1 | **31st**  5:7 63:9 |
| **11th**  63:13 64:12 | | **32**  4:7 |
| **12**  4:3 30:8,13 30:17 33:2 | **2024**  15:12 16:5 16:10,17 17:12 56:16,16 57:1,7 57:21,21 | **33186-4674**  2:4 |
| **12150**  2:3 | | **33401-4339**  2:9 65:3 |
| **124**  5:4 | **2025**  1:15 5:7 8:18 15:19,22 63:9,13 64:12 65:5,7 66:2 | **339**  20:22 |
| **128th**  2:3 | | **340**  20:22 |
| **12:02**  1:16 5:8 | | **3605**  63:17 64:15 |
| **12:56**  31:15 | **2028**  64:17 | |

| 4 |
|---|
| **4**  4:7 32:15,18 32:18 42:2 55:5 55:6 57:10 |

| 5 |
|---|
| **5**  4:8 52:21,24 |

**13**  14:5,16 16:20 32:2,4,8,9
**14th**  7:23 15:9 47:24 48:1
**15**  30:5
**18**  16:8
**18th**  8:17 15:18
**19**  4:4,5
**1:08**  31:18
**1:19**  36:18
**1:22**  36:21
**1:24**  1:4 65:6 66:1
**1:57**  52:17

**21185**  1:4 65:6 66:1
**21185rar**  5:4
**225**  2:4
**25th**  16:8,10
**29**  4:6
**294**  54:15
**295**  54:15
**2:03**  52:20
**2:09**  1:16
**2:27**  62:14
**2:29**  62:18
**2a**  4:5 19:13

**5,000**  27:24
**515**  2:8 65:2
**52**  4:8
**53**  4:9
**54**  4:10
**56**  4:11
**564454**  63:19 64:17

| 6 |
|---|
| **6**  3:4 4:9 53:23 54:1 |

Right columns:

**61**  3:5
**62**  64:6
**63**  3:7
**64**  3:8
**65**  3:9
**650**  2:8 65:3
**66**  3:10

| 7 |
|---|
| **7**  4:10 54:12,14 |

**7-01-2028**  63:19
**7275659**  65:8 66:3

| 8 |
|---|
| **8**  4:11 56:21,24 |

| a |
|---|

**ability**  5:25
**able**  15:1 53:1
**above**  65:9
**access**  48:22
**accident**  28:10 28:12,15,18
**accuracy**  65:10
**accurate**  27:25
**accurately**  5:23
**act**  6:5
**actually**  31:7 49:13 54:24 56:9
**addition**  45:13 45:17
**address**  9:10

**[admiralty - broken]** Page 68

**admiralty** 1:3
**affirm** 5:23 6:9
**affix** 64:12
**afternoon** 6:20
**ago** 16:20
**agree** 7:20 21:9
  21:14,20 22:6
  22:18 23:7
  43:13 44:8 46:6
  49:1 58:21
  61:24 62:1
**ahead** 8:1 13:12
  24:25 25:20
  28:3 40:22 41:4
  41:12,17 55:13
  59:21
**allowed** 60:11
**alpha** 31:2
**answer** 8:1
  13:12 23:3,4,12
  24:16,25 25:8
  25:20 28:3
  40:22 41:4,12
  41:17 55:13,16
  58:7 59:21
**answered** 24:23
  25:7 38:20
  40:20 41:2,6,9
  48:3 55:11
  59:19
**answers** 7:2
  25:23
**antiskid** 45:1,3
  45:8,11,16

**antislip** 45:1,4
**antony** 1:14 3:2
  5:6 6:15,22 63:7
  64:6 65:1,7 66:2
  66:25
**apologies** 13:3
**appearances** 2:1
  5:10
**appeared** 63:9
**approximately**
  14:7 16:5 17:12
  27:23,24
**april** 63:13
  64:12 65:5
**area** 12:10
  20:11 36:2
  37:15,17
**areas** 51:18,24
**ashley** 2:7 5:17
  62:15
**ashley.genoese**
  2:9 65:4
**asked** 24:22
  25:6,14 38:19
  40:19 41:1,6,8
  55:10 56:2
  59:18
**asking** 9:16
  10:15 24:11
  25:24 29:3 37:3
  43:3 47:3 50:19
  50:19 51:7,7
  59:14

**assigned** 14:14
  14:15,17,22
  18:11,13,20
**assignment** 8:21
**assistant** 16:21
  17:22 46:3,3
**attach** 35:16
**attached** 34:16
  65:11
**attending** 9:25
**attorney** 10:4,5
  11:19,23 12:4
  65:13
**august** 8:17
  15:22
**authority** 64:5
**available** 65:10
**aware** 44:3

**b**

**b** 1:9
**back** 13:18,25
  16:6 26:14
  29:15 31:17
  36:20 38:8,15
  42:2,5 45:22,25
  46:5,16,19
  49:12 52:19
  55:3,4,6 59:24
**bad** 38:22 39:1
**bates** 19:19
  20:22 30:3
  32:22 35:2 42:3
  44:24 53:2

  54:15
**beach** 2:9 65:3
**behalf** 5:15,17
**best** 5:25
**board** 7:21
  35:13,16 42:20
  42:20,22,24
  43:1,5,8,8,9,14
  43:20 47:14,16
  48:25 49:1,2,11
  49:13 50:2,4,6
  50:10,13,15,21
  50:22 54:1,8,24
  55:7,18,24 56:3
  56:5,9
**boards** 35:23
  42:6 44:25
  45:22 46:7,19
  49:12 56:12,19
  58:22 59:16,24
  60:8,18
**break** 21:10
  29:19,22 31:6
  31:12 36:16
  52:11,12
**breaking** 29:20
**bring** 38:8,12
  45:25
**broke** 50:13,15
  50:22 56:5
**broken** 18:19
  19:3 50:12
  55:24 56:9

**[brought - county]**                                                    Page 69

| | | | |
|---|---|---|---|
| **brought** 29:5 | 56:15,18 57:20 | **checks** 52:3 | **computer** 10:19 |
| **business** 5:3 | 58:12,13 60:18 | **citrus** 64:3 | 31:9 53:20 |
| **c** | 60:20,21 61:13 | **civil** 65:22,22 | **concluded** |
| **c** 65:2 | 61:14,15,16,18 | **class** 26:18,20 | 62:18 |
| **call** 36:13 37:13 | 61:18,22,22,25 | 26:22,23,25 | **concourse** 58:17 |
| **called** 6:16 17:1 | **carnival's** 56:25 | 27:3,6,9,10,13 | **condition** 19:7 |
| 18:21 35:9 | **carpenter** 16:21 | 58:13,16,16,17 | **confused** 39:3 |
| 36:24 | 17:8,10,14 32:7 | 61:10 62:1 | **connecting** 30:7 |
| **calling** 37:14 | 46:3 | **classes** 58:18,19 | 33:2 |
| **capacity** 27:20 | **carpenters** | **clay** 1:6 5:2,15 | **consent** 7:14,17 |
| **caption** 64:7 | 32:11 | 7:22 | **considered** |
| **carnival** 1:9,9 | **carpentry** 60:14 | **climb** 44:19 | 65:16 |
| 5:2,3,18 6:24 | **carrying** 20:13 | **close** 36:1,2,3,5 | **consist** 33:15 |
| 7:7,8,10,23 8:13 | **case** 1:4 5:1,3 | 36:6 37:15,17 | **contract** 16:14 |
| 8:16,24 9:1,2 | **cause** 64:10 | **closing** 18:20 | 16:16 17:11,13 |
| 11:5,13 12:18 | **caused** 55:7 | **come** 54:11 | **contracts** 14:25 |
| 13:17,23 14:4,6 | **ccl** 5:6 | 58:18,19 59:25 | 15:2,5 28:23,25 |
| 14:11,13,15,17 | **certificate** 3:7,8 | **comes** 39:12 | **copies** 65:14 |
| 14:23 15:2,5,6,9 | 63:1 64:1 | 41:24 | **copy** 62:16,17 |
| 15:11,13,16,17 | **certify** 63:7 64:5 | **comfortable** | **corporate** 11:10 |
| 15:21,24,25 | 64:8,9 | 9:20 | **corporation** 1:9 |
| 16:3,9,13,19 | **chair** 18:19 | **commission** | 5:2,18 |
| 17:5,13,16,19 | **chance** 26:6 | 63:19,19 64:17 | **correct** 13:6,13 |
| 26:16,18,24 | 50:11,13 | **common** 58:15 | 13:24 17:18 |
| 27:2,5,8,12,13 | **change** 45:5 | **communicate** | 33:13 37:11 |
| 27:15,15,18,18 | 56:18 66:5,8,11 | 9:13 | 46:25 47:1 55:9 |
| 27:21 28:6,8,9 | 66:14,17 | **company** 10:22 | 64:6 |
| 28:21,22 29:1,3 | **changes** 65:11 | **complete** 17:24 | **correctly** 23:13 |
| 29:4,8,12,15 | **charge** 21:3 | 47:18 53:16 | 23:16 |
| 30:2,2,5,22 31:1 | **check** 23:23 | **completed** | **counsel** 2:5,10 |
| 31:21 32:19 | 24:6,13 33:10 | 38:18 48:21 | 5:10 64:10 |
| 33:1 37:4 48:8 | **checking** 25:2,5 | 53:17 65:15 | **county** 63:4 |
| 52:25 54:2 | 58:10 | **composite** 19:17 | 64:3 |
| | | 20:20 | |

