Exhibit B

Plaintiff's Response to Carnival's Supplemental Request
for Production served on January 31, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:24-cv-21185-RAR

AT LAW AND IN ADMIRALTY

CLAY CROCKETT,

      Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

      Defendant.

_____/

**PLAINTIFF'S RESPONSE TO CARNIVAL CORPORATION'S
SUPPLEMENTAL REQUEST FOR PRODUCTION**

COMES NOW, Plaintiff, CLAY CROCKETT, by and through undersigned counsel and

pursuant to Fed. R. Civ. P. 34, and in accordance with the attached Definitions and Instructions,

hereby files their response to Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL

CRUISE LINE's supplemental request for production dated December 19, 2024, and states as

follows:

1. Copies of any and all records, films, imaging, radiological studies, and materials relating to any diffusion tensor imaging (DTI) imaging of the Plaintiff, including with Dr. Sam, as referenced in Plaintiff's deposition testimony. If the records, imaging, studies, or films taken of the Plaintiff are not in Plaintiff's possession, please provide a listing of each said radiology study, the name of the facility where the testing occurred, and the location of same.

   **RESPONSE:     Objection, this request is not reasonably particularized with regards to the phrases "relating to". See e.g. *TIC Park Ctr.9, Ltd. Co. v. Cabot,* 2017 U.S. Dist. LEXIS 111241, at \*11 (S.D. Fla. July 18, 2017).**

   **Additionally, to the extent that this request seeks reports from expert witnesses, reports for expert witnesses who will testify at trial will be produced in compliance with this Court's scheduling order.**

1

**Further, this Request has been interpreted that it does not seek information protected by the attorney-client privilege or the work product doctrine. As such, Plaintiff does not assert such objections.**

**Notwithstanding that and the objection, copies for treatment and imaging ordered by Dr. Sumathira T. Sathanandan, MD ( Dr Sam) were provided in response to Defendant's initial request for production and will be produced again in response to this request:**

- **MED RECS - 3. West Tennessee Medical Group Neuroscience & Spine - Jackson (Sumathira T. Sathanandan, M.D.) (Bate Stamped 001-063)**

- **09.08.23 (West Tennessee Healthcare North Hospital) – MRI of Brain without Contrast**

**Also, enclosed are copies of the following:**

- **MED RECS – 6. Ethos Health Specialists**

- **MED RECS -  8.  Stand Up MRI of Miami (Bate Stamped 001-036)**

- **11.18.24 (Stand-Up MRI of Miami) – MRI of Brain with DTI-3D Tract**


**The copies of the medical records are available via Dropbox link:**

**https://www.dropbox.com/scl/fo/2jo61an0ygib16t0eelfo/ACWp_dGYQ6IDRfnCEA EkYW4?rlkey=9g7tdgl03g5bzwqbqoomtlzga&st=dsoygwer&dl=0**


2. Copies of any and all records, films, imaging, radiological studies, and materials relating to any diffusion tensor imaging (DTI) imaging of the Plaintiff, including at Stand Up MRI, and the Ethos Clinic, as referenced in Plaintiff's deposition testimony. If the records, imaging, studies, or films taken of the Plaintiff are not in Plaintiff's possession, please provide a listing of each said radiology study, the name of the facility where the testing occurred, and the location of same.

   **RESPONSE:   Objection, this request is not reasonably particularized with regards to the phrases "relating to". See e.g. *TIC Park Ctr.9, Ltd. Co. v. Cabot,* 2017 U.S. Dist. LEXIS 111241, at \*11 (S.D. Fla. July 18, 2017).**

   **Additionally, to the extent that this request seeks reports from expert witnesses, reports for expert witnesses who will testify at trial will be produced in compliance with this Court's scheduling order.**

   **Further, this Request has been interpreted that it does not seek information protected**

by the attorney-client privilege or the work product doctrine. As such, Plaintiff does not assert such objections.

Notwithstanding that and the objection, enclosed are copies of the following medical records:

- **MED RECS – 6. Ethos Health Specialists**

- **MED RECS - 8. Stand Up MRI of Miami (Bate Stamped 001-036)**

- **11.18.24 (Stand-Up MRI of Miami) – MRI of Brain with DTI-3D Tract**

The copies of the medical records are available via via Dropbox link:

https://www.dropbox.com/scl/fo/2jo61an0ygib16t0eelfo/ACWp_dGYQ6IDRfnCEA EkYW4?rlkey=9g7tdgl03g5bzwqbqoomtlzga&st=dsoygwer&dl=0:

3. Copies of any and all records, films, imaging, radiological studies, and materials relating to medical treatment of the Plaintiff, including at Stand Up MRI, and the Ethos Clinic, as referenced in Plaintiff's deposition testimony. If the records, imaging, studies, or films taken of the Plaintiff are not in Plaintiff's possession, please provide a listing of each said radiology study, the name of the facility where the testing occurred, and the location of same.

**RESPONSE:   Objection, this request is not reasonably particularized with regards to the phrases "relating to". See e.g. *TIC Park Ctr.9, Ltd. Co. v. Cabot,* 2017 U.S. Dist. LEXIS 111241, at *11 (S.D. Fla. July 18, 2017).**

**Additionally, to the extent that this request seeks reports from expert witnesses, reports for expert witnesses who will testify at trial will be produced in compliance with this Court's scheduling order.**

**Further, this Request has been interpreted that it does not seek information protected by the attorney-client privilege or the work product doctrine. As such, Plaintiff does not assert such objections.**

**Notwithstanding that and the objection, enclosed are copies of the following medical records:**

- **MED RECS – 6. Ethos Health Specialists**

- **MED RECS - 8. Stand Up MRI of Miami (Bate Stamped 001-036)**

- **11.18.24 (Stand-Up MRI of Miami) – MRI of Brain with DTI-3D Tract**

The copies of the medical records are available via via Dropbox link:

3

https://www.dropbox.com/scl/fo/2jo61an0ygib16t0eelfo/ACWp_dGYQ6IDRfnCEA
EkYW4?rlkey=9g7tdgl03g5bzwqbqoomtlzga&st=dsoygwer&dl=0

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via e-mail on this 31ˢᵗ day of January 2025 to all parties of record on the attached service list.

By:     *s/ Lisa C. Goodman*
**JOHN H. HICKEY**, **ESQ.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**LISA C. GOODMAN, ESQ**. (FBN118698)
lgoodman@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Tel: (305) 371-8000 | Fax: (305) 371-3542
*Counsel for the Plaintiff*

4

## SERVICE LIST

### CLAY CROCKETT v. CARNIVAL CORPORATION
### d/b/a CARNIVAL CRUISE LINE

### CASE NO. 1:24-cv-21185-RAR

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Lisa C. Goodman, Esq.** (FBN 118698)<br>lgoodman@hickeylawfirm.com<br>kporras@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>12150 S.W. 128th Court, Suite 225<br>Miami, FL 33186<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Counsel for Plaintiff* | **Michael J. Drahos, Esq.** (FBN: 1019357)<br>michael.drahos@gray-robinson.com,<br>lilia.parker@gray-robinson.com<br>**Ashley Nicole Genoese, Esq.** (FBN: 0617059)<br>ashley.genoese@gray-robinson.com<br>**Walter Cooper Jarnagin** (FBN: 117767)<br>Cooper.Jarnagin@gray-robinson.com<br>**Gray Robinson, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Tel.: (561) 268-5727<br>Fax: (561) 268-5745<br>*Counsel for Defendant* |

5