Exhibit C

Dr. Jose Pizarro's Report
Stand-Up MRI Medical Records Bates 001-003

# STAND-UP MRI OF MIAMI
## UPRIGHT® MRI & 3.0T WIDE-BORE MRI
Accredited by the American College of Radiology

**PATIENT NAME:**  CROCKETT, CLAY
**DOB:**  ███████████
**PATIENT NUMBER:**  ██████████
**REFERRING PHYS:**  WAECHTER, VICTORIA
**DATE OF SERVICE:**  18-Nov-2024 04:56:40 PM

---

## Exam: DTI-3D TRACT BRAIN MRI

**CLINICAL HISTORY:**  Trauma to the head on 07-14-2023.  Blunt trauma on a cruise ship with post-concussion syndrome.

**TECHNIQUE:** Standard MRI pulse sequences were performed on a high-field 3.0 Tesla MRI. Additional Diffusion Tensor Imaging (DTI), directional color mapping (color FA maps), and diffusion tensor tractography, also known as fiber tracking was performed. SWAN/SWI images were also obtained.  No contrast.  A NeuroQuant analysis was performed.

**COMPARISON:**  None.

**FINDINGS:**

The ventricular system is normal in size. No hydrocephalus. No atrophy. No midline shift or mass effect. No hemorrhage or edema is apparent.

**Detailed analysis of the FLAIR images is as follows:**  The periventricular and subcortical white matter appears within normal limits without evidence of T2 hyperintensities. No "Dawson's fingers". The gray-white matter interface is unremarkable.

**Detailed analysis of the diffusion tensor imaging (DTI), directional color mapping (color FA maps), and diffusion tensor tractography is as follows:**  3D tractography images appear within normal limits with no evidence of neuronal loss. The color FA maps show normal FA values and appear within normal limits.

**Detailed analysis of the 3D SWAN/SWI images is as follows:** No "blooming artifact". No acute or chronic hemorrhage. No micropetechial hemorrhages or hemosiderin stain.

The major arterial flow voids are preserved. The brainstem is unremarkable. The cerebellar hemispheres and cerebellar folia appear within normal limits. No suprasellar or parasellar masses. The mastoid air cells are clear. No tonsillar herniation.

NeuroQuant analysis shows increased volume of the amygdala bilaterally and the fusiform gyri bilaterally.  There is increased volume in the bilateral parietal lobes involving the superior parietal

1661 SW 37th Avenue, Suite 100 • Miami, Florida 33145 • 305.461.6005 • Fax: 305.461.8662

Tab - 8. Stand-Up MRI of Miami.001

# STAND-UP MRI OF MIAMI
## UPRIGHT® MRI & 3.0T WIDE-BORE MRI
Accredited by the American College of Radiology

**PATIENT NAME:** CROCKETT, CLAY
**DOB:**
**PATIENT NUMBER:**
**REFERRING PHYS:** WAECHTER, VICTORIA
**DATE OF SERVICE:** 18-Nov-2024 04:56:40 PM

---

lobules on both sides.  There is increased volume of the middle frontal gyrus on the right and atrophy of the medial orbitofrontal gyrus on the left of the frontal lobes.   Please see NeuroQuant report included for your review.  These findings are abnormal and can be due to trauma.  Correlate for post-concussion syndrome.  Also, the abnormal volume in the amygdala can be seen with post-traumatic stress disorder. Correlate clinically.  Neurological evaluation and follow up recommended.

**IMPRESSION:**

1. NeuroQuant analysis shows increased volume of the amygdala bilaterally and the fusiform gyri bilaterally.  There is increased volume in the bilateral parietal lobes involving the superior parietal lobules on both sides.  There is increased volume of the middle frontal gyrus on the right and atrophy of the medial orbitofrontal gyrus on the left of the frontal lobes.   Please see NeuroQuant report included for your review.  These findings are abnormal and can be due to trauma.  Correlate for post-concussion syndrome.  Also, the abnormal volume in the amygdala can be seen with post-traumatic stress disorder.  Correlate clinically.  Neurological evaluation and follow up recommended.
2. Consider repeat DTI and MRI of the brain in 3-6 months if clinically indicated.
3. Some traumatic brain injury patients may not demonstrate abnormal decreased white matter FA values on DTI.  Therefore, significant traumatic brain injury cannot be entirely excluded based on a lack of detectable decreased FA values.  Please correlate clinically.

Thank you for referring this patient.

**Jose Pizarro, M.D.**
*Diplomate of the American Board of Radiology*
*Board Certified in Neuroradiology (CAQ)*
*Senior Member, American Society of Neuroradiology*
***Premier Radiology Group***
*Jose Pizarro, MD, Medical Director*

**Electronically Signed by PIZARRO, JOSE at 22-Nov-2024 09:28:22 AM**

---

1661 SW 37th Avenue, Suite 100 • Miami, Florida 33145 • 305.461.6005 • Fax: 305.461.8662

Tab - 8. Stand-Up MRI of Miami.002

# STAND-UP MRI OF MIAMI
## UPRIGHT® MRI & 3.0T WIDE-BORE MRI

Accredited by the American College of Radiology

**PATIENT NAME:** CROCKETT, CLAY
**DOB:** ███████
**PATIENT NUMBER:** ███████
**REFERRING PHYS:** WAECHTER, VICTORIA
**DATE OF SERVICE:** 18-Nov-2024 04:56:40 PM



