Exhibit D

Dr. Jason Siegel's Reports
Ethos Health Specialists Medical Records Bates 011-048

Main office
1541 SE 17th St.
Ocala, FL 34471
Phone: (352) 732-5590 Fax: (352)732-0292
www.EthosTBI.com



# WAVi Electroencephalogram (EEG) Testing Report:

Patient name: Clay Crockett
DOB: ▮▮▮▮▮▮▮
Date of testing: 11/20/2024
Diagnosis from Treating Provider: (S06.2X0A) traumatic brain injury w/o LOC
Interpreting Physician:  Jason Siegel, MD

**History:**
42-year-old Male presented for EEG testing due to injuries sustained on 07/14/2023.

**Technique:**
Electroencephalogram (EEG) testing was performed utilizing WAVi technology. The brain scanning software measures both auditory and visual evoked potentials, are neuro psychological tools to obtain the P300 latency and voltage which are biomarkers of brain health and response to external stimuli. Additional parameters including physical reaction time, auditory evoked potentials, and state (power) are also obtained. Alterations of normal brain waves, slowing down of evoked potentials and the brain's response to external stimuli can be indicative of a traumatic brain injury, among other conditions.

**Findings:**
1.  Physical Reaction Time: 340 milliseconds (target range: 251-361 ms)
2.  F3/F4 Eyes Closed Alpha Power: 1.1 (target range: 0.9-1.1)
3.  Audio Evoked Potential Latency (P300 Delay): 328 milliseconds (target range: 255-331 ms)
4.  Audio Evoked Potential Voltage (P300): 3.5 microvolts (target range: 8-20 microvolts)
5.  CZ Eyes Closed Theta/Beta Power: 1.5 (target range: 0.8-2.0)

**Interpretation:**
1. Physical Reaction Time is within normal limits
2. Audio Evoked Potential Latency (P300 Delay) is within normal limits.
3. Audio Evoked Potential Voltage (P300) is decreased which can be seen in reduced cognitive functioning.
4. Theta/Beta Power ratio was within reference ranges.
5. F3/F4 Alpha Power ratio was within reference ranges.

**Impressions:**
1.  While these findings can be indicative of a variety of pathologies, it is within a reasonable degree of medical certainty that they are consistent with symptoms of a traumatic brain injury (TBI). However, TBI diagnosis is not based upon any single specific diagnostic test, so clinical correlation with the treating providers is advised. This test can serve to confirm the clinical diagnosis of TBI and help guide therapy and treatment options.

**Recommendations:**
1.  Correlate all abnormal findings to underlying neurological status and disorder.
2.  May consider a repeat study to evaluate for improvement in parameters with treatment.

/*Jason Siegel*/MD,
Electronically Signed
Jason Siegel, MD

Tab - 6. Ethos Health Specialists.011

# WAVi Scan Clinician Report

CROCKETT, Clay — Male, ▬▬▬ — ID: — Generated: 11/20/2024 10:59 AM

| Session Number | Reason for Visit | Presenting Concerns | Change | Sleep | Since Meal | Age |
|---|---|---|---|---|---|---|
| Session 1 (11/20/2024) | Baseline | N/A | N/A | N/A | N/A | 42 yrs |

**See Appendix** for explanations of metrics shown on this page.

| Performance Assessments | Session 1 (11/20/2024) | Target Range |
|---|---|---|
| Physical Reaction Time | 340 (±76) ms | 251–361 ms |
| **Frontal** | | |
| F3/F4 Eyes Closed Alpha (Power) | 1.1 | 0.9–1.1 |
| Peak Frequency (7.0–13.0 Hz) | 9.8 Hz | 8.5–11.0 Hz |
| Test/Retest Change | - | ±0.2 Hz |
| **Central-Parietal** | | |
| Audio P300 Delay | 328 ms | 255–331 ms |
| Test/Retest Change | - | ±11 ms |
| Audio P300 Voltage | 3.5 µV | 8–20 µV |
| Test/Retest Change | - | ±2 µV |
| Peak Frequency (7.0–13.0 Hz) | 9.1 Hz | 9.0–11.0 Hz |
| Test/Retest Change | - | ±0.2 Hz |
| CZ Eyes Open Theta/Beta (Power) | N/A | 0.8–2.0 |
| CZ Eyes Closed Theta/Beta (Power) | 1.5 | 0.8–2.0 |
| **Occipital** | | |
| Peak Frequency (7.0–13.0 Hz) | 10.0 Hz | 9.0–11.0 Hz |
| Test/Retest Change | - | ±0.2 Hz |

**Maximum P300 Test Depth (µV) — Range: 240–500 ms**
**Dashed rectangle indicates Central-Parietal region used for evoked potential metrics**

BLACK Xs INDICATE LOCATIONS WITH LESS THAN 20 CLEAN P300 RARE RESPONSES. TOPO COLORS AROUND Xs MAY BE AFFECTED.



Session 1
P300 EC 4 Min 1
11/20/2024 10:46 AM



MAX CP uV
8
0
MIN uV

Tab - 6. Ethos Health Specialists.012



# WAVi Scan Clinician Report

CROCKETT, Clay — Male, ▆▆▆▆ — ID: — Generated: 11/20/2024 10:59 AM

**P300 Common/Rare Comparison, Session 1 (11/20/2024)**
Common responses are compared to rare responses.
**Yield Display Threshold: 20**

**Color Key**

Common ▆▆▆▆    Rare ▆▆▆▆

P300s typically occur between 240 and 450 msec.
Probable depth and latency of true P300 is indicated on 1st page of report.
# Indicates yield. *Indicates possible artifact during late P300.





Motion average after rare stimulus.

Central-Parietal P300 average.



| | FP1 | | FP2 |
|---|---|---|---|
| # UV MS | 36 4.0 324 | # UV MS | 35 4.4 328 |

| F7 | F3 | FZ | F4 | F8 |
|---|---|---|---|---|
| # UV MS | # UV MS | # UV MS | # UV MS | N/A |
| 37 6.3 320 | 35 6.9 328 | 36 5.8 320 | 36 2.6 316 | |



| T3 | C3 | CZ | C4 | T4 |
|---|---|---|---|---|
| # UV MS | # UV MS | # UV MS | # UV MS | # UV MS |
| 33 5.0 320 | 36 2.0 320 | 34 3.5 328 | 34 1.2 312 | 35 3.7 320 |



| T5 | P3 | PZ | P4 | T6 |
|---|---|---|---|---|
| # UV MS | # UV MS | # UV MS | # UV MS | # UV MS |
| 36 <0 N/A | 36 <0 N/A | 33 <0 N/A | 36 1.0 304 | 35 3.0 312 |

| F3-FZ-F4 AVE | O1 | O2 | CENTRAL-PARIETAL AVE |
|---|---|---|---|
| # UV MS | # UV MS | # UV MS | # UV MS |
| 35 5.1 320 | 36 <0 N/A | 34 <0 N/A | 34 1.7 316 |



**CENTRAL-FRONTAL AVERAGE**

| # | N100-UV | MS |
|---|---|---|
| 32 | -9.3 | 120 |

Blue line indicates 100 msec post stimulus.
Maximum N100 reported between 80-120 msec.

Largest depths between 240-500 msec are reported, except for N100. Dotted lines at 300 msec post stimulus.

Generated by WAVi Scan 1.1.0.0. Intended to display electrical brain activity to aid in diagnosis. For use with professional clinical evaluations only.

Tab - 6. Ethos Health Specialists.013

**WAVi Scan Clinician Report**

CROCKETT, Clay — Male, ▮▮▮▮ — ID: — Generated: 11/20/2024 10:59 AM



## Performance Assessments

These assessments are provided for convenience only, and are to be used in accordance with their specific instructions. If an assessment was not at least partially completed in a given session, then the values for that session will be blank.

**Abbreviation Key**

S1 = Session 1 (11/20/2024)

**Trail Making Test Results**
Target Scores: Part A 40–68 sec, Part B 43–84 sec

| Metric | S1 |
| --- | --- |
| Part A Time (seconds) | - |
| Part B Time (seconds) | - |

**Flanker Metric Summary**

| Metric | S1 |
| --- | --- |
| Trials | 112 |
| Responses | 111 |
| Correct | 111 |
| Incorrect | 0 |
| Non-flanker (msec) | 425 |
| Congruent (msec) | 480 |
| Incongruent (msec) | 520 |

Generated by WAVi Scan 1.1.0.0. Intended to display electrical brain activity to aid in diagnosis. For use with professional clinical evaluations only.

