Exhibit E

Dr. Saldin's Report



Main Office

1541 SE 17th Street

Ocala, FL 34471

Phone: (352) 433-0898

Fax: (352) 732-0292

**Patient:**       Clay Crocket

**DOB:**

**Date of injury:**    07/14/2023

The patient was involved in an Accident on 07/14/2023. The patient stated that he was on a Carnival Cruise (*Vista*) and was sitting on a lounge chair on Deck 11. He states some of the lounge chairs that Carnival placed on the deck were directly underneath the open deck staircases. Another passenger walked up the staircase directly above the patient who was sitting on the lounge chair reading his Kindle. A heavy wood panel fell off one of the steps of the staircase. This heavy wooden panel was approximately 4 ft long. The heavy wood panel fell directly on the patient's left frontal scalp. He states he did not lose consciousness. His vision briefly went dark, he was stunned and immediately became dizzy, nauseated with a severe headache.

The patient presented to the Infirmary on the ship immediately after the accident. He was evaluated and discharged. He had a frontal laceration which was bandaged. As the day went on, his headaches worsened, he was confused, having severe nausea and light and sound sensitivity, developed slurred speech, balance issues and trouble walking.

He returned to the medical infirmary on board the *Carnival Vista* for persistent nausea and vomiting and he was observed for 12 hours in the Infirmary. The patient received IV Zofran, PO Tylenol and a Toradol injection. The following day, the patient disembarked from the ship and flew home.

The patient states he has been experiencing neurological issues such as dizziness, nausea, vomiting, confusion, slurred speech, photophobia, hyperacusis and incoordination following the accident on 07/14/2023. He has never experienced these symptoms in the past and he has not experienced a traumatic brain injury.

He underwent Cognitive Testing with Ethos Medical in 11/2024 including Functional Diagnostic Testing, EEG, Videonystagmogram, Right Eye Oculometric Testing, Olfactory, Heart Rate Variability, Computerized Dynamic Posturography, Treatment with IMind

Mental Health and Wellness (08/2024- 10/2024). The patient carried out an Alcohol Inpatient Treatment in 05/2024 at Cumberland Heights.

In regard to his prior history, he tells me he was diagnosed with anxiety in 2014. He was functional, he was working, he was on venlafaxine (Effexor). He did not experience panic attacks. He had an episode of situational depression in 2017, he was placed on Wellbutrin for about 6-9 months (patient doesn't recall exact duration) and he improved and was weaned off the Wellbutrin. He was treated by his primary care provider

Following his injury, his anxiety has worsened, and he has noted a recurrence of depression. He also notes headaches, photophobia and phonophobia/hyperacusis, memory loss, and being unable to look at a computer monitor for very long. He has also developed panic disorder resulting in a feeling of fight or flight. He is needing ibuprofen on about 5 out of 7 days of the week for his headaches. His dizziness and nausea has subsided.

Since August 2023, he is seeing a Psychiatric NP, who has him on a higher dose of venlafaxine to control his heightened anxiety. Additionally, he is also ingesting Wellbutrin (bupropion) for depression since his injury on 7/14/2023. He was initially seen at Healing Place (Dee Wright) and more recently being seen at IMind (he is receiving counselling and also seeing the psychiatric NP).

He has a history of alcoholism that began approximately in 2020/2021. He would drink at night. He never had any work issues, no arrests or DUI. He sought help for his alcoholism around 7/2023 and joined Alcoholics Anonymous (AA) and the 12-step program. He also had a sponsor. He was sober for about 100 days and then relapsed in the winter of 2023 (unsure if it was Dec of 2023 or Jan of 2024) where he resumed his drinking. It was around this time when his anxiety and depression at its worst. He checked into Cumberland Heights for alcohol inpatient treatment around 5/2024. He was there for 1 week for detoxification, and now he is back with AA and his sponsor and has been sober for over 6 months.

He has not experienced any of his current TBI symptoms prior to the injury on 7/14/2023, even during his periods of anxiety, depression and alcoholism.

