**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21185-RAR**

CLAY CROCKETT,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

**DEFENDANT'S NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION TO AMEND
COMPLAINT**

Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby provides this Notice of Opposition to Plaintiff's Motion to Amend Complaint [DE 59], in compliance with Court Order [DE 60] and would further state as follows:

1.     Plaintiff has been dilatory.  The Motion seeking leave to amend the Complaint comes nearly a year after Defendant filed its Answer on June 18, 2024. [DE 7]  Nine months have passed since the deadline to amend the pleadings expired on August 14, 2004 [DE 14].  Discovery closed forty-six (46) days ago.  Plaintiff vaguely contends in his Motion that the first notice of the purported new theory of liability against Carnival only arose during the deposition testimony of Wilcor Sta Ana.  However, Mr. Sta Ana was identified in Defendant's Rule 26 Disclosures on July 10, 2024.  *See Defendant's Rule 26 Disclosures attached hereto as Exhibit A.*  Despite this, the first request ever made for Mr. Sta Ana's deposition came <u>seven</u> (7) months later in February of 2025 and Defendant promptly produced him for deposition on March 27th.

2. Defendant will be prejudiced. Plaintiff's Motion seeking leave to amend comes nearly a month after Defendant filed its Motion for Final Summary Judgment on April 15th. [DE 34] Although Plaintiff contends Mr. Sta Ana's deposition brought to light new information, Plaintiff never made any mention of it to the Court (nor the Defendant) when he sought an extension of time to respond to Defendant's Motion for Summary Judgment on April 24th (which Defendant did not oppose as a professional courtesy) [DE 41], nor when he sought a second extension of time to submit the Joint Pre-Trial Stipulation, Jury Instructions, and Jury verdict form (since Defendant did not need the requested relief, it took no position again as a professional courtesy to Plaintiff) on May 8 [DE 47]. Instead, Plaintiff waited all two weeks of the additional time provided by the Court to subsequently rush a request for relief to amend the Complaint (without properly conferring with Defendant) on the same day his Response to Defendant's Summary Judgment was due per the Court's extension. [DE 59]

3. Defendant is submitting this Notice to the Court in compliance with a May 13th Order seeking an expedited Response. [DE 60] Notably, the undersigned (and all members of his team) are currently attending a pre-paid/pre-planned all attorney firm retreat out of the office, which has limited current available resources. It was unclear to Defendant whether the Court was seeking a substantive response, or simply Defendant's position on the matter on an expedited basis given that a proper Rule 7.1 conferral was not made. To the extent the Court is inclined to consider Plaintiff's Motion beyond Defendant's noted opposition, the undersigned would respectfully request a brief seven (7) day extension of time to supplement this Notice with a Memorandum of Law providing applicable case law.

WHEREFORE, Defendant, CARNIVAL CORPORATION, respectfully requests that this Court enter an Order denying Plaintiff's Motion for Leave to Amend the Complaint [DE 59], or in

the alternative, provide Defendant an additional (7) days to supplement this Notice with a Memorandum of Law, along with any other further relief this Courts deems just and proper.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Michael J. Drahos*
Michael J. Drahos
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
W. Cooper Jarnagin
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com
Ashley Genoese
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ Michael J. Drahos*

**SERVICE LIST**
**<u>CASE NO. 1:24-cv-21185-RAR</u>**

John H. Hickey, Esq.
Lisa C. Goodman, Esq.
Hickey Law Firm, P.A.
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Tel. (305) 371-8000
Fax: (305) 371-3542
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
lgoodman@hickeylawfirm.com
kporras@hickeylawfirm.com

*Attorneys for Plaintiff*