**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:24-cv-21185-RAR**

**AT LAW AND IN ADMIRALTY**

CLAY CROCKETT,

        Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

        Defendant.

_____/

**DEFENDANT CARNIVAL CORPORATION'S**
**RULE 26 DISCLOSURES**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, hereby

serves its initial disclosures pursuant to Federal Rule of Civil Procedure 26, and states as follows:

**A.**      **F.R.C.P. 26(a)(1)(A)(i)**

1.      Clay Crockett, Jr.
         c/o Plaintiff's Counsel

This witness has knowledge regarding (a) the circumstances surrounding the alleged incident; (b) the alleged damages; and (c) medical treatment received before and after the alleged incident.

2.      Brittany Crockett
         c/o Plaintiff's Counsel

This witness may have knowledge regarding (a) the circumstances surrounding the alleged incident; (b) the alleged damages; and (c) medical treatment received before and after the alleged incident.

3.      Arun Murugan, MD
         Ship Physician
         c/o GrayRobinson, P.A.

This witness may have knowledge regarding the circumstances surrounding the alleged incident and the medical treatment the Plaintiff received onboard the ship.

4.      Sue De Waal
Ship Nurse
c/o Carnival Corporation

This witness may have knowledge regarding the circumstances surrounding the alleged incident and the medical treatment the Plaintiff received onboard the ship.

5.      Marietta Mananggit
Ship Nurse
c/o Carnival Corporation

This witness may have knowledge regarding the circumstances surrounding the alleged incident and the medical treatment the Plaintiff received onboard the ship.

6.      Vicky Houston
Ship Nurse
c/o Carnival Corporation

This witness may have knowledge regarding the circumstances surrounding the alleged incident and the medical treatment the Plaintiff received onboard the ship.

7.      Wilcor Sta Ana
Supervisor Pools and Decks
c/o Carnival Corporation

This witness investigated the area after the subject incident, and may have knowledge regarding the circumstances surrounding the alleged incident.

8.      Jesus Clase Padilla
Team Leader
c/o Carnival Corporation

This witness investigated the area after the subject incident, and may have knowledge regarding the circumstances surrounding the alleged incident.

9.      Antony Peter
Joiner
c/o Carnival Corporation

This witness investigated the area after the subject incident, and may have knowledge regarding the circumstances surrounding the alleged incident.

10. Ajit Shukla
Sr. Assistant Chief Security Officer
c/o Carnival Corporation

This witness was notified of the claimed incident onboard and may have knowledge regarding the circumstances.

13. Careen Lumbo
Security Officer
c/o Carnival Corporation

This witness was notified of the claimed incident onboard and may have knowledge regarding the circumstances.

14. Corporate Representative of Carnival Corporation
c/o GrayRobinson, P.A.

Defendant reserves the right to amend and supplement this disclosure as necessary as discovery is in its early stages.

**B.      F.R.C.P. 26(a)(1)(A)(ii)**

1. Sign and Sail Statement of Clay Crockett

2. Movement Report of Clay Crockett

3. Onboard Medical Chart of Clay Crockett

4. Security Officer Watch Report

5. Passenger Injury Statement of Clay Crockett

Defendant reserves the right to amend and supplement this disclosure as necessary as discovery is in its early stages.

**C.      F.R.C.P. 26(a)(1)(A)(iii)**

Defendant denies Plaintiff has the right of recovery of damages from this Defendant and requests that Plaintiff provide a computation of damages and supporting documentation.

**D.      F.R.C.P. 26(a)(1)(A)(iv)**

There is no insurance, per se. Defendant maintains protection and indemnity coverage

through the International Group of P&I Clubs, whose rules of entry can be found in Benedicts on Admiralty, 8th Edition.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via-email on this 10th day of July, 2024 to: John H. Hickey, Esq., hickey@hickeylawfirm.com, federalcourtfilings@hickeylawfirm.com, Lisa Goodman, Esq., lgoodman@hickeylawfirm.com.

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Ashley N. Genoese*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
Ashley N. Genoese
Florida Bar No. 1019357
*Michael.Drahos@Gray-Robinson.com*
*Cooper.Jarnagin@Gray-Robinson.com*
*Ashley.Genoese@Gray-Robinson.com*
*Lilia.Parker@Gray-Robinson.com*