**From:** Ashley Genoese
**Sent:** Thursday, March 13, 2025 4:55 PM
**To:** Lisa Goodman; Katherine Porras
**Cc:** Michael Drahos; Cooper Jarnagin; Lilia R. Parker
**Subject:** RE: Crockett v. Carnival (7.1 Conf on Pl's Expert Disclosures)

Good afternoon Lisa,

Plaintiff's disclosure does not put Defendant on notice of which of the 50+ witnesses Plaintiff actually intends to call during trial. Further, as to any experts rendering causation opinions, Plaintiff needs to provide reports of the opinions.

My availability for the 7.1 conference is slightly revised, as included below:
- Mon. March 17: 10-11:30am or 3-5pm
- Tues. March 18: 10-11:30am or 1:30-4pm

Thank you,

Ashley

**Ashley Genoese**
Associate

**T** 561.268.5727
**F** 561.268.5745



GrayRobinson, P.A. · Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401

# GRAYROBINSON
**ATTORNEYS | ADVISORS | CONSULTANTS**

**From:** Lisa Goodman <lgoodman@hickeylawfirm.com>
**Sent:** Wednesday, March 12, 2025 1:44 PM
**To:** Ashley Genoese <Ashley.Genoese@gray-robinson.com>; Katherine Porras <kporras@hickeylawfirm.com>
**Cc:** Michael Drahos <Michael.Drahos@gray-robinson.com>; Cooper Jarnagin <Cooper.Jarnagin@gray-robinson.com>; Lilia R. Parker <Lilia.Parker@gray-robinson.com>
**Subject:** RE: Crockett v. Carnival (7.1 Conf on Pl's Expert Disclosures)

**This message originated outside of GrayRobinson.**

Ashley:

Please briefly let me know what you believe is insufficient with Plaintiff's discovery responses.

Once I know that, I will be better able to give you my availability as I have depositions scheduled both days but I will find time for us to meet.

Thanks.

*Lisa C. Goodman, Esq.*

1

Partner/ Trial Lawyer



**CORAL GABLES**
Douglas Entrance Office Parc
Executive Tower
804 South Douglas Road
Suite 373
Coral Gables, FL 33134

**MIAMI**
Kendallwood Office Park
12150 S.W. 128th Court
Suite 225
Miami, FL 33186
E: lgoodman@hickeylawfirm.com
T: 305.371.8000
F: 305.371.3542
Toll Free: 1.800.215.7117
**Email | profile | website | map | vCard**
**Follow Us:** Facebook * Twitter * Maritime and Personal Injury Blog

---

**From:** Ashley Genoese <Ashley.Genoese@gray-robinson.com>
**Sent:** Wednesday, March 12, 2025 11:48 AM
**To:** Lisa Goodman <lgoodman@hickeylawfirm.com>; Katherine Porras <kporras@hickeylawfirm.com>
**Cc:** Michael Drahos <Michael.Drahos@gray-robinson.com>; Cooper Jarnagin <Cooper.Jarnagin@gray-robinson.com>; Lilia R. Parker <Lilia.Parker@gray-robinson.com>
**Subject:** Crockett v. Carnival (7.1 Conf on Pl's Expert Disclosures)

Good morning Lisa,

We will need to schedule a 7.1 conference regarding Plaintiff's insufficient expert disclosures.
Please advise if available during any of the following times:

- Mon. March 17: 10-11:30am or 2-5pm
- Tues. March 18: 10-11:30am or 1:30-5pm

Thank you.

Sincerely,
Ashley

T   561.268.5727
F   561.268.5745

**Ashley Genoese**
Associate

GrayRobinson, P.A. • Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401

3

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.