UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:24-cv-21185-RAR

AT LAW AND IN ADMIRALTY

CLAY CROCKETT,

     Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

     Defendant.

_____/

## **PLAINTIFF'S EXHIBIT LIST**

    The Plaintiff, CLAY CROCKETT, by and through undersigned counsel, hereby files his

**EXHIBIT LIST** as follows:

### INDEX TO OBJECTIONS

| | | | |
|---|---|---|---|
| A. Authenticity | LP. Lack of Personal | UP. Unduly | V. Vague |
| I. Inadmissible | Knowledge | Prejudicial | S. Speculation |
| Material | F. Foundation | P. Privileged | L. Leading |
| R. Relevancy | O. Opinion | N. No Objection | |
| H. Hearsay | | C. Cumulative | |

| **PRESIDING JUDGE:** | **PLAINTIFF'S ATTORNEY:** | **DEFENDANT'S ATTORNEY**: |
|---|---|---|
| HON. RODOLFO A. RUIZ II | John Hickey, Esq.<br>Lisa Goodman, Esq.<br>Hickey Law Firm | Michael J. Drahos, Esq.<br>Walter Cooper Jarnagin, Esq.<br>Ashley Genoese, Esq. Gray<br>Robinson, P.A. |
| **TRIAL DATE(S):**<br>2 WEEK PERIOD<br>COMMENCING<br>July 28, 2025 | **COURT REPORTER:** | **COURTROOM DEPUTY:** |

1

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | **DOCUMENTS PRODUCED BY CARNIVAL CORPORATION (CCL)** |
| 1 | | | | | | CCLVSHEA202300226V - CCTV Footage |
| 2 | | | | | | CCL GR000005 - Movement Report - Clay Crockett |
| 3 | | | | | | CCL GR000006-GR000036 - Shipboard Records |
| 4 | | | | | | CCL GR000037-GR000038 - Security Summary Watch Report 07.14.23 & 07.15.23 |
| 5 | | | | | | CCL GR000039 - Security Officer Watch Report 07.14.23 |
| 6 | | | | | | CCL GR000040 - Passenger Injury Statement |
| 7 | | | | | | CCL GR000041-GR000042 - Sail Sign Receipt (Medical On Board Expenses) |
| 8 | | | | | | CCL GR000047-GR000052 - 6 Month Notice |
| 9 | I, UP | | | | | CCL GR000053-GR000055 - Acknowledgement Letter |
| 10 | I, UP | | | | | CCL GR000056-GR000057 - CCL Comment Details for Booking No N3Z3VB |
| 11 | | | | | | CCL GR000058-GR000060 - CCL Vista Deck Plans |
| 12 | | | | | | CCL GR000061-GR000292 - CCL Vista Logs |
| 13 | | | | | | CCL GR000335 - Procedure For Work Order Reports |
| 14 | | | | | | CCL GR000293-GR000295 - Work Orders |
| 15 | I, UP, R | | | | | CCL GR000351-GR000353 - Work Orders |
| 16 | | | | | | CCL GR000296 - Open Deck Day - Sign On Sheet |

