**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21185-RAR**

CLAY CROCKETT,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.

_____/

**<u>DEFENDANT'S EXHIBIT LIST</u>**

Defendant, CARNIVAL CORPORATION ("CARNIVAL"), by and through undersigned

counsel and pursuant to the Court's Order Setting Jury Trial Schedule dated July 9, 2024 {DE 14]

lists the following exhibits for trial:

| PRESIDING JUDGE: | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY: |
|---|---|---|
| **Honorable Rodolfo A. Ruiz II** | John Hickey, Esq. Lisa Goodman, Esq. Hickey Law Firm Douglas Entrance Office Parc Executive Tower 804 South Douglas Road Ste 373 Coral Gables, FL 33134 | Michael J. Drahos, Esq. Walter Cooper Jarnagin, Esq. Ashley Genoese, Esq. GrayRobinson, P.A. 515 N. Flagler Drive Ste 650 West Palm Beach, FL 33401 |
| TRIAL DATE(S): July 28, 2025 | COURT REPORTER: | COURTROOM DEPUTY: |

| PLTF. NO. | DEF NO. | JOINT NO. | OBJ. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | **DOCUMENTS PRODUCED BY CARNIVAL CORPORATION [CCL]** |
| | 1 | | MiL[1], UP, C, V, S | | | Clay Crockett Sign/Sail Account [GR000001-000004] |
| | 2 | | H, R | | | Clay Crockett Movement Report [GR000005] |
| | 3 | | A, H | | | Carnival Medical Chart [GR000006-000021] |
| | 4 | | A, H, UP | | | Against Medical Advice Form [GR 000022-000023] |
| | 5 | | A, H, UP | | | Payment Agreement and Medical Records Consent On Board Charges [GR000026] |
| | 6 | | A, H | | | Guest Consultation Form [GR000027] |
| | 7 | | A, H | | | Vital Sign Recordings [GR000029-000036] |
| | 8 | | H, UP | | | Security Watch Report Summary [GR000037-000039] |
| | 9 | | R, UP | | | Passenger Injury Statement [GR 000040] |
| | 10 | | MiL, UP, C, V, S | | | Brittany Crockett Sign/Sail Account [GR000043-000046] |
| | 11 | | | | | Plaintiff Attorney Notice of Representation dated July 26, 2023 [GR000047-000052] |
| | 12 | | H, R | | | Ship Logs dated July 14-15, 2023 [GR000230-000292] |
| | 13 | | H, R | | | July 14, 2023 Work Order [GR000293-000295] |
| | 14 | | H, R | | | Open Deck Shift Reports [GR000300-000319] |
| | 15 | | R | | | HESS Procedures [GR000328-000335] |
| | 16 | | H, R, C, UP | | | Brittany Crockett Statement [GR000336] |
| | | 17 | | | | Pictures of Subject staircase [GR000341-000346] |

[1] "MiL" means subject to *Motion in Limine*.

| | | | | | |
|---|---|---|---|---|---|
| | 18 | | | | Pictures of subject kickplate [GR000347-000350] |
| | 19 | I, R | | | Carnival Notice of Service of Answers to Interrogatories |
| | 20 | R, UP, V | | | Clay Crockett Sign & Sail/Point of Sale Receipts |
| | 21 | R, UP, V | | | Brittany Crockett Sign & Sail/Point of Sale Receipts |
| | 22 | | | | CCTV Footage of subject incident |
| | | | | | **MEDICAL RECORDS** |
| | 23 | A, H, I, R, UP, C | | | Alpha Sleep Lab |
| | 24 | A, H, I, R, UP, C | | | BCBS of Tennessee |
| | 25 | A, H, I, R, UP, C | | | Brian Sellers, DO |
| | 26 | A, H, I, R, UP, C | | | Cigna Health & Life Ins. Co. |
| | 27 | A, H, I, R, UP, C | | | Cumberland Heights Foundation |
| | 28 | A, H, I, R, UP, C | | | Dee Wright, CSW-The Starting Place |
| | 29 | A, H, I, R, UP, C | | | Eric Aguilar, IMind Mental Health and Wellness, LLC |
| | 30 | A, H, I, R, UP, C | | | Farm Bureau Health Plans |
| | 31 | A, H, I, R, UP, C | | | Freedom Life Insurance Co of America/US Health Group |
| | 32 | A, H, R, UP, I, C | | | George Cain, MD |
| | 33 | A, H, I, R, UP, C | | | Jackson Chiropractic/Chuck Sheets, DC |

