UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:24-cv-21185-RAR

AT LAW AND IN ADMIRALTY

CLAY CROCKETT,

     Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

     Defendant.

_____/

## **PLAINTIFF'S WITNESS LIST**

The Plaintiff, CLAY CROCKETT, by and through undersigned counsel, hereby files his

**WITNESS LIST** as follows:

| **PRESIDING JUDGE:** | | | | **PLAINTIFF'S ATTORNEY:** | | **DEFENDANT'S ATTORNEY**: |
|---|---|---|---|---|---|---|
| HON. RODOLFO A. RUIZ II | | | | John Hickey, Esq. Lisa Goodman, Esq. Hickey Law Firm | | Michael J. Drahos, Esq. Walter Cooper Jarnagin, Esq. Ashley Genoese, Esq. Gray Robinson, P.A. |
| **TRIAL DATE(S):** 2 WEEK PERIOD COMMENCING July 28, 2025 | | | | **COURT REPORTER:** | | **COURTROOM DEPUTY:** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 1 | | Live | 3 hrs. | 2 hrs | | **Clay Crockett** (Plaintiff) **Will Call.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 2 | | Live | 2 hr. | 1 hr | | **Brittany Crockett** (Plaintiff's Wife)<br><br>Mrs. Crockett is the Plaintiff's wife and was on board the ship at the time of the incident. Mrs. Crockett is expected to testify about the subject incident and the before-and-after psychological and physical condition of the Plaintiff.<br><br>**Will Call.** |
| 3 | | Live | 2 hr. | 1 hr | GWM Consulting 601 Islington Street Suite 202 Portsmouth, NH 03801 | **George W. Melchior, P.E.** (Plaintiff's Expert Witness)<br><br>Mr. Melchior is a Professional Engineer who inspected the subject premises on Dec 16, 2023. He is expected to testify based on his opinions as detailed in his report and based on his expertise in the area of engineering.<br><br>**Will Call.**<br><br>**Expert.** |
| 4 | | Live | 2 hr. | 1 hr | Ethos Health Group 1541 17th Street Ocala, FL 34471 Tel. (352) 433-0898 | **Kamaldeen Rizvie Saldin, MD, MPH** (Plaintiff's Expert Witness)<br><br>Dr. Saldin is a Board-Certified Neurologist and is expected to testify based on his opinions as detailed in his report and based upon a reasonable degree of medical probability in conjunction with his skill, training, and expertise in the area of neurology.<br><br>**Will Call.**<br><br>**Expert.** |
| 5 | | Live | 1 hr. | OBJ. | Stand-Up MRI of Miami 1661 SW 37 Avenue Suite 100 Miami, FL 33145 P: (305) 461-6005 | **Jose Pizarro, M.D.** (Plaintiff's treating physician)<br><br>Dr. Pizarro is a neuroradiologist. He interpreted the MRI of the Brain with DTI-3D tract dated Nov 18, 2024. Dr. Pizzaro will testify as to the testing performed on Clay Crockett and the findings from those tests which are contained in the medical records from Stand-Up MRI of Miami.<br><br>**Will Call.**<br><br>**Hybrid Expert.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 6 | | Live | 1 hr. | OBJ. | Ethos Health Specialists 1541 SE 17th Street Ocala, FL 34471 P: (855) 200-7753 | **Jason Siegel, M.D.** (Plaintiff's treating physician) Dr. Jason Siegel is a neurologist, brain injury medicine and neurocritical care specialist. Dr. Siegel will testify as to the testing performed on Clay Crockett and the findings from those tests which are contained in the medical records from Ethos Health Specialists. **Will Call.** **Hybrid Expert.** |
| 7 | | By Depo | 1 hr | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Carnival Corporation d/b/a Carnival Cruise Line** (Defendant) **Will Call.** |
| 8 | | By Depo | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Anthony Peter** (Carnival Crewmember) Anthony Peter is the Joiner that Carnival produced for deposition on Mar 31, 2025. He is expected to testify based on his knowledge of the subject incident. **Will Call.** |
| 9 | | By Depo | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Wilcor Sta Ana** (Carnival Crewmember) Wilcor Sta Ana is the Pool & Deck Supervisor that Carnival produced for deposition on Mar 27, 2025. He is expected to testify based on his knowledge of the subject incident. **Will Call.** |
| 10 | | By Depo | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Carmine Palomba** (Carnival Crewmember) Carmine Palomba is the Facility Maintenance Manager that Carnival produced for deposition on Mar 12, 2025. He is expected to testify based on his knowledge of the subject incident. **Will Call.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 11 | | Live | 30 Min | N/A | The Jackson Clinic North 2863 Highway 45 Bypass Frontage Road Jackson, TN 38305 P: (731) 664-1375 | **Records Custodian from The Jackson Clinic North**<br><br>The Records Custodian is expected to testify that the medical records and bills produced are authentic, the medical bills produced are the best evidence of the itemized medical billing from that institution or provider, the medical records and bills produced are business records of regularly conducted business activity, and the amount of the medical bills produced are reasonable for the medical care and treatment rendered to the Plaintiff by the subject institutions or providers.<br><br>**Will Call.** |
| 12 | | Live | 30 Min | N/A | West Tennessee Healthcare North Hospital 367 Hospital Blvd Jackson, TN 38305 P: (731) 661-2020 | **Records Custodian from West Tennessee Healthcare North Hospital**<br><br>The Records Custodian is expected to testify that the medical records and bills produced are authentic, the medical bills produced are the best evidence of the itemized medical billing from that institution or provider, the medical records and bills produced are business records of regularly conducted business activity, and the amount of the medical bills produced are reasonable for the medical care and treatment rendered to the Plaintiff by the subject institutions or providers.<br><br>**Will Call.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 13 | | Live | 30 Min | N/A | West Tennessee Medical Group Neuroscience & Spine (Jackson) 700 W. Forest Avenue, #200 Jackson, TN 38301 P: (731) 541-9490 | **Records Custodian from West Tennessee Medical Group Neuroscience & Spine (Jackson)** <br><br> The Records Custodian is expected to testify that the medical records and bills produced are authentic, the medical bills produced are the best evidence of the itemized medical billing from that institution or provider, the medical records and bills produced are business records of regularly conducted business activity, and the amount of the medical bills produced are reasonable for the medical care and treatment rendered to the Plaintiff by the subject institutions or providers. <br><br> **Will Call.** |
