**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21185-RAR**

**CLAY CROCKETT**,

     Plaintiff,

v.

**CARNIVAL CORPORATION**,

     Defendant.

_____/

<u>**DEFENDANT'S WITNESS LIST**</u>

Defendant, CARNIVAL CORPORATION ("CARNIVAL"), by and through undersigned

counsel and pursuant to the Court's Order Setting Jury Trial Schedule dated July 9, 2024 [DE 14],

discloses the following trial witnesses:

| PRESIDING JUDGE:<br><br>**Honorable Rodolfo A. Ruiz II** | PLAINTIFF'S ATTORNEY<br><br>**John Hickey, Esq.**<br>Lisa Goodman, Esq.<br>Hickey Law Firm<br>Douglas Entrance Office Parc<br>Executive Tower, Ste 373<br>Coral Gables, FL 33134 | DEFENDANT'S ATTORNEY:<br><br>**Michael J. Drahos, Esq.**<br>Walter Cooper Jarnagin, Esq.<br>Ashley Genoese, Esq.<br>GrayRobinson, P.A.<br>515 N. Flagler Drive<br>Ste 650<br>West Palm Beach, FL 33401 |
| TRIAL DATE(S):<br>July 28, 2025 | COURT REPORTER: | COURTROOM DEPUTY: |

| PLTF. NO. | DEF NO. | LIVE or BY DEPO | DIRECT (est). | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS |
|---|---|---|---|---|---|---|
|  | 1 |  | 3 hrs | 2 hrs |  | Clay Crockett, Plaintiff |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **Will Call** |
| 2 | | 1 hour | 2 hours | | Brittany Crockett, Spouse of Clay Crockett<br><br>**Will Call** |
| 3 | Live | 1 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Carnival's Corporate Representative(s) is expected to provide testimony regarding liability of Carnival.<br><br>**Will Call** |
| 4 | Live | 1 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Arun Murugan, M.D., is expected to provide testimony regarding the medical care and treatment provided to the Plaintiff onboard the cruise.<br><br>**May Call** |
| 5 | Live | .5 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Sue De Waal, RN [Ship Nurse] is expected to provide testimony regarding the medical care and treatment provided to the Plaintiff onboard the cruise.<br><br>**May Call** |
| 6 | Live | .5 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Marietta Mananggit, RN [Ship Nurse] is expected to provide testimony regarding the medical care and treatment provided to the Plaintiff onboard the cruise.<br><br>**May Call** |
| 7 | Live | .5 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Vicky Houston, RN [Ship Nurse] is expected to provide testimony regarding the medical care and treatment provided to the Plaintiff onboard the cruise.<br><br>**May Call** |
| 8 | Live | 1 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Wilcor Sta Ana [Pool & Deck Supervisor] is expected to provide testimony regarding subject incident<br><br>**Will Call** |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Live | 1 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Antony Peter [Joiner] is expected to provide testimony regarding subject incident<br><br>**Will Call** |
| 10 | Live | 1 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Carmine Palomba [Facility Maintenance Manager] is expected to provide testimony regarding subject incident<br><br>**Will Call** |
| 11 | Live | 1 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Ajit Shukla [Assistant Chief Security Officer] is expected to provide testimony regarding subject incident<br><br>**May Call** |
| 12 | Live | 1 hour | 1 hour | Carnival Corp. 3655 N.W. 87th Avenue, Miami, FL 33178 | Careen Lumbo [Security Officer] is expected to provide testimony regarding subject incident<br><br>**May Call** |
| 14 | Live | 2 hr | 2 hours | South Miami Neurology Chief of Clinical Neurology Services Baptist Health Systems: South Miami Hospital 6200 Sunset Drive, Ste #305 Miami, FL 33143 | Dr. Victor Barredo, physician, is expected to testify as an expert consistent with the opinions contained in his report.<br><br>**Will Call**<br><br>**Expert** |
| 15 | Live | 1 hr | 1 hour | 801 Middlefield Road, Apt. 4 Palo Alto, CA 94301 | Dr. Harold Keyserling is expected to testify as an expert, consistent with the opinions contained in his report.<br><br>**Will Call**<br><br>**Expert** |
| 16 | Live | 2 hr | 2 hours | 8875 Hidden River Parkway | Dr. Amy Courtney is expected to testify as an expert, regarding |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Suite 300<br>Tampa, FL 33637 | consistent with the opinions contained in her report.<br><br>**Will Call**<br><br>**Expert** |
| 17 | | Live | 45 min | 2 hours | Ethos Health Group<br>1541 SE 17th Street<br>Ocala, FL 34471 | Dr. Kamaldeen Saldin is expected to testify as an expert consistent with his deposition testimony.<br><br>**May Call**<br><br>**Expert** |

\* Defendant reserves the right to call all witnesses on Plaintiff's Witness List, and to amend and supplement this list as necessary.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Michael Drahos*
Michael J. Drahos
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
W. Cooper Jarnagin
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com
Ashley Genoese
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.



*/s/*

## SERVICE LIST
## CASE NO. 24-CV-21185-RAR

**John Heyward Hickey**
Hickey Law Firm PA
1401 Brickell Avenue
Suite 510
Miami, FL 33131
305-371-8000
Fax: 371-3542
Email: FEDERALCOURTFILINGS@HICKEYLAWFIRM.COM

**Lisa Charli Goodman**
Hickey Law Firm
1401 Brickell Ave
Suite 510
Miami, FL 33131
305-371-8000
Fax: 305-371-3542
Email: lgoodman@hickeylawfirm.com