**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21185-RAR**

CLAY CROCKETT,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.

_____/

**DEFENDANT'S MEMORANDUM IN SUPPORT OF REASONABLE ATTORNEYS'**
**FEES AND COSTS PURSUANT TO COURT ORDER [ECF NO. 80]**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and pursuant to this Court's Order [ECF No. 80], files this memorandum in support of reasonable attorneys' fees and costs, and states as follows:

1.      On May 22, 2025, the parties came before this Court for a hearing on Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial. On June 6, 2025, this Court entered and Order granting Defendant's Motion and awarded reasonable attorneys' fees and costs incurred in bringing the Motion, to the Defendant. [ECF No. 80].

2.      Pursuant to ECF No. 80, Defendant provided Plaintiff with the total requested attorney's fees and costs, including providing copies of the bills and invoices supporting the fees and costs. On June 19, 2025, the parties met and conferred to discuss Plaintiff's position as to Defendant's request for reasonable attorney's fees and costs.

3.      Also on June 19, 2025, Plaintiff filed an Objection to the Order Granting Defendant's Motion to Strike [ECF No. 83] and Motion to Defer the Determination of Attorneys Fees and Costs [ECF No. 84]. As set forth in his Objection to the Order Granting Defendant's

1

Motion to Strike [ECF No. 83] and Motion to Defer the Determination of Attorneys Fees and Costs [ECF No. 84], Plaintiff disagrees with the Court's Order awarding Defendant with attorneys' fees and costs, and thus sought to defer any discussion on reasonableness until after the Court addresses its Motions. Thus, no agreement has been reached as to any of Defendant's requested expenses.

4.      Notwithstanding, in compliance with ECF No. 80, Defendant sets forth its request for reasonable attorney's fees and costs incurred in bringing the Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial [ECF No. 35].

5.      Defendant requests an award of reasonable attorney's fees in the amount of **$5,569.00** and reasonable costs in the amount of **$65.70**. (See redacted bills and invoices, attached hereto as **Composite Exhibit A**.)

6.      Defendant's request for reasonable attorney's fees begins with Defendant's first request on March 12, 2025 for a 7.1 discovery conference to discuss "Plaintiff's insufficient expert disclosures" and ends with Defendant's attendance at the hearing on May 22, 2025 on Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial, before Judge Louis. (See **Composite Exhibit A**).

7.      Defendant's request for costs consist solely of the transportation costs incurred in traveling to the hearing on May 22, 2025 on Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial. (See **Composite Exhibit A**).

8.      Thus, Defendant respectfully requests that this Court find its request for attorney's fees in the amount of **$5,569.00** and reasonable costs in the amount of **$65.70** to be reasonable and appropriate, as incurred in bringing the Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial [ECF No. 35].

WHEREFORE, Defendant, CARNIVAL CORPORATION, respectfully request that this Court grant Defendant's request for an award of attorneys' fees of **$5,569.00**, and costs of **$65.70**, finding the expenses reasonable, and for any further relief this Court deems just and proper.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Ashley Genoese*
Michael J. Drahos
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
W. Cooper Jarnagin
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com
Ashley Genoese
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ Ashley Genoese*

3

## **Conferral Certification**

Pursuant to the Court's Order, ECF No. 80, I hereby certify counsel for the movant has

conferred with Plaintiff's counsel regarding the relief sought, via conference on June 19, 2025.

**SERVICE LIST**
**CASE NO. 1:24-cv-21185-RAR**

John H. Hickey, Esq.
Lisa C. Goodman, Esq.
Hickey Law Firm, P.A.
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Tel. (305) 371-8000
Fax: (305) 371-3542
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
lgoodman@hickeylawfirm.com
kporras@hickeylawfirm.com

*Attorneys for Plaintiff*