# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # ███████

Suzanne Brown Vazquez, Esq.                           April 11, 2025
Director of Claims & Staff Counsel, Risk Management      FILE # ███████
Carnival Cruise Lines
3655 N.W. 87th Avenue
Miami, FL 33178

Invoice #        11285764
Re:              Crockett, Clay v. Carnival Corporation
                 Professional Services: May 1, 2025 – May 31, 2025
                 ████████████████

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

PRIOR BALANCE:

CURRENT FEES:

CURRENT DISBURSEMENTS:

CURRENT BALANCE DUE:

**TOTAL BALANCE DUE:**
(Prior balance included)





**REMITTANCE COPY**
**PAYMENT IS DUE UPON RECEIPT**
**To ensure timely allocation to amounts due, please wire payment to:**

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # █████

Suzanne Brown Vazquez, Esq.                                   April 11, 2025
Director of Claims & Staff Counsel, Risk Management          FILE # █████
Carnival Cruise Lines
3655 N.W. 87th Avenue
Miami, FL 33178

Invoice #        11285764
Re:              Crockett, Clay v. Carnival Corporation
                 Professional Services: May 1, 2025 – May 31, 2025
                 █████████████

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

PRIOR BALANCE:

CURRENT FEES:

CURRENT DISBURSEMENTS:

CURRENT BALANCE DUE:

**TOTAL BALANCE DUE:**
(Prior balance included)

1863                        **CLIENT COPY**
                **PAYMENT IS DUE UPON RECEIPT**
        **To ensure timely allocation to amounts due, please wire payment to:**



Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No. ▮▮▮▮▮
Invoice Date: April 11, 2025

**Professional Services:**



Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No. ███████
Invoice Date: April 11, 2025



| 03/12/25 | ANG | Correspondence with Plaintiff's counsel regarding 7.1 discovery conference on Plaintiff's insufficient expert | 0.10 | $23.50 |
|----------|-----|---|------|--------|

Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No. ▮▮▮▮
Invoice Date: April 11, 2025

disclosures.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/17/25 | ANG | Attended 7.1 discovery conference with Plaintiff's counsel regarding Plaintiff's insufficient expert disclosures and additional discovery disputes Plaintiff will raise. | 0.80 | $188.00 |
| 03/17/25 | ANG | Review and analysis of Plaintiff's Expert Witness and Hybrid Witness Disclosures to prepare for 7.1 conference with Plaintiff's counsel (48 total pages) | 0.80 | $188.00 |

Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No. ▮▮▮▮▮
Invoice Date: April 11, 2025

| | | | | |
|---|---|---|---|---|
| 03/21/25 | ANG | Correspondence with Plaintiff's counsel regarding availability for discovery hearing. | 0.10 | $23.50 |
| 03/21/25 | ANG | Correspondence with Chambers for Magistrate Judge Lauren Louis, requesting hearing on discovery dispute. | 0.10 | $23.50 |
| 03/21/25 | ANG | Prepared Defendant's Notice of Discovery Hearing. | 0.40 | $94.00 |
| 03/21/25 | ANG | Attended 7.1 discovery conference with Plaintiff's counsel. | 0.60 | $141.00 |

Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No.
Invoice Date: April 11, 2025

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/26/25 | ANG | Attended 7.1 Discovery Conference with Plaintiff's counsel regarding upcoming discovery hearing. | 0.50 | $117.50 |
| 03/26/25 | ANG | Review of communications with Plaintiff's counsel and Notice of Discovery Hearing to prepare for 7.1 Discovery Conference with Plaintiff's counsel regarding upcoming discovery hearing. | 0.30 | $70.50 |
| 03/27/25 | ANG | Review and analysis of Plaintiff's Second Amended Hybrid Expert Disclosures. | 0.20 | $47.00 |
| 03/28/25 | ANG | Correspondence with Plaintiff's counsel regarding additional 7.1 discovery disputes to be addressed at hearing. | 0.10 | $23.50 |
| 03/28/25 | ANG | Attended 7.1 discovery conference with Plaintiff's counsel to finalize discovery disputes. | 0.80 | $188.00 |
| 03/28/25 | ANG | Review and analysis of Plaintiff's Notice of Discovery hearing and Defendant's responses and supplemental responses to discovery to prepare for 7.1 conference with Plaintiff's counsel. | 0.50 | $117.50 |

Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No.
Invoice Date: April 11, 2025

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/28/25 | ANG | Prepared all source materials to be sent to Chambers of Magistrate Judge Louis for review prior to hearing. (168 total pages) | 1.20 | $282.00 |
| 03/28/25 | ANG | Prepared and filed Amended Notice of Discovery Hearing. | 0.30 | $70.50 |
| 03/28/25 | ANG | Prepared proposed order on Defendant's discovery disputes to provide to the Court. | 0.30 | $70.50 |
| 03/31/25 | ANG | Continued preparing argument for discovery hearing tomorrow as to Plaintiff's insufficient expert disclosures and defenses to Plaintiff's arguments for Defendant to produce more materials. | 1.40 | $329.00 |
| 03/31/25 | ANG | Review and analysis of all of Plaintiff's Updated and Second Updated Rule 26 Disclosures, to prepare for discovery hearing tomorrow. (61 total pages) | 0.70 | $164.50 |
| 03/31/25 | ANG | Review and analysis of all of Plaintiff's Hybrid Expert Witness Disclosures, amended and second amended Hybrid Expert Witness Disclosures, to prepare for discovery hearing tomorrow. (70 total pages) | 0.80 | $188.00 |

