**Lisa Goodman**

| | |
|---|---|
| **From:** | Lisa Goodman |
| **Sent:** | Tuesday, March 25, 2025 3:17 PM |
| **To:** | Ashley Genoese |
| **Cc:** | John Hickey; Michael Drahos; Katherine Porras; Cooper Jarnagin |
| **Subject:** | Re: CROCKETT v. CARNIVAL |

I have an MSJ hearing at 2pm tomorrow.

I might be available at 4pm. Does that work for you?

*Lisa C. Goodman, Esq.*
Partner/ Trial Lawyer

**\*New Mailing Address\***
**12150 SW 128th Court**
**Suite 225**
**Miami, FL 33186**
E: lgoodman@hickeylawfirm.com
T: 305.371.8000
F: 305.371.3542
Toll Free: 1.800.215.7117
**Email** | **profile** | **website** | **map** | **vCard**
**Follow Us:** Facebook * Twitter * Maritime and Personal Injury Blog

> On Mar 25, 2025, at 2:38 PM, Ashley Genoese <Ashley.Genoese@gray-robinson.com> wrote:
>
> Lisa, I'm not available today but can be available tomorrow afternoon, does 2pm work?
>
> Thank you;
> Ashley

| | T 561.268.5727 |
|---|---|
| **Ashley Genoese** | F 561.268.5745 |
| Associate |  |

GrayRobinson, P.A. ▪ Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401



1

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Lisa Goodman <lgoodman@hickeylawfirm.com>
**Sent:** Tuesday, March 25, 2025 12:12 PM
**To:** Ashley Genoese <Ashley.Genoese@gray-robinson.com>; Michael Drahos <Michael.Drahos@gray-robinson.com>
**Cc:** John Hickey <hickey@hickeylawfirm.com>; Katherine Porras <kporras@hickeylawfirm.com>
**Subject:** RE: CROCKETT v. CARNIVAL

**This message originated outside of GrayRobinson.**

Michael and Ashley:

I am following up on your availability to have a telephonic 7.1 conference regarding the sanctions Plaintiff is seeking regarding the deposition of John Whybrew.

I am available today. Please let me know what time works best for you and/or call me at 305-562-███.

Thank you.

*Lisa C. Goodman, Esq.*
Partner/ Trial Lawyer
<image001.png>
*CORAL GABLES*
Douglas Entrance Office Parc
Executive Tower
804 South Douglas Road
Suite 373
Coral Gables, FL 33134

*MIAMI*
Kendallwood Office Park
12150 S.W. 128th Court
Suite 225
Miami, FL 33186
E: lgoodman@hickeylawfirm.com
T: 305.371.8000
F: 305.371.3542
Toll Free: 1.800.215.7117
**Email** | **profile** | **website** | **map** | **vCard**
**Follow Us:** Facebook * Twitter * Maritime and Personal Injury Blog

**From:** Lisa Goodman
**Sent:** Friday, March 21, 2025 5:34 PM
**To:** Ashley.Genoese@gray-robinson.com
**Cc:** Michael.Drahos@gray-robinson.com; John Hickey <hickey@hickeylawfirm.com>; Katherine Porras <kporras@hickeylawfirm.com>
**Subject:** CROCKETT v. CARNIVAL

Ashley:

I reviewed Carnival's notice of discovery hearing.

According to Carnival's notice, it's not the deposition of John Whybrew that the Defendant wants, but rather just sanctions against Plaintiff's counsel regarding the scheduling of the deposition of John Whybrew.

Counsel for the Plaintiff does not represent John Whybrew. You knew/know this.

Carnival was setting this deposition. As such, Carnival is the noticing party. As the noticing party, Carnival was responsible for serving a subpoena on a nonparty deponent.

Despite that, Carnival failed to serve nonparty deponent John Whybrew the notice of deposition and subpoena.

As such, we intend to also move for sanctions under Fed. R. Civ. P. Rule 30 (g) which allows a party to recover expenses and fees if the noticing party failed to serve a subpoena on a nonparty deponent who consequently did not attend.

Even though none of this is my fault, I have tried multiple times to reach a resolution here. I asked John Whybrew's attorney Joseph Hubbard if there was anything we could do to allow the deposition to go forward even though Carnival failed to properly serve John Whybrew. I asked Joseph Hubbard for alternative dates. Today (3-21-2025) during our call, I recommended that we agree on alternative dates for the deposition of John Whybrew. You declined my recommendation.

I will be filing Plaintiff's Notice of Discovery hearing. However, I will not include the sanctions against the Defendant in the notice yet. We need to have a 7.1 conference regarding sanctions against the Defendant for the deposition of John Whybrew. Please let me know if you are available on Monday, March 24, 2025 at 12pm. I will file an amended notice after that.

Thanks.

## *Lisa C. Goodman, Esq.*
Partner/ Trial Lawyer
<image001.png>
***CORAL GABLES***
Douglas Entrance Office Parc
Executive Tower
804 South Douglas Road

Suite 373
Coral Gables, FL 33134

***MIAMI***
Kendallwood Office Park
12150 S.W. 128th Court
Suite 225
Miami, FL 33186
E: lgoodman@hickeylawfirm.com
T: 305.371.8000
F: 305.371.3542
Toll Free: 1.800.215.7117
**Email** | **profile** | **website** | **map** | **vCard**
**Follow Us:** Facebook * Twitter * Maritime and Personal Injury Blog