

# (561) 268-5737

| message | call | video | mail | pay |
|---------|------|-------|------|-----|

**March 26, 2025**

4:04 PM  **Outgoing Call**
26 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Block Caller