**[couple - employment]** Page 70

**couple** 61:4
**course** 18:1
**courses** 17:24
**court** 1:1 5:11
22:10,12
**created** 12:7
37:21,24 38:17
54:8
**crew** 10:25 11:5
20:11 21:3
27:24 35:22
44:18
**crockett** 1:6 5:2
5:16 7:22 30:11
**cross** 3:5 61:6
**cruise** 1:9 5:3
14:10 44:3
**ct** 2:3
**currently** 7:7
8:12 13:20
**cv** 1:4 5:4 65:6
66:1

**d**

**d** 1:9 3:1
**dade** 63:4
**daily** 20:14
**damage** 45:14
**dangerous**
21:20
**date** 1:15 65:12
66:25
**dates** 15:3 29:7

**day** 18:17 51:4
63:13 64:12
**days** 16:8 65:15
**december** 16:5
**decide** 40:2,23
40:25
**decides** 40:24
**decision** 41:23
**deck** 4:6 29:17
30:1,8,12,13,17
30:17 31:2,3
37:9,10,12,19
39:11 48:8,9
54:18
**decks** 30:5,8
33:2
**declare** 66:21
**defendant** 1:10
1:17 2:10 5:18
**definitely** 45:5
46:18,22 50:18
50:21,23
**demonstrate**
37:25
**department**
11:7 19:11,12
32:5 39:17
**depending**
18:18
**depends** 45:14
**deposing** 65:13
**deposition** 1:14
4:3 5:5,6 6:6
7:18 9:5,21,25

10:3,7 11:20,23
12:8,22 13:6,8
48:7 62:11,18
64:6
**depositions** 12:6
12:7
**description** 4:5
19:24 20:21
**determination**
39:23 58:25
59:6,7,15
**determine** 39:9
39:20 58:22
59:3,16
**determined**
40:8
**determines**
39:14 41:19
**different** 18:17
57:14,15,16,18
61:23
**direct** 3:4 6:18
**director** 6:24,25
**district** 1:1,1
**division** 1:2
**document** 30:2
34:1,4 37:24
47:24 48:5 53:5
54:23 66:22
**documents**
11:17 48:4
**doing** 5:3 19:5
35:11,25 37:5
38:22 42:13

45:10 47:5,8
60:9,14
**door** 18:20 25:1
**doors** 46:17
**dream** 58:16
**drive** 2:8 65:2
**dry** 38:8
**duly** 6:16 63:10
64:8
**duties** 18:9

**e**

**e** 3:1 6:22,22
11:3,3 65:22,23
66:4,4,4
**earlier** 55:23
61:9
**eastern** 5:8
**either** 42:25
61:13,17,18
64:10
**email** 4:10
10:22 37:18
48:11,20,22
54:17 55:2
65:13
**emailed** 65:14
**emails** 48:15,16
48:23
**embedded**
54:17
**employed** 14:3
**employment**
13:22

Veritext Legal Solutions

800-726-7007 305-376-8800

engine  19:12
english  5:24,24
  9:14,16
ensuring  49:12
enter  53:15
entire  39:4
equipment
  20:16
errata  3:10
  65:11,13,15
esquire  2:2,7
event  64:10
everybody
  23:17 32:6,7
  36:10,12 44:19
exactly  15:3
examination  3:4
  3:5 6:18 61:6
examined  6:17
example  56:1,4
  56:6
exhibit  4:3,4,5,6
  4:7,8,9,10,11
  12:22,24 13:5
  19:13,17 20:20
  29:21,24 32:15
  32:18,18 42:2
  52:13,21,24
  53:23 54:1,12
  54:14 55:5,6
  56:21,24 57:10
exhibits  4:1
experience  18:2

expert  56:25
expires  63:19
  64:17
explain  50:17
  50:20,24

**f**

facilities  20:20
  20:24
fact  56:9
facts  66:22
fail  65:17
fair  61:21
fall  21:15 22:2,4
  22:6,20 23:8
  24:3,6 25:17
  26:1,3,7,9 43:25
  50:1,2,3,5,6,19
  55:8 56:5
fallen  12:15
falls  21:21 50:4
  50:22
family  13:20
  14:1
far  10:1 14:12
fault  49:12
february  15:18
federal  65:16,22
feel  47:8,9
fell  7:21 8:8,9
  30:11,14,15
  43:20 44:1 54:2
  54:8 55:19,21
  55:21

ferreira  1:19
  5:12 63:6,18
  64:16
figure  41:14
firenze  27:8,18
  58:13 61:10,14
  61:19,22 62:1
firm  2:3 5:15
firmly  23:18
first  6:16 15:17
  16:19,20 19:18
  29:5 52:14
five  16:14,16
  31:6 52:14,15
fix  22:3 23:13
  23:15,22 24:5
  25:2 38:12,14
  51:14 53:10
fixed  23:19 24:7
  25:12,21,22
fixing  19:2
fl  2:4,9 65:3,13
flagler  2:8 65:2
floor  12:15
florida  1:1 63:3
  63:7,18 64:2,16
  65:16,22
follow  53:8
follows  6:17
foregoing  64:5
  66:22
foreman  32:7
form  7:24 9:17
  13:10 19:8 20:4

21:11,17,23
  22:9,23 23:11
  23:21 24:4,15
  24:22 25:6,18
  26:2,10 28:1
  30:18 32:13
  33:7 36:8 38:19
  39:24 40:4,13
  40:19 41:1,6,22
  42:17 43:2,16
  43:22 44:5,10
  46:9 47:10,17
  48:2,14 49:4,14
  50:8,16 51:3,11
  51:19 52:1
  54:10 55:10,20
  55:25 57:3,11
  58:5 59:1,9,18
  60:2,23
four  14:24,25
  15:2 23:23
  24:13 32:1,3
  33:8,12,16,22
  33:25 34:6
  38:25
fpr  1:19 63:6
freedom  14:18
front  33:6 43:9
further  61:4
  64:8,9
future  9:2,3

**[general - hickeylawfirm.com]**

**g**

**general** 43:3 51:8

**generally** 37:1

**genoese** 2:7 3:5 5:17,17 7:24 9:17 13:10 19:8 20:4 21:11,17 21:23 22:9,23 23:4,11,21 24:4 24:15,22 25:6 25:18 26:2,10 28:1 29:18 30:18 31:7 32:13 33:7 36:8 38:19 39:24 40:4,13,19 41:1 41:5,13,22 42:17 43:2,16 43:22 44:5,10 46:9 47:10,17 48:2,14 49:4,14 50:8,16 51:3,11 51:19 52:1,10 52:15 54:10 55:10,20,25 57:3,11 58:5 59:1,9,18 60:2 60:23 61:4,7 62:6,10,17

**getting** 25:7 41:7

**give** 6:10 17:21 29:16 56:23

**given** 17:23

**glue** 26:12 34:25

**glued** 42:7 43:10

**glues** 38:16

**go** 8:1 13:12,18 18:12 24:25 25:20 28:3 29:15 31:14 33:9,25 36:1 38:21 40:22 41:4,12,17 42:2 49:9,10,15,19 49:21,23,24,25 50:12 51:14 52:6 55:3,4,13 56:3 59:21 60:4 60:11