**Page 3 of 11**

Tab - 6. Ethos Health Specialists.014

**WAVi Scan Clinician Report**

CROCKETT, Clay — Male, ▮▮▮▮▮ — ID: — Generated: 11/20/2024 10:59 AM

**Spectrum, P300 Eyes Closed, Session 1 (11/20/2024)**

**Color Key**

Session 1 (11/20/2024) ▮



Generated by WAVi Scan 1.1.0.0. Intended to display electrical brain activity to aid in diagnosis. For use with professional clinical evaluations only.

**Page 4 of 11**

Tab - 6. Ethos Health Specialists.015

**WAVi Scan Clinician Report**


CROCKETT, Clay — Male, ▇▇▇▇ — ID: — Generated: 11/20/2024 10:59 AM

---

**Coherence Network Graphs, P300 Eyes Closed**
Row shows color-mapped coherence between head locations.

---



---

Generated by WAVi Scan 1.1.0.0. Intended to display electrical brain activity to aid in diagnosis. For use with professional clinical evaluations only.

**Page 5 of 11**

Tab - 6. Ethos Health Specialists.016



**WAVi Scan Clinician Report**

CROCKETT, Clay — Male, ████ — ID: — Generated: 11/20/2024 10:59 AM

**Coherence Network Graphs, Eyes Open Focused During Flanker**
Row shows color-mapped coherence between head locations.



Tab - 6. Ethos Health Specialists.017

**WAVi Scan Clinician Report**

CROCKETT, Clay — Male, ▆▆▆▆ — ID: — Generated: 11/20/2024 10:59 AM

**Magnitude Band Tables, P300 Eyes Closed**
UNITS: Total peak-peak microvolts within each band

**Band Ranges**
Theta: 4.5–7.5 Hz
Alpha: 8.0–13.0 Hz
Beta: 15.0–35.0 Hz

**Session 1 (11/20/2024)**

| LOC | THETA | ALPHA | BETA |
|---|---|---|---|
| FP1 | 12 | 18 | 16 |
| FP2 | 12 | 18 | 18 |
| F3 | 12 | 19 | 17 |
| F4 | 13 | 19 | 18 |
| F7 | 10 | 16 | 14 |
| F8 | 10 | 14 | 14 |
| C3 | 11 | 21 | 19 |
| C4 | 9 | 15 | 14 |
| P3 | 12 | 30 | 19 |
| P4 | 13 | 35 | 20 |
| O1 | 12 | 36 | 20 |
| O2 | 13 | 46 | 21 |
| T3 | 9 | 14 | 16 |
| T4 | 8 | 13 | 14 |
| T5 | 12 | 31 | 19 |
| T6 | 12 | 27 | 14 |
| FZ | 14 | 20 | 18 |
| CZ | 14 | 22 | 22 |
| PZ | 13 | 35 | 21 |

Generated by WAVi Scan 1.1.0.0. Intended to display electrical brain activity to aid in diagnosis. For use with professional clinical evaluations only.

Tab - 6. Ethos Health Specialists.018



**WAVi Scan Clinician Report**

CROCKETT, Clay — Male, ████ — ID: — Generated: 11/20/2024 10:59 AM

**Magnitude Band Tables, Eyes Open Focused During Flanker**
UNITS: Total peak-peak microvolts within each band

**Band Ranges**
Theta: 4.5–7.5 Hz
Alpha: 8.0–13.0 Hz
Beta: 15.0–35.0 Hz

**Session 1 (11/20/2024)**

| LOC | THETA | ALPHA | BETA |
|---|---|---|---|
| FP1 | 12 | 13 | 16 |
| FP2 | 12 | 13 | 19 |
| F3 | 13 | 14 | 16 |
| F4 | 13 | 14 | 18 |
| F7 | 12 | 11 | 15 |
| F8 | 11 | 11 | 20 |
| C3 | 13 | 14 | 19 |
| C4 | 11 | 10 | 14 |
| P3 | 13 | 17 | 17 |
| P4 | 13 | 16 | 17 |
| O1 | 14 | 16 | 19 |
| O2 | 14 | 20 | 20 |
| T3 | 12 | 10 | 18 |
| T4 | 9 | 9 | 14 |
| T5 | 14 | 19 | 18 |
| T6 | 11 | 14 | 14 |
| FZ | 14 | 15 | 17 |
| CZ | 14 | 16 | 20 |
| PZ | 13 | 16 | 18 |

Generated by WAVi Scan 1.1.0.0. Intended to display electrical brain activity to aid in diagnosis. For use with professional clinical evaluations only.