**History**

Anxiety

High Blood Pressure

Nephrolithiasis

Sleep Apnea on CPAP 2018

**Medications**

Venlafaxine

Bupropion xl

Amlodopine benazepril

**Allergies**

No known drug allergies

**Family History**

Heart Disease

**Social History**

Alcohol (ETOH): No

Caffeinated products: Yes 3x/day

Tobacco use: yes

Illegal/recreational drugs: No

Work: CFO, desk job

**Past Surgical History**

None

**Diagnostic Studies:**

**CT Brain 7/18/23**: The Jackson Clinic: Reports Reviewed: Negative

**MRI Brain 09/08/2023**: Jackson Co General Hospital: Reports Reviewed: No acute intracranial abnormality.

**MRI Brain 11/18/2024**: Stand Up MRI Miami: Reports Reviewed:

**-DTI:** 3D tractography images appear within normal limits with no evidence of neuronal loss. The color FA maps show normal FA values and appear within normal limits.

**-SWI:** No "blooming artifact". No acute or chronic hemorrhage. No micropetechial hemorrhages or hemosiderin stain.

**-NeuroQuant analysis** shows increased volume of the amygdala bilaterally and the fusiform gyri bilaterally. There is increased volume in the bilateral parietal lobes involving the superior parietal lobules on both sides. There is increased volume of the middle frontal gyrus on the right and atrophy of the medial orbitofrontal gyrus on the left of the frontal lobes.

**RightEye Oculometric Testing 11/20/2024**

Oculometric testing was performed and found to be abnormal.

Findings:

1. Pursuits score: Metrics related to movement of eye in relation to an object: 70

2. Saccades score: Metrics related to quick movement of the eye to relocate the foveal vision: 60

3. Fixations score: Metrics related to stopping point or fixation of the eye: 76

4. Accuracy Score: Equal input of all eye movements: 68

Impressions:

1. Smooth pursuits are abnormal outside functional range. This reveals dysfunction of the cerebellum and parietal lobe.

2. Saccadic movements are abnormal outside functional range. This reveals dysfunction of the cerebellum,

brain stem and/or frontal lobe.

3. Fixations are within functional range.

4. Accuracy score is abnormal and outside the functional range.

5. The Dynamic Vision scores serve as a summary of an individual's general wellness based on their eye movement performance. Dynamic Vision scores can be used to compare and measure changes over time.

6. While these findings can be indicative of a variety of pathologies, it is within a reasonable degree of medical certainty that they are consistent with symptoms of a

traumatic brain injury (TBI). However, TBI diagnosis is not based upon any single specific diagnostic test, so clinical correlation with the treating providers is advised.

This test can serve to confirm the clinical diagnosis of TBI and help guide therapy and treatment options.

**Electroencephalogram (EEG) on 11/20/2024**

An EEG was performed on the patient and found to be abnormal.

Findings:

1. Physical Reaction Time: 340 milliseconds (target range: 251-361 ms)

2. F3/F4 Eyes Closed Alpha Power: 1.1 (target range: 0.9-1.1)

3. Audio Evoked Potential Latency (P300 Delay): 328 milliseconds (target range: 255-331 ms)

4. Audio Evoked Potential Voltage (P300): 3.5 microvolts (target range: 8-20 microvolts)

5. CZ Eyes Closed Theta/Beta Power: 1.5 (target range: 0.8-2.0)

Interpretation:

1. Physical Reaction Time is within normal limits

2. Audio Evoked Potential Latency (P300 Delay) is within normal limits.

3. Audio Evoked Potential Voltage (P300) is decreased which can be seen in reduced cognitive functioning.

4. Theta/Beta Power ratio was within reference ranges.

5. F3/F4 Alpha Power ratio was within reference ranges.

Impressions:

1. While these findings can be indicative of a variety of pathologies, it is within a reasonable degree of medical certainty that they are consistent with symptoms of a traumatic brain injury (TBI). However, TBI diagnosis is not based upon any single specific diagnostic test, so clinical correlation with the treating providers is advised. This test can serve to confirm the clinical diagnosis of TBI and help guide therapy and treatment options.

**Heart Rate Variability on 11/20/2024**

Heart Rate Variability was performed with the patient and found to be normal.