2

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 17 | | | | | | CCL GR000297 - Job Description - Hotel Steward(ess) |
| 18 | | | | | | CCL GR000298 - Job Description - Housekeeping Manager (III Stripe) |
| 19 | | | | | | CCL GR000299 - Job Description - Supervisor Pools & Decks |
| 20 | | | | | | CCL GR000337 - Job Description - Refurbishing Team Member |
| 21 | | | | | | CCL GR000338-GR000340 - Job Description - Refurbishing Facility Maintenance Manager |
| 22 | | | | | | CCL GR000300-GR00319 - Open Deck Shift Reports |
| 23 | | | | | | CCL GR000320 - Procedure For Lido Restaurant & Open Deck Cleaning Responsibilities |
| 24 | | | | | | CCL GR000321-GR000327 - Cleaning Instructions |
| 25 | | | | | | CCL GR000328-GR000330 - HESS Procedures OHS-1122 (01 May 2015) |
| 26 | | | | | | CCL GR000331-GR000332 - Add'l Guidance OHS-1122 (03 Mar 2016) |
| 27 | | | | | | CCL GR000333-GR000334 - Cleaning Instructions (Own the Spill) |
| 28 | | | | | | CCL GR000336 - Brittany Crocket's Witness Statement |
| 29 | | | | | | CCL GR000341-GR000350 - Incident Photos provided by CCL (10) |
| 30 | | | | | | Sign and Sail Receipts - Brittany Crockett - 7.14.23 |
| 31 | | | | | | Sign and Sail Receipts - Clay Crockett |
| | | | | | | **DOCUMENTS PRODUCED BY PLAINTIFF, CLAY CROCKETT** |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 32 | | | | | | Blue Cross Blue Shield of Tennessee Insurance Card (front and back) |
| 33 | | | | | | UMR Insurance Card (front and back) |
| 34 | | | | | | Email Correspondence from Clay Crockett to Guest Care dated July 15, 2023. |
| | | | | | | **PHOTOGRAPHS OF PLAINTIFF'S INJURIES** |
| 35 | | | | | | (01) PHOTO OF PL FOREHEAD (01) (07.14.2023) |
| 36 | | | | | | (02) PHOTO OF PL FOREHEAD (02) (07.16.2023) |
| 37 | | | | | | (03) PHOTO OF PL FOREHEAD (03) (07.14.2023) |
| 38 | | | | | | (04) PHOTO OF PL FOREHEAD (04) (07.23.2023) |
| 39 | | | | | | (05) PHOTO OF PL FOREHEAD (05) (07.26.2023) |
| 40 | | | | | | (06) PHOTO OF PL FOREHEAD (06) (08.08.2023) |
| 41 | | | | | | (07) PHOTO OF PL FOREHEAD (07) (08.02.2023) |
| | | | | | | **PHOTOGRAPHS OF THE SUBJECT STAIRCASE** |
| 42 | | | | | | (08) PHOTO OF STAIRCASE (01) (07.14.2023) |
| 43 | | | | | | (09) PHOTO OF STAIRCASE (02) (07.14.2023) |
| | | | | | | **INSPECTION PHOTOGRAPHS TAKEN ON DEC 16, 2023** |
| 44 | | | | | | Inspection 12.16.2023 (01) |
| 45 | | | | | | Inspection 12.16.2023 (02) |
| 46 | | | | | | Inspection 12.16.2023 (03) |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 47 | | | | | | Inspection 12.16.2023 (04) |
| 48 | | | | | | Inspection 12.16.2023 (05) |
| 49 | | | | | | Inspection 12.16.2023 (06) |
| 50 | | | | | | Inspection 12.16.2023 (07) |
| 51 | | | | | | Inspection 12.16.2023 (08) |
| 52 | | | | | | Inspection 12.16.2023 (09) |
| 53 | | | | | | Inspection 12.16.2023 (10) |
| 54 | | | | | | Inspection 12.16.2023 (11) |
| 55 | | | | | | Inspection 12.16.2023 (12) |
| 56 | | | | | | Inspection 12.16.2023 (13) |
| 57 | | | | | | Inspection 12.16.2023 (14) |
| 58 | | | | | | Inspection 12.16.2023 (15) |
| 59 | | | | | | Inspection 12.16.2023 (16) |
| 60 | | | | | | Inspection 12.16.2023 (17) |
| 61 | | | | | | Inspection 12.16.2023 (18) |
| 62 | | | | | | Inspection 12.16.2023 (19) |
| 63 | | | | | | Inspection 12.16.2023 (20) |
| 64 | | | | | | Inspection 12.16.2023 (21) |
| 65 | | | | | | Inspection 12.16.2023 (22) |
| 66 | | | | | | Inspection 12.16.2023 (23) |
| 67 | | | | | | Inspection 12.16.2023 (24) |
| 68 | | | | | | Inspection 12.16.2023 (25) |
| 69 | | | | | | Inspection 12.16.2023 (26) |
| 70 | | | | | | Inspection 12.16.2023 (27) |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 71 | | | | | | 200 photographs taken by George Melchior during the inspection on 12/16/2023 – Bate Stamped 71.001 through 71.200 |
| | | | | | | **PHOTOGRAPHS TAKEN DURING THE SUBJECT CRUISE** |
| 72 | | | | | | (001) Cruise Photo. Plaintiff, wife and daughter_IMG_0328 (07.08.2023) |
| 73 | | | | | | (002) Cruise Photo. Plaintiff, wife and daughter_IMG_0329 (07.08.2023) |
| 74 | | | | | | (003) Cruise Photo. Plaintiff, wife and daughter_IMG_0330 (07.10.2023) |
| 75 | | F | | | | (014) Cruise Photo. Subject Staircase_IMG_0433 (7.14.2023) |
| 76 | | | | | | (015) Cruise Photo. CCL Professional Family Photo_IMG_0440 (Rcvd from CCL 08.28.2023) |
| 77 | | | | | | (017) Cruise Photo. CCL Professional Family Photo_IMG_0442 (Rcvd from CCL 08.28.2023) |
| 78 | | | | | | (019) Cruise Photo. CCL Professional Family Photo_IMG_0444 (Rcvd from CCL 08.28.2023) |
| 79 | | | | | | (020) Cruise Photo. CCL Professional Family Photo_IMG_0445 (Rcvd from CCL 08.28.2023) |