| | 34 | | A, H, I, R, UP, C | | | Kroger Pharmacy |
|---|---|---|---|---|---|---|
| | 35 | | A, H, I, R, UP, C | | | Kumar Yogesh, MD/Dresden Family Clinic |
| | 36 | | A, H, I, R, UP, C | | | Memphis Heart Clinic/Stern Cardiovascular Foundation |
| | 37 | | A, H, I, R, UP, C | | | Physicians Quality Care |
| | 38 | | A, H, I, R, UP, C | | | RX Benefits, Inc. |
| | 39 | | A, H, I, R, UP, C | | | Jason Myatt, MD/The Jackson Clinic-North Campus |
| | 40 | | A, H, I, R, UP, C | | | UMR/United Healthcare |
| | 41 | | A, H, I, R, UP, C | | | Veronica Slootsky/Kaiser Permanente |
| | 42 | | A, H, I, R, UP, C | | | Walgreens Pharmacy |
| | 43 | | A, H, I, R, UP, C | | | West Tennessee Healthcare Jackson-Madison County General Hospital |
| | 44 | | A, H, I, R, UP, C | | | West Tennessee Healthcare Medical Products |
| | 45 | | A, H, I, R, UP, C | | | West Tennessee Healthcare North Hospital |
| | 46 | | A, H, I, R, UP, C | | | West Tennessee Medical Group Neuroscience & Spine |
| | | | | | | **DEPOSITIONS** |
| | 47 | | A, R, H, UP, C, V, DNC DE 14[2] | | | Exhibits to Deposition of Antony Peter |

[2] "DNC DE 14" means that this exhibit does not comply with DE 14, pg. 4 which states that "the exhibit list shall refer to specific items and shall not include blanket statements such as all exhibits produced during depositions."

| | | | | | |
|---|---|---|---|---|---|
| | 48 | | MiL A, R, H, UP, C, V, DNC DE 14 | | | Exhibits to Deposition of Brittany Crockett |
| | 49 | | A, R, H, UP, C, V, DNC DE 14 | | | Exhibits to Deposition of Carmine Palomba |
| | 50 | | MiL A, R, H, UP, C, V, DNC DE 14 | | | Exhibits to Deposition of Clay Crockett |
| | 51 | | MiL A, R, H, UP, C, V, DNC DE 14 | | | Exhibits to Deposition of Carnival Corporate Representative |
| | 52 | | A, R, H, UP, C, V, DNC DE 14 | | | Exhibits to Deposition of Wilcor Sta Ana |
| | 53 | | A, R, H, UP, C, V, I, DNC DE 14 | | | Exhibits to Deposition of Kamaldeen Saldin, MD |
| | | | | | | **EXPERTS** |
| | 54 | | I, H, R, UP, C | | | Dr. Amy Courtney Expert Report |
| | 55 | | H, I, R, UP | | | Dr. Amy Courtney Curriculum Vitae |
| | 56 | | A, R, UP, V, S | | | Dr. Amy Courtney Demonstrative Aids-Photographs referenced in Summary Report |
| | 57 | | A, I, H, R, UP, C, V | | | Dr. Amy Courtney Expert File |
| | 58 | | I, H, R, UP, C | | | Dr. Howard Keyserling Expert Report |
| | 59 | | H, I, R, UP | | | Dr. Howard Keyserling Curriculum Vitae |

| | 60 | | A, R, UP, V, S | | | Dr. Howard Keyserling Demonstrative Aids-Radiology Films referenced in Summary Report |
|---|---|---|---|---|---|---|
| | 61 | | A, I, H, R, UP, C, V | | | Dr. Howard Keyserling Expert File |
| | 62 | | I, H, R, UP, C | | | Dr. Victor Barredo Expert Report |
| | 63 | | H, I, R, UP | | | Dr. Victor Barredo Curriculum Vitae |
| | 64 | | A, R, UP, V, S | | | Dr. Victor Barredo Demonstrative Aids |
| | 65 | | A, I, H, R, UP, C, V | | | Dr. Victor Barredo Expert File |
| | 66 | | A, V, C, R, UP | | | Medical Illustrations and Demonstrative Aids |

\* Defendant reserves the right to amend and supplement its exhibit list upon proper notice to Plaintiff.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Michael Drahos*
    Michael J. Drahos
    Florida Bar No. 0617059
    michael.drahos@gray-robinson.com
    W. Cooper Jarnagin
    Florida Bar No. 117767
    cooper.jarnagin@gray-robinson.com
    Ashley Genoese
    Florida Bar No. 1019357
    ashley.genoese@gray-robinson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ Michael Drahos*

**SERVICE LIST**
**CASE NO. 24-CV-21185-RAR**

**John Heyward Hickey**
Hickey Law Firm PA
1401 Brickell Avenue
Suite 510
Miami, FL 33131
305-371-8000
Fax: 371-3542
Email: FEDERALCOURTFILINGS@HICKEYLAWFIRM.COM

**Lisa Charli Goodman**
Hickey Law Firm
1401 Brickell Ave
Suite 510
Miami, FL 33131
305-371-8000
Fax: 305-371-3542
Email: lgoodman@hickeylawfirm.com