| 14 | | Live | 30 Min | N/A | Stand-Up MRI of Miami 1661 SW 37 Avenue Suite 100 Miami, FL 33145 P: (305) 461-6005 | **Records Custodian from Stand-Up MRI of Miami** <br><br> The Records Custodian is expected to testify that the medical records and bills produced are authentic, the medical bills produced are the best evidence of the itemized medical billing from that institution or provider, the medical records and bills produced are business records of regularly conducted business activity, and the amount of the medical bills produced are reasonable for the medical care and treatment rendered to the Plaintiff by the subject institutions or providers. <br><br> **Will Call.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 15 | | Live | 30 Min | N/A | Ethos Health Specialists 1541 SE 17th Street Ocala, FL 34471 P: (855) 200-7753 | **Records Custodian from Ethos Health Specialists**<br><br>The Records Custodian is expected to testify that the medical records and bills produced are authentic, the medical bills produced are the best evidence of the itemized medical billing from that institution or provider, the medical records and bills produced are business records of regularly conducted business activity, and the amount of the medical bills produced are reasonable for the medical care and treatment rendered to the Plaintiff by the subject institutions or providers.<br><br>**Will Call.** |
| 16 | | Live | 1 hr. | OBJ. | 42 Brookhollow Cove Jackson, TN 38305 | **Sidney McKelvey** (Plaintiff's Coworker)<br><br>Ms. McKelvey is Plaintiff's colleague and expected to testify on the before-and-after psychological and physical condition of the Plaintiff.<br><br>**May Call.** |
| 17 | | Live | 1 hr. | 1 hr | West Tennessee Medical Group Neuroscience & Spine (Jackson) 700 W. Forest Avenue, #200 Jackson, TN 38301 | **Dr. Sumathira T. Sathanandan** (**(**Plaintiff's treating physician)<br><br>Dr. Sumathira T. Sathanandan is a neurologist. She first examined the Plaintiff on August 14, 2023. Dr. Sathandan is expected to testify about her care and treatment of the Plaintiff.<br><br>**May Call**. |
| 18 | | Live | 30 Min. | OBJ | Holzberg Legal 7685 SW 104th Street Suite 220 Miami, FL 33156 305-668-6410 Email: louis@holzberglegal.com | **Eric Davis (Prior Similar Incident)**<br><br>To the extent that the Plaintiff can lay the foundation that this individual was injured by a substantially similar incident, it is expected that this individual will testify about the incident on board the cruise ship. Passenger Eric Davis was severely injured when a panel fell on him on board the *Carnival Legend* on December 20, 2021. *Davis v. Carnival Corp.*, Case No. 1:22-cv-24063<br><br>**May Call.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 19 | | Live | 30 Min. | OBJ | Eggnatz Pascucci, P.A. 7450 Griffin Rd. Suite 230 Davie, FL 33314 954-889-3359 Fax: 954-889-5913 Email: MPascucci@JusticeEarned.com | **Passenger Jackson (Prior Similar Incident)**<br><br>To the extent that the Plaintiff can lay the foundation that this individual was injured by a substantially similar incident, it is expected that this individual will testify about the incident on board the cruise ship. Passenger Jackson was injured due to a falling panel on board the *Carnival Sunrise* on January 31, 2020. *Jackson v. Carnival Corp.*, Case No. 21-cv-20035<br><br>**May Call.** |
| 20 | | Live | 30 Min. | OBJ | Law Offices of Glenn J Holzberg 7685 SW 104th Street Suite 220 Miami, FL 33156-3151 305-668-6410 Fax: 667-6161 Email: glenn@holzberglegal.com | **Passenger Giusti (Prior Similar Incident)**<br><br>To the extent that the Plaintiff can lay the foundation that this individual was injured by a substantially similar incident, it is expected that this individual will testify about the incident on board the cruise ship. Passenger was injured when a panel fell on board the *Carnival Dream* on January 1, 2019. *Giusti v. Carnival Corp.*, Case No. 2019-cv-25232<br><br>**May Call.** |
| 21 | | Live | 30 Min. | OBJ | Law Office of Laurence M. Krutchik, P.A. 7450 172nd Street Palmetto Bay, FL 33157 305-537-6866 Email: LMKAttorney@gmail.com | **Passenger Kreuger (Prior Similar Incident)**<br><br>To the extent that the Plaintiff can lay the foundation that this individual was injured by a substantially similar incident, it is expected that this individual will testify about the incident on board the cruise ship. Passenger Kreuger was injured due to falling ceiling panels onboard the *Carnival Valor* on January 27, 2019. *Kreuger v. Carnival Corp.*, Case No. 20-cv-20138-JLK.<br><br>**May Call.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 22 | | Live | 30 Min. | OBJ | David W. Singer & Associates, P.A. 1011 South Federal Highway Hollywood, FL 33020 954-920-1571 Fax: 954-926-5746 Email: pwalsh@thecruiseinjurylawfirm.com | **Passenger Prevost (Prior Similar Incident)** <br><br> To the extent that the Plaintiff can lay the foundation that this individual was injured by a substantially similar incident, it is expected that this individual will testify about the incident on board the cruise ship. Passenger Prevost was injured due to falling panel on board the *Carnival Glory* on May 12, 2019. *Prevost v. Carnival Corp.*, Case No. 20-cv-24798. <br><br> **May Call.** |