Current Fees:

**Summary of Professional Fees**:



Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No. ▮▮▮▮
Invoice Date: April 11, 2025



**Summary of Disbursements:**



# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # ███████

Suzanne Brown Vazquez, Esq.                                    May 13, 2025
Director of Claims & Staff Counsel, Risk Management            FILE # ████████
Carnival Cruise Lines
3655 N.W. 87th Avenue
Miami, FL 33178

Invoice #        11292887
Re:              Crockett, Clay v. Carnival Corporation
                 Professional Services: Feb. 13, 2025 – Apr. 30, 2025
                 ████████████████

This summary includes all transactions on the above matter processed up to and including the date of the
last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that
date will be reflected on a future statement.



PRIOR BALANCE:

CURRENT FEES:

CURRENT DISBURSEMENTS:

CURRENT BALANCE DUE:

**TOTAL BALANCE DUE:**
(Prior balance included)

**REMITTANCE COPY**
                       **PAYMENT IS DUE UPON RECEIPT**
            **To ensure timely allocation to amounts due, please wire payment to:**



# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # ███████

Suzanne Brown Vazquez, Esq.                                      May 13, 2025
Director of Claims & Staff Counsel, Risk Management              FILE # ████████
Carnival Cruise Lines
3655 N.W. 87th Avenue
Miami, FL 33178

Invoice #          11292887
Re:                Crockett, Clay v. Carnival Corporation
                   Professional Services: Feb. 13, 2025 – Apr. 30, 2025
                   ████████████████

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

PRIOR BALANCE:

CURRENT FEES:

CURRENT DISBURSEMENTS:

CURRENT BALANCE DUE:

**TOTAL BALANCE DUE:**
(Prior balance included)



**CLIENT COPY**
**PAYMENT IS DUE UPON RECEIPT**
**To ensure timely allocation to amounts due, please wire payment to:**



Page 1

Carnival Corporation d/b/a Carnival Cruise Line

Crockett, Clay v. Carnival Corporation

Invoice No. ▮▮▮▮

Invoice Date: May 13, 2025

**Professional Services:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/25 | ANG | Attended Discovery Hearing before Magistrate Judge Lauren Louis. | 1.00 | $235.00 |
| 04/01/25 | ANG | Prepared materials for hearing and additional arguments to be addressed at Discovery Hearing before Magistrate Judge Lauren Louis. | 1.10 | $258.50 |
| 04/02/25 | ANG | Initial review and analysis of Plaintiff's Updated rule 26 disclosures (52 pages). | 0.40 | $94.00 |
| 04/02/25 | ANG | Initial review and analysis of Court's Order Following Discovery Hearing. (6 pages) | 0.30 | $70.50 |

Carnival Corporation d/b/a Carnival Cruise Line

Crockett, Clay v. Carnival Corporation

Invoice No.

Invoice Date: May 13, 2025



| 04/15/25 | ANG | Continued preparing, finalizing, and filing of Defendant's Motion to Strike and/or Preclude Plaintiff's Untimely and Improperly Disclosed Witnesses From Trial, and all exhibits. (221 total pages) | 0.90 | $211.50 |
| 04/15/25 | ANG | Attended 7.1 conference with Plaintiff's counsel to comply with conferral requirement before filing pre-trial motions. | 0.20 | $47.00 |

Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No. █████
Invoice Date: May 13, 2025



Current Fees: █████

Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Carnival Corporation d/b/a Carnival Cruise Line                                Invoice No. ██████
Crockett, Clay v. Carnival Corporation                                          Invoice Date: May 13, 2025

**Summary of Professional Fees**:



| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|

**Disbursements:**



Current Disbursements:                                        ██████████

**Summary of Disbursements:**

| DESCRIPTION | AMOUNT |
|-------------|--------|



Page 5

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880

Federal ID # ▮▮▮▮▮

Suzanne Brown Vazquez, Esq.                                    June 10, 2025
Director of Claims & Staff Counsel, Risk Management      FILE # ▮▮▮▮
Carnival Cruise Lines
3655 N.W. 87th Avenue
Miami, FL 33178

Invoice #          11297444
Re:                Crockett, Clay v. Carnival Corporation
                   Professional Services: May 1, 2025 – May 31, 2025
                   ▮▮▮▮▮▮▮▮

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

PRIOR BALANCE:

CURRENT FEES:

CURRENT DISBURSEMENTS:

CURRENT BALANCE DUE:

**TOTAL BALANCE DUE:**
(Prior balance included)



1863                    **REMITTANCE COPY**
              **PAYMENT IS DUE UPON RECEIPT**
   **To ensure timely allocation to amounts due, please wire payment to:**



# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # ██████

Suzanne Brown Vazquez, Esq.                                      June 10, 2025
Director of Claims & Staff Counsel, Risk Management      FILE # ██████
Carnival Cruise Lines
3655 N.W. 87th Avenue
Miami, FL 33178

Invoice #          11297444
Re:                Crockett, Clay v. Carnival Corporation
                   Professional Services: May 1, 2025 – May 31, 2025
                   ██████████████

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

PRIOR BALANCE:

CURRENT FEES:

CURRENT DISBURSEMENTS:

CURRENT BALANCE DUE:

**TOTAL BALANCE DUE:**
(Prior balance included)



1863                          **CLIENT COPY**
                    **PAYMENT IS DUE UPON RECEIPT**
          **To ensure timely allocation to amounts due, please wire payment to:**



Page 1

Carnival Corporation d/b/a Carnival Cruise Line

Crockett, Clay v. Carnival Corporation

Invoice No. ▮▮▮▮▮

Invoice Date: June 10, 2025

**Professional Services:**



Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No.
Invoice Date: June 10, 2025



| 05/19/25 | ANG | Review and analysis of Plaintiff's Response to Defendant's Motion to Strike and/or Preclude Untimely and Improperly disclosed experts to prepare Reply Motion. | 0.60 | $141.00 |

| 05/20/25 | ANG | Prepared Defendant's Reply to Response to Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial. | 2.70 | $634.50 |

Carnival Corporation d/b/a Carnival Cruise Line                    Invoice No. ▮▮▮▮
Crockett, Clay v. Carnival Corporation                            Invoice Date: June 10, 2025

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/20/25 | ANG | Review and analysis of all of Plaintiff's Hybrid Expert Disclosures and Rule 26 Disclosures (190 total pages) to prepare Defendant's Reply to Response to Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial. | 1.10 | $258.50 |
| 05/20/25 | ANG | Review and consideration of case law referenced in Plaintiff's Response, to differentiate cases and incorporate within and continue preparing Defendant's Reply to Response to Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial. | 0.70 | $164.50 |
| 05/20/25 | ANG | Review and consideration of case law supporting argument that medical records are not sufficient disclosures of experts, to incorporate reference within and continue preparing Defendant's Reply to Response to Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial. | 0.70 | $164.50 |
| 05/20/25 | ANG | Review and consideration of case law regarding standard for addressing factors of harm as a result of untimely expert disclosures, to incorporate reference within and continue preparing Defendant's Reply to Response to Defendant's Motion to Strike and/or Preclude Untimely and Improperly Disclosed Witnesses from Trial. | 0.80 | $188.00 |
| 05/21/25 | ANG | Case meeting with M. Drahos to discuss strategy at upcoming hearing on defendant's motion to strike plaintiffs hybrid experts. | 0.60 | $141.00 |
| 05/21/25 | ANG | Prepared additional arguments and review of pleadings to prepare for hearing on defendant's motion to strike plaintiffs hybrid experts. | 1.10 | $258.50 |
| 05/22/25 | ANG | Attended hearing on Defendant's Motion to Strike and/or Preclude Plaintiff's Untimely and Improperly Disclosed Witnesses from Trial, before Magistrate Judge Louis. | 1.50 | $352.50 |

Carnival Corporation d/b/a Carnival Cruise Line
Crockett, Clay v. Carnival Corporation

Invoice No. █████████
Invoice Date: June 10, 2025



Current Fees: ████████

**Summary of Professional Fees**:

**Disbursements:**

Current Disbursements: ████████

**Summary of Disbursements:**

DESCRIPTION                                   AMOUNT



## Trip Details

| | Departure | Arrival |
|---|---|---|
| Trip 1 | Thu, 22-05-2025 07:59 Boca Raton | Thu, 22-05-2025 08:55 Miami |

**Booking** #364CQR

**Invoice/Billing Date:** 22-05-2025

## Cost Summary

**BOC → MIA**

| | |
|---|---|
| 1x SMART | $28.00 |
| 1x Daily Parking | $10.00 |

**Other**

| | |
|---|---|
| Taxes & Fees | $0.70 |

### Payment Details

| | | |
|---|---|---|
| 22-05-2025 00:25 | ADYEN_TOKENIZED | $28.00 |
| 22-05-2025 07:42 | ADYEN_TOKENIZED | $10.70 |
| **Total (USD)** | | **$38.70** |

## Guest Details

1. Ashley Genoese



**Booking** #KISNC9

**Invoice/Billing Date:** 22-05-2025

## Trip Details

|  | Departure | Arrival |
|---|---|---|
| Trip 1 | Thu, 22-05-2025 11:45 Miami | Thu, 22-05-2025 12:36 Boca Raton |

## Cost Summary

**MIA → BOC**

| 1x SMART | $27.00 |
|---|---|

### Payment Details

22-05-2025 11:31

| ADYEN_TOKENIZED | $27.00 |
|---|---|
| **Total (USD)** | **$27.00** |

## Guest Details

1. Ashley Genoese