**god** 6:1,11

**goes** 52:3

**going** 8:3 10:13 10:14 15:21 18:14 19:16 22:3 29:16 31:7 31:13 33:17 36:9 37:14,16 43:23 49:1,25 52:10,23 53:25

**good** 6:20 19:7 25:10 29:18,20 52:15,16

**goodman** 2:2 3:4 5:14,14 6:19 7:5,25 8:4,10 9:19 10:11 11:4 13:2,11 18:24 19:10,15 20:6 21:13,19,25 22:17 23:1,6,14 23:25 24:9,19 24:24 25:15,19 26:4,13 28:2,16 29:21,25 30:20 31:5,11,19 32:16 33:11,20 36:11,15,22 38:23 40:1,10 40:16,21 41:3,9 41:11,16 42:1 42:19 43:6,19 44:2,7,12 46:11 47:13,22 48:6 48:18 49:6,17 50:14,25 51:6 51:16,22 52:5 52:12,22 53:24 54:13 55:12,22 56:7,22 57:5,13 58:9 59:4,12,20 60:6 61:2 62:3,9 62:11

**gr000058** 30:3

**gr000293** 54:15

**gr000294** 54:22

**gr000335** 53:3

**gr000337** 19:19

**gr000338** 20:22

**gr000341** 32:23

**gr000342** 35:2 42:3 44:24

**gray** 2:7,9 65:2 65:4

**guess** 19:2,5,19 21:7 56:16 59:22

**guessing** 59:15

**guest** 20:11

**guys** 31:13

**h**

**h** 66:4

**hand** 5:22 6:8 63:12 64:12

**happened** 43:21

**happens** 38:7

**harassing** 25:7 41:7

**hard** 34:24

**he'll** 62:10

**heard** 62:4

**held** 16:20

**help** 5:25 6:11

**hereof** 64:7

**hereunto** 64:11

**hh** 63:19 64:17

**hickey** 2:3 5:15

**hickeylawfir...** 2:5

**hits** 39:12
**hold** 36:15 41:5
  41:5 43:14 55:4
**home** 16:6
**horizon** 14:18
  26:24 27:13,15
  28:8,9,21,22
  29:3,4,9,13
  60:19,20 61:16
**hour** 10:8,10
  11:24 12:4
  29:19 52:11
**housekeeping**
  4:10 36:4,6,25
  37:7
**hr** 6:24,24 10:18
  10:20,21,25
  11:7
**human** 46:10
  47:1

### i

**identification**
  4:1 6:23 12:24
  19:14 29:24
  32:15 52:21
  53:23 54:12
  56:21
**identify** 54:23
**incident** 7:21
  12:11 47:23
  48:9
**include** 19:2
  21:7

**including** 32:6
**india** 13:16,18
  13:20 14:1
**indicating** 48:21
**individual**
  10:20 54:24
**inform** 36:10,12
  36:14 60:3
**information**
  53:17
**inspect** 39:22
  51:18,24 58:24
  59:8,15,25 60:4
**instructed**
  20:14
**interested** 64:10
**internet** 31:8
**interpret** 5:24
**interpreter** 2:12
  5:12,19,20 6:2,5
  7:1 8:2,5 10:9
  11:2 12:25
  18:14 22:15
  28:12 31:12
  33:17 40:6
  43:23 51:20
  63:1,8
**it'll** 29:10
**itinerary** 28:6

### j

**january** 15:12
  57:1,7

**job** 4:4,5 16:24
  18:11,25 19:20
  19:23 20:3,21
  21:6,8 24:17
  25:10,10,11,11
  33:4 59:10,11
  59:11,14 65:8
  66:3
**jobs** 18:13
**join** 16:15 58:15
**joiner** 5:6 17:1
  17:1,3,6,8,9,14
  17:17,20,22,25
  18:2,7,10 19:11
  20:8 21:6 29:13
  32:6 33:4 46:3,4
  51:23 52:2 54:7
**joiner's** 51:17
  52:2
**joiners** 31:21
  32:1,10
**july** 7:23 15:9
  17:16 28:5
  31:20 47:24
  48:1 64:17
**june** 16:17
  17:12 56:16
  57:21

### k

**k** 11:3
**keely** 11:3,5,15
  11:17

**keep** 19:6,6 25:2
  25:4 61:8
**kept** 50:19
**kind** 18:13 40:7
**know** 8:8,8,9,12
  9:10 10:3 11:1
  15:8 16:14 24:8
  25:22 26:18,21
  27:20 28:4,7
  29:7 30:14 32:3
  32:14 36:6 37:1
  37:6 40:12,17
  41:19,19 42:8,9
  42:18 43:8,21
  43:25 44:11,14
  47:5,7,11,19,19
  48:16,17 55:7
  55:14,17,18,21
  56:11,12,20
  57:4,6,19 58:6,7
  58:8,14,15,18
  58:19 60:16,25
  61:21
**knowledge** 44:6

### l

**l** 1:19 11:3 63:6
  63:18 64:16
**land** 11:9
**language** 9:12
  9:21
**law** 1:3 2:3 5:15
  64:8

**[layout - note]**                                    Page 74

**layout**  29:8
**leader**  20:14
  21:1,2 39:16,17
  39:18,19,20,21
  40:2,23,25
  41:19 48:15
  51:13,13,13
  52:3 53:18,19
  53:20 58:21
  59:7,7,14 60:4
**leader's**  41:23
**leaving**  9:1
**lee**  2:11 5:9
**legal**  65:20
**letter**  3:9
**letting**  57:6
**lgoodman**  2:5
**line**  1:9 5:3 66:5
  66:8,11,14,17
**lines**  14:10
**lisa**  2:2 5:14
  29:18 41:7
  52:10
**listen**  22:11,24
**little**  8:2
**load**  29:16
**located**  7:10
  30:25
**log**  38:17,21
  48:5
**long**  8:3 11:22
  14:3 60:25
**longer**  9:2

**look**  32:17
  51:14 57:9,12
  57:22
**looking**  19:6
  32:22 42:3
  44:24 57:2,10
**looks**  33:3 57:14
  57:15,16,17
**loose**  44:4,9
  51:1,5,8 52:7,9
**louisiana**  1:18

**m**

**ma'am**  6:3
**madam**  22:10
**magic**  14:18
  58:16
**maintaining**
  18:25 33:5
**maintenance**
  19:6 20:20,24
  33:9,13,15 36:9
  37:16,17
**make**  22:19
  24:6,13,18 25:2
  25:5,10,12
  39:22 46:7,20
  46:23 47:2,3,16
  53:13 58:24
  59:7
**makes**  59:14
**making**  59:5
**manager**  20:25

**manager's**
  20:21
**march**  1:15 5:7
  63:9 65:7 66:2
**marked**  12:24
  19:13 29:24
  32:15 52:21
  53:23 54:12
  56:21
**material**  56:12
  56:18 57:17
  58:2,3,6,7
**mean**  23:16
  26:5,8 28:18
  34:8 38:11 49:2
  49:7,18
**means**  7:6 35:15
**member**  10:25
  11:5 19:21
**members**  21:4
  35:22
**miami**  1:2 2:4
  63:4
**mind**  22:11 31:9
**minutes**  31:6,12
  52:14,15
**missed**  55:15
**moment**  9:4
**momentarily**
  26:15
**month**  16:14,16
**months**  16:1,4,8
  33:8,13,16,22
  33:24,25 34:6

  38:25
**mouse**  42:21
**mumbling**
  18:15

**n**

**n**  2:8 3:1 6:22
  6:22 65:2
**namagal**  2:12
  5:12,19 6:4 63:8
**name**  6:21 11:1
  13:7,8
**named**  27:12
**near**  9:2,3
**necessarily**  20:8
**need**  18:18
  34:23 36:15
  37:15,17 39:10
  40:12,18 41:20
  47:20 58:3,24
  59:8,17 62:15
**needed**  20:16
  39:21 45:19
  48:4 58:23
**needs**  29:16
  35:14 39:14
  40:3 46:6 58:8
**new**  1:18 7:11
  7:12,13,13 29:6
  29:6
**notary**  63:6,18
  64:16
**note**  65:11

**[notes - p]**

**notes** 58:10
**notice** 4:3 13:5
**notification** 3:9
**notify** 9:24
**november** 16:8
16:9,10 56:16
57:21
**number** 5:4
32:11