Tab - 6. Ethos Health Specialists.019

# WAVi Scan Clinician Report

CROCKETT, Clay — Male, ▮▮▮▮▮ — ID: — Generated: 11/20/2024 10:59 AM



**Coherence Band Table, P300 Eyes Closed**
**Session 1 (11/20/2024)**

**Abbreviation Key**
T = Theta (4.5–7.5 Hz)
A = Alpha (8.0–13.0 Hz)
B = Beta (15.0–35.0 Hz)

| PAIR | T | A | B | PAIR | T | A | B | PAIR | T | A | B | PAIR | T | A | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FP1-FP2 | .79 | .92 | .62 | F3-O2 | .07 | .16 | .02 | F8-T3 | N/A | .12 | .01 | P4-T4 | .52 | .39 | .20 |
| FP1-F3 | .80 | .91 | .77 | F3-T3 | .42 | .37 | .13 | F8-T4 | N/A | .28 | .30 | P4-T5 | .23 | .19 | .06 |
| FP1-F4 | .64 | .80 | .60 | F3-T4 | .30 | .04 | .04 | F8-T5 | N/A | .04 | .01 | P4-T6 | .52 | .80 | .72 |
| FP1-F7 | .82 | .90 | .71 | F3-T5 | .14 | .07 | .05 | F8-T6 | N/A | .09 | .09 | P4-FZ | .22 | .06 | .06 |
| FP1-F8 | N/A | .67 | .40 | F3-T6 | .08 | .15 | .02 | F8-FZ | N/A | .74 | .56 | P4-CZ | .47 | .18 | .24 |
| FP1-C3 | .51 | .35 | .29 | F3-FZ | .85 | .91 | .76 | F8-CZ | N/A | .56 | .37 | P4-PZ | .69 | .72 | .62 |
| FP1-C4 | .42 | .10 | .12 | F3-CZ | .65 | .61 | .53 | F8-PZ | N/A | .05 | .08 | O1-O2 | .72 | .67 | .57 |
| FP1-P3 | .14 | .05 | .05 | F3-PZ | .25 | .07 | .07 | C3-C4 | .44 | .25 | .12 | O1-T3 | .33 | .15 | .08 |
| FP1-P4 | .18 | .08 | .03 | F4-F7 | .60 | .67 | .39 | C3-P3 | .55 | .56 | .46 | O1-T4 | .17 | .10 | .04 |
| FP1-O1 | .07 | .12 | .02 | F4-F8 | N/A | .87 | .74 | C3-P4 | .40 | .17 | .13 | O1-T5 | .59 | .61 | .51 |
| FP1-O2 | .05 | .19 | .01 | F4-C3 | .53 | .40 | .27 | C3-O1 | .31 | .25 | .18 | O1-T6 | .23 | .39 | .23 |
| FP1-T3 | .36 | .27 | .09 | F4-C4 | .65 | .34 | .36 | C3-O2 | .17 | .09 | .07 | O1-FZ | .10 | .08 | .02 |
| FP1-T4 | .27 | .04 | .04 | F4-P3 | .14 | .05 | .05 | C3-T3 | .63 | .64 | .20 | O1-CZ | .22 | .09 | .10 |
| FP1-T5 | .09 | .05 | .03 | F4-P4 | .29 | .06 | .12 | C3-T4 | .30 | .14 | .03 | O1-PZ | .77 | .79 | .69 |
| FP1-T6 | .10 | .16 | .02 | F4-O1 | .09 | .05 | .02 | C3-T5 | .34 | .40 | .26 | O2-T3 | .14 | .07 | .01 |
| FP1-FZ | .79 | .93 | .79 | F4-O2 | .08 | .09 | .02 | C3-T6 | .11 | .10 | .04 | O2-T4 | .22 | .17 | .12 |
| FP1-CZ | .52 | .53 | .43 | F4-T3 | .21 | .21 | .05 | C3-FZ | .59 | .37 | .32 | O2-T5 | .26 | .21 | .13 |
| FP1-PZ | .17 | .05 | .04 | F4-T4 | .46 | .19 | .15 | C3-CZ | .76 | .67 | .54 | O2-T6 | .39 | .77 | .64 |
| FP2-F3 | .71 | .84 | .50 | F4-T5 | .06 | .03 | .02 | C3-PZ | .44 | .35 | .28 | O2-FZ | .07 | .14 | .01 |
| FP2-F4 | .71 | .85 | .67 | F4-T6 | .08 | .07 | .06 | C4-P3 | .26 | .14 | .05 | O2-CZ | .16 | .05 | .07 |
| FP2-F7 | .63 | .78 | .39 | F4-FZ | .85 | .90 | .81 | C4-P4 | .63 | .49 | .41 | O2-PZ | .62 | .62 | .56 |
| FP2-F8 | N/A | .76 | .59 | F4-CZ | .72 | .73 | .62 | C4-O1 | .25 | .13 | .08 | T3-T4 | .11 | .06 | .03 |
| FP2-C3 | .43 | .29 | .18 | F4-PZ | .22 | .06 | .09 | C4-O2 | .28 | .18 | .18 | T3-T5 | .49 | .42 | .20 |
| FP2-C4 | .43 | .14 | .18 | F7-F8 | N/A | .51 | .20 | C4-T3 | .22 | .07 | .01 | T3-T6 | .04 | .10 | .02 |
| FP2-P3 | .12 | .03 | .03 | F7-C3 | .64 | .46 | .35 | C4-T4 | .84 | .85 | .69 | T3-FZ | .35 | .24 | .07 |
| FP2-P4 | .18 | .07 | .04 | F7-C4 | .37 | .08 | .05 | C4-T5 | .11 | .08 | .01 | T3-CZ | .42 | .32 | .08 |
| FP2-O1 | .05 | .10 | .01 | F7-P3 | .22 | .09 | .09 | C4-T6 | .31 | .38 | .36 | T3-PZ | .32 | .15 | .05 |
| FP2-O2 | .06 | .17 | .01 | F7-P4 | .16 | .10 | .02 | C4-FZ | .53 | .16 | .21 | T4-T5 | .07 | .07 | .02 |
| FP2-T3 | .20 | .20 | .05 | F7-O1 | .10 | .12 | .03 | C4-CZ | .65 | .43 | .33 | T4-T6 | .36 | .42 | .27 |
| FP2-T4 | .32 | .07 | .09 | F7-O2 | .06 | .19 | .01 | C4-PZ | .42 | .30 | .21 | T4-FZ | .35 | .07 | .08 |
| FP2-T5 | .05 | .04 | .02 | F7-T3 | .45 | .44 | .21 | P3-P4 | .41 | .32 | .18 | T4-CZ | .40 | .22 | .10 |
| FP2-T6 | .08 | .13 | .02 | F7-T4 | .21 | .03 | .01 | P3-O1 | .74 | .73 | .66 | T4-PZ | .30 | .20 | .08 |
| FP2-FZ | .81 | .94 | .75 | F7-T5 | .14 | .07 | .06 | P3-O2 | .38 | .30 | .22 | T5-T6 | .10 | .12 | .03 |
| FP2-CZ | .52 | .53 | .37 | F7-T6 | .05 | .19 | .02 | P3-T3 | .55 | .43 | .18 | T5-FZ | .10 | .04 | .02 |
| FP2-PZ | .16 | .04 | .04 | F7-FZ | .75 | .82 | .56 | P3-T4 | .16 | .10 | .02 | T5-CZ | .16 | .11 | .08 |
| F3-F4 | .70 | .79 | .57 | F7-CZ | .54 | .49 | .35 | P3-T5 | .85 | .89 | .78 | T5-PZ | .38 | .40 | .26 |
| F3-F7 | .89 | .93 | .77 | F7-PZ | .19 | .07 | .05 | P3-T6 | .15 | .18 | .07 | T6-FZ | .05 | .12 | .02 |
| F3-F8 | N/A | .59 | .33 | F8-C3 | N/A | .26 | .14 | P3-FZ | .19 | .04 | .05 | T6-CZ | .12 | .07 | .09 |
| F3-C3 | .70 | .50 | .45 | F8-C4 | N/A | .41 | .45 | P3-CZ | .34 | .22 | .19 | T6-PZ | .26 | .41 | .32 |
| F3-C4 | .47 | .12 | .12 | F8-P3 | N/A | .03 | .03 | P3-PZ | .60 | .63 | .53 | FZ-CZ | .69 | .63 | .59 |
| F3-P3 | .26 | .09 | .10 | F8-P4 | N/A | .07 | .13 | P4-O1 | .53 | .55 | .35 | FZ-PZ | .22 | .04 | .06 |
| F3-P4 | .22 | .08 | .05 | F8-O1 | N/A | .06 | .03 | P4-O2 | .70 | .79 | .63 | CZ-PZ | .43 | .28 | .26 |
| F3-O1 | .12 | .09 | .03 | F8-O2 | N/A | .12 | .04 | P4-T3 | .23 | .06 | .01 | | | | |