Findings:

1. Following the stress activities, the arousal response remained elevated during the recoveries compared to the baseline level. An 89% change from baseline was noted with stressors.

2. Average peripheral finger temperature is acceptable. Change from baseline was 2%.

3. Average heart rate during baseline and recoveries is within desirable range. (Baseline heart rate: 67bpm,

Rest 1: 53bpm, Rest 2: 53bpm).

4. Arousal response revealed increased stress levels as the evaluation progressed.

5. Stress test revealed baseline and recovery temperature were within normal limits.

6. Stress test revealed good resting heart rate.

7. Stress test revealed normal heart rate variability.

Impressions:

1. This is a normal heart rate variability test.

2. A normal heart rate variability study does not exclude the possibility of a traumatic brain injury.


**Olfactory Testing (UPSIT) on 11/20/2024**

Olfactory testing was performed with the patient and found to be abnormal.

Findings:

1. Errors in test booklet 1: 1, booklet 2: 2, booklet 3: 1, booklet 4: 3

2. Total number of errors: 7

3. Total test score: 33/40

Impressions:

1. Based on the male norms, the test score (33/40) is indicative of mild microsmia.

2. While these findings can be indicative of a variety of pathologies, it is within a reasonable degree of medical certainty that they are consistent with symptoms of a traumatic brain injury (TBI). However, TBI diagnosis is not based upon any single specific diagnostic test, so clinical correlation with the treating providers is advised.

This test can serve to confirm the clinical diagnosis of TBI and help guide therapy and treatment options.

**Computerized Dynamic Posturography on 11/20/2024**

Computerized Dynamic Posturography was performed with the patient and found to be normal.

Findings:

1. The most recent Baseline result has a Center of Pressure (COP) Path length: 25cm.

2. This result corresponds to the 54th percentile of similarly aged people of the same sex.

3. Based on the result being within one standard deviation or better of a typical adult, the Fall Risk Assessment is considered: Low Risk.

Impressions:

This is a normal computerized posturography study. A normal study does not rule out the possibility of a traumatic brain injury

**Videonystagmogram (VNG) on 11/20/2024**

A VNG was performed with the patient and found to be abnormal.

Findings:

1. Gaze testing: helps determine adequacy of gaze-holding: horizontal gaze is normal.

2. Horizontal Saccades: determines horizontal rapid eye movements: horizontal saccades are abnormal.

3. Vertical Saccades: determines vertical rapid eye movements: vertical saccades are abnormal.

4. Horizontal smooth pursuit: test measures the ability to match eye movement to visual target movement in the horizontal direction: horizontal smooth pursuits are normal at 0.20Hz; abnormal at 0.30Hz and 0.50Hz.

5. Vertical smooth pursuit: test measures the ability to match eye movement to visual target movement in the vertical direction: vertical smooth pursuits are abnormal.

6. Optokinetic reflex: measures eye movement elicited by the tracking of a moving field: OKN reflexes are abnormal at 20 deg/sec; normal at 40 deg/sec.

7. Subjective visual vertical: test to assess a person's perception of verticality: subjective visual vertical is abnormal.

Impressions:

1. Gaze testing was within normal limits.

2. Horizontal saccade testing was abnormal, this reveals dysfunction of the pons.

3. Vertical saccades were abnormal, this reveals dysfunction of the midbrain and/or cerebellum.

4. Smooth pursuit testing was abnormal, this reveals dysfunction of the cerebellum and/or parietal lobe.

5. Optokinetic reflex testing was abnormal, this reveals dysfunction in cerebellar-vestibular region.

6. Subjective visual vertical testing was abnormal, this ability is dependent on visual, vestibular and somatosensory input.

7. While these findings can be indicative of a variety of pathologies, it is within a reasonable degree of medical certainty that they are consistent with symptoms of a traumatic brain injury (TBI). However, TBI diagnosis is not based upon any single specific diagnostic test, so clinical correlation with the treating providers is advised. This test can serve to confirm the clinical diagnosis of TBI and help guide therapy and treatment options.