| 80 | | | | | | (023) Cruise Photo. CCL Professional Family Photo_IMG_0448 (Rcvd from CCL 08.28.2023) |
| 81 | | | | | | (024) Cruise Photo. CCL Professional Family Photo_IMG_0449 (Rcvd from CCL 08.28.2023) |
| 82 | | | | | | (093) Cruise Photo. Family Photo (Grand Cayman)_IMG_4044 (07.12.2023) |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 83 | | | | | | (094) Cruise Photo. Family Photo (Grand Cayman)_IMG_4045 (07.12.2023) |
| 84 | | | | | | (095) Cruise Photo. Family Photo (Grand Cayman)_IMG_4046 (07.12.2023) |
| 85 | | | | | | (096) Cruise Photo. Family Photo (Grand Cayman)_IMG_4047 (07.12.2023) |
| 86 | | | | | | (116) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4067 (07.12.2023) |
| 87 | | C | | | | (117) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4068 (07.12.2023) |
| 88 | | C | | | | (118) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4069 (07.12.2023) |
| 89 | | C | | | | (119) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4070 (07.12.2023) |
| 90 | | C | | | | (120) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4071 (07.12.2023) |
| 91 | | C | | | | (121) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4072 (07.12.2023) |
| 92 | | C | | | | (122) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4073 (07.12.2023) |
| 93 | | C | | | | (123) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4074 (07.12.2023) |
| 94 | | C | | | | (124) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4075 (07.12.2023) |
| 95 | | C | | | | (125) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4076 (07.12.2023) |
| 96 | | C | | | | (146) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4097 (07.12.2023) |
| 97 | | C | | | | (147) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4098 (07.12.2023) |
| 98 | | C | | | | (148) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4099 (07.12.2023) |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 99 | | C | | | | (149) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4100 (07.12.2023) |
| 100 | | C | | | | (150) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4101 (07.12.2023) |
| 101 | | C | | | | (151) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4102 (07.12.2023) |
| 102 | | C | | | | (152) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4103 (07.12.2023) |
| 103 | | C | | | | (153) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4104 (07.12.2023) |
| 104 | | C | | | | (154) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4105 (07.12.2023) |
| 105 | | C | | | | (155) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4106 (07.12.2023) |
| 106 | | C | | | | (194) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4145 (07.12.2023) |
| 108 | | C | | | | (195) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4146 (07.12.2023) |
| 109 | | C | | | | (204) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4155 (07.12.2023) |
| 110 | | C | | | | (205) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4156 (07.12.2023) |
| 111 | | C | | | | (206) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4157 (07.12.2023) |
| 112 | | C | | | | (207) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4158 (07.12.2023) |
| 113 | | C | | | | (208) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4159 (07.12.2023) |
| 114 | | C | | | | (209) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4160 (07.12.2023) |
| 115 | | C | | | | (210) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4161 (07.12.2023) |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 116 | | C | | | | (211) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4162 (07.12.2023) |
| 117 | | C | | | | (212) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4163 (07.12.2023) |
| 118 | | C | | | | (213) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4164 (07.12.2023) |
| 119 | | C | | | | (214) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4165 (07.12.2023) |
| 120 | | C | | | | (215) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4166 (07.12.2023) |
| 121 | | C | | | | (216) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4167 (07.12.2023) |
| 122 | | C | | | | (217) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4168 (07.12.2023) |
| 123 | | C | | | | (218) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4169 (07.12.2023) |
| 124 | | C | | | | (219) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4170 (07.12.2023) |
| 125 | | C | | | | (220) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4171 (07.12.2023) |
| 126 | | C | | | | (221) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4172 (07.12.2023) |
| 127 | | C | | | | (222) Cruise Photo. Plaintiff (Grand Cayman)_IMG_4173 (07.12.2023) |