| 23 | | Live | 30 Min. | OBJ | Holzberg Legal 7685 SW 104th Street Suite 220 Miami, FL 33156 3056686410 Email: louis@holzberglegal.com | **Passenger Stevens (Prior Similar Incident)** <br><br> To the extent that the Plaintiff can lay the foundation that this individual was injured by a substantially similar incident, it is expected that this individual will testify about the incident on board the cruise ship. Passenger Stevens was injured due to a falling panel on board the *Carnival Liberty* on May 9, 2019. *Stevens v. Carnival Corp.,* Case No. 20-cv-22420- UU <br><br> **May Call.** |
| 24 | | Live | 30 Min. | OBJ | Lipcon, Margulies, Alsina, Winkleman, P.A. One Biscayne Tower, Suite 1776 2 S. Biscayne Boulevard Miami, FL 33131 (305) 373-3016 Fax: (305) 373-6204 Email: jgarcell@lipcon.com | **Passenger Hughes (Prior Similar Incident)** <br><br> To the extent that the Plaintiff can lay the foundation that this individual was injured by a substantially similar incident, it is expected that this individual will testify about the incident on board the cruise ship. Passenger Hughes was injured due to a falling panel on board the *Carnival Dream* on December 18, 2019.  *Hughes v. Carnival Corp.*, Case No.: 20-cv-24540. <br><br> **May Call.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 25 | | Live | 30 Min. | OBJ | Waks & Barnett, P.A. 8531 SW 139 Terrace Palmetto Bay, FL 33158 305-271-8282 Fax: 305-595-9776 Email: Waksbar@aol.com | **Passenger Goodman (Prior Similar Incident)**<br><br>To the extent that the Plaintiff can lay the foundation that this individual was injured by a substantially similar incident, it is expected that this individual will testify about the incident on board the cruise ship. Passenger Goodman was injured due to a panel falling onboard the *Carnival Glory* on December 1, 2018. *Goodman v. Carnival Corp.*, Case No. 20-cv-20431-MGC<br><br>**May Call.** |
| 26 | | Live | 30 Min. | OBJ | Law Offices of Glenn J Holzberg 7685 SW 104th Street Suite 220 Miami, FL 33156-3151 305-668-6410 Fax: 667-6161 Email: glenn@holzberglegal.com | **Passengers Wilbert Smith and Beverly Smith (Prior Similar Incident)**<br><br>To the extent that the Plaintiff can lay the foundation that this individual was injured by a substantially similar incident, it is expected that this individual will testify about the incident on board the cruise ship. Wilbert Smith and Beverly Smith were injured when a panel fell on them on board the *Carnival Splendor* on August 1, 2018. *Smith et al. v. Carnival Corp.*, Case No.: 1:19-cv-23123<br><br>**May Call.** |
| 27 | | Live | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Careen Lumbo** (Carnival Crewmember)<br><br>Careen Lumbo is the security guard who responded to the subject incident.<br>**May Call.** |
| 28 | | Live | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Rajesh Varhade** (Carnival Crewmember)<br><br>Rajesh Varhade is a Supervisor Pools and Decks identified by Carnival in its Answers to Interrogatories. They are expected to testify based on their knowledge of the subject incident.<br>**May Call.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 29 | | Live | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Rahman Khaladur** (Carnival Crewmember)<br><br>Rahman Khaladur is Supervisor Pools and Decks identified by Carnival in its Answers to Interrogatories. They are expected to testify based on their knowledge of the subject incident.<br><br>**May Call.** |
| 30 | | Live | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Jesus Clase Padilla** (Carnival Crewmember)<br><br>Jesus Clase Padilla is a Team Leader identified by Carnival in its Answers to Interrogatories. He is  expected to testify based on his knowledge of the subject incident.<br><br>**May Call.** |
| 31 | | Live | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Ajit Shukla Sr.** (Carnival Crewmember)<br><br>Ajit Shukla Sr. is an Asst. Chief Security Officer identified by Carnival in its Answers to Interrogatories. They are expected to testify based on their knowledge of the subject incident.<br><br>**May Call.** |
| 32 | | Live | 1 hr | 1 hr. | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Arun Murugan, M.D.** (Carnival Crewmember)<br><br>Dr. Arun Murugan is the shipboard physician who examined the Plaintiff on July 14, 2023. He is expected to testify regarding the medical care and treatment provided to the Plaintiff onboard the *Carnival Vista.*<br><br>**May Call.** |
| 33 | | Live | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Marietta Mananggit, RN** (Carnival Crewmember)<br><br>Marietta Mananggit is a registered nurse who examined the Plaintiff on July 14, 2023. She is expected to testify regarding the medical care and treatment provided to the Plaintiff onboard the *Carnival Vista.*<br><br>**May Call.** |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPO. | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|---|
| 34 | | Live | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Sue-Rette De Waal, Nurse** (Carnival Crewmember) Sue-Rette De Waal is a nurse who examined the Plaintiff on July 14, 2023. He is expected to testify regarding the medical care and treatment provided to the Plaintiff onboard the *Carnival Vista.* **May Call.** |
| 35 | | Live | 1 hr. | .5hr | Carnival Corporation 3655 NW 87th Avenue Miami, FL 33178 | **Vicky Houston, RN** (Carnival Crewmember) Vicky Houston is a registered nurse who examined the Plaintiff on July 14, 2023. He is expected to testify regarding the medical care and treatment provided to the Plaintiff onboard the *Carnival Vista.* **May Call.** |