**o**

**o** 6:22 65:2
**oath** 3:7 7:14
63:1
**object** 7:24
13:10 19:8 20:4
21:11,17,23
22:9,23 23:11
23:21 24:4,15
24:22 25:6,18
26:2,10 28:1
30:18 32:13
33:7 36:8 38:19
39:24 40:4,13
40:19 41:1,5,22
42:17 43:2,16
43:22 44:5,10
46:9 47:10,17
48:2,14 49:4,14
50:8,16 51:3,11
51:19 52:1
54:10 55:10,20
55:25 57:3,11
58:5 59:1,9,18

60:2,23
**objected** 22:24
**objection** 9:17
22:12,13 23:2
62:3
**observe** 38:21
**obvious** 43:11
**occurred** 12:11
37:25 47:23
**office** 7:3 10:10
10:12,16,17
11:10 30:22,24
64:12
**official** 63:12
64:12
**oh** 13:3 18:8,17
32:6
**okay** 5:1,21 6:7
7:6 8:2,12,20
9:5,8,11,15,24
10:2,5,21,25
11:22 13:8,15
14:9,22 15:1,8
15:16 16:4,19
17:5,12 18:5
19:19 20:2,7,19
21:3,9 23:2,3,24
24:10,20 25:9
26:14,16,17,18
27:17 28:5
29:15,21,23
30:1,3,4,10,21
31:5,13,17,20
32:9,17,20,21

32:23,24 33:4
33:12,21 34:13
35:2,3,4,11,15
35:20,25 36:17
37:12 38:24
39:7,9,11,14,19
40:8,14 42:3,4,8
42:15,20 43:13
44:13,16 45:6,8
45:11,16,21
46:5,12,15
48:24 49:19
51:1 52:23 53:2
53:3,4,8,11,13
53:19,25 54:3
54:15,21 55:3,6
56:1,8,15 57:6,8
58:10 59:23
60:3,7 61:2,24
62:6
**oliver** 2:11 5:9
**onboard** 7:6,22
8:13,23 9:12
11:9 13:17 15:2
15:6,9,11,17,25
16:13 17:5,16
27:12,17 28:8
28:22 29:1,4,12
30:22 31:20
33:1 44:3 48:8
51:18,24 54:2
57:20 60:18,21
**once** 33:8,12
38:8 60:3

**one's** 59:13
**ones** 39:2
**open** 37:9 39:11
**order** 22:5,19
23:7 35:20
37:21 41:24
53:6,9,10,12,16
53:17,21 54:8
54:18,23 58:22
59:16 62:11,16
**ordered** 48:17
**ordering** 65:14
**orders** 4:8 12:16
18:18,22 52:25
52:25 53:13
**original** 9:21
**originally** 13:15
**orleans** 1:18
7:11,12,13,13
**outdoor** 7:22
21:7 26:15 30:7
30:10,11,12,17
32:19 33:1
39:20,22 46:12
46:17 48:19
51:10 52:7 54:2
54:25 55:8,8,19
57:1,21 58:23
58:24 59:8,25
60:8,18

**p**

**p** 6:22

**[p.m. - put]** Page 76

**p.m.** 1:16,16 5:8
  31:15 62:14,18
**page** 35:1 66:5,8
  66:11,14,17
**pages** 64:5
**palm** 2:9 65:3
**panorama** 27:2
**part** 18:25
  19:11 21:6
  26:24 27:2,6,9
  27:13 33:4 35:5
  51:17,23 58:13
  61:10 62:1
**particular** 37:2
  42:13,16 43:5,7
**parties** 64:10
  65:14
**passenger** 27:24
**passengers**
  35:22 44:16,18
**pause** 22:11
  31:16 36:19
  52:18
**pay** 13:24
**penalties** 66:21
**people** 32:2,4,8
  32:9 45:24
**perfectly** 9:18
**perform** 20:16
**perjury** 66:21
**person** 10:21
  25:22 35:5
  41:14 46:1,6,16
  49:11 55:2

59:24
**person's** 11:1
**peter** 1:14 3:2
  5:6 6:7,15,22
  61:8 63:8 64:6
  65:1,7 66:2,25
**phone** 12:1
  37:13
**photo** 4:11
  12:14 54:4,5
  56:25
**photograph** 4:9
  32:25 54:1
  57:22
**photographs**
  32:19
**photos** 4:7
  12:10,13
**picture** 57:4
**piece** 21:21 22:5
  22:18,19 23:7
  24:3 25:16,24
  25:25 30:10,12
  30:16 35:8,19
  43:20
**pieces** 21:14
  22:7,20 23:9
  24:2 34:17 35:5
**piercing** 50:7
**place** 1:18 5:7
  10:14 64:7
**places** 58:19
**plaintiff** 1:7 2:5
  5:15

**plaintiff's** 12:21
  13:5 19:17
  20:19 32:18,18
  42:2 52:24
  53:25 54:14
  55:4,6 56:24
  57:10
**plan** 4:6 8:23
  30:1
**plans** 9:1 29:17
**please** 5:22 6:8
  6:20 9:10 65:12
**point** 29:20
**policy** 12:18
  34:5 52:25 53:8
**pool** 37:10,12
  37:19 48:7,9
  54:18
**portion** 13:25
  20:19
**position** 16:20
  32:12 46:1
  61:25
**possibility** 26:6
  26:9
**possible** 25:24
**preparation**
  11:20,23
**prepare** 10:3,6
**present** 2:11
  11:14 12:3
**previously**
  38:15

**pride** 14:18
**probably** 16:18
**problem** 31:11
**procedure** 4:8
  38:24 46:25
  48:12 53:5
  65:22,23
**procedures** 4:4
  12:19 37:6
**proceedings**
  31:16 36:19
  52:18
**produced** 30:2
**promoted** 16:25
  17:2,3,9,14
**promotion**
  16:22 17:7
**proper** 25:11
**properly** 18:21
  22:7,21 23:9,18
  23:20 24:2,14
  25:12,17,25
  43:14 46:7,21
  46:24 47:2,4,6,8
  47:21 49:2
**provide** 17:19
**public** 63:7,18
  64:16
**pull** 34:24
**push** 47:15,15
  47:20
**put** 34:9 38:8,10
  38:12,15,16
  42:5 45:22

**[put - right]** Page 77

46:16,19 47:11 47:18,19,20 53:9 59:24
**puts** 53:9
**putting** 46:5 47:12 49:11

**q**

**question** 9:8,9 22:11,16 23:3,5 25:23 28:20,20 39:25 41:8,10 44:15 51:21 58:7
**questions** 10:15 61:3 62:7
**quick** 36:16

**r**

**r** 6:22 66:4,4
**raise** 5:22 6:8
**rani** 2:12 5:13 5:19,21 6:4 63:8
**rar** 1:4 65:6 66:1
**read** 62:9,10 65:10 66:22
**really** 28:4 57:19
**reason** 24:1 25:4 65:11 66:7 66:10,13,16,19
**reasonable** 65:16

**recall** 15:15 16:12 28:5 32:10,11 42:13 54:6 55:24
**receipt** 65:15
**receive** 13:22 16:22 53:11,14 60:7
**received** 48:11
**receives** 55:2
**recheck** 24:6
**rechecking** 25:2
**recognize** 32:25
**record** 5:11 6:21 31:14,14 31:18 36:18,20 52:17,19 62:13
**recorded** 5:5
**referenced** 65:9
**referring** 36:25
**refurbish** 60:8
**refurbished** 41:21
**refurbishing** 19:21 39:18,20 60:12
**refurbishment** 20:13 32:5,5 37:18 48:11 54:19 59:25
**regard** 65:16
**regarding** 7:21 37:19,22

**regular** 19:5
**remember** 15:3 16:7 28:7 29:5,7 29:8 31:23 51:4 61:11
**remotely** 7:15 7:18 63:9
**remove** 34:17 34:20,21 35:12 35:18 39:4,5
**removed** 34:23 35:14,23 39:8 39:13
**removes** 45:24
**removing** 46:2
**repair** 37:15,16
**repaired** 54:24
**repairing** 19:3 21:7 35:25
**repairs** 20:13,16
**repeat** 8:5 22:16 23:5 28:13 33:18 43:24 51:21
**replace** 45:7,15
**replaced** 45:4,6 45:12,12,17,18
**replaces** 45:8
**report** 20:24 21:1 33:9 37:20 51:12
**reported** 1:19
**reporter** 3:8 5:11 22:10,12