Tab - 6. Ethos Health Specialists.020



**WAVi Scan Clinician Report**
CROCKETT, Clay — Male, ▮▮▮▮ — ID: — Generated: 11/20/2024 10:59 AM

**Coherence Band Table, Eyes Open Focused During Flanker**
**Session 1 (11/20/2024)**

**Abbreviation Key**
T = Theta (4.5–7.5 Hz)
A = Alpha (8.0–13.0 Hz)
B = Beta (15.0–35.0 Hz)

| PAIR | T | A | B | PAIR | T | A | B | PAIR | T | A | B | PAIR | T | A | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FP1-FP2 | .83 | .87 | .53 | F3-O2 | .19 | .05 | .04 | F8-T3 | .37 | .07 | .01 | P4-T4 | .63 | .48 | .26 |
| FP1-F3 | .84 | .86 | .56 | F3-T3 | .58 | .34 | .07 | F8-T4 | .61 | .39 | .20 | P4-T5 | .56 | .09 | .11 |
| FP1-F4 | .71 | .76 | .39 | F3-T4 | .42 | .07 | .06 | F8-T5 | .26 | .03 | .01 | P4-T6 | .73 | .73 | .69 |
| FP1-F7 | .79 | .78 | .44 | F3-T5 | .35 | .03 | .04 | F8-T6 | .25 | .02 | .04 | P4-FZ | .34 | .04 | .09 |
| FP1-F8 | .54 | .60 | .22 | F3-T6 | .20 | .06 | .05 | F8-FZ | .68 | .68 | .28 | P4-CZ | .55 | .20 | .28 |
| FP1-C3 | .59 | .31 | .16 | F3-FZ | .87 | .89 | .74 | F8-CZ | .58 | .54 | .17 | P4-PZ | .80 | .65 | .66 |
| FP1-C4 | .42 | .14 | .13 | F3-CZ | .72 | .70 | .50 | F8-PZ | .32 | .11 | .03 | O1-O2 | .81 | .48 | .61 |
| FP1-P3 | .32 | .03 | .03 | F3-PZ | .40 | .13 | .09 | C3-C4 | .56 | .23 | .13 | O1-T3 | .55 | .11 | .04 |
| FP1-P4 | .28 | .02 | .04 | F4-F7 | .63 | .55 | .19 | C3-P3 | .74 | .55 | .44 | O1-T4 | .47 | .08 | .06 |
| FP1-O1 | .22 | .03 | .01 | F4-F8 | .78 | .79 | .29 | C3-P4 | .59 | .16 | .15 | O1-T5 | .80 | .53 | .54 |
| FP1-O2 | .15 | .07 | .02 | F4-C3 | .63 | .35 | .18 | C3-O1 | .53 | .20 | .17 | O1-T6 | .52 | .25 | .27 |
| FP1-T3 | .47 | .20 | .05 | F4-C4 | .60 | .35 | .34 | C3-O2 | .36 | .04 | .08 | O1-FZ | .24 | .02 | .03 |
| FP1-T4 | .39 | .07 | .07 | F4-P3 | .37 | .06 | .05 | C3-T3 | .78 | .62 | .17 | O1-CZ | .39 | .09 | .11 |
| FP1-T5 | .26 | .02 | .02 | F4-P4 | .44 | .09 | .12 | C3-T4 | .49 | .12 | .05 | O1-PZ | .77 | .58 | .63 |
| FP1-T6 | .18 | .07 | .03 | F4-O1 | .27 | .03 | .03 | C3-T5 | .59 | .30 | .21 | O2-T3 | .37 | .02 | .01 |
| FP1-FZ | .84 | .89 | .69 | F4-O2 | .21 | .03 | .04 | C3-T6 | .30 | .03 | .07 | O2-T4 | .43 | .17 | .13 |
| FP1-CZ | .58 | .58 | .33 | F4-T3 | .43 | .14 | .02 | C3-FZ | .62 | .38 | .28 | O2-T5 | .55 | .08 | .19 |
| FP1-PZ | .29 | .06 | .04 | F4-T4 | .53 | .22 | .15 | C3-CZ | .82 | .62 | .47 | O2-T6 | .65 | .78 | .63 |
| FP2-F3 | .75 | .76 | .40 | F4-T5 | .29 | .03 | .03 | C3-PZ | .66 | .42 | .29 | O2-FZ | .16 | .04 | .03 |
| FP2-F4 | .77 | .82 | .31 | F4-T6 | .25 | .03 | .07 | C4-P3 | .49 | .11 | .10 | O2-CZ | .28 | .03 | .10 |
| FP2-F7 | .65 | .62 | .24 | F4-FZ | .88 | .90 | .65 | C4-P4 | .63 | .52 | .49 | O2-PZ | .62 | .39 | .54 |
| FP2-F8 | .69 | .71 | .33 | F4-CZ | .78 | .76 | .53 | C4-O1 | .42 | .10 | .10 | T3-T4 | .47 | .05 | .01 |
| FP2-C3 | .53 | .28 | .12 | F4-PZ | .38 | .16 | .10 | C4-O2 | .39 | .14 | .18 | T3-T5 | .68 | .37 | .11 |
| FP2-C4 | .45 | .20 | .16 | F7-F8 | .46 | .38 | .09 | C4-T3 | .45 | .05 | .01 | T3-T6 | .34 | .06 | .02 |
| FP2-P3 | .31 | .03 | .02 | F7-C3 | .70 | .42 | .12 | C4-T4 | .69 | .83 | .75 | T3-FZ | .43 | .20 | .04 |
| FP2-P4 | .31 | .03 | .04 | F7-C4 | .41 | .08 | .04 | C4-T5 | .39 | .04 | .04 | T3-CZ | .57 | .28 | .06 |
| FP2-O1 | .21 | .03 | .01 | F7-P3 | .41 | .06 | .03 | C4-T6 | .48 | .28 | .38 | T3-PZ | .54 | .15 | .04 |
| FP2-O2 | .15 | .05 | .02 | F7-P4 | .31 | .03 | .02 | C4-FZ | .50 | .21 | .23 | T4-T5 | .42 | .04 | .03 |
| FP2-T3 | .41 | .14 | .03 | F7-O1 | .28 | .02 | .01 | C4-CZ | .60 | .37 | .37 | T4-T6 | .49 | .37 | .31 |
| FP2-T4 | .43 | .12 | .12 | F7-O2 | .18 | .08 | .02 | C4-PZ | .50 | .34 | .28 | T4-FZ | .42 | .11 | .12 |
| FP2-T5 | .24 | .02 | .01 | F7-T3 | .64 | .43 | .15 | P3-P4 | .68 | .21 | .25 | T4-CZ | .50 | .19 | .14 |
| FP2-T6 | .18 | .05 | .04 | F7-T4 | .38 | .04 | .02 | P3-O1 | .83 | .66 | .66 | T5-T6 | .41 | .04 | .07 |
| FP2-FZ | .84 | .89 | .61 | F7-T5 | .34 | .02 | .02 | P3-O2 | .56 | .13 | .28 | T5-FZ | .27 | .02 | .03 |
| FP2-CZ | .59 | .59 | .27 | F7-T6 | .18 | .11 | .03 | P3-T3 | .72 | .45 | .11 | T5-CZ | .40 | .06 | .08 |
| FP2-PZ | .29 | .08 | .03 | F7-FZ | .72 | .70 | .35 | P3-T4 | .48 | .07 | .04 | T5-PZ | .59 | .21 | .29 |
| F3-F4 | .76 | .75 | .46 | F7-CZ | .59 | .51 | .19 | P3-T5 | .89 | .84 | .75 | T6-FZ | .17 | .04 | .05 |
| F3-F7 | .88 | .86 | .51 | F7-PZ | .34 | .07 | .03 | P3-T6 | .44 | .06 | .13 | T6-CZ | .27 | .02 | .12 |
| F3-F8 | .57 | .53 | .17 | F8-C3 | .48 | .23 | .06 | P3-FZ | .35 | .05 | .06 | T6-PZ | .41 | .25 | .35 |
| F3-C3 | .75 | .50 | .37 | F8-C4 | .61 | .47 | .22 | P3-CZ | .54 | .21 | .21 | FZ-CZ | .73 | .74 | .60 |
| F3-C4 | .49 | .16 | .14 | F8-P3 | .31 | .03 | .01 | P3-PZ | .77 | .49 | .58 | FZ-PZ | .35 | .12 | .08 |
| F3-P3 | .44 | .09 | .09 | F8-P4 | .36 | .08 | .06 | P4-O1 | .74 | .39 | .36 | CZ-PZ | .59 | .40 | .32 |
| F3-P4 | .36 | .04 | .07 | F8-O1 | .27 | .03 | .01 | P4-O2 | .76 | .71 | .60 | | | | |
| F3-O1 | .29 | .02 | .03 | F8-O2 | .22 | .03 | .01 | P4-T3 | .49 | .03 | .01 | | | | |

Tab - 6. Ethos Health Specialists.021

**WAVi Scan Clinician Report**

CROCKETT, Clay — Male, ▬▬▬ — ID: — Generated: 11/20/2024 10:59 AM

## Appendix

**Low Yield** (▤): This is reported when the amount and/or quality of the acquired data are insufficient to generate an accurate number. This may result from the presence of one or more artifact sources such as motion, sweating, poor electrode-scalp contact, or interference from nearby electronic equipment.

**Questionable Value** ( **?** ): Possibly due to low Alpha or Peak Frequency magnitude relative to background EEG noise.

**Excess Synchrony** (♦): A type of artifact which may affect multiple channels equally at the same time. This may be due to improper electrode connections or environmental interference. Excess Synchrony can reduce the accuracy of background EEG metrics.

**Manually Modified Artifacting** (★): Shown next to sessions in which at least one input file has manually modified artifacting.

**Sync Blinks**: Short for "synchronized eye blinks," this is reported when FP1 or FP2 is greater than or equal to 20 µV. Sync Blinks may affect the reported P300 and/or Flanker test depths and latencies at other electrode locations.

### P300 Metrics

**Physical Reaction Time:** The **average** time of the physical response to rare tones, derived from mouse or keyboard input.

- Reported as "**N/A**" if there were **less than 15** physical responses to rare tones.

**Audio P300 Delay** and **Audio P300 Voltage** metrics are derived from **Central-Parietal (C-P)** locations **CZ, C3, C4, PZ, P3, and P4 with sufficient yield**.

- For these metrics, "**yield**" is defined as the number of brain responses to rare tones which contain **minimal artifact**.

**Audio P300 Delay**: The **fastest** C-P latency **between 240-499 ms** after a rare tone, among locations that are **at least 3 µV**.

- Reported as "**N/A**" if **no** C-P location is **at least 3 µV**, or **no** C-P location has a yield of **at least 20** rare events.

**Audio P300 Voltage**: The **largest** C-P amplitude **between 240-499 ms** after a rare tone.

- Reported as "**N/A**" if **no** C-P location has a yield of **at least 20** rare events.
- Reported as "**< 0 µV**" if the voltage at **all** C-P locations is **less than 0 µV**.

**Low Yield** (▤) is shown next to values for Audio P300 Delay or Audio P300 Voltage if:

- **Less than 3** C-P locations have a yield of **at least 30**; OR
- **40% or more** data segments contain **excessive Delta artifact** at the location from which the metric was derived.