**<u>Physical Examination Findings:</u>**

· Ability to recall today's month, day, year was normal.

· 3 object identification was normal.

· Serial 7's (ability to count back 7's from 100 or months from Dec.) was normal.

· Aphasia (impairment of speech) was not present

· Slurred speech was not present

· Cranial nerve testing - motor (ability to: smile, frown, raise brows, close eyes, puff cheeks) was normal.

· Tongue evaluation (deviation from midline) was normal.

· Tremors (resting or intention, normal indicates no detection) were normal.

· 3 object recall (from identification) was normal.

· Finger to nose coordination was normal.

· Pronator drift test was normal.

· Color Contradiction (Stroop test) was normal.

Neurological Exam was completed with the input of Victoria Waechter, APRN at Ethos Health Group.

**Diagnostic Impression:**

Clay Crocket was injured on 07/14/2023

F07.81 Post -concussion syndrome

S06.2X0A: traumatic brain injury

G44.329: Chronic post-traumatic headache

R41.9: Decreased cognitive function

**Discussion:**

After examining the patient, extensively reviewing the patient's medical records, and obtaining a history from the patient, I conclude the following within a reasonable degree of medical certainty.

Mr. Crockett was injured on 7/14/2023 when he was on a cruise, he suffered a traumatic brain injury when a 4 foot long wooden panel fell on his head, caused a laceration, requiring him to go to the infirmary as he developed dizziness, nausea, headache, photophobia and phonophobia. He noted worsening symptoms as the day progressed and went back to the infirmary on the same day, he was treated with IV, IM and PO medications and watched over the next 12 hours. He disembarked the next day and went home. He has noted persistent symptoms with worsening anxiety with the development of panic attacks and depression. He had a Brain MRI on 11/18/2024 and TBI testing on 11/2024 at Ethos, all consistent with his TBI.

He has had anxiety prior to his injury and a short period of depression, which was managed by his PCP. He has noted worsening anxiety requiring a higher dose of venlafaxine. He is also experiencing panic disorder and depression; he is on Wellbutrin. He did not experience headaches, photophobia, phonophobia, hyperacusis, and memory loss prior to 7/14/2023. Additionally, due to his injury, he had a relapse of his alcoholism, most likely due to the worsening anxiety and recurrence of his depression, both of which were well controlled prior to 7/14/23. I believe he was self-medicating with alcohol due to the worsening mood changes. Since then, he has sought help, he is seeing a psychiatric

NP and he is on Wellbutrin and needing a higher doses of venlafaxine – all new since his accident on 7/14/2023.

1. I am a Medical Doctor, licensed to practice medicine in FL, CA and TX. I am Board Certified in Neurology and Interventional Pain Medicine. I also completed a graduate degree in Public Health and I have obtained a Masters in Public Health from the University of Texas School of Public Health at Houston. Following this degree, I completed my internship at the Cleveland Clinic in Ft Lauderdale. I completed a Neurology residency program and graduated in 2008 from Duke University. I completed a fellowship training in Neuroimaging at SUNY Buffalo. My Pain Medicine fellowship was completed at the University of Virginia, Charlottesville.

2. The incident described directly caused the injuries the patient sustained. The mechanism of the injury correlates with the injuries listed above. These injuries have resulted in numerous functional impairments, documented within this report. The medical treatment following the incident was necessary to diagnosis and treat the patient's Traumatic Brain Injury.

3. The sustained injury caused damage that has been evidenced as noted above, which has caused the ensuing neurological and functional problems that are permanent. It is my opinion, within a reasonable degree of medical certainty, that the above objective and quantitative findings as described have caused permanent and consequential limitations which are a direct result of the injury caused on 7/14/23. Based on subjective complaints which have been confirmed by examination findings, this patient has reached a point of maximum medical improvement. Clay Crocket has permanent partial impairment to the body as a whole. The patient will require further treatment in the future. He has cognitive impairments such as short-term memory loss, hyperacusis, photophobia, depression, anxiety and panic disorder.