| | | | | | | **PLAINTIFF'S MEDICAL FILMS, RECORDS & BILLS** |
| 128 | | | | | | CT scan of Brain without Contrast taken by The Jackson Clinic North on July 18, 2023. |
| 129 | | R | | | | CT scan of Abdomen and Pelvis without Contrast taken by The Jackson Clinic North on August 15, 2017. |
| 130 | | R | | | | CT Calcium Score taken by The Jackson Clinic North on October 7, 2021. |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 131 | | | | | | MRI of Brain without Contrast taken by West Tennessee Healthcare North Hospital on September 8, 2023. |
| 132 | | | | | | MRI of Brain with DTI-3D Tract taken by Stand-Up MRI of Miami on November 18, 2024. |
| 133 | | | | | | Post-Incident Medical Records from Carnival Cruise Line - *Vista* |
| 134 | | | | | | Post-Incident Medical Records from The Jackson Clinic North |
| 135 | | | | | | Post-Incident Medical Records from West Tennessee Medical Group Neuroscience & Spine - Jackson - Sumathira T. Sathanandan, M.D. |
| 136 | | | | | | Post-Incident Medical Records from West Tennessee Healthcare North Hospital |
| 137 | | | | | | Post-Incident Medical Records from iMind Mental Health and Wellness, LLC |
| 138 | | | | | | Post-Incident Medical Records from Ethos Health Specialists |
| 139 | | | | | | Post-Incident Medical Records from Cumberland Heights Treatment Center |
| 140 | | | | | | Post-Incident Medical Records from Stand-Up MRI of Miami |
| 141 | | | | | | Post-Incident Medical Records from The Starting Place/Dee Wright, LCSW |
| 142 | | | | | | Pre-Incident Medical Records from The Jackson Clinic North |
| 143 | | | | | | Pre-Incident Medical Records from Jackson Chiropractic Center |
| 144 | | | | | | Pre-Incident Medical Records from Brian L. Sellers, OD |
| 145 | | | | | | Pre-Incident Medical Records from Jackson Eye Care – Dr. Brian Sellers |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 146 | | | | | | Post-Incident Medical Bills from The Jackson Clinic North |
| 147 | | | | | | Post-Incident Medical Bills from Kroger |
| 148 | | | | | | Post-Incident Medical Bills from West Tennessee Healthcare North Hospital |
| 149 | | R | | | | Post-Incident Medical Bills from Cumberland Heights Treatment Center |
| 150 | | | | | | Post-Incident Medical Bills from Stand-Up MRI of Miami |
| 151 | | | | | | Post-Incident Medical Bills from iMind Mental Health and Wellness, LLC |
| 152 | | | | | | Post-Incident Medical Bills from The Starting Place/Dee Wright, LCSW |
| 153 | | | | | | Post-Incident Medical Bills from Walgreens |
| | | | | | | **PLAINTIF'S EMPLOYMENT RECORDS** |
| 154 | | | | | | Clay Crockett's Mid-Year Performance Review from ATA dated July 22, 2024 |
| 155 | | | | | | Clay Crockett's Year-End Performance Review from ATA dated November 18, 2024 |
| 156 | | A, I, R, H, F, UP | | | | Clay Crockett's Performance Review from Master Medical Equipment dated August 10, 2020 |
| | | | | | | **CORRESPONDENCE FROM THIRD PARTIES WHO CLAIM LIENS ON THE RECOVERIES IN PAYMENT OF MEDICAL EXPENSES** |
| 157 | | | | | | Correspondence to BlueCross BlueShield of Tennessee dated for July 25, 2023 re: Letter of Representation |
| 158 | | | | | | Correspondence to BlueCross BlueShield of Tennessee dated for July 25, 2023 re: Lien Estoppel Letter |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 159 | | | | | | Correspondence from BlueCross BlueShield of Tennessee dated July 28, 2023 re: Acknowledgement of Letter of Representation |
| 160 | | | | | | Correspondence from BlueCross BlueShield of Tennessee dated November 13, 2023 re: lien amount |
| 161 | | | | | | Email Correspondence to BlueCross BlueShield of Tennessee dated February 1, 2024, re: case update. |
| 162 | | | | | | Email Correspondence from BlueCross BlueShield of Tennessee dated May 16, 2024 re: lien amount |
| 163 | | | | | | Email Correspondence to to BlueCross BlueShield of Tennessee dated May 16, 2024, re: case update |
| 164 | | | | | | Email Correspondence from BlueCross BlueShield of Tennessee dated October 2, 2024 re: lien amount |
| 165 | | | | | | Email Correspondence from BlueCross BlueShield of Tennessee dated February 6, 2025 re: lien amount |
| 166 | | | | | | Correspondence from Optum dated February 13, 2025. |
| 167 | | | | | | Correspondence from Stand-Up MRI of Miami re: Lien amount as of Dec 2, 2024. |
| 168 | | | | | | Lien from Ethos Health Specialists dated April 8, 2025 |
| | | | | | | **DEPOSITION TESTIMONY & EXHIBITS** |
| 169 | | | | | | Deposition Transcript – Rolando Diaz, Corporate Representative for Carnival Corporation taken on Apr 16, 2025 |
| 170 | | | | | | Exhibit 1 to the Deposition: Notice of Taking Deposition |