By:      *s/ Lisa C. Goodman*
**JOHN H. HICKEY**, **ESQ.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**LISA C. GOODMAN, ESQ**. (FBN118698)
lgoodman@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 23rd day of May 2025.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:     *s/  Lisa C. Goodman*
**JOHN H. HICKEY**, **ESQ.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**LISA C. GOODMAN, ESQ**. (FBN118698)
lgoodman@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Counsel for the Plaintiff*

CLAY CROCKETT v. CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE

CASE NO. 1:24-cv-21185-RAR

## SERVICE LIST

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Lisa C. Goodman, Esq.** (FBN 118698)<br>lgoodman@hickeylawfirm.com<br>kporras@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>12150 S.W. 128th Court, Suite 225<br>Miami, FL 33186<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Counsel for Plaintiff* | **Michael J. Drahos, Esq.** (FBN: 1019357)<br>michael.drahos@gray-robinson.com,<br>lilia.parker@gray-robinson.com<br>**Ashley N. Genoese, Esq.** (FBN: 0617059)<br>ashley.genoese@gray-robinson.com<br>**Walter Cooper Jarnagin** (FBN: 117767)<br>Cooper.Jarnagin@gray-robinson.com<br>**Gray Robinson, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Tel.: (561) 268-5727<br>Fax: (561) 268-5745<br>*Counsel for Defendant* |