64:1
**reports** 21:2 53:6
**request** 31:7 53:12
**requested** 53:16
**requirements** 19:20
**reset** 31:9
**responded** 54:7
**responsibilities** 18:3,6,6 19:24 20:3,21 51:24
**responsibility** 19:20 20:5 24:8 24:17 45:21 51:2,9,17 52:3
**responsible** 20:10 33:5 45:25
**restain** 34:10
**returned** 65:15
**revarnished** 40:12
**revarnishing** 48:13
**review** 11:17 12:8,10,13,16 12:18 65:10
**right** 5:22 6:8 8:13 9:16,20,22 14:15 15:9,22 15:25 16:6 17:6 17:7 19:3,7

21:10 24:3 27:14 31:5 32:22 35:6,17 35:24 39:23 42:21 43:1,15 43:18 44:9 46:8 47:6,12 49:3 51:14 52:13,25 56:9,16 57:2 58:4

**riser** 7:21 35:9 35:12,16 42:20 43:8,20 48:25 49:1,2,11,25 50:2,4,6,10 54:1 54:8 55:7,18 56:3,9

**risers** 57:18

**robinson** 2:7 65:2

**robinson.com** 2:9 65:4

**routine** 37:23

**rule** 65:22,23

**rules** 65:16

**s**

**s** 65:17 66:4

**safety** 20:16

**salary** 13:22,25

**salty** 39:12

**sand** 34:15 60:15

**saying** 24:10 42:11 43:17 56:8 59:6,10,13 61:11

**says** 6:23 20:10

**scheduled** 8:15

**screen** 6:23 20:23

**screw** 42:25 44:8 45:25 47:5 47:11,15,18 49:8,9,10,15,16 49:19,20,21,22 49:24 50:1,2,4,9 50:10,11,11,17 50:18,20,21,23 50:23 51:1,2,8,9 52:7,9 56:2,3,4

**screw's** 47:8

**screwed** 42:6 43:9,11,18 47:4 47:14

**screws** 26:11 34:23 35:16,18 38:16,16 42:25 43:4,12,13 44:4 46:20,23 47:4 48:24,25,25 49:12 50:7

**scroll** 54:22

**seal** 63:12 64:12

**second** 29:17 56:23

**secure** 23:18,20 24:2,18 25:3,5 47:21

**secured** 22:8,21 23:9 24:14,21 25:17,25 43:14 46:8,21,24 47:16,19 49:3

**securely** 25:12 25:21

**see** 8:6 12:23,25 13:3,7,13 19:21 19:22 20:11,17 20:23 23:23 33:6 35:4,10 42:21,23,24 43:9,12,17,25 45:1,2 53:1,6,7 54:4,4,5,19,20 55:14,17 57:19 58:2,19

**seems** 9:15

**seen** 55:1 57:24 62:5

**sees** 51:12 55:2

**send** 13:25 37:18 48:20,23

**senior** 17:8,9,14 17:23

**sense** 46:10 47:1

**sent** 48:16

**set** 64:11

**seven** 60:15

**sheet** 3:10 65:11 65:13

**ship** 8:20,24 9:12 11:9,11,12 13:17 14:24,25 18:25 19:6,6 28:14 29:6 33:23 44:3 51:18,25 58:15 58:18 61:18

**ships** 14:13,16 26:21 27:11

**short** 61:8

**shorthand** 64:1

**show** 12:21 19:16 29:16 52:13,23 53:25 60:10

**showed** 10:22 60:12

**sic** 22:10

**side** 42:25

**sign** 65:12

**signature** 63:17 64:15

**signed** 16:9,15 16:17 65:18

**signing** 16:7

**similar** 12:2

**similarly** 18:22

**sir** 6:20 23:4

**sit** 10:14,19,23 49:25

**[size - take]**   Page 79

| | | | |
|---|---|---|---|
| **size** 61:22 | 30:11,12,17 | **start** 19:18 36:5 | **strips** 45:1,4,8 |
| **sofa** 18:19 | 32:20 33:5,22 | **started** 14:6 | 45:16 |
| **solutions** 65:20 | 34:2,5,11,14,17 | 16:19 17:13 | **strong** 22:3,3 |
| **somebody's** | 34:18,22 35:16 | **state** 5:10 6:20 | **structure** 29:11 |
| 21:15 | 35:23,24 36:3,7 | 63:3,7,18 64:2 | **studied** 60:14 |
| **sorry** 22:15 | 37:22 38:3 39:4 | 64:16 | **styled** 5:2 |
| 36:16 37:16 | 39:5,10,21 | **stated** 64:7 | **subject** 26:14 |
| 40:6 43:23 | 40:11,18 41:20 | 66:22 | 32:19 47:23 |
| 51:20 | 42:6 43:8,10,15 | **states** 1:1 | 57:1 |
| **sound** 27:25 | 44:13,14,17,20 | **statute** 65:16 | **suggested** 65:15 |
| **southern** 1:1 | 44:25 45:22 | **stay** 49:8 | **suite** 2:4,8 65:3 |
| **speak** 10:17,19 | 46:6,7,8,13,17 | **stenographer** | **summary** 19:20 |
| 10:20 11:19,22 | 46:20 47:25 | 1:19 5:21 6:3,7 | 20:3 |
| **speaking** 11:15 | 48:20,24 49:3 | 6:13 62:15 | **sunlights** 39:12 |
| **specific** 32:11 | 51:1,10 52:7 | 63:18 64:16 | **supervisor** |
| **specifically** 37:4 | 54:2,9,25 55:8,8 | **step** 12:14 23:17 | 36:13,24,24,25 |
| 37:5 | 55:19 56:19 | 23:17 25:1,16 | 37:7,9,10,12,19 |
| **speculation** | 57:2,9,9,21,25 | 34:20 35:5,12 | 48:8,9 54:18 |
| 26:2 28:1 39:24 | 58:3,23 59:8,16 | 39:4 57:18 | **sure** 8:4 22:19 |
| 40:4 41:13 | 59:17 60:1,18 | **steps** 24:20 | 24:6,13,18 25:2 |
| 59:19 | **staircases** 21:7 | 33:21 34:11,13 | 25:5,10,12 46:7 |
| **spell** 6:21 | 21:9,14,15 30:7 | 34:16,21,22 | 46:20,23 47:2,3 |
| **spirit** 14:19 | 33:1 39:22 | 35:5,12 37:2,2 | 47:16 61:1 |
| **spoke** 10:4,5,8 | 44:23 58:24 | 38:3 39:5,7,10 | **sw** 2:3 |
| 10:10,12,16,18 | 60:8 | 40:11,17 41:20 | **swear** 5:12,23 |
| 11:1 12:3 | **stairs** 4:7,11 | 42:8,10,12,14 | 6:9 |
| **spotty** 31:8 | 33:23,24 | 42:16 44:25 | **sworn** 6:5,8,17 |
| **staircase** 7:22 | **stamp** 20:22 | 57:18 58:22 | 7:14 63:10 64:8 |
| 21:21,22 22:5,6 | 32:22 42:3 | **stop** 18:14 | **system** 53:20 |
| 22:7,8,19,20,20 | 44:24 | **strictly** 36:4 | |
| 22:21,22 23:8,8 | **stamped** 19:19 | **strike** 30:21 | **t** |
| 23:9,10 24:2,3,7 | 30:3 35:2 53:2 | 35:20 | **t** 6:22,22 66:4,4 |
| 24:21 25:16,24 | 54:15 | **strip** 45:11 | **take** 9:25 29:22 |
| 26:1,15 30:10 | | | 31:6 34:18,25 |

35:18 36:15 40:8,12,14 52:12 59:22 62:17

**taken** 1:17 7:18 9:6 32:19 56:25 57:4,7 64:6

**talk** 10:14,23 18:5 26:16

**talking** 30:15 37:1,4 43:4,7 52:24

**tamil** 2:12 5:20 5:24,25

**taped** 13:6

**team** 19:21 20:8 20:14 21:1,2 32:5,8,9 37:18 39:16,17,18,19 39:20,21 40:2 40:23,25 41:19 41:23 48:11,15 51:13,13,13 52:3 53:18,19 53:20 54:19 58:21 59:6,7,14 59:25 60:3