### Background EEG Metrics

Metrics include **CZ Theta/Beta, F3/F4 Alpha, Coherence, Muscle Tension, Peak Frequency**. For eyes closed metrics, P300 needs to be run, otherwise reported as "**N/A**".

**Low Yield** (▤) is shown next to a background EEG metric if:

- **Less than 30** segments of data are clean or contain **minimal artifact**; OR
- For metrics using Delta or Theta, **over 40%** of data segments contain **excessive Delta artifact**.

"**N/A**" is reported for a background EEG metric if:

- **Less than 20** segments of data are clean or contain **minimal artifact**; OR
- For metrics using Delta or Theta, **over 50%** of data segments contain **excessive Delta artifact**.

### P300 Topos

A P300 topo is generated for a session if **at least 3** C-P locations have a yield of **at least 20** rare events. Otherwise, "**N/A**" is shown.

**Black Xs** indicate topo locations with a yield of **less than 20** rare events. For graphical interpolation purposes, these locations are also set to 0 µV regardless of their actual values.

A topo location is considered "**good**" if its yield is **at least 20** rare events, and its voltage is **at least 3 µV**.

The warning "**No consistent P300**" is shown below a topo if:

- **At least 2** good locations are **less than 350 ms**, and **at least 2** good locations are **greater than 450 ms**; OR
- **Less than 40%** of good C-P location pairs are **within 75 ms**; OR
- The C-P location with the **largest µV** value is **at 500 ms** after a rare event.

For more information, please see wavimed.com/publications.

Generated by WAVi Scan 1.1.0.0. Intended to display electrical brain activity to aid in diagnosis. For use with professional clinical evaluations only.

**Page 11 of 11**

Tab - 6. Ethos Health Specialists.022

Main office
1541 SE 17th St.
Ocala, FL 34471
Phone: (352) 732-5590 Fax: (352)732-0292
www.EthosTBI.com



# Balance & Fall Risk (COP):

Patient name: Clay Crockett
DOB: ████████
Date of testing: 11/20/2024
Diagnosis from Treating Provider: (S06.2X0A) traumatic brain injury w/o LOC
Interpreting Physician:  Jason Siegel, MD

**History:**
42-year-old Male presented for computerized dynamic posturography testing due to injuries suffered on 07/14/2023.

**Technique:**
Balance and Fall Risk are determined using the BTracks Balance Test. This test obtains a result equal to the average Center of Pressure (COP) Path Length, displayed in centimeters, from three 20 second testing trails. Percentile rankings for age and sex are derived from the BTracks Normative Database which includes 20,000+ results from individuals aged 5-100 years. Fall Risk Assessment (FRA) is based on the number of standard deviations a result is from an average adult aged 20-39 years.

Visualizations of the COP Path Length and 95% Ellipse for Baseline and most recent Post Baseline trails are shown below. The center if each image, where the dotted lines intersect, represents the average COP position. Additional COP metrics beyond path length are provided.

**Findings:**
1. The most recent Baseline result has a Center of Pressure (COP) Path length: 25cm.
2. This result corresponds to the 54th percentile of similarly aged people of the same sex.
3. Based on the result being within one standard deviation or better of a typical adult, the Fall Risk Assessment is considered: Low Risk.

**Impressions:**
This is a normal computerized posturography study. A normal study does not rule out the possibility of a traumatic brain injury.

/*Jason Siegel*/MD,
Electronically Signed
Jason Siegel, MD

Tab - 6. Ethos Health Specialists.023



## Balance & Fall Risk
## (Main Results)

**Name: Clay Crockett**
**ID#: 89743**
**Facility: sf**

Balance and Fall Risk are determined using the BTrackS Balance Test. This test obtains a result equal to the average Center of Pressure (COP) Path Length, displayed in centimeters, from three 20-second testing trials. Percentile rankings for age and sex are derived from the BTrackS Normative Database which includes 20,000+ results from individuals aged 5-100 years. Fall Risk Assessment (FRA) is based on the number of standard deviations a result is from an average adult aged 20-39 years.



The most recent Baseline result has a Center of Pressure (COP) Path length of 25cm.

This result corresponds to the 54th percentile, meaning this result is better than 53% of similarly aged people of the same sex.

Based on the result being within one standard deviation or better of a typical adult, the Fall Risk Assessment is considered LOW RISK.

## Baseline Results

| DATE | T1 | T2 | T3 | BBT | % | FRA | NOTE |
|---|---|---|---|---|---|---|---|
| 11/20/2024 10:03:09 AM | 25 | 22 | 27 | 25 | 54 | LOW | |

## Post-Baseline Results

| DATE | T1 | T2 | T3 | BBT | % | FRA | NOTE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Notes:_____

Tab - 6. Ethos Health Specialists.024



## Balance & Fall Risk
## (COP Details)

**Name: Clay Crockett**
**ID#: 89743**
**Facility: sf**

Visualizations of the COP Path Length and 95% Ellipse for Baseline and most recent Post-Baseline trials are shown below. The center of each image, where the dotted lines intersect, represents the average COP position. In the tables, additional COP metrics beyond path length are provided.



### Baseline Results

| DATE | ELL | VEL | DIS | FREQ | RM-ML | RM-AP | RG-ML | RG-AP | EN-ML | EN-AP |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/2024 10:03:09 AM | 1.2 | 1.2 | 0.5 | 0.4 | 0.1 | 0.6 | 0.7 | 2.6 | 0.5 | 0.4 |

### Post-Baseline Results

| DATE | ELL | VEL | DIS | FREQ | RM-ML | RM-AP | RG-ML | RG-AP | EN-ML | EN-AP |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

Notes:_____

_____

_____

_____

Tab - 6. Ethos Health Specialists.025

Main office
1541 SE 17th St.
Ocala, FL 34471
Phone: (352) 732-5590 Fax: (352)732-0292
www.EthosTBI.com



## Videonystagmogram/Video Oculography Report:

Patient name: Clay Crockett
DOB: ████████
Date of testing: 11/20/2024
Diagnosis from Treating Provider: (S06.2X0A) traumatic brain injury w/o LOC
Interpreting Physician:  Jason Siegel, MD

**History:**

42-year-old Male presented for VNG/VOG testing due to injuries sustained on 07/14/2023.

**Technique:**

Videonystagmogram (VNG)/Video Oculography (VOG) testing was performed using the Neurolign device with I-PAS VNG system. Testing included horizontal gaze, horizontal and vertical saccades, horizontal smooth pursuits, vertical smooth pursuits, optokinetic reflex and subjective visual vertical. VNG/VOG utilizes infrared cameras that capture changes in subtle eye movements. Since the eyes are controlled by specific regions of the brain, damage to these areas can cause abnormal eye movement patterns identified by VNG/VOG.

Patient passed calibration successfully prior to testing.

**Findings:**

1. Gaze testing: helps determine adequacy of gaze-holding: horizontal gaze is normal.
2. Horizontal Saccades: determines horizontal rapid eye movements: horizontal saccades are abnormal.
3. Vertical Saccades: determines vertical rapid eye movements: vertical saccades are abnormal.
4. Horizontal smooth pursuit: test measures the ability to match eye movement to visual target movement in the horizontal direction: horizontal smooth pursuits are normal at 0.20Hz; abnormal at 0.30Hz and 0.50Hz.
5. Vertical smooth pursuit: test measures the ability to match eye movement to visual target movement in the vertical direction: vertical smooth pursuits are abnormal.
6. Optokinetic reflex: measures eye movement elicited by the tracking of a moving field: OKN reflexes are abnormal at 20 deg/sec; normal at 40 deg/sec.
7. Subjective visual vertical: test to assess a person's perception of verticality: subjective visual vertical is abnormal.

**Impressions:**

1. Gaze testing was within normal limits.
2. Horizontal saccade testing was abnormal, this reveals dysfunction of the pons.
3. Vertical saccades were abnormal, this reveals dysfunction of the midbrain and/or cerebellum.
4. Smooth pursuit testing was abnormal, this reveals dysfunction of the cerebellum and/or parietal lobe.
5. Optokinetic reflex testing was abnormal, this reveals dysfunction in cerebellar-vestibular region.
6. Subjective visual vertical testing was abnormal, this ability is dependent on visual, vestibular and somatosensory input.
7. While these findings can be indicative of a variety of pathologies, it is within a reasonable degree of medical certainty that they are consistent with symptoms of a traumatic brain injury (TBI). However, TBI diagnosis is not based upon any single specific diagnostic test, so clinical correlation with the treating providers is advised. This test can serve to confirm the clinical diagnosis of TBI and help guide therapy and treatment options.