4. The patient's prognosis is guarded. He is functional but he has not returned to his baseline. The effects of the patient's injuries may improve over time with continued treatment and therapy over the next 10 years upto his lifetime depending on his response. Due to his traumatic brain injury, he is at higher risk than the general population of developing dementia and Parkinson's disease in the future.

5. The patient will require continued treatment over his lifetime, such as continued medication for his anxiety, depression and panic disorder, continued cognitive

therapy, repeat Brain MRI in the future. Additional treatment such as stem cell treatment and hyperbaric oxygen treatment may be options if he fails more routine treatment.

6. As far as the anticipated cost of future treatments, this will include clinical follow ups, particularly with neurology and psychology and psychiatry. He will benefit from additional and intermittent rounds of physical therapy for the residual symptoms related to his traumatic brain injury. A conservative estimate of overall costs including clinic visits and ongoing therapy and treatments is predicted to be in the $14,000 to $16,000 range annually over his lifetime.

7. I was provided with the following medical bills

| | MEDICAL PROVIDER | D/O/S | TOTAL EXPENSES |
|---|---|---|---|
| 1 | The Jackson Clinic North | 07/18/23-07/24/23 | $710.03 |
| 2 | Kroger *(Prescriptions)* | 07/20/23-09/10/23 | $15.86 |
| 3 | West Tennessee Healthcare North Hospital | 09/08/23 | $551.00 |
| 4 | Cumberland Heights Treatment Center *(Alcohol Detox Treatment)* | 05/19/24-05/23/24 | $8,300.00 |
| 5 | Stand-Up MRI of Miami | 11/18/24 | $2,850.00 |
| 6 | iMind Mental Health and Wellness, LLC | 08/07/24-10/28/24 | $5,470.00 |
| 7 | The Starting Place/ Dee Wright, LCSW | 01/11/24-06/05/24 | $533.00 |

| | | | |
|---|---|---|---|
| **Total Medical Expenses:** | | *$18,429.89 | |

*These are medical expenses up to November 18, 2024.  They do not include any expenses after that or in the future

The medical expenses incurred to date, which were reviewed, are reasonable and necessary for the care and treatment of Clay Crocket as a result of the injuries suffered on 7/14/23.

8.  A) Mr. Crockett presents following an incident on 07/14/23, where he was hit on the head by a piece of wood that fell from the stairs above him, while on a Carnival Cruise. Mr. Crockett has experienced neurological issues such as short-term memory loss, dizziness, nausea, vomiting, photophobia, hyperacusis and mood changes following the accident. He presents for treatment and testing regarding his neurological injuries.

B) In reaching listed diagnoses, I **considered all reasonable alternative causes for the injuries** and resulting testing and treatment, impairments, prognosis and the need for future medical care. I used the differential diagnosis methodology after obtaining a history, performing a physical examination of the patient, reviewing the medical records related to the incident and after the incident, reviewing all of the diagnostic studies, and utilizing my education, training, and over 15 years of experience as a physician practicing in the fields of Neurology.

The "methodology" which I used to arrive at the opinions in this case are described in this report. This methodology is generally accepted by medical professionals throughout the United States. This method is taught and followed in medical schools, residencies, internships, fellowships, and in all training and practices in teaching and non-teaching hospitals, and other facilities and offices throughout the United States.

The method starts with taking a history. During the initial encounter, history is obtained by questioning the patient why he is here, what complaints do they have and what happened, if anything to cause the onset of these complaints. Additional history is obtained by reviewing medical records and diagnostic films from before and after the incident which caused injuries to the patient as listed in this report. I have described in this report the history provided by the patient and I have described my observations about the medical records I have reviewed. The second part of the method is to perform a physical

examination of the patient. I used in this examination tests which are standard and which are generally recognized in the medical community throughout the United States.

The third part of the method is to review diagnostic tests. That review and the results of those tests and tests are described in this report. The tests I used, and the results of those tests are described below.

I used in this examination, tests which are standard, and which are generally recognized in the medical community throughout the United States. The neurological examination I used and the results of those tests are described in this report.

## NEUROLOGIC EXAMINATION

· Ability to recall today's month, day, year was normal.

· 3 object identification was normal.

· Serial 7's (ability to count back 7's from 100 or months from Dec.) was normal.