12

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 171 | | | | | | Composite Exhibit 23 to the Deposition: Carnival's response to initial Request for Production dated Oct 7, 2024, Carnival's supplemental response to initial Request for Production dated Nov 20, 2024, Carnival's supplemental response to Second Request for Production dated Dec 23, 2024, Carnival's supplemental response to Second Request for Production dated Feb 20, 2025, Carnival's Amended Supplemental Response to initial Request for Production dated Apr 11, 2025, and Carnival's response to Request for Production After Discovery Deadline dated Apr 15, 2025. |
| 172 | | R | | | | Exhibit 26 to the Deposition: Rolando Diaz's notes taken during his deposition |
| 173 | | H | | | | Deposition Transcript – Antony Peter, Carnival's Joiner taken on Jan 31, 2025 |
| 174 | | H | | | | Deposition Transcript – Carmine Palomba, Carnival's Facility Maintenance Supervisor taken on Mar 12, 2025 |
| 175 | | H | | | | Deposition Transcript – Wilcor Sta Ana, Carnival's Pool & Deck Supervisor taken on Mar 27, 2025 |
| 176 | | | | | | Deposition Transcript – Dr. Kamaldeen Saldin, Plaintiff's Expert taken on Apr 25, 2025 |
| 177 | | A, I, R, H, F, UP | | | | Plaintiff's Exhibit 3 is a webpage: Bio Page for Jason Siegel, MD |
| 178 | | H | | | | Deposition Transcript – Plaintiff taken on Nov 21, 2024 |
| 179 | | H | | | | Deposition Transcript – Brittany Crockett |
| | | | | | | **PLAINTIFF'S EXPERTS** |
| 180 | | H | | | | Dr. Kamaldeen Saldin's CV |
| 181 | | H | | | | Dr. Kamaldeen Saldin's Report |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 182 | | H, F, A, V, UP | | | | Dr. Kamaldeen Saldin's Entire File |
| 183 | | H | | | | George Melchior's CV |
| 184 | | H | | | | George Melchior's Report |
| 185 | | H, F, A, V, UP | | | | Annotated Figures and illustrations from George Melchior's Report |
| 186 | | H, F, A, V, UP | | | | George Melchior's Entire File |
| 187 | | H, F, A, V, UP, R | | | | Dr. Jose Pizarro CV |
| 188 | | H, F, A, V, UP, R | | | | Dr. Jason Siegel CV |
| | | | | | | **DEFENDANT'S EXPERTS** |
| 189 | | | | | | Dr. Victor H. Barredo's CV |
| 190 | | | | | | Dr. Victor H. Barredo's Fee Schedule |
| 191 | | | | | | Dr. Victor H. Barredo's Retainer |
| 192 | | | | | | Dr. Victor H. Barredo's Testimony List |
| 193 | | | | | | Dr. Amy Courtney's CV |
| 194 | | | | | | Dr. Amy Courtney's Fee Schedule |
| | | | | | | Dr. Amy Courtney's Retainer |
| 195 | | | | | | Dr. Amy Courtney's Testimony List |
| 196 | | | | | | Photos taken by Carnival's expert during her inspection on Jan 19, 2025 Bate Stamped 202.001-202.059 |
| 197 | | | | | | Dr. Harold Keyserling's CV |
| 198 | | | | | | Dr. Harold Keyserling's Fee Schedule |
| 199 | | | | | | Dr. Harold Keyserling's Retainer |