**team's** 20:5

**teams** 5:7 7:15 7:18 12:1 20:9

**technician** 2:11

**telephone** 37:20

**tell** 14:13 15:1 18:3 25:9 34:1,4

41:24 47:9,24 56:10 60:25

**telling** 25:13

**ten** 31:8,10,12

**terms** 27:24

**terri** 1:19 5:11 63:6,18 64:16

**testified** 6:17 42:5 48:9 55:23 58:12 61:9

**testimony** 3:2 6:9 55:24 65:10 65:15

**thank** 6:3,13 61:3,8 62:6,8,10

**thanks** 22:14

**thereof** 64:10

**thing** 12:14

**things** 19:3

**think** 25:23 31:8 55:23 58:10

**thinking** 50:20

**thought** 28:25

**three** 15:4,5 23:22 24:13 28:23,25 32:1,3 33:8,12,16,22 33:24 34:6 38:25 41:8

**tight** 47:8,19

**tighten** 51:2,9 52:7

**time** 1:16 5:8,8 13:9 15:13,14

16:13 17:17 28:10,11,12,15 28:17 29:19 45:5,6 47:25 48:8 60:25 61:3 61:9 64:7

**times** 23:23 24:13 41:8 44:4 45:17 48:19

**title** 16:24

**today** 7:18,20 9:25 10:24 11:20,23,24 12:4

**today's** 13:8

**told** 10:1 22:16 27:23 52:6 56:2 56:6

**took** 48:7 61:25

**total** 32:2,7

**train** 17:21

**training** 17:19 17:21,23 60:7

**transcript** 62:12 64:5 65:9,18

**transcription** 64:6

**transcripts** 12:7 12:8 65:13

**translated** 9:9 9:21

**translating** 22:13

**treads** 57:17

**true** 64:6 66:22

**truth** 6:10,10,11

**try** 8:3 41:14

**trying** 24:5 25:9 50:17,20,24

**two** 16:1,4,8 26:11 27:16 42:24 48:25

**u**

**under** 7:14 31:4 65:16 66:21

**underneath** 26:12

**undersigned** 64:5

**understand** 9:8 9:9,15,18 18:8 18:15 24:10 25:13 28:19 39:25 44:15 59:5

**understanding** 30:13,16 45:3 48:12

**understood** 7:1 8:11

**united** 1:1

**unscrew** 35:15

**update** 53:16,18 53:19,20

**upkeep** 20:10

**[used - x]**

**used** 65:18
**using** 7:3,15,18

**v**

**vacation** 15:14
16:1,6,8
**valor** 6:24,24
7:7,9,10 8:13,16
11:13 14:15
15:16,17,22,24
17:5 58:16,17
**varnish** 33:19
33:21,21,25
34:8,9,10,13,15
34:20,21 40:9
40:15 45:6 58:8
60:16
**varnished** 34:2
34:5 39:8,10,13
39:15,21 40:18
46:12 47:25
48:19 58:3,23
59:17
**varnishes** 45:10
**varnishing**
34:19 35:11
37:6,19,22,25
38:2,3,4,6,18,25
39:6 40:3 45:23
46:2,17 48:10
48:21 59:23
60:17
**varnishings**
45:12,13,18

**venezia** 27:5,18
58:12 61:10,14
61:18,22,25
**verify** 65:10
**veritext** 65:13
65:20
**veritext.com**
65:13
**versus** 5:2
**vessel's** 20:11
**video** 2:11 5:5
7:4 12:2 13:6
64:6
**videographer**
5:1,9 31:13,17
36:17,20 52:16
52:19 62:13
**village** 16:2
**vista** 7:23 14:18
14:23 15:2,6,6,9
15:11,14,25
16:3,7,10,13
17:11,14,16
26:16,19,20,21
26:23,23,24
27:3,6,9,10,13
27:13,15,21
28:6 29:1,10,15
29:17 30:2,5,23
31:1,21 33:1
37:5 44:23 48:8
54:3 56:15
57:20 58:13,16
60:21 61:10,15

62:1
**vivekaandam...**
2:12 5:20 6:4
63:8
**vs** 1:8

**w**

**waive** 62:9
**walk** 23:18
35:22 44:16,25
**walked** 44:20,22
**walking** 21:15
21:22
**walks** 21:10
44:14
**want** 8:5,6 10:3
24:1,11,20 37:1
37:6 43:8
**wanted** 55:4
**water** 39:12
**way** 56:4
**we've** 52:10,24
**went** 49:13,20
50:9,10,12,18
50:21,23
**west** 2:9 65:3
**whenever's**
29:18
**whereof** 64:11
**white** 40:7,7,11
40:14,18 41:20
**witness** 3:9 5:13
6:12,16 29:23
62:8 63:12 64:8

64:11 65:10,11
65:12,17
**wood** 34:9,10
35:4,8 56:13,14
57:15
**words** 18:16
**work** 4:8 12:16
18:18,22 35:25
37:21,23 41:25
52:24,25 53:5,9
53:10,11,13,16
53:17,21 54:7
54:18,23 57:23
57:25 60:11
**worked** 14:10
14:17 27:16
28:14 61:13,15
**worker** 59:2
**working** 7:8
8:23 9:2 28:23
29:1 36:5
**works** 11:7
20:14 48:12
**workshop** 30:24
30:25,25 38:4,5
38:7 60:10,13
**written** 13:7
**wrong** 42:15

**x**

**x** 3:1

**[y - zoom]**                                                    Page 82

| y |
|---|
| **y**   6:22 11:3 |
| **yeah**   7:1 17:1,8 |
| 21:8 22:18 |
| 28:21 43:11,17 |
| 44:18 45:14,19 |
| 52:12 61:23 |
| 62:17 |
| **years**   14:5,16 |
| 16:20 60:15 |

| z |
|---|
| **zero**   31:4,4 |
| **zoom**   11:25 |

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is transcribed, the transcript shall be furnished to the witness for examination and shall be read to or by the witness unless the examination and reading are waived by the witness and by the parties. Any changes in form or substance that the witness wants to make shall be listed in writing by the officer with a statement of the reasons given by the witness for making the changes. The changes shall be attached to the transcript. It shall then be signed by the witness unless the parties waived the signing or the witness is ill, cannot be found, or refuses to sign. If the transcript is not signed by the witness within a reasonable time after it is furnished to the witness, the officer shall sign the transcript and state on the transcript the waiver, illness, absence of the witness, or refusal to sign with any reasons given therefor. The deposition may then be used as fully as though signed unless the court holds that the reasons given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:24-cv-21185-RAR

AT LAW AND IN ADMIRALTY

CLAY CROCKETT,

     Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

     Defendant.

_____/

## NOTICE OF TAKING VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the videotaped deposition(s) of:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| **Antony Peter** **(CCL Joiner)** | **March 31, 2025** **at 12:00 pm (EST)** | **By Videoconference[1]** **on Microsoft Teams** |

This notice complies with and the deposition to take place described herein will comply with Emergency Administrative Order of The Supreme Court of Florida, AOSC20-16, dated March 18, 2020, as extended and renewed in AOSC21-17, dated June 4, 2021.

The witness for the subject deposition will testify from there remotely via Microsoft Teams. Counsel for the plaintiff will appear remotely also via Microsoft Teams and located in or around Miami, Florida. Counsel for the Defendant will be allowed to appear remotely via Microsoft Teams. The witness will be sworn in by the Court Reporter who will be supplied by Veritext Legal Solutions in Miami, Florida. That Court Reporter will be authorized to administer oaths in the State of Florida and will administer the oath to the witness remotely.

Upon oral examination before Veritext Legal Solutions, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court, including the applicable Rules of Civil Procedure.