**Recommendations:**

1. Correlate with clinical status, exam, right eye and computerized dynamic posturography.
2. Consider vestibular rehab for ongoing symptoms.
3. May consider a repeat study to evaluate for improvement in vestibular dysfunction with treatment.

/*Jason Siegel*/MD,

Electronically Signed

Jason Siegel, MD

Tab - 6. Ethos Health Specialists.026



# VEST™ Test Battery Report

InstitutionName
InstitutionName
Department
Address
Phone

**Patient** : Clay Crockett
**Date of Birth** : ███████
**Gender** : Male
**Acquisition** : VOG:Binocular

**Test Date** : 11/20/2024 10:22 AM - 10:30 AM
**Referral Source** :
**Tested By** : Administrator, Default
**Analyzed By** : Administrator, Default

**Pre-Test Comments:**

| Test | Calibration Gain | Eye Analyzed | Within Norms |
|---|---|---|---|
| Gaze Horizontal | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Right | Yes |
| Saccade Description: Horizontal | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Both | No |
| Saccade Description: Vertical | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Both | No |
| Smooth Pursuit Horizontal 0.20 Hz | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Left | Yes |
| Smooth Pursuit Horizontal 0.30 Hz | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Left | No |
| Smooth Pursuit Horizontal 0.50 Hz | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Combined | No |
| Smooth Pursuit Vertical 0.20 Hz | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Left | No |
| Smooth Pursuit Vertical 0.30 Hz | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Left | No |
| Smooth Pursuit Vertical 0.50 Hz | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Left | No |
| OKN Trapezoidal 20 deg/sec | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Left | No |
| OKN Trapezoidal 40 deg/sec | LH: 1.29; RH: 1.35; LV: 1.45; RV: 1.24 | Left | Yes |
| Subjective Visual Vertical | N/A | N/A | No |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Post-Test Comments:**

**Signature:**

**VEST™ 2019**

*http://www.neurolign.com*

Case 1:24-cv-21185-RAR Document 57-4 Entered on FLSD Docket 05/13/2025 Page 18 of 39

Tab - 6. Ethos Health Specialists.017



Case 1:24-cv-21185-RAR   Document 57-4   Entered on FLSD Docket 05/13/2025   Page 19 of 39

Tab - 6. Ethos Health Specialists.018

VEST™ 2019

www.neurolign.com

**Patient ID: 89743**
**DOB:**

**11/20/2024 10:22 AM - 10:30 AM**
**InstitutionName**

# Saccade Description: Horizontal

**Neurolign**

## Final Accuracy

| | Under-Shoot % | Within Norm % | Over-Shoot % | Out of Range % | Mean % |
|---|---|---|---|---|---|
| L-L | 10.0 | 50.0 | 40.0 | 0.0 | 103.7 |
| L-R | 20.0 | 40.0 | 40.0 | 0.0 | 99.7 |
| R-L | 40.0 | 20.0 | 40.0 | 0.0 | 91.1 |
| R-R | 50.0 | 50.0 | 0.0 | 0.0 | 89.7 |

## Accuracy

| | Under-Shoot % | Within Norm % | Over-Shoot % | Out of Range % | Mean % |
|---|---|---|---|---|---|
| L-L | 10.0 | 60.0 | 30.0 | 0.0 | 99.2 |
| L-R | 20.0 | 60.0 | 20.0 | 0.0 | 90.4 |
| R-L | 20.0 | 60.0 | 20.0 | 0.0 | 94.3 |
| R-R | 50.0 | 50.0 | 0.0 | 0.0 | 80.2 |

## Latency

| | Early Response % | Within Norm % | Late Response % | Out of Range % | Mean (sec) |
|---|---|---|---|---|---|
| L-L | 0.0 | 60.0 | 40.0 | 0.0 | 0.209 |
| L-R | 0.0 | 40.0 | 60.0 | 0.0 | 0.230 |
| R-L | 0.0 | 60.0 | 40.0 | 0.0 | 0.218 |
| R-R | 0.0 | 50.0 | 50.0 | 0.0 | 0.210 |

## Peak Velocity

| | Low Velocity % | Within Norm % | Out of Range % | Area Under Fit |
|---|---|---|---|---|
| L-L | 0.0 | 100.0 | 0.0 | -10993 |
| L-R | 0.0 | 100.0 | 0.0 | 10498 |
| R-L | 0.0 | 100.0 | 0.0 | -10405 |
| R-R | 0.0 | 100.0 | 0.0 | 11062 |

x -- Left Eye    o -- Right Eye

**Left Eye Graph**

**Right Eye Graph**

Stimulus — Left Eye — Right Eye ■ Saccade ◆ Corrective Saccade

Page 3 of 8

http://www.neurolign.com

*I-VEST™ 2019*

Tab 6. Ethos Health Specialists.019

**Patient ID: 89743**

**DOB:**

**Neurolign**

# Saccade Description: Vertical

**11/20/2024 10:22 AM - 10:30 AM**

**InstitutionName**

## Peak Velocity

| | Low Velocity % | Within Norm % | Out of Range % | Area Under Fit |
|---|---|---|---|---|
| L-D | 22.2 | 77.8 | 0.0 | -7567 |
| L-U | 11.1 | 88.9 | 0.0 | 7398 |
| R-D | 42.9 | 57.1 | 0.0 | -6296 |
| R-U | 33.3 | 66.7 | 0.0 | 7393 |

## Latency

| | Early Response % | Within Norm % | Late Response % | Out of Range % | Mean (sec) |
|---|---|---|---|---|---|
| L-D | 0.0 | 77.8 | 22.2 | 0.0 | 0.227 |
| L-U | 0.0 | 44.4 | 55.6 | 0.0 | 0.250 |
| R-D | 0.0 | 42.9 | 57.1 | 0.0 | 0.239 |
| R-U | 0.0 | 50.0 | 50.0 | 0.0 | 0.245 |

## Accuracy

| | Under-Shoot % | Within Norm % | Over-Shoot % | Out of Range % | Mean % |
|---|---|---|---|---|---|
| L-D | 0.0 | 66.7 | 33.3 | 0.0 | 103.4 |
| L-U | 11.1 | 77.8 | 11.1 | 0.0 | 91.8 |
| R-D | 0.0 | 100.0 | 0.0 | 0.0 | 87.6 |
| R-U | 50.0 | 50.0 | 0.0 | 0.0 | 77.5 |

## Final Accuracy

| | Under-Shoot % | Within Norm % | Over-Shoot % | Out of Range % | Mean % |
|---|---|---|---|---|---|
| L-D | 0.0 | 100.0 | 0.0 | 0.0 | 97.3 |
| L-U | 11.1 | 55.6 | 33.3 | 0.0 | 98.8 |
| R-D | 28.6 | 71.4 | 0.0 | 0.0 | 85.3 |
| R-U | 50.0 | 50.0 | 0.0 | 0.0 | 81.8 |

x -- Left Eye     o -- Right Eye

## Left Eye Graph

## Right Eye Graph

**Stimulus** — — **Left Eye** — **Right Eye** ■ **Saccade** ◆ **Corrective Saccade**

Page 4 of 8

http://www.neurolign.com

VEST™ 2019

Tab 6. Ethos Health Specialists.090



Tab - 6. Ethos Health Specialists.011



Smooth Pursuit Vertical

Smooth Pursuit Vertical 0.20 Hz

Smooth Pursuit Vertical 0.30 Hz

Smooth Pursuit Vertical 0.50 Hz

11/20/2024 10:22 AM - 10:30 AM

InstitutionName

Patient ID: 89743

DOB:

Neurolign

Page 6 of 8

Tab - 6. Ethos Health Specialists.012

http://www.neurolign.com
VEST™ 2019



# OKN Trapezoidal

## OKN Trapezoidal 20 deg/sec

## OKN Trapezoidal 40 deg/sec

### Average Eye Velocity

### Normalized Eye Velocity Gain

### Asymmetry

### Results

| OKN Vel [deg/sec] | Avg Eye Vel [deg/sec] | Validity [%] | Normalized Eye Vel Gain | Asymmetry [%] |
|---|---|---|---|---|
| -20.00 | -20.29 | 71.66 | 1.00 | 2.01 |
| -40.00 | -35.28 | 60.13 | 0.87 | 1.34 |
| 20.00 | 21.13 | 74.41 | 1.00 | 2.01 |
| 40.00 | 36.23 | 62.64 | 0.86 | 1.34 |
| | | | | |
| | | | | |