· Aphasia (impairment of speech) was not present

· Slurred speech was not present

· Cranial nerve testing - motor (ability to: smile, frown, raise brows, close eyes, puff cheeks) was normal.

· Tongue evaluation (deviation from midline) was normal.

· Tremors (resting or intention, normal indicates no detection) were normal.

The tests I used and the results of those tests are described below:

 **CT Brain 7/18/23**: The Jackson Clinic: Reports Reviewed: Negative

**MRI Brain 09/08/2023**: Jackson Co General Hospital: Reports Reviewed: No acute intracranial abnormality.

**MRI Brain 11/18/2024**: Stand Up MRI Miami: Reports Reviewed: NeuroQuant analysis shows increased volume of the amygdala bilaterally and the fusiform gyri bilaterally. There is increased volume in the bilateral parietal lobes involving the superior parietal lobules on both sides. There is increased volume of the middle frontal gyrus on the right and atrophy of the medial orbitofrontal gyrus on the left of the frontal lobes.

**RightEye Oculometric Testing** 11/20/24: Abnormal

**Electroencephalogram** (EEG) 11/20/24: Abnormal

**Heart Rate Variability** 11/20/24: Normal

**Olfactory** (UPSIT) 11/20/24: Abnormal

**Computerized Dynamic Posturography** 11/20/24: Normal

**Videonystagmogram** (VNG) 11/20/24: Abnormal

The fourth part of the method is the differential diagnosis. This involves the thought process which every physician is trained to do in order to arrive at his or her opinions. The process, which I followed here, is to review and take into account the history, medical records, physical examination, and test results and to use my education, training, and experience to arrive at conclusions and opinions about diagnoses, causation, prognosis (what will happen in the future), need for and cost of future medical care, permanency, impairment ratings, whether the medical care and treatment after the injuries was necessary and reasonable for treatment of those injuries, whether the billing for that care related to and was caused by the medical care and treatment of the injuries, whether the medical illustrations in this matter are true and accurate, and whether there is a permanent impairment as a result of the injuries. As a part of the differential diagnosis, I considered the closest alternative diagnoses or causes. In considering whether alternative diagnoses and causes are reasonable or likely, I consider or take into account all of the information I have. As part of the differential diagnosis, I considered all of this information together. Some of the closest alternatives I have considered and ruled out include: migraine headaches, anxiety disorder, depression, hypoglycemia, medication side effects, and substance abuse.

The final part is taking into account my education, training, and experience in the field of Neurology.

**Records Reviewed:**

▢

|  | MEDICAL PROVIDER | DOS |
|---|---|---|
| 1 | Carnival Cruise Line – *Vista* | 07/14/23-07/15/23 |
| 2 | The Jackson Clinic North | 07/18/23-07/24/23 |

| 3 | West Tennessee Medical Group Neuroscience & Spine (Jackson)/ Sumathira T. Sathanandan, M.D. *(Neurologist)* | 08/14/23-11/29/23 |
|---|---|---|
| 4 | West Tennessee Healthcare North Hospital | 09/08/23 |
| 5 | iMind Mental Health and Wellness, LLC | 08/07/24-10/28/24 |
| 6 | Ethos Health Specialists | 11/20/24-11/22/24 |
| 7 | Cumberland Heights Treatment Center | 05/19/24-05/28/24 |
| 8 | Stand-Up MRI of Miami | 11/18/24 |
| 9 | The Starting Place/ Dee Wright, LCSW | 01/31/24-06/05/24 |

**MEDICAL RECORDS INDEX**

**(Pre-Incident)**

| VOL. | TAB | MEDICAL PROVIDER | D/O/S |
|---|---|---|---|
| 1 | 1 | The Jackson Clinic North | 11/02/05-10/18/22 |
| 1 | 2 | Jackson Chiropractic Center | 03/01/14-03/06/14 |



02/28/2025

Kamaldeen Rizvie Saldin, M.D., M.P.H.

Diplomate, American Board of Psychiatry & Neurology

Diplomate, American Board of Pain Medicine

Fellowship trained in Neuroimaging