14

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 200 | | | | | | Dr. Harold Keyserling's Testimony List |
| | | | | | | **PLAINTIFF'S DISCOVERY** |
| 201 | | | | | | Plaintiff's Verified Answers to Initial Interrogatories served on Oct 7, 2024 |
| | | | | | | **DEFENDANT'S DISCOVERY** |
| 202 | | | | | | Carnival's Answers to Initial Interrogatories dated Oct 7, 2024 |
| 203 | | | | | | Carnival's Supplemental Answers to Initial Interrogatories dated Nov 20, 2024 |
| 204 | | I, R, UP | | | | Carnival's Privilege Log |
| | | | | | | **PLEADINGS** |
| 205 | | H | | | | Complaint |
| 206 | | H | | | | Defendant's Answer and Affirmative Defenses |
| | | | | | | **MISC.** |
| 207 | | | | | | Mortality Table |
| 208 | | | | | | Medical Illustrations |
| 209 | | | | | | Demonstrative Aids |

**Plaintiff reserves the right to amend and supplement its exhibit list upon proper notice to Defendant.

Respectfully submitted,

By:      *s/ Lisa C. Goodman*
**JOHN H. HICKEY**, **ESQ.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**LISA C. GOODMAN, ESQ**. (FBN118698)
lgoodman@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186

Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 23rd day of May 2023.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:      *s/ Lisa C. Goodman*
**JOHN H. HICKEY**, **ESQ.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**LISA C. GOODMAN, ESQ**. (FBN118698)
lgoodman@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Counsel for the Plaintiff*

CLAY CROCKETT v. CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE

CASE NO. 1:24-cv-21185-RAR

## **SERVICE LIST**

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Lisa C. Goodman, Esq.** (FBN 118698)<br>lgoodman@hickeylawfirm.com<br>kporras@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>12150 S.W. 128th Court, Suite 225<br>Miami, FL 33186<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Counsel for Plaintiff* | **Michael J. Drahos, Esq.** (FBN: 1019357)<br>michael.drahos@gray-robinson.com,<br>lilia.parker@gray-robinson.com<br>**Ashley N. Genoese, Esq.** (FBN: 0617059)<br>ashley.genoese@gray-robinson.com<br>**Walter Cooper Jarnagin** (FBN: 117767)<br>Cooper.Jarnagin@gray-robinson.com<br>**Gray Robinson, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Tel.: (561) 268-5727<br>Fax: (561) 268-5745<br>*Counsel for Defendant* |