     **Please advise immediately upon receipt of this notice if a translator is necessary.**

---

[1] **The link for the videoconference is attached to this Notice.**

TLF
3/31/2025
Antony Peter
**1**

**1. COURT REPORTER:**

 a. Name of Court Reporter:     Veritext Legal Solutions

 b. Address of Court Reporter:    1400 Centrepark Boulevard
                      Suite 605
                      West Palm Beach, FL 33401

 c. Phone Number of Court Reporter:   800.726.7007

---

**2. BY TELEPHONE:**  ☐ YES  ☑ NO

 If **YES**, see below:

 a. An Order has been entered by the court allowing deposition by telephone pursuant to Fed. R. Civ. P. 30(b)(6), dated _____, 20___.

 b. If we take this deposition by telephone, <u>the court reporter must verify</u> (a) that there is a working speakerphone at the location and (b) that the exhibit binder supplied by our office is at the location of the deposition.

 c. Conference call phone number: _____

 d. Conference ID number: _____

---

**3. VIDEOTAPED:** ☑ YES  ☐ NO

 If **YES**, see below:

 a. Name of Videographer:     Video Court Reporting, Inc

 b. Address of Videographer:    8870 SW 83 Street
                     Miami, FL 33173

 c. Phone Number of Videographer:  305.342.7299

---

**4. VIDEO-CONFERENCE:**  ☑ YES  ☐ NO

 If **YES**, see below:

 a. Name and address of video-conference center at which the undersigned will attend:
   via Microsoft Teams

2

Crockett v. Carnival
1:24-cv-21185

**5. DEPOSITION OF A CORPORATE REPRESENTATIVE:** ☐ YES      ☑ NO

    If **YES**, see below:

Pursuant to Fed. R. Civ. P. 30(b)(6), *in the notice, a party may name as the deponent a public or private corporation, a partnership or association, or a governmental agency, and designate with reasonable particularity the matters on which examination is requested. The organization so named shall designate one or more officers, directors, or managing agents, or other persons who consent to do so, to testify on its behalf and may state the matters on which each person designated will testify. The persons so designated shall testify about matters known or reasonably available to the organization. This subdivision does not preclude taking a deposition by any other procedure authorized in these rules.*

Matters on which examination is requested: **SEE EXHIBIT "A" ATTACHED HERETO**.

---

**6. COMMISSIONER (for depositions which take place outside of the state of Florida):**
Order of the court appointing commissioner is dated _____, 20_____, appointing _____, who is authorized in the state in which testimony is taken to administer oaths. *(See Uniform Foreign Depositions Statute in the state in which the deposition is taken.)*

---

**7. SUBPOENA:**
    In the case of a non-party witness:

    ☐ Counsel in this case, _____, has agreed to produce such witness without necessity of a subpoena
    ☐ A subpoena has been issued from the United States District Court in which this case is pending
    ☐ A subpoena has been issued by courts in the state in which witness resides pursuant to the law of that state

**SUBPOENA DUCES TECUM:** ☐ YES      ☑ NO

---

Dated this 21st day of March 2025

        By:    *s/ Lisa C. Goodman*
            **LISA C. GOODMAN, ESQ**. (FBN118698)
            lgoodman@hickeylawfirm.com

3

Crockett v. Carnival
1:24-cv-21185

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via e-mail on this the 21st day of March 2025 to all parties of record on the attached service list.

Respectfully submitted,

By: *s/ Lisa C. Goodman*
**JOHN H. HICKEY**, **ESQ.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**LISA C. GOODMAN, ESQ**. (FBN118698)
lgoodman@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Counsel for the Plaintiff*

4

Crockett v. Carnival<br>1:24-cv-21185

## CLAY CROCKETT v. CARNIVAL CORPORATION
## d/b/a CARNIVAL CRUISE LINE

### CASE NO. 1:24-cv-21185-RAR


### <u>SERVICE LIST</u>

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Lisa Goodman, Esq.** (FBN 118698)<br>lgoodman@hickeylawfirm.com<br>kporras@hickeylawfirm.com<br>**HICKEY LAW FIRM, P.A.**<br>12150 S.W. 128th Court, Suite 225<br>Miami, FL 33186<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for Plaintiff* | **Michael J. Drahos, Esq.** (FBN: 1019357)<br>michael.drahos@gray-robinson.com,<br>lilia.parker@gray-robinson.com<br>**Ashley N. Genoese, Esq.** (FBN: 0617059)<br>ashley.genoese@gray-robinson.com<br>**Walter Cooper Jarnagin** (FBN: 117767)<br>Cooper.Jarnagin@gray-robinson.com<br>**Gray Robinson, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Tel.: (561) 268-5727<br>Fax: (561) 268-5745<br>*Counsel for Defendant* |

5

Crockett v. Carnival
1:24-cv-21185

Microsoft Teams

**Join the meeting now**

Meeting ID: 232 155 833 716

Passcode: 6f6Zh3Ud

Create Procedure Suggestion   Print   Forward Document   Exit

# OL PROCEDURES

» JOB DESCRIPTIONS          » JD015 - REFURBISHING TEAM MEMBER                    (DATE: 06 APR 2015)          **Carnival**

| ☰ BODY | ✐ MANUAL INFORMATION | ✎ LINKS IN THIS DOCUMENT | ✎ ITEMS REFERENCING THIS DOCUMENT | ⸗ VERSION HISTORY | ⟳ DOCUMENT HISTORY |

### Content                                                                                         ◉ SHOW TIER III

<table>
<tr><td>

**Table of Contents**

REFURBISHING TEAM MEMBER

1.0 Title:

2.0 Department:

3.0 Job Summary:

4.0 Responsibility and authority:

5.0 Education:

6.0 Sub-ordinate positions:

7.0 Reports to:

</td><td>

**REFURBISHING TEAM MEMBER**

**1.0 Title:**
REFURBISHING TEAM MEMBER

**2.0 Department:**
Deck Department

**3.0 Job Summary:**
- Responsible for the upkeep of the vessel's Guests and Crew areas.
- Carrying out refurbishment, repairs and daily works as instructed by the Team Leader.
- Responds to Guest work orders and repair requests.
- Responds to Crew work orders and repairs requests.
- Ensures that all aspects of the company's environmental policy and procedure applicable to his job tasks are properly carried out including, but not limited to, the proper labeling of all hazardous material containers including those which may be temporarily used, the proper storage and containment of hazardous chemicals including paints, the proper precautionary procedures specified by the company when painting onboard or "over the side", the proper application of the company's personnel protection program.
- Performs safety equipment repairs as needed.
- Responsible for the upkeep of the assigned work shop, lockers (Mason, Joiner, etc.).
- Being able to undertake jobs to provide help to Mason, Joiner, Upholster, and Carpenter.

**4.0 Responsibility and authority:**
He/she will be responsible for:

- Carrying out refurbishment, repairs and new installation in Guest and Crew areas as instructed by the Team Leader.
- Provides night call assistance on a rotation basis as scheduled by the Team Leader.
- Performs routine inspections of all Guest and Crew areas under his specific responsibility (i.e. carpet, upholster, etc.).
- Responsible to learn the proper use of tools and equipment, and P.P.E. as instructed by the Team Leader.
- Assist the fresh water bunkering operations. The carpenter designated by the Team Leader/St. Captain is the ones responsible for this task.
- Ensure that all aspects of company's OH&S are effectively applied during his/her working activities
- Perform Back stage services
- Carry out night beeper duties as requested by the Team Leader
- Any other assignment as required by the Staff Captain or by the Team Leader

**5.0 Education:**
- Current and valid Basic Training Certificate as per STCW Regulation.
- Current and valid Crowd Management Certificate, Company will provide this course within first contract.

**6.0 Sub-ordinate positions:**
None

**7.0 Reports to:**
Team Leader

Printed copies are not official documents, but are for reference only.

</td></tr>
</table>

Top

TLF
3/31/2025
Antony Peter
**2**

GR000337

1/1

| Create Procedure Suggestion | Print | Forward Document | Exit |

# OL PROCEDURES

» JOB DESCRIPTIONS  » JD027 - FACILITY MAINTENANCE MANAGER  (DATE: 12 DEC 2018)



**BODY**  |  MANUAL INFORMATION  |  LINKS IN THIS DOCUMENT

ITEMS REFERENCING THIS DOCUMENT  |  VERSION HISTORY  |  DOCUMENT HISTORY

## Content  👁 SHOW TIER III

### Table of Contents

FACILITY MAINTENANCE MANAGER

1.0 Title:

2.0 Department:

3.0 Job Summary:

4.0 Responsibility and authority:

5.0 Education:

6.0 Sub-ordinate positions:

7.0 Reports to:

## FACILITY MAINTENANCE MANAGER

### 1.0 Title:
FACILITY MAINTENANCE MANAGER

### 2.0 Department:
Engine Department

| TLF |
| 3/31/2025 |
| Antony Peter |
| **2A** |

### 3.0 Job Summary:
Responsible for the vessel's Hotel, Catering Equipment, in charge of:

- Galley equipment and Machinery
- Guest/Crew Cabins and Guest/Crew Areas

GR000338

- Laundry Equipment

- Turbo-lint (Main Laundry Filter)

- Waste Management Plant equipment

- Incinerator and Ancillary Equipment

- Swimming Pools, Whirlpool and ancillary equipment (maintenance, repair, treatment, and analysis)

- Pool dome (where applicable)

- Galley Hood and Ducts including Steam Smothering Systems (where applicable) in cooperation with Team R Leader

- Hood Washing System

- Decks Machinery

- Fork lifts and Trolleys

- Fire Screen Doors and Sliding Doors

- Routine test of backflow preventers, including up keeping logs (outside Engine Spaces)

- Responsible for the issuance of Permit to Work (Hot Work Permit, Confined Space, etc.)