VEST™ 2019

http://www.neurolign.com

Case 1:24-cv-21185-RAR Document 57-4 Entered on FLSD Docket 05/13/2025 Page 24 of 39

Table 6. Ethos Health Specialists.093



## Subjective Visual Vertical

## Subjective Visual Horizontal



*NO DATA*

| Step | Error (deg) |
|------|-------------|
| 14 | -3.46 |
| 15 | -7.11 |
| | |
| | |
| | |
| | |

| Mean | -5.285 |
|------|--------|
| Std. Dev. | 2.581 |
| Asymmetry | 3.650 |

| Step | Error (deg) |
|------|-------------|
| | |
| | |
| | |
| | |
| | |
| | |

| Mean | |
|------|--|
| Std. Dev. | |
| Asymmetry | |



—— Error   —— Mean Error

Case 1:24-cv-21185-RAR   Document 57-4   Entered on FLSD Docket 05/13/2025   Page 25 of 39

Tab - 6. Ethos Health Specialists.094

*VEST™ 2019*

*http://www.neurolign.com*

## Appendix:

Normal pupillary movements typically found in uninjured patients. These are provided for comparison to pupillary movements typically seen following a traumatic brain injury.



**Normal Smooth Pursuit Testing**



**Normal Saccade Testing**



Neurolign

*www.neurolign.com*

*VEST™ 2019*

Tab - 6. Ethos Health Specialists.095

Main office
1541 SE 17th St.
Ocala, FL 34471
Phone: (352) 732-5590 Fax: (352)732-0292
www.EthosTBI.com



# Olfactory (UPSIT) Testing Report

Patient name: Clay Crockett
DOB: ███████
Date of testing: 11/20/2024
Diagnosis from Treating Provider: (S06.2X0A) traumatic brain injury w/o LOC
Interpreting Physician:  Jason Siegel, MD

**History:**
42-year-old Male presented for olfactory testing due to injuries suffered on 07/14/2023.

**Technique:**
Olfactory testing was recommended and performed utilizing the *Smell Identification Test,* also known as the Pennsylvania Smell Identification Test (UPSIT). Testing consists of four envelope booklets, each containing ten "scratch & sniff" odorants that are embedded in 10-50 um urea formaldehyde polymer microcapsules that are fixed in a proprietary binder and positioned on brown strips at the bottom of the test booklets. This test incorporates microencapsulation technology and sound psychometric principles for quantitatively assessing smell function. Testing focuses on the comparative abilities of individuals to identify a number of odorants at the supra-threshold level. Results of the testing are compared to normative data with persons of equivalent age and gender.

The University of Pennsylvania Smell Identification Test provides an absolute indication of smell loss that can be present as a result of traumatic brain injury or other conditions. The test utilizes a standardized assessment of microencapsulated odors to measure olfactory function.

**Findings:**
1. Errors in test booklet 1: 1, booklet 2: 2, booklet 3: 1, booklet 4: 3
2. Total number of errors: 7
3. Total test score: 33/40

**Impressions:**
1. Based on the male norms, the test score (33/40) is indicative of mild microsmia.
2. While these findings can be indicative of a variety of pathologies, it is within a reasonable degree of medical certainty that they are consistent with symptoms of a traumatic brain injury (TBI). However, TBI diagnosis is not based upon any single specific diagnostic test, so clinical correlation with the treating providers is advised. This test can serve to confirm the clinical diagnosis of TBI and help guide therapy and treatment options.

**Recommendations:**
1. Clinical correlation of these findings is recommended.
2. Consider further testing with treating Neurologist or ENT as needed.

/*Jason Siegel*/MD,
Electronically Signed
Jason Siegel, MD

Tab - 6. Ethos Health Specialists.036

Main office
1541 SE 17th St.
Ocala, FL 34471
Phone: (352) 732-5590 Fax: (352)732-0292
www.EthosTBI.com



# Heart Rate Variability Testing Report:

Patient name: Clay Crockett
DOB: ███████
Date of testing: 11/20/2024
Diagnosis from Treating Provider: (S06.2X0A) traumatic brain injury w/o LOC
Interpreting Physician:  Jason Siegel, MD

**History:**
42-year-old Male presented for heart rate variability testing due to injuries suffered on 07/14/2023.

**Technique:**
Heart rate variability testing utilizes the Destress solution system with Biograph Infiniti software and eVu TPS (triple physiology sensor) to measure HRV (heart rate variability), respiration, skin conductance and temperature from the index finger. The test is designed to evaluate stress markers.

The autonomic nervous system controls many unconscious body functions like heart rate, blood pressure, and respiration. This test assesses autonomic function by measuring heart rate variability (HRV), or the variations in time between heart beats. A traumatic brain injury can cause dysfunction in the autonomic nervous system, and an HRV evaluation quantifies and tracks this.

**Findings:**
1. Following the stress activities, the arousal response remained elevated during the recoveries compared to the baseline level. An 89% change from baseline was noted with stressors.
2. Average peripheral finger temperature is acceptable. Change from baseline was 2%.
3. Average heart rate during baseline and recoveries is within desirable range. (Baseline heart rate: 67bpm, Rest 1: 53bpm, Rest 2: 53bpm).
4. Arousal response revealed increased stress levels as the evaluation progressed.
5. Stress test revealed baseline and recovery temperature were within normal limits.
6. Stress test revealed good resting heart rate.
7. Stress test revealed normal heart rate variability.

**Impressions:**
1. This is a normal heart rate variability test.
2. A normal heart rate variability study does not exclude the possibility of a traumatic brain injury.

/*Jason Siegel*/MD,
Electronically Signed
Jason Siegel, MD

Tab - 6. Ethos Health Specialists.037

# Stress Test - Clinician Report

Client: Crockett, Clay
Session Date: 11/20/2024
Session Time: 10:15:36 AM

**Arousal (µS)**          *Stress will produce higher arousal*



Change From Baseline During Stressors

**89%**

Basic Interpretation: Following the stress activities, the arousal response remained elevated during the recoveries compared to the baseline level. This lack of recovery suggests remaining in an increased stress state. They may benefit from self-regulation training for relaxation.

**Temperature (F)**          *Stress will produce lower temperature*



Change From Baseline During Stressors

**2%**

Basic Interpretation: Average peripheral finger temperature remained good, including the subject's response to the stress activities.

**Heart Rate (beats/min)**          *Stress will produce a higher heart rate*



| | SDRR (ms) |
|---|---|
| Baseline | 321.7 |
| Rest 1 | 263.8 |
| Rest 2 | 251.8 |

Basic Interpretation: Average heart rate during baseline and recoveries is within desirable range. Heart rate variability is within desired ranges, although further evaluating the individual's ability to perform slow, diaphragmatic breathing may reveal room for improvement as a de-stressing technique.

**Spectral Frequency Rhythms (HRV)**          *Stress will produce lower HRV, and in particular decrease LF% and SDRR.*



Tab - 6. Ethos Health Specialists.038

# Stress Test - Client Report

Client: Crockett, Clay            Session Date: 11/20/2024            Session Time: 10:15:36 AM

**Report Overview**

The long-term effects of stress are not always immediately apparent, but they can build-up in insidious manners to harm an individual's well-being. Anxiety, depression, heart disease, weight gain, sleep issues, and problems with memory and concentration are a few examples of its effects. When an individual remains in a state of prolonged stress, their body's resilience to such conditions weakens. That is why we care about measuring and dealing with stress.

With a stress test, we can evaluate how your body responds to stress-inducing tasks, and your ability to relax after those events have passed. This provides a snapshot of how you react to the stress of everyday life, and provides an objective reference point to recommend strategies for avoiding and overcoming the long-term effects of stress. The stress test accomplishes this by measuring the effects of stress on three physiological markers: arousal, temperature, and heart rate variability. Discuss the below results with your health practitioner.

**Arousal**        *Stress makes us sweat more.*



Your arousal response showed increasing stress levels as the evaluation progressed. This means you had difficulty relaxing after the stressful tasks were complete. If this describes how you often react to stress, self-regulation training to decrease arousal following stress activities could be beneficial for you.

**Temperature**        *Stress lowers the temperature of our hands.*



Your fingers remained comfortably warm throughout the stress test. This suggests a good recovery from stress.

**Heart Rate Variability**        *Stress unbalanced the rhythm of our heart.*



Your stress test results indicate a good resting heart rate,  with normal heart rate variability. Further evaluation of your ability to breathe slowly and calmly would determine how skilled you are at breathing as a de-stressing technique.

Tab - 6. Ethos Health Specialists.039

**Client:** Crockett, Clay, ID Number: 610
**Session Description:**

**Session Date:** 11/20/2024
**Session Time:** 10:15:36 AM
**Session Duration:** 00:10:00.0000
**Session Training Code:**

**Session Notes:**

| Event Time | Event Label | Event Type |
|---|---|---|
| 00:00:00.0000 | Baseline. Step: Baseline | Activity |
| 00:02:00.0000 | Color Words Test. Step: Color Words | Activity |
| 00:04:00.0000 | Rest 1. Step: Rest 1 | Activity |
| 00:06:00.0000 | Math Test or Stressful Event Recall. Step: Math Test / Stres | Activity |
| 00:08:00.0000 | Rest 2. Step: Rest 2 | Activity |

| Activity | Step | Statistic Description | Value |
|---|---|---|---|
| Activity 1: Baseline | Step 3: Baseline | Heart rate mean (beats/min) | 67.40 |
| | | HRV peak freq. mean (Hz) | 0.16 |
| | | IBI std dev (SDRR) | 321.71 |
| | | VLF % power mean | 7.44 |
| | | LF % power mean | 17.63 |
| | | HF % power mean | 74.93 |
| | | VLF total power mean | 9043.97 |
| | | LF total power mean | 17414.14 |
| | | HF total power mean | 70915.15 |
| | | Heart rate std dev (beats/min) | 25.07 |
| | | IBI NN Intervals | 32.00 |
| | | IBI pNN Intervals | 0.29 |
| | | IBI pNN Intervals (%) | 28.83 |
| | | SC (arousal) mean (uS) | 1.13 |
| | | SC (arousal) std dev (uS) | 0.11 |

**Date :** 20/11/2024 **Time :** 10:54:28

Case 1:24-cv-21185-RAR Document 57-4 Entered on FLSD Docket 05/13/2025 Page 31 of 39

Tab - 6. Ethos Health Specialists.040

| Activity | Step | Statistic Description | Value |
|---|---|---|---|
| | | SC (arousal) Response counter | 4.00 |
| | | Temperature mean (Deg) | 92.11 |
| | | Temperature Std Dev (Deg) | 0.38 |
| Activity 2: Color Words Test | Step 2: Color Words | Heart rate mean (beats/min) | 99.32 |
| | | HRV peak freq. mean (Hz) | 0.05 |
| | | IBI std dev (SDRR) | 287.92 |
| | | VLF % power mean | 50.90 |
| | | LF % power mean | 24.25 |
| | | HF % power mean | 24.86 |
| | | VLF total power mean | 39939.00 |
| | | LF total power mean | 13748.53 |
| | | HF total power mean | 8105.85 |
| | | Heart rate std dev (beats/min) | 27.54 |
| | | IBI NN Intervals | 16.00 |
| | | IBI pNN Intervals | 0.09 |
| | | IBI pNN Intervals (%) | 9.14 |
| | | SC (arousal) mean (uS) | 1.81 |
| | | SC (arousal) std dev (uS) | 0.18 |
| | | SC (arousal) Response counter | 16.00 |
| | | Temperature mean (Deg) | 93.58 |
| | | Temperature Std Dev (Deg) | 0.36 |
| Activity 3: Rest 1 | Step 1: Rest 1 | Heart rate mean (beats/min) | 53.38 |
| | | HRV peak freq. mean (Hz) | 0.04 |
| | | IBI std dev (SDRR) | 263.78 |
| | | VLF % power mean | 20.09 |
| | | LF % power mean | 46.21 |
| | | HF % power mean | 33.70 |
| | | VLF total power mean | 12934.83 |
| | | LF total power mean | 30843.46 |
| | | HF total power mean | 20621.50 |
| | | Heart rate std dev (beats/min) | 12.97 |
| | | IBI NN Intervals | 23.00 |
| | | IBI pNN Intervals | 0.34 |
| | | IBI pNN Intervals (%) | 34.33 |

Case 1:24-cv-21185-RAR  Document 57-4  Entered on FLSD Docket 05/13/2025  Page 32 of 39

Tab - 6. Ethos Health Specialists.041

| Activity | Step | Statistic Description | Value |
|---|---|---|---|
| | | SC (arousal) mean (uS) | 1.92 |
| | | SC (arousal) std dev (uS) | 0.11 |
| | | SC (arousal) Response counter | 14.00 |
| | | Temperature mean (Deg) | 94.54 |
| | | Temperature Std Dev (Deg) | 3.06 |
| Activity 4: Math Test or Stressful Event Recall | Step 2: Math Test / Stressful Event | Heart rate mean (beats/min) | 74.01 |
| | | HRV peak freq. mean (Hz) | 0.05 |
| | | IBI std dev (SDRR) | 390.42 |
| | | VLF % power mean | 38.98 |
| | | LF % power mean | 32.61 |
| | | HF % power mean | 28.41 |
| | | VLF total power mean | 83579.72 |
| | | LF total power mean | 66428.89 |
| | | HF total power mean | 57430.57 |
| | | Heart rate std dev (beats/min) | 32.52 |
| | | IBI NN Intervals | 39.00 |
| | | IBI pNN Intervals | 0.40 |
| | | IBI pNN Intervals (%) | 40.21 |
| | | SC (arousal) mean (uS) | 2.45 |
| | | SC (arousal) std dev (uS) | 0.32 |
| | | SC (arousal) Response counter | 22.00 |
| | | Temperature mean (Deg) | 94.59 |
| | | Temperature Std Dev (Deg) | 0.11 |
| Activity 5: Rest 2 | Step 1: Rest 2 | Heart rate mean (beats/min) | 53.05 |
| | | HRV peak freq. mean (Hz) | 0.08 |
| | | IBI std dev (SDRR) | 251.79 |
| | | VLF % power mean | 10.96 |
| | | LF % power mean | 50.01 |
| | | HF % power mean | 39.03 |
| | | VLF total power mean | 8062.09 |
| | | LF total power mean | 43206.98 |
| | | HF total power mean | 28104.95 |
| | | Heart rate std dev (beats/min) | 12.79 |

Case 1:24-cv-21185-RAR Document 57-4 Entered on FLSD Docket 05/13/2025 Page 33 of 39

Tab - 6. Ethos Health Specialists.042

| Activity | Step | Statistic Description | Value |
|---|---|---|---|
| | | IBI NN Intervals | 22.00 |
| | | IBI pNN Intervals | 0.30 |
| | | IBI pNN Intervals (%) | 30.14 |
| | | SC (arousal) mean (uS) | 2.41 |
| | | SC (arousal) std dev (uS) | 0.19 |
| | | SC (arousal) Response counter | 11.00 |
| | | Temperature mean (Deg) | 94.76 |
| | | Temperature Std Dev (Deg) | 3.06 |

**Activity1: Baseline**

**TPS-BVP - 1A**

**Inter beat interval (IBI)**

Case 1:24-cv-21185-RAR Document 57-4 Entered on FLSD Docket 05/13/2025 Page 34 of 39

Tab - 6. Ethos Health Specialists.043



**Activity2: Color Words Test**

TPS-BVP - 1A

**Inter beat interval (IBI)**

Case 1:24-cv-21185-RAR   Document 57-4   Entered on FLSD Docket 05/13/2025   Page 35 of 39

Tab - 6. Ethos Health Specialists.044

**Date :**  20/11/2024  **Time :**  10:54:28                                                                                     **Page 5**



Tab - 6. Ethos Health Specialists.045



**Activity4: Math Test or Stressful Event Recall**

TPS-BVP - 1A

**Inter beat interval (IBI)**

Tab - 6. Ethos Health Specialists.046

Case 1:24-cv-21185-RAR Document 57-4 Entered on FLSD Docket 05/13/2025 Page 37 of 39



Tab - 6. Ethos Health Specialists.047

Tab - 6. Ethos Health Specialists.048