- Supervise Team Leader and Chief Plumber activities (including requisitions)

- Windows and gondola washing system

- Participate in ERM Ops

## 4.0 Responsibility and authority:
He/she will be responsible for:

- Ensures that all machinery assigned is in working order and in compliance with Environmental, Health and Safety Procedures, ensures maintenance is carried out at due intervals in accordance with planned maintenance and service requirements. and all related log and record are updated.

- Update equipment technical cards of machinery assign to him and his subordinates

- Reports any abnormal condition of the machinery assigned

- Records maintenance and inventory updates in InfoSHIPsql

- Supervises and check receipt of ordered spare parts of his own

- Responsible for updating Operating Manuals belonging to assigned equipment

- Participate in drills and training as required by the Company

- Ensure that all aspects of the company's environmental policy and procedure applicable to his job tasks are properly carried out including, but not limited to, the proper labeling of all hazardous material containers including those which may be temporarily used, the proper storage and containment of hazardous chemicals including paints and the proper application of the company's personnel protection program

- Any additional assignment as per Chief Engineer discretion

- Ensure that all aspects of company's OH&S are effectively applied during his/her working activities

- Ensure that they are up to date on all ERM policies and procedures

## 5.0 Education:

GR000339

- Nautical High School Diploma
- IMO Certificate - Chief Engineer License IMO III/2 on ships powered by main propulsion machinery of 3,000 kw or More
- Flag state IMO endorsement of recognition
- Current and valid Basic Training Certificate as per STCW Regulation
- Survival Craft Operator Certificate

## 6.0 Sub-ordinate positions:
3rd Engineer Officer (Hotel), Team Leader, Chief Plumber, Galley Service Tech, Hotel Service Tech, Hotel Fitters

## 7.0 Reports to:
Staff Chief Engineer

**Printed copies are not official documents, but are for reference only.**

Top

GR000340

3/3















GR000343







GR000346



GR000347



GR000348



GR000349



GR000350

## PROCEDURE FOR:    WORK ORDER REPORTS

POLICY:         All work orders generated by housekeeping should be made by the Floor Supervisors or Assistant Housekeeping Manager of each area.

OBJECTIVE:  To ensure all maintenance issues are reported and addressed promptly or as soon as possible.

PROCEDURE:

All Housekeeping Team Members, Supervisors and Management must report and follow up on any maintenance issue noticed by them anywhere around the ship including crew areas.

Stateroom Stewards should be reporting all work orders to their immediate Supervisor. Stateroom Stewards must not call maintenance personnel directly, but report to Floor Supervisors or Assistant Housekeeping Manager who will follow up with the maintenance request and arrange for them to be contacted if necessary.

To avoid excessive calls to the maintenance teams, calls will be made by Floor Supervisors or Assistant Housekeeping Manager for urgent work requests only.

Repair request made by Guests personally to either to Stateroom Steward, Management or Guest Services Associates should be considered as 'Urgent' request and response time to fix this repair request should be within 30 minutes. Other issues that need immediate attention such as toilet or sink blocked, flood, lights or telephone in stateroom not working, entrance door does not lock or open, A/C not working, etc. are also considered 'Urgent' repair requests.

All general and non-priority work orders should be reported in the usual manner via InfoShip.

For all emergency work orders, Floor Supervisors can call maintenance team and as soon as they are aware of the maintenance issue and they must make an InfoShip work order for that particular issue, later in the day or at the end of their shift.

In order for Floor Supervisors not to be swamped with maintenance calls, Stateroom Stewards must be instructed to log all non-urgent maintenance issues of their section on a maintenance sheet and hand it over to the Floor Supervisors when they see them in their sections or at the end of each shift.

Stateroom Stewards must report back if maintenance issues in their section are not corrected within a specified time frame.

Floor Supervisors and Assistant Housekeeping Managers must follow up and track work orders made by them to make sure that they are completed; pending work orders must be followed up on for completion.

Repair personnel such as plumbers, electricians, joiners and upholsterers performing work in guest or crew cabins shall have a sub-master key issued to them by the department head. A "key control" log must be accurately maintained. Authorized repair personnel may conduct necessary repairs with a valid work order in guest or crew cabins without the presence of the occupant, housekeeping or department representative. If repair personnel are unaccompanied, the door shall remain fully open during the repair process. Any team member who violates the provisions of this paragraph is subject to disciplinary action.


### RESPONSIBLE FOR COMPLIANCE:

        All Housekeeping Management and supervisor
        Stateroom Stewards
        Assistant Stateroom Stewards
        Hotel Stewards



TLF
3/31/2025
Antony Peter

**5**

GR000335



## VISTA SENIOR ASSISTANT CHIEF SECURITY OFFICER

| | |
|---|---|
| **From:** | VISTA HOUSEKEEPING |
| **Sent:** | Monday, July 17, 2023 2:41 PM |
| **To:** | VISTA SENIOR ASSISTANT CHIEF SECURITY OFFICER |
| **Subject:** | RE: I CARE SR. 6383 –SILP-SB-VS-07142023-5- INJURY |

Good afternoon chief,

Please see below image you requested.



*Thank you, Best regards*

**WILCOR STA. ANA**
Pool & Deck Supervisor  | Carnival Vista
Carnival Cruise Line
Cell: 32117 | Office: 0090 | e: VSHSKP@carnival.com
**CHOOSE FUN®**

glassdoor
BEST PLACES | Great Place To Work Certified



TLF
3/31/2025
Antony Peter
**7**

GR000293

**TO WORK** |

 Please consider the environment before printing this email.

---

**From:** VISTA HOUSEKEEPING <VSHSKP@carnival.com>
**Sent:** Friday, July 14, 2023 1:49 PM
**To:** VISTA SENIOR ASSISTANT CHIEF SECURITY OFFICER <VSSRACHSEC@carnival.com>
**Cc:** VISTA HOUSEKEEPING <VSHSKP@carnival.com>
**Subject:** I CARE SR. 6383 -SILP-SB-VS-07142023-5- INJURY

Good Afternoon Chief,

Please see the below ICARE opened for SR 6383 and work order made for the same.

| Commented By | Commented Time | Comment Type |
|---|---|---|
| Vista Housekeeping_1 | 7/14/2023 12:40 PM | Issue Identification |
| Vista Housekeeping_1 | 7/14/2023 1:02 PM | Pause For Investigation |

WR Overview - from 07-14-2023 to 07-14-2023

| List | WR | Filters |

Request Nr.: VS_0363525   WR Date: 07-14-2023 12:59 GMT-5:00   Origin: WR Mobile
Ship: VS   CARNIVAL VISTA
WR Issuer: WR   Work Request WR-WO Mobile
WR Number: 104381
WR Problem Type: C_CARPENTR   CCL - REFURBISH: CARPENTRY
From Department: HOUSE LAUN   HOUSEKEEPING
Requestor: SUP POOL/D   SUPERVISOR POOLS / DECKS
To Department: ENGINE   ENGINE DEPARTMENT
Responsible: FMM TEAM   REFURBISH TEAM LEADER
On Hold:
WR Subject: Others
WR Priority: TOP URGENT   TOP URGENT
Location: HQ_0071134   VS/DK11/FZ3/PS/ MAIN VERTICAL ZONE 3
Object ID:
WR status: Approved   History
Last WO: VS_0504385   WO Date: 07-14-2023 12:59 GMT-5:00
WO Number: WM104799   WO Status: In Progress

Notes
WR ID: VS_03635
dk 11 mid portside
of the steps detach

WO List    REQ List    Exit

2

GR000294

*Thank you, Best regards*

**WILCOR STA. ANA**
Pool & Deck Supervisor  | Carnival Vista
Carnival Cruise Line
Cell: 32117 | Office: 0090 | e: VSHSKP@carnival.com
**CHOOSE FUN®**



 Please consider the environment before printing this email.

GR000295



TLF
3/31/2025
Antony